ORIGINAL

RECEIVED
2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Englewood Terrace Limited Partnership, a Michigan Limited Partnership

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: (See RCFC 83.1(c)) Peter V. Baugher

Firm Name: Schopf & Weiss

Post Office Box:

03-2209C

Street Address: 312 West Randolph Street

City-State-Zip: Chicago, Illinois 60606

Telephone & Facsimile Numbers: Tel: (312)701-9300 Fax: (312) 701-9335

E-mail address: baugher@sw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? No (In the process of being admitted).
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: H U D

**See attached Sheet for three digit code.**

Amount Claimed: $ $3,000,000

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003