U.S. Department of Housing and Urban Development
Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

OCT 03 2000

Carl Sanders, Property Supervisor
P.M. One Limited Management Company
1621 E. 55th Street
Chicago, Illinois 60615

Dear Mr. Sanders:

SUBJECT: 2000 Occupancy Review
Contract No. IL06-E000-034
South Pointe Apartments
Chicago, Illinois

We have reviewed your response to our year 2000 Occupancy Review and find it acceptable. This review is now closed.

Please Note: **On the next review, findings will be verified for corrections made. This includes items identified in the REAC physical inspection.**

…ons regarding this matter, please feel free to contact …36, Ext. 2246.

Sincerely,

Debbie Gray

Debbie Gray
Chief, Project Manager
Chicago Multifamily Hub

10/06/00 FRI 12:30 [TX/RX NO

EXHIBIT
A