U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

HOUSING ASSISTANCE PAYMENTS
RENEWAL CONTRACT

# 524(a)(1)

HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: IL06-E000-034

FHA PROJECT NUMBER: (if applicable) 071-55028

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Robert J. Pendergast ("Owner") Pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. and section 524(a)(1) of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 1998, Pub. L. 105-65, 111 Stat. 1344, approved 10/27/97. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in South Pointe Towers A.K.A. Englewood Terrace ("Project').

This Expiring Contract expired on September 30,1999.

HUD and the Owner desire to renew for the term specified below the Expiring Contract **EXCEPT for the Contract Rent and Rent Adjustment Provisions.**

**THEREFORE, HUD and the Owner hereby agree as follows:**

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #3 & #4 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

EXHIBIT C

3. The effective date of this Contract is October 01, 1999 .

4. This Contract expires on September 30, 2000 .
5.

5. Rent Adjustments will be determined in accordance with HUD regulations at 24 CFR 402.4 and other HUD requirements, including any amendments or changes in HUD regulations or requirements.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 2,627,000

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. In accordance with section 8(c)(9) of the United States Housing Act of 1937, the owner shall provide, at a minimum, a one year written notice to HUD and each assisted family about the termination of this Contract. The term "termination" means the expiration of the Contract or an owner's refusal to renew the Contract. The notice shall comply with HUD regulations and other requirements, including any amendments or changes in the law or HUD requirements.

If the owner fails to provide this notice in accordance with HUD requirements, HUD may require that the owner permit each assisted family to remain in its unit for the full notice period without increasing the tenant portion of the rent under the expiring Contract.

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

By: M. Anderson
Mary E. Anderson, Director
Office of Operations

Date: 9/28/99

OWNER Englewood Terrace, L.P.
PM Group, Inc. G.P.

By: John J. Hayes
(Official Title)
John J. Hayes, Pres.

Date: 9-24-99