U.S. Department of Housing and Urban Development
Washington, DC 20410-0100

REAL ESTATE ASSESSMENT CENTER

March 08 ,2001

109997 / 800040489
P.M. One, Ltd.
1050 Cooperate Office Drive
Suite 150
Milford, MI 43831

Dear Owner:

Enclosed with this letter is an important document, a physical inspection report for your property.

In order to provide uniform, consistent and standardized information regarding the physical condition of multifamily properties with HUD involvement, the Department issued a new rule on September 1, 1998. The primary purpose of the rule, entitled *Uniform Physical Condition Standards and Physical Inspection Requirements For Certain HUD Properties (24 CFR Part 5)*, is to establish uniform requirements for the maintenance of properties to ensure that they are decent, safe, sanitary and in good repair.

As an integral part of the implementation of the new physical inspection requirement, HUD established the Real Estate Assessment Center (REAC) and developed and tested new software that captures information electronically in accordance with the rule. REAC's web site, *http://www.hud.gov/reac*, is currently accessible by you. This site provides a great deal of information about REAC, its mission and, in particular, the physical inspection process. From this web site you can download a free copy of the inspection software and view deficiency definitions and the text of the rule.

A HUD contractor recently inspected your property. The report on the physical condition of your property prepared as a result of that inspection is enclosed. The Inspection Summary Report includes property and ownership profile information and shows each deficiency observed during the inspection. Also enclosed is a short description of the report so that you may better understand it. In the future, we anticipate making physical inspection reports available to owners via the Internet.

Your property received a score of 45 or less. Therefore, the Office of Housing has asked me to inform you that you have 30 days in which to submit a Proposed Plan of Correction to your local HUD field office. DO NOT submit your plan to the REAC. Before you can prepare your Plan you are required to conduct a survey of your property to determine if any additional deficiencies exist. You should use the findings of the REAC inspection and the random sample unit inspections as the basis for the survey.

You must complete your survey and forward your Proposed Plan in Management Improvement Operating Plan (MIO) format, within 30 days of the date of this letter. This Proposed Plan should include:

- Additional deficiencies identified by your survey
- Deficiencies already corrected
- Available resources
- Completion time frames (schedule) by quarter

EXHIBIT 8

EXHIBIT E

Upon receipt of the Plan, the Project Manager will review it to ensure that it has sufficient detail regarding plans and resources for correction, and that the time frames are appropriate. The Project Manager will contact you to discuss any required amendments and the process that will be used to verify completion of the Plan.

If, at the time of the inspection, the inspector noted any exigent health and safety deficiencies, you should have received a report listing those deficiencies. You were required to correct those items within 72 hours of receipt of the report.

If you have not already done so, please provide the local HUD field office having jurisdiction over your property with a confirmation on your letterhead that these items, if any, have been corrected.

Thank you for your cooperation.

Sincerely,

**Donald J. LaVoy**
Acting Director
Real Estate Assessment Center

Enclosures

# Inspection Summary Report - 109997

Inspection No: 109997
Property: (800040489) South Pointe Towers
6425 S Lowe Ave.
Chicago, IL 60621

Scattered Site?: No

Comments:

Inspection Date: 3/02/2001
Phone: (773) 874-1122
Fax: (773) 874-9820
E-Mail Address:
ACC#:
CA#:

**Building Unit Count**

| | #Total | #Inspecte |
|---|---|---|
| Buildings | 1 | 1 |
| Units | 303 | 25 |

**Scores**

| | Possible Points | Area Points | H & S Deduction |
|---|---|---|---|
| Site | 16.1 | 14.2 | 4.8 |
| Bldg Ext | 16.1 | 7.7 | 0.0 |
| Bldg Sys | 21.1 | 21.1 | 21.1 |
| CA | 12.1 | 3.3 | 3.3 |
| Units | 34.6 | 23.0 | 9.3 |
| Overall | 100.0 | 69.3 | 38.5 |
| Final Score = Area Points - H & S Deduction | | | 31 c* |

**Health and Safety Counts**

Non-Life Threatening

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 1 | 2 | 17 | 20 |
| %Inspected | — | 100% | 8% | — |
| Projected | 1 | 2 | 206 | 209 |

