April 5, 2001

Ms. Joan Kiening
Supervisor
Enforcement Analyst
U.S. Department of Housing and Urban Development
Ralph H. Metcalfe Building
77 West Jackson Boulevard, Room 2207
Chicago, Illinois 60604-3507

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 3/8/01**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kiening:

Following is the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated March 28,2001.

The status update work in progress is as follows:

| <u>Site</u> | <u>Observation</u> | <u>Status</u> |
|---|---|---|
| <u>Certificates</u> | | |
| Boilers | Not Available | **Attached Copy Proposal Attached** |
| Fire Alarm | Not Available | **Certification For building Systems will be Completed as of 5/15/01.** |
| Sprinkler System | Not Available | |
| <u>**Building 1 – Building Exterior**</u> | | |
| Window Screens | Missing/Damaged | **In progress: Screens Fabricated& installed Completed by 5/15/01.** |
| Fencing/Gates | Damaged/Leaning | **Completed as of 5/31/01.** |
| Roof | Ponding | " " " |
| <u>**Building 1 – Building Systems**</u> | | |
| Electrical | Missing Covers Exhaust Fans penthouse | **COMPLETED/w Tenant Signature** |

#1

EXHIBIT
G

| Site | Observation | Status |
|---|---|---|
| Electrical | Comments: Cover missing on elec. Box (2) | Completed |
| Fire Protection | Missing/Damage Exhaust Fans penthouse Extinguisher tag expired -dated 1997(2). 1999 missing or no tags. | COMPLETED |

**Building 1 – Common Areas**

| | | |
|---|---|---|
| Halls/Corridors/Stairs | Walls –Damaged Location: 13th Floor & Ground Crack greater than 1/8 x 11 long on 2 walls | COMPLETED |
| | Graffiti | TO BE COMPLETED 5/31/01 |
| Laundry Room | Doors-Damaged Hardware/Locks | COMPLETED |
| | Trash Collection Area | Completed |
| | Damaged chutes | complete 5/31/01 |
| Other Community Spaces | Electrical – Missing Covers Maintenance room; outlet Cover missing on 2 outlets | COMPLETED |
| Restrooms | Electrical-Missing Covers | COMPLETED |
| Trash Collection Areas | Chutes-Damaged/Missing | TO BE COMPLETED 5/31/01 |

**Building 1 – Common Areas – Health & Safety**

| | | |
|---|---|---|
| Electrical Hazards | Exposed Wires/Open Panels (LT)Custodian room; bare wires exposed due to missing missing light fixture | COMPLETED |
| Emergency/Fire Exits | Emergency/Fire Exits Blocked/ Unusuable (LT). Trash room; Exit door inoperable | COMPLETED |
| | Sharp Edges (NLT)-hallway at End of bl; walls damaged Exposing pointed ends of nails | COMPLETED |
| | Missing Exit Signs | COMPLETED 5/31/01 |

**Building 1 – Unit 1007**

| | | |
|---|---|---|
| Doors | Missing | COMPLETED/w Tenant Signature |
| Electrical System | GFI – Inoperable (NLT) Kitchen; gfi inoperable | COMPLETED/w Tenant Signature |
| | Missing Breakers/Fuses (LT) | COMPLETED |

**Building 1- Unit 1013**

| | | |
|---|---|---|
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETED/w Tenant Signature |

**Building 1 – Unit 1109**

| | | |
|---|---|---|
| Doors | Damaged Surface | COMPLETION DATE: 4/15/01 |
| Electrical Systems | Locked Access to Breaker Panel | COMPLETEDw/ Tenant Signature |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETEDw/ Tenant Signature |
| Kitchen | Stove-Damaged/Inoperable | COMPLETED/w Tenant Signature |
| Walls | Damaged | TO BE COMPLETED: 4/25/01 |

**Building 1 – Unit 1111**

| | | |
|---|---|---|
| Doors | Missing Door | COMPLETED |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETEDw/ Tenant Signature |
| Outlets/Switches | Missing/Broken Cover Plates | COMPLETED/w Tenant Signature |

