PM ONE, LTD.

First in Property Management

April 8, 2001

Ms. Veronica Coleman
Director, Project Management
Chicago Multifamily Hub
U. S. Department of Housing and Urban Development
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

*RE: REAC Inspection on 3/8/01 for Southpointe Tower*

Dear Ms. Coleman,

Enclosed please find the Management Improvement and Operating (MIO) plan and the Emergency Health and Safety (EH&S) Certification from the owner, the information is in response to the REAC Inspection Findings submitted March 8, 2001 to P.M. One.

This letter is to document the action taken to correct the items referenced in the REAC inspection, as well as the plans to address capital items needed for the property. A scope of work has been obtained from BABCO Construction, Inc. identifying capital and structural items to be completed on the property.

Finally, the EH& Safety items certification is being submitted with the signature of the owner, it is my understanding that the original documentation and the pictures have all been submitted to Ms. Thomas, the Project Manager as early as March 12, 2001. Pursuant to my conversation with Ms. Thomas, a signed letter from the owner certifying that the information provided has been done must be included to bring closure to the outstanding issue.

EXHIBIT 10

1621 E. 55th Street • Chicago, IL 60615
773-324-9010 • Fax 773-324-9082 • www.pmone.com

EXHIBIT
H

Thank you for your consideration in this matter, as we work together to provide safe decent and sanitary housing for the residents of Southpointe Tower.

Sincerely,

Kelly Brown
Regional Property Manager

Cc: Joan Kiening
Gwen Thomas
Marlene Dau
John Hayes
Diane Lemieux ✓

Attachment(s)

#1 = MIO Plan
#2 = Scope of Work for Capitol Improvements
#3 = Owner Certified Letter for EH&S

KB/mb

PM GROUP

April 9, 2001

Ms. Gwendolyn Thomas, Project Manager
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Boulevard, 23rd Floor
Chicago, Illinois 60604-3507

Re: **South Pointe Tower Apartments**
**REAC Inspection No: 8000040489**
**FHA No: 071-55028**

Dear Ms. Thomas:

This letter is certification that all EH & S items listed in the above captioned inspection have been corrected (EH & S Report attached).

As always, your help is greatly appreciated and should you have any questions, please contact myself or Kelly Brown at 773-406-1541.

Very Truly Yours,

John J. Hayes
PM Group, Inc.

cc: Edward Hinsberger, HUD
Veronica Coleman, HUD
Debbie Gray, HUD
Dianne LeMieux, PM Group, Inc.
Marlene Dau, P.M. One, Ltd.
Kelly Brown, P.M. One, Ltd.

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

# NOTIFICATION OF EXIGENT AND FIRE SAFETY HAZARDS OBSERVED (continued)

Property ID #: 800040489

Inspector ID # U 10349

Inspection ID # 109997

Inspection Date: 3/2/01

PART 1
EXIGENT HEALTH AND SAFETY HAZARDS

| | |
|---|---|
| Air Quality<br>A-- Propane/Natural Gas/Methane Gas Detected<br><br>Electrical Hazards<br>B-- Exposed Wires/Open Panels<br>C-- Water Leaks On or Near Electrical Equipment | Emergency Equipment/Fire Exits/Fire Escapes<br>D-- Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E-- Blocked Egress/Ladders<br><br>Gas/Oil Hot Water Heater/Gas/Oil HVAC<br>F-- Carbon Monoxide Hazard - Gas/Oil Fired Unit - Missing/Misaligned Chimney |

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a written report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg. Location | DU or CA Location | CHECK DEFECT TYPE(s) (See list below) A | B | C | D | E | F | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. | BLDG 1 | DU | | X | | | | | UNIT 1201 - OUTLET COVER MISSING | |
| 7. | BLDG 1 | DU | | X | | | | | UNIT 1305 - BREAKERS MISSING | |
| 8. | BLDG 1 | DU | | X | | | | | UNIT 2203 - OUTLET COVER MISSING | |
| 9. | BLDG 1 | DU | | X | | | | | UNIT 605 - OUTLET COVER MISSING | |
| 10. | BLDG 1 | DU | | X | | | | | UNIT 910 - MISSING BREAKERS | |
| 11. | BLDG 1 | CA | | X | | | | | EXHAUST FANS ROOM - MISSING COVERS ON ELECTRICAL BOXES | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |
| 18. | | | | | | | | | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |
| 23. | | | | | | | | | | |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |
| 32. | | | | | | | | | | |
| 33. | | | | | | | | | | |
| 34. | | | | | | | | | | |
| 35. | | | | | | | | | | |
| 36. | | | | | | | | | | |
| 37. | | | | | | | | | | |
| 38. | | | | | | | | | | |
| 39. | | | | | | | | | | |
| 40. | | | | | | | | | | |
| 41. | | | | | | | | | | |
| 42. | | | | | | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |

*** Reserved for HUD Use.

# NOTIFICATION OF EXIGENT AND FIRE SAFETY HAZARDS OBSERVED

Property ID: 800040184

Inspection ID # 109997

Property name: SOUTH POINTE TOWER

Inspection Date: 3/2/01

PHA Name: ______

Property Address: 6425 S. LANE AVE.

