MAY 15 2001

U.S. Department of Housing and Urban Development
Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

CERTIFIED RECEIPT

John Hayes, General Partner
PM Group
1050 Corporate Office Drive
Suite 150
Milford, MI 48381

Dear: Mr. Hayes:

SUBJECT: South Pointe Tower Apartments
Contract No. IL06-E000-034
REAC Inspection - March 2, 2001

We are receipt of the plan to correct the deficiencies identified in the subject Real Estate Assessment Center (REAC) inspection. The response to that inspection was submitted by Ms. Kelly Brown, Regional Property Manager for P.M. One. Ms. Brown's response will not be accepted due to impending negotiations with HUD (Departmental Enforcement Center and Chicago Multifamily Hub) concerning your proposed refinance and substantial rehabilitation of the property. Although the letter from REAC directs you to prepare a Management Improvement and Operating (MIO) Plan subject to our approval, the condition of this property is beyond that point as acknowledged by your application to refinance that we rejected due to major deficiencies. Currently, we are awaiting your response from the meeting that was conducted on April 13th, 2001 with the Departmental Enforcement Center.

Please advise Ms. Brown of the issues and your plans to resolve. We are returning her package.

If you have any questions regarding this matter, please call your Project Manager, Gwendolyn Thomas, (312) 353-6236 extension 2246.

Sincerely,

Veronica Coleman

Veronica Coleman
Director of Project Management
Chicago Multifamily Hub

Enclosure:

EXHIBIT
K