# Application for Multifamily Housing Project

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

1:02 PM

See Instructions on page 7

OMB No. 2502-0029 (exp. 7/31/94)

Public reporting burden for this collection of information is estimated to average 68 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0029), Washington D.C. 20503. Do not send this completed form to either of these addressees.

Privacy Act Statement. The U.S. Housing Act of 1937, as amended, authorizes the Department of Housing & Urban Development (HUD) to collect all this information. The Housing & Community Development Act of 1987, 42 U.S.C 3543 authorizes HUD to collect Social Security Numbers (SSN). Providing the SSN is mandatory for the sponsor mortgagor, borrower, and the owner. Failure to provide the SSN could result in disapproval of participation in this HUD program and/or delay action on the proposal. Submission of the SSN by all other participants is voluntary. The information is authorized by 24 CFR 207.17 and is being collected by HUD to facilitate the evaluation of multiple participation. The SSN is used as a unique identifier. HUD may disclose this information to Federal, State and local agencies when relevant to civil, criminal, or regulatory investigations and prosecutions. It will not be otherwise disclosed or released outside of HUD, except as required and permitted by law.

## Section A - Project Identification

1. Name of Project: South Pointe Tower

2. HUD Project Number (Mortgage Ins. or Sec. 202):

3. HUD Project Number (Section 8):

## Section B - Purpose of Application

To: The Assistant Secretary for Housing-Federal Housing Commissioner: Application is being made pursuant to item (s) ☒ 1, ☐ 2, ☐ 3 of Section M, Page 5 hereof. The undersigned desire(s) to participate, with respect to the Property and program(s) described below. Therefore, it is requested that you give consideration to the information presented herein, for the purpose of loaning and/or approving:

- ☑ Mortgage Insurance: Section: 221(d)(4)
- ☐ a Feasibility Letter (Rehab.)
- ☐ a SAMA Letter
- ☐ a Conditional Commitment
- ☑ a Firm Commitment
- ☐ Direct Loan Section 202
- ☐ Housing Asst. Pymnts. Sec. 8
- ☐ a Preliminary Proposal
- ☐ a Final Proposal

Mortgagor: ☑ PM ☐ NP ☐ LD ☐ S-S Other

Financing: ☐ Conventional ☑ GNMA ☐ Bond ☐ State Agency Other

Mortgage/Loan Amount: $ 9,266,300

Interest Rate: PERMANENT 7.50% CONSTRUCTION 7.50%

## Section C - Location and Description of Property

| 1. Street Address | 2. Municipality | 3. County | 4. State and Zip Code | 5. Congressional Dist. |
|---|---|---|---|---|
| 6425 South Lowe Avenue | Chicago | Cook | Illinois 60621 | Congressional District: 1st<br>Census Tract: 6809 |

6. Type of Project: ☐ Proposed ☑ Rehabilitation ☐ Existing Year Built: 1967

7. Number of Units: Revenue: 303; Non-Revenue: 0; Total: 303

8. No. of Buildings: 1

9. List of Accessory Buildings: 1 Garage - not used; Area 7,000 Sq. Ft.

10. List Recreation Facilities: Tot Lot; Area Sq. Ft. See Survey

11. Type of Buildings: ☑ Elevator ☐ Walkup ☐ Row (T.H.) ☐ Detached ☐ Semi-Detached

12. No. of Stories: 22

13. No. of Elevators: 3

14. Type of Foundation: ☑ Slab on Grade ☐ Crawl Space ☐ Full Basement ☐ Partial Bsmt.

| 15. Structural System | 16. Floor System | 17. Exterior Finish | 18. Heating System | 19. Air Condition System |
|---|---|---|---|---|
| Concrete | Concrete | Concrete & Brick | Gas Fired Hot Water | Central in office only |

## Section D - Information Concerning Land or Property

| 1. Date | 2. Price | 3. Additional Cost Paid or Accrued (attach a cost breakdown) | 4. Total Cost | 5. Outstanding Balance | 6. Relationship Between Seller and Buyer, Business, Personal or Other |
|---|---|---|---|---|---|
| ☑ Acquired ☐ Optioned 3/28/1990 | ☑ Purchase ☐ Option $ 3,675,000 | $ 2,929,501 | $ 6,604,501 | $3,600,000 | N/A |

