Office of Housing
Federal Housing Commissioner

See back of page for Public reporting statement

| Inspection Date (mm/dd/yyyy) | Date Report Mailed (mm/dd/yyyy) | Report Prepared By |
|---|---|---|
| 3-22/3-23-01 | | [x] HUD<br>[ ] Mortgagee (Enter Company Name) |

## Part A: Basic Data

1. Project Name: SOUTH POINTE TOWER
2. Owner's Name: ENGLEWOOD TERRACE LIMITED PARTNERSHIP — Since (mm/dd/yyyy):
3. Agent's Name: — Since (mm/dd/yyyy):
4. Resident Manager's Name: AISHA BONA PARTE — Since (mm/dd/yyyy):
5. FHA Number: 071-35681
6. Mortgagee Number:
7. Number of Units — Total: 303 — Vacant: 6
8. Last Quarter Averages — Monthly Turnover: 5 (Units) — Days Vacant/Unit: 12 (Days) — Unit Ready Time: 10 (Days)
9. Name and Title of Owner Representative accompanying you on Inspection: CARL SANDERS / REGIONAL MANAGER

## Part B: Physical Condition.

Indicate the physical condition of each item. If maintenance is needed, describe the problem/need in Part E of this report. Mortgagees need not supply cost estimates. HUD staff need give cost estimates only when such estimates are required by other instructions (e.g., workout or flexible subsidy instructions).

| Exterior Items Inspected | Maintenance Needed (Y/N) | Urgency (H/M/L) | On Prior Report (Y/N) | Estimated Cost |
|---|---|---|---|---|
| 1. Exterior Walls and Foundations | Y | H | - | 700,000 |
| 2. Roofs, flashing, vents | Y | M | - | 162,500 |
| 3. Gutters, downspouts, splashblocks | - | - | - | — |
| 4. Drives, parking lots, paving, curbs | Y | M | - | 20,500 |
| 5. Walks, steps, guardrails | Y | M | - | 5,000 |
| 6. Fences, walls, gates | Y | M | - | 8,000 |
| 7. Porches, balconies, fire escapes | - | - | - | — |
| 8. Doors, windows, screens | Y | L | - | 36,000 |
| 9. Garage and carports | - | - | - | — |
| 10. Lawns and plantings | Y | L | - | 2,000 |
| 11. Sprinkler and drainage system | Y | H | - | 500 |
| 12. Exterior lighting | - | - | - | — |
| 13. Exterior painting | — | - | - | SEE # 1 |
| 14. Underground gas, water, sewage | - | - | - | — |
| 15. Security systems CURRENTLY | - | - | - | 24 HR. GUARD |
| 16. PENTHOUSE REPLACEMENT | Y | M | - | 650,000 |
| **Energy Efficiency Items Inspected** | | | | |
| 17. Insulation | - | - | - | — |
| 18. Caulking and weatherstripping | Y | H | - | 151,500 |
| 19. Storm doors and windows | - | - | - | — |
| 20. Water saver devices | - | - | - | — |
| 21. CCTV, CAMERAS, CALL STATION | Y | H | - | 75,000 |
| 22. FIREMANS CALL STATION | Y | H | - | 145,000 |

| Interior Items Inspected | Maintenance Needed (Y/N) | Urgency (H/M/L) | On Prior Report (Y/N) | Estimated Cost |
|---|---|---|---|---|
| 23. Floors, carpets, tiles | Y | M | - | 195,150 |
| 24. Stairs, walkways, community spaces | - | - | - | — |
| 25. Cabinets, doors, closets, hardware | Y | H | - | 1,473,150 |
| 26. Painting | Y | M | - | 317,950 |
| 27. Curtains and shades | Y | M | - | 60,000 |
| 28. Refrigerators and ranges | Y | M | - | 242,400 |
| 29. Garbage disposal and exhaust fans | Y | M | - | 40,800 |
| 30. Compactors and incinerators | Y | H | - | 7,500 |
| 31. Electrical fixtures and systems | Y | H | - | 405,100 |
| 32. Plumbing fixtures and systems | Y | H | - | 436,800 |
| 33. Heating and air conditioning | Y | M | - | 719,550 |
| 34. Hot water system, boiler room | - | - | - | — |
| 35. EMERGENCY GENERATOR | Y | H | - | 150,000 |
| **Miscellaneous Items Inspected** | | | | |
| 36. Benches, play area and equipment | - | - | - | — |
| 37. Laundry rooms BLOCK WALL REPAIR | Y | H | - | 21,600 |
| 38. Storage, utility buildings | - | - | - | — |
| 39. Elevators | Y | H | - | 165,000 |
| 40. Project signs and office | - | - | - | — |
| 41. Swimming pools | - | - | - | — |
| 42. Exterminating | Y | H | - | ROACHES |
| 43. Fire extinguishers | - | - | - | — |
| 44. INSTALL HARD WIRE S/D | Y | H | - | 30,800 |

## Part C: Miscellaneous Observations.

Answer each question. In Part E, describe any problem areas, corrective actions needed, or elaborate on these answers.

