04/30/2002 15:18 8182275986 PM ONE PAGE 03
05/03/02 14:08 FAX 248 746 2780 SULLIVAN WARD NO.346 002
05/02/02 14:58 PORTFOLIO MGT → 1 248 745 2750

U. S. Department of Housing and Urban Development
Washington, D.C. 20410-8000

MAY 2 - 2002

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

David S. Snyder, Esquire
Sullivan Ward Bone Tyler & Asher
25800 Northwestern Highway, 1000 MacCabees Center
PO Box 222
Southfield, MI 48037-0222

SUBJECT: South Pointe Towers Apartments, Chicago, IL
HAP Contract Number: IL06-E000-034
NOTICE OF REVIEWING OFFICIAL'S APPEAL DECISION

Dear Mr. Snyder:

HUD appreciates your attendance (as counsel to the subject project's owner), John Hayes' attendance (as a principal for the owner), and Don Samuelson's attendance (as the principal for the current managing agent for the project and as its proposed acquirer) at the appeal conference held at HUD's Washington, D.C., offices, on April 16, 2002. In addition to myself as the HUD conference official designated to review the appeal, conduct the conference, and issue the written decision, Chicago Hub Director Edward Hinsberger and Chicago DEC Lead Attorney Gregory Gustin also attended the conference that lasted approximately 90 minutes.

In addition to the materials that you submitted to HUD with your client's notice of appeal, at the conference you also delivered a letter dated April 16, 2002, addressed from Mr. Hayes to me. Mr. Samuelson also delivered a package of nine letters, including his letter dated April 8, 2002, to Steve Gladden of the IHDA Trust fund. Subsequent to the meeting, Mr. Samuelson provided additional copies of some materials delivered for the appeal conference. Neither you, your client, nor Mr. Samuelson, submitted other materials for me to consider in reaching my decision as reviewing official. No additional time to do so or to confer was, to date and upon my query at the conference, requested. Therefore, my decision is reached upon the record provided and the statements of the several participants attending the appeal conference.

05/02/02 THU 15:49 [TX/RX
05/03/02 FRI 14:09 [TX/RX
EXHIBIT
G

As you know, the appeal conference was convened as a result of your client's February 13, 2002, appeal of the Chicago Hub's February 7, 2002, final decision to terminate the Section 8 assistance for the project as it stated in its November 30, 2001, Notice of Abatement and Termination and related communications and notices. The purpose and method of the conference is set forth at 24 CFR Part 401, Subpart F, and pertinent sections of the Department's Renewal Guide. The effect of my decision, as reviewing official, is a final determination for the purposes of Section 516(o) of MAHRA and is not subject to judicial review. 24 CFR Part 401, Subpart F, Section 401.652.

On behalf of the Department, as the reviewing official as aforesaid, please be advised that the Department affirms the Chicago Hub's final decision in this regard without modification or reversal. The project owner and its representatives did not present any new material or other adequate information for me to conclude otherwise. Contrary to the owner's claims, the Department's lengthy efforts in this matter were not confused. Rather, the record discloses the successive, untimely, and failed efforts of the project's owner and prior management to satisfactorily resolve ongoing breaches of their business agreements with HUD which, among other things, posed ongoing risks to the project's residents. Accordingly, in affirming the Chicago Hub's final decision, it is my opinion that the actions taken and intended to be taken by the Department in this regard are affirmed as being appropriate and reasonable and should not be reversed or modified.

Again, the Department appreciates your efforts and the gravity of this matter. We appreciate your cooperation and the courtesies that have been extended.

Sincerely,

Howard D. Mayfield
Deputy Director
Office of Asset Management

cc: Edward J. Hinsberger
Margarita Maisonet
Gregory O. Gustin