
Damage Claim for Year One
Lost Revenue
Tenant Rent
Subsidy
$245,000
$220,000
$195,000
$170,000
$145,000
$120,000
$95,000
$70,000
$45,000
$20,000
-$5,000
Oct-01
Nov-01
Dec-01
Jan-02
Feb-02
Mar-02
Apr-02
May-02
Jun-02
Jul-02
Aug-02
Sep-02

EXHIBIT
B


Damage Claim for Year Two
Lost Revenue
Tenant Rent
Subsidy
$245,000
$220,000
$195,000
$170,000
$145,000
$120,000
$95,000
$70,000
$45,000
$20,000
-$5,000
Oct-02
Nov-02
Dec-02
Jan-03
Feb-03
Mar-03
Apr-03
May-03
Jun-03
Jul-03
Aug-03
Sep-03