DSSA Management, Inc.

Real Estate Management and Development since 1970

5901 N. Cicero Ave., Suite 300
Chicago, IL 60646
Phone: (773) 205-6410
Fax: (773) 205-6414

May 31, 2002

Mr. Ed Hinsberger
Office of Multifamily Housing
HUD
77 West Jackson Boulevard
Chicago, Illinois 60604

Re: South Pointe Financial Claims – Total $430,429

Dear Ed:

I appreciate that you have taken the position that South Pointe is not eligible for any of the financial claims described below because South Pointe was "not in good standing." However, if these claims are determined to be valid, there were $430,429 in lost revenues at South Pointe during the past year:

Energy Costs:

The PM Group submitted a timely request for the "Rental Adjustments for Escalating Energy Costs" on August 6, 2001. It is attached as **Exhibit A**. A Rent Comparability Study was also completed and submitted to HUD in August of 2001.

DSSA has developed an updated version of this Rental Adjustment based on the detailed backup information provided by Peoples Energy Services Corporation. The calculations and backup data is contained in **Exhibit B**. The amount of this amended and updated request for reimbursement is $139,187.

Special Claims:

There are currently 76 vacant units at South Pointe. Two months of vacancy loss for these units amount to $112,230; 80% of that amount is $92,878. The total of Special Claims is $145,991.

| | | |
|---|---|---|
| Vacancy Losses | $112,230 | |
| 80% of Vacancy Losses | | $92,878 |
| Rent Balances at Move Out | | $40,983 |
| Damages to Unit | | $12,130 |
| | | ---------- |
| Total of Special Claims | | 145,991 |

The backup information supporting these Special Claims calculations is contained in **Exhibit C**. We have not included legal charges in these calculations or the total costs of the repair of the damaged units that have been vacated.

EXHIBIT
S

Lost Value of Rental Increase:

A Rent Comparability Study was submitted to HUD in August of 2001 as part of the request for the extension of the HUD HAP Contract that was to expire on September 30, 2001. HUD approved the comparables and rents in September of 2001. **Exhibit D** contains the amount of rent that should have been received from October, 2001 through June of 2002. These amounts are:

| Month | Amount Billed | New Rent Billing | Difference |
|---|---|---|---|
| October | $194,539 | $212,033 | $17,494 |
| November | $193,293 | $210,589 | $17,296 |
| December | $190,444 | $207,588 | $17,144 |
| January | $188,788 | $205,672 | $16,884 |
| February | $184,430 | $200,521 | $16,091 |
| March | $180,119 | $195,929 | $16,710 |
| April | $171,431 | $186,710 | $15,279 |
| May | $165,734 | $180,430 | $14,696 |
| June | $147,602 | $162,259 | $14,657 |
| **Total:** | | | **$145,251** |

The totals of the claims for which South Pointe is seeking reimbursement from HUD is as follows:

| | |
|---|---|
| Escalating Energy Costs | $139,187 |
| Special Claims | $145,991 |
| Lost Value of Rental Increase | $145,251 |
| **Total:** | **$430,429** |

We have more comprehensive backup materials to support these calculations. However, for the moment, we simply wanted to share totals with you.

Sincerely,

Robert Sova

Cc John Hayes
Gwen Thomas
Don Samuelson

DSSA Management, Inc.

Real Estate Management and Development since 1979

5901 N. Cicero Ave., Suite 300
Chicago, IL 60646
Phone: (773) 205-6410
Fax: (773) 205-6414

July 31, 2002

Mr. Ed Hinsberger
HUD Office of Multifamily Housing
77 West Jackson Boulevard
Chicago, Illinois 60604

Dear Ed:

I received a letter from your office through John Hayes' lawyer, Peter Silverman, asking us to explain the HAP billing at South Pointe from September of 2001 to the present.

Background on HAP Billing:

There is some confusion as to the proper date for the termination of the HAP billing. DSSA has followed the practice of terminating the HAP billing as soon as we learn that the resident has moved and the unit has been vacated. This is not always the same date that the tenant exercises the voucher. In a number of cases, it appears that the voucher has been executed before the tenant moves out, or informs us of the move. We had no way of knowing this information until we developed our recent practice of asking CHAC to give us the date on which the voucher was activated. Until then, we simply assumed the resident moved when the unit was known by us to be vacant.

There is a second problem. In response to delays in our April billing we began theh practice of submitting our HAP request early in the month prior to the month for which the HAP payment was sought. Our practice would be to process the June HAP payment in early May. For residents who moved out of South Pointe after the date of the May billing – in May or in June – there would be a technical, but inadvertent, temporary overbilling for the unit, which would be corrected the following month.

Response to Your Letter:

In response to your letter, we went back into the records to document, for every unit, the following information:

1. the unit number
2. the name of the leaseholder
3. the date of the last HAP payment for the unit
4. the date when DSSA learned that the unit was vacant
5. the date then the CHAC voucher was activated
6. the amount of the HAP payment for periods after the voucher was activated

The HUD letter is Exhibit A. The analysis described above is contained in Exhibit B.

Claims to HUD by South Pointe:

Exhibit B also contains for every unit the vacancy loss provided for by the HAP contract, as well as rent delinquencies and tenant damages at the time of the move out. In addition, there is a column that "nets" the HUD claims for excess HAP payments made in good faith by South Pointe on the basis of information available.

Exhibit C is the claim request made for South Pointe on May 31, 2002 It requested payment in specific amounts for the following categories of claims:

| | |
|---|---|
| Extraordinary Energy Costs | $139,187 |
| Special Claims Related to Units | $145,991 |
| Lost Value of the September Rent Increase | $145,251 |
| Total Claims: | $430,429 |

Exhibit D represents the timely submission of the original PM request on August 6, 2001 for the "Rental Adjustments for Escalating Energy Costs." Exhibit E is the updated version of the request based on the detailed backup information provided by Peoples Energy Services Corporation.

Exhibit F represents the estimated claims which will arise from the vacancies which will take place in August relating to the expected departure of 50 more residents at South Pointe. In late July there were 150 vacancies. We expect there will be 50 more which will take place in August. This will leave a balance of 100 South Pointe families who will be using their CHAC vouchers for housing at New Englewood Terrace (NET). Exhibit G is the lost value of the September, 2001 approved rental increase through June.

Our current claims to HUD under the original and renewed HAP contracts are as follows:

| | |
|---|---|
| Extraordinary Energy Costs | $139,187 |
| "Net" Special Claims to South Pointe | $208,911 |
| Estimated Future Claims Prior to 9/30 | $ 64,000 |
| Lost Value of the September Rent Increase | $145,251 |
| Total of Claims: | $557,349 |

We have tried to set a meeting to discuss these matters earlier. Vacations intervened. However, we would like to meet with you to resolve these matters as quickly as possible.

Sincerely,

Don S. Samuelson

Cc Veronica Coleman, Debbie Gray, Gwen Thomas, John Hayes, Alan Cravitz