ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 30 2003
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership | ) | |
| Plaintiff, | ) | No. 03-2209 |
| v. | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lisa B. Donis as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

LISA B. DONIS
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288

October 21, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 23rd day of October 2003, I caused to be served by United States mail (first class, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Peter V. Baugher
Schopf & Weiss
312 West Randolph Street
Suite 300
Chicago, IL 60606

Leslie Anderson

Docket No. 03-2209

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: JUDGE Horn
FROM: CLERK'S OFFICE

The attached was received on 10-23-03
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ____________ [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ______________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules for the filing of this item
7. ✓ ECF case

[signature]
Deputy Clerk

**To:** **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

[signature]
Signature

10/30/03
Date