IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | |
| v. | ) | No. 03-2209C (Judge Wolski) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b), defendant respectfully requests an enlargement of time of 30 days, to and including December 22, 2003, within which to file a response to plaintiff's complaint. Our response to plaintiff's complaint currently is due for filing on November 21, 2003. This is our first request for an enlargement of time. Plaintiff's counsel advises that he does not object to this motion.

We have not yet received the litigation report from the agency. The report has been sent to defendant's counsel but has not yet been received. Accordingly, we will need additional time to review the material being sent from the agency and to prepare a response to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests the Court to grant an enlargement of time, to and including December 22, 2003, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/S
BRIAN M. SIMKIN
Assistant Director

/S
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Attorneys for Defendant

NOVEMBER , 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _____th day of NOVEMBER, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid), copies of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

PETER V. BAUGHER, ESQ.
Schopf & Weiss
312 West Randolph Street
Suite 300
Chicago, IL 60606

______________________________