# In the United States Court of Federal Claims

No. 03-2209C

(Filed November 21, 2003)

| | |
|---|---|
| ************************* | * |
| **ENGLEWOOD TERRACE** | * |
| **LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF** | * |
| **AMERICA,** | * |
| | * |
| Defendant. | |
| ************************* | |

**ORDER**

Defendant's Unopposed Motion for an Enlargement of Time is now before the Court. The Clerk is directed to file the corrected version of this Motion by leave of this Court. Upon consideration of the Motion, the Court hereby GRANTS the extension of 30 days, to and including December 22, 2003, for the filing of a response to plaintiff's complaint.

SO ORDERED.

S/Victor J. Wolski,
VICTOR J. WOLSKI
Judge