# In the United States Court of Federal Claims

No. 03-2209C

(Filed November 21, 2003)

| | |
|---|---|
| ************************ | * |
| **ENGLEWOOD TERRACE** | * |
| **LIMITED PARTNERSHIP,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF** | * |
| **AMERICA,** | * |
| | * |
| Defendant. | |
| ************************ | |

**ORDER**

It has been brought to the Court's attention by the Clerk of Court that plaintiff's counsel is not admitted to this Court's bar, nor is he approved for ECF filing. Pursuant to RCFC 83.1, "[o]nly attorneys who are members of the bar of this court and who comply with these rules may enter an appearance, file pleadings, and practice in this court...." It is therefore ORDERED that plaintiff's counsel shall comply with this Court's rules of procedure for admission to its bar (see Appendix of Forms, Form 1, Admission Instructions of the RCFC) as well as the Notice of Designation of Electronic Case by December 22, 2003. The Clerk is hereby directed to serve this Order by mail.

SO ORDERED.

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge