Docket as of March 12, 2003 9:22 pm Web PACER (v2.4)

---

# U.S. District Court

## Northern District of Illinois (Chicago)

## CIVIL DOCKET FOR CASE #: 02-CV-4033

## Englewood Ter Ltd v. USA, et al

Filed: 06/05/02
Assigned to: Hon. Ruben Castillo
Demand: $0,000
Nature of Suit: 190
Lead Docket: 01-CV-8285
Jurisdiction: US Defendant
Dkt# in other court: None
Cause: 42:405 Fair Housing Act

---

| | |
|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan limited partnership<br>plaintiff | Peter A. Silverman<br>[term 08/07/02]<br>[COR LD NTC A]<br>James H. Bowhay<br>[term 08/07/02]<br>[COR]<br>Figliulo & Silverman<br>Ten South LaSalle Street<br>Suite 3600<br>Chicago, IL 60603<br>(312) 251-4600 |
| v. | |
| UNITED STATES OF AMERICA<br>defendant | Jack Donatelli<br>[NTC]<br>AUSA<br>[term 06/27/02]<br>[NTC]<br>United States Attorney's Office<br>219 South Dearborn Street<br>Suite 500<br>Chicago, IL 60604<br>(312) 353-5300 |
| MEL MARTINEZ, Secretary of the U.S. Department of Housing and Urban Development.<br>defendant | AUSA<br>(See above)<br>[NTC] |

# DOCKET PROCEEDINGS

| DATE | # | DOCKET ENTRY |
|---|---|---|
| 6/5/02 | 1 | COMPLAINT (Attachment(s); - Civil cover sheet - Appearance(s) of James H. Bowhay, Peter A. Silverman as attorney(s) for plaintiff Original and one copy summons(es) issued.) ( Documents: through 1-3)) (gy) [Entry date 06/06/02] [1:02cv4033] |
| 6/5/02 | -- | RECEIPT regarding payment of filing fee paid; on 6/5/02 in the amount of $ 150.00, receipt # 10411568. (gy) [Entry date 06/06/02] [1:02cv4033] |
| 6/10/02 | 2 | EMERGENCY MOTION by plaintiff for preliminary injunction ; Notice (cdy) [Entry date 06/14/02] [1:02cv4033] |
| 6/12/02 | 3 | MINUTE ORDER of 6/12/02 by Hon. John F. Grady: Plaintiff's emergency motion for preliminary injunction [2-1] is entered and continued to 06/19/02 at 11:00 a.m. No notice (cdy) [Entry date 06/14/02] [1:02cv4033] |
| 6/18/02 | 4 | MINUTE ORDER of 6/18/02 by Hon. Sidney I. Schenkier: Telephone status conference held. The matter is set for a status conference in chambers on 06/21/02 at 3:00 p.m. Client representatives are to personally attend. Notice mailed by staff (cdy) [Entry date 06/19/02] [1:02cv4033] |
| 6/18/02 | 5 | REASSIGNMENT ORDER of 6/18/02 This case is reassigned to the Hon. Ruben Castillo from the Hon. John F. Grady in accordance with the provisions of local rule 40.4, case consolidated 1:01-cv-8285 with member cases 1:02-cv-4033 (For further detail see order.) Mailed notice (cdy) [Entry date 06/21/02] [1:02cv4033] |
| 6/20/02 | 6 | RESPONSE by defendant USA to emergency motion for preliminary injunction [2-1] (Attachments) (cdy) [Entry date 06/21/02] [Edit date 06/21/02] [1:02cv4033] |
| 6/21/02 | 7 | DESIGNATION OF ATTORNEY Jack Donatelli as US Attorney (gy) [Entry date 06/27/02] [1:02cv4033] |
| 6/24/02 | -- | SCHEDULE set on 6/24/02 by Hon. Sidney I. Schenkier : Status hearing held and continued to 9:00 a.m. on 7/11/02. By agreement, plaintiff's motion for preliminary injunction is continued generally. Mailed notice (jk) [Entry date 06/24/02] [1:02cv4033] |

| | | |
|---|---|---|
| 7/11/02 | 8 | MINUTE ORDER of 7/11/02 by Hon. Sidney I. Schenkier : Status hearing held. Plaintiff's motion for preliminary injunction [2-1] is withdrawn, without objection. All matters subject to the referral having been concluded, the referral is hereby terminated. Terminating the case referral of Hon. Sidney I. Schenkier. Mailed notice by judge's staff (lxs) [Entry date 07/12/02] [1:02cv4033] |
| 8/2/02 | 9 | MOTION by Peter A. Silverman and James H. Bowhay to withdraw as counsel for plaintiff; Notice (cdy) [Entry date 08/08/02] [1:02cv4033] |
| 8/7/02 | 10 | MINUTE ORDER of 8/7/02 by Hon. Ruben Castillo: Peter A. Silverman and James H. Bowhay's motion to withdraw as counsel for plaintiff [9-1], is granted. The parties do not need to appear for the motion call on 08/20/02. This lawsuit is dismissed without prejudice with full leave to reinstate upon the filing of an appearance by plaintiff's new counsel terminating case. Mailed notice (cdy) [Entry date 08/08/02] [1:02cv4033] |
| 3/11/03 | 11 | MINUTE ORDER of 3/11/03 by Hon. Ruben Castillo: Since no action has occurred in this case during the last seven months, this lawsuit is dismissed with prejudice for want of prosecution. Mailed notice (cdy) [Entry date 03/12/03] [1:02cv4033] |

---

Case Flags:
TERMED
NOLAN

---

END OF DOCKET: 1:02cv4033

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/03/2003 17:05:13 | | | |
| **PACER Login:** | dh0224 | **Client Code:** | dec-il-mb |
| **Description:** | docket report | **Search Criteria:** | 1:02cv04033 |
| **Billable Pages:** | 3 | **Cost:** | 0.21 |