# In the United States Court of Federal Claims

No. 03-2209C
(Filed February 4, 2004)

* * * * * * * * * * * * * * * * * * ** * * *
*
**ENGLEWOOD TERRACE** *
**LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * ** *

**ORDER**

In the Court's Notice of Designation of Electronic Case of September 22, 2003, and in the Court's order of November 21, 2003, plaintiff was ordered to become ECF compliant. Plaintiff subsequently submitted its response to defendant's Motion to Dismiss via both FedEx to the Clerk's office and e-mail to the chambers e-mail account. (The e-mail was timely received.) The response also lacked a table of contents which is required under RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS, Rule 5.2(a)(1)(A). The Court has held this response in abeyance pending plaintiff's compliance with the ECF requirement. Plaintiff became compliant today. Therefore, plaintiff is **ORDERED** to add a table of contents and then file its Response to the Motion to Dismiss via ECF. The Clerk's office is directed to accept this filing by leave of the Court.

**SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge