# In the United States Court of Federal Claims

No. 03-2209C
(Filed March 2, 2004)

* * * * * * * * * * * * * * * * ** * * *
*
**ENGLEWOOD TERRACE** *
**LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * ** *

**ORDER**

Pursuant to communications between chambers and counsel for both parties, the court hereby schedules oral argument on the motion to dismiss on Thursday, March 18, 2004, at 10:00 a.m., at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

**SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge