No. 03-2209C
(Judge Victor J. Wolski)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENGLEWOOD TERRACE LIMITED
PARTNERSHIP, a Michigan Limited Partnership,

Plaintiff,

v.

UNITED STATES OF AMERICA
and MEL MARTINEZ,
Secretary of the Department
of Housing and Urban Development,

Defendants.

**ENGLEWOOD'S MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

Plaintiff Englewood Terrace Limited Partnership moves for leave to cite additional authority at the March 18, 2004 hearing on defendant HUD's motion to dismiss.

Specifically, Englewood seeks to call to the attention of the Court and counsel two U.S. Supreme Court cases:

- *Guitierrez de Martinez v. Lamagno*, 515 U.S. 417, 115 S.Ct. 2227 (1995).
- *Johnson v. Robison*, 415 U.S. 361, 94 S.Ct. 1160 (1974).

WHEREFORE, plaintiff requests that it be permitted to cite the additional authority specified.

Dated: March 11, 2004

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606
312.701.9300