# In the United States Court of Federal Claims

No. 03-2209C
(Filed March 19, 2004)

* * * * * * * * * * * * * * * * * * * * *
*
**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court held oral argument on defendant's Motion to Dismiss on March 18, 2004. At the oral argument, the Court requested and defendant's counsel agreed to provide copies of the contract renewal agreements covering the periods after September 30, 2001, to both the Court and opposing counsel. The copies of these renewal agreements shall be filed in compliance with the Notice of Designation of Electronic Case no later than Thursday, March 25, 2004.

**SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge