IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2209C (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO COURT'S ORDER
TO PROVIDE SUPPLEMENTAL DOCUMENTS

Pursuant to this Court's March 18, 2004 order, defendant provides the attached documents to the Court and to plaintiff's counsel. Plaintiff's counsel is out of the country and will not return until March 30, 2004. Accordingly, he respectfully requests that Englewood be permitted three days, until Thursday, April 1, 2004, to offer any supplements or comments.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Attorneys for Defendant

MARCH 23, 2004