**Schopf & Weiss LLP**
**Business Litigation**

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

April 1, 2004

The Honorable Victor J. Wolski
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20005

**Re: Englewood Terrace Limited Partnership v. United States of America, et al., No. 03-2209C**

Dear Judge Wolski:

I have reviewed the Government's March 25 submission. Two comments:

First, the HAP renewal contracts submitted last week are fundamentally inconsistent with the premise of the Government's motion to dismiss--that HUD's (constructive) election *not to renew* Englewood's request for renewal of the 2000 HAP contract in October 2001 was an exercise of discretion by HUD not subject to judicial review. As is apparent from the documents tendered, *the contract was renewed.*

Second, it is also clear from these documents that Englewood's HAP contract was renewed with the express incorporation of all the provisions related to this lawsuit--breach, notice, default, remedies. Paragraph 4 of the 2001-2 renewal contracts (Attachments 5-7) states: "All terms of the Expiring Contract are renewed except for those provisions related to Contract Rents and rent adjustments."

Whether HUD breached the HAP contract and is liable for damages, or Englewood's conduct excused HUD's actions, are questions for another day (hopefully very soon, given the project's exigent circumstances). But the renewals submitted by the Government as attachments to its motion further demonstrate that this Court has jurisdiction over the parties' dispute.

Sincerely yours,

s/Peter V. Baugher

PVB:mml