**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2209C |
| UNITED STATES OF AMERICA, and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development, | ) | Judge Victor J. Wolski |
| Defendants. | ) | |

**PLAINTIFF ENGLEWOOD'S MOTION FOR REPORT ON STATUS**

Plaintiff Englewood Terrace Limited Partnership moves that the Court conduct a telephonic conference on status during the week of May 3, 2004. The purpose is to inform the Court of certain developments concerning the South Pointe housing project, and (depending on the ruling on the Government's motion to dismiss) to schedule other dates in the case.

Counsel for plaintiff has contacted defendant's counsel about such a conference. The Government does not oppose Englewood's motion.

WHEREFORE, plaintiff Englewood Terrace Limited Partnership requests that a telephonic status report be set for later this week or as early as is otherwise convenient to the Court and counsel.

Dated: May 3, 2004

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606
312.701.9300

135325_1.doc