IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Wolski) |

AGREEMENT FOR THE PROTECTION OF CERTAIN INFORMATION DOCUMENTS, AND OTHER MATERIAL

Whereas, defendant has identified a category of documents that may contain sensitive information that it does not want released to the general public, and

Whereas, these documents involve certain information relating to tenants who lived, or are living, in the Englewood Terrace Housing development, and

Whereas, defendant recognizes that it must make available to the plaintiff, Englewood Terrace Limited Partnership ("Englewood"), the documents wherein this information is contained, and

Whereas, defendant seeks to protect the information in these documents, to the extent permissible;

Now, therefore, the defendant and plaintiff agree to conduct discovery and litigation, with respect to the documents containing tenant information, subject to the following

conditions:

1. Defendant will mark or otherwise identify all documents that are to be protected with the designation, "Tenant Information - Subject to Protective Order," or with a letter to plaintiff's counsel identifying, by Bates number(s), the documents to be subject to the protective order.

2. These documents are identified in "Exhibit A" to this protective order.

3. All information, documents or other materials designated as "Tenant Information" may be used by either the defendant or plaintiff in connection with this litigation only and in accordance with the following limitations:

A. The information, documents or other materials designated "Tenant Information" provided to plaintiff will be used only by counsel for Englewood and persons assisting him in case preparation, including employees of Englewood, attorneys, legal assistants and support staff, and the attorneys, legal assistants and support staff of Englewood's counsel's law firm, and will not be revealed to other persons.

B. If plaintiff should employ the services of an outside consultant or expert, and should the expert's services require access to the documents containing "Tenant Information," the said consultant or expert must execute the Confidentiality Agreement, stating that he or she has read the Protective Order

and agrees to be bound by its terms.

C. If either party submits "Tenant Information," documents or other materials to the Court, the counsel submitting such will request that the information, documents or other materials be maintained under seal.

D. Plaintiff will maintain the confidentiality of the "Tenant Information," documents or other materials by not disclosing any such information beyond the extent needed for purposes of this litigation.

E. Plaintiff's counsel shall use the protected information solely for the purpose of conducting the above-entitled litigation and not for any other purpose whatsoever.

F. Upon conclusion of the litigation, the plaintiff will return the "Tenant Information" documents or other material to counsel for the Government, EXCEPT THAT plaintiff's counsel may maintain two (2) copies of any pleadings, motions, briefs, notices, answers to interrogatories, or other papers filed with the Court containing protected information, provided that these documents are clearly stamped with the appropriate legend. Within 60 days of the conclusion of this litigation, plaintiff's counsel shall notify defendant that plaintiff's counsel has complied with this provision of the Protective Order.

G. Subject to a further order of this Court, that portion of any pleading, motion, deposition transcript, or other

document submitted or presented to or filed with the Court containing Tenant Information shall be placed under seal and shall not be available to persons other than the Court, authorized employees of the Court, and persons authorized by this Protective Order. In the event that any Tenant Information is used in any Court proceeding herein, the parties shall make a good faith attempt to stipulate as to the procedures for the use of the information. If necessary, any dispute regarding the procedures for use of Tenant Information in such proceedings shall be submitted to the Court for resolution.

H. Nothing in the foregoing provisions of the Protective Order shall be deemed to preclude the defendant or third parties from seeking and obtaining additional protection with respect to the confidentiality of documents or other discovery material.

I. Nothing in the foregoing provisions of this Protective Order shall be deemed to preclude plaintiff from objecting to the designation of documents and information as Protected Information. In such event, the Protected Information will remain subject to the terms of this Protective Order until plaintiff files an appropriate motion with this Court and the Court grants plaintiff's motion.

J. Plaintiff's counsel agrees to promptly notify the Court and defendant of any breach of this Protective Order.

Plaintiff's counsel agrees to make every effort to fully remedy any breach, and agrees to fully cooperate in any investigation of such a breach.

4. The parties will request that the Court enter a protective order observing the conditions and limitations identified herein; however, regardless of the terms of any order or other determination by the Court with respect to "Tenant Information," documents or other materials, the parties will be bound by the terms of this agreement.

5. The parties reserve the right to amend this agreement at any time; provided that all such amendments must be in writing and signed by both parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Peter V. Baugher
PETER V. BAUGHER
Schopf & Weiss LLP
312 West Randolph St.
Chicago, IL 60606
(312) 701-9300

s/Lisa B. Donis
LISA B. DONIS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Plaintiff

DATED: ____________________

Attorneys for Defendant

DATED: ____________________

CERTIFICATE OF FILING

I hereby certify that, on November 15, 2004, a copy of the foregoing "AGREEMENT FOR THE PROTECTION OF CERTAIN INFORMATION DOCUMENTS, AND OTHER MATERIAL," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

s/ Lisa B. Donis