# In the United States Court of Federal Claims

No. 03-2209C
(Filed November 15, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ENGLEWOOD TERRACE** *
**LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The preliminary scheduling conference in this case will be held by telephone on Tuesday, November 16, 2004, at 11:00 a.m. EST.

**IT IS SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge