# In the United States Court of Federal Claims

No. 03-2209C
(Filed November 16, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to United States Court of Federal Claims Rule 16(b), the Court held a preliminary status conference by telephone with the parties on November 16, 2004.

After careful consideration of the parties' positions, the Court schedules the following:

1. Discovery cut-off. All discovery shall be completed by the close of business on March 18, 2005.

2. Dispositive motion. The defendant shall file any dispositive motion on or by April 18, 2005. The plaintiff shall file its response to this motion on or by May 2, 2005, and the defendant shall file its reply on or by May 12, 2005. If such a motion is filed, a hearing on the motion shall be held on May 17, 2005, at 9:30 a.m., in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

3. Expert witnesses. The plaintiff shall inform the defendant by December 31, 2004, as to whether it intends to use expert witnesses at trial.

4. Status Conference. The parties shall file a joint status report on or by January 10, 2005, which shall include proposed tentative trial dates and inform the Court as to whether the parties will use expert witnesses. A preliminary status conference shall be held by telephone on January 12, 2005, at 11 a.m. EST.

5. Post-discovery Status Conference. The parties shall file a joint status report on or by March 22, 2005, which shall include the number of witnesses to be called at trial and an estimate of the time needed for trial, and shall inform the Court as to whether the defendant will be filing a dispositive motion. A post-discovery status conference shall be held by telephone on March 23, 2005, at 11:00 a.m. EST.

**IT IS SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge