# In the United States Court of Federal Claims

No. 03-2209C
(Filed November 16, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * * * * * * | |

**PROTECTIVE ORDER**

Pursuant to the parties' corrected joint agreement for the protection of certain information, documents and other materials, filed November 15, 2004, the Court orders the following:

1. The defendant shall mark or otherwise identify all documents that are to be protected with the designation "Tenant Information—Subject to Protective Order," or with a letter to the plaintiff's counsel identifying by Bates numbers the documents subject to the protective order.

2. All information, documents or other materials designated "Tenant Information" may be used by either the defendant or the plaintiff in connection with this litigation only in accordance with the following limitations:

   A. The information, documents or other materials designated "Tenant Information" provided to the plaintiff shall be used only by counsel for Englewood Terrace and persons assisting counsel in case preparation, including employees of Englewood Terrace, attorneys, legal assistants and support staff, and the attorneys, legal assistants and support staff of Englewood Terrace's counsel's law firm, and shall not be revealed to any other person.

   B. If the plaintiff should employ the services of an outside consultant or expert, and should the expert's services require access to the documents

containing "Tenant Information," the said consultant or expert shall execute a Confidentiality Agreement stating that he has read the Protective Order and agrees to be bound by its terms.

C. If either party should submit any information, document or other material designated "Tenant Information," the counsel submitting such shall request that the information, document or material be maintained under seal.

D. The plaintiff shall maintain the confidentiality of the information, documents or other materials designated "Tenant Information" by not disclosing such beyond the extent needed for the purposes of this litigation.

E. The plaintiff's counsel shall use the information, documents or other materials designated "Tenant Information" solely for the purpose of conducting the above-entitled litigation and not for any other purpose whatsoever.

F. Upon the conclusion of litigation, the plaintiff shall return all information, documents and other materials designated "Tenant Information" to counsel for the defendant, **EXCEPT THAT** the plaintiff's counsel may maintain two (2) copies of any pleadings, motions, briefs, notices, answers to interrogatories or other papers filed with the Court containing protected information, provided that these documents are clearly stamped with the appropriate legend. Within sixty (60) days of the conclusion of litigation, the plaintiff's counsel shall notify the defendant that the plaintiff's counsel has complied with this provision of the Protective Order.

G. Subject to further order by this Court, that portion of any pleading, motion, deposition transcript or other document submitted, presented to or filed with the Court containing any information, document or other material designated "Tenant Information," shall be placed under seal and shall not be available to persons other than to the Court, authorized employees of the Court and persons authorized by this Protective Order. In the event that any information, document or other material designated "Tenant Information" is used in any court proceeding herein, the parties shall make a good faith attempt to stipulate as to the procedures for the use of the information. If necessary, any dispute regarding the procedures for use of any information, document or other material designated "Tenant Information" in such proceedings shall be submitted to the Court for resolution.

H. Nothing in the foregoing provisions of the Protective Order shall be deemed to preclude the defendant or third parties from seeking and obtaining additional protection with respect to the confidentiality of documents or other discovery material.

I. Nothing in the foregoing provisions of the Protective Order shall be deemed to preclude the plaintiff from objecting to the designation of documents and information as "Protected Information." In such event, the "Protected Information" shall remain subject to the terms of the Protective

Order until the plaintiff shall have filed an appropriate motion with this Court and the Court shall have granted the plaintiff's motion.

J. The plaintiff's counsel will promptly notify the Court and the defendant of any breach of the Protective Order. The plaintiff's counsel will make every effort fully to remedy any breach, and will fully cooperate in any investigation of such a breach.

**IT IS SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge