# In the United States Court of Federal Claims

No. 03-2209C
(Filed December 2, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ENGLEWOOD TERRACE** *
**LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## AMENDED SCHEDULING ORDER

By this Court's November 16, 2004 Scheduling Order, a preliminary status conference was set for January 12, 2005, at 11 a.m. EST. Due to a conflict with an oral argument in an unrelated matter, the time for the status conference must be changed. Chambers has contacted counsel for both parties to determine a universally agreeable time. The preliminary status conference shall now be held by telephone on January 12, 2005, at 4 p.m. EST.

**IT IS SO ORDERED.**

/S/Victor J. Wolski
VICTOR J. WOLSKI
Judge