IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, | ) | |
| Plaintiff, | ) | No. 03-2209C (Judge Wolski) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Paul R. Wellons as attorney of record for the United States, replacing Lisa Donis. Service of all papers by opposing parties should now be addressed as follows:

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530
Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: February 2, 2005

s/PAUL R. WELLONS
Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0277
Fax: (202) 307-0972

CERTIFICATE OF FILING

I hereby certify that on February 2, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS