IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Wolski) |

DEFENDANT'S OPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD

Defendant respectfully requests that the Court enlarge the discovery period by 60 days, to and until May 17, 2005. The discovery period is presently due to close on March 18, 2005. Further, defendant anticipates filing a motion for summary judgment after the close of discovery and respectfully requests that the Court enlarge the time for filing dispositive motions by 60 days, to and including June 17, 2005. The current deadline for dispositive motions is April 18, 2005. Counsel for plaintiff has informed us that plaintiff opposes this motion, but may agree to enlarge the discovery period through March to accommodate the scheduling of depositions.

During the past several months, the parties have accomplished the following: plaintiff served its document requests upon defendant on September 13, 2004. Since then, defendant has copied and produced more than 11,000 pages of

documents. Defendant also has provided plaintiff with a privilege log identifying documents it has withheld.

On January 14, 2005, defendant served its requests for documents and interrogatory responses upon plaintiff. On March 1, 2005, Plaintiff provided responses to these requests via fax. On February 16, 2005, plaintiff's counsel transmitted interrogatories to counsel for defendant via facsimile. On February 28, 2005, defendant transmitted subpoenas to two non-parties possessing documents relevant to plaintiff's claims.

Plaintiff has noticed the depositions of three witnesses. The parties hope to schedule depositions during the week of March 14. Counsel for defendant anticipates deposing one witness after defendant responds to its document requests.

As the Court is aware, the undersigned counsel for defendant recently has been appointed to represent the Government in this case. Despite the progress described above, the additional time requested is necessary to allow defendant's counsel to become familiar with the facts and issues involved in this case. This includes reviewing several pleadings as well as thousands of pages of documents.

This process will be hampered by counsel for defendant's responsibilities in other cases, including Fire-Trol v. United States, No. 05-205C, a bid protest currently pending before this Court. Further, defendant's counsel conducted and defended witness interviews in Norfolk, Virginia during the week of

February 28 in another matter currently pending before this Court, Auerbach v. United States, No. 03-2645. Defendant's counsel also is scheduled to appear before the United States Court of Appeals for the Federal Circuit on March 9 and 10.

For these reasons, defendant respectfully requests that the Court enlarge the discovery period until May 18, 2005 and the time for filing dispositive motions until June 17, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMIKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 3, 2005

Attorneys for Defendant

I hereby certify that on March 3, 2005, a copy of the foregoing "DEFENDANT'S OPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS