IN THE
UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2209C |
| UNITED STATES OF AMERICA, and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development, | ) | Judge Victor J. Wolski |
| Defendants. | ) | |

**PLAINTIFF ENGLEWOOD'S MOTION TO COMPEL HUD DEPOSITIONS**

Plaintiff Englewood Terrace Limited Partnership moves to Compel HUD to produce its witnesses for depositions, pursuant to Rules 31 and 37 of the U.S. Court of Federal Claims. In support of this motion, Englewood states:

1. Englewood filed its Complaint in September 2003. The Court denied the Government's motion to dismiss and its subsequent motion to reconsider on August 10, 2004, and August 31, 2004, respectively.

2. Englewood initiated discovery in September 2004. Along with interrogatories and a document request, it noticed the deposition of HUD Project Manager Gwendolyn Thomas on September 10, 2004, for October 19, 2004. By agreement, the date for that deposition was continued during the fall of 2004, while HUD responded to written discovery.

3. The Court's scheduling order entered November 15, 2004, provides that discovery is to be completed by March 18, 2005.

4. Beginning in November 2004, counsel for Englewood engaged in numerous telephone conversations and emails with HUD's then-counsel, Lisa Donis, seeking to

set the depositions of HUD officials Gwendolyn Thomas, Veronica Coleman and Joan Kiening for January, then February 2005.

5. Since February, counsel for Englewood has engaged in continuing efforts, by telephone, letter and email with HUD attorney Paul Wellons, to secure these witnesses' depositions–most recently for March 14-16, all to no avail. Copies of the parties' written communications concerning deposition dates are attached as Exhibit 1. Plaintiff's counsel has also called and left repeated voicemail messages (most unreturned) for Ms. Donis and Mr. Wellons. Englewood's counsel last telephoned Mr. Wellons on Monday, March 7, one week before the latest tentatively agreed on deposition date. As of mid-afternoon on March 8, there has been no response from the Government.

6. Plaintiff has attempted to confer in good faith with defendant's attorneys concerning deposition dates for HUD's witnesses. But few of its communications have been answered, and it has been entirely unsuccessful in obtaining confirmed dates from HUD's attorney.

WHEREFORE, plaintiff Englewood requests that the Court order defendant HUD to produce Mss. Thomas, Coleman and Kiening for their depositions on March 14-16, or such other dates as are agreeable to Englewood in March 2005.

Dated: March 8, 2004

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606
312.701.9300

# Exhibit 1

Schopf & Weiss LLP
Business Litigation

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

March 4, 2005

**By Facsimile: 202.307.0972**

Mr. Paul R. Wellons
Commercial Litigation Branch
Civil Division, United States Department of Justice
Attention: Classification Unit
1100 L Street, N.W., Room 800
Washington, DC 20005

**Re: *Englewood v. HUD*, No. 03-2209C**

Dear Paul:

HUD's motion to enlarge the time for discovery states that it served subpoenas on two unidentified non-parties. We have not received copies of these subpoenas. Please fax them to us today.

The motion also states that "The parties hope to schedule depositions during the week of March 14." Nonetheless, you have not responded to my repeated telephone, email and letter requests to confirm the March 14-16 dates. Please do so immediately.

Sincerely yours,

Peter V. Baugher

Peter V. Baugher

PVB:mt

144312_1.DOC

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Friday, March 04, 2005 11:03 AM
**To:** Paul Wellons (E-mail)
**Subject:** Englewood v. HUD--Discovery

HUD's motion to enlarge discovery states that it served subpoenas on two unidentified non-parties but you have sent us copies of these subpoenas. Please fax copies to us today.

The motion also states that "The parties hope to schedule depositions during the week of March 14." Nonetheless, you have not responded to my repeated requests to confirm the March 14-16 dates. Please do so immediately.

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

Schopf & Weiss LLP
Business Litigation

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

March 2, 2005

**By Facsimile: 202.307.0972**

Mr. Paul R. Wellons
Commercial Litigation Branch
Civil Division, United States Department of Justice
Attention: Classification Unit
1100 L Street, N.W., Room 800
Washington, DC 20005

**Re: *Englewood v. HUD*, No. 03-2209C**

Dear Paul:

A week has passed since we spoke, and HUD still has not confirmed dates for its witnesses' depositions. You wrote to me that you were unable to proceed on March 7-9, as we had most recently agreed, but said you were available March 14-16. Those dates are acceptable to Englewood.

