IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | No. 03-2209C (Judge Wolski) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL HUD DEPOSITIONS

Defendant respectfully files its opposition to plaintiff's motion to compel HUD depositions.

As demonstrated by the documents plaintiff filed before the Court, we offered to make available to be deposed the three witnesses whom plaintiff wished to depose during the week of February 14, 2005. We also cautioned plaintiff's counsel that scheduling deposition dates in March 2005 would be difficult because counsel for defendant was traveling during two weeks in March for another case and was representing the Government in Fire-Trol v. United States, No. 05-205C, a bid protest currently pending before this Court. Plaintiff's counsel declined to depose defendant's witnesses on the suggested dates did not respond to defendant's offer until February 11, 2005.

Assuming the Court grants our motion to enlarge the discovery period, we have offered to make witnesses available to be deposed during the weeks of April 4 and 11, 2005. Scheduling depositions prior to this date will be difficult for defendant's counsel because of conflicting duties in other cases that require defendant's counsel to remain in Washington, D.C.

These include the bid protest mentioned above. Defendant's counsel is scheduled to file pleadings in that case on March 17 and March 21, 2005. Further, defendant's counsel is scheduled to attend hearings in that matter on March 17, March 22, and March 31, 2005. Defendant's counsel also has pleadings due in other cases before this Court on March 28 and 30, 2005.

For these reasons, defendant respectfully requests that the Court deny plaintiff's motion to compel HUD depositions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

March 17, 2005 Attorneys for Defendant

I hereby certify that on March 17, 2005, a copy of the foregoing "DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS