# In the United States Court of Federal Claims

No. 03-2209C
(Filed March 23, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

A status conference was held in this case on March 23, 2005. Before the Court are the defendant's motion to extend the discovery deadline, and the plaintiff's motion to compel depositions. Based upon discussions with the parties at the conference, the Court **GRANTS IN PART** the defendant's motion. Because the defendant has agreed to make available for deposition the three requested individuals for April 4-6, the Court **DENIES AS MOOT** the plaintiff's motion to compel.

The following changes are made to the schedule of proceedings in this case:

1. Interrogatories. The defendant shall serve its responses to the plaintiff's interrogatories by the close of business on **March 30, 2005**. The defendant shall also send to the plaintiff a courtesy copy of its responses by facsimile.

2. Discovery cut-off. All discovery shall be completed by the close of business on **May 2, 2005**.

3. Post-discovery joint status report and status conference. The parties shall file a joint status report on or before **May 6, 2005**, which shall include proposed tentative trial dates, the number of anticipated witness to be called at trial, and a summary of any continuing disputes relating to discovery. A status conference shall be held by telephone on **May 10, 2005, at 11 a.m. EST**.

4. Dispositive motion. The defendant shall file any dispositive motion on or by **June 2, 2005**. The plaintiff shall file its response to this motion on or by **June 16, 2005**, and the defendant shall file its reply on or by **June 26, 2005**. A hearing on the defendant's motion shall be held on **June 30, 2005, at 9:30 a.m.**, in the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C.. If the defendant's dispositive motion concerns the merits of the case, and if the plaintiff requires additional time to respond to that motion, the Court would grant plaintiff, upon request, the full twenty-eight days in which to respond under RCFC 7.2(c).

These dates supersede those from the Court's November 16, 2004 scheduling order. The parties are encouraged to contact the Court to request an additional status conference before the close of discovery, should the parties prove unable to resolve among themselves any disputes.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge