IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | ) | No. 03-2209C<br>(Judge Wolski) |

DEFENDANT'S UNOPPOSED MOTION TO
ENLARGE THE TIME TO FILE A JOINT STATUS REPORT

Defendant respectfully requests that the Court enlarge the time to file the joint status report by one day, to and until May 9, 2005. The joint status report presently is due on May 6, 2005. Defendant's counsel has conferred with counsel for plaintiff, who has informed us that plaintiff does not oppose this motion.

As of the time of this filing, the parties have conferred regarding proposed language for their status report but have not agreed upon final wording. For these reasons, defendant respectfully requests that the Court enlarge the time for filing the parties' joint status report until May 9, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

May 6, 2005

Attorneys for Defendant

I hereby certify that on May 6, 2005, a copy of the foregoing “DEFENDANT'S OPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS