# In the United States Court of Federal Claims

No. 03-2209C
(Filed May 10, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**ENGLEWOOD TERRACE** *
**LIMITED PARTNERSHIP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the defendant's unopposed motion to file the joint status report on May 9, 2005. The Court **GRANTS** the motion. A status conference was held in this case on May 10, 2005. All pertinent dates established by this Court's March 24, 2005 scheduling order shall remain in effect.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge