**IN THE
UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2209C |
| UNITED STATES OF AMERICA, and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development, | ) | Judge Victor J. Wolski |
| Defendants. | ) | |

**PLAINTIFF ENGLEWOOD'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Englewood Terrace Limited Partnership, by its attorneys, moves that its time to respond to defendant's motion for summary judgment be extended two weeks, as anticipated in the Court's order of March 24, 2005. Plaintiff agrees that defendant's time to reply should be extended commensurately.

WHEREFORE, plaintiff requests that the time for its brief in response to summary judgment be extended to June 30, 2005, and that the defendant's date for reply be extended to July 14, 2005.

Dated: June 24, 2005

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606
312.701.9300