# In the United States Court of Federal Claims

No. 03-2209C
(Filed June 28, 2005)

* * * * * * * * * * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The hearing scheduled for June 30, 2005, shall be taken off calendar. Oral argument on the defendant's motion for summary judgment shall be heard at **2 p.m. on Tuesday, July 26, 2005**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

The plaintiff, pursuant to this Court's March 24, 2005 scheduling order, has moved for additional time in which to file its opposition. Accordingly, the plaintiff shall file its opposition on or before **June 30, 2005**. The defendant shall file its reply on or before **July 14, 2005**, pursuant to Rule 7.2(c).

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge