**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2209C |
| UNITED STATES OF AMERICA, and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development, | ) | Judge Victor J. Wolski |
| Defendants. | ) | |

**PLAINTIFF ENGLEWOOD'S MOTION FOR LEAVE TO FILE INSTANTER**

Plaintiff Englewood Terrace Limited Partnership, by its attorneys, moves that it be given leave to respond to defendant's motion for summary judgment instanter. Its response was due June 30, 2005. Plaintiff encountered difficulties in its filing of multiple PDF files Thursday evening, June 30, 2005, but its brief and accompanying documents were successfully filed electronically with the court earlier this morning, July 1, 2005.

WHEREFORE, plaintiff requests that it be given leave to file its response to summary judgment instanter on July 1, 2005.

Dated: July 1, 2005

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
312 West Randolph Street
Suite 300
Chicago, IL 60606
312.701.9300