# In the United States Court of Federal Claims

No. 03-2209 C

(Filed: July 13, 2005)

| | |
|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims and a random selection determined by the Office of the Clerk of the Court, this case is hereby reassigned to Judge Marian Blank Horn.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge