# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *
**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: July 14, 2005**

**O R D E R**

The above captioned case was transferred to the undersigned on July 13, 2005. A status conference is scheduled for July 26, 2005, at 2:00 p.m. EDT, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005, for the court to introduce itself to the parties and vice versa. Both counsel will appear by telephone. Unless chambers is otherwise notified, at (202) 357-6580, defendant's counsel will be reached at (202) 616-8253 and plaintiff's counsel will be reached at (312) 701-9300. The parties shall be prepared to discuss the status of the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**