# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 03-2209C** |
| | * | **Filed: July 28, 2005** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| * * * * * * * * * * * * * * | | |

**O R D E R**

The court held a status conference in the above captioned case on July 26, 2005. As discussed at the status conference, on or before **Friday, September 2, 2005**, the parties shall file a joint stipulation of facts. At the conference, defendant strenuously represented that no material issue of fact is in dispute and, therefore, that the case is ripe for summary judgment. Plaintiff equally forcefully disputed this view. A joint stipulation of facts will serve to aid the parties and the court to determine whether or not material issues of fact are in dispute.

The joint stipulation of facts should be thorough and comprehensive. The joint stipulation should cover the facts pertaining to the plaintiff's claims and the defendant's motion for summary judgment. To that end, the parties shall consult with each other to discuss the issues in the above-captioned case and to identify those issues to which the parties can stipulate. The joint stipulation of facts should be a single document, accompanied by a supporting appendix of documents. The joint stipulation shall set forth specific stipulations of agreed upon facts with specific page and paragraph citations to the appendix and, if necessary, the parties shall identify any statement of material fact, also with appropriate citations to the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts is to be filed in lieu of the filing of proposed findings of uncontroverted fact and responses to the proposed findings by the opposing party. See RCFC 56(h)(3). The parties' joint stipulation of facts will be used to determine whether summary judgment is appropriate in this case. If summary judgment is found not to be appropriate, the joint stipulation nevertheless will be useful to identify factual issues for trial.

Defendant shall submit the additional filing on or before **Friday, September 16, 2005**, with appropriate citations to the joint stipulation of facts and the appendix. Plaintiff shall file a response to the defendant's filing on or before **Friday, October 7, 2005**, also with appropriate citations to the joint stipulation of facts and the appendix.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**