IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2209C<br>(Judge Horn) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE JOINT STIPULATION OF FACT
AND DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint stipulation of fact by 21 days, to and including September 23, 2005. The joint stipulation of fact presently is due on September 2, 2005. Defendant further requests that the Court enlarge the time for defendant to file its second motion for summary judgment by 21 days, to and including, October 7, 2005. Defendant's second motion for summary judgment presently is due on September 16, 2005. This is the first requested enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff does not oppose this motion.

The requested enlargements are necessary to provide sufficient time for the parties to coordinate and agree upon language to be included in their joint stipulation of fact, as well as to allow defendant sufficient time to prepare its second

motion for summary judgment once the joint stipulation of fact is filed. On August 16, 2005, defendant transmitted to plaintiff via e-mail a proposed draft joint stipulation of fact. As of the time of this filing, defendant has not received plaintiff’s comments and the parties have not agreed upon wording. Defendant also will require additional time to complete its second motion for summary judgment because defendant’s counsel currently is scheduled to travel during the week of September 16, 2005.

For these reasons, defendant respectfully requests that the Court enlarge the time for filing the parties’ joint stipulation of fact and defendant’s second motion for summary judgment until September 23, 2005 and October 7, 2005, respectively.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

August 31, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 31, 2005, a copy of the foregoing “DEFENDANT’S MOTION TO ENLARGE THE TIME TO FILE JOINT STIPULATION OF FACT AND DEFENDANT’S SECOND MOTION FOR SUMMARY JUDGMENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS