# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** * | |
| **Plaintiff,** * | |
| **v.** * | **No. 03-2209C** |
| * | **Filed: August 31, 2005** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's August 31, 2005, unopposed motion for an enlargement of time within which to file the parties' joint stipulation of facts. During discussions between the parties' counsel and chambers staff, the plaintiff also requested to file a joint statement of the issues of law and the defendant's counsel stated that it did not oppose the plaintiff's request . The court **GRANTS** the defendant's motion and the plaintiffs request. The parties shall file their joint stipulation of facts and joint issues of law on or before **Friday, September 23, 2005**. To discuss whether summary judgment is appropriate in this case after reviewing the joint stipulations, the court **ORDERS** the parties to appear at a status conference on **Tuesday, September 27 at 11:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

If summary judgment is appropriate, the defendant shall file its supplemental motion for summary judgment, incorporating the joint stipulations of fact and law, on or before **Friday, October 7, 2005**. The plaintiff shall file its response to defendant's supplemental motion for summary judgment, also incorporating the joint stipulations of fact and law, on or before **Monday, October 31, 2005**. Oral argument on the defendant's motion for summary judgment is scheduled for **Tuesday, November 8, 2005, at 2:30 p.m. EST** at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person. The courtroom number will be posted the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**