IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2209C<br>(Judge Horn) |

DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE JOINT STIPULATIONS OF FACTS AND ISSUES AND DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint stipulations of facts and issues by 14 days, to and including October 7, 2005. The joint stipulations presently are due on September 23, 2005. Defendant further requests that the Court enlarge the time for defendant to file its supplemental motion for summary judgment by 14 days, to and including, October 21, 2005. Defendant's supplemental motion for summary judgment presently is due on October 7, 2005. This is the second requested enlargement of time for this purpose. Plaintiff's counsel has represented that plaintiff opposes this motion.

The requested enlargements are necessary to provide sufficient time for the parties to agree upon language for the proposed stipulations of facts and issues and to prepare a joint appendix of documents.

On August 16, 2005, defendant transmitted to plaintiff via e-mail proposed joint stipulations of facts. Defendant had not received plaintiff's response to this document by August 31, 2005 and filed an unopposed motion to enlarge the time to file the parties' joint stipulations of facts. The Court granted this motion.

On August 31, 2005, the parties participated in a teleconference with the Court in which the Court invited the parties to file joint stipulations of issues. On September 14, 2005, defendant transmitted to plaintiff its proposed stipulations of issues. Plaintiff also transmitted to defendant its response to defendant's proposed stipulations of facts on September 14, 2005-–nearly one month after defendant first transmitted its proposed stipulations of facts.

On September 16, 2005, plaintiff transmitted to defendant additional proposed stipulations of issues as well as 145 numbered paragraphs containing plaintiff's proposed "additional facts." Defendant currently is formulating its response to plaintiff's proposed additional facts. Defendant also is formulating a statement of defendant's proposed additional facts to which plaintiff did not agree in plaintiff's response dated September 14, 2005.

Plaintiff's response to defendant's proposed joint stipulations of facts and plaintiff's proposed additional facts contain citations to a proposed joint appendix without internal page numbering. Counsel for defendant requested a copy of this joint appendix on September 20, 2005. Plaintiff provided a concordance cross-referencing its joint appendix to appendices the parties previously filed with the Court. (Exhibit A) Counsel for defendant again requested a copy of plaintiff's proposed joint appendix on September 21, 2005. In response, plaintiff supplied copies of some documents contained in the appendix. To date, plaintiff has not supplied defendant with a copy of plaintiff's proposed joint appendix.

Plaintiff's proposed joint appendix appears to contain portions of documents as well as documents not contained in the appendices filed previously by either party. Defendant requires a copy of the joint appendix in order to complete its portion of the joint stipulations. Defendant anticipates that it will add documents or portions of documents to plaintiff's proposed joint appendix.

Finally, the parties have discussed the possibility of conducting global settlement talks through which to resolve all outstanding issues between them, including those issues that are the subject of this lawsuit. Defendant believes that the time requested in this motion may be used to explore whether a settlement is possible.

For these reasons, defendant respectfully requests that the Court enlarge the time for filing the parties' joint stipulations of facts and issues and defendant's supplemental motion for summary judgment until October 7, 2005 and October 21, 2005, respectively.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

September 21, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 21, 2005, a copy of the foregoing “DEFENDANT’S MOTION TO ENLARGE THE TIME TO FILE JOINT STIPULATIONS OF FACTS AND ISSUES AND DEFENDANT’S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS