DRAFT September 21, 2005

**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP, a Michigan Limited Partnership,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| **UNITED STATES OF AMERICA, and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development,** | ) | **Judge Marian Blank Horn** |
| **Defendants.** | ) | |

**JOINT STIPULATION OF FACTS**

**APPENDIX**

**TABLE OF CONTENTS**


| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| Complaint filed 9/22/03 | | JA 001 |
| Order dated Nov. 15, 2001 | App 278-82 | JA 002 |
| Defendant's Objections and Responses to Plaintiff's Interrogatories | | JA 003 |
| Def. Motion for Summary Judgment | | JA 004 |
| Deposition Transcript of Joan Kiening ("Kiening Tr.") | | JA 006 |
| November 30, 1999, Thomas Opposition to Rehab Loan | D 0127-8 | JA 007 |
| Coleman Deposition Transcript ("Coleman Tr.") | | JA 008 |
| Don Samuelson Deposition Transcript ("Samuelson Tr.") | | JA 010 |
| Declaration of Freddie Batchelor ("Batchelor Decl.") | | JA 011 |
| Hayes Decl. | | JA 012 |

| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| Sanders Declaration ("Sanders Decl") | | JA 013 |
| Samuelson Letter dated Aug. 21, 2001 | (Not numbered) | JA 015 |
| P.M. One Letter dated Sept. 26, 2002 | App 300-1 | JA 016 |
| 1998 HAP Contract | App 1-14 | JA 017 |
| 1999 HAP Renewal | PL. APP-58-60 | JA 018 |
| 2000 HAP Renewal | App 108-123 | JA 019 |
| REAC Inspection Summary Report dated Apr. 28, 1999 | App 15-23 | JA 020 |
| Inspection Summary Report dated Mar. 2, 2001 | App 162-71 | JA 021 |
| Property Referral dated Sept. 13, 1999 | D 0993 | JA 022 |
| Batchelor Draft Team Report | (Not numbered) | JA 023 |
| Letter from Harth to Thomas dated Mar. 23, 1999 | PL. APP-17 | JA 024 |
| Letter from Coleman to Prendergast dated April 9, 1999 | D 0023-4 | JA 025 |
| Letter from Sanders to Thomas dated May 18, 1999 | PL. APP-39-40 | JA 026 |
| Pinnacle Executive Summary dated Aug. 10, 1999 | App 26-7 | JA 027 |
| Pinnacle Property Description | (Not numbered) | JA 028 |
| Letter from Sanders to Kiening dated June 14, 1999 | (Not numbered) | JA 029 |
| Final Action Plan | PL. APP-45-9 | JA 030 |
| P.M. Group Letter dated Aug. 18, 1999 | PL. APP-50-1 | JA 031 |
| P.M. One Letter dated Aug. 20, 1999 | App 53 | JA 032 |
| P.M. Group Letter dated Sept. 2, 1999 | PL. APP-52-3 | JA 033 |
| Handwritten Draft Letter dated September 14, 1999 | PL. APP-56-7 | JA 034 |
| Letter from Thomas to Sanders dated May 18, 1999 | PL. APP-39-40 | JA 035 |
| Notice of Violations and Summons dated Oct. 15, 1999 . | App 54 | JA 036 |
| Thomas Deposition Transcript ("Thomas Tr") | | JA 037 |
| Management Improvement and | App 64-107 | JA 038 |

| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| Operating (MIO) Plan dated Dec. 8, 1999 | | |
| Social Services Agreement dated Dec. 15, 1999 | | JA 039 |
| December 8, 2001 REMS Entry | (Not numbered) | JA 039A |
| Final Team Report | PL. APP-63-72 | JA 040 |
| REMS entry dated Jan. 27, 2000 | D 1090 | JA 041 |
| REMS entry dated February 1, 2000 | D 1089 | JA 042 |
| REMS entry dated February 2, 2000 | D 1025 | JA 043 |
| REMS entry dated February 6, 2000 | D 1083 | JA 044 |
| Letter dated June 7, 2000 | App 84-96 | JA 045 |
| REMS entry on June 20, 2000 | D 1020 | JA 046 |
| Letter from Cravitz on July 20, 2000 | PL. APP-120 | JA 047 |
| Sanders Letter dated July 27, 2000 and HUD confirmation of receipt | PL. APP-121-6 | JA 048 |
| Sanders Letter and HUD confirmation of receipt | PL. APP-136-7 | JA 049 |
| Sanders Letter and HUD confirmation of receipt | PL. APP-146-51 | JA 050 |
| Sanders Letter dated December 8, 2000 and HUD confirmation of receipt | (Not numbered) | JA 051 |
| Management Review Questionnaire dated Mar. 13, 2000 | App 77-9 | JA 052 |
| Letter dated June 16, 2000 | App 97-106 | JA 053 |
| Letter from Sanders to Coleman dated July 10, 2000 | PL. APP-112-9 | JA 054 |
| Letter dated Oct. 3, 2000 | App 107 | JA 055 |
| Renewal Worksheet For Option 2 | PL. APP-128-35 | JA 056 |
| Note from Victor Taylor dated Sept. 27, 2000 | PL. APP-138 | JA 057 |
| December 6, 2000 Letter from Coleman to Hayes | App 155 | JA 058 |
| Thomas Notes at October 18, 2000 meeting | PL. APP-152 | JA 059 |
| E-mail dated Jan. 23, 2001 between Coleman and Horton | App 156-8 | JA 060 |
| REAC Inspection Letter of March 8, 2001 | App 160-1 | JA 061 |

| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| Notification of Exigent Health and Safety Hazards | PL. APP-176-7 | JA 062 |
| Letter from Hayes Certifying Completion dated March 6, 2001 | PL. APP-178 | JA 063 |
| Letter dated Mar. 9, 2001 | App 171.1-71.2 | JA 064 |
| Hayes Letter dated Mar. 16, 2001 | App 171.17 | JA 065 |
| Hayes Letter dated Mar. 16, 2001 | App 171.17-8; PL. APP-181-2 | JA 065 |
| Report Prepared by Etzkorn | PL. APP-194-8 | JA 066 |
| Letter Rejecting Rehab Loan dated Apr. 3, 2001 | App 172-5; B 4761-4 | JA 067 |
| E-Mail from Maisonet on April 6, 2001 to lawyers in the DEC | PL. APP-200 | JA 068 |
| Notice of Default dated April 9, 2001 | App 192-3 | JA 069 |
| Hinsberger e-mail of April 4, 2001 | PL. APP-199 | JA 070 |
| Sher e-mail of April 9, 2001 | PL. APP-226 | JA 071 |
| April 8, 2001, Englewood Response to REAC Letter | PL. APP-201-2 | JA 072 |
| Letter dated May 2, 2001 | PL. APP-227 | JA 073 |
| Letter dated May 15, 2001 | App 199; B 2326-7 | JA 074 |
| Notice of Continuing Default dated May 16, 2001 | App 200-1 | JA 075 |
| May 16, 2001 e-mail | PL. APP-228 | JA 076 |
| May 22, 2001 Letter | App 202 | JA 077 |
| June 1, 2001 e-mail | PL. APP-229 | JA 078 |
| June 11, 2001 e-mail | PL. APP-230 | JA 079 |
| E-mail of July 30, 2001 | A 2048 | JA 081 |
| E-mail of Aug. 1, 2001 | PL. APP-231 | JA 082 |
| E-mail on Oct. 1, 2001 | PL. APP-231 | JA 083 |
| August 6, 2001 Energy Reimbursement Request | App 211-4 | JA 084 |
| DSSA Report dated Aug. 6, 2001 | App 205-10 | JA 085 |
| Cravitz Letter of September 4, 2001 | PL. APP-244-8 | JA 086 |
| Seliga e-mail dated September 5, 2001 | PL. APP-249 | JA 087 |
| Hinsberger e-mail of September 6, 2001 | PL. APP-251 | JA 088 |
| Hinsberger Letter to Cravitz of Sept. 25, 2001 | PL. APP-252 | JA 089 |
| Cravitz Letter to Hinsberger of Sept. 28, 2001 | PL. APP-253-63 | JA 090 |

| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| 9/25/01 ltr. From Hinsberger to Hayes requesting Hayes sign short term contract | | JA 091 |
| 90 Day Renewal Contract | App 217-34 | JA 092 |
| E-mail from Ed Hinsberger dated October 1, 2001 | App 235 | JA 093 |
| E-mail from John Hayes dated October 1, 2001 | App 236 | JA 094 |
| E-mail from Don Samuelson dated October 2, 2001 | | JA 095 |
| E-mail from Don Samuelson dated October 11, 2001 | App 237 | JA 096 |
| Notice of Abatement and Termination dated Nov. 30, 2001 | App 283 | JA 097 |
| Notice of Abatement and Termination dated Nov. 30, 2001 | App 283-4 | JA 097 |
| 180 Day Renewal Contract | App 289-97 | JA 098 |
| Letter dated Dec. 21, 2001 | App 285-8 | JA 099 |
| May 1, 2002 E-Mail from Gustin to Mayfield | PL. APP-273 | JA 100 |
| Notice of Reviewing Official's Appeal Decision | App 302-3 | JA 101 |
| Defendant's Reply to Plaintiff's Proposed Statement of Facts | | JA 102 |
| Gwen Thomas Draft Letter to John Hayes dated March 15, 2001 | PL. APP-183-4 | JA 103 |
| REMS Entry dated October 30, 2000 | A 1997, 1990-1 | JA 104 |
| Letter to Joan Kiening dated April 5, 2001 | App 176-84 | JA 105 |
| November 3, 2000 P.M. One Physical Inspection Summary | PL. APP-155-64 | JA 106 |
| March 4, 2001, 25 Pages of Ted Dunaj Drawings | | JA 107 |
| March 19, 2001, BABCO Rehabilitation Work Program | (Not numbered) | JA 108 |
| Coleman letter to Mr. Hayes, dated August 21, 2001 | (Not numbered) | JA 109 |
| September 29, 2001, Thomas Draft of #2530 Flag | B 4296-7 | JA 110 |
| October 12, 2001, Thomas Draft of #2530 Flag | B 4293-4 | JA 111 |
| February 7, 2002, Letter from Greg Gustin to Englewood | App 298-9 | JA 112 |

| DESCRIPTION | PREVIOUS APPENDIX NUMBER | JOINT APPENDIX NUMBER |
|---|---|---|
| March 15, 2001, Draft Termination Letter | PL. APP-183-4 | JA 113 |
| April 4, 2001 E-Mail from Hinsberger | PL. APP-199 | JA 114 |
| October 17, 2000 Rejection of Special Claims | B 4135, 4139-63 | JA 115 |
| January 10, 2001, HUD's Second Amendment to HAP Contract | PL. APP-167-9 | JA 116 |
| May 1, 2002, Gustin E-Mail to Howard Mayfield | PL. APP-272-3 | JA 118 |
| May 2, 2002, Mayfield Final Administrative Decision | App 382-3 | JA 119 |
| Maisonet Tr. | | JA 120 |
| Request for Pre-Application Conference dated November 11, 1999 | (Not numbered) | JA 121 |