# In the United States Court of Federal Claims

| | |
|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2209C** |
| | **Filed: September 26, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

The court is in receipt of the defendant's September 21, 2005, unopposed motion for an enlargement of time within which to file the parties' joint stipulation of facts, joint issues of law, and the defendant's supplemental motion for summary judgment. The court **GRANTS** the defendant's request and **ORDERS** the defendant to file the joint stipulation of facts and joint issues of law on or before **Friday, October 7, 2005**. The court also **ORDERS** the defendant to file its supplemental motion for summary judgment on or before **Friday, October 21, 2005**.

During discussions between the parties' counsel and chambers staff, the parties stated that they are pursuing settlement discussions which may dispose of this case in its entirety. The court applauds the parties' efforts to seek a settlement in this case. On September 30, 2005, at 11:00 a.m. EDT, chambers staff will contact counsel to discuss whether settlement discussions have been successful. The status conference scheduled for September 27, 2005 is **RESCHEDULED** to **Friday, October 14, 2005 at 11:30 a.m. EDT**. Unless otherwise informed, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**