# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * | * |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** |
| | * **Filed: October 14, 2005** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * | * |

## O R D E R

A status conference was held in this case on October 14, 2005. At the conference, the parties stated that settlement discussions were progressing and requested additional time to attempt to settle this case. For this reason, at the request of the parties, the court **SUSPENDS** the filing of the joint stipulations of facts, originally due on October 7, 2005, the filing of the defendant's supplemental motion for summary judgment, originally due on October 21, 2005, the plaintiff's response to defendant's supplemental motion for summary judgment, originally due October 31, 2005, and the oral argument originally scheduled for November 8, 2005. The court also **ORDERS** the parties to file a joint status report every two weeks. The first report will be due on or before **Friday, October 28, 2005**. The parties' report shall address the progress of settlement discussion and future proceedings in this case. Based on the content of the status reports, the court may require future status conferences.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**