IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | |
| v. | ) | No. 03-2209C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION TO ENLARGE
THE TIME TO A FILE JOINT STATUS REPORT

Pursuant to the Court's order dated October 14, 2005, defendant respectfully submits the following motion to enlarge the time to file a joint status report by two weeks, up to and including November 11, 2005. This is defendant's first motion for an enlargement for this purpose.

Counsel for the parties have continued to conduct a dialogue focused upon attempting to resolve this case and other disputes between the parties. The parties themselves have not met since their September 29, 2005 meeting in Washington, D.C. However, the parties' counsel have communicated by telephone, and plaintiff's counsel has communicated with defendant's counsel in writing. The parties wish to continue settlement discussions at this time. If the parties are able to reach a tentative

agreement, then additional time would be required to obtain approval by the authorized representative of the Attorney General.

Defendant’s counsel transmitted a draft proposed status report to plaintiff’s counsel via e-mail on October 26, 2005. Counsel for both parties spoke by telephone today and have exchanged additional proposed language to be included in a joint status report via e-mail. However, at the time of this filing, the parties have not agreed upon final language to be included in a joint status report. Plaintiff’s counsel is traveling overseas, and defendant’s counsel has not been able to ascertain whether plaintiff’s counsel opposes this motion.

Defendant’s counsel anticipates that the parties will file a status report concerning the progress of their talks no later than November 11, 2005. On or before that date, they will inform the Court whether they believe settlement talks should continue or whether the case should proceed to the filing of dispositive motions or trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

October 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 28, 2005, a copy of the foregoing “MOTION TO ENLARGE THE TIME TO FILE A JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS