# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2209C** |
| | **Filed: November 1, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the defendant's motion to enlarge the time to file a joint status report. By an order dated October 14, 2005, the court ordered the parties to file joint status reports every two weeks addressing the progress of their settlement discussions. In the defendant's motion, the defendant indicates that settlement discussions are progressing and that both parties wish to continue with settlement discussions. The court, therefore, **GRANTS** the defendant's motion and orders the parties to file a joint status report on or before **Friday, November 11, 2005**. To discuss the parties' progress, the court also **ORDERS** the parties to appear at a status conference on **Monday, November 14, 2005 at 11:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**