IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br>Plaintiff, | ) | |
| v. | ) | No. 03-2209C<br>(Judge Horn) |
| THE UNITED STATES,<br>Defendant. | ) | |

DEFENDANT’S MOTION FOR LEAVE
TO FILE DEFENDANT’S STATUS REPORT

Pursuant to the Court's order dated November 1, 2005, and because of the Federal holiday scheduled on November 11, 2005, defendant files its motion for leave to file defendant’s status report.

Plaintiff’s counsel has been traveling in Europe and Israel during the first two weeks of November, 2005. On November 9, 2005, the parties exchanged draft language to be included in a proposed joint status report. Regrettably, the parties have been unable to agree upon language to include in a joint status report. Based upon representations from plaintiff’s counsel, defendant’s counsel understands that plaintiff’s counsel is experiencing difficulty opening and reading e-mail attachments.

Thus, it is unlikely the parties will be able to agree upon language to include in a joint status report before the filing deadline.

Further, the draft status report plaintiff’s counsel provided to defendant’s counsel contained statements regarding the progress and nature of the parties’ negotiations with which defendant would disagree. Plaintiff’s counsel also has indicated it may submit substantive requests to the Court in any status report, including asking the Court for leave to amend its complaint. Defendant’s counsel respectfully requests that plaintiff be required to submit substantive requests to the Court in a proper motion, and that defendant be granted leave to respond in writing to any substantive requests or arguments submitted by plaintiff.

For these reasons, defendant respectfully requests that the Court grant its motion for leave to file defendant's status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

November 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 10, 2005, a copy of the foregoing “DEFENDANT’S MOTION FOR LEAVE TO FILE DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS