IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Horn) |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's order dated November 1, 2005, defendant respectfully submits the following status report.

Counsel for the parties have continued to conduct a dialogue focused upon attempting to resolve this case and other disputes between the parties. The parties themselves have not met since their September 29, 2005 meeting in Washington, D.C. Counsel for the parties have communicated via telephone and in writing on multiple occasions. Specifically, plaintiff has provided defendant with proposals intended to form the basis of a settlement agreement for which counsel for defendant would recommend approval to the appropriate deciding authority. However, the parties have not reached a tentative agreement to date, and wish to continue settlement discussions at this time.

Plaintiff has indicated that it believes that it is essential that the parties speak directly if this case is to be resolved through settlement. Defendant agrees that it may be appropriate for the parties to speak directly if an appropriate agenda can be agreed upon. Assuming the parties are able to agree upon such an agenda, the parties may meet or conduct a conference call at a mutually convenient time during the week of November 14, 2005. If the parties are unable to agree upon an agenda or to make further progress in resolving this dispute, then defendant’s counsel believes the parties should proceed to the filing of dispositive motions and, if necessary, trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

November 10, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 10, 2005, a copy of the foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS