# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** * | |
| **Plaintiff,** * | |
| **v.** * | **No. 03-2209C** |
| | **Filed: November 14, 2005** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * | |

## O R D E R

A status conference was held in the above-captioned case on November 14, 2005. During the conference, the parties indicated that settlement remains a possibility in this case and scheduled a telephone conference with responsible representatives from both the plaintiff and the defendant for November 17, 2005. As discussed with the parties during the conference, the court **ORDERS** the parties to file a joint status report on or before **Wednesday, November 30, 2005**, indicating the progress of their settlement discussions. In order to provide for the possibility that the case cannot be settled and the case is to proceed to trial or dispositive motions, the court **ORDERS** the parties to file joint stipulations of fact and joint stipulations of issues to be decided by the court, previously suspended in order to conduct settlement discussion, on or before **Thursday, December 29, 2005**. To discuss any remaining issues in this case, the court **ORDERS** the parties to appear at a status conference on **Thursday, January 12, 2006, at 10:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**