**EXHIBIT A**

**Plaintiff’s Proposed “Genuine Issues of Material Fact”**

1. Did HUD approve Englewood’s MIO in December of 1999 and the Final Team Report in January of 2000?
2. Did HUD accept Englewood’s response to the 2000 Management Review on October 3, 2000?
3. Did HUD process, approve and execute the October 2000 HAP Contract in the normal course of business?
4. Did HUD sign the Contract “in error”?
5. Was the October 2000 Contract amended by the parties in December of 2000 and January of 2001?
6. Did Englewood fail to correct the EH&S deficiencies within 72 business hours of the REAC Inspection on March 2, 2001?
7. Did Englewood fail to respond fully to its responsibilities it was given under the REAC Report of March 8, 2001?
8. Did HUD fail to respond fully to its responsibilities it was given under the REAC Report of March 8, 2001?
9. Did Englewood’s proposed rehab program respond fully to all of the repair categories listed on the March 8, 2001 REAC Report and the problems identified in the 100% unit inspections performed by Englewood?

10. Did HUD require Englewood to make rehab repairs unrelated to the deficiencies listed in the March 8, 2001 REAC Report, and those found by Englewood as a result of its complete building survey?

11. Did HUD follow the contract default and termination procedures of Paragraph 20 of the 1998 HAP Contract?

12. Did HUD follow the termination provisions of the REAC Addendum to the October 2000 Contract?

13. What were the findings upon which HUD made its determination that South Pointe was not "decent, safe and sanitary" on March 2, 2001?

14. Were these findings sufficient to justify a determination of Default and the elimination of any further HUD responsibilities under the October 2000 Contract?

15. Did HUD breach the October 2000 Contract by unilaterally changing the terms of the October 2000 Contract without the written approval of Englewood?

16. Did HUD breach the October 2000 Contract by failing to respond to Englewood's April 8, 2000 Response to HUD's March 8, 2001 REAC Report?

17. Did HUD repudiate its responsibilities under the October 2000 Contract at the April 13, 2000 meeting when it indicated it would no longer deal with

Englewood or its management agent and demanded that Englewood find a new owner and management agent?

18. Did HUD breach the October 2000 Contract by failing to “automatically renew” the contract on October 1, 2001?

19. Was the short term Renewal Contract in September of 2001 an “accord and satisfaction” or replacement of the October 2000 Contract?

20. Did the parties intend to terminate the October 2000 Contract? Was there consideration?

21. Did HUD breach implied covenants of Good Faith and Fair Dealing during the four years of the Contract?

22. Did HUD’s breach and repudiation of its contract obligations result in damages to Englewood that were a result of the breach, foreseeable and determinable?