438501

November 7, 2005

The Honorable Alphonso Jackson
Secretary
Department of Housing and Urban Development
10th Floor
451 7th Street S.W.
Washington, DC 20410

Dear Secretary Jackson:

As you may know, I have been attempting to "right the wrong" that HUD did to Englewood by its improper termination of the multi-year HAP Contract in 2001.

When I did a serious management review of South Pointe in the summer of 2003, it became clear to me that HUD's Chicago office was continuing to make efforts to exercise favoritism in its application of HUD procedures and rules, to take properties and contracts from folks without local political connections and to pass them to their favorites.

I encouraged Don Samuelson to sue in the Court of Federal Claims, where there would be an independent tribunal, free from local influences. HUD has done everything it can to stall the judicial proceedings, from taking positions in the Court of Claims opposite from the positions taken in the District Court, denying that "concurrence" sheets exist in the imaged files and REMS, making motions to dismiss for lack of jurisdiction (a position roundly rejected by Judge Wolski last August)and for Summary Judgment which lawyers seem to agree has no chance of success. Now as the attached correspondence shows, HUD has made no good faith effort to engage in settlement talks for the past seven weeks. This whole situation seems like a giant coverup.

I know that you would like to do the right thing, like my grandfather E.D. Nixon did in designing and implementing the Montgomery Bus Boycott in December of 1955. I also know that in a bureaucracy as large as HUD it is difficult for the Secretary to control all the activities that are done in the name of the agency. My twenty years of experience with HUD, including my role as Special Assistant to the Assistant Secretary for Housing in the HUD

Intergovernmental Management Program, has given me insights into some of these limitations.

My efforts over the last six months have been to facilitate a quiet and reasonable solution to this embarrassing dispute. It was my suggestion in late September that the settlement negotiations be undertaken. From my perspective, the last thing that HUD needs at this time in Chicago - given the current U.S. Attorney investigations that are going on - is a HUD scandal, particularly given the fact that all of the guilty parties are career HUD employees who are holdovers from the Clinton/Gore Administration. The current Administration's only real exposure would involve its failure to investigate seriously these alleged misdeeds, and then taking proper remedial action. I assume this would be in HUD's interest.

I have been compelled to intervene in this matter, as a Board member of the Englewood Black Chamber of Commerce, because of the adverse effects of HUD's lax oversight of this property throughout the 90s, and its failure to take advantage of this needed housing initiative involving the Englewood Renewal Community at the present time.

Sincerely,

Lionel B. Nixon

773-512-0479
773-288-5800 x433

Attachments

CC: David Hazelton - Assistant to the Secretary and White House Liaison

Frank L. Davis - General Deputy Assistant Secretary for Housing