# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** * | |
| **Plaintiff,** * | |
| **v.** * | **No. 03-2209C** |
| * | **Filed: December 16, 2005** |
| **UNITED STATES,** * | |
| **Defendant.** * | |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' December 2, 2005 status report addressing the parties' efforts toward reaching a settlement in the above-captioned case. To discuss the parties' report, the court **ORDERS** the parties to appear at a status conference on **Wednesday, December 21, 2005 at 11:00 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253. This order does not effect the schedule established in the court's November 14, 2005 order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**