IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | No. 03-2209C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION TO PLACE DOCUMENTS UNDER SEAL AND FOR ENTRY OF A SUPPLEMENTAL PROTECTIVE ORDER

Defendant, the United States, respectfully requests that the Court place under seal the parties' joint status report filed December 2, 2005 and its attached exhibits (document number 248 in this case). Defendant also requests that the public record containing the parties' joint status report be deleted from the Public Access to Court Electronic Records ("PACER") system. Plaintiff's counsel previously has informed us that plaintiff likely will oppose this motion.

Defendant filed the parties' joint status report in order to comply with the Court's specific instructions. However, plaintiff's portion of the joint status report contains alleged "statements made in compromise negotiations" that would be inadmissible at trial and were inappropriate to include in a status report filed with the Court. See FRE 408. Permitting alleged statements made during negotiations to remain publically

available also could have a chilling effect on other plaintiffs' willingness to enter into negotiations with the Government.

Consistent with the protective order entered in this case on November 16, 2004, defendant seeks redaction of information contained in the appendix accompanying defendant's motion for summary judgment filed June 2, 2005. Specifically, pages 171.1-171.18 of defendant's appendix ("App. 171.1-171.18," filed as attachment number seven to document number 46 in this case) contain what appear to be the names of tenants. The Government respectfully requests that the attached redacted version of attachment number 7 (Exhibit A) be substituted for the previously filed record, and that the public record containing these names be deleted from the PACER system.

Finally, defendant seeks redaction of information contained in the appendix accompanying plaintiff's opposition to defendant's motion for summary judgment, which plaintiff filed on July 1, 2005. Specifically, page 142 of plaintiff's appendix ("Pl. App. 142," filed as attachment five to document number 51 in this case) contains the social security numbers of individuals affiliated with plaintiff. The Government respectfully requests that the attached redacted version of attachment number 5 (Exhibit B) be substituted for the previously filed record, and that the public record containing these confidential numbers be deleted from the PACER system.

Finally, defendant requests that the Court enter the attached supplemental protective order (Exhibit C) governing the use of documents containing personal identifying information in this litigation. Entry of this order is necessary to ensure compliance with the provisions of the Privacy Act, 5 U.S.C. § 552a.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

December 19, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 19, 2005, a copy of the foregoing “DEFENDANT'S MOTION TO PLACE DOCUMENTS UNDER SEAL AND FOR ENTRY OF A SUPPLEMENTAL PROTECTIVE ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS