Multifamily Inspection

U.S. Department of Housing and Urban Development
Office of Housing

| | |
|---|---|
| Project Name & Address: SOUTH POINT TOWERS | Project Number: IL06E000034<br>No. of Units: 303 |
| Owner Name & Address: | Resident manager: CARL SANDERS<br>Management agent: PMI |
| Inspector: KAREN HOLMES | Unit No: 1001 \| Date of Inspection: 2/20/01 |

Type of unit inspection: ☑ FHA unit inspection ☐ Section 8 HQS Unit Inspection ☐ Move-in ☐ Move-out ☐ Other

Condition codes: G=Good A=Acceptable R=Requires action I=Immediate action required

| | G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | ✓ | | | | | |
| Doors and lock | | | ✓ | | | |
| Windows/screens | | | ✓ | | NO SCREENS | |
| Heating/ac | | ✓ | | | | |
| Ventilation/air quality | | ✓ | | | | |
| Access to fire escape | | | | | | |
| Free of vermin/rodents | | | | ✓ | ROACHES | |
| **Living room** | | | | | | |
| Walls/int.door | | ✓ | | | | |
| Ceiling | | ✓ | | | | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | ✓ | | | | |
| Other | | ✓ | | | | |
| Hazards? | Yes ☐ | | No ☐ | | | |
| **Dinning area** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec. Fixtures/outlets | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | Yes ☐ | | No ☐ | | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | | | | ✓ | PLASTER DAMAGE WALL (PICTURE) | |
| Ceiling | | | | ✓ | | |
| Floors | | | | | | |
| Elec.fixtures/outlets | | | | ✓ | NEED NEW TOILET | |
| Working toilet | | | | | | |
| Lavatory (h/c water) | | | | | WATER DAMAGE ON CEILING | |
| Tub/shower (h/c water) | | | | ✓ | TILE, MIRROR BROKEN | |
| Other | | | | | | |
| Hazards? | Yes ☐ | | No ☐ | | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | | | | ✓ | CABINETS NEED REPAIR | |
| Ceiling | | ✓ | | ✓ | NEEDS PAINTING | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | | | | | |
| Stove | | ✓ | | | | |
| Refrigerator | | ✓ | | | | |

A 2203

App. 171.3



form HUD-9602 (07/9...)
ref. Handbook 4350.5 & 4350...

Project Name & Address:

Unit No:

Date of Inspection

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | ☐ | ☐ | ☐ | ☐ | | |
| Disposal/Trash Container | ☐ | ☐ | ☐ | ☐ | | |
| Cabinets | ☐ | ☐ | ☐ | ☑ | | |
| Countertops | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | | ☐ | | ☐ | | |
| **Bedroom #( 1 )** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☑ | OFF TRACK | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | CEILING DAMAGE | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:* 2** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☑ | OFF TRACK | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | CHIPPED PAINT | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:* 3** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☑ | OFF TRACK | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | PAINT | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

Comments: (Tenant Maintenance; Tenant; Other)

A 2204



Inspector's Signature & Date

Multifamily ... Inspection

... and Urban Development
Office of Housing

Project Name & Address: SOUTH POINT TOWERS

Project Number: IL06E000034

No. of Units: 303

Owner Name & Address: 6425 S. LOWE

Resident manager: CARL SANDERS

Management agent: PM1

Inspector: KAREN HOLMES

Unit No: 1008

Date of Inspection: 7/20/01

Type of unit inspection:

☒ FHA unit inspection ☐ Section 8 HQS Unit Inspection ☐ Move-in ☐ Move-out ☐ Other

Condition codes:

