# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182 (11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
|---|---|---|---|
| | Tenant name: RASHONDA TOLLIVER | | Unit No.: 2509 |
| | Previous tenant's move-out date: 05/25/1999 | Tenant's move-in date: 07/29/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 50.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 51.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 597.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | ~~256.62~~ 216.62 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 215.62 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 215.62 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 361.38 | |
| | 11. Enter cost to repair damage: | 20.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0! | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 20.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 20.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 6, Section 2, page 6-4, paragraph 6-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Banks as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing documentation

HUD official's name, signature, date: [signature], Project Mgr
10/18/00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)



B -4160

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/9

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no.: | Section 8 contract: IL06E000034 |
|---|---|---|---|
| | Tenant name: PORTIA SMITH | | Unit No.: |
| | Previous tenant's move-out date: 05/30/1999 | Tenant's move-in date: 05/28/1999 | |

| | | | |
|---|---|---|---|
| Total amount collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 206.00 | |
| | 2. Enter the interest you earned on the security deposit: | 5.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected, Add lines 1-3: | 211.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 589.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 186.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 589.00 | |
| | 11. Enter cost to repair damage: | 200.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 25.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12). This cannot be less than 0: | 175.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 175.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, As Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason:

HUD official's name, signature, date: [signature] 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

PL.APP-095

B 4161

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/9

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guide lines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no.: | Section 8 contract: [illegible] |
| | Tenant name: DEBRA RICHARDSON | | Unit No.: 1814 |
| | Previous tenant's move-out date: 04/27/1995 | Tenant's move-in date: 05/00/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected. Warning: If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 97.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 98.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5. (equals maximum HUD liability) If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 702.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 108.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 10.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 10.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 692.00 | |
| | 11. Enter cost to repair damage: | 300.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 300.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 300.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 3, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Brady as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
Claim approved.
Claim adjusted. Reason:
X Claim denied. Reason: Missing [illegible] incomplete documentation

HUD offical's name, signature, date: Carolyn [signature], Project 10/18/00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)



B 4162

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 4 of 50

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182 (11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | |
|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: GWENDOLYN SMITH | | Unit No: 411 |
| | Previous tenant's move-out date: 04/16/1999 | Tenant's move-in date: 05/21/1998 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, then you cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 72.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 655.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 260.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 188.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 188.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages: | 467.00 | |
| | 11. Enter cost to repair damage: | 307.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 307.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 307.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, As Agent For Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
___ Claim denied. Reason: Missing and Necessary Documentation

HUD official's name, signature, date: Carolyn Walker, Project Manager 10-18-02

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 5 of 50

PM ONE, LTD. First i

June 7, 2000

Ms. Gwendolyn Thomas, Project Management
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kiening:

This is the update to the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of May 31, 2000.

The status update and work in progress are as follows:

| Site | Observation | Status |
|---|---|---|
| Fencing and Retaining Walls | Damaged/Falling/Leaning | Completed May 30, 2000. |
| Lighting | Broken Fixtures | Completed May and June 1999. |
| Mailboxes/Project Signs | Mailbox Missing/Damaged | Complete mailbox system replacement 12/8/99. |
| Market Appeal | Graffiti | Corrected 4/29/99 by in-house staff. This is an ongoing process and it is now much reduced. |
| Parking Lots/Driveways | Cracks | Corrected August 99. |

PL.APP-098

**Building 1 - Building Exterior**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks<br>Damaged Surface,<br>Holes/Paint | Repairs made in February, May, July, August and September 1999. |
| Windows | Broken/Missing/Crack Panes/Damaged Screens | Repairs made June, July, August and October 1999. |

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed and the completion date for 3rd elevator is July 15, 2000. |
| Fire Protection | Missing/Damaged/Expired | Repaired in April and June 1999. Complete replacement in October 1999. See exhibits 36 thru 48. Ongoing repairs due to vandalism. |
| Halls/Corridors/Stairs | Ceiling Damaged | Ceiling repaired by in-house staff in May 1999. |
| | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. * |
| | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |

| | | |
|---|---|---|
| Laundry Room | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |
| Trash Collection Areas | Chutes Damaged/ Missing Components | Chutes completely replaced in May 1999. |

**Building 1 - Unit 1110**

| | | |
|---|---|---|
| Doors | Missing Door | Door replaced in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit repaired and painted. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1112**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Knobs replaced in May 1999 by in-house staff. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |

**Building 1 - Unit 1206**

| | | |
|---|---|---|
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 - Unit 1302**

| | | |
|---|---|---|
| Doors | Missing Door | Doors replaced by in-house in May 1999. |
| Floors | Holes/Missing Tiles | Tile replaced by in-house in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repairs made by in-house in May 1999. |
| | Range/Stove | Repairs made by in-house in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repaired by in-house staff in May 1999. |

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim Peeling/Needs Paint | Scheduled for painting in June 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in July 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Bathroom | Shower/Tub- Damaged/ Missing | Shower repaired in July 1999. |
| Ceiling | Peeling/Needs Painting | Schedule for painting in July 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 11 of 50

Page 7
Gwendolyn Thomas Cont.
June 7, 2000

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **Building 1- Unit 2211** | | |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Damaged/Deteriorated Trim Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May 0f 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **Building 1- Unit 2213** | | |
| Ceiling | Holes/Missing tiles/Panels | Repairs completed March 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 12 of 50



Building 1 -Unit 409

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit painted in May of 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Building 1- Unit 410

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |

Building 1- Unit 501

| | | |
|---|---|---|
| Bathroom | Plumbing/Clogged drains | Drain repaired by in-hose staffing in April 1999. |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

***Building 1 - Unit 501 - Health & Safety***

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Kitchen | *Counter tops/Cabinets* Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in *May of 1999.* |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Doors | *Damaged Hardware/ Locks* Damaged Surface (Holes/paint | Repairs were completed by in-house staff in May 1999. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. *Unit Scheduled for* painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | *Scheduled for painting in* July 2000. |

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 14 of 50



| | | |
|---|---|---|
| Doors | Damaged surface (Holes/Paint) | Doors were replaced by in-house staff in June 1999. |
| Kitchen | Plumbing -Clogged Drains | Repaired by in-house in April 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| <u>Building 1- Unit 6417</u> | | |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| <u>Building 1 -Unit 6423</u> | | |
| Bathroom | Plumbing- Clogged Drains Shower/Tub- Damaged Water Closet- Damaged | Unit repaired by in-house staff in May 1999. |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in July 2000. |
| Electrical System | Missing Covers | Cover replaced by outside contractor in May 1999. |

Page 11
Gwendolyn Thomas Cont.
June 7, 2000

| | | |
|---|---|---|
| Kitchen | Range /Stove Missing damaged | Repaired by in-house staff in 1999. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. |
| Windows | Cracked/Broken/ Missing panes. | Windows repaired in May of 1999. |

<u>Building 1 Unit 703</u>

| | | |
|---|---|---|
| Doors | Missing doors | Replaced by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |

<u>Building 1 Unit 704</u>

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |
| Windows | Deteriorated/ Missing Caulk Screens missing damaged | Repaired by in-house staff on May 1999. |

<u>Building 1- Unit 709</u>

| | | |
|---|---|---|
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Floors | Floor Covering damaged | Repaired by in-house staff May 1999. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing- leaking Faucet/Pipe- Range/Stove -Missing Damaged/ sink-Damaged Missing. | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |

<u>Building 1 -Unit 714</u>

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

<u>Building 1 -Unit 809</u>

| | | |
|---|---|---|
| Bathroom | Shower/Tub Damaged /Missing. | Repaired by in-house staff May 1999. |
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing-Clogged Drains | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Freddie Batchelor, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago

Back To REMS

# Project Action Detail

800040489. South Pointe Towers
Primary FHA: 07135696 Property Active: Yes Watch List: No
Troubled Status: Troubled DEC Status: Active

| | |
|---|---|
| Action Entered Date: | 06/20/2000 |
| Action Type: | |
| Current Action: | Other |
| Action Group: | Housing Program |
| Type of Plan: | Housing |
| Action Start Date: | 6-7-2000 |
| Person/Role Responsible for Action: | GWENDOLYN THOMAS - Role: PM |
| Target Completion Date: | 6-7-2000 |
| Amended Target Date: | 7-1-2001 |
| Date Amended: | 6-20-2000 |
| EC Concurrence: | N |
| EC Concurrence Date: | — |
| Closed Date: | 6-20-2000 |
| Reason for Closure: | |
| Estimate of Hours Spent on Activity: | 0 |

Comments:
6/20/00-L. Simmons--Received update (6/7/00) on the status of the corrective action plan repairs. Amended target completion date: 7/1/01.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1020

PL.APP-111

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 19 of 50

PM ONE, LTD.

July 10, 2000

Ms. Veronica Coleman, Director
Program Management
Chicago Multifamily Hub
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Subject: Occupancy Review - 2000
South Pointe Tower Apartments
Contract No. IL06-E000-034

Dear Ms. Coleman:

This is our response to the above captioned Occupancy review pursuant to your dated June 16, 2000.

Part A - Maintenance and Security

Exterior Items

Finding 1:

During our review it was noted that there were a number of torn and missing screens. It was stated by management, that the cause was due to vandalism by the residents and bad weather conditions. This is a security, health and safety risk to the residents. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

All screens must be repaired immediately. Owner/Management must provide our office with written confirmation that this repair has been completed.

**Management Response:**

All screens noted during Occupancy Review have been repaired and/or replaced. See Exhibit #1, invoice for screen repairs. As pointed out during the Occupancy Review, this is an ongoing problem due to vandalism and management is winning the battle with the help of our social service initiative along with charging the residents when it is irrefutable that the damage is caused by vandalism.

PL.APP-112

Page 2,
Veronica Coleman cont.
July 10, 2000

**Finding No.2:**

During the review it was noted that the landscaping and grounds were in poor condition. This finding is in a result of high traffic, loitering and deferred maintenance. This gives the property poor curb appeal. Your HAP Contract and the Code of Federal Regulations, requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Management Response:**

This condition has greatly improved. We have been successful in getting Southpointe declared a no loitering zone by the city of Chicago which will enhance our efforts to keep the bad element away. Also, we have designated play areas for the resident children along with social programs. Finally, floor captains have been assigned to all floors. Exhibit # 2 is a copy of the floor captain's checklist.

Interior Items

**Finding No. 1:**

The stairwells had graffiti on the walls, the floors were dirty and some of them smelled of urine. There were a number of exit signs in the hall areas broken and graffiti written on the walls. This finding is a result of continuous vandalism and deferred maintenance. This is a health & safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Management must follow the maintenance schedule in place daily to ensure that the stairwells are cleaned on a daily basis. Also, we suggest that the security, monitors the halls more often to reduce the vandalism of the exit signs and the graffiti on the walls.

**Management Response:**

All conditions noted during the Occupancy Review have been corrected. See Exhibit # 3, invoices for materials and labor to repair exit signs, etc. We now have floor captains on the floors and this has greatly reduced the graffiti and loitering in the stairwells.

**Finding No. 2:**

The laundry room does not have a smoke detector and is missing floor tiles. This finding is due to deferred maintenance and normal wear and tear. This is a health & safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Owner/Management must provide our office with written documentation certifying that this work has been completed.

**Management Response:**

The smoke detector and floor tiles were installed and replaced by our in-house maintenance staff.

**Finding No. 3:**

Unit inspections were conducted at the time of the review. Some of the conditions cited are caused by deferred maintenance. Listed below are the detailed violations cited on the units.

1. Infestation problems, tenants stated that they have mice.
2. Water damage and peeling paint in bathroom showers.
3. Units need redecorating.
4. Broken or cracked floor tiles.
5. No, tub stoppers, shower knobs, overflow covers.
6. Dry-rotted kitchen cabinets.
7. Torn or missing screens.
8. Loose or missing baseboards with holes in the walls.
9. Water damage in closet ceilings.
10. Poor housekeeping.
11. Rust in bathtubs
12. Missing ceramic tiles around bathtubs.

This finding is in a result of deferred maintenance and inadequate monitoring of housekeeping through periodic unit inspections (see enclosed pictures). Also, because there is an infestation problem, this is an indication that either a new contractor be hired or alternative methods be used. The Housing Assistance Payment Contract, state "The Owner warrants that the rental units to be leased under the terms of this contract are in decent, safe and sanitary condition, as defined by HUD."

Corrective Action:

Owner/Management must provide our office with documentation showing that of all deficiencies have been repaired. In addition, you must provide our office with a copy of your paint cycle for units and documentation showing that you have changed extermination procedures to rectify the infestation problem.

Management Response:

All violations noted have been replaced and/or repaired by our in-house maintenance staff with the exception of exhibit numbers 4 and 5. Exhibit # 4 is a copy of the updated MIO dated June 7, 2000 which includes the paint cycle; exhibit # 5 is the new extermination contract.

Miscellaneous Items

Finding No. 1:

The elevators are not working and/or not working properly. During our review the elevator dropped three floors and skipped several floors while HUD and management staff were on it. Also, we waited approximately twenty (20) minutes for an elevator. This finding is a result of normal wear and tear and deferred maintenance. Because this building is a 22-story high rise, this is a serious health and safety risk to the residents. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

Corrective Action:

Although the elevator repair contractor was out at the building the day of the review, the working elevators were not functioning properly. Repairs to the elevators must be completed immediately. Please provide our office with confirmation when the repairs have been completed.

Management Response:

The elevator technician explained to management and HUD that he was riding and testing the elevator from top control switches. Also, management explained to HUD that all three (3) elevators are currently being replaced. Two (2) elevators have been completely replaced and is in good working condition. The third elevator is scheduled for completion by August 31, 2000. Exhibit # 6 is a copy of the elevator replacement contracts.

**Finding No. 2:**

The Main garbage room was dirty and dirty and the dumpsite inside and outside was overflowing with garbage. It was stated by management that the sanitation company had not arrived to empty the outside dumpsite, therefore the inside dumpsite could not go out. This is a health and safety risk and contributes to the infestation problem in the building. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Management must provide our office with a corrective action to address the sanitation problem to reduce the garbage. Because there are 303 families in this 22-story building, we suggest that you start a recycle program and get a larger garbage dumpsites. You can contact the city of Chicago streets and sanitation on how to start one.

**Management Response:**

The condition noted is not consistent because the sanitation company usually pickup earlier than they did on March 14, 2000. However, in order to eliminate the potential for this condition recurring daily pickups have been implemented. Also, we are currently working with the city of Chicago streets and sanitation on starting a recycling program.

**Security and Drug Free Housing**

**Finding No. 1:**

The property has a drug and security problems. The drug problem is due to the area being drug infested, some of the residents are involved with drugs, large amounts of traffic and the security problem. These problems put the residents at safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Owner/Management must continue to work with the CAPS programs and provide our office with documentation of other methods of curing the drug problems. We suggested that you apply for the upcoming Drug Elimination and New Approach Anti-Drug Grants, which can assist you in your fight against Drugs.

Management Response:

We have applied for the Drug Elimination and New Approach Anti-Drug Grant and we greatly appreciate your suggestion. As pointed out in finding number 2 under exterior items, Southpointe has now been declared a no-loitering zone. The Chicago Police Department district commander has committed to enforcing this ordinance and we are confident that this will greatly enhance our efforts to get rid of drugs and gangs in this building.

Leasing and Occupancy

The section 8 tenant files that were reviewed had the following findings:

1. No third party verification of income, medical allowances and assets.
2. No move-in inspections in the files.
3. Incomplete or no declarations of citizenship.
4. No Move-in/annual/periodic unit inspections being conducted.
5. Markisha Willis - Apt. 811 - over charged security deposit at move-in. Charged $110 - should have been $71.
6. Tonja Knowles - Apt. 701 over charged security deposit and incorrect calculation of income and rent.
7. Waiting list needs to be updated.
8. Missing verifications of Social Security Number.

These findings are due to the management agent not following the guidelines set forth in HUD Handbook 4350.3. The HAP Contract requires that the Owner/Management determine the rents in accordance with guidelines set fourth in HUD Handbook 4350.3.

Corrective Action:

Owner/Management must conduct an audit on all the tenant files to assure that all the findings have been corrected and regulations followed in accordance with HUD Handbook 4350.3.

At the next management review a portion of the resident files will be reviewed for completeness. Failure to comply will constitute a violation of the HAP contract and further action may be taken.

Management Response:

The violations noted have been corrected. Also, all residents files are in the process of being 100% audited and this audit will be completed by October 1, 2000.

Tenant/Management Relations

Observation 1:

There have been a number of telephone complaints alleging that Management staff is rude and unprofessional. Although tenant complaints can become complicated, Management and staff should be professional at all times. If the tenant becomes unprofessional with management, management has the rights to enforce HUD lease policies.

Management Response:

It is management position that a professional decorum has been maintained with the residents. However, there have been several situations where management had to defend themselves by calling security and/or the Chicago police. Management has responded in writing to HUD regarding some residents complaints.

In finding number 1 under Security and Drug Free Housing, it was pointed out that some of the residents are involved in drugs and management concurs as well as offering the drugs as a major reason for the complaints. Finally, management has taken your observation and concern under advisement.

General Management Practices

Observation 1:

Maintenance staff does not appear to be adequate for this size property. We suggest that you re-evaluate the number of maintenance staffs to assure that the maintenance schedule can be followed completely on a daily basis.

Management Response:

The number of maintenance personnel conforms to HUD's guideline. Nevertheless, management is in the process of re-evaluating the number of maintenance personnel vs. the effectiveness and productivity of the current personnel.

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 26 of 50



I can be reached at 773/324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders

CES/

Exhibits attached

cc: Ken Horton, P. M. Group
Gwendolyn Thomas, HUD
Marlene Dau, P. M. One, Ltd.
975.10 OS/Chicago

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 27 of 50

Developers
Mortgage
Corporation

Su 333
221 North LaSalle Street
Chicago, Illinois 60601-1505
312/332-2013
FAX: 312/332-0406

July 20, 2000

Ms. Veronica Coleman
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
23rd Floor
Chicago, Illinois 60604

RE: South Pointe Apartments / IL06-E000-034
Chicago, Illinois

Dear Ms. Coleman:

As you are aware we have been working with the PM Group to establish a plan correcting a number of the physical problems identified at the property. Once we have completed the scope of work, it is our current intention to submit to your office an application for mortgage insurance under Section 221(d)4 requesting a loan to complete these repairs and to pay off the existing mortgages currently in place.

Several months ago, at your urging, Henry Chiano, an experienced property inspector and former HUD employee, and Brad Mathes, President of Linn-Mathes Inc., visited the property. Messrs. Chiano and Mathes prepared a preliminary list of project deficiencies but asked that an engineering report be commissioned to evaluate various building systems. This report has now been completed and a meeting with the PM Group representative, Ken Horton, has been scheduled for Monday, July 31, to prepare a final list of work items and to determine a rehab budget.

It is our intention at that time to meet with you and your staff to discuss our findings and to review our rehab plans. Once we have reached an agreement on the scope of work, we are hoping to submit our d(4) application within 45 days which should allow work to commence within approximately four months.

We hope that this brief outline is useful to you. I am optimistic that we can meet all of our objectives and will report back to you frequently with the status of our progress.

Very truly yours,

DEVELOPERS MORTGAGE CORPORATION

Alan R. Cravitz

Alan R. Cravitz
President

ARC:dlb

A 2189

PM ONE, LTD. **First in Property Management**

July 27, 2000

Ms. Luella Kirkman, Project Manager
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

Via Fax 312/353-9563

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kirkman:

Pursuant to our telephone conversation on Wednesday, July 26, 2000, this letter details the status of the items remaining on the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of July 27, 2000.

The status update and work in progress are as follows:

| **Site** | **Observation** | **Status** |
|---|---|---|

All site items have been completed.

**Building 1 - Building Exterior**

All items noted during the inspection have been completed. However, window screen's repair is an ongoing process due to damage and vandalism.

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed and the completion date for the 3rd elevator is August 15, 2000. |
| Halls/Corridors/Stairs | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. |

PL.APP-121

**Building 1 - Unit 1110**

All repairs completed

**Building 1- Unit 1112**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1206**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1302**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim<br>Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting September. |

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

Page 3
Luella Kirkman Cont.
July 27, 2000

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting September 2000. |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit is scheduled for painting in August 2000. |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting October 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 409**

All items completed

**Building 1- Unit 410**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October of 2000. |

**Building 1- Unit 501**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in August 2000. |

| | | |
|---|---|---|
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit scheduled for painting in October 2000. |

**Building 1 - Unit 501 - Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October 2000. |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May 0f 1999. Unit scheduled for painting in October 2000. |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May 0f 1999. Unit scheduled for painting in October 2000. |

**Building 1- Unit 6417**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in September of 2000. |

**Building 1 -Unit 6423**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. |

**Building 1 Unit 703**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1 Unit 704**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1- Unit 709**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1 -Unit 714**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in November 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit is scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 809**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Gwendolyn Thomas, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 34 of 50



Back To REMS

# Project Action Detail

800040489. South Pointe Towers

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| | |
|---|---|
| **Action Entered Date:** | 08/02/2000 |
| **Action Type:** | |
| **Current Action:** | Other |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 7-27-2000 |
| **Person/Role Responsible for Action:** | LILLYE R SIMMONS - Role: PA |
| **Target Completion Date:** | 7-27-2000 |
| **Amended Target Date:** | -- |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 8-2-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**
8/2/00-L. Simmons--Received update (7/27/00)on status of the corrective action plan repairs.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1018

PL.APP-127

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 35 of 50

9/29/
GG

# COVER SHEET

## OWNER'S CHECKLIST FOR USE AT CONTRACT EX
## FISCAL YEAR 2000

*Directions: This format should be used by all Owners of projects with Section 8 contracts expiring in Fiscal Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

Project Name: South Pointe Tower Apartments
Project Location: 6425 S. Lowe Ave., Chicago, IL 60621

FHA Project No.: 071-55028
Total Units in Project: 303 Total Section 8 Units in Project: 303

Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring: *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I hereby select the following Option: *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ OPTION 1 - Request Renewal Under Mark-Up-To-Market Procedures
*Processing instructions are available in Attachment 4B.*

A 1891

Attachment 4- Rev

☑ OPTION 2 - Request Renewal With Rents At or Below Comparable Market Rents And Without Restructuring
*(Go to page 5 of this Attachment)*

_____ Initial Renewal

__✓__ Subsequent Renewal

I request a contract renewal for a __4__ years.

☐ OPTION 3 - Request Referral to OMHAR for :
Choose One *(Go to page 9 of this Attachment)*

_____ OPTION 3A - Reduction of Section 8 Rents to Comparable Market Rents without Restructuring (OMHAR-Lite)

_____ OPTION 3B - Restructure of the mortgage and reduction of Section 8 Rents to Comparable Market Rents

☐ OPTION 4 - Request Renewal of the Contract for Projects Exempted From OMHAR
*(Go to page 10 of this Attachment)*

I request a contract renewal for a _____ years/months term.

☐ OPTION 5 - Portfolio Reengineering Demonstration and Preservation Contract Renewals
*(Go to page 13 of this Attachment)*

I request a contract renewal for a _____ years/months term (for Demonstration projects only).

☐ OPTION 6 - Opt-Out of the Section 8 Contract
*(Go to page 16 of this Attachment)*

A 1892

Attachment 4-Rev.

# COVER SHEET

## OWNER'S CHECKLIST FOR USE AT CONTRACT EXPIRATION
## FISCAL YEAR 2000

*Directions: This format should be used by all Owners of projects with Section 8 contracts expiring in Fiscal Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

Project Name: South Pointe Tower Apartments
Project Location: 6425 S. Lowe Ave., Chicago, IL 60621

FHA Project No.: 071-55028
Total Units in Project: 303 Total Section 8 Units in Project: 303

Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring: *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I hereby select the following Option: *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ OPTION 1 - Request Renewal Under Mark-Up-To-Market Procedures
*Processing instructions are available in Attachment 4B.*

A 1893

1-13-00

☑ OPTION 2 - Request Renewal With Rents At or Below Comparable Market Rents And Without Restructuring
*(Go to page 5 of this Attachment)*

_____ Initial Renewal

__✓__ Subsequent Renewal

I request a contract renewal for a __4__ years.

☐ OPTION 3 - Request Referral to OMHAR for :
Choose One *(Go to page 9 of this Attachment)*

_____ OPTION 3A - Reduction of Section 8 Rents to Comparable Market Rents without Restructuring (OMHAR-Lite)

_____ OPTION 3B - Restructure of the mortgage and reduction of Section 8 Rents to Comparable Market Rents

☐ OPTION 4 - Request Renewal of the Contract for Projects Exempted From OMHAR
*(Go to page 10 of this Attachment)*

I request a contract renewal for a _____ years/months term.

☐ OPTION 5 - Portfolio Reengineering Demonstration and Preservation Contract Renewals
*(Go to page 13 of this Attachment)*

I request a contract renewal for a _____ years/months term (for Demonstration projects only).

☐ OPTION 6 - Opt-Out of the Section 8 Contract
*(Go to page 16 of this Attachment)*

A 1894

# WORKSHEET FOR OPTION 2

**Requesting Renewal (Initial and Subsequent) of Contract**
**At or Below Comparable Market Rent**

*Owners should check one of the following Options:*

_____ INITIAL RENEWAL - I request an initial renewal of my contract without restructuring and am attaching a Rent Comparability Study (RCS) prepared in accordance with Attachment 6. The chart below reflects the results of the study and compares them to the expiring Section 8 units in my project;

*Begin calculations with Comparison Chart on the next page.*

*or*

✓ SUBSEQUENT RENEWAL - I request a subsequent renewal of my Section 8 contract without restructuring and:

*Owner should check ONE of the following:*

✓ I request that the contract rents be adjusted by the currently published OCAF and am submitting the OCAF Adjustment Worksheet.

Date of RCS (less than 5-years old): 5/16/2000

Comparable Rent Potential: $2,714,196 (from original RCS that included all Section 8 units)

Adjusted by an OCAF: ~~1.7%~~ (currently published)

*New Comparable Market Rent Potential:* [illegible] 2714196

_____ I request a budget-based rent adjustment and am including a budget and rent schedule completed in accordance with requirements of HUD Handbook 4350.1, Chapter 7 and Attachment 8.

Date of RCS (less than 5-years old): __________

Comparable Rent Potential: __________ (from original RCS that included all Section 8 units)

Adjusted by an OCAF: __________ (currently published)

*New Comparable Market Rent Potential:*

Rent Potential Based on Attached Budget:

A 1895

PL.APP-132

*NOTE:* The rent potential based on the budget-based rent increase cannot be greater than the *New Comparable Market Rent Potential*

## Comparison of Section 8 and Market Rents

*for initial renewals only*

This information is for only those Section 8 units in the expiring contract or the other contracts/stages that you wish to combine with the expiring contract. For those RCSs that include Section 8 units that are not expiring in FY2000, only extract the information that is needed for rent calculations for the units of the contract(s)/stage(s) expiring in FY2000.

| (A) | (B) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|
| UNIT TYPE AND CONTRACT AND/OR STAGE | # OF UNITS | CURRENT SECTION 8 CONTRACT RENTS | COMPS CORRELATED SUBJECT RENTS (HUD 92273) | CURRENT SECTION 8 RENT POTENTIAL (B x C) | COMPS CORRELATED SUBJECT RENT POTENTIAL (B x D) |
| 1 BEDROOM | 60 | 648 | 658 | 38,880 | 39,480 |
| 2 BEDROOM | 140 | 727 | 735 | 101,780 | 102,900 |
| 3 BEDROOM | 80 | 799 | 810 | 63,920 | 64,800 |
| 2 BEDROOM *(TH) | 17 | 800 | 809 | 13,600 | 13,753 |
| 3-BEDROOM *(TH) | 6 | 866 | 875 | 5,196 | 5,250 |
| *TOWNHOUSE | | | | | |

Compare the total Section 8 Rent Potential *(E)* with the total Comparable Market Rent Potential *(F)*: [illegible] [illegible]

*NOTE:* If the total of column *E* is greater than the total of Column *F*, an Owner may NOT renew under this Option. In addition, the total of Column *F* cannot be exceeded by any rent adjustments.

*Owners should check the appropriate statement(s):*

✓ a) Based on the RCS, the current contract rent potential of the project is less than or equal to the market rent potential of the comparable market rents. I understand that the initial renewal rents will be set at current rent adjusted by OCAF but not to exceed comparable market rents. I have included the required OCAF calculation worksheet; *or*

____ b) Based on the RCS, the current contract rent potential is less than or equal to the market rent potential of the comparable market rents. I am submitting the required documentation for a budget-based rent increase in accordance with HUD Handbook 4350.1, Chapter 7 and Attachment 8. The attached budget reflects the projected costs for the 12 months covered by the renewal contract. I understand that the initial renewal rents will be set at current rent adjusted by the budget-based increase but not to exceed comparable market rents (total of Column *F* above).

*NOTE: OCAF or budget-based adjusted rents that result in project rents being renewed at market, are not required to enter into a five year contract renewal. However, Owners may elect to enter a five-year contract if they wish to do so.*

A 1896

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 41 of 50

Attachment 4- Rev

# Worksheet for OCAF Adjusted Rents

*for initial and subsequent renewals*

Enter information for only the Section 8 units in the project that are expiring in FY2000. When entering information please distinguish between similar units with different rents. For example, there are three contracts that have one bedroom units, each with a different rent. Enter this information as 1BR-a, 1 BR-b, etc. *If an Owner elects to combine the contracts into a single contract and there are units of the same bedroom type in the combined contracts, they should be combined into one rent level that will set the rent at an average that yields that same adjusted rent potential.*

*EXAMPLE: Total rent for combined contracts ÷ total # units = Average (# of units X rent = total rent)*

STEP 1: *Calculate Current Section 8 Rent Potential for Expiring Contracts*

*For initial renewals, copy the information from the comparison chart.*

| (A) Unit Type and Contract and/or Stage | (B) # of Units | (C) Current Section 8 Contract Rents | (D) Current Section 8 Rent Potential (B x C) |
|---|---|---|---|
| One bedroom | 60 | 648 | 38,880 |
| Two Bedroom | 140 | 727 | 101,780 |
| Three Bedroom | 80 | 799 | 63,920 |
| 2 bdrm *(TH) | 17 | 800 | 13,600 |
| 3 bdrm *(TH) | 6 | 866 | 5,196 |
| *Townhouse | | | |
| Section 8 Contract Rent Potential for Expiring Contracts (total of column *D*): | | | $223,376 |
| (E) Annual Section 8 Rent Potential for Expiring Contracts (total of Column *D* x 12): | | | [illegible]680,512 |

STEP 2: *Calculate Increase Factor Adjusted by OCAF for Expiring Contracts*

| | | |
|---|---|---|
| (F) | Total Annual Rent Potential for Section 8 Units NOT Expiring in FY2000 | 0 |
| (G) | Total Annual Rent Potential Non-Section 8 Units | 0 |
| (H) | Total Annual Project Rent Potential (E + F + G) | 2,680,512 |
| (I) | Expiring Section 8 Portion of Total Rent Potential (E ÷ H) | 0 |
| (J) | Total Annual Project Debt Service | 693,420 |
| (K) | Annual Expiring Section 8 Share of Debt Service (I x J) | 693,420 |
| (L) | Annual Expiring Section 8 Potential Less Expiring Section 8 Share of Debt Service (E-K) | 1,987,092 |
| (M) | Annual Expiring Section 8 Rent Potential Attributed to Operations Multiplied by Published OCAF (If OCAF is 2.3%, calculate as 1.023) (L x OCAF) | 2,020,873 |
| (N) | Adjusted Contract Rent Potential (K+M) | 2,714,293 |
| (O) | Lesser of (N) and the Annual Correlated Subject Rent Potential (Comps)* | 2,714,293 |

A 1897

Project Name: South Pointe Tower Apts., FHA Proj. #071-55028 01/11/00 5

PL.APP-134

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 42 of 50

Attachment 4- Rev

| | | |
|---|---|---|
| (P) | INCREASE FACTOR (O ÷ E) | 1.0126 |

*Annual Correlated Subject Rent Potential: For initial renewals, use total of Column F on the Comparison chart. For subsequent renewals, use OCAF adjusted RCS.

STEP 3: *Calculate OCAF Adjusted Contract Rent Potential for FY2000 Expiring Section 8 Contracts ONLY. As above, if there are units of the same bedroom type in the combined contracts/stages, they should be combined into one rent level that will set the rent at an average that yields that same rent potential.*

| (A) UNIT TYPE AND CONTRACT AND/OR STAGE | (B) # UNITS | (C1) CURRENT CONTRACT RENTS | (C2) ANNUAL (C1 X 12) | (Q) OCAF ADJUSTED RENT (P X C2) P = 1.0126 | (R) ADJUSTED RENT POTENTIAL (Q X B) |
|---|---|---|---|---|---|
| One bedroom | 60 | 648 | 7,776 | 7,874 | 472,440 |
| Two bedroom | 140 | 727 | 8,724 | 8,834 | 1,236,760 |
| Three bedroom | 80 | 799 | 9,588 | 9,709 | 776,720 |
| 2 bdrm *(TH) | 17 | 800 | 9,600 | 9,720 | 165,235* |
| 3 bdrm *(TH) | 6 | 866 | 10,392 | 10,523 | 63,138 |
| *Townhouse | | | | | |
| | | | | | |
| | | | | | |

(S) Annual Adjusted Rent Potential of the Expiring Contracts (total of column *R*): [illegible]

**Rounding*

I hereby certify that:

✓ neither I, nor any of my affiliates, are suspended or debarred; or

_____ I, or my affiliates, am/are suspended or debarred and am/are requesting a contract renewal subject to HUD approval.

Warning:
If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

**I certify that this information is true and complete.**

Englewood Terrace, L.P. – By: PM Group, Inc. G.P.

Owner's Name John Hayes, President

Owner's signature: [signature] Date 7-27-00

A 1898

PL.APP-135

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 43 of 50

PM GROUP

August 15, 2000

Ms. Luella Kirkman, Project Manager
Department of Housing and Urban Development
Illinois State Office
77 West Jackson Blvd., 23rd Floor
Chicago, IL 60604-3507

Re: Certification Letter
REAC Inspection Dated April 28, 1999
South Pointe Tower
FHA Project No: 071-55028

Dear Ms. Kirkman:

I certify that all of the deficiencies identified in the REAC inspection and those uncovered by me, upon a thorough review of all units of the subject property, have been completed in the enclosed Management Improvement & Operating (MIO) Plan update dated July 27, 2000.

Should you have any questions, please contact Mr. Carl Sanders, Property Manager, in our Chicago Office. He can be reached at (773) 324-9010, ext. 204.

Sincerely,

**THE P.M. GROUP, INC.**

Kenneth J. Horton
Corporate Portfolio Manager

Enclosure

cc: Mr. Carl Sanders, P.M. One, LTD.

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

Back To REMS

# Project Action Detail

**800040489. South Pointe Towers**

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| | |
|---|---|
| **Action Entered Date:** | 08/22/2000 |
| **Action Type:** | |
| **Current Action:** | Other |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 8-15-2000 |
| **Person/Role Responsible for Action:** | LILLYE R SIMMONS - Role: PA |
| **Target Completion Date:** | 8-15-2000 |
| **Amended Target Date:** | 7-1-2001 |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 8-22-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**
8/22/00-L. Simmons--Received update (8/15/00) on status of the corrective action plan repairs.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1017

PL.APP-137

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 45 of 50

Attachment 4-Rev.

1/29 - Randy
Please request 2513800 in REMS
N.T. 4/22/0

HH

OWNER'S CHEC[illegible] ACT EXPIRATION

*Directions: This format should be [illegible] ...ith Section 8 contracts expiring in Fiscal Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

Project Name: South Pointe Tower Apartments
Project Location: 6425 S. Lowe Ave., Chicago, IL 60621

FHA Project No.: 071-55028
Total Units in Project: 303 Total Section 8 Units in Project: 303

Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring: *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I hereby select the following Option: *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ OPTION 1 - Request Renewal Under Mark-Up-To-Market Procedures
*Processing instructions are available in Attachment 4B.*

A 1891

II

II

Draft 9/29/00

H: P. M. I Flagged

CERTIFIED RETURN RECEIPT

Mr. John Hayes, General Partner
P.M. 1 Equities
8137 W. Grand River Avenue
Suite 10
Brighton, Michigan 48116

Dear Mr. Hayes:

SUBJECT: Previous Participation Clearance
South Pointe Towers
Contract No. IL06-E000-034
Monterey Apartments
FHA No. 071-35403

This letter serves to notify you that the form HUD-2530, Previous Participation Certification clearance has been adversely flagged for the participants listed below. This flag will affect your ability to participate in HUD programs nationwide.

Robert Pendergast (General Partner) SSN: [redacted]

John Hayes (Partner) NO SSN or 2530 Clearance

Daniel D. Armstead (Stockholder) SSN: [redacted]

Michael G. McGhie (Stockholder/Officer) SSN: [redacted]

John R. Morrissey (Stockholder/Officer) SSN: [redacted]

P.M. Group, Inc. (Stockholder) SSN: [redacted]

P.M. One, Ltd. EIN: [redacted]

P.M. One Equities, Inc. EIN: [redacted]

Englewood Terrace (Limited Partnership) EIN: [redacted]

5251 Building Partnership (General Partner) EIN: [redacted]

B 4296

Listed below are the reasons for the 2530 flag:

1. Unsatisfactory Physical Conditions of the subject Properties.

2. Both projects were referred to the Chicago Enforcement center for Enforcement action because of ~~there~~ unsatisfactory physical conditions, which is in violation of the Housing Assistance Payment Contract and/or Regulatory Agreement.

3. Failure to comply with Enforcement Center's request, to submit a acceptable Management Improvement Operating Plan (MIO).

In order to have this flag "lifted", the physical conditions of both properties ~~must be~~ brought up to HUD's satisfactory conditions.

Thank you for your attention to this serious matter. Please direct any questions regarding this correspondence to Gwendolyn Thomas, Asset Manager, at (312) 353-6236, Ext. 2246.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

B 4297

CC: Thomas
Branchfile;
TRACS
Enforcement H: P.M. 1 flagged

Thomas Gray

B. 4298

Case 1:03-cv-02209-MBH Document 51 Filed 07/01/2005 Page 49 of 50

MEMORANDUM FOR: Mary Anderson, Director, Multifamily Production Branch, 5AHMP

FROM: Veronica Coleman, Director, Multifamily Project Management Branch, 5AHMM

SUBJECT: Previous Participation Certification Denial
South Pointe Towers
Contract No. IL06-E000-034
Monterey Apartments
FHA No. 071-35403

The following entities/individuals have established a history of unsatisfactory physical conditions for HUD subsidized projects, which is held by HUD. The owners have not submitted a written corrective action plan to cure the deficiencies indicated in the REAC inspections. Please flag their HUD form 2530, Previous Participation Certification, clearance until further notice.

| | |
|---|---|
| Robert Pendergast (General Partner) | SSN: |
| John Hayes (Partner) | No SSN or 2530 Clearance |
| Daniel D. Armstead (Stockholder) | SSN: |
| Michael G. McGhie (Stockholder/Officer) | SSN: |
| John R. Morrissey (Stockholder/Officer) | SSN: |
| P.M. Group, Inc. (Stockholder) | SSN: |
| P.M. One | EIN: 38-2312468 |
| P.M. One Equities, Inc. | EIN: 38-2904963 |

B 4652

If the deficiencies indicated on the REAC inspections are cured, and the properties are in satisfactory condition, another memorandum will be issued to "lift" the 2530 flag.

Thank you for your assistance in this matter. If you have any questions, please contact Gwendolyn Thomas, Asset Manager, at Ext. 2246.

CC: Thomas
Branchfile
TRACS
Enforcement

5AHM:THOMAS: ds 10/12/00

Thomas Gray

B 4653