# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | * |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** **Filed: December 21, 2005** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * | * |

**O R D E R**

A status conference was held in the above-captioned case on December 21, 2005. During the conference, the parties indicated that settlement discussions had proven unsuccessful. The parties and the court, therefore, discussed whether this case should proceed by summary judgment or trial. In an order on November 14, 2005, the court had previously set a due date for joint stipulations of fact and issues to be decided by the court. At the December 21, 2005 status conference, the parties requested additional time to complete the joint stipulations. Therefore, the court **ORDERS** the parties to file joint stipulations of fact and joint stipulations of issues to be decided by the court on or before **Tuesday, January 24, 2006**. To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Wednesday, February 8, 2006, at 10:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**