IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Horn) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE JOINT STIPULATIONS REGARDING FACTS AND ISSUES

Defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint stipulations regarding facts and issues by 10 days, to and including February 3, 2006. The parties' joint stipulations presently are due on January 24, 2006. This is the first requested enlargement of time for this purpose since the Court issued its scheduling order dated December 21, 2005. The requested enlargement is necessary to provide sufficient time for the parties to agree upon language for proposed stipulations regarding facts and issues and to prepare a joint appendix of documents. Plaintiff's counsel has represented that plaintiff will agree to an enlargement until January 27, 2006, but opposes any enlargement beyond this date.

On December 21, 2005, following a conference call in which the Court provided instructions regarding preparation of joint stipulations, the Court established a deadline of January 24,

2006 for the parties to file stipulations regarding facts and issues to be decided by the Court. On January 4, 2006, plaintiff's counsel transmitted to defendant's counsel a letter stating that plaintiff would transmit revised proposed stipulations regarding facts and issues to defendant.

On January 9, 2006, plaintiff's counsel transmitted to defendant's counsel proposed stipulations regarding issues and a list of documents to include in a joint appendix. On January 19, 2006, plaintiff's counsel transmitted to defendant a 53-page document containing 212 proposed facts.

Upon receipt of plaintiff's proposed stipulations regarding facts and issues, defendant's counsel immediately sent copies to the United States Department of Housing and Urban Development with a request for comment and suggested responses. Defendant has formulated draft responses to plaintiff's proposed stipulations regarding issues and proposed appendix. However, defendant anticipates that it will require more time than remains before the January 24, 2006 deadline to complete its review of plaintiff's proposed facts and to develop its responses.

Defendant believes the requested enlargement will provide the parties sufficient time to agree upon joint stipulations regarding facts and issues, to agree upon documents to be included in the joint appendix, to number the appendix, and to correct all citations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

January 20, 2006

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on January 20, 2006, a copy of the foregoing “DEFENDANT’S MOTION TO ENLARGE THE TIME TO FILE JOINT STIPULATIONS OF FACTS AND ISSUES” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS