# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: January 24, 2006**

**O R D E R**

The court is in receipt of the defendant's January 20, 2006 motion for an enlargement of time of ten days to and including February 3, 2006, within which to file the parties' joint stipulations of fact and joint statement of issues of law. In the interest of comprehensive submissions, the court **GRANTS** the defendant's motion, and **ORDERS** the parties to file their submissions on or before **Friday, February 3, 2006**. This order does not affect the status conference scheduled in this case for **Wednesday, February 8, 2006, at 10:30 a.m. EST**, in which counsel for both parties will appear by telephone. Unless otherwise informed, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**