IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | No. 03-2209C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE JOINT STIPULATIONS REGARDING FACTS AND ISSUES

Defendant, the United States, respectfully requests that the Court enlarge the time to file the parties' joint stipulations regarding facts and issues by seven days, to and including February 17, 2006. The parties' joint stipulations presently are due on February 10, 2006, the Court previously having granted 17 days of enlargement. This is the third requested enlargement of time for this purpose since the Court issued its scheduling order dated December 21, 2005. Defendant's counsel informed plaintiff's counsel of our intention to file this motion during a telephone call on February 9, 2006, and in a voice mail this morning. It is our understanding that plaintiff does not intend to oppose this motion.

Although counsel for the parties have reached substantive agreement regarding language to include in joint stipulations regarding issues, the requested enlargement is necessary to provide sufficient time for the parties to agree upon language for proposed stipulations regarding facts and to finalize a joint appendix of documents.

The parties have exchanged several drafts of the proposed stipulations regarding facts. On January 13, 2006, defendant's counsel transmitted to plaintiff's counsel a set of documents intended to comprise the parties' joint appendix. The clerk of the Court conducted a conference call with the parties on February 7, 2006. During the call, plaintiff's counsel declined to provide defendant's counsel with a revised joint appendix, but agreed to provide defendant's counsel with copies of documents plaintiff wished to add to the joint appendix. Defendant's counsel agreed to prepare and number a revised joint appendix once it received plaintiff's additional documents.

During the call, the parties were instructed that their index to the joint appendix need not contain narrative descriptions of documents, but should provide sufficient information to render documents readily identifiable. Defendant's counsel agreed to provide plaintiff with a revised index to the joint appendix.

On February 8, 2006, defendant's counsel transmitted to plaintiff's counsel a revised, numbered joint appendix with a request that plaintiff add to it any documents not included that plaintiff wished to include. Defendant's counsel also provided to plaintiff's counsel a revised index to the joint appendix from which defendant's counsel deleted narrative information defendant's counsel believed to be inaccurate or argumentative.

On February 9, 2006, following discussions regarding the contents of the parties' proposed stipulations regarding facts, plaintiff's counsel provided defendant's counsel with a revised draft of the parties' joint stipulations regarding facts. Defendant's counsel currently is reviewing these revisions.

Defendant believes the requested enlargement will provide the parties sufficient time to agree upon final joint stipulations regarding facts and to correct all citations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

February 10, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 10, 2006, a copy of the foregoing “DEFENDANT’S MOTION TO ENLARGE THE TIME TO FILE JOINT STIPULATIONS OF FACTS AND ISSUES” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS