# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: February 10, 2006**

## O R D E R

The court is in receipt of the defendant's February 10, 2006 motion for an enlargement of time of seven days, to and including February 17, 2006, within which to file the parties' joint stipulations of fact and joint statement of issues of law. The court **GRANTS** the defendant's motion, and **ORDERS** the parties to file their submissions on or before **Friday, February 17, 2006**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**