IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | No. 03-2209C |
| | ) | (Judge Horn) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO PLACE DOCUMENTS UNDER SEAL
AND FOR ENTRY OF A COMPREHENSIVE PROTECTIVE ORDER

Pursuant to the Court's order dated February 9, 2006, defendant, the United States, respectfully requests that the Court enter the attached comprehensive protective order (Exhibit A).

Consistent with this protective order and the Court's instructions, defendant states that documents attached to the pleadings identified below contain what appear to be the names of tenants currently or formerly residing at South Pointe Towers, located at 6425 South Lowe in Chicago, Illinois, as well as the Social Security Numbers of individuals affiliated with plaintiff. Thus, defendant, requests that the following documents be placed under seal and removed from the Court's public access filing system:

- Defendant's motion for summary judgment, filed June 2, 2005 (Document No. 46).
- Plaintiff's opposition to defendant's motion, filed July 1, 2005 (Document No. 57).

Pursuant to the Court's instructions, defendant will provide plaintiff with the bates numbers of all documents defendant has identified in this litigation that contain confidential information, so that the parties may avoid filing protected information in the future.

For these reasons, defendant respectfully requests that its motion to place documents under seal and for entry of a comprehensive protective order be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

February 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 15, 2006, a copy of the foregoing “DEFENDANT'S MOTION TO PLACE DOCUMENTS UNDER SEAL AND FOR ENTRY OF A COMPREHENSIVE PROTECTIVE ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS