181:7,18 201:18
**edit** 71:4 76:10,18 76:22
**education** 5:11 6:22
**effect** 10:24 220:5
**effective** 185:22
**effort** 61:8 113:14 113:16 190:8
**efforts** 9:11 189:16
**eight** 8:16 53:3 57:1 72:19 78:21 79:11 85:5 87:7 87:15,16,19 91:17 91:18 96:6 99:2 130:20 191:14,15 191:24 192:1 193:10 206:20 207:15
**either** 27:20 43:23 48:14 51:9 53:21 71:3 74:16 86:3 98:9 106:22 118:1 122:22 139:18 155:1 167:6 171:15 174:9 175:7 176:12 180:22 186:19 188:19 196:6 198:24 199:11 201:19 202:21 204:8 213:19
**elaborate** 203:24
**elderly** 79:21
**element** 91:4
**elevators** 158:5 162:6,6,16 163:2 163:11 164:9,13 166:8,10 171:18 204:23
**Elmwood** 4:22,22 5:1
**Elzie** 27:11
**employee** 6:11,13 74:4,8 101:22
209:23,24
**employees** 28:9
**encounters** 165:8
**encourage** 28:19 190:7,12,14
**encourages** 112:17
**ended** 208:6
**ends** 119:15
**enforce** 54:23
**enforcement** 9:2,4 9:5,10,20 27:24 28:1,2,11 29:18 30:6,9,10,12 31:12,14,16 37:10 37:11 55:1 56:21 56:23 58:18,23 59:5 105:18 170:8 178:16 179:16 201:8 212:20 221:13,15
**Englewood** 1:3 152:13 214:15 223:3
**Englewood's** 152:22
**enter** 20:3 82:20 107:2 126:11,12 133:24 134:6 137:21,24 144:17
**entered** 72:2 76:20 77:11,24 94:14 96:20 106:13,19 107:22 108:5,17 108:18 109:1,2 126:7,9,10 138:21 140:13 185:12
**entering** 131:8,19 138:12,16 206:24
**enters** 131:21
**entire** 43:2 105:24 142:24 143:2 203:9
**entirely** 139:12 142:17
**entirety** 143:9,10
143:12
**entities** 30:8
**entitled** 64:15
**entries** 75:9,14,15 83:22 84:3,20 86:3 91:10 93:5 95:20 100:19 106:11 129:16,17 130:14 132:16,20 132:21 133:6 136:16,23 137:8 137:17,18 138:9 138:12,22 139:10 140:5 141:19,20 145:7 148:1 153:20 208:22 221:1,4
**entry** 75:9,17 84:4 84:8,22 85:3,12 102:17 106:12,16 106:17 107:9,18 107:19 108:13 110:19 115:11 121:24 128:17,19 130:23 131:2,5,6 132:1,9,12 136:18 141:23,24 143:20
**entry-by-entry** 135:22
**environment** 163:2
**equipment** 205:2
**especially** 157:17
**estate** 13:22,24,24 38:12,12,15 159:10
**et** 68:1 119:24
**evaluating** 189:10 215:22 216:5
**event** 64:19 108:2 137:18 138:3,5 148:9 200:15
**events** 22:16 72:10 131:7,9 137:4,11 138:17 173:9
**evidence** 23:24
24:5,7,15 116:21 116:23,24 117:5 181:3 182:21 185:5,9,12,16 209:10 225:4
**evidently** 127:14 180:10
**exact** 20:16 217:12 221:17
**exactly** 8:1,8 16:1 36:7 45:16,23 46:18 48:18 54:2 64:21 68:14,17 77:21 79:6 82:4 83:1 110:14 115:8 124:20 160:13 166:15 192:17 194:18 217:15 218:12
**examination** 1:10 4:10 220:18
**examined** 4:8 224:13
**example** 45:17 62:15 69:21 76:20 94:23 123:22 132:5 143:6 192:9 198:18 210:8
**examples** 164:13
**exception** 76:11 144:15
**excerpts** 64:8
**exclusive** 143:14,15
**excuse** 21:24 100:6 113:15 175:24
**exercise** 24:6
**exhibit** 3:8 36:15 36:17 37:6,23 38:7 49:21 56:20 61:13,23 62:7,13 65:12 68:19 119:6 142:20 143:1 144:1 145:20,24 146:8,11 147:21 148:10 150:19,21
151:1,7 155:23 156:1,4 160:17,19 160:23 168:11,13 168:16 169:22 171:2 176:18,20 178:5,7 183:5 184:6,8,13,22 195:19,21 196:1,8 198:6,13 199:20 200:21,23 201:3 208:2 210:9,11 212:13,15 219:11 220:20 221:5,21 222:8
**exhibits** 3:16 24:8 198:15
**existed** 70:12
**existence** 37:20 104:4 189:21
**existing** 87:19 183:12
**expect** 47:24 59:8 59:12,18 65:22 67:16 68:1 70:11 102:12 110:13 111:5,8 140:7
**expedition** 182:4
**expenditures** 215:13
**expensive** 163:6
**experience** 191:8 191:11,14,18
**experts** 29:23
**expiration** 97:18 140:8 185:24
**expired** 87:24 97:19 183:8
**expiring** 97:1 183:12
**explain** 185:9
**extended** 179:8 180:2,6,9,10 182:12
**extent** 29:5 46:9 75:12 95:3 174:15

190:19 199:23
**extermination** 205:4
**Extinct** 52:14
**extinguishers** 158:6
**extracted** 115:14
**e-mail** 27:1 155:11

F

**face** 55:2,3 118:3
**facility** 205:3
**facing** 172:6
**fact** 24:12 47:6 114:6 124:22 126:13 128:2 137:21 148:19 150:3 163:15 165:14 174:9 183:22 189:24 198:20 200:17 222:4
**facts** 11:1 23:23 24:4 116:21 181:2 182:20 185:4,9,11 209:9
**fails** 224:23
**failure** 225:4
**fair** 61:11 110:23 220:4,8
**fairly** 39:20 46:1 129:19
**faith** 113:14,16 116:5 173:17 207:4
**fall** 53:10 188:22
**familiar** 184:11
**families** 114:21
**far** 11:3,5 41:19 42:13 51:16 182:16 216:6
**fashion** 5:24 130:17 214:1
**FASS** 67:3,5,6
**February** 108:22
108:24 115:23 119:16,16,21 128:12,21 129:3 135:16,20 136:1 140:1 142:13 146:24 147:7 151:13,15 152:11 154:7,13 173:21 201:20,21 208:17 208:22 214:8 217:21
**Federal** 1:1,11 223:1 224:1,21
**fellow** 214:20
**female** 34:16,17
**FHA** 6:13,15 45:10 72:20 73:10
**field** 82:22
**fifth** 96:24
**figure** 107:6 185:6
**file** 39:9 41:15,22 41:22 42:9 48:24 49:9,12,17,22 50:5,6 59:11 69:12 92:19 95:17 95:19 121:1
**files** 39:11,23,24 40:5,12,13 41:1 41:13,20 43:2 49:3,4,15,16 59:2 59:8 70:8,10 81:24 92:22 95:15 107:16 146:17 147:10 154:8,14 154:16,17,18,24 154:24,24 155:1,4
**filled** 57:21
**fills** 53:4
**final** 53:4 54:6 55:15,19 109:12 115:13 118:17,18 127:19,21 128:4 128:13 129:1 134:20 167:17 168:3,7,9 170:24
171:3,6 172:23,23 173:3,7,12,15,24 174:1,17 186:13 201:4 202:7 217:2
**finalization** 112:5 207:23
**finally** 12:20 56:19 114:15 128:5,16
**financial** 29:24 30:1,4 65:20,22 65:23 66:1,6,8,10 66:11,14,17,20 67:1,6,7,14,18,20 67:21 68:10,12,13 74:9 95:24 100:17 189:19,24
**financing** 188:23 189:3,12,17 190:3 190:8,21
**find** 48:22 67:16 98:11 142:20 157:13
**findings** 110:4,15 207:20
**Fine** 150:13
**finish** 29:12 67:10
**fire** 158:5,6 205:1
**firm** 49:24
**first** 4:8 38:7,8 66:10,15 79:2 82:7 84:19 102:13 105:10 106:12 107:11,15 119:8 131:13 134:3 135:10 136:3 144:18 147:5 156:23 170:2 175:16 184:17,22 192:22 197:1,13 203:16 211:6 215:4 216:11 220:14 221:23 222:3 223:9 224:11
**fit** 142:13
**five** 14:13,14,15 49:20 66:4 96:19 104:13 132:15 150:7 209:5 218:22
**fix** 54:23 55:2 113:21
**fixed** 166:9,11 195:3 199:1,2 204:22
**fixing** 55:1 56:10
**fixtures** 157:19 204:22
**flag** 57:12,13 58:2,5 58:7,11,13
**flagged** 57:15
**flags** 66:24 67:16 67:17 68:9,9
**Floor** 1:17
**flow** 37:10,23 219:12,16 221:12
**folder** 48:7,8,9 49:17,19 60:22
**follow** 28:17 38:10 97:7 104:9 139:16
**followed** 23:20 36:1 38:3 42:12 47:7 209:17 220:21
**following** 47:20 60:18 74:21 119:2 148:6 150:16 176:13 191:3 204:9,15 219:3
**follows** 4:9 65:13 123:7 134:13 171:1
**follow-up** 219:8
**footers** 64:18
**force** 54:7
**foregoing** 223:10 223:12 224:15
**Forest** 4:15,17
**forgot** 34:20
**form** 57:19,21
**formulate** 54:10
**forth** 100:18 107:3 124:18
**forthcoming** 127:15 130:5
**forward** 144:3
**forwarded** 85:13 113:5
**found** 51:7,7,7 124:14 197:12
**foundation** 204:24
**four** 14:12 41:22 66:3 104:19 105:2 105:11,21 129:13 132:15 209:4
**fourth** 62:17
**four-month** 113:3
**four-tenths** 157:9
**Francisco** 7:14
**Frank** 34:12 201:22
**Freddie** 34:14,24 45:5 51:3 56:17 72:1 77:11 83:24 84:5 106:13 107:8 109:16 115:1 126:8 141:24 172:1,10 175:9 181:5 182:2 211:9
**frequent** 165:8
**front** 121:4 130:21 161:4 198:6
**fulfilled** 150:4
**fulfilling** 53:9
**full** 4:12 60:22 69:16 70:2 103:2 103:3
**fully** 225:2
**function** 53:10 194:24
**functional** 83:7,8
**fund** 127:12 189:3
**funds** 13:18 21:4 116:6 126:22 145:14 191:14

203:19 207:5
**further** 21:12 56:17 73:6 103:21 115:9 136:6 189:8 208:16 209:7 220:16 222:16 224:15

G

**Gant** 170:8
**gaps** 53:4
**Garcia** 34:18
**gather** 53:13 125:13 129:2 147:4 151:23 152:12,22 166:12
**gathered** 39:18 153:1
**gathering** 40:11 152:1
**general** 32:6 75:11 102:15 129:20,24 190:7,14,21 194:23
**generally** 11:18 24:11 62:9 193:1
**generate** 86:21
**generated** 39:6 43:23 44:8 49:7
**gentleman** 22:2
**getting** 69:23 95:7 139:21 209:12
**Gibson** 34:18
**give** 7:8 42:8 48:9 61:15 62:15 101:6 123:19 155:1 156:15
**given** 26:21 50:7 125:20 135:23 146:21 154:4 165:1 182:13 209:16,20,22 223:12
**gives** 73:9 78:2 87:3 123:21
**giving** 17:20
**go** 5:3,5,9,18 6:21 13:10 14:18 15:6 17:22 18:10 20:22 22:18 24:1 30:1 42:18 47:9 48:4,7 48:9 49:9 68:8 69:24 70:8,16 76:12 77:12,14 80:16 81:6,18 90:6,9 92:12,17 95:13,14,17 98:10 101:1,3 106:5 107:10 116:21 117:11 120:6,24 124:18 139:19 142:1,1 144:17 145:3 146:1 148:22 150:11 154:17,23 155:16 164:17 170:1 171:21,22 181:3 182:21 185:5,23 187:21 188:12 197:5 200:13 208:13 209:10 211:18
**goal** 54:17
**goals** 170:11
**goes** 142:10 158:7
**going** 11:4 17:7 23:22 24:14 25:1 25:3,7 29:11 37:3 38:8 54:24 55:11 64:22 67:9 77:1 90:21 108:20 109:22 117:15 118:21 120:10 132:5 133:4 137:5 139:20 144:3 152:15 196:5 198:23 199:14 221:3,24 222:2
**good** 11:19 30:11 49:1 113:13,16 116:5 117:14 118:7 129:12 145:21 150:12 165:4 173:17 207:4
**gotten** 95:6
**govern** 206:14
**government** 63:17 63:18 120:20,23 149:20 151:23 152:7 181:24 182:6
**grade** 8:20
**graduate** 5:7
**graduated** 5:18 6:15,17
**graffiti** 204:23
**grant** 114:18
**granted** 188:9
**graph** 91:4
**gray** 67:2 211:6
**green** 39:23,24 49:9,12,16,17,18 49:19 70:8,10 81:24 92:22 95:14 95:18 154:8,14,18 154:24
**Greg** 22:20 33:13 33:13 52:5,6 109:16 217:3,4 218:2
**group** 34:8 51:22 54:7 61:9 73:20 119:19 159:11 174:21 182:8,10 182:11,14
**grow** 4:23
**guess** 56:8 60:23 77:1 102:16 135:16 157:9 158:15 172:19 194:19 203:7
**guest** 73:22 74:7 80:12,13,20 81:4 81:5 121:8,8,9
**guests** 121:11
**Gustin** 22:20 26:3 33:13 52:5 109:16 217:3,4 218:1,2
**Gwen** 27:20 52:16 56:12 83:23 84:3 105:12 131:11 136:17 182:3 192:5,9 193:19 211:2
**Gwendolyn** 130:24 139:11 210:15

H

**H** 3:7
**half** 25:23 89:23 102:13 104:11 105:4 121:18 181:12 216:24
**hand** 11:22 183:24 219:10
**handbook** 64:9,10 64:13,15,16
**handbooks** 64:17
**handed** 60:21
**handing** 150:24
**handling** 15:24
**handwriting** 161:24 165:22 166:3 169:4 170:16 177:12 178:10,13,14 179:6
**handwritten** 151:2 183:4
**HAP** 87:12,14 92:8 92:13,16,19 99:14 140:2 183:8 184:1 186:15 187:8 191:11,12
**happened** 8:18 51:15 73:4 182:17 183:16 201:22 210:6 218:9
**happens** 43:22
**happily** 130:2
**happy** 55:2,3
**hard** 70:7 165:12
**hardware** 157:21
**Harold** 217:11
**Harris** 33:21 52:7 106:18 107:16 108:13 172:2 175:12 182:3 218:10,11
**Hays** 114:3
**head** 12:13 217:10 217:16
**headed** 30:15,20 105:17
**header** 42:1 44:23 44:24 45:2,6,14 47:15
**headers** 64:18
**heading** 100:22 106:16
**headings** 46:8 123:14
**headquarters** 9:9 9:13,23 10:3 14:17 26:8 29:22 30:10 31:3,9 170:9 175:19 202:1 213:23 214:12,22 217:11
**health** 6:22 157:8 157:10
**hear** 99:12 135:10
**heard** 99:8 182:7 212:8 214:20,22
**hearing** 185:17
**heating** 205:6
**heavy** 205:12
**held** 10:12
**help** 17:6 25:5 117:21 158:16 188:23 189:3,8 190:9
**helped** 205:17
**helpful** 98:3

helping 151:22
hereinabove 224:18
HEW 6:22
hidden 103:15
Higgenbottom 27:11
high 5:3,6,12,19 6:16,17 13:17,17 20:23,24 145:10 145:12
highest 33:10
highlights 173:15
high-ranking 175:18
Hinsberger 26:5 30:20,21 31:6,8 52:17 83:24 84:4 85:3,10 201:18
history 24:10 72:2 76:16,19 82:24 83:5,9,10,14,16 83:19 86:4 105:7 132:21,22,23 133:5,8,12,14,17 133:24 136:3,4 139:5 165:3
hit 68:12
hold 8:24 62:20 179:12 180:16
holds 42:23
Holzer 34:19
home 7:17 73:13,14 73:15
hoping 22:2 169:3
hour 1:17 25:23 167:18
hours 20:21 122:4 138:1 199:16
house 206:4
housing 2:10 5:15 6:6 7:23 8:1,6,14 14:17 15:11,16 16:6 19:13,14 21:20 27:17 30:18 31:21 32:19 33:17 36:8,11,12 41:2 41:16,16,18,20 42:10 43:18,23 49:6 51:14 54:19 54:21 55:19 56:12 58:4,6 76:9,20,22 77:3,5 78:4,8,15 78:16 82:12 86:14 87:6,20 90:16 91:2,24 93:19,24 101:17,23,24 102:1,20 109:18 109:20 111:23 115:18 117:14,15 127:22 128:4,8 133:3,16 134:11 141:20 142:4,11 159:21 167:10 187:9,13 191:21 202:1,11 203:13 210:24 211:7,16 214:8 216:4,11
Howard 214:20
how's 75:22
HSG 41:15,15,18
https@hudaps.gov 119:24
Hub 51:13,14 52:1 52:15,18 96:8 110:6 112:4 128:22 129:5 135:16 173:21 207:22,23
HUD 5:14,24 6:2,4 6:14 7:1,9,10,15 7:21 17:16 25:5 26:7 28:17 29:1,3 57:22 61:1,1 63:5 64:14,17 74:4,7 79:5 93:23 96:1 112:17 120:4 121:7,15 125:17 146:16,22 148:14 150:9 151:3 152:17 158:3,4 159:11 169:9,13 169:14 181:12 182:8 187:8,13 190:19 191:19 199:10 209:1 211:12 214:12 215:22 216:9 218:11
HUD's 64:9
hunt 61:19
husband 27:21
H-o-l-z-e-r 34:19

I

ID 3:8 15:6,7,7 44:21 45:9,18,22 73:22
idea 27:22 91:21 108:14 129:16,17 131:8 137:6,10 139:12 140:15 150:12 187:14,24 193:22 194:6
identification 36:18 61:24 150:22 156:2 160:20 168:14,20 169:18 176:21 178:8 184:9 195:22 200:24 210:12 212:16
identified 97:15 123:4,9 153:11 157:14 167:5 196:1 203:20 204:4,15 206:23 219:11
identify 22:3 169:3 195:17,23 196:3
Illinois 1:16,17 2:3 2:12 4:17 224:5 225:11
image 41:22 103:6
imaged 43:2,18 44:3,9 47:8 48:21 49:10,13,14 70:4 81:23 92:20 95:13 95:14 154:15
images 42:20 43:3
imagine 182:13
imaging 41:24 42:3 42:5,6,7,18 44:14 44:20 47:3 48:20 49:2 70:4 81:14 81:16,17,23 95:17
immediately 181:17
impact 11:16
implement 58:7
implemented 114:15
important 43:7 162:7,9,16,17 174:3
imported 94:11
improve 113:10
improvement 112:8,9,10,13,19 165:15 194:20
inactive 74:16,17
inasmuch 102:9 129:10 188:17
inception 221:13
include 17:17 18:19 19:12 40:6
included 146:7,17 149:19 165:4 169:8 170:10 184:12
includes 143:1 151:6
including 49:8 148:16 152:9,11
inclusive 223:11
incorrectly 99:3
increased 179:11 180:12 205:4
independent 30:24
indicate 97:24 98:2 135:8
indicated 197:14
indicates 198:22
indicating 112:22
indication 64:13
indicators 13:17 21:1 66:3 67:1 145:12
individual 22:2
inform 169:14
information 45:7,7 47:15 73:1,18 74:13,18,19 75:2 79:8 80:13,14 87:4,10 92:8,11 94:6,9 98:20 99:24 112:7 115:5 126:7 129:22 131:8,18,19 133:11 138:17 154:4
informed 163:11
infused 203:17
infusion 204:2
initial 28:9 50:12 50:14,22,24 51:4 51:8 52:20 102:22 160:24 221:24
initially 30:15
initiated 114:24
input 78:12 192:13 194:8
insert 64:14
insist 174:13
inspected 158:8
inspection 38:24 39:3 80:15,17,19 85:1 156:10,10,16 159:5,6,6,8,10 164:5 196:11,20 203:20 204:5 212:21
inspections 30:1 38:14 74:10 80:5 80:7,10 82:6

110:22 160:10
**instance** 32:19 88:21 99:1 117:24 125:7 163:9 185:21 196:23 200:11,16
**instances** 50:18 193:12,14
**instant** 225:3
**instruct** 25:7
**instructed** 185:14
**instructions** 133:23
**intended** 61:3 63:8
**intent** 164:19
**intention** 61:6
**interested** 169:13 225:7
**interim** 102:11
**interject** 168:19
**internal** 205:5
**interpret** 108:22
**interpretation** 110:23
**interrogatories** 120:16,20 224:14
**interrogatory** 181:11,15 182:1,5
**interrupt** 119:12
**interruption** 59:21
**intervene** 117:21
**introducing** 24:9
**invested** 113:3
**investigate** 205:18
**investigation** 199:5
**investment** 190:15
**invoke** 28:18
**involved** 51:18 96:11 111:18 137:4 151:20 165:11 187:1 202:23 203:14 205:13 212:6 214:16
**involvement** 95:23
**IRS** 6:17
**issue** 128:9
**issued** 55:16 110:17
**issues** 14:19 157:9 206:3,10 207:13 215:10,11,23
**item** 38:7,8,11 40:11 41:15,22 49:20 57:11 100:4 101:21 121:19 131:11,12 137:4 140:7,12 142:13 156:9 199:1 204:9 207:15
**items** 11:12 62:12 76:2,10 106:3 110:24 125:11 134:12 139:19 158:8 168:9 174:12 195:3 196:19,23 204:4 204:16,20 207:1

J

**Jackson** 2:12
**Jadranka** 17:5,23
**James** 30:15 52:3 181:19 217:17
**Janice** 34:18
**January** 106:23,24 123:24 127:20 152:8 173:8 184:21 201:5,15 201:20 202:6 217:21
**Jim** 37:16 81:2 109:16 170:20 176:2,14 178:14 202:22 213:19 216:16 217:13,17
**Joan** 1:9 3:3 4:2,6 4:13 13:2 77:23 107:15 128:18 179:15 182:2 223:9,16 224:7,11
**John** 114:3 170:8 217:11
**Johnson** 2:16 20:3 22:4
**join** 22:2
**Joseph** 2:16 22:4
**journal** 106:17
**JTL** 36:18 61:24 150:22 156:2 160:20 168:14 176:21 178:8 184:9 195:22 200:24 210:12 212:16
**Judge** 1:6 152:9 223:6
**judgment** 43:7
**Judith** 1:14 224:3 225:17
**July** 69:1,9,13 70:2 71:10,13,18,23 72:10 74:24 75:3 75:9 80:6 83:21 84:9,15 86:2 88:1 102:5 103:9
**June** 85:16 106:13 107:9 108:3 121:24 122:8,11 122:22 131:2,6,9 131:12,18 136:18 137:1,7,12 138:23 138:24 139:10 141:23 142:14 171:11 210:16 211:15
**jurisdiction** 10:8 31:17 41:9
**Justice** 2:6 155:2
**J-a-d-r-a-n-k-a** 17:24

K

**Kathy** 182:3
**keep** 8:20 28:14 61:17
**keeping** 28:3 57:16
**keeps** 57:23
**kept** 153:4 155:4,5
**key** 123:19
**Kiening** 1:9 3:3,8 4:2,6,13,14 10:22 18:16 24:18 29:11 36:15 37:5,5,22 38:6 56:20 59:6 60:22 61:7,12,14 62:2,6,7,9,12 67:9 74:24 77:23 85:20 90:5 97:3,22 107:15 113:22 119:5,5 128:18 129:9 149:9,14 150:24 151:1 152:15 156:4 160:1,17,22 168:11 169:21 176:18,23 178:5 178:18 179:15 182:2 183:5 184:5 184:12 195:18 196:8 197:8 208:1 210:9,15 211:5 212:12 218:24 219:7 220:20 223:9,16 224:7,11
**kin** 225:8
**kind** 12:19 14:4 23:3 48:5 80:3 86:15 103:15 133:4 155:11 219:19
**Kirkman** 210:21 210:22
**knew** 160:12
**know** 7:1 8:8 10:18 12:5,5,6,7,14,15 12:17,21,22 15:6 18:24 19:18 25:1 26:12 27:6,8,11 27:12,19 28:7,8 28:13 32:5,9,22 35:13 36:24 37:2 37:13,17 40:1 41:12,14,20 42:13 42:21 44:14,14 47:14 48:11,12 50:5,20 51:9,16 53:5 55:9 57:24 58:12 59:15 60:13 63:7,21,24 64:10 65:3,9 67:6 68:23 73:3,4,8 74:1 76:3 76:3,15 79:19 80:22 82:6,7 83:12 86:16,18 87:14,21 90:23 91:6,12 92:3 93:9 93:12 95:20 96:3 96:11 97:7 98:8 106:6,7 107:21 108:1 109:19 110:18 113:21 114:19 115:3,19 117:16 120:16 125:24 126:1,6,13 128:1 132:4,15,23 133:1,15,19,19,20 134:3,10 135:1 139:21 140:13 144:19,20 145:2 147:2,3,16,20 151:14,20 152:4 153:22 154:20 155:6,10 157:17 157:19,20 159:3,9 160:4,5,6,6 162:13 163:17,20 163:21 164:18 166:6 169:3,6,8 169:11 170:19 173:5,13 175:1,13 176:1,1,7 177:22 179:18,23,24 182:22 183:9,16 183:23 187:12,22 188:17 189:13 190:11,11 192:15

192:21 193:2
195:4 198:16
199:15 200:2
214:1,23,24
215:16,21 216:3,6
216:6,7,21 217:11
218:11 220:23
221:11,22 222:1,9
**knowing** 154:3
**knowledge** 14:21
76:9 138:8,21
203:23 213:9
**known** 64:3 79:21
186:8 193:15
**Krause** 201:18

L

**L** 2:7
**labeled** 219:12
**lack** 136:13
**Lakeview** 5:6,11,19
**LAN** 42:21 43:3,19
47:9,11,11
**large** 39:21 41:11
42:16 46:1 182:8
182:10
**largely** 139:18
**late** 16:12 23:14
40:24 43:16,19
159:16 174:20
175:2 195:9
201:15
**latest** 107:5,5
**laundry** 205:3
**lawsuit** 18:23 22:15
27:2,9 120:19
151:24 152:14
155:8
**lead** 22:20 32:16,20
179:19 198:17
217:4 218:2
**leader** 9:2,7 13:8
23:6 27:23 33:1
33:24 34:2 35:9
40:21 44:17 46:22
47:2 51:11 52:9
56:24 58:20 60:1
69:6 85:14,14
98:8 99:4 107:15
109:11 144:22,23
148:4 154:22
155:17 179:15
194:2 208:6,24
209:17 213:13,15
221:8
**leaders** 33:22
**learned** 191:17
**leave** 145:6
**led** 10:23 173:16
**left** 34:20 55:17
65:16 70:17 99:20
104:14 192:16
218:11 221:14,14
**left-hand** 72:22
**legal** 207:12,12
**length** 143:7
**Lepore** 1:14 224:3
225:17
**lesions** 10:23
**letter** 19:7 46:5
62:24 63:4 122:3
122:6 123:6 162:2
162:3 176:14,23
177:5,6,9,21
178:2,23 179:2,17
179:19 180:23
196:11,13,16,18
198:14,22 210:14
210:17 211:4,6,12
212:7,18,19 213:3
213:12
**letterings** 19:6
**letters** 97:6 209:5,6
**let's** 55:13 65:11
70:1 79:24 87:1
90:9 102:13
106:11 118:15
139:19 155:16
175:4 191:17
**Leulla** 210:21,22
**level** 13:17,17
20:23,24 144:10
144:11,16 145:10
145:12
**License** 225:19
**light** 204:22
**lighting** 157:20
**Lillian** 34:18
**LIMITED** 1:3
223:3
**line** 63:12,16 64:1
104:8 129:10
136:19 166:16,16
202:4
**lines** 107:11
**link** 66:6 82:5
103:24
**links** 67:2
**list** 20:8 33:7 49:20
65:18,19 66:8,12
66:20,22 67:15,22
67:22 69:16 70:2
72:5 73:21 74:13
74:19 99:19 100:7
123:12 134:22
151:2,5,8,9
153:10 154:2
158:8 204:9,20
**listed** 20:5 38:7
65:15 80:7 109:9
109:11 110:24
140:7 172:17
198:9 201:14
217:1
**listing** 47:18 48:10
48:14 56:20
**literally** 39:17,19
44:7 49:18 61:20
62:7 70:16
**little** 12:13 55:15
56:2 73:16 80:3
80:14,16 82:19
102:10 124:11
128:24 136:6
140:6 157:22
200:3
**live** 4:14,21
**lived** 4:19
**living** 165:2
**LLP** 2:2
**loan** 73:1 74:13,18
74:19 75:1 116:13
189:3 190:5 207:9
**loans** 74:14 116:14
190:12
**local** 30:6 47:12
**locate** 154:24
**located** 10:1,4
**location** 67:18
**LOCCS** 63:12,23
**lockbox** 127:4
**locks** 157:21
**log** 129:19,24 130:3
**long** 4:19 5:21 7:4
8:24 25:22 31:18
43:11,14 53:6
94:22,22 99:16
103:5
**longer** 12:5,8 51:13
121:9,10 128:24
209:19 215:12
**longer-term** 12:3
216:1
**long-term** 215:18
**look** 11:10,12 15:1
16:10,17,19 22:23
23:21 24:19 30:2
37:5 48:23 65:11
68:18 72:16 81:20
92:7 95:13,19
98:9,13,18 101:2
104:7 105:16,19
105:21 106:12
109:21 118:15
119:7 121:18
123:18 130:3
131:11 135:6
136:17 139:10
141:2 149:7 154:7
156:23 157:13,15
157:16 160:4
161:23 165:21
170:24 172:4
179:4 185:21
198:5
**looked** 13:20 15:2
16:7,20 19:8,11
20:6,12 21:10,12
21:12 23:1 26:20
66:22 118:18
121:14 140:24
143:1 144:6 147:6
147:24 148:2
151:9,14,15
153:19 154:3,6,12
154:21 161:12
199:15 220:24
221:1
**looking** 13:13
16:16 23:11,16
26:15,18 38:6
46:4 67:14,24
71:11,16 73:21
74:22 82:13 96:17
98:7 101:10 105:3
105:23 115:9,12
117:7 122:5 126:6
131:5 135:3 136:8
137:6 139:5 147:2
147:17 148:3
149:19 151:7
155:12 156:21,23
161:7 169:18
172:12 179:19
180:7 183:11
184:2 201:10,17
208:2 211:4
212:11 220:20
**looks** 63:17 91:8
94:21 97:4 106:15
128:17 170:7
171:3
**lot** 33:8 100:1,13
105:7 115:10
118:13 171:20

192:16
lots 130:17 157:18
lower 56:19 61:2 68:23 97:3 104:14 119:13
lunch 118:22
Lynford 27:21
L-O-C-C-S 63:23

M

mailbox 198:12
mailboxes 164:11 164:12 171:19 197:2,12,14,16,16 198:1,6,18 204:23
maintained 43:12
maintenance 215:11,23
Maisonet 216:7 217:14
major 157:20,22 158:1 163:10 216:1
making 43:6 59:18 60:3 167:5 173:18 174:4,7 208:20 215:6
male 34:16
Malone 201:22
man 195:1
manage 93:19
management 7:23 13:22,24 27:8 32:8,10 38:12 57:8 78:2,5,6 95:24 112:7,8,9 112:13,19 122:21 123:12 194:20 195:2 212:20
management's 123:8
manager 44:4 56:9 56:12 57:7,22 78:3,6,7 102:19 105:6,8,12 112:24 122:7 164:15 176:14,24 192:6,8 193:20,20,23 194:4 210:22 216:12,13
managers 8:17 112:18 191:23 192:1,3,7 193:1 193:16,16 202:18
manual 36:5 38:2
March 9:8 10:13 10:14 16:12 20:12 21:14 22:8,19 81:10 108:18 109:12,24 129:2,3 146:15,24 147:7 147:16,24 148:2 151:10,15 171:10 182:5 208:7,17,22 212:22 214:2
Margarita 216:7 217:14
Maria 2:11 33:20 33:20 172:3 217:22
Marilyn 175:7 180:4 181:7,18
mark 36:14 50:17 50:20 150:18 155:22 160:16 168:10 176:17 178:4 184:5 195:18 200:20 212:12
marked 3:8 36:17 60:22 61:12,23 129:7 150:21 151:1 156:1 160:19 168:13 176:20 178:7 184:8 195:21 200:23 210:11 212:15
Marlyn 35:19
Mary 4:13
Maryland 5:13
materials 19:16 22:19 26:10,20 40:6 120:4,22,24 121:14 146:17,21 146:22 148:17,20 154:13,14,18 169:9 211:15
matter 15:24 77:22 139:13 162:7
maximum 88:18
Mayfield 214:20
mean 12:6,7,7,11 15:14,16 28:8 30:9 32:1,6 38:11 39:13 44:7 45:21 53:16 56:6 57:7 57:12 71:14 75:1 75:13 83:5,11 84:12 88:3,23 105:8 120:10 121:3 124:2,3 126:7,9,10 128:18 131:13 133:6,18 134:2,16 137:12 152:1 155:20 160:4 164:18 166:5 180:5 184:16 187:6 189:13 196:21 215:14 217:8,18
meaning 40:2 46:11 79:5 119:19 149:12
means 39:11,14 50:6 53:17 57:13 71:1 74:2 75:6 78:13 79:3 88:4 108:23 124:5
meant 39:15 96:10
measures 206:13
medication 90:7
meet 25:4,22
meeting 17:8 51:6,9 52:20,23 53:1 54:6,24 69:24 114:5,8 131:15,20 137:23 171:9 177:15 203:9
meetings 14:16 52:18 102:18 171:11 181:17 202:6,10,15,15,17 202:24 203:2,13 221:23 222:1,5
meeting/call 51:5
Melody 34:19
memo 36:5
memory 11:20 12:3 12:17
mentioned 16:17 70:23 155:12 167:21 194:19
menu 103:12
Merritt 182:3
met 25:12,14,18,19 25:24 26:3 27:13 114:9 214:21 216:12
method 95:12
methodology 70:15
MFH 104:9 127:19 128:12 134:7
MFH's 128:14
middle 201:21
mid-June 122:17
mid-1999 102:9
million 88:13 89:3 89:7,18 90:1,2,3 97:12,15
Milwaukee 7:18
mind 36:22 62:3 159:17
mine 166:2
minor 157:22 158:1 158:11
Mintz 212:8
minute 14:21 75:23
minutes 11:9 12:21 20:5 143:21 150:7 218:23
MIO 23:4,7,11,14 55:23 56:3 112:5 112:7 117:16 123:22 124:5,14 125:5,23 194:24 195:1,6,13,15 196:10,18 199:9 199:17,20,24 207:24 208:1 209:1,2,7 212:20
MIOs 213:6
MIO-related 209:5
MIP 57:9
miscellaneous 9:11
mischaracterizes 116:20
missing 99:20 158:6 166:6
mission 28:11
misstapled 156:14
misstate 24:10 197:7,11
misstatement 99:9
misstates 197:4 208:12
mixed 133:13
mobility 7:13
modification 75:8
modifications 84:2
modified 74:24 75:2,5,6
modify 84:3,4,5
moment 90:10
money 126:2 127:4 127:16 173:17 189:8 190:9,10 192:22
monies 96:6
monitor 55:22 211:23
monitoring 55:7,7 55:12 56:3,17 117:16
month 124:12,19

146:20
**monthly** 205:3
**months** 7:12,15 185:23 186:14 192:23 222:2
**morning** 25:15,18 25:22
**mortgage** 7:13 189:22 190:5
**Mortgagee** 57:10
**mortgages** 74:14
**move** 79:24 112:23 173:11
**moved** 40:14 41:2
**moving** 132:4 173:10 182:18
**Mozdzierz** 33:12 34:1,3
**Multifamily** 15:16 19:13 30:17 31:21 33:17 36:7,11 39:12,16 41:16 42:9 44:4 49:6 51:14 52:18 54:19 54:21 55:11,19 56:3,12 78:4,8,14 78:16 91:24 93:24 96:8 102:1,20 109:18 110:6 111:16,23 117:14 117:15 127:22 128:4,8 133:3,20 134:11,12 141:16 141:20 142:4,10 167:10 187:9,12 191:10,21 193:24 194:3 200:12 202:11 207:22 209:20 210:24 211:7,16,24 214:8 216:4,11
**multiplied** 90:1
**multiply** 89:17
**multi-digit** 19:7
**multi-family's** 55:24
**multi-hour** 20:19
**M-o-z-d-z-i-e-r-z** 33:12

N

**N** 2:1 3:1
**name** 4:12 12:20 17:6,12,18,20,24 27:12 34:13,20,21 35:22 45:9 73:9 73:10,19 78:2 128:18 158:21 193:7,8 214:22 219:7
**named** 214:20
**names** 12:15,15 33:7,8 102:24 182:7 192:6
**narrative** 13:19 15:22 16:8 21:7,8 59:13,14,19 72:23 73:5,6 74:11,12 77:4,5,6 101:7,9 101:11,14 102:4,6 102:12,17,21 103:1,16 105:11 105:18,24 106:2,9 115:15 131:24 133:11 141:4,5,7 141:8,17 142:20 142:21,22 143:2,3 143:10,13 144:2,5 144:9,15,18 145:3
**narratives** 21:8 100:5,10,12,12,13 101:4,10,12,15,17 102:2
**national** 14:3
**nationwide** 10:6,9 10:10 216:18,19
**nature** 39:5 62:4 159:9
**necessarily** 32:18 98:22 126:9 145:3 203:5
**need** 15:13 90:5,7 142:8 148:18 150:10
**needed** 43:8 125:6 153:24 158:17 174:8 195:3 200:4
**needs** 216:1
**Needy** 114:21
**negative** 75:23
**neighborhoods** 87:1
**network** 47:12
**never** 65:10 103:14 156:11
**new** 9:4,5 14:4,8,18 22:1 43:22 44:2,4 44:7 49:7 57:14 69:19 75:14 107:22 190:3 205:22 206:4 207:8,9
**nightly** 94:17
**nine** 53:15 130:19 130:20,20,20 132:5,5 136:10 172:13
**non-filer** 145:16
**non-renewal** 186:10
**non-working** 163:11
**Notary** 1:15 223:21 224:4 225:11,17
**note** 20:10 111:6 126:2 161:23 196:6
**noted** 26:18 59:8,9 82:1 93:1 117:2 174:16 197:9
**notes** 15:23 20:7 22:7,11 59:14,19 60:3,7,10,11,13 65:23 102:18,21 110:20 111:6 137:7,22 161:17 161:17,19 166:13 194:20
**notice** 4:2
**noticed** 18:24 196:24
**noticing** 217:20
**November** 132:12 132:16,19 133:8 139:11
**number** 18:23 19:7 19:9 36:1 37:6 39:9 45:10,12 61:11,15,16,20 62:19,23,23 63:1 71:17 72:20 73:10 73:19 78:13 79:3 79:14 87:11,12 89:17 91:8 97:14 97:15 102:10 119:8,23 120:20 130:11,14 146:3,7 152:8 157:4 162:4 168:20 169:19 183:10 184:3 198:13 209:4 211:5 220:24
**numbered** 36:20 153:10
**numbers** 38:8 61:1 119:11 120:7 131:13 136:8
**numerous** 149:21
**N.W** 2:7

O

**oath** 223:10
**object** 23:22 129:23
**objection** 25:10 116:20 117:1,11 164:16 181:2 182:20 185:4,9,13 187:20 188:12 197:4 208:12 209:9 211:17
**obligations** 149:5 150:5
**observations** 180:23
**observing** 202:13
**obtain** 189:16 190:8
**obtained** 36:21 58:10 63:5 168:23
**obtaining** 190:20
**obvious** 179:10 180:13,19 190:17
**obviously** 148:22 149:18 161:4 162:9,16 169:1
**occasion** 167:22
**occasions** 149:22 152:8
**occupancy** 32:10 78:13 141:5,10
**occupied** 78:14
**occurred** 138:18
**October** 105:22 108:10 125:13 135:7 139:8 143:20,22 145:7 186:4
**offer** 188:10 189:15
**offered** 185:17
**office** 7:5,10,14,18 7:19,21 9:9,13 10:5 26:7,8 29:23 30:7,12,18 40:15 96:4,7,8,9 110:6 112:5 149:1 155:2 155:5 170:9 181:20,22,23 191:19 201:6,7 207:22,23 214:12 216:15 217:5,5,24
**offices** 14:10 51:9 191:15
**official** 225:10
**offset** 116:13 207:9
**oh** 8:8 12:2,21

29:10 31:23 35:13 97:9 99:21 102:3 162:8 190:16 193:22 197:20 216:20 219:21
**okay** 29:15 33:19 49:23 60:1 72:11 72:12 89:9 98:5 118:23 125:3 130:13 139:23 150:6,8 152:19 175:5 182:22 197:22 198:2 209:3
**old** 75:15
**once** 142:7 149:16 192:12 212:5
**ones** 13:19,20 74:7 76:6,7 139:16 146:3,6
**ongoing** 179:12 180:18
**online** 15:1,4 19:21 48:23 120:7,24
**open** 7:20 120:6
**opened** 7:11
**opening** 7:20
**operable** 158:5
**operating** 194:21
**operation** 20:20 112:8,9,10,19
**operational** 215:23
**operations** 9:17 30:24 35:19 78:10 112:14 175:14 181:18
**opinions** 189:16
**opportunity** 188:10
**opposed** 10:7 47:18 48:23 75:13 144:10 217:13
**optimistic** 54:15
**option** 139:22
**oral** 224:14
**order** 8:19 15:9 58:10 61:18,19 73:4 98:19 121:6 127:11 139:21 140:6,14 159:20 166:24 203:19
**ordering** 40:5
**orders** 39:9 49:21 49:23 198:15
**ordinarily** 203:4
**organization** 136:13,13
**origin** 168:22
**outcome** 54:24
**outlined** 110:4,15 207:20
**outset** 6:11 193:21
**outside** 50:8 121:15
**outstanding** 74:15
**outstationed** 9:16 10:2
**overview** 62:3
**owner** 54:15 57:7 57:14,15,22 58:11 79:5,14 91:17,18 102:20 112:24 113:3,9 114:2,5,8 114:12 118:10 121:21 125:22 127:9,11,15 162:3 163:12,16,19 164:14,22 165:10 165:16 167:10 173:17 174:13 189:6,7 190:20 192:12 195:1 200:3 202:23 203:2,17 204:3 205:22,24 206:23
**owners** 28:3,13,20 29:7 116:4,14 124:18 125:12 190:8 202:18 206:2,10,13 207:3
**ownership** 79:23 100:15
**owner's** 58:8 125:22 162:2 164:19 189:11,16 203:3
**o'clock** 150:9

P

**P** 2:1,1
**package** 62:17 63:11
**pads** 196:6
**page** 61:20,21 62:7 63:12 64:14 65:2 65:11,12,14 67:24 68:19 71:5,6 72:24 73:13,14,15 74:21,22 75:1 88:16 90:21,22 94:7,10,16,24 95:5 96:13,17 97:12,16 100:21 106:12 107:11 109:5,7 110:2 115:9 119:24 121:4,19 122:3,6 123:7,11 125:16 126:20 128:11 130:23 132:4,5,8 132:10 133:4 134:7 136:17,19 136:23 137:5 139:9 140:20 141:8 156:8 161:7 161:20 165:21 172:12 178:18 184:17 185:22,22 185:23 198:5,7 201:17 203:16 204:1,12 205:7 206:20 207:15
**pages** 18:17,17 22:19 45:12 60:23 61:11,15 64:8,19 71:9,11 82:13 104:7,9,22 105:2 105:11,21 121:19 123:11 127:18 129:7 130:4,7,18 130:21 137:7 139:8,15 140:1 141:1,21 142:6,16 143:9 165:22 170:13,14 172:18 178:11,22 184:22 185:1 201:10 223:11
**page-by-page** 19:22,24
**paid** 88:15
**pants** 12:19,20
**paper** 37:13 39:17 40:12,13 41:1 48:21,24 49:3,4 49:15 61:8 146:23 154:17,23 155:4
**papers** 15:1,2 16:17 18:15 39:21 41:4,8 42:10 47:7 70:7 72:11 139:2 146:10 151:2 153:4,16 186:21 192:10,11
**paperwork** 49:7,8 50:7 193:4
**paragraph** 179:5 180:7 206:1,20
**paralegal** 18:4,4
**Park** 4:22,22 5:1
**parking** 157:18
**part** 40:15 55:17 58:5 63:22 79:13 79:14 98:21 113:1 122:5 128:3 135:10 136:15 171:2 174:3,3 183:5 184:12
**partially** 160:4
**participant** 58:15 215:16
**participants** 79:17 79:18
**participate** 151:22 155:14 188:4 189:10 208:20
**participating** 218:1
**participation** 57:20 64:15
**particular** 15:24 26:10 46:5 47:8 53:9 58:11 59:10 61:9 66:17,18 67:19 68:20,24 69:3,9 74:23 75:1 75:17 88:15 94:19 97:19 102:16 104:22 119:19 121:20 122:16 130:18 139:7 148:19 157:8 169:10 184:20 188:17 189:20 199:1,5 200:15 203:12,15 204:7 205:11 220:12 221:14
**particularly** 26:18 26:22 44:16 78:10 163:3 165:1,2 170:13 196:24
**parties** 4:3 225:9
**PARTNERSHIP** 1:3 223:4
**pass** 87:1
**passed** 213:13
**passing** 189:10,13
**password** 15:8 44:22
**Patrice** 33:21 52:6 106:18 107:16 108:13 172:2,3 182:3 218:9
**Patricia** 218:10,11
**Paul** 2:7 219:7
**pay** 189:8
**payment** 96:6

190:4
**payments** 93:19
**payroll** 9:9,17,24 10:1,4
**pays** 79:13
**PD** 87:18
**people** 10:3 15:16 31:21 33:7,10 34:6,8,22 35:17 48:19 49:1,2 59:18 71:1 72:5 76:22 95:24 96:5 109:8 111:24 114:9 118:11 133:13 137:16 165:4,7 171:20 172:13,17,22 202:11,17 206:14 214:11 217:1
**percent** 149:22
**performance** 55:8 66:3,24
**period** 8:12 14:12 33:3 46:22 56:13 56:22 69:4 113:4 144:2
**permitted** 121:11
**person** 74:6 76:18 77:9,10 82:22 121:7,14 175:18 211:14 212:8
**personal** 12:11 118:10
**personally** 27:18 155:21 211:3
**personnel** 7:21 8:21 15:24 78:3 215:21
**pertain** 91:5
**pertained** 67:17 79:19
**pertaining** 1:12 140:2 184:1
**pertains** 90:23 91:12
**pertinent** 148:3
**Peter** 2:2 10:21 34:19 149:8 218:22
**phased** 51:16,18
**phone** 51:10 150:7
**phrase** 215:6
**phrases** 215:4
**physical** 37:12 38:13 39:4,5 48:5 79:24 80:1,2,4,6 80:10 81:7 82:1,5 85:6 100:17 113:10 158:16 159:18 164:5 167:2 203:19 204:1 206:22
**physically** 39:13 40:14
**pick** 81:18
**picked** 68:15
**Picture** 219:12
**piece** 39:17 62:22
**pile** 143:3
**Pinnacle** 49:24 50:8 80:24 122:20 158:20,24 159:1,4 159:12,23 160:24
**place** 4:17 40:17 59:10 103:8,14 117:6 125:13 129:4 134:5 167:7 168:4 200:16 202:19,20 206:4 220:13 221:16 223:12 224:18
**places** 101:16 153:3
**Plaintiff** 1:4,10 2:5 223:5 224:7
**plaintiffs** 153:13
**plaintiff's** 169:5
**plan** 53:18,18,21 54:11,18,20,21 55:12,15 58:5 69:21,23 85:13,17 104:9 112:14 117:16,17,18 123:22 124:5,14 125:5,23 127:2,3 127:7,8,13 133:3 134:8,11,12,16,17 134:18,19,21,22 134:23 168:4,8 170:24 171:3,6,9 172:14,23,24 173:3,8,11 174:4 194:21,24 195:1 195:13,15 196:10 196:19 199:9,17 199:20,24 200:7 200:13,16 209:8 212:20
**plans** 54:3 102:11 112:19 194:21 195:7
**please** 4:4,12,16 22:3 24:1 29:21 33:19 34:13 36:14 37:5,9 60:15 62:16 104:7 119:5 121:18 128:11 136:17 150:19 155:22 156:5 160:16,23 161:24 165:21 168:10,17 169:24 170:24 176:17 178:4 179:4,6 195:17,18 196:1,9 198:6 200:20 201:2 204:20 205:7 212:12,18
**pleased** 179:10
**plumbing** 205:6
**plus** 49:9 207:8
**pocket** 190:13
**point** 10:21 23:18 24:7,11 31:17 36:10,23 48:22 49:12 54:13 69:20 70:12 80:11 82:3 87:23 89:21 99:5 99:7,12 101:12 106:10 114:6 115:20 141:3 157:10 161:16 166:6 169:12,16 169:20 172:16 185:13 186:11 201:24 209:18,24 211:10 213:14 220:6,10,17 222:12
**Pointe** 15:15 23:6,7 23:18 34:23 35:3 35:8 40:23 41:1 41:19 42:11 43:15 43:17 45:3,21 51:2,18 52:4,21 53:12 54:4 55:13 55:18 56:11,22 58:19,24 59:6,17 60:4,7 69:4 70:13 72:6 75:9 78:19 85:10 94:23 95:1 95:10 96:21 99:9 99:14 110:8 111:14 112:15 114:10 121:1 122:7,17 123:2,7 129:5 135:8,13 140:2 143:2,11,16 143:17,19 148:7 151:4 153:4,16 155:7,13,17,19 161:1 167:14 171:4 172:24 173:4 175:22 176:5 177:1,18 179:22 180:8 181:14 182:8,19 183:1,8 188:22 190:2 192:9 193:20,23 195:9 195:13 197:1,1,12 199:9,21 201:5 203:10 206:6 208:10,17 209:15 209:18 210:3,6 211:2,15 213:6,22 214:4,8,15 215:2 215:19 220:22 221:7,17,19 222:7
**pointed** 24:13
**points** 157:4 183:10
**police** 165:8 205:17
**policy** 212:1
**Pollack** 213:19 217:17,17
**poor** 206:22
**portion** 76:18 82:24 119:14 125:22 155:17 205:11
**portions** 162:4
**position** 7:13,16 8:20,24 9:2 10:13 35:1
**positive** 48:6,12,13 50:3 54:5 70:5 88:6 104:6 159:2 216:23 221:22
**possession** 57:10
**possible** 46:24 54:14 56:21 80:23 125:4 157:4
**potential** 85:4 91:7 91:9 179:11 180:15
**potentially** 188:8
**preaction** 127:3 134:18,22
**preapplication** 131:15,20
**preceded** 105:2
**precisely** 46:4 160:12
**preferably** 137:22
**preliminary** 102:23
**preparation** 22:23


KRUSE & ASSOCIATES, LTD.
312-345-1500

26:11
**prepare** 12:24 14:23 25:5 42:1 50:14,22,23 147:18 192:10,11
**prepared** 8:16 37:13 81:1 85:13 85:17 191:23 201:8 221:12
**prepares** 50:12 53:4,15
**preparing** 214:5
**prescribe** 54:17
**prescribed** 35:24
**prescription** 53:15 53:21 55:7
**present** 2:15 107:14 181:15 202:23 222:5
**presented** 23:7 200:17 209:1
**preserving** 185:13
**presumably** 41:1 54:10 68:12 81:11 92:23 108:7 120:4
**pretty** 11:3 38:10 42:15 166:14
**previous** 20:13 57:20 64:15 68:2 68:16 117:11 139:16
**previously** 37:7 149:10 153:12 219:10 221:2
**principal** 189:22 190:4
**print** 16:14 47:15 70:1,17 108:9 129:14 136:10 153:23
**printed** 16:21,21 17:1 18:9,13 19:16 69:1,3,9,12 69:15,16 70:3,8 70:18 71:10,18 72:11,24 81:2 102:5 104:23 105:23 108:10 119:20,20 135:4 139:19,24 151:12 153:20,22 154:15 184:20 185:1
**printing** 70:2 71:12 71:23 135:20 142:12
**printout** 94:18 139:7
**printouts** 18:20,21 19:8 135:23
**prints** 65:1
**prior** 20:17 109:21 116:21 191:13 197:4 208:12
**private** 159:12,13
**privilege** 129:19,24
**probably** 18:17 20:16,17 23:14,15 38:24 43:21 46:2 46:10 52:16 60:23 61:16 72:1 89:13 95:17 105:7 107:7 107:18 126:14 135:2 150:12 184:16 186:9 200:2 210:18 218:16 222:3
**problem** 13:16 20:11,23 76:14,17 76:19 77:7,10,16 82:9,11,12,14,15 82:16,18 83:2,4 83:11,18,18,22 86:3 100:19,20 101:24 103:20,21 104:11 105:5,14 115:10,12,13,14 115:16 133:2 136:3,16 141:13 141:15 142:9,11 162:20,23 163:3 164:22 172:4 208:10
**problems** 14:7,18 39:4 112:18,20 117:22 123:3,9 136:3 157:14,18 158:9 160:14 163:10 164:13,14 165:7 166:17 167:2,5,6,11 172:5 189:20
**procedural** 221:6
**procedure** 1:11 35:24 40:17 42:12 46:20 137:15,16 221:19 224:22
**procedures** 38:2,5 47:6 222:6
**proceedings** 60:18 86:8 119:2 150:16 191:3 219:3
**process** 36:2 37:23 47:2 57:24 84:21 102:11 128:3 130:3 174:10 187:7,11,12,15 191:20 192:19 206:24 219:12,16
**prod** 29:7
**produce** 151:23
**produced** 18:23 60:24 63:5 136:12 149:13,23 151:3 151:16,17,19 152:6,10,11 153:12 154:8,19 154:21 168:21,24 169:11,12,14,20
**production** 61:1
**productive** 129:8
**program** 7:23 8:7 87:6,15 91:2 114:16,24 115:2 165:16 167:7 179:11 180:13 191:15 193:9 206:5,17,19
**programers** 14:6
**programs** 179:12 180:15
**progress** 15:23 55:12,22 56:10 110:3,7 111:13 176:5,11 179:12 180:18 207:19
**project** 23:6,19 32:24 42:16 43:9 43:24,24 44:4 47:8 54:8,16,18 56:9,12 58:2 73:19,19 76:11,13 79:21 86:8,11,13 86:20 91:17 102:19 105:6,8,12 111:14 112:23,24 113:10 114:6,6,7 114:24 117:9 118:4,11 125:17 126:3 132:20 148:7 155:18 158:17 159:15 165:11 166:22 171:12 173:18 176:11 177:18 178:3 188:3,7 192:6,7,8 193:1 193:16,20,23 194:4 202:13,18 203:12,17 210:22 210:23 211:2,16 211:23,24 212:6 213:9 216:12,13
**projects** 10:9,10 29:1,3 135:8 216:1
**promptly** 39:6 137:18
**pronounce** 18:1
**proper** 24:17 117:1
**properties** 28:4,14 28:16,20 29:8 50:1,1 57:14,16 112:18 144:12 170:10,12
**property** 13:16 15:9,10,13,18,19 20:8,10,22 31:11 31:15,20,23 32:2 32:3,12,21 35:8 35:23 36:2 38:17 38:23 39:5,12,16 45:10 50:15,16 51:8 56:10 58:13 58:14 69:19 71:2 71:6 72:2,4,13,15 73:10 74:4,5,15 78:2,5,5,6 80:3,21 82:17,18,24 83:5 83:9,10,14,16,19 86:4 87:4,19 99:18,21,22 100:3 100:5,9 101:3,9 105:7 106:4 107:19 113:4,11 118:2 122:7 133:15,18 139:4 142:9 144:10,13 144:16 145:9 159:18 160:14 163:3 164:6,7 165:17 167:22 168:1 173:20 174:8,19 177:17 177:24 189:20 195:4 203:18 205:18,21 206:2,4 206:9,21 215:7 219:17
**protection** 158:6 205:1
**protocol** 36:3,4,7,8 43:13 56:1 220:4 220:8,9,13,21
**protocols** 220:1
**prove** 163:22 212:5