Life Threatening

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 0 | 6 | 7 | 13 |
| %Inspected | — | 100% | 8% | — |
| Projected | 0 | 6 | 85 | 91 |

Smoke Detectors

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 0 | 0 | 1 | 1 |
| %Inspected | — | 100% | 8% | — |
| Projected | 0 | 0 | 12 | 12 |

**Systemic Deficiencies:**

| | Area | Item | Defect | # with Defect | # Total | % of Bldgs / Units with Defect |
|---|---|---|---|---|---|---|
| Capital* | DU | Kitchen | Range/Stove - Missing/Damaged/Inoperable** | 9 | 25 | 36% |
| Ordinary** | DU | Bathroom | Plumbing - Leaking Faucet/Pipes | 11 | 25 | 44% |
| | | Doors | Damaged Hardware/Locks** | 10 | 25 | 40% |
| | | | Missing Door | 9 | 25 | 36% |

* Capital items are repairs that generally require large cash outlays. ( Items such as new roofs and new appliances ).
** Ordinary items are repairs that require smaller cash outlays. ( Items such as light fixtures, fire extinguishers, and smoke detecto

**Participants:**

| | | | | |
|---|---|---|---|---|
| **Management Agent**<br>P.M. One, Ltd | Sanders, Carl | Phone:<br>Fax:<br>E-Mail Address: | (773) 324-9010 Ext. 204<br>(773) 324-9820<br>ces@pmchgo.com | 1621 E. 55th Street<br>Chicago, IL 60659 |
| **Owner/PHA**<br>P.M. One, Ltd. | Hayes, John | Phone:<br>Fax:<br>E-Mail Address: | (248) 529-2000<br>(248) 529-2001<br>pmgroupinc.com | 1050 Cooperate Office Drive<br>Suite 150<br>Milford, MI 43831 |

**Buildings/Units:**

| No | Name/Type/Reason Uninspectable | Year built | # Units | Address |
|---|---|---|---|---|
| 1 | SOUTH POINT TOWER<br>Mid/High Rise Apartments | 1972 | 303 | 6425 S Lowe<br>Chicago IL 60621 |

| | | | |
|---|---|---|---|
| 1007 | 2 Bedroom | Occupied | |
| 1013 | 3 Bedroom | Occupied | |
| 1109 | 1 Bedroom | Occupied | |
| 1111 | 2 Bedroom | Occupied | |

| | | | |
|---|---|---|---|
| 1112 | 2 Bedroom | Occupied | |
| 1201 | 3 Bedroom | Occupied | |
| 1205 | 2 Bedroom | Occupied | |
| 1210 | 1 Bedroom | Occupied | |
| 1305 | 2 Bedroom | Occupied | |
| 1401 | 3 Bedroom | Not Occupied | *Vacant* |
| 1413 | 3 Bedroom | Occupied | |
| 1502 | 3 Bedroom | Occupied | |
| 1505 | 2 Bedroom | Not Occupied | *Vacant* |
| 1509 | 3 Bedroom | Occupied | |
| 1701 | 3 Bedroom | Occupied | |
| 1907 | 2 Bedroom | Occupied | |
| 1914 | 3 Bedroom | Occupied | |
| 2009 | 1 Bedroom | Occupied | |
| 2202 | 3 Bedroom | Occupied | |
| 2208 | 2 Bedroom | Occupied | |
| 402 | 3 Bedroom | Occupied | |
| 405 | 2 Bedroom | Occupied | |
| 407 | 2 Bedroom | Occupied | |
| 811 | 1 Bedroom | Occupied | |
| 906 | 1 Bedroom | Occupied | |
| 908 | 2 Bedroom | Occupied | |
| 910 | 1 Bedroom | Occupied | |

**Inspectable Items:**

| Inspected Item | NO/OD | Observation | Severity | Location/Comments | Ded. |
|---|---|---|---|---|---|
| **Certificates** | | | | | |
| Boilers | NO | | | | |
| Fire Alarm | NO | | | | |
| Sprinkler System | NO | | | | |
| **Site** | | | | **Possible Points:** | **16.1** |
| Fencing and Gates** | OD | Damaged/Falling/Leaning** (NLT) | Level 3 | Location: end of bldg. at gara; Comments: gate no longer functions/missing | 4.8 |
| Market Appeal | OD | Litter** | Level 2 | | 1.9 |
| **Building 1 - Building Exterior** | | | | **Possible Points:** | **16.1** |
| Roofs | OD | Ponding** | Level 3 | Location: exhaust fans penthou; Comments: standing water on roof | 7.7 |
| Windows | OD | Damaged/Missing Screens** | Level 1 | | 0.7 |
| **Building 1 - Building Systems** | | | | **Possible Points:** | **21.1** |

| | | | | | |
|---|---|---|---|---|---|
| **Building 1 - Building Systems** | | | | **Possible Points:** | **21.1** |
| Electrical System | OD | Missing Covers (LT) | Level 3 | Location: exhaust fans pentho; Comments: cover missing on elec. box (2) | 16.7 |
| Fire Protection | OD | Missing/Damaged/Expired Extinguishers** (LT) | Level 3 | Location: exhaust fans penthou; Comments: extinguisher tag expired - dated 1997(2),1999, missing or no tags | 16.7 |
| **Building 1 - Common Areas** | | | | **Possible Points:** | **12.1** |
| Halls/Corridors/Stairs | OD | Graffiti** | Level 2 | | 2.4 |
| | | Walls - Damaged** | Level 3 | Location: 13th floor & ground; Comments: crack greater than 1/8``x11`` long on two walls | 3.6 |
| Laundry Room | OD | Doors - Damaged Hardware/Locks** | Level 1 | | 0.9 |
| Other Community Spaces | OD | Electrical - Missing Covers (LT) | Level 3 | Location: maintenance room; Comments: outlet covers missing on 2 outlets | 4.0 |
| Restrooms/Pool Structures | OD | Electrical - Missing Covers (LT) | Level 3 | Location: custodian room; Comments: outlet cover missing in toilet area | 4.0 |
| Trash Collection Areas | OD | Chutes - Damaged/Missing Components** | Level 3 | Location: trash rooms on all f; Comments: chute door does not close | 1.8 |
| **Building 1 - Common Areas - Health & Safety** | | | | | |
| Electrical Hazards | OD | Exposed Wires/Open Panels** (LT) | Level 3 | Location: maintenance area; Comments: bare wires exposed due to missing light fixture | 8.1 |
| Emergency/Fire Exits | OD | Emergency/Fire Exits Blocked/Unusable (LT) | Level 3 | Location: trash room, also at; Comments: exit door inoperable | 16.7 |
| | | Missing Exit Signs (NLT) | Level 3 | Location: hallways on all floo; Comments: exit signs missing or broken | 7.5 |
| Hazards | OD | Sharp Edges (NLT) | Level 3 | Location: hallway at end of bl; Comments: walls damaged exposing pionted ends of nails | 3.6 |
| **Building 1 - Unit 1007** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Missing Door | Level 1 | | 0.1 |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |
| | | Missing Breakers/Fuses (LT) | Level 3 | Location: kitchen; Comments: breaker missing from breaker box | 0.8 |
| **Building 1 - Unit 1013** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| **Building 1 - Unit 1109** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| Doors | OD | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 3 | Location: bedroom; Comments: hole larger than 1`` | 0.2 |
| | | Missing Door | Level 1 | | 0.1 |
| Electrical System | OD | Blocked Access to Electrical Panel** (NLT) | Level 3 | Location: kitchen; Comments: microwave blocks access | 0.3 |
| Kitchen | OD | Range/Stove - Missing/Damaged/Inoperable** | Level 2 | | 0.3 |
| Walls | OD | Damaged** | Level 1 | | <0.05 |
| **Building 1 - Unit 1111** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes (NLT) | Level 3 | Location: bath; Comments: faucet can not be used | 0.7 |

# Inspection Summary Report - 109997

| | | | | | |
|---|---|---|---|---|---|
| **Building 1 - Unit 1111** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Missing Door | Level 1 | | 0.1 |
| Outlets/Switches | OD | Missing/Broken Cover Plates (LT) | Level 3 | Location: brdeoom; Comments: broken switch cover | 0.1 |
| **Building 1 - Unit 1112** | | | | **Possible Points:** | **1.4** |
| Kitchen | OD | Range/Stove - Missing/Damaged/Inoperable** | Level 2 | | 0.3 |
| **Building 1 - Unit 1201** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Lavatory Sink - Damaged/Missing** | Level 1 | | 0.1 |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| Kitchen | OD | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitchen; Comments: oven can not be turned on | 0.5 |
| | | Refrigerator - Missing/Damaged/Inoperable | Level 1 | | 0.1 |
| Outlets/Switches | OD | Missing/Broken Cover Plates (LT) | Level 3 | Location: kitchen; Comments: outlet cover missing | 0.1 |
| Walls | OD | Damaged** | Level 3 | Location: bedroom and bath; Comments: two walls have holes larger than 8-1/2``x11`` | 0.1 |
| **Building 1 - Unit 1205** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| Ceiling | OD | Peeling/Needs Paint** | Level 2 | | <0.05 |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |
| **Building 1 - Unit 1210** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| **Building 1 - Unit 1210 - Health & Safety** | | | | | |
| Infestation | OD | Insects (NLT) | Level 3 | Location: kitchen sink cabinet; Comments: roaches | 0.5 |
| **Building 1 - Unit 1305** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Lavatory Sink - Damaged/Missing** | Level 1 | | 0.1 |
| Doors | OD | Damaged Hardware/Locks** | Level 3 | Location: bathroom; Comments: door knob and latch missing | 0.2 |
| Electrical System | OD | Missing Breakers/Fuses (LT) | Level 3 | Location: kitchen breaker box; Comments: breaker missing | 0.8 |
| Kitchen | OD | Range/Stove - Missing/Damaged/Inoperable** | Level 2 | | 0.3 |
| **Building 1 - Unit 1413** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 3 | Location: both bedrooms; Comments: holes larger than 1`` | 0.2 |
| | | Missing Door | Level 1 | | 0.1 |
| Walls | OD | Damaged** | Level 1 | | <0.05 |
| **Building 1 - Unit 1502** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| Kitchen | OD | Refrigerator - Missing/Damaged/Inoperable | Level 1 | | 0.1 |
| **Building 1 - Unit 1509** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| | | Shower/Tub - Damaged/Missing** | Level 1 | | 0.2 |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |

# Inspection Summary Report - 109997

| | | | | | |
|---|---|---|---|---|---|
| **Building 1 - Unit 1509** | | | | **Possible Points:** | **1.4** |
| Windows | OD | Cracked/Broken/Missing Panes (NLT) | Level 3 | Location: bedroom; Comments: broken window | 0.2 |
| **Building 1 - Unit 1509 - Health & Safety** | | | | | |
| Hazards | OD | Sharp Edges (NLT) | Level 3 | Location: bedroom; Comments: caused by broken window | 0.5 |
| **Building 1 - Unit 1701** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Hardware/Locks** | Level 3 | Location: bathroom; Comments: door does not latch | 0.2 |
| | | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 3 | Location: hallway; Comments: door delaminating - hole larger than 1" | 0.2 |
| Kitchen | OD | Cabinets - Missing/Damaged** | Level 2 | | 0.1 |
| **Building 1 - Unit 1907** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 3 | Location: bathroom; Comments: hole larger than 1" | 0.2 |
| Kitchen | OD | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitchen; Comments: 2 burners do not function | 0.5 |
| **Building 1 - Unit 1914** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Lavatory Sink - Damaged/Missing** | Level 1 | | 0.1 |
| | | Shower/Tub - Damaged/Missing** | Level 1 | | 0.2 |
| Doors | OD | Damaged Hardware/Locks** | Level 3 | Location: bedroom; Comments: all hardware (knob and latch) missing | 0.2 |
| | | Missing Door | Level 1 | | 0.1 |
| Kitchen | OD | Cabinets - Missing/Damaged** | Level 2 | | 0.1 |
| **Building 1 - Unit 2009** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes (NLT) | Level 3 | Location: bathroom; Comments: tub faucet can not be used | 0.7 |
| Kitchen | OD | Plumbing - Clogged Drains | Level 1 | | 0.2 |
| **Building 1 - Unit 2202** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| | | Missing Door | Level 1 | | 0.1 |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| Windows | OD | Inoperable/Not Lockable** (NLT) | Level 3 | Location: living room; Comments: lock missing on window | 0.2 |
| **Building 1 - Unit 2208** | | | | **Possible Points:** | **1.4** |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| | | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 2 | | 0.1 |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |
| Outlets/Switches | OD | Missing/Broken Cover Plates (LT) | Level 3 | Location: living room; Comments: outlet cover missing | 0.1 |
| Smoke Detector | OD | Missing/Inoperable** (SD) | Level 3 | Location: hallway; Comments: s.d. inoperable | |
| **Building 1 - Unit 402** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Bathroom Cabinets - Damaged/Missing** | Level 1 | | 0.1 |
| | | Lavatory Sink - Damaged/Missing** | Level 1 | | 0.1 |
| | | Shower/Tub - Damaged/Missing** | Level 1 | | 0.2 |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |

# Inspection Summary Report - 109997

| | | | | | |
|---|---|---|---|---|---|
| **Building 1 - Unit 402** | | | | Possible Points: | 1.4 |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| | | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitchen; Comments: 3 burners do not light | 0.5 |
| | | Refrigerator - Missing/Damaged/Inoperable | Level 1 | | 0.1 |
| Walls | OD | Damaged** | Level 2 | | 0.1 |
| | | Peeling/Needs Paint** | Level 1 | | <0.05 |
| **Building 1 - Unit 402 - Health & Safety** | | | | | |
| Infestation | OD | Insects (NLT) | Level 3 | Location: kitchen; Comments: roaches | 0.5 |
| **Building 1 - Unit 405** | | | | Possible Points: | 1.4 |
| Bathroom | OD | Water Closet/Toilet - Damaged/Clogged/Missing (NLT) | Level 3 | Location: bathroom; Comments: toilet will not flush | 1.1 |
| Ceiling | OD | Peeling/Needs Paint** | Level 2 | | <0.05 |
| Doors | OD | Missing Door | Level 1 | | 0.1 |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| | | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitchen; Comments: oven inoperable | 0.5 |
| | | Refrigerator - Missing/Damaged/Inoperable | Level 1 | | 0.1 |
| Outlets/Switches | OD | Missing/Broken Cover Plates (LT) | Level 3 | Location: kitchen; Comments: outlet cover missing | 0.1 |
| Walls | OD | Damaged** | Level 2 | | 0.1 |
| **Building 1 - Unit 405 - Health & Safety** | | | | | |
| Hazards | OD | Tripping (NLT) | Level 3 | Location: hallway; Comments: tv cable across doorway | 0.0 |
| Infestation | OD | Insects (NLT) | Level 3 | Location: kitchen; Comments: roaches | 0.5 |
| **Building 1 - Unit 407** | | | | Possible Points: | 1.4 |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| Doors | OD | Missing Door | Level 1 | | 0.1 |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| | | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitvhen; Comments: 2 burners will not light | 0.5 |
| **Building 1 - Unit 811** | | | | Possible Points: | 1.4 |
| Bathroom | OD | Lavatory Sink - Damaged/Missing** | Level 1 | | 0.1 |
| | | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| | | Missing Door | Level 1 | | 0.1 |
| Kitchen | OD | Refrigerator - Missing/Damaged/Inoperable | Level 1 | | 0.1 |
| Walls | OD | Damaged** | Level 2 | | 0.1 |
| **Building 1 - Unit 906** | | | | Possible Points: | 1.4 |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| | | Shower/Tub - Damaged/Missing** | Level 1 | | 0.2 |
| Doors | OD | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 2 | | 0.1 |

# Inspection Summary Report - 109997

| | | | | | |
|---|---|---|---|---|---|
| **Building 1 - Unit 906** | | | | **Possible Points:** | **1.4** |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| | | Range/Stove - Missing/Damaged/Inoperable** | Level 3 | Location: kitchen; Comments: 2 burners will not light | 0.5 |
| **Building 1 - Unit 908** | | | | **Possible Points:** | **1.4** |
| Bathroom | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.2 |
| Doors | OD | Damaged Hardware/Locks** | Level 2 | | 0.1 |
| | | Damaged Surface - Holes/Paint/Rusting/Glass** | Level 2 | | 0.1 |
| Kitchen | OD | Plumbing - Leaking Faucet/Pipes | Level 1 | | 0.1 |
| Walls | OD | Damaged** | Level 2 | | 0.1 |
| **Building 1 - Unit 910** | | | | **Possible Points:** | **1.4** |
| Electrical System | OD | GFI - Inoperable (NLT) | Level 3 | Location: kitchen; Comments: gfi inoperable | 0.8 |
| | | Missing Breakers/Fuses (LT) | Level 3 | Location: kitchen; Comments: 2 breakers missing from breaker box | 0.8 |

NOTE: Score for any given building or unit can not be negative (if deductions are greater than possible points, the score is set to zero)

# PHYSICAL INSPECTION SUMMARY REPORT

The Inspection Summary Report is designed to achieve two objectives:

1. Provide the Public Housing Agency or owner and/or owner agent (POA) with the background information, *i.e. addresses, phone numbers, building names, etc.*, collected during the property inspection.

2. Provide the POA the results of the REAC physical inspection of a specific property.

The items below describe the information provided in the Inspection Summary Report.

Inspection Number: The inspection number is unique for each property inspection conducted by REAC. Each time a property is inspected by REAC, a new inspection number is used. These unique numbers may be used to communicate with REAC on any matter concerning a particular inspection.

Property Information: Information related to a property is provided:

· property identification number (in parentheses) - a unique number in HUD databases
· property name
· status as a scattered site (Yes/No)
· relevant addresses, phone numbers, fax numbers, and e-mail addresses for the property

Each of these should be checked carefully for accuracy. *All discrepancies should be reported to the REAC Physical Inspection Operations Center at 1-877-406-9220.*

Building Unit Count: The total number of buildings and units on the property are given, along with the number of buildings and units actually inspected by REAC

Scores: An overall numerical score is given as a value from zero to 100. Separate numerical scores are also given for each of five areas:

· site
· building exterior
· building systems
· common areas
· units

The five area scores range from zero to the maximum number of points possible for each area. The possible points for a given area are determined for a specific property based on the inspectable items actually present in each area. The sum of the area points identifies what the overall score would be if there were no health & safety (H&S) deficiencies. The overall numerical score is then calculated by subtracting the sum of deductions for H&S deficiencies from the sum of the individual "area points.".

Examples of overall scores are: 95c; 67b*; 84a*; 100b; 78a; and 43c*. The asterisk indicates that H&S deficiencies were found with respect to smoke detectors. The lower-case letter indicates whether or not other kinds of H&S deficiencies were observed, as follows:

· The letter "a" is given if no health and safety deficiencies were observed other than for smoke detectors.

· The lower-case letter "b" is given if one or more non-life threatening H&S deficiencies, but no exigent/fire safety H&S deficiencies were observed other than for smoke detectors.
· The lower-case letter "c" is given if one or more exigent/fire safety (calling for immediate attention or remedy) H&S deficiencies were observed.

Although all H&S deficiencies, except for smoke detector problems and "other" hazards, affect the scores with appropriate deductions, the letter grades are added to highlight the serious nature of H&S deficiencies, all of which need to be addressed by the POA.

Health and Safety Counts: In addition to the counts of actual H&S deficiencies observed in the inspected buildings and units, the *estimated* number of H&S deficiencies that would have been found had all buildings and units been inspected is also given. This projected count gives a sense of the total H&S problem for the inspected property. The projection is calculated by dividing the counts actually observed in buildings or units by the proportion of buildings or units inspected. The percent of buildings and units inspected is additionally given to show the basis for the calculations.

Systemic Deficiencies: Defects observed in at least half of the inspected units or buildings are listed by whether or not they are repairs generally requiring large cash outlays ("Capital" items) or generally requiring smaller cash outlays ("Ordinary" items).

Participants & Buildings/Units: Information provided includes:

· relevant addresses, phone numbers, fax numbers, and e-mail addresses for participants
· name, year built, number of units and address for each building on the property. Note: All buildings on the property should be listed.

*As before, each of these should be checked carefully for accuracy and any discrepancies should be reported to the REAC Physical Inspection Operations Center at 1-877-406-9220.*

Inspectable Items: This portion of the report details all deficiencies found in the inspection. The main headings in the first column refer to the inspectable area--site, building exterior, building systems, common areas, unit, or health & safety, where the deficiency was observed. The entries are "inspectable items" within which the deficiencies were found. Some items may not be present for a given property. In such cases, appropriate adjustments are made in the points for each area. Items present, but with no deficiencies found, are not listed. Inspectable items are:

Site: fencing & gates, grounds, mail boxes/project signs, market appeal, parking lots/driveways/roads, play areas & equipment, refuse disposal, retaining walls, storm drainage, and walkways/stairs.

Building Exterior: doors, fire escapes, foundations, lighting, roofs, walls, and windows.

Building Systems: domestic water, electrical system, elevators, emergency power, exhaust system, fire protection, heating/ventilation/air conditioning, and sanitary system.

Common Areas: basement/garage/carport, closet/utility/mechanical, community room, day care, halls/corridors/stairs, kitchen, laundry room, lobby, office, other community spaces, patio/porch/balcony, pools & related structures, restrooms/pool structures, storage, and trash collection areas.

Unit: bathroom, call-for-aid, ceiling, doors, electrical system, floors, heating/ventilation/air conditioning, hot water heater, kitchen, laundry area (room), lighting, outlets/switches, patio/porch/balcony, smoke detectors, stairs, walls, and windows.

Health & Safety: air quality, electrical hazards, elevator, emergency/fire exits, flammable materials, garbage and debris, hazards, infestation.

Column labeled NO/OD:

NO: The inspection protocol requires the inspector to check for the existence of certificates for certain items such as lead-based paint, elevators, etc. If the inspector verifies all of the required certificates, the report will not include any certificate information. If a certificate is not present, the first inspectable item listed will be "certificates" and the designation "NO" will be listed for each unavailable certificate.

OD: If the inspector records a deficiency, then an OD in this column refers to the "observed deficiency" for the given item.

Column labeled Observation: The column lists each specific deficiency observed within a given inspectable item. Each deficiency has a definition, which specifies what must be observed for that deficiency to be recorded. Also noted in this column are observations about Health & Safety items. These are:

· (LT) - Exigent/Fire Safety (calling for immediate attention or remedy)
· (NLT) - Not Life Threatening
· (SD) - Smoke Detector

Definitions for all deficiencies are given in the physical inspection section at REAC's web site on the Internet (www.hud.gov/reac/). Click on "Products," then "Physical Inspection," and then "Physical Inspection Definitions."

Column labeled Severity: Deficiencies differ by "severity." The definitions specify what must be recorded for a given deficiency under one of three possible severity levels-level 1, level 2 and level 3. The severity level is given on the report to indicate which part of the definition actually applies for the specific deficiency observed. Severity levels are defined within a given deficiency and do not necessarily indicate which deficiencies are the worst. For more serious deficiencies, a level 2 severity may be more of a problem and may reduce the overall score more than less serious deficiencies with a severity of level 3.

Location/Comments: Comments are required for all severity level 3 deficiencies.

Column labeled Ded.: This column gives the points deducted from the overall property score for the observed deficiencies. In the shaded heading the possible points are given for that area and building or unit. Although the listed points deducted may sum to more than the possible points, the total deducted from the overall property score for that area and building or unit does not exceed its possible points. The listing of points deducted is rounded to the nearest tenth of a point, so "<0.05" is listed when the points deducted is a very small fraction, but greater than zero. Where there is a blank or zero, such as for lack of a certificate or observed smoke detector problems, it means no points are deducted from the property score.

(Version 2.3 )