**Building 1 – Unit 1112**

| | | |
|---|---|---|
| Kitchen | Range/Stove-Missing/ Damaged | COMPLETED/w Tenant Signature |

**Building 1 – Unit 1201**

| | | |
|---|---|---|
| Bathroom | Lavatory Sink-Damaged/Missing | COMPLETED/w Tenant Signature |

| Site | Observation | Status |
|---|---|---|
| Doors | Damaged Hardware/Locks | COMPLETED/w Tenant Signature |
| Kitchen | Range/Stove – Missing/Damaged Inoperable | COMPLETED/w Tenant Signature |
| | Refrigerator-Missing/Damaged/ Inoperable | COMPLETED/w Tenant Signature |
| Outlets/Switches | Missing/Broken Cover Plates | COMPLETED/w Tenant Signature |
| Walls | Damaged | COMPLETED/w Tenant Signature |
| **Building 1 – Unit 1205** | | |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETED/w Tenant Signature |
| Ceiling | Peeling/Needs Paint | COMPLETED/w Tenant Signature |
| Electrical System | GFI-Inoperable | COMPLETED/w Tenant Signature |
| **Building 1 – Unit 1210** | | |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETED/w Tenant Signature |
| Infestation | Insects | COMPLETED/w Tenant Signature |
| **Building 1 – Unit 1305** | | |
| Bathroom | Lavatory Sink-Damaged/Missing | COMPLETED Tenant Signature |
| Doors | Damaged Hardware/Locks | COMPLETED |
| Electrical System | Missing Breakers/Fuses | COMPLETED |
| Kitchen | Stove Inoperable | COMPLETED |
| **Building 1 – Unit 1413** | | |
| Doors | Missing Door | COMPLETED |
| | Damaged Surface-Holes/ Paint/Rusting/Glass | TO BE COMPLETED 5/31/01 |
| Walls | Damaged | TO BE COMPLETED 5/31/01 |

| **Site** | **Observation** | **Status** |
|---|---|---|
| **Building 1 – Unit 1502** | | |
| Doors | Damaged Hardware/Locks | COMPLETED |
| Refrigerator | Inoperable | COMPLETED |
| **Building 1- Unit 1509** | | |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| | Shower/Tub-Damaged/Missing | COMPLETED |
| Electrical System | GFI-Inoperable | COMPLETED |
| Windows | Cracked/Broken/Missing Panes | COMPLETED |
| **Building 1 – Unit 1509 – Health & Safety** | | |
| Hazards | Sharp Edges-Bedroom Caused by Broken Window | COMPLETED |
| **Building 1 – Unit 1701** | | |
| Doors | Damaged Hardware/Locks | TO BE COMPLETED 5/31/01 |
| | Damaged Surface-Holes/ Paint/Rusting/Glass | TO BE COMPLETED 5/31/01 |
| Kitchen | Damaged Cabinets | TO BE COMPLETED 4/12/01 |
| **Building 1 – Unit 1907** | | |
| Doors | Damages Surface-Holes/ Paint/Rusting/Glass | COMPLETED |
| Kitchen | Range/Stove-Missing/ Damaged/Inoperable | COMPLETED |
| **Building 1 – Unit 1914** | | |
| Bathroom | Lavatory Sink Damaged | COMPLETED |
| | Shower/Tub-Damaged/Missing | TO BE COMPLETED 5/31/01 |
| Doors | Damaged-Bedroom | COMPLETED |
| | Missing Door | TO BE COMPLETED 5/31/01 |

| Site | Observation | Status |
|---|---|---|
| Kitchen | Damaged Cabinets | TO BE COMPLETED 4/13/01 |
| **Building 1 – Unit 2009** | | |
| Bathroom | Plumbing-Leaking Faucet/ Pipes | COMPLETED |
| Kitchen | Plumbing-Clogged Drains | COMPLETED |
| **Building 1 – Unit 2202** | | |
| Doors | Damaged Hardware/Locks | COMPLETED |
| | Missing Door | TO BE COMPLETED 5/31/01 |
| Kitchen | Plumbing-Leaking Faucet | COMPLETED |
| Windows | Inoperable/Not Lockable | COMPLETED |
| **Building 1 – Unit 2208** | | |
| Doors | Damaged Hardware/Locks | COMPLETED |
| | Damaged Surface-Holes/ Paint/Rusting/Glass | COMPLETED |
| Electrical System | GFI -- Inoperable | COMPLETED |
| Outlets/Switches | Missing/Broken Cover Plates | COMPLETED |
| Smoke Detector | Missing/Inoperable | TO BE COMPLETED 5/31/01 |
| **Building 1 – Unit 402** | | |
| Bathroom | Bathroom Cabinets-Damaged /Missing | COMPLETED |
| | Lavatory Sink-Damaged/Missing | COMPLETED |
| | Shower/Tub-Damaged/Missing | COMPLETED |
| Electrical Systems | GFI Inoperable | COMPLETED |
| Kitchen | Plumbing-Leaking Faucet/ Pipes | TO BE COMPLETED 5/31/01 |
| | Range/Stove-Missing/ Inoperable | TO BE COMPLETED 5/31/01 |

| Site | Observation | Status |
|---|---|---|
| Walls | Damaged | COMPLETED |
| | Peeling/Needs Paint | COMPLETED |
| Doors | Damaged Hardware/Locks | COMPLETED |
| **Building 1 – Unit 402 – Health & Safety** | | |
| Infestation | Insects | COMPLETED |
| **Building 1 – Unit 405** | | |
| Bathroom | Water Closet/Toilet Damaged/Clogged/Missing | COMPLETED |
| Kitchen | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| Outlets/Switches | Missing/Broken Cover Plates | COMPLETED |
| Walls/Ceiling | Damaged/Peeling Paint | ORDER OF POSSESSION ISSUED 3/23/01 |
| Doors | Missing Door | ORDER OF POSSESSION ISSUED 3/23/01 |
| **Building 1 – Unit 405 – Health & Safety** | | |
| Infestation | Insects | COMPLETED |
| Hazards | | ORDER OF POSSESSION ISSUED 3/23/01 |
| **Building 1 – Unit 407** | | |
| Bathroom | Plumbing-Leaking Faucets/Pipes | COMPLETED |
| Kitchen | Range/Stove-Missing/Damaged/ Inoperable | COMPLETED |
| | Plumbing-Leaking Faucets/ Pipes | TO BE COMPLETED 5/31/01 |
| Doors | Missing | COMPLETED |

| Site | Observation | Status |
| --- | --- | --- |
| **Building 1 – Unit 811** | | |
| Bathroom | Lavatory Sink-Damaged/Missing | COMPLETED |
| | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| Doors | Damaged Hardware/Locks | COMPLETED |
| | Missing Door | TO BE COMPLETED 5/31/01 |
| Walls | Damaged | COMPLETED |
| Kitchen | Refrigerator-Missing/ Damaged | TO BE COMPLETED 5/31/01 |
| **Building 1 – Unit 906** | | |
| Bathroom | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| | Shower/Tub-Damaged/Missing | COMPLETED |
| Kitchen | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| | Range/Stove-Missing/Damaged Missing | COMPLETED |
| Doors | Damaged Hardware/Locks | COMPLETED |
| **Building 1 – Unit 908** | | |
| Bathroom | Plumbing-Leaking Faucet/ Pipes | COMPLETED |
| Doors | Damaged Hardware/Locks | COMPLETED |
| | Damaged Surface-Holes/Paint Rusting/Glass | TO BE COMPLETED 5/31/01 |
| Kitchen | Plumbing-Leaking Faucet/Pipes | COMPLETED |
| **Building 1 – Unit 910** | | |
| Electrical System | GFI – Inoperable | COMPLETED |
| | Missing Breakers/Fuses | COMPLETED |

| Site | Observation | Status |
| --- | --- | --- |

REPAIRS TO COMMON AREAS ARE PROJECTED TO BE COMPLETED BY APRIL 25, 2001; IF NOT DEFINED BY THE BABCO REHAB PLAN (Enclosed). – SHAWN MINTZ-