Property Phone: (773) 874-1122

PHA ID Number: ______

Property City: CHICAGO State: IL Zip: 60621

Agent Phone: ______

## PART 1
## EXIGENT HEALTH AND SAFETY HAZARDS

| | |
|---|---|
| **Air Quality**<br>A-- Propane/Natural Gas/Methane Gas Detected<br><br>**Electrical Hazards**<br>B-- Exposed Wires/Open Panels<br>C--Water Leaks On or Near Electrical Equipment | **Emergency Equipment/Fire Exits/Fire Escapes**<br>D-- Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E-- Blocked Egress/Ladders<br><br>**Gas/Oil Hot Water Heater/Gas/Oil HVAC**<br>F-- Carbon Monoxide Hazard - Gas/Oil Fired Unit -Missing/Misaligned Chimney |

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a written report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg. Location | DU or CA Location | A | B | C | D | E | F | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLDG 1 | CA | | X | | | | | CUSTODIAL RM - OUTLET COVER | |
| 2 | BLDG 1 | CA | | X | | | | | [illegible] AREA - LIGHT FIXTURE MISSING | |
| 3 | BLDG 1 | CA | | | | X | | | [illegible] ROOM [illegible] DOOR | |
| 4 | BLDG 1 | DU | | X | | | | | UNIT 1007 - MISSING [illegible] | |
| 5 | BLDG 1 | DU | | X | | | | | UNIT 1111 - OUTLET COVER MISSING | |

*** Reserved for HUD Use.

## PART 2
## FIRE SAFETY HAZARD

| | |
|---|---|
| **Emergency Equipment/Fire Exits/Fire Escapes**<br>G-- Window Security Bars Prevent Egress<br>H-- Fire Extinguishers Expired | **Smoke Detectors**<br>I -- Missing/Inoperative |

During this inspection the following items were observed and noted as Fire Safety hazards which require immediate attention:

| Item Number | Site or Bldg. Location | DU or CA Location | C | H | I | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|
| 1 | BLDG 1 | DU | | | X | UNIT 2203 - [illegible] | |
| 2 | BLDG 1 | CA | | X | | FIRE EXTING TAGS | |
| 3 | | | | | | MISSING | |

*** Reserved for HUD Use.

Other Health and Safety Concerns Not Defined In Above Matrix.

| | |
|---|---|
| 1. | |
| 2. | |

NAME OF OWNER/AGENT'S REPRESENTATIVE (Please print legibly)

CARL E. SANDERS

SIGNATURE OF OWNER/AGENT'S REPRESENTATIVE [signature] Date 3/2/01

INSPECTOR NAME: (Print)

FRANK CAPERTON

H10349
INSPECTOR ID NUMBER

A copy of this notification will be provided to the appropriate local health/safety/fire code enforcement entity.
Neither the inspector, the inspector's employer nor the Department of Housing and Urban Development assume any liability whatsoever expressed or implied that the above noted health and safety hazards constitute all of the health and safety deficiencies that may be present on the property. Any and all liability for the health and safety hazards noted above, as well as any health and safety hazards that may exist on the property but were not observed by the inspector, are the full and absolute responsibility of the property owner and not the inspector, the inspector's employer nor the Department of Housing and Urban Development.

01/28/01
H&S Form

Property ID: 800040[illegible] Inspection ID#: [illegible] Inspection Date: 3/2/01

Property name: SOUTH POINTE TOWER PHA Name: ______ Property Phone: (773) 574-1122

Property Address: 6425 S. LANE AVE. PHA ID Number: ______ Agent Phone: ______

Property City: CHICAGO State: IL Zip: 60621

## PART 1
## EXIGENT HEALTH AND SAFETY HAZARDS

| | |
|---|---|
| Air Quality<br>A-- Propane/Natural Gas/Methane Gas Detected<br><br>Electrical Hazards<br>B-- Exposed Wires/Open Panels<br>C-- Water Leaks On or Near Electrical Equipment | Emergency Equipment/Fire Exits/Fire Escapes<br>D-- Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E-- Blocked Egress/Ladders<br><br>Gas/Oil Hot Water Heater/Gas/Oil HVAC<br>F-- Carbon Monoxide Hazard - Gas/Oil Fired Unit -Missing/Misaligned Chimney |

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a writt[en] report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg. Location | DU or CA Location | A | B | C | D | E | F | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLDG 1 | CA | | X | | | | | CUSTODIAN RM - OUTLET COVER | |
| 2 | BLDG 1 | CA | | X | | | | | MAINT. AREA - LIGHT FIXTURE MISSING | |
| 3 | BLDG 1 | CA | | | | X | | | TRASH ROOM - MAINT. AREA | |
| 4 | BLDG 1 | DU | | X | | | | | UNIT 1007 - MISSING BREAKER [illegible] | |
| 5 | BLDG 1 | DU | | X | | | | | UNIT 1111 - OUTLET COVER MISSING | |

*** Reserved for HUD Use.

## PART 2
## FIRE SAFETY HAZARD

| | |
|---|---|
| Emergency Equipment/Fire Exits/Fire Escapes<br>G-- Window Security Bars Prevent Egress<br>H-- Fire Extinguishers Expired | Smoke Detectors<br>I -- Missing/Inoperative |

During this inspection the following items were observed and noted as Fire Safety hazards which require immediate attention:

| Item Number | Site or Bldg. Location | DU or CA Location | G | H | I | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|
| 1 | BLDG 1 | DU | | | X | UNIT 2203 - | |
| 2 | BLDG 1 | CA | | X | | FIRE EXTING. [illegible] MISSING | |
| 3 | | | | | | | |

*** Reserved for HUD Use.

Other Health and Safety Concerns Not Defined In Above Matrix.

| | |
|---|---|
| 1. | |
| 2 | |

NAME OF OWNER/AGENT'S REPRESENTATIVE (Please print legibly): CARL E. SANDERS

SIGNATURE OF OWNER/AGENT'S REPRESENTATIVE: [signature] Date 3/2/01

INSPECTOR NAME: (Print) FRANK CAPERTON

H10349
INSPECTOR ID NUMBER

A copy of this notification will be provided to the appropriate local health/safety/fire code enforcement entity.
Neither the inspector, the inspector's employer nor the Department of Housing and Urban Development assume any liability whatsoever expressed or implied that the above note[d] health and safety hazards constitute all of the health and safety deficiencies that may be present on the property. Any and all liability for the health and safety hazards noted abov[e] as well as any health and safety hazards that my exist on the property but were not observed by the inspector, are the full and absolute responsibility of the property owner and no[t] the inspector, the inspector's employer nor the Department of Housing and Urban Development.

01/28/[illegible]
H&S Fo[rm]

# NOTIFICATION OF EXIGENT AND FIRE SAFETY HAZARDS OBSERVED (continued)

Property ID #: 800040489 Inspection ID # 109997 Inspection Date: 3/2/01

Inspector ID # H 10349

## PART 1
## EXIGENT HEALTH AND SAFETY HAZARDS

| | |
|---|---|
| **Air Quality**<br>A-- Propane/Natural Gas/Methane Gas Detected<br><br>**Electrical Hazards**<br>B-- Exposed Wires/Open Panels<br>C-- Water Leaks On or Near Electrical Equipment | **Emergency Equipment/Fire Exits/Fire Escapes**<br>D-- Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E-- Blocked Egress/Ladders<br><br>**Gas/Oil Hot Water Heater/Gas/Oil HVAC**<br>F-- Carbon Monoxide Hazard - Gas/Oil Fired Unit -Missing/Misaligned Chimney |

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a written report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg. Location | DU or CA Location | CHECK DEFECT TYPE(s) (See list below) A | B | C | D | E | F | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. | BLDG 1 | DU | | X | | | | | UNIT 1201 - OUTLET COVER MISSING | |
| 7. | BLDG 1 | DU | | X | | | | | UNIT 1305 - BREAKERS MISSING | |
| 8. | BLDG 1 | DU | | X | | | | | UNIT 2208 - OUTLET COVER MISSING | |
| 9. | BLDG 1 | DU | | X | | | | | UNIT 605 - OUTLET COVER MISSING | |
| 10. | BLDG 1 | DU | | X | | | | | UNIT 910 - MISSING BREAKER COVER | |
| 11. | BLDG 1 | CA | | X | | | | | EXHAUST FANS ROOM - MISSING COVERS | |
| 12. | | | | | | | | | ON ELECTRICAL PANEL | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |
| 18. | | | | | | | | | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |
| 23. | | | | | | | | | | |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |
| 32. | | | | | | | | | | |
| 33. | | | | | | | | | | |
| 34. | | | | | | | | | | |
| 35. | | | | | | | | | | |
| 36. | | | | | | | | | | |
| 37. | | | | | | | | | | |
| 38. | | | | | | | | | | |
| 39. | | | | | | | | | | |
| 40. | | | | | | | | | | |
| 41. | | | | | | | | | | |
| 42. | | | | | | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |

*** Reserved for HUD Use.