7. Site Area: Appx. 2.79 acres Sq. Ft.

8. Zoning (if recently changed, submit evidence): As required

9. If leasehold, show annual ground rent: $ N/A; lease term remaining years: N/A

10. Off-Site Facilities

| | Public | Comm. | At Site | Feet from Site |
|---|---|---|---|---|
| Water | ☑ | ☐ | ☑ | ft. |
| Sewer | ☑ | ☐ | ☑ | ft. |
| Paving | ☑ | ☐ | ☑ | ft. |
| Gas | ☑ | ☐ | ☑ | ft. |
| Electrical | ☑ | ☐ | ☑ | ft. |

11. Unusual Site Features: ☑ None ☐ Poor Drainage ☐ Cuts ☐ Retaining Walls ☐ Fill ☐ Rock Formations ☐ Erosion ☐ High Water Table ☐ Other

12. Special Assessments N/A
a. ☐ Prepayable ☐ Non-prepayable
b. Principal Balance
c. Annual Payment
d. Remaining Terms ____ years

Previous Editions Are Obsolete.



form HUD-92013 (10/92)

EXHIBIT M

03/19/01 MON 14:07 [TX/RX

Section E - Estimate of Income

| Unit Type | No. of Living Units | No. of Units Assisted | Living Area (Sq. Ft.) | Composition of Units | PBE Not in Rent ($) *Sec. F-1) | Unit Rent per Mo. ($) | Total Monthly Unit Rent |
|---|---|---|---|---|---|---|---|
| 1BR | 60 | 60 | 563 | LR-DA, BR, K, Ba | | $ 648 | $ 38,880 |
| 2BR | 140 | 140 | 826 | LR-DA, 2BR, K, Ba | | $ 727 | $ 101,780 |
| 2BR | 17 | 17 | 1368 | LR-DA, 2BR, K, 2Ba (Townhouse) | | $ 799 | $ 13,583 |
| 3BR | 80 | 80 | 1096 | LR-DA, 3BR, K, Ba | | $ 800 | $ 64,000 |
| 3BR | 6 | 6 | 1574 | LR-DA, 3BR, K, 2Ba (Townhouse) | | $ 866 | $ 5,196 |
| | | | | | | | |
| Employee(s) Liv. Unit(s) | | | | | | | $ - |
| Totals | 303 | 303 | | 2. Total Estimated Monthly Rentals for All Living Units $ | | | 223,439 |

3. Number of Parking Spaces
☐ Attended
☐ Self Park
Total Spaces 200

4. Parking and Other Income (Not Included in Rent)
Open Spaces ______ @ $ ______ per month =$ ______
Covered Spaces ______ @ $ ______ per month =$ 0
Laundry 303 Sq. Ft. or Living Units @ 4.25 per month =$ 1,289
Other Miscellaneous per month =$ 900

Total Ancillary Income $ 2,189

Commercial Space (Describe)
Area-Ground Level 696 sq. ft. @ $ 1.05 per sq. ft./month = $ 757
Other Levels ______ sq. ft. @ $ ______ per sq. ft./month = $ ______
Total Commercial $ 757

Total Estimated Monthly Gross Income at 100 Percent Occupancy 226,385
Total Annual Rent (Item 6 times 12 months) $ 2,716,620

8. Gross Floor Area 351,868 Sq. Ft.
9. Net Rentable Residential Area 232,730 Sq. Ft.
10. Net Rentable Commercial Area 696 Sq. Ft.

Section F - Equipment and Services (Check Items Included in the Rent, Listed Below)

Equipment
☑ Range and Oven
☐ Microwave Oven
☑ Refrigerator
☑ Laundry Facilities
☑ In Common Area
☐ In Living Unit
☐ L.U. Hookup Only
☐ Carpet
☑ Drapes mini-blinds
☐ Swimming Pool
☐ Air Conditioning Equip.
☑ Trash Compactor
☑ Disposal
☐ Other

Services (Gas / Elect / Oil)
☑ Heat — Gas ☑ Elect ☐ Oil ☐
☑ Hot Water — Gas ☑ Elect ☐ Oil ☐
☑ Cooking — Gas ☐ Elect ☑
☐ Air Conditioning — Gas ☐ Elect ☐
☐ Lights, etc., in Units
☑ Cold Water ☑ Parking
☐ Other

Section F-1 - Utilities (Not in Rent)
*Personal Benefit Expenses (PBE)
Check Utilities and Services Not Included in the Rent and Paid Directly by the Tenant.
☑ Electricity ☐ Heating ☐ Gas
☐ Decorating ☐ Repairs ☐ Water
Other

Remarks




03/19/01 MON 14:07 [TX/RX NO 6096]

## Section G - Estimate of Replacement Cost

**Land Improvements**

| | | | |
|---|---|---|---|
| 1. | Unusual Land Improvements | $ | |
| 2. | Other Land Improvements | $ | |
| 3. | Total Land Improvements | | $ - |

**Structures**

| | | | |
|---|---|---|---|
| 4. | Main Building | $ | |
| 5. | Accessory Building | $ | |
| 6. | Garage | $ | |
| 7. | All Other Buildings | $ | |
| 8. | Total Structures | | $ 3,359,048 |
| 9. | Subtotal (Line 3 plus Line 8) | | $ 3,359,048 |
| 10. | General Requirements (Line 9 x ____ ) | | $ 324,830 |
| 11. | Subtotal (Line 9 plus Line 10) | | $ 3,683,878 |

**Fees**

| | | | | |
|---|---|---|---|---|
| 12. | Builder's General Overhead | (Line 11 x 2.0% ) | | $ 73,678 |
| 13. | Builder's Profit | (Line 11 x ____ ) | | $ 226,968 |
| 14. | Subtotal (Sum of Lines 11 through 13) | | | $ 3,984,524 |
| 15. | Bond Premium | | | $ 47,842 |
| 16. | Other Fees | | | $ 26,350 |
| 17. | Estimated Total Cost of Construction | | | $ 4,058,716 |
| 18. | Architect's Fee-Design | (Line 14 x 1.0% ) | | $ 115,000 |
| 19. | Architect's Fee-Supervisory | (Line 14 x 0.5% ) | | $ 25,000 |
| 20. | Total For All Improvements (Sum of Lines 17 through 19) | | | $ 4,198,716 |
| 21. | Cost per Gross Square Foot (Line 20 divided by Item 8, Section E) | | $ | |
| 22. | Construction Time 10 Months Plus 2 = 12 Months | | | |

**Charges and Financing During Construction**

| | | | | |
|---|---|---|---|---|
| 23. | Interest on $ 8,255,300 @ 7.5% for 12 Months | | $ 600,611 | |
| 24. | Taxes | | $ | |
| 25. | Insurance | | $ 10,000 | |
| 26. | HUD/FHA Mtg. Ins. Pre. | ( 1.0% ) | $ 82,663 | |
| 27. | HUD/FHA Exam Fee | ( 0.3% ) | $ 27,789 | |
| 28. | HUD/FHA Insp. Fee | ( 0.5% ) | $ 21,627 | |
| 29. | Financing Fee | ( 2% ) | $ 185,326 | |
| 30. | Permanent Placement Fee | ( 1.5% ) | $ 138,995 | |
| 31. | AMPO | ( 0.0% ) | $ | |
| 32. | Contingency (Sec. 202) | ( 0.0% ) | $ | |
| 33. | Title and Recording | | $ 10,000 | |
| 34. | Total Charges and Financing | | | $ 1,087,021 |

**Legal, Organization and Audit Fee**

| | | | |
|---|---|---|---|
| 35. | Legal | $ 28,000 | |
| 36. | Organization | $ 5,000 | |
| 37. | Cost Certification Audit Fee | $ 7,000 | |
| 38. | Total Legal, Organization and Audit Fee | | $ 40,000 |
| 39. | Builder's and Sponsor's Profit and Risk | | $ 126,702 |
| 40. | Consultant Fee (Nonprofit only) | | $ |
| 41. | Supplemental Management Fund | | $ |
| 42. | Contingency Reserve (Rehabilitation Only) | | $ 125,000 |
| 43. | Relocation Expenses (Rehabilitation Only) | | $ |
| 44. | Other | | $ |
| 45. | Total Estimated Development Costs (Lines 20 + 34 + 38 through 44) | | $ 5,577,439 |
| 46. | Land (Estimated Market Price of Site) ____ sq. ft. @ $ ____ per sq. ft. | | $ 6,750,000 |
| 47. | Total Estimated Replacement Cost of Project (Line 43 plus Line 44) | | $ 12,327,439 |
| 48. | Average Cost per Living Unit (Line 45 divided by Total in Sec. C, Item 7) | $ 18,407 | |

## Section H - Annual Income Computations

| | | |
|---|---|---|
| 1. | Estimated Project Gross Income (Line 7, Sec. E, Pg. 2) | $ 2,716,620 |
| 2. | Occupancy (Entire Project) | 92.95653% |
| 3. | Effective Gross Income (Line 1 x Line 2) | $ 2,525,276 |
| 4. | Total Project Expenses (Line 30, Section 1) | $ 1,660,743 |
| 5. | Net Income to Project (Line 3 minus Line 4) | $ 864,533 |
| 6. | Expense Ratio (Line 4 divided by Line 3) | 65.76% |

## Section I - Estimate of Annual Expense

See Appraisal

**Administrative**

| | | | |
|---|---|---|---|
| 1. | Advertising | $ | |
| 2. | Management Fee ( ) | $ - | |
| 3. | Other | $ | |
| 4. | Total Administrative | | $ - |

**Operating**

| | | | |
|---|---|---|---|
| 5. | Elevator maintenance Exp. | $ | |
| 6. | Fuel - Heating | $ | |
| 7. | Fuel - Domestic Hotwater | $ | |
| 8. | Lighting and Misc. Power | $ | |
| 9. | Water | $ | |
| 10. | Gas | $ | |
| 11. | Garbage and Trash Removal | $ | |
| 12. | Payroll | $ | |
| 13. | Other | $ | |
| 14. | Total Operating | | $ - |

**Maintenance**

| | | | |
|---|---|---|---|
| 15. | Decorating | $ | |
| 16. | Repairs | $ | |
| 17. | Exterminating | $ | |
| 18. | Insurance | $ | |
| 19. | Ground Expense | $ | |
| 20. | Other | $ | |
| 21. | Total Maintenance | | $ - |
| 22. | Replacement Res.: New Const. = (.006 x Line 8, Sec. G Total Struct.) Rehab = (.004 x Mort/Loan Requested in Sec. M | | $ 59,864 |
| 23. | Subtotal Expenses (Sum of Lines 4, 14, 21 and 22) | | $ 59,864 |
| 24. | Real Estate : Est. Assessed Value = $ ____ at $ ____ per $1000 = | $ | |
| 25. | Personal Prop. Est. Assessed Value = $ ____ at $ ____ per $1000 = | $ | |
| 26. | Employee Payroll Tax | $ | |
| 27. | Other | $ | |
| 28. | Other | $ | |
| 29. | Total Taxes | | $ - |
| 30. | Total Expenses (Line 23 plus Line 29) | | $ 1,660,743 |
| 31. | Avg. exp. per unit per annum (PUPA) (Line 30 divided by Total Item 7 Sec. C) | | $ 5,481 |

| | |
|---|---|
| Net Income to Project | $ 864,533 |
| 90% of net income | $ 778,079 |
| Debt Service Constant 7.5% 40 years+ MIP) | $ 0.08396849 |
| Maximum Mortgage based on Debt | $ 9,266,326 |



form HUD-92013

03/19/01 MON 14:07 [TX/RX NO 6096]

**Section J - Total Settlement Requirements**

| | | |
|---|---|---|
| 1. | Development Costs (Line 45, Section G) | $ 5,577,439 |
| 2. | Cash Req. for Land Debt/Acquisition | $ 2,991,950 |
| 3. | Subtotal (Lines 1 plus 2) | $ 8,569,389 |
| 4. | Mortgage Amount: $ 9,266,300 | |
| 5. | Development/Cash (Lines 3 minus 4) +/- | $ (696,911) |
| 6. | Initial Operating Deficit(L OF C) | $ |
| 7. | Discount Costs | $ |
| 8. | Interest Yield Costs | $ |
| 9. | Working Capital (L OF C) | $ 185,326 |
| 10. | Min. Capital Investment (Sec. 202) | $ |
| 11. | Off-Site Construction Costs | $ |
| 12. | Non-Mortgagable Relocation Expenses | $ |
| 13. | Other | $ |
| | Total Estimated Cash Required | |
| 14. | (sum of Lines 5 through 13) | $ (511,585) |

Funds Available for Cash Requirements

| | | |
|---|---|---|
| 15. | Source of Cash | |
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Subtotal (a+b+c) | $ - |
| 16. | Source of Fees and Grants: | |
| | a. | $ - |
| | b. | $ |
| | c. | $ |
| | Subtotal (a+b+c) | $ - |
| 17. | Total Cash, Fees and Grants (Sum of items 15 plus 16) | $ -0- |

Note: Line 17 must equal or exceed Line 14

**Section K - Principal Participants**

1. ☐ Sponsor, ☐ Mortgagor, ☑ Borrower, ☐ Owner Name
Englewood Terrace Limited Partnership
Address (include zip code
1050 Corporate Office Drive, Suite 150
Milford, MI 48167
Telephone Number (248)529-2000 SSN/EIN 38-2904963

2. Name
Address (include zip code)
Telephone Number SSN/EIN

3. ☐ Consultant, ☐ Agent, ☑ Other Authorized Representative Name
Ken Horton, Asset Manager
Address (include zip code
1050 Corporate Office Drive, Suite 150
Milford, MI 48167
Telephone Number (248)529-2000 SSN/EIN

4. General Contractor Name
Rite-Way Construction
Address (include zip code)
1030 East 87th Street
Chicago, Illinois 60619
Telephone Number (773)374-7822 SSN/EIN

5. Sponsor's Attorney Name
Address (include zip code
Telephone Number SSN/EIN (Optional)

6. Architect Name
Address (include zip code)
Telephone Number (312)663-0225 SSN/EIN (Optional)

**Section L - Application (SAMA and Feasibility Letter)**

The Undersigned certifies that : (1) He/She is legally authorized to represent the entity(ies) identified below with respect to all transactions pertaining to this application and all matters related to it; (2) Any and all action(s) by the undersigned is/are legally binding on the principal(s) and the entity(ies) being represented; (3) He/She is familiar with the provisions of the regulations issued by the Department of Housing and Urban Development (HUD) pursuant to the above-identified section(s) of the respective Housing Act(s);(4)Tot the best of his/her knowledge and belief, the entity(ies) identified below has/have complied, or will be able to comply, with all the requirements of the regulations which are a prerequisite with respect to participation in the program(s) selected; (5) The principal(s) is/are aware that disclosure of certain financial information will be required by HUD in the course of processing this application; (7) That he/she has made a physical inspection of the property and, in his/her opinion, the site plan submitted conveys a concept which can be reasonably followed in practice; (8) The proposed construction will not violate recorded zoning ordinances and restrictions; (9) To the best of his/her knowledge and belief no information or data contained herein or in the exhibits or attachments submitted herewith, are in any way false or incorrect and that they are truly descriptive of the project or property which is intended as security for the proposed mortgage loan and/or is presented for consideration with respect to the request for approval of a Housing Assistance Payments Contract.

The Undersigned assures and agrees that: (1) Pursuant to the regulations and the related requirements of HUD neither the entity(ies) identified below nor anyone authorized to act on its/their behalf, will decline to sell, rent or otherwise make available any of the property or housing in the project, identified herein, to a prospective purchaser or tenant because of race, color, religion, sex or national origin; (2) The entity(ies) identified below will comply with Federal, State and local laws and ordinances prohibiting discrimination; and (3) Failure or refusal to comply with the requirements of either (1) or (2) shall constitute sufficient basis for the Commissioner to reject requests for future business with the identified entity(ies) or to take any other action that may be appropriate.

☐ Herewith is a check for $ ______ in payment of the required fee for a SAMA letter.

Principal Contact | Signed | Date

Telephone Number | On Behalf of: ☐ Sponsor, ☐ Mortgagor ☑ Borrower ☐ Owner





03/19/01 MON 14:07 [TX/RX NO 6096]

Section M - To the Federal Housing Commissioner

☑ 1. **Request for Mortgage Insurance:**

Request is hereby made for a ☐ Conditional Commitment ☒ Firm Commitment to provide mortgage insurance on a loan, which will involve: ☒ Insurance Advances During Construction ☐ Insurance Upon Completion, with respect to a principal loan of $ 9,288,300 which will bear interest at the rate of 7.5 % on the Construction Loan and 7.5 % on the Permanent Loan. The undersigned mortgagee requests consideration for mortgage insurance pursuant to the provision of Section 221(d)4 of the National Housing Act, and the HUD regulations applicable thereto. Said insurance is being requested to cover a loan which is to be secured by a first mortgage on the property described herein. After examining the proposed security, the undersigned considers such project to be desirable and is interested in making a loan in the principal amount and at the interest rate stated above. The loan will require repayment of the principal over a period of 480 months ( 40 years) in accordance with an amortization plan acceptable to you. It is understood and agreed that the actual financing fee (item G-29) will not exceed 2.0 % of your commitment amount. Presented herewith is a check for $ 27,789.00 which is in payment of the application fee required by HUD regulations.

☐ 2. **Request for Approval of Housing Assistance Payments Contract (Section 8):**

The undersigned owner requests your consideration with respect to approving a Housing Assistance Payments Contract pursuant to Section 8 of the U.S. Housing Act of 1937, as amended, and the related regulations applicable thereto. Submitted herewith is a proposal which defines the scope of the improvements and the type and quality of the housing which will be provided on the property described herein. Said property, upon completion of the improvements, will comply with the applicable standards and related regulations of the Department of Housing and Urban Development. Such proposed housing is being offered for lease, to eligible tenants at the stated contract rents, pursuant to the provisions of the regulations pertaining to the above-referenced U.S. Housing Act.

☐ 3. **Request for a Section 202 Loan:** Principal Amount $________ @ Permanent Interest Rate of ______%

Pursuant to Section 202 of the Housing Act of 1959, as amended, and the regulations applicable thereto, the undersigned borrower hereby requests a loan in the principal amount and at the interest rate stated above. The proceeds of the loan are to be used for development of the property described herein. The scope of the development of the property will be consistent with that information pertaining to improvements, submitted for your consideration. The loan is to be secured by a first mortgage on the property described herein. The principal amount of the loan will be repaid over a period of ________ months (________ years) in accordance with an amortization plan acceptable to you.

| Name and Address of Mortgagee | | Principal Contact | |
|---|---|---|---|
| Developers Mortgage Corporation<br>221 North LaSalle Street, Suite 3333<br>Chicago, Illinois 60601 | | Alan R. Cravitz<br>Telephone Number<br>(312)332-2013 | |
| Signed (Proposed Mortgagee (Use with Item 1) | Date | Signed (Owner Item 2)(Borrower Item 3) | Date |
| | | | |



form HUD-92013

03/16/01 MON 14:07 [TX/RX NO 6096]

BABCO Construction, Inc.

March 19, 2001

PM Group
1050 Corporate Office Drive, Suite 150
Milford, MI. 48381
Attn: Diane Lemieux

Re: South Pointe Tower Apartments
6425 S. Lowe St.
Chicago, Illinois
Proposed Scope of Work Summary-Revision #3

Dear Diane,

Below is a narrative of the scope of the work our budget pricing covers. The scope is loosely based on the plans prepared by Ted Dunaj which we received March 13, 2001. The plans are preliminary in scope and not dated.

Sitework

- Minor Landscaping

Concrete/Masonry

- Masonry Repairs to Courtyard walls
- Concrete Repairs to exterior Walls including barricade-- (Allowance $700,000)
- Power Wash & Tuckpoint Brickwork on Building
- Caulking of Exterior
- Coating & Painting of Exposed Concrete on Building
- Interior Brickwork Repairs (Minor)

Ornamental Metal

- Replace door from penthouse to roof

Roofing

- Replace all levels of the existing Roofing

Carpentry

- Installation of Doors listed Doors/Frames/Hardware
- Correction of Ground Floor South Egress Situation
- Penthouse secondary fire exit
- One half hour of miscellaneous carpentry repair per apartment
- Installation of replacement toilet accessories

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS

1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com
e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]

BABCO Construction, Inc.

PM Group
March 19, 2001
Scope of Work

Doors/Frames/Hardware

- Smoke Compartment Door Replacement/Hold Opens/Panic Hdw.
- Stairwell Door Replacement ( 44 included)
- Garbage Chute Room Door Replacement (20 included)
- Apartment Entry Door Replacement (132 included)
- Bedroom & Bathroom Door Replacement (185 included)
- Slider Closet Door Replacement (840 included)

Cabinets/Countertops

- Replace Cabinets/Countertops (10 units)

Aluminum Storefront

- Replace Storefront system proposed at Daycare Center

Drywall Repairs

- Apartment Drywall Repairs ($37,875 allowance)
- Replace existing penthouse elevator wall enclosure with code approved enclosure

Ceramic Tile

- Bathroom Shower Surround Repair ($30,300 allowance)

Resilient Flooring

- Repair floor tile in apartments and public corridors ($22,195 allowance)

Painting

- Finishing of New Doors
- Remove lead paint from Stair Well Handrails and repaint with non lead paint
- One coat of flat paint on interior of apartment walls and ceilings
- Refinish outside surface of kitchen cabinets
- One coat of eggshell paint on corridor walls

Window Blinds

- All new blinds in the apartments

Trash chute

- Door Replacement
- Cleaning of Existing Chute

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS

1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com
e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]

BABCO Construction, Inc.

PM Group
March 19, 2001
Scope of Work

Sprinklers

- New Sprinkler Heads in Trash Chute every 4th Floor so every other floor will have a sprinkler head

Mechanical

- Replace boiler burner controls ($ 130,000 allowance)
- Rebalance residential corridor exhaust and supply system

Plumbing

- Replace 20 Kitchen Sinks
- Replace 30 Kitchen Faucets
- Replace 30 Bathtub Valves
- Replace 20 Bathtubs
- Replace 30 Toilet Room Lavatories
- Replace 40 Toilet Room Lavatory faucets
- Replace 40 Toilets
- Replace 60 Toilet seats
- Replace 100 wall stops
- Refinish 50 Bathtubs
- Miscellaneous piping repairs ($ 30,000 allowance)

Electrical

- Replace Electric Hold-Opens on Smoke Compartment Doors
- GFI in Kitchens (allowance of 200)
- Install New Fire Alarm System
- Replace All Exit Signs
- Hardwire Smoke Detectors in Apartments
- Replace 90 ceiling light fixtures in the apartments
- Replace 275 duplex outlets or switches in the apartments
- 40% replacement of stairwell light fixtures

Video Security System

- Allowance for cameras on first floor

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS

1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com

03/18/01 FRI 18:58 [TX/RX NO 6074]

BABCO Construction, Inc.

POM Group
March 19, 2001
Scope of Work

General Conditions

Building Permit

Bonds

We have not included the following:

- Paving or seal coating of parking lot
- ADA compliant apartments
- Painting of corridor ceilings
- Painting of stairwells
- Any work on the exterior windows
- Elevators
- Changes to existing utility services and/or in the building distribution of same
- Door entry intercom system
- Removal of mirrors/or other rough texture material for the preparation of painting of wall/ceiling surfaces
- Any changes required by any governmental authorities
- Utility costs
- Removal of any environmental hazardous material except the lead paint from the stair well hand rails
- Anything not specifically mention above as included.

PM Group shall be responsible for the following:

- Security for our personnel and materials
- BABCo will be given approximately 800 s.f. of space on the first floor for field office.
- A full time clerk to work with the tenants to arrange on a daily basis access into apartments. When the construction work makes an apartment un-inhabitable, PM Group shall be responsible to temporarily relocate the tenant.
- Providing one elevator for BABCo's exclusive use during its working day.


1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com
e-mail: info@babcoinc.com

BABCO Construction, Inc.

PM Group
March 19, 2001
Scope of Work

Very truly yours,
BABCO Construction, Inc.

Jerold Levin
Vice President

| | | |
|---|---|---|
| cc: | Ted Dunaj | 312-431-6800 |
| | Larry Goldman | BABCO |
| | John Angelovich | BABCO |
| | Alan Crevitz | 312-332-0406 |

File:Corp/doc/SouthPoint /Bid Doc/Owner Corres/Scope #3 3-19-01

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS
1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]