1a. Surrounding neighborhood is: [x] Depressed [ ] Average [ ] Prosperous

b. This condition is expected to: [ ] Improve [x] Stay Same [ ] Decline

| Question | Yes | No | N/A |
|---|---|---|---|
| 2. Are project signs and access adequate? | [x] | [ ] | |
| 3a. Is preventive maintenance adequate and timely? | [ ] | [x] | |
| b. Are any changes in maintenance procedures needed? | [x] | [ ] | |
| 4a. If insurance loss drafts or replacement reserve funds were released for repairs, have those repairs been completed? | [ ] | [ ] | [x] |
| b. If no, is repair work progressing on schedule? | [ ] | [ ] | |
| 5a. Have all repairs required by HUD or the mortgagee been completed? | [ ] | [ ] | [x] |
| b. If no, is repair work progressing on schedule? | [ ] | [ ] | |
| 6a. Have any major physical improvements been made during the last year? | [ ] | [x] | |
| b. Are any major physical improvements planned? | [x] | [ ] | |
| If yes on either a or b, describe in Part E: Comments. | | | |
| 7. Is the project experiencing any significant occupancy problems? | [ ] | [ ] | |

ESTIMATE OF REPAIRS $6,221,800

Previous editions are obsolete.
Replaces form HUD-9822-A.

Original to Project Owner, One Copy each to Field Office and Mortgagee.



EXHIBIT N

1. Overall Physical Condition

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory | ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-1 | MASONRY REPAIRS TO COURTYARD WALLS, CONCRETE REPAIRS TO EXTERIOR WALLS INCLUDING BARRICADE. POWERWASH + TUCKPOINT BRICKWORK ON BLDG. COATING + PAINTING OF EXPOSED CONCRETE, INTERIOR BRICKWORK REPAIRS, EXTERIOR CAULKING EST. $700,000 | |
| B-2 | ROOF REPLACEMENT, MAIN ROOF + PENTHOUSE EST. $162,500 | |
| B-4 | PATCH LOT AS NEEDED, SEAL + STRIPE EST. $20,500 | |
| B-5 | PATCH + REPAIR SPALLED/CRACKED STEPS + WALKS EST. $5,000 | |
| B-6 | REPAIR IRON FENCE 80 LF @ $100/LF = $8,000 | |
| B-8 | REPLACE MISSING + RAPED SCREENS 3,000 @ $12/EA = $36,000 | |
| B-10 | SEED AT BALD SPOTS + ELIMINATE EROSION = $2,000 | |
| B-11 | ADDITIONAL SPRINKLER HEAD IN TRASHROOM = $500 | |
| B-16 | PENTHOUSE REPLACEMENT EST. $650,000 | |
| B-18 | RECAULK ALL WINDOW UNITS EST. $151,500 | |

Part F: Signatures

| 1. Inspection made by | 2. Inspection approved by |
|---|---|
| 1a. Title / 1b. Date (mm/dd/yyyy) | 2a. Title / 2b. Date (mm/dd/yyyy) |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.
This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.
HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

**Part D: Evaluation** Important: In Part E, explain the basis for any below average or unsatisfactory rating.

1. Overall Physical Condition

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

2. Maintenance Policies and Practices

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-21 | SECURITY, CCTV, CAMERAS, CALL STATION EST. $75,000 | |
| B-22 | NEW FIREMAN'S CALL STATION EST. $145,000 | |
| B-23 | REPLACE SEVERELY DAMAGED VCT IN APTS. 24,000 SF @ $3.00/SF = $72,000, LOBBY + LAUNDRY FLOORS 650 SF @ $3.00/SF = $1,950, KITCHEN FLOOR TILE 303 UNITS @ $300/UNIT = $90,900, BATH FLOOR TILES 303 UNITS @ $100/UNIT = $30,300 TOTAL $195,150 | |
| B-25 | BEDROOM + BATH DOORS 185 @ $100/EA = $18,500, CORRIDOR FIRE DOORS 44 @ $1,500/EA = $66,000, CLOSET DOORS 840 SETS @ $300/EA = $252,000, INSTALL SPRING HINGE ON ALL APT. ENTRY DOORS 303 @ $100 = $30,300, REPLACE APT. ENTRY DOORS 132 @ $300/EA = $39,600, GARBAGE CHUTE ROOM DOORS 21 @ $200/EA = $4,200 STAIRWAY ENTRY DOORS 44 @ $200/EA = $8,800, MAINT. CORRIDOR APPROX. 8 DOORS @ $300/EA = $2,400, KITCHEN CABINETS 303 SETS @ $2,200/EA = $666,600, COUNTER TOPS 303 TOPS @ $500/TOP = $151,500, BATH MED CABS 303 @ $150 = $45,450<br><br>TOTAL $1,473,150 | |

**Part F: Signatures**

| 1. Inspection made by | | 2. Inspection approved by | |
|---|---|---|---|
| 1a. Title | 1b. Date (mm/dd/yyyy) | 2a. Title | 2b. Date (mm/dd/yyyy) |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

**Part D: Evaluation** Important: explain the basis for any below average or unsatisfactory rating.

1. Overall Physical Condition

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

2. Maintenance Policies and Practices

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-26 | PAINTING APTS. 25/41 = 61% x 303 = 185 x $750 = $138,750, CORRIDORS INCLUDING CLOSETS 22 @ $2,000 = $44,000, STAIRWELLS 44 LANDINGS @ $300/EA = $13,200, APT. DRY WALL REPAIRS (UNDER WINDOWS) 185 @ $250 = $46,250, PAINT 303 KITCHENS @ $100/EA = $30,300, REPAIR + PAINT BATHROOMS 303 @ $150/EA = $45,450 TOTAL $317,950 | |
| B-27 | REPLACE ALL BLINDS 3000 @ $20 = $60,000 | |
| B-28 | REPLACE RANGE + REFRIGERATOR IN ALL UNITS 303 SETS @ $800/SET = $242,400 | |
| B-29 | GARBAGE CHUTE DOORS 21 @ $500/EA = $10,500, CLEAN KITCHEN + BATHROOM VENTS 303 @ $100 = $30,300 TOTAL $40,800 | |
| B-30 | REPLACE GARBAGE COMPACTOR IN TRASH ROOM = EST. $7,500 | |
| B-31 | GFI OUTLETS IN BATHS 303 @ $150 = $45,450, APT. GLOBES AND FIXTURES 4/41 = 10% x 303 = 30 x $100 = $3000, STAIRWELL LIGHTS 44 @ $250 = $11,000, EXIT SIGNS 88 @ $250 = $22,000, ELEC. SERVICE UPGRADE = $135,000 ELEC. DISTRIBUTION UPGRADE $106,050, KITCHEN LIGHT FIXTURES 303 @ $100/EA = $30,300, BATH LIGHT FIX. 303 @ $100/EA = $30,300 TOTAL $405,100 | |

**Part F: Signatures**

1. Inspection made by

1a. Title

1b. Date (mm/dd/yyyy)

2. Inspection approved by

2a. Title

2b. Date (mm/dd/yyyy)

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

**Part D: Evaluation.** Important: Evaluate items 1 and 2. Explain the basis for any below average or unsatisfactory rating.

1. Overall Physical Condition

☐ Superior ☐ Satisfactory ☐ Below Average ☒ Unsatisfactory

2. Maintenance Policies and Practices

☐ Superior ☐ Satisfactory ☐ Below Average ☒ Unsatisfactory

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | Comments | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-32 | REPLACE LEAKING TRAPS & RISERS 75 @ $400 = $30,000, KITCHEN SINKS & FAUCETS 303 SETS @ $300/EA = $90,900, REFINISH 303 BATHTUBS @ $300/EA = $90,900, INSTALL 303 GOOD QUALITY TUB SURRONDS @ $250/EA = 75,075, INSTALL 303 NEW BATH LAVATORY SINKS & FAUCETS @ $275/SET = $83,325, INSTALL 303 NEW CAMODES @ 250/EA = $66,600 TOTAL $436,800 | |
| B-33 | REPLACE BURNER BOILER CONTROL = $130,000, REPLACE BOILER #3 = $15,000, A/C UNIT + WINDOW MODIFICATION 303 @ $1,000 = $303,000, COMMON AREA A/C 4 @ $3,500 = $14,000, HEATING SYSTEM MODIFICATION 303 @ $850 = $257,550 TOTAL $719,550 | |
| B-35 | REPLACE EMERGENCY GENERATOR = $150,000 | |
| B-37 | REBUILD BLOCK WALLS AT DOOR JAMS 22 @ $800 = $17,600, REBUILD DAMAGED BLOCK WALLS IN MAINT. CORRIDOR 30 LF = $4,000 TOTAL $21,600 | |
| B-39 | ELEVATORS ARE BEING WORKED ON = $165,000 | |
| B-44 | INSTALL HARDWIRE S/D IN CORRIDORS 88 @ $350 = $30,800 TOTAL $6,221,800 | |

**Part F: Signatures**

1. Inspection made by: [signature]

1a. Title: Construction Analyst

1b. Date (mm/dd/yyyy): 3-27-01

2. Inspection approved by

2a. Title

2b. Date (mm/dd/yyyy)

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

Previous editions are obsolete.
Replaces form HUD-9822-A.

Original to Project Owner, One Copy each to Field Office and Mortgagee.



form HUD-9822 (1/90)
ref. Handbook 4350.1