These depositions have been tentatively set and reset a half-dozen times, first with Lisa Donis (dates in December slipping into January, then February), and now with you. Our telephone conversations have been cordial. But, so far, you have been unable to produce HUD's witnesses.

Please confirm today or tomorrow that we will proceed with Joan Kiening, Gwen Thomas, and Veronica Coleman, respectively, on March 14-16.

Sincerely yours,

Peter V. Baugher

Peter V. Baugher

PVB:mt

144228_1.DOC

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Wednesday, March 02, 2005 10:55 AM
**To:** Paul Wellons (E-mail)
**Subject:** Englewood Depositions

Is HUD's presenting its witnesses for depositions on March 14-16?

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

**U.S. Department of Justice**

Civil Division

PDK:PRWellons:
No. 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

Telephone: (202) 616-8532
Datafax: (202) 307-0972

*Washington, D.C. 20530*

February 28, 2005

VIA FED EX & FACSIMILE

Peter V. Baugher
Shopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606-1721

Re: Englewood Terrace v. United States

Dear Peter:

I received your voice mail on Friday regarding scheduling depositions in the above-referenced case but was away from the office. Because of scheduling conflicts, we will be unable to produce witnesses for depositions during the week of March 7. Specifically, I am scheduled to attend meetings on the afternoon of March 7 and will appear in the United States Court of Appeals for the Federal Circuit on March 9 and 10.

I am available during the week of March 14 and am waiting to hear whether the witnesses you wish to depose will be available as well. As soon as I know whether they are available, I will contact you.

We received your interrogatories on February 16 and will respond to them shortly. Please advise me when you will respond to our interrogatories and document requests, which were served on January 14.

Sincerely,

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division

**Schopf & Weiss LLP**
**Business Litigation**

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

February 25, 2005

**By Facsimile: 202.307.0972**

Mr. Paul R. Wellons
Commercial Litigation Branch
Civil Division, United States Department of Justice
Attention: Classification Unit
1100 L Street, N.W., Room 800
Washington, DC 20005

**Re:** ***Englewood v. HUD*, No. 03-2209C**

Dear Paul:

This is to follow up on my several phone calls and emails to you about Englewood's depositions. Subject to your confirmation, we agreed several weeks ago to depose HUD witnesses Joan Kiening, Gwen Thomas and Veronica Coleman in Chicago on Monday-Wednesday, March 7-9.

Please confirm by the end of the day that these depositions will go forward as previously scheduled.

Sincerely yours,

Peter V. Baugher

Peter V. Baugher

PVB:mt

144087_1.DOC

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Friday, February 25, 2005 1:27 PM
**To:** Paul Wellons (E-mail)
**Subject:** Englewood v. HUD Depositions

**Importance:** High

Dear Paul:

This is to follow up on my several phone calls and emails to you about Englewood's depositions. Subject to your confirmation, we agreed several weeks ago to depositions of HUD witnesses Joan Kiening, Gwen Thomas and Veronica Coleman in Chicago on Monday-Wednesday, March 7-9.

Please confirm by the end of the day that these depositions will go forward as previously scheduled.

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Tuesday, February 22, 2005 10:15 PM
**To:** Paul Wellons (paul.wellons@usdoj.gov)
**Subject:** FW: Englewood Depositions (March 7-9)

Please confirm.

-----Original Message-----
**From:** Peter Baugher
**Sent:** Monday, February 21, 2005 5:52 PM
**To:** Paul Wellons (E-mail)
**Subject:** Englewood Depositions (March 7-9)

Are we set for March 7-9?

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com <mailto:baugher@sw.com>

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Monday, February 21, 2005 5:52 PM
**To:** Paul Wellons (E-mail)
**Subject:** Englewood Depositions (March 7-9)

Are we set for March 7-9?

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Friday, February 11, 2005 7:00 PM
**To:** 'Paul.Wellons@usdoj.gov'
**Subject:** RE: Deposition dates

I waited to get your letter and enclosures, which arrived just yesterday, and which I have only had a chance to look at this afternoon.

Let's do the depositions during the week of February 28. I suggest Monday-Wednesday of that week in case any of the depositions run longer than we anticipate.

We will oppose any enlargement of the discovery period.

Peter

-----Original Message-----
From: Paul.Wellons@usdoj.gov [mailto:Paul.Wellons@usdoj.gov]
Sent: Tuesday, February 08, 2005 2:14 PM
To: Peter Baugher
Subject: RE: Deposition dates

Peter:

I'm sending you today a letter regarding deposition dates as well as additional documents for our production. Please confirm whom you wish to confirm and when by tomorrow so I can make travel arrangements and ensure these witnesses remain available. For example, I have learned that Gwendolyn Thomas will now need to complete her depositions by 4:30pm each day next week.

Also, please understand that although Ms. Kiening is familiar with REMS as you noted in your earlier letter, she is not an expert on the system. I understood your letter to be seeking confirmation that our production didn't omit documents from REMS. But if you believe you will require a 30(b)(6) witness regarding the system itself, please let me know.

Paul

-----Original Message-----
From: Baugher@sw.com [mailto:Baugher@sw.com]
Sent: Thursday, February 03, 2005 12:47 PM
To: Wellons, Paul (CIV)
Subject: RE: Deposition dates

Any progress on this?

-----Original Message-----
From: Paul.Wellons@usdoj.gov [mailto:Paul.Wellons@usdoj.gov]
Sent: Monday, January 31, 2005 5:46 PM
To: Peter Baugher

Subject: Deposition dates

Peter:

I received your vm and fax today. I have contacted the agency to ascertain the status of each of your questions, including dates the requested witnesses will be available to be deposed. I understand you are anxious to take the depositions as quickly as possible, and will contact you as soon as I learn the dates each witness is available.

Paul

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments.
Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act.

**U.S. Department of Justice**

Civil Division

PDK:PRWellons:
No. 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

Telephone: (202) 616-8532
Datafax: (202) 307-0972

*Washington, D.C. 20530*

February 8, 2005

VIA FED EX AND FACSIMILE

Peter V. Baugher
Shopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606-1721

Re: Englewood Terrace v. United States

Dear Peter:

I have enclosed additional documents that were inadvertently omitted from the Government's previous productions in the above-referenced case. These include additional documents identified by the Department of Housing and Urban Development's ("HUD") Business Performance Division, documents received from the City of Chicago Bureau of Fire Prevention, and documents obtained from Chicago's Department of Buildings.

I also have included additional documents printed from HUD's Real Estate Management System ("REMS"). Joan Kiening, Senior Enforcement Analyst, has reviewed our production and confirmed that the Government now has produced all discoverable REMS entries. You may find these documents within the following Bates ranges:

A2133-2150
A1956-A2003
A2011
A2133-2150
A2549-A2550
B8178-8279
D0820-844
D0991-1054

Furthermore, as your review of these printed screens will confirm, not all REMS entries link with scanned images of documents, nor do they contain "mandatory" diary fields that process every step of review and comment undertaken by HUD personnel.

Regarding proposed deposition dates, Gwendolyn Thomas will be available to be deposed on the dates of February 15, 16, & 17. Veronica Coleman will be available February 15 through February 18. However, she has scheduling conflicts that require her to be free by 3:30 p.m. on February 17 and 18. If you still wish to depose Ms. Kiening, she will be available on February 15 and 16.

Please let me know on which dates you would like to depose these individuals, or whether you require additional, alternative dates.

Finally, we will issue subpoenas to CHAC, Inc. and the City of Chicago Police Department during the week of February 14. If you would like to receive copies of the documents we obtain, we will provide them to you at your expense.

Sincerely,

Paul R. Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Thursday, February 03, 2005 11:47 AM
**To:** 'Paul.Wellons@usdoj.gov'
**Subject:** RE: Deposition dates

Any progress on this?

-----Original Message-----
From: Paul.Wellons@usdoj.gov [mailto:Paul.Wellons@usdoj.gov]
Sent: Monday, January 31, 2005 5:46 PM
To: Peter Baugher
Subject: Deposition dates

Peter:

I received your vm and fax today. I have contacted the agency to ascertain the status of each of your questions, including dates the requested witnesses will be available to be deposed. I understand you are anxious to take the depositions as quickly as possible, and will contact you as soon as I learn the dates each witness is available.

Paul

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Tuesday, February 01, 2005 6:45 AM
**To:** 'Paul.Wellons@usdoj.gov'
**Subject:** RE: Deposition dates

Please give me several alternative dates for each witness as my calendar for February is already crowded.

-----Original Message-----
From: Paul.Wellons@usdoj.gov [mailto:Paul.Wellons@usdoj.gov]
Sent: Monday, January 31, 2005 5:46 PM
To: Peter Baugher
Subject: Deposition dates

Peter:

I received your vm and fax today. I have contacted the agency to ascertain the status of each of your questions, including dates the requested witnesses will be available to be deposed. I understand you are anxious to take the depositions as quickly as possible, and will contact you as soon as I learn the dates each witness is available.

Paul

**Schopf & Weiss LLP**
**Business Litigation**

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

January 21, 2005

**By Facsimile: 202.305.7644**

Ms. Lisa B. Donis
Commercial Litigation Branch
Civil Division, United States Department of Justice
11 L Street, N.W.
Room 10130
Washington, DC 20005

**Re: *Englewood v. HUD*, No. 03-2209C**

Dear Lisa:

I was surprised at the email you sent me yesterday, saying you could not agree to deposition dates. You told Judge Wolski at our telephonic conference just a few days ago that you were leaving the Justice Department at the end of February, five weeks from now. But you said nothing about that delaying depositions or other proceedings in the case.

Englewood needs to confirm deposition dates for Gwendolyn Thomas, Veronica Coleman and Joan Kiening. As we have previously discussed, these depositions were to go forward in January, or (now) at least by the first week in February.

If you will not be defending these depositions, please give the name of the attorney who will. In any event, let's agree on dates on Monday.

Sincerely yours,

Peter V. Baugher

PVB:mt

142925_1.DOC

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Thursday, January 20, 2005 8:22 PM
**To:** 'Lisa.Donis@usdoj.gov'
**Subject:** RE: Englewood v. HUD--Deposition Dates

I need to work out these dates currently. My schedule is crowded, and no stay or delay in proceedings was discussed with Judge Wolski. If there is another lawyer I should speak with, please let me know.

-----Original Message-----
From: Lisa.Donis@usdoj.gov [mailto:Lisa.Donis@usdoj.gov]
Sent: Thursday, January 20, 2005 8:05 PM
To: Peter Baugher
Subject: RE: Englewood v. HUD--Deposition Dates

Peter - I thought I made it fairly clear that I was transferring this case, as I am leaving the Department. When a new attorney is assigned, I will let you know immediately, and you can discuss the schedule with them. I will not be defending those depositions, so the schedule will have to be worked out with whoever takes my place. Lisa

-----Original Message-----
From: Baugher@sw.com [mailto:Baugher@sw.com]
Sent: Thursday, January 20, 2005 7:26 PM
To: Donis, Lisa (CIV)
Subject: Englewood v. HUD--Deposition Dates

We need to agree on deposition dates for Gwen Thomas, Veronica Coleman, and Joan Kiening, either for next week or the first week in February.

Please call to discuss.

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

CONFIDENTIALITY NOTICE: This message and any attachments may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this information is strictly prohibited. If you have received this message in error, please immediately notify us by email or telephone (312-701-9300) and delete all copies of this message and any attachments.
Schopf & Weiss LLP is an Illinois registered limited liability partnership that has elected to be

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Thursday, January 20, 2005 6:26 PM
**To:** Lisa Donis (E-mail)
**Subject:** Englewood v. HUD--Deposition Dates

We need to agree on deposition dates for Gwen Thomas, Veronica Coleman, and Joan Kiening, either for next week or the first week in February.

Please call to discuss.

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

**Peter Baugher**

**From:** Peter Baugher
**Sent:** Thursday, December 09, 2004 5:58 PM
**To:** Lisa Donis (E-mail)
**Subject:** Englewood v. HUD--Deposition Dates

Please send me proposed dates in the first few weeks of January for depositions of Gwendolyn Thomas and Margarita Maisonet.

Thanks.

Peter Baugher
Schopf & Weiss LLP
312 West Randolph Street
Chicago, IL 60606
312-701-9315
baugher@sw.com

chopf & Weiss
Business Litigation

312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1721
tel 312.701.9300
fax 312.701.9335
www.sw.com

Writer's e-mail
baugher@sw.com

Writer's direct dial
312.701.9315

September 27, 2004

**By Facsimile: 202.305.7644**

Ms. Lisa B. Donis
Commercial Litigation Branch
Civil Division, United States Department of Justice
11 L Street, N.W.
Room 10130
Washington, DC 20005

**Re: *Englewood v. HUD*, No. 03-2209C**

Dear Ms. Donis:

This is to acknowledge receipt of your letter of earlier today.

You write that you are unable to present HUD Project Manager Gwendolyn Thomas for her deposition on October 19. What dates in October do you propose?

Sincerely yours,

Peter V. Baugher

PVB:mt

139333_1.DOC