G=Good A=Acceptable R=Requires action I=Immediate action required

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | ☐ | ☐ | ☐ | ☐ | FAIL SMOKE DETECTOR NOT WORKING | |
| Doors and lock | ☐ | ☐ | ☐ | ☐ | | |
| Windows/screens | ☐ | ☐ | ☐ | ☐ | | |
| Heating/ac | ☐ | ☐ | ☐ | ☐ | | |
| Ventilation/air quality | ☐ | ☐ | ☐ | ☐ | | |
| Access to fire escape | ☐ | ☐ | ☐ | ☐ | | |
| Free of vermin/rodents | ☐ | ☐ | ☐ | ☐ | | |
| **Living room** | | | | | | |
| Walls/int.door | ☐ | ☐ | ☑ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Dinning area** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. Fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | COLD WATER FAUCET COMING FROM WARM | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Working toilet | ☐ | ☐ | ☐ | ☐ | | |
| Lavatory (h/c water) | ☐ | ☐ | ☐ | ☐ | | |
| Tub/shower (h/c water) | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | DRAWER MISSING | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | LIGHT FIXTURE MISSING / SINK CEILING | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Stove | ☐ | ☐ | ☐ | ☐ | | |
| Refrigerator | ☐ | ☐ | ☐ | ☐ | | |

A 2205

App. 171.5



form HUD-9602 (07/9...)
... Handbook 4350.5 & 435...

| Project Name & Address: | Unit No: | Date of Inspection |
|---|---|---|
| | | |

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | ☐ | ☐ | ☐ | ☐ | | |
| Disposal/Trash Container | ☐ | ☐ | ☐ | ☐ | | |
| Cabinets | ☐ | ☐ | ☐ | ☐ | | |
| Countertops | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | | ☐ | | ☐ | | |
| **Bedroom #( 1 )** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | SCREEN MISSING | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:* 2** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☑ | ~~OK~~ | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | DOOR MISSING | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

A 2206

Comments: (Tenant Maintenance; Tenant; Other)



Inspector's Signature & Date

...unity ...and Urban Development
Office of Housing

# ...nspection

| | |
|---|---|
| ...roject Name & Address: South Pointe Tower ...75 So. Lowe ...icago, Ill | Project Number: 0710...000034 |
| | No. of Units: 303 |
| ...wn... 6425 So. Lowe Chicago, Ill | Resident manager: Carl Sanders |
| | Management agent: Im Group |
| ...spector: Luella Tillman | Unit No: 2 Bedroom 1104 |
| | Date of Inspection: 2/20/01 |

...ype of unit inspection:

☐ FHA unit inspection ☒ Section 8 HQS Unit Inspection ☐ Move-In ☐ Move-out ☐ Other

...ondition codes:

G=Good A=Acceptable R=Requires action I=Immediate action required

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **...ntire unit** | | | | | | |
| Smoke detectors | ✓ | ☐ | ☐ | ☐ | | |
| Doors and lock | ✓ | ☐ | ☐ | ☐ | | |
| Windows/screens | ☐ | ☐ | ✓ | ☐ | | |
| Heating/ac | ✓ | ☐ | ☐ | ☐ | | |
| Ventilation/air quality | ✓ | ☐ | ☐ | ☐ | | |
| Access to fire escape | ✓ | ☐ | ☐ | ☐ | | |
| Free of vermin/rodents | ☐ | ✓ | ☐ | ☐ | | |
| **...iving room** | | | | | | |
| Walls/int.door | ☐ | ✓ | ☐ | ☐ | No screens on windows | |
| ... | ☐ | ✓ | ☐ | ☐ | | |
| | ☐ | ✓ | ☐ | ☐ | | |
| E...fixtures/outlets | ☐ | ✓ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ✓ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **...ining area** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. Fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **...athroom** | | | | | | |
| Walls/int. doors | ☐ | ✓ | ☐ | ☐ | | |
| Ceiling | ☐ | ✓ | ☐ | ☐ | | |
| Floors | ☐ | ✓ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ✓ | ☐ | ☐ | | |
| Working toilet | ☐ | ✓ | ☐ | ☐ | | |
| Lavatory (h/c water) | ☐ | ✓ | ☐ | ☐ | | |
| Tub/shower (h/c water) | ☐ | ✓ | ☐ | ☐ | | |
| Other | ☐ | ✓ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **...itchen** | | | | | | |
| Walls/int. doors | ☐ | ✓ | ☐ | ☐ | Stove need cleaning | |
| Ceiling | ☐ | ✓ | ☐ | ☐ | | |
| ...oors | ☐ | ✓ | ☐ | ☐ | | |
| ...ixtures/outlets | ☐ | ✓ | ☐ | ☐ | | |
| ...e | ☐ | ☐ | ☐ | ✓ | | |
| Refrigerator | ☐ | ✓ | ☐ | ☐ | | |

A 2207

App. 171.7



form HUD-9602 (07/92)
ref. Handbook 4350.5 & 4350.2

| Project Name & Address: | Unit No: | Date of Inspection: |
|---|---|---|
| | | |

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | | ✓ | | | | |
| Disposal/Trash Container | | ✓ | | | | |
| Cabinets | | ✓ | | | | |
| Countertops | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | | | | | | |
| **Bedroom #(2)** | | | | | | |
| Walls/int. doors | | ✓ | | | electrical cover coming away | |
| Ceiling | | ✓ | | | from walls | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | | | ✓ | no screens on windows | |
| Other | | | ✓ | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | Bedroom #1 | |
| Walls/int. doors | | ✓ | | | | |
| Ceiling | | ✓ | | | no screens on windows | |
| Floors | | ✓ | | | | |
| Elect. fixtures/outlets | | ✓ | | | | |
| Other | | | ✓ | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elect. fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec. fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec.fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

A 2208

Comments: (Tenant Maintenance; Tenant; Other)

3rd floor to 11th floor fire hoses are missing

Inspector's Signature & Date

X

Multifamily Unit Inspection

U.S. Department of Housing and Urban Development
Office of Housing

M.S. Willis

| Project Name & Address: | Project Number: |
|---|---|
| South Pointe Towers | [illegible] |
| | No. of Units: |

| Owner Name & Address: | Resident manager: |
|---|---|
| | Management agent: 2/20/01 |

| Inspector: | Unit No: | Date of Inspection: |
|---|---|---|
| G Thomas [illegible] | 811 | 3/14/00 |

Type of unit inspection:

- [x] FHA unit inspection
- [ ] Section 8 HQS Unit Inspection
- [ ] Move-in
- [ ] Move-out
- [ ] Other

Condition codes:

G=Good A=Acceptable R=Requires action I=Immediate action required

| | G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | | | | ✓ | ~~Failed~~ | Entire unit needs Painting |
| Doors and lock | | | | ✓ | | |
| Windows/screens | | | ✓ | | No screens Still 2/20/01 | |
| Heating/ac | | ✓ | | | | |
| Ventilation/air quality | | ✓ | | | | |
| Access to fire escape | | | | | | |
| Free of vermin/rodents | | | | ✓ | Entrance door Jams | |
| **Living room** | | | | | | |
| Walls/int.door | | | ✓ | | Hole in wall Ceiling - Repaired | |
| Ceiling | | | ✓ | | | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Dinning area** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec. Fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | | | | ✓ | Water Damage peeling paint in Base Boards. Hole where [illegible] come down in water [illegible] leaks | |
| Ceiling | | | | | | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | ✓ | | | | |
| Working toilet | | ✓ | | | | |
| Lavatory (h/c water) | | ✓ | | | | |
| Tub/shower (h/c water) | | | | ✓ | no Stopper, No shower knob | No overflow cover |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | | | | ✓ | Floors around Stove are Black/dir[t] | SAME 2/20/01 |
| Ceiling | | | | ✓ | | |
| Floors | | | | ✓ | | |
| Elec.fixtures/outlets | | ✓ | | | | |
| Stove | | | ✓ | | Stove needs cleaning | |
| Refrigerator | | ✓ | | | | |

A 2209

App. 171.9



form HUD-9602 (07/92)
ref Handbook 4350.5 & [illegible]

| Project Name & Address: | Unit No: | Date of Inspection: |
|---|---|---|
| | | |

| | G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | | ✓ | | | Hole in wall / cracking like settling crack | |
| Disposal/Trash Container | | | | | | |
| Cabinets | | ✓ | | | | |
| Countertops | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | | | | | | |
| **Bedroom #( 1 )** | | | | | | |
| Walls/int. doors | | ✓ | | ✓ | | |
| Ceiling | | | | ✓ | | |
| Floors | | ✓ | | | | |
| Elec.fixtures/outlets | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** 2 | | | | | | |
| Walls/int. doors | | ✓ | | ✓ | | |
| Ceiling | | ✓ | | | | |
| Floors | | ✓ | | | | |
| Elect. fixtures/outlets | | ✓ | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elect. fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec. fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec.fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

A 2210

Comments: (Tenant Maintenance; Tenant; Other)



Inspector's Signature & Date

Multifamily Unit Inspection

U.S. Department of Housing and Urban Development
Office of Housing

Project Name & Address: SOUTH POINT TOWERS

Project Number: IL06E000034

No. of Units: 303

Owner Name & Address: 6425 S. LOWE CHICAGO, IL 606-

Resident manager: CARL SANDERS

Management agent: PMI

Inspector: KAREN HOLMES

Unit No: 811

Date of Inspection: 2/20/01

Type of unit inspection: [X] FHA unit inspection [ ] Section 8 HQS Unit Inspection [ ] Move-in [ ] Move-out [ ] Other

Condition codes: G=Good A=Acceptable R=Requires action I=Immediate action required

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | [ ] | [ ] | [ ] | [ ] | | |
| Doors and lock | [ ] | [ ] | [ ] | [ ] | | |
| Windows/screens | [ ] | [ ] | [ ] | [ ] | | |
| Heating/ac | [ ] | [ ] | [ ] | [ ] | | |
| Ventilation/air quality | [ ] | [ ] | [ ] | [ ] | | |
| Access to fire escape | [ ] | [ ] | [ ] | [ ] | | |
| Free of vermin/rodents | [ ] | [ ] | [ ] | [ ] | ENTIRE UNIT NEEDS PAINTING | |
| **Living room** | | | | | | |
| Walls/int.door | [ ] | [ ] | [ ] | [ ] | | |
| Ceiling | [ ] | [ ] | [ ] | [ ] | | |
| Floors | [ ] | [ ] | [ ] | [ ] | | |
| Elec.fixtures/outlets | [ ] | [ ] | [ ] | [ ] | | |
| Other | [ ] | [ ] | [ ] | [ ] | HOLE IN WALL CRACKING – REPAIRED | |
| Hazards? | Yes [ ] | | No [ ] | | | |
| **Dinning area** | | | | | | |
| Walls/int. doors | [ ] | [ ] | [ ] | [ ] | | |
| Ceiling | [ ] | [ ] | [ ] | [ ] | | |
| Floors | [ ] | [ ] | [ ] | [ ] | | |
| Elec. Fixtures/outlets | [ ] | [ ] | [ ] | [ ] | | |
| Other | [ ] | [ ] | [ ] | [ ] | | |
| Hazards? | Yes [ ] | | No [ ] | | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | [ ] | [ ] | [ ] | [ ] | WATER DAMAGE – PEELING PAINT | |
| Ceiling | [ ] | [ ] | [ ] | [ ] | | |
| Floors | [ ] | [ ] | [ ] | [ ] | | |
| Elec.fixtures/outlets | [ ] | [ ] | [ ] | [ ] | | |
| Working toilet | [ ] | [ ] | [ ] | [ ] | | |
| Lavatory (h/c water) | [ ] | [ ] | [ ] | [ ] | | |
| Tub/shower (h/c water) | [ ] | [ ] | [ ] | [ ] | | |
| Other | [ ] | [ ] | [ ] | [ ] | | |
| Hazards? | Yes [ ] | | No [ ] | | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | [ ] | [ ] | [ ] | [ ] | FLOORS AROUND STOVE ARE BLACK/DIRTY (SAME) 2/20/01 | |
| Ceiling | [ ] | [ ] | [ ] | [ ] | | |
| Floors | [ ] | [ ] | [ ] | [ ] | | |
| Elec.fixtures/outlets | [ ] | [ ] | [ ] | [ ] | | |
| Stove | [ ] | [ ] | [ ] | [ ] | ... NEEDS CLEANING (BETTER) 2/20/01 | |
| Refrigerator | [ ] | [ ] | [ ] | [ ] | | |

A 2211

App. 171.11

Project Name & Address: | Unit No: | Date of Inspection

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | ☐ | ☐ | ☐ | ☐ | | |
| Disposal/Trash Container | ☐ | ☐ | ☐ | ☐ | | |
| Cabinets | ☐ | ☐ | ☐ | ☐ | | |
| Countertops | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | | ☐ | | ☐ | | |
| **Bedroom #( )** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **R...n ID:*** | | | | | | |
| ...s/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| ...ng | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

A 2212

Comments: (Tenant Maintenance; Tenant; Other)



Inspector's Signature & Date

Multifamily Unit Inspection

U.S. Department of Housing and Urban Development
Office of Housing

Project Name & Address: Southpoint Towers 6425 S. Lowe Chicago

Project Number: IL06E000034

No. of Units: 303

Owner Name & Address: PM Group

Resident manager: Carl Sanders

Management agent: PMI

Inspector: Teresa DiPietro

Unit No: 1007

Date of Inspection: 2/20/01

Type of unit inspection:

☐ FHA unit inspection ☒ Section 8 HQS Unit Inspection ☐ Move-in ☐ Move-out ☐ Other

Condition codes:

G=Good A=Acceptable R=Requires action I=Immediate action required

| | G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | | X | | | | |
| Doors and lock | | | | X | Outside door knocker hanging off | |
| Windows/screens | | | | X | Peeling + chipping paint | |
| Heating/ac | | X | | | | |
| Ventilation/air quality | | X | | | | |
| Access to fire escape | | X | | | | |
| Free of vermin/rodents | | X | | | | |
| **Living room** | | | | | | |
| Walls/int.door | | | | X | Peeling paint | |
| Ceiling | | | | X | NO screens | |
| Floors | | X | | | | |
| Elec.fixtures/outlets | | X | | | | |
| Other | | | | X | | |
| Hazards? | Yes | X | No | | | |
| **Dinning area** | | | | | | |
| Walls/int. doors | | | | | | |
| Ceiling | | | | | | |
| Floors | | | | | | |
| Elec. Fixtures/outlets | | | | | | |
| Other | | | | | | |
| Hazards? | Yes | | No | | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | | | | X | Tile broken | |
| Ceiling | | | | X | Sink needs caulking | |
| Floors | | X | | | Shower head | |
| Elec.fixtures/outlets | | X | | | | |
| Working toilet | | X | | | | |
| Lavatory (h/c water) | | X | | | | |
| Tub/shower (h/c water) | | X | | | | |
| Other | | | | X | | |
| Hazards? | Yes | X | No | | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | | | | X | Splash guard pulling from wall | |
| Ceiling | | | | X | Light fixture | |
| Floors | | X | | | | |
| Elec.fixtures/outlets | | | | X | | |
| Stove | | X | | | | |
| Refrigerator | | X | | | | |

A 2213

App. 171.13

Project Name & Address: | Unit No: | Date of Inspection

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | ☐ | ☒ | ☐ | ☐ | | |
| Disposal/Trash Container | ☐ | ☐ | ☐ | ☐ | | |
| Cabinets | ☐ | ☒ | ☐ | ☐ | | |
| Countertops | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | | ☐ | | ☒ | | |
| **Bedroom #( 1 )** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☒ | Screens missing | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | Peeling paint | |
| Floors | ☐ | ☒ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☒ | | |
| Hazards? | Yes | ☒ | No | ☐ | | |
| **Room ID:* 2** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☒ | Screens missing | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | Peeling paint | |
| Floors | ☐ | ☒ | ☐ | ☐ | No Closet door | |
| Elect. fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☒ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2 etc.)

Comments: (Tenant Maintenance; Tenant; Other)

A 2214



Inspector's Signature & Date

Multifamily Unit Inspection

U.S. Department of Housing and Urban Development
Office of Housing

Project Name & Address: Southpoint Towers 6425 S. Lowe Chicago

Project Number: IL06E00003

No. of Units: 303

Owner Name & Address: PM Group

Resident manager: Carl Sanders

Management agent: PM 1

Inspector: Teresa DiPietro

Unit No: 1105

Date of Inspection: 2/20/01

Type of unit inspection: ☐ FHA unit inspection ☒ Section 8 HQS Unit Inspection ☐ Move-in ☐ Move-out ☐ Other

Condition codes: G=Good A=Acceptable R=Requires action I=Immediate action required

| | G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target Completion Date |
|---|---|---|---|---|---|---|
| **Entire unit** | | | | | | |
| Smoke detectors | ☐ | ☒ | ☐ | ☐ | Fail no working smoke detector OK | |
| Doors and lock | ☐ | ☒ | ☐ | ☐ | | |
| Windows/screens | ☐ | ☐ | ☐ | ☒ | Tenant disconnects while cooking | |
| Heating/ac | ☐ | ☒ | ☐ | ☐ | | |
| Ventilation/air quality | ☐ | ☒ | ☐ | ☐ | | |
| Access to fire escape | ☐ | ☒ | ☐ | ☐ | | |
| Free of vermin/rodents | ☐ | ☒ | ☐ | ☐ | | |
| **Living room** | | | | | | |
| Walls/int.door | ☐ | ☐ | ☐ | ☒ | no screens | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | Peeling paint | |
| Floors | ☐ | ☒ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes ☒ | | No ☐ | | 0 | |
| **Dinning area** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. Fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes ☐ | | No ☐ | | | |
| **Bathroom** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☒ | Peeling paint | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | | |
| Floors | ☐ | ☒ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Working toilet | ☐ | ☒ | ☐ | ☐ | | |
| Lavatory (h/c water) | ☐ | ☒ | ☐ | ☐ | | |
| Tub/shower (h/c water) | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes ☒ | | No ☐ | | | |
| **Kitchen** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☒ | needs decorating | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | Housekeeping | |
| Floors | ☐ | ☒ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Stove | ☐ | ☐ | ☐ | | | |
| Refrigerator | ☐ | ☒ | ☐ | | | |

A 2215

App. 171.15

| Project Name & Address: | Unit No: | Date of Inspection |
|---|---|---|
| | | |

| | Condition G | A | R | I | Description of Noted Conditions or Required Corrections (Include Target Completion Date) | Target completion date |
|---|---|---|---|---|---|---|
| Sink | ☐ | ☒ | ☐ | ☐ | | |
| Disposal/Trash Container | ☐ | ☒ | ☐ | ☐ | | |
| Cabinets | ☐ | ☒ | ☐ | ☐ | | |
| Countertops | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | | ☐ | | ☐ | | |
| **Bedroom #( 2 )** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☒ | Door off | |
| Ceiling | ☐ | ☐ | ☐ | ☒ | Peeling Paint | |
| Floors | ☐ | ☒ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☒ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | Closet Doors down | |
| Hazards? | Yes | ☐ | No | ☒ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elect. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec. fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |
| **Room ID:*** | | | | | | |
| Walls/int. doors | ☐ | ☐ | ☐ | ☐ | | |
| Ceiling | ☐ | ☐ | ☐ | ☐ | | |
| Floors | ☐ | ☐ | ☐ | ☐ | | |
| Elec.fixtures/outlets | ☐ | ☐ | ☐ | ☐ | | |
| Other | ☐ | ☐ | ☐ | ☐ | | |
| Hazards? | Yes | ☐ | No | ☐ | | |

*Identify area by name or bedroom number (e.g., den, hallway, bedroom #2,etc.)

Comments: (Tenant Maintenance; Tenant; Other)

A 2216

App. 171.16

Inspector's Signature & Date