**provide** 99:24
**provisions** 209:7
**public** 1:15 92:5 120:6 223:21 224:4 225:11,17
**punched** 164:11 171:20
**punched-out** 197:14,16
**purportedly** 151:3
**purports** 108:9
**purpose** 28:18 45:14 93:18 117:20,21 160:9 160:11 194:24
**pursuant** 1:10,11 4:2 224:21
**pursue** 55:1
**pursued** 167:13
**pushed** 67:15
**put** 24:15 31:11 42:2 43:18 47:22 47:23 48:4 54:18 57:13 58:4,8,11 58:13 69:21 70:4 76:13 77:11 82:22 83:3,11 84:8,14 84:14,15 100:14 101:18 102:17,20 102:22 103:3 106:20,21,23,24 106:24 107:2,7,18 107:23,24 113:9 113:21 115:17,20 115:21,22 120:19 128:19 133:14 134:12 138:16 144:19 145:4 173:17 189:6 190:9,10 199:9 206:13
**puts** 139:1 195:2
**putting** 130:3 206:4
**P.M** 177:18

**Q**

**qualify** 12:9
**question** 12:10 13:3 17:19,22 18:11 23:23 24:1,9,16 25:8 29:14 30:11 50:17,20 58:22 59:23 67:12 71:21 75:11 98:4 117:4 117:7,12 145:21 152:21 169:15 181:3 185:11,19
**questioned** 148:16
**questions** 24:13 29:13 46:21 62:5 67:11 70:20 72:9 120:18,21 152:16 157:11 181:13 191:7 219:9 220:16 224:16
**quick** 59:24 62:3 100:3 146:2 172:4 190:24
**quite** 30:3 47:20 55:9 71:9 89:14 89:23 141:20 168:1 182:4 198:17

**R**

**R** 2:1,7
**raises** 75:11
**Randolph** 1:16 2:3
**range** 7:3 18:18 104:6 172:13 216:23
**ranking** 33:10 34:6
**ranks** 8:3
**rates** 91:19,20,23
**RCX** 3:2
**RDX** 3:2
**REAC** 30:1 38:11 39:1,6 46:12,15 46:16 47:16,19,23 48:4 67:8 74:10 80:15,17,19 81:9 81:12,14,18,22 82:5 84:20,24 110:4,15,16,21,22 111:1,3,4,9 122:13 155:18 156:9,10,11 157:8 157:14,15 158:2 158:19,23 159:20 160:2,3 196:10,20 203:20 204:4,15 207:20 212:21,22 213:1
**read** 11:19,23 16:2 29:24 156:19,21 161:15,16,24 166:4 179:5 183:5 196:13 204:20 223:10 224:23 225:4
**readily** 120:22
**reading** 11:18 29:24 89:2 131:7 131:16 182:4 189:2 196:15 225:1
**ready** 69:23,24
**real** 13:22,24,24 38:12,12,15 129:22 146:1 159:10 176:5
**really** 23:17 32:22 41:12,14 46:17 48:2,12 50:10 51:20 53:5,7 55:9 57:24 58:12,16 63:7 72:17 73:8 76:3 83:12 90:24 96:11 110:9 115:19 122:19 125:24 127:4 133:14,15,19,20 145:1 147:1 148:8 159:3,13 163:20 165:20 166:18 169:10 175:3 176:7 177:6,16,20 180:1,17 182:22 188:6 191:8 193:8 196:17 202:9,14 203:1 208:18 216:6 220:15
**Realty** 122:20
**reason** 12:12 25:9 61:7 110:10,12 120:15 122:16 138:22 140:13 163:18 225:5
**reasonably** 137:18
**reasons** 165:14 190:3,17
**recall** 11:1,4,19 19:9 23:16,17 35:16 37:1 52:20 52:24 53:2 56:21 58:14,15,16,21 60:3,5,6,8 85:20 95:7 111:22 113:6 114:5,9,23 115:1 146:22 147:4,9,11 148:5 152:12 153:15 163:24 164:1,1,4 165:19 168:3,7 174:20 180:2,9 182:7 183:19 189:19,23 190:2 193:12,14 196:15,17,18 199:15 202:6,9,24 203:7,9,12,13,14 206:9 208:19 209:6 210:18 211:1,3 213:3,12 220:12,15 221:19 222:6
**recapitulates** 116:9
**receive** 29:17 155:18 156:16 170:21 208:21
**received** 61:5 66:2 66:16 112:6 118:12 122:12 123:23 124:5 125:1,5,7 146:24 158:14,20 162:3 176:24 177:5,9 201:19 207:24
**receives** 42:20
**receiving** 54:14 115:5 209:6 213:3
**recess** 191:6
**recipients** 114:17
**recognize** 158:21 177:12 178:10
**recollect** 38:4 46:17 48:5,6 57:3,5 73:9 86:19 110:9 113:7 113:23,24 116:16 118:13 195:11 196:22 205:20 209:11
**recollection** 41:7 50:3 55:10 56:5 56:14,15 58:17 60:9 69:8,11,15 71:12,15,22 79:18 84:24 90:19 91:3 97:23 109:21 113:20 115:21 122:19 127:24 159:1,4 167:24 171:5 173:23 177:19 186:2 189:9 191:22 205:19 210:1 212:11 221:3
**recommend** 58:4
**recommendation** 50:12,14,23,24 53:5
**recommendations** 207:18
**recommended** 207:17
**recommending**

186:10,15,18
record 10:22 22:1,3 24:17 29:13 36:20 58:8 67:12 90:6,9 90:12 99:2 117:2 149:9 150:11 153:9 185:13 219:9 224:16
recorded 24:17 36:4 84:9
records 72:24 73:5 73:6 74:11 102:4 102:6 103:17 105:18,24 106:2 106:10 131:23 146:23 147:6 148:16 151:4,23 152:12 155:7 194:7
recover 120:24
recovered 13:18 21:4 125:17,17 126:22,22 127:1,6 145:14
recoveries 21:3
rectify 117:22
redirect 218:23 220:18
redraft 178:23 179:1
reduced 224:9
refer 17:8 36:11 39:10 41:23 49:22 50:11 51:5 53:3 57:9 70:21,24 75:5 85:14 86:12 87:2 88:8 89:9 90:15 110:16 111:9 113:18
reference 74:14 79:7 97:5 134:7 134:15 135:6 199:17
referenced 63:4
references 123:14
171:10 183:12 194:20
referral 13:16 20:8 20:23 37:11,12 38:19 39:7 50:15 50:16 103:24 104:2 106:4 116:18 121:21 122:8 123:20 125:12 142:9 143:22 144:10,14 144:14,18,20,20 145:7,9,18 146:3 146:7,11,18,23 147:5,10 148:1,6 148:19 149:20 153:12,16,21 209:19
referrals 103:22 135:7,11,12 143:21 144:12,13
referred 31:13,14 31:15 32:3,13,21 35:23 38:24 40:23 43:16 44:12 49:15 69:5 88:15 90:14 111:15 135:9,13 170:11 188:3,7 205:9 219:17 221:7 224:18
referring 11:17 17:15 55:3 85:6,7 96:2 109:7 153:10 153:11 161:2 172:20 184:21
refers 40:11 57:6 57:18 74:1 79:17 97:7 99:21 108:14 112:7 113:20 125:16 134:10 181:16
refinancing 215:18
refinancings 216:5
reflect 37:23 123:6 123:7 128:14
180:24
reflected 59:2 87:7 94:16 118:17 203:4,6
reflects 180:23
refresh 71:11,14 171:5 173:23 186:2 221:3
refreshes 71:21 212:11
Refunds 21:2
refusing 196:3
regime 154:22
registration 57:19
regulations 28:17
rehab 205:2
rehabilitation 179:13 180:19
relate 170:14
related 78:3 89:16 93:11
relationship 27:20 86:20 89:19,21 158:23
relatively 38:9
reliability 98:16
reliable 98:12
remain 40:17
remainder 207:1
remained 31:18
remaining 31:20 116:13 207:9
remediation 158:17
remember 7:24 11:14,24 12:7,12 12:14,15 23:2,9 23:11 34:21 35:21 45:8,13 46:18 48:2 50:10 51:20 53:7,23 55:10 71:24 79:10 80:13 99:1 106:8 110:7 110:19 114:4,7,8 115:5 117:5 141:6 144:5 147:1,2,12
147:13 148:8 155:20 159:7,14 160:2,3,5 163:20 164:8,9 166:19 168:1,2,6 170:23 171:17,18 173:13 174:23 175:3,7,9 175:11 176:3,8,12 176:16 177:2,6,8 177:10,15 178:1 179:18 180:1,5,11 180:14,17,21 181:8 183:2,3,14 186:5,12 187:3,6 188:6 189:2,18 190:13 193:7,8,11 196:21 197:17 199:7,11,19 202:2 202:15,16 206:11 206:12,18,19 208:23 212:1 215:20 217:9
remembering 11:8
remind 13:3 67:10 171:11 172:5
reminds 171:13
removed 195:24 196:4 204:23
REMS 9:10 10:8 13:11,12,14,15,22 14:3,5,7,7,19 15:1 15:6,8,17 18:12 18:19,20,21 19:8 19:11 21:16 22:19 26:11 40:3,4,4,6 45:9,18,22 59:2,8 59:11 61:4,10 62:11,13,16 63:8 63:18 64:20,24 65:2,6,7,8,13,14 69:12,17 70:8,13 71:3,3,12,18 74:3 75:7,9,12 81:17 82:1,4 92:8 93:3 93:16 94:7,10
95:4 98:21 99:3,9 100:2,14 103:11 106:6 119:7 121:1 121:17 122:5 131:23 132:20,21 134:4,21 137:9,17 137:24 138:17 141:10 148:15 152:5,9 153:5 154:5,10,13 156:8 183:11 184:14,17 184:19 185:1 194:20 199:14 203:4,6,9 208:21 221:1,3
renew 192:23 193:2
renewal 91:1 92:2 139:22 184:1 187:1,7,16,18 188:5,9,19 191:7 191:19 192:10,11 215:18
renewals 140:5 191:24 192:20
renewal-related 90:22
renewed 89:22,23 183:20,22 185:2 186:3,7 187:5 188:18 193:13
renewing 193:17
rent 79:7 91:7,9,23 93:11,12
rental 79:10 91:19 91:19
rented 78:20,20
rents 91:16
reorganization 8:19
rep 203:3
repaid 189:22
repair 163:6 204:4
repaired 195:3,5 204:24 205:2,3,4 205:5

**repairs** 113:17 114:13 116:5,6,15 126:3 127:12 173:18 188:24 189:4,8 199:6 204:8 205:5 206:23 207:3,5
**repeat** 72:8 185:19
**repeated** 206:21
**repeatedly** 148:14 148:16
**replace** 163:7
**replaced** 162:1,5 163:13,15,19 198:20 204:22,23 204:24 205:1,1,5
**replacement** 198:12
**report** 13:18 21:6 31:2 35:15 39:6 46:12 47:23 48:4 55:20 80:24 81:12 81:14,18,22 84:20 85:1 103:11,13 108:21,23 109:12 109:15,19 110:4 110:16,16,21 111:1,3,4,10,12 111:24 115:13,22 116:18 117:8 118:18,18 122:13 122:17,22 127:19 127:22 128:4,8,13 129:2 134:20 143:6 145:4,5,15 155:18 156:17,19 156:22 157:8,14 157:16 158:7,14 158:15,20,20,24 158:24 159:1,21 159:22 160:2,3,24 161:1,3,11,12 166:13 167:18 168:9,19 172:8 173:7,16,24 174:1 174:1,17 186:13 198:24,24 201:4 202:7 205:8,8 206:2 207:4,20 217:2,6,21
**reported** 31:8 35:20 98:21 179:24 217:10 224:8
**reporter** 1:14 29:13 60:21 224:4
**reporting** 30:5 31:5
**reports** 21:5 30:3 46:15 47:16 81:9 86:21 99:9 102:22 102:22 103:7 106:5 123:2 217:7 218:4
**representation** 150:2
**represented** 152:7
**represents** 50:21
**request** 39:11 152:13,23
**requested** 154:19 154:20 169:9
**required** 47:7 127:10
**reservation** 98:15
**reserved** 222:15
**reside** 43:3
**residence** 86:24
**residents** 114:16 115:3 206:6
**resolution** 167:18 173:12,15 201:4
**resolved** 167:6,7,11
**respect** 14:3 32:12 41:19 42:11 51:2 51:24 52:4 53:12 56:22 58:19 69:19 72:6 94:5,23 167:14 203:8 210:2 214:17 220:21 222:7
**respectively** 125:14
**respond** 181:3 187:21 197:5
**responded** 197:8
**responding** 98:4 122:8
**response** 97:23 152:13,22 177:21 178:2,19 185:18
**responses** 120:21
**responsibilities** 14:2 32:7,9 34:23 55:17 96:1 213:5
**responsibility** 35:12 41:4 55:24 96:5 130:15 166:21 167:4,9 211:23
**responsible** 13:21 42:2 78:9 91:22 93:22 100:9 126:8 174:6 215:5,22 216:4
**rest** 64:24 179:9 198:23
**restate** 117:10 154:11
**result** 47:24 112:1 126:23 127:1,6
**results** 46:1 81:12 94:15
**retained** 3:16
**retired** 9:12 10:15 10:16 16:11
**retirement** 10:19 10:24 11:11
**return** 41:22 42:9 110:5 128:22 207:21
**returned** 111:15 129:5 135:16 173:21 211:24 212:3
**reveal** 13:3 25:12 152:16
**revealed** 204:14
**reverse** 140:14
**review** 21:16 26:10 26:12 107:17 135:22 159:2 189:15 195:9,12 214:14
**reviewed** 107:16 111:24 123:24 124:3,6,6,7 125:1 125:8 149:11 158:15 166:13 195:6
**reviewing** 195:11 213:6 221:4
**reviews** 32:10
**revise** 200:6
**revising** 200:13
**right** 7:4 8:13 10:2 10:20 11:23 16:11 17:3,13,18 18:8 21:15,18,23 23:8 25:21 29:3,4,6 30:14,16,19,22 31:7,12 33:15 34:5,7 35:20 38:21 40:10 43:20 44:20 45:1 46:3 46:23 48:16 51:4 58:14 59:1 62:23 63:19 64:4 66:12 67:4,18 68:4 69:1 70:13,14 73:20,21 75:10 77:2,24 78:1,3,11,21 81:13,17 83:15,15 83:19,20,23 86:11 87:23 88:2,22 89:2 92:18 96:23 97:3,16 106:19 108:7,8,19 109:6 109:16 111:16 112:23 114:13 115:7 116:10 117:9 118:9,15 121:12 122:23 124:19 125:15 127:13,16 128:5 131:3,16 132:6,16 133:2,7 137:13 140:3,18,21 141:14 146:12 147:18,22 149:15 154:10 155:5 156:15 157:11 158:12,17 159:23 161:5,9 162:20,24 163:7 165:15 166:22 167:8,16 167:19 170:14 172:21 173:10,11 174:10,11 175:16 182:18,19 183:15 184:18,19,23 186:8,16 188:2,15 190:18,22 197:15 197:16 198:3,16 200:8,10 201:15 201:20,21 202:4 204:18 205:9,14 207:1,10 208:2,11 210:1 218:18
**right-hand** 56:19 59:5 61:2 68:24 119:13
**River** 4:15,17
**role** 31:21 32:2 82:21 121:9 126:11 217:3,22 217:23 218:13 221:14
**roles** 71:4 72:5 216:9
**Room** 2:12
**rough** 123:19
**roughly** 8:4
**route** 118:1,5
**routes** 118:1
**Rule** 149:5 150:1 224:21

**rules** 1:11 47:6 150:5 206:4,14 224:21
**run** 119:11,12
**running** 141:20
**runs** 105:17 136:7
**run-out** 89:10

S

**s** 2:1 3:7 9:22
**safe** 28:4,14,16 57:16 167:11 215:8,9,10
**safety** 157:9,10
**SAITH** 222:16
**Samuelson** 2:16 22:5 114:21 162:14
**San** 7:14
**sanctions** 28:3,13 28:18,23 118:3 200:5
**Sanders** 62:24 122:7,11 162:1 163:12 176:24 177:15,17
**Sandy** 213:17,19
**sanitary** 28:4,15 57:17 167:12 215:8,9,11
**sat** 146:15
**satellite** 14:10 30:7 51:11,24 52:1,1 52:11 96:4,7,8 107:16 108:12 170:9 181:22,23 217:5,5,23,24
**satisfaction** 209:7
**satisfactorily** 207:13
**satisfactory** 215:7
**satisfied** 111:2 118:11,14
**saw** 26:17 73:7 97:12 110:19 115:3 143:20 147:13,16 153:20 154:10,11 155:11 167:4 194:19 195:13,15 197:14 197:15 198:1
**saying** 65:7 96:8 104:19 162:3 183:3 193:13
**says** 38:11 39:9 49:21 63:16 64:17 65:2,6,19 68:13 73:22 74:24 78:22 78:24 79:3 80:12 82:19 84:19 85:3 87:15,22 91:7 103:22 104:8,13 107:11 108:21 110:3 112:4 113:3 116:4 121:19 122:20 126:22 127:1,3,6,18 130;19 135:15 139:22 140:8,11 141:4 166:5 171:9 171:24 172:3 179:7 186:5 204:13 205:21 206:2 207:4 218:16
**scanning** 43:8 48:20
**schedule** 123:19 199:1
**school** 5:3,6,12,19 6:16,18
**SCHOPF** 2:2
**score** 156:24 157:3
**screen** 13:16,17,18 13:18,18,19 15:20 15:21,22 21:4,9 21:19 48:10 62:16 63:13 64:24 65:21 66:7,8,15,19,20 68:2,7,16,20,24 69:3,9 70:21 72:18,21 74:12,23 75:7 76:12,14 77:6,16 78:4,5,9 78:15,16 80:2 81:10 82:1,9 83:18,23 86:11 87:3,8 92:7 93:2,6 93:9 98:10 99:3 99:18 100:15 101:1,13,14,16,23 101:24 102:1,1,5 103:7,21,22 104:12 105:5 106:2 126:12 135:1 139:24 141:9,10 142:9,11 143:3 144:6,9,15 144:18,24 145:5 145:10,11,13,13 145:14,15,16 146:16,16 156:8
**screens** 13:14,14,15 14:24 15:10,11,12 15:12,17 16:7,10 16:14,16,20,22 17:2 18:9,13 19:11,12,14 20:6 20:13,14,22 21:1 21:11,11,13 22:8 26:15,18 61:9 62:11,13 65:15,18 69:12,17 70:3,12 70:16 71:3,3,12 71:18,23 73:12,22 74:5 76:11 80:24 81:7 99:20 100:2 100:7,13 101:14 104:2 106:6 119:20 120:8 121:17 135:3,20 144:14,23 145:1,2 145:17,19 146:6 147:17,20,21 148:3,5 151:6,8,9 153:15,19,20 154:3
**scroll** 48:17
**seal** 225:10
**search** 45:15,17,24 46:6,15,19 47:16 47:17,23 155:6,14
**searches** 46:10 48:3
**second** 20:10 63:11 63:14 65:11 82:24 111:9 113:15 127:5 143:22 144:19,20 145:7 146:11,18,23 147:10 148:1,6,18 149:19 153:11,16 153:21 174:19 175:4,5 176:10,13 177:24 178:22 179:21 180:20 185:22 204:1 220:15
**seconds** 197:19
**secretary** 7:2,18
**section** 8:16 57:1 72:19 78:21 79:11 85:5 87:7,16 91:17,18 96:6 99:2 132:21,22,23 133:2,3,12 141:9 141:11 191:14,15 191:24 192:1 193:10
**sections** 82:15 131:24 188:8
**secure** 116:12 207:8
**security** 179:11 180:12 205:22
**see** 15:12 48:8 56:9 59:8,12 64:16,17 65:14,22,24 66:5 66:16 67:22 68:1 70:11 71:3,24 72:18 73:1,16,23 74:22 77:8 80:13 83:13 84:21 91:9 94:24 99:19 100:6 100:22 102:9,12 103:8,14,23 104:13 106:20 111:4,5 113:7 116:6 119:17 120:1 121:22 122:14 123:12,16 126:7,19 127:2,5 127:6 129:11 130:24 132:8,9 135:1 136:21 137:1 139:4,9 140:9,22 141:13 144:2 145:19 151:5 154:13,14 154:16,18,21 161:4 173:7 178:1 179:10 198:6,9,13 203:16,21 204:5 206:7 211:20 218:5
**seeing** 107:6 136:6 141:6 144:5 146:22 147:9,11 148:5 153:15 183:14 199:16 210:19
**seeking** 116:14 189:3,7
**seen** 37:7 65:10 94:18 156:12 163:21 184:14,16 219:20,22
**selected** 7:12
**selection** 139:22
**send** 41:20 117:14 128:3 179:17 192:11 205:18
**Sending** 117:13
**sends** 41:15
**senior** 9:9
**sense** 19:15 48:21

89:16 97:6 124:11
**sent** 49:4 55:18 85:17 118:5,14 122:6,17 127:19 127:22 211:13
**sentence** 112:4 113:2,13,15,16 115:6 148:13 203:16 206:1
**separate** 21:1 30:7 77:15 83:13 86:22 86:23 103:7 107:18 144:14 145:11,11,12,13 145:14,15,16,17 145:17 159:22
**September** 87:24 97:1,20 104:5 132:9,19 133:9 135:7 140:12 177:1 178:15 183:7,13,17 186:4 186:19
**sequence** 194:18
**sequencing** 136:2 168:5
**sequential** 131:24
**sequentially** 119:11
**series** 19:4
**serve** 32:23 33:16
**served** 32:24 152:13
**server** 42:21 43:3 43:12,19
**service** 32:2 114:16 114:23 115:2 206:5,17,18 213:8
**serviced** 31:23
**services** 165:16
**servicing** 43:24 110:6 207:22
**set** 28:6 30:23 86:14 141:16 181:11
**sets** 53:24 129:21
**setting** 28:10
**seven** 51:4 62:18,18 130:19 132:5
**SG** 41:17
**Shawn** 212:8
**sheet** 42:1 44:23 45:2 63:14 65:3,4 67:23
**sheets** 45:1 62:18 62:18
**she'd** 77:20
**short** 12:16 41:18 59:20 60:14,16 103:4 118:24 140:5 150:14 191:1 219:1
**shorter-term** 215:22
**Shorthand** 1:14 224:3
**shortly** 55:16 156:17 158:19
**short-term** 11:20 12:17
**show** 29:24 55:15 62:20 66:13 68:9 77:17 81:12 100:16 102:2 139:20 173:6 178:1 185:2 195:16 201:11 210:8 212:10
**showed** 211:4
**showing** 65:24 116:5 128:12 207:4
**shown** 59:5 94:10 98:16 108:7 173:17 222:8
**shows** 113:13,16 137:13
**side** 70:17 72:22 120:18,19
**sign** 172:14 224:23 225:4
**signatories** 217:20
**signature** 178:20 178:20 202:4 222:15 224:19 225:5,10
**signed** 112:2 129:1 170:3,5 192:12,12 201:22 217:2 218:3 225:3
**significant** 158:12 176:11
**signing** 179:2 225:1
**sign-off** 109:8
**similar** 73:14 141:2 203:24 219:23 221:16
**Similarly** 198:23
**simplify** 6:1,3
**simply** 169:17
**Sincerely** 179:14 179:15
**single** 39:14,15,17 101:1 115:6
**site** 68:19 78:7 103:15 107:14,17 120:24 125:12 157:17 161:8 168:4 171:13,17 181:16 204:13 205:8,8 206:2
**sitting** 169:7
**situation** 117:21 124:21
**six** 7:11,15 50:11 66:4 104:13,16,16 129:13,13 130:21 192:23 204:9 205:7
**size** 182:11,13
**skimming** 137:3
**skip** 173:10 186:24
**skipped** 50:19,21
**slight** 50:3 217:18
**slightly** 203:24
**small** 76:1
**smaller** 76:2
**smell** 164:10 171:19
**social** 114:15,23 115:2 179:11 180:15 206:3,5,10 206:17,18
**SOD** 181:19,22
**solid** 79:8
**solve** 112:19
**somebody** 31:2,8 51:13 52:18 79:20 82:17 100:14 121:13 126:11 138:16 153:23 155:11 172:9 175:10 209:20 211:14
**someplace** 42:21
**somewhat** 135:4 139:21 141:2
**soon** 42:3 208:9
**sorry** 15:7 48:13 50:6,10 58:1,21 59:3 63:3 85:24 90:4,24 93:13 96:12 122:19 125:3 135:10 138:7 156:8,14 159:8 160:1 168:18 181:9 185:7 192:6 206:11
**sort** 42:19 47:3 57:18 75:8 130:16
**sorts** 11:13 91:22 118:4 157:13 166:12 188:8 215:23
**sound** 116:17 151:8 183:13
**sounds** 42:15 43:1 104:18 148:17
**sources** 92:11,12 92:15 184:4
**South** 15:15 23:6,7 23:18 34:23 35:3 35:8 40:23 41:1 41:19 42:11 43:15 43:17 45:3,21 51:2,18 52:4,21 53:12 54:4 55:13 55:18 56:11,22 58:19,24 59:6,17 60:4,7 69:4 70:13 72:6 75:9 78:19 85:10 94:23 95:1 95:10 96:21 99:9 99:14 110:8 111:14 112:15 114:10 121:1 122:7,17 123:2,7 129:5 135:8,13 140:2 143:2,11,16 143:17,19 148:7 151:4 153:4,16 155:7,13,17,19 161:1 167:14 171:4 172:24 173:4 175:22 176:5 177:1,18 179:22 180:8 181:14 182:8,19 183:1,8 188:22 190:2 192:9 193:20,23 195:9 195:13 197:1,1,12 199:9,21 201:5 203:10 206:6 208:10,17 209:15 209:18 210:3,6 211:2,15 213:6,22 214:4,8,15 215:2 215:19 220:22 221:7,17,19 222:7
**special** 8:20 10:9 27:19 29:17
**specialist** 7:13
**specialists** 8:10,11 29:22

specialty 26:12
specific 17:11 55:13 61:14 62:5 62:5 75:16 96:5 146:14 166:16
specifically 120:15 159:17 167:1 210:6
speculate 32:4 211:19
speculation 28:7 164:17 211:18
speech 11:11
spell 34:13
spelling 17:21
spent 126:3
spoken 82:10
sponsor 79:21
staff 179:9 180:3 191:23 193:3,5 199:4 202:18 204:14
stage 86:7 127:14
staged 88:3
stages 88:5
stamp 61:16
stamped 71:17 126:19 149:12 169:2
stamps 18:23 19:9
stand 63:24 65:19 67:7 93:14
standard 54:17
standards 28:21 29:8
stands 13:22 79:11 93:13 114:19
start 10:19 93:14 123:15 136:9 139:4
started 39:15 82:7 86:16 106:5 116:4 134:3 207:3 221:24
starting 63:11 104:8 116:5 130:22 207:4
starts 105:16 119:14 130:18 131:13,14 136:7 141:4
state 1:16 4:12 10:22 22:1 153:9 194:23 198:24 214:2 224:5
stated 99:3 197:24
statement 13:16 20:11,23 65:20,22 65:23 66:1,6,8,11 66:11,17,20 67:1 67:15,20,22 68:10 68:12,13 76:14,14 76:17,19 77:7,10 77:12,14,16,16,18 82:9,11,12,14,15 82:17 83:2,5,11 83:18,22 84:10 85:21,24 86:4 100:17 101:24 103:20,22 104:12 105:5 110:11 115:10,12,13,14 115:16 133:2 136:16 142:8,10 142:11,20 172:5 203:22 204:1
statements 29:24 30:1 66:14 67:18 74:9 76:22 82:16 83:19 100:19,20 105:6,8,12,15 141:13,15 199:5
States 1:1,6,12 223:1,7 224:1,22
stating 23:23
status 72:10 87:1 90:21 92:8,13 93:2,2,6 94:5,7,10 94:16 95:5 96:15 96:18,19 98:11,16 135:15 145:13 182:14 198:9
stayed 8:1
stemming 205:12
stenographer 6:20 6:23 7:2
stenographically 224:8
step 50:18,21
steps 36:1 207:17 221:6
stick 12:13
stories 162:12,13
straight 61:17
Street 1:16 2:3,7
stretch 190:4
structure 189:24
study 91:5
stuff 12:14
styled 65:13
subgroup 119:8
subitem 66:9
subitems 66:10
subject 27:2 121:20 139:13 188:11
subjects 101:3
submitted 161:5 223:13,14
submitting 121:21
subpage 74:19 96:14
subpoena 1:10
subscreen 100:6
SUBSCRIBED 223:18
subsequent 181:17
subsidies 87:5
subsidized 79:1 93:19
subsidy 8:10 57:2 78:18,21 79:4 87:1,4 88:5 90:21 91:15 92:5 93:2,2 93:6 94:7,10,16 95:5 96:6,14 98:11,16 99:2
substantial 110:3,7 111:13 162:19,23 189:23 207:19
substantially 111:1
subsumed 174:1
succeed 29:2,3 216:16
success 116:19
successful 117:9
successfully 61:11
sufficient 56:9
suggest 50:18 153:3 182:12
suggested 153:7
suit 22:10,14 26:1
Suite 2:3
summarized 115:6 143:5
summary 94:19 99:18,21,22 100:1 100:5,6,9 101:3,9 102:2 108:21 116:17 117:7 141:4,7 203:17 221:6
summer 163:9 174:20 175:2,2
supervise 138:11
supervised 8:9 193:9 216:13
supervisor 8:8 177:17
supervisory 212:19 216:13 218:3
supplementing 77:20
support 190:7
supported 24:14 188:19
suppose 48:15 126:9
supposed 35:24 50:9 53:24 83:9 102:17 133:12,14 133:24 134:5 137:21,24
supposedly 151:12
Supposing 44:18 47:22
sure 5:20 18:1 20:6 20:7,16 33:20 35:20 36:7 37:2 42:24 48:3 52:17 55:9 59:9,15 69:14 79:20,22 82:4 92:1 97:5 98:20 115:18 124:24 128:7 135:24 136:1 138:2,2 150:4 152:3 153:1 155:20 156:18,20 160:12 161:16 162:8 167:5 171:8 171:16 174:7 175:17 192:17 194:18 201:24 202:15 213:20 215:7 217:15 220:14
surprise 26:17
surprising 188:9
Surter 213:17,19
suspending 57:1
Swaba 34:12
swear 4:4
sworn 4:5,8 223:9 223:18 224:12
system 13:23 14:1,6 14:19,22 15:1,8 19:19 26:11 40:3 41:24 42:3,7,19 44:15,20,22 46:18 47:3,9,14 48:1,20 49:2,15 63:17,21 63:23 64:1 67:7 70:4 75:7,12 79:11,13 81:15,16 81:18,24 82:8

84:8 86:15 93:7,8 93:16,22 94:3,12 95:21,24 98:21 109:2,22 122:5 137:9 139:1 140:16,17 192:13 192:15,16 194:8,9 194:10,12,13,14 198:12 205:6 212:4
**systems** 87:4
**S-u-r-t-e-r** 213:18
**S-w-a-b-a** 34:14

**T**

**T** 1:14 2:11 3:7 224:3 225:17
**table** 66:13
**tables** 65:24
**take** 28:3,13,23 55:1 58:22 59:23 60:14 62:2 66:7 66:19 72:19 90:7 98:13,18 100:2 124:23 130:14 148:20 149:1 164:12 165:4 169:14 172:4 176:4 190:12,24 200:16 202:19
**taken** 1:13 4:2 36:1 47:3 60:17 119:1 124:19 150:15 174:8,15 175:21 191:2 202:12,20 208:10 219:2 221:6 223:11,11 224:8
**takes** 107:5
**talk** 24:22 182:24 191:17 194:7 200:13
**talked** 122:4 139:3 143:6,21 167:18 215:1
**talking** 11:9 12:16 12:18,19 27:6 44:16 64:16 115:1 131:14 194:9
**talks** 126:23 205:11
**TANF** 114:16,19
**tap** 14:21
**target** 86:16 123:15 124:12 163:3 195:4
**targeting** 114:16
**task** 54:7 123:12 134:22
**team** 9:2,7 13:7,18 21:5,6 27:23 33:22,24 34:2,9 34:11,22 35:9 40:21 44:17 46:22 47:1 51:11 52:9 56:24 58:19 60:1 69:5 85:13,14 98:8 99:4 102:22 103:7,11,13 106:5 107:15 108:21,23 109:11,19 111:19 115:13,21 116:18 117:8 127:19,21 128:4,8,13 129:1 143:6 144:22,23 145:4,5,14 148:4 154:22 155:16 173:7,15 174:1,17 179:15 186:13 194:1 201:4 202:7 202:11 203:3,9,13 205:18 208:6,24 209:17 213:13,14 217:1,2,20,22 218:4 221:8
**team's** 111:12
**telephone** 27:1 102:19
**telescoped** 5:24
**tell** 5:23 14:2 35:14 37:9 51:20 53:5 57:3 59:16 62:9 75:21 76:6 79:20 80:2,9,18 90:4 105:21 116:24 129:15 130:4 132:18 135:2,12 147:3 151:17 160:22 168:16 171:1,7 174:23 196:5 200:3 201:2 202:14 206:9 212:18 224:12
**telling** 123:1 137:16
**tells** 78:17 97:18
**tenant** 79:10 93:11 93:12 165:15,15 165:16
**tenants** 93:10 165:1 165:3 167:12
**tense** 149:23
**tenure** 7:4 23:5 37:24 143:16,17 208:5 216:10 220:10
**term** 12:6,8,17 47:11 49:11,12 140:5 215:12
**terminating** 57:4
**termination** 186:15
**terminology** 115:11
**terms** 40:5 84:2 166:16 194:23
**TERRACE** 1:3 223:3
**terrible** 136:12 193:8
**testified** 4:8 149:10
**testimony** 116:21 147:5 197:5,7,11 208:13 223:12
**testing** 14:7,8
**text** 47:18 68:11 100:23 103:2,3 110:2 129:9 130:10 131:7,16 137:13 183:4
**thank** 64:2,22 179:7 218:19 222:14
**thanking** 180:8
**thereof** 225:1
**thing** 100:16 164:8
**things** 10:7 11:8,13 12:11,15 46:24 69:15 75:18,18,20 75:21,24 86:23 116:24 125:5 157:16,18 164:9 182:18 192:17 208:11,14
**think** 12:12,20 19:3 22:20 33:13,13 35:17 40:24 45:12 48:13 50:2 56:1,1 56:2 59:10 61:10 66:2 70:5,6 75:17 75:21,24 79:12,16 80:23,24 81:1,9 88:4 89:4,6,7 90:19 91:24 93:7 102:23 104:5 106:3 107:4,8,10 109:2,4 110:19 116:1 130:5 133:13 135:21 138:1 139:15,17 147:2 151:16,19 152:2,3,6 153:8 156:14 159:5,6 160:10 161:13 166:2,2 169:10 171:14,15 172:1,3 174:20 175:10 186:21 194:16 196:14 201:24 210:23,24 212:2 213:17 216:14 217:7 221:16,23 222:3,11
**thinking** 15:14 59:17 147:5 203:8
**third** 140:12 178:22
**Thomas** 27:20 34:19 52:16 56:12 83:23 84:3,19 105:12 130:24 131:8,11,19 132:9 136:17,24 137:7,8 138:8 139:11 149:2 182:3 192:5 192:9 193:19 210:15,18 211:2
**thought** 6:9 79:19 84:10 125:6
**three** 20:17 33:11 40:18,20 41:15 66:24 67:2 83:22 84:3 107:10 113:3 129:13 137:7 138:1,2,3,4,17 148:21 166:9 178:11 184:22 192:24 204:12
**tickler** 86:15
**time** 8:2 9:4,6 13:7 15:15 32:24 33:16 33:21 35:3,8 38:23 39:15 44:2 44:17 46:21 56:1 56:3 59:11 69:4 70:12 75:6 80:11 87:23 88:12 89:20 89:21 94:22 98:7 99:5,7 101:13 103:4 106:5,10 107:7,22,24 114:3 116:15 132:6 134:4 148:13 165:2 177:23 183:7 186:3 205:23 208:24 209:24 212:2,3 213:17 220:12

221:13 223:12 224:18
**times** 82:10 90:1 108:1 220:2
**title** 7:2 8:9 36:8 45:10 46:11,16 47:19 53:23 217:12
**titles** 7:24 70:21 151:6,8
**today** 11:24 25:2 66:23 84:16 218:14
**told** 25:3 26:14 149:21,21 151:19 180:23 181:1,6,7 181:8 193:17
**tomorrow** 149:7
**tonight** 148:24
**top** 34:6 64:14 65:2 65:3,4,18 104:8 105:4 113:2 123:14 130:22 131:5 136:15 137:5 139:8,9 140:1,7,19 156:8 170:13,16 178:18
**topic** 108:15
**total** 88:14 89:12
**totally** 88:5
**touring** 114:6,7
**Towers** 161:1 171:4 201:5 206:6
**track** 166:22
**tracking** 20:24,24 121:19 145:10,12 156:9
**TRACKS** 79:8,9 79:10 93:7,8,10 93:14,22 94:3,11 94:14,18,24 95:20 95:23 96:17 97:18 140:17 194:8,14 194:16,17
**training** 29:17 30:2 30:3,4
**transcript** 223:10 223:12 224:24 225:2,5
**transcription** 224:10
**trash** 205:3
**trial** 24:8
**tried** 221:2
**trip** 179:9
**trouble** 11:7,8
**troubled** 164:23
**true** 110:11,13 111:23 150:3 214:11 223:12 224:16
**truth** 35:14 51:21 53:6 57:3 59:16 79:20 147:3 202:14 224:12,12 224:13
**try** 28:15 54:21 61:9,17 113:10 123:8 166:21 167:10 206:13
**trying** 66:2 73:16 106:2 107:6 113:21 117:5 147:1 165:12 185:6 212:1 217:8
**turn** 119:5 128:11 204:12 205:7
**turned** 55:10
**twice** 44:6 168:1
**two** 7:24 20:17 25:17,18 33:22 34:3 39:9 40:11 64:19 80:10 82:15 86:22,23 88:13 91:10 104:9,22 105:3 118:1 122:4 125:11 129:7 138:1,3,4 140:1 144:7 145:1 146:15 148:13 161:7 165:22 166:8,11 167:18 170:13 172:18 192:24 201:10 213:9,20 216:22 219:8
**type** 10:6 47:24 120:7 133:11 184:11 192:17
**types** 10:10 45:7 216:5
**typewriting** 224:9
**typical** 46:11 65:14

U

**uh-huh** 21:8 55:5 104:15
**ultimately** 167:17 173:3 214:19
**unable** 11:13
**unacceptable** 199:12
**unaccounted** 52:13
**uncertainty** 99:13
**uncommon** 10:11
**undergo** 130:2
**undersigned** 225:7
**understand** 29:1 46:24 71:7,14 75:13 82:11 83:5 117:20 123:8 150:1 167:1 185:8 185:16
**understanding** 42:24 43:13,14,17 55:21 149:4,17,24 188:1
**unhappy** 118:3
**unit** 158:7,7
**United** 1:1,6,12 223:1,7 224:1,22
**units** 78:17,20 79:2 79:3,14 85:5 167:12
**University** 5:13,14
**unsigned** 62:24 63:4
**unusual** 86:5,6
**update** 65:3,6,13 94:17 128:18
**updated** 82:21
**upper** 65:15
**upsidedown** 126:18 126:19
**upstairs** 171:21
**upward** 7:12
**Urban** 2:10 5:15 6:7 90:16 159:21
**urine** 164:10,12 171:19
**use** 48:20 49:1,12 53:6 78:10 95:12
**user** 15:7,7 44:21 73:22 74:2 128:18
**utilized** 222:7
**U.S** 2:6,10 181:24

V

**vague** 188:12
**vaguely** 113:7 116:16 189:2 195:11
**vandalism** 162:23
**vandalized** 162:4
**variety** 23:20
**various** 19:3,6 118:4 151:6 157:5 188:8,24 204:7
**verify** 169:19
**Veronica** 27:21 52:17
**versa** 44:5
**vice** 44:5
**view** 71:3,4 100:3 112:22 180:16 188:10
**views** 121:17
**Violent** 205:14
**Virginia** 42:22
**visit** 107:14 125:13 161:8 171:13,17 174:19 175:4,5,6 175:21 176:10,13 177:24 178:3 179:21 180:20,24 181:14,16 197:1 197:13 204:13,17 205:8,8 206:2
**visited** 167:21,24 168:4
**visitor** 179:8 180:3
**volume** 18:15 39:21 41:8,11 42:14 46:1
**voluntary** 127:9
**vs** 1:5 223:6

W

**wait** 75:23 127:5
**waiting** 171:20
**waived** 224:19 225:6
**walked** 164:7
**Walter** 33:12 34:1
**wanderings** 119:15
**want** 13:3 25:12 29:8 66:16 84:18 128:7 144:16 150:6,8 169:19 190:21
**wanted** 7:16 28:22 28:24 29:1 44:18 48:22 68:11 77:12 98:8 101:1 159:16 190:10 211:20 220:17
**wants** 29:3 82:17
**Washington** 2:8 9:14,15,17,22 26:8 31:3,9 42:22 43:4,12,19 44:10 155:2 174:21 175:8 179:8 180:3 181:18,19 216:22
**wasn't** 82:7 95:16

122:17 126:14
127:10 134:22
149:19 169:12,14
222:2
way 8:6 10:19
47:21,22 61:8,17
63:6 73:15 83:1,8
101:17 106:19
107:21 114:14
118:16 129:12
134:2 136:14
164:3 166:18
202:10
ways 12:4
wear 12:19
Web 68:19 119:23
120:23
week 10:14 120:10
144:7 181:12,12
221:2
weeks 20:17 26:16
146:15
WEISS 2:2
welcome 24:11
welfare 6:23
114:18
Wellons 2:7 3:4
10:21 11:16 12:9
13:2 17:7,15,17
17:22 18:10 19:3
21:24 23:22 24:4
24:16 25:7,11,19
29:11 36:19,24
63:3 67:9 85:20
90:5 97:22 98:3
113:22 116:20
117:1,10 118:21
129:23 130:2
138:7,11,20
145:23 148:12
149:4,16,24
150:11 152:15
153:9 160:1
164:16 168:18
169:5,17 170:1
177:8 181:2
182:20 185:4,11
187:20 188:12
195:23 196:3
197:4,8 208:12
209:9 211:17
218:22 219:6,7
220:16 222:15
went 6:22 7:10,15
8:2 9:8 13:6,15
19:21 22:7 46:14
48:23 84:16 95:4
107:1 127:4
135:23 142:22
143:4,19 146:16
154:2 159:4 164:7
172:2 173:14
194:11,12,15
210:18 213:22
weren't 80:9
138:22 163:19
186:10,15,18
West 1:16 2:3,12
we'll 14:20 59:23
61:19 81:20 102:9
184:4
we're 17:18 67:24
72:9 82:12 89:11
101:9 105:3,23
115:12 130:23
131:15 132:4,5
139:21 141:13
169:17
we've 11:3,8 22:1
47:11 102:24
128:16 140:24
143:1 149:5 150:1
156:14 194:19
whatsoever 129:18
willingness 123:8
windows 205:1
Wisconsin 5:14
witness 3:2 4:4,5,7
12:11 13:6 17:23
18:12 24:14,19
25:14 29:15 37:3
63:10 85:23 90:7
98:1,5 113:24
117:13 138:10,13
146:1 149:15
152:19 160:3
164:18 169:3
170:2 177:10
181:5 182:22
185:6,14,15,19
187:22 208:14
209:11 211:19
218:20 224:7,11
224:17,19 225:10
witnesses 148:21
Wolski 1:6 152:9
223:6
woman 17:18
won 10:17
wonder 119:7
word 31:13 44:6
53:18 58:14
165:15
words 83:6
work 5:18,21 6:4
6:15 7:14 29:18
35:7 36:2 37:10
43:24 50:1 51:22
51:23 86:8 116:13
167:9 171:19
179:13 180:19
193:10 198:15
207:9 213:22
worked 5:23,24
6:17 8:6 33:3
34:9 35:5,14
191:12,22 192:8
200:2 211:1
working 17:18
123:3 164:10
188:23 191:10
193:24
works 22:5 83:1
192:18
work-related 12:14
wouldn't 59:12
64:3 111:7 121:3
138:16 147:11
193:17
write 30:3 176:14
177:21
writes 122:11
157:24
writing 148:14
149:21 166:19,20
written 22:13
110:24 120:18
wrong 24:2,10 89:6
211:14
wrote 166:6

X

X 3:1,7 201:23

Y

yeah 8:13,16,16
11:21 13:19 14:13
16:13 17:3 18:12
27:8 35:13 38:16
39:24 49:19 52:8
52:14 53:22,22
64:4,7 83:15
84:13 93:12 103:3
104:17 115:8
126:16 134:9
160:4 162:10
164:4,18 165:24
166:15 172:7
190:16 197:17
198:4 202:5
205:24 209:22
213:19 218:7
year 6:6 7:20,22
9:1 12:1 66:18
89:22,23 189:23
192:24 216:20,21
216:24
years 4:20 5:22 6:1
6:2,10 7:6,9 8:13
10:12 14:12,13,14
14:15 27:17 33:11
40:18,20 66:14
89:11,13,14,14,18
138:4,17 162:18
191:9,20 192:7,24
192:24 195:6
213:10 216:22
yesterday 12:18

Z

Zale 30:15 31:2
32:23 34:7 35:15
37:16 52:3,11,12
109:16 117:24
170:20 176:2,14
179:5,20 180:8,22
181:19 182:16,24
201:18 202:22
216:16 217:13
Zale's 178:14,20
Zeno 175:8,14,16
175:18 176:5
180:4 181:7,17
Zinno 35:18
Z-i-n-n-o 35:18

$

$2,313,000 88:12
89:1
$2,682,000 88:24
89:7
$2.3 97:12
$26 97:15
$350,000 88:22
$770,000 113:4,9
125:18,21 126:23
189:6 203:17
204:2

0

01 133:9
03-2209C 1:5 223:6
04 140:1
05 119:21
084-004040 225:19

1

**1** 3:9 36:15,17 37:6 37:23 38:7 49:21 56:20 59:6 128:12 131:15 219:11 220:20 221:5,21 222:8 223:11
**10** 3:14 12:21 54:6 89:14 90:2 144:13 145:2 161:5 195:19,21 196:1,8 198:6 199:20 208:2
**10-year** 189:22
**10/1/99** 185:23
**10:10** 1:18
**100** 18:17 22:19 149:22 157:4
**1056** 141:4
**1062** 142:1,2
**1065** 141:21
**1083** 119:15 128:16
**1090** 127:18
**1091** 121:19 122:6 123:7
**1097** 119:14
**11** 3:14 54:22 84:16 200:21,23 201:3 223:11
**11th** 1:18 224:6
**1100** 2:7
**12** 3:15 145:2 185:23 206:20 210:9,11 211:5
**12/31** 125:1,3
**12/31/99** 124:6
**12/8/99** 198:12
**13** 3:15 135:16 207:15 212:13,15
**14** 121:24 122:8,21 122:22
**15** 11:9 89:13,14,14 107:12 109:12,24 162:12 171:14
**150** 3:10
**1515** 4:17
**156** 3:11
**16** 107:12 108:18 108:22,24 171:14 198:13
**160** 3:11
**1610** 201:11
**1611** 201:11
**168** 3:12
**17** 132:12,19 139:11 181:15 182:1,5
**176** 3:12
**178** 3:13
**184** 3:13
**19** 161:8 184:21
**195** 3:14
**1966** 5:8,19 11:3
**1969** 6:4
**1970** 6:8 7:10
**1973** 8:4 191:9
**1990s** 189:21
**1993** 80:7 191:12 191:18 192:19
**1994** 68:1,6 80:7
**1995** 68:1
**1996** 68:1
**1997** 8:2,5,18 191:9 191:18
**1998** 9:1 28:1 30:23 33:4 37:19 40:2,4 40:24 43:16,20 52:4 53:12 59:7 59:17 68:3,7,10 68:15 116:18 118:4 135:7 159:16 222:7
**1999** 22:16 23:6,14 43:20,21 69:1,9 69:13 70:2,3,10 71:10,13,19,23 72:10 74:24 75:3 80:6 81:10,21 83:21 84:9,15,21 85:16 87:24 88:1 96:21 97:1,20 102:5,12,13 103:9 104:2 106:13,24 107:2,9,12,18 108:3,18 110:17 111:1 112:6,15 121:24 122:8,12 122:13,18 123:20 123:23 124:4,15 125:9,14,21 131:7 131:9,15,20 132:13,16,19 137:5,5,5 139:11 141:23 155:16 156:11,17 157:8 159:16 161:3,5,9 163:9 165:11 167:14,23 170:22 172:6 174:20 177:1 178:15 179:9,21 180:4 181:14 182:9,17 183:8,13,17 184:2 185:2 186:4,19 188:18,22 191:7 195:10 196:13,16 196:20 197:13,24 198:19,21 199:8 199:18 204:14,18 204:21 205:9 207:24 213:1

**2**

**2** 3:10 60:22 61:13 61:23 62:7,10,13 68:19 119:6 142:20 143:1 144:1 145:20 146:8,11 147:21 148:10 177:1
**2,681,000** 91:8
**2,819,000** 91:9
**2.3** 90:1
**20** 48:11,15 71:11
**200** 3:14
**2000** 9:8 10:14 12:6 14:15 22:16 23:7 33:4 35:4,16 44:17 46:18 52:5 53:13 55:16 59:7 59:17 82:7 104:5 108:22,24 109:6 109:13,24 110:8 111:2,12 115:23 116:18 118:4 123:20,24 127:20 128:12 140:8 173:21 185:3,24 201:5,15,20 202:7 208:7,17,22 209:15 210:16 211:15 213:23 214:2,9 217:21 222:8
**2001** 23:21 104:6 104:23 129:14 131:14,21 132:9 132:19 135:7 137:6 140:12,12 143:20,23 144:3,6 145:8 148:6 212:7 212:22 213:6
**2002** 131:2,6,9,12 131:19 136:18 137:1,8,12 138:23 139:1,10 173:8,21 214:16
**2004** 105:22 108:10 135:17,20 139:8
**2005** 1:18 84:17 119:16 142:13 146:15 147:7,24 148:2 151:10,13 154:13 182:5 184:21 185:1 223:11,19 224:6 225:12
**2012** 64:14
**202** 2:8
**20530** 2:8
**21** 130:9
**210** 3:15
**212** 3:15
**2133** 139:22
**2143** 136:18
**2144** 136:23 137:5
**2145** 136:23
**2146** 136:24
**2148** 130:23 132:8
**2149** 134:7,16
**2150** 135:6
**219** 3:4
**220** 3:5
**2202** 2:12
**225** 223:11
**23** 90:2 131:14 162:14
**23rd** 225:12
**24** 4:20 131:2,6,9 131:12 136:18 137:1,7 138:23,24 139:10
**24-year** 8:12
**25** 33:9
**2530** 57:11,18 58:2 58:4 64:15
**2531** 4:22
**26** 74:24 75:3,9 89:3,7 132:19 149:5 150:1 201:5
**26,832,062** 89:5
**26.8** 89:18
**27** 127:20
**28** 105:22 122:13 156:17
**29** 69:1 71:18 83:21 84:9,15 85:16 86:2 106:13 108:3 141:23 156:11

**3**

**3** 3:10 150:19,21 151:1,7
**3/15** 109:6
**3/8/01** 212:21
**30** 6:1 87:24 97:20

140:12 179:9,20
180:4 181:14
182:5 183:13
197:19 224:24
**30(e)** 224:21
**300** 2:3
**303** 79:4
**303-unit** 162:11
**31** 20:12 22:8
104:23 124:15
125:8 129:14
140:8,11 146:15
147:16,24 148:2
151:10,15
**31st** 16:13
**312** 1:16 2:3,4,13
**313,000** 88:13
**353-6236** 2:13
**36** 3:9 6:2 7:6 27:17
**39** 5:22
**395** 161:23

**4**

**4** 3:4,11 119:16
155:23 156:1,4
**4th** 1:17
**4/28/99** 110:22
196:11
**4065.1** 64:15
**418** 165:21
**419** 165:21
**42B** 157:1,2
**425** 67:24 68:19
71:17
**426** 71:5 72:4
**427** 72:16
**428** 73:1 74:13
**429** 74:21
**432** 74:23
**433** 78:2
**4354** 142:17
**4355** 129:8 130:4
**4356** 129:8
**4357** 104:9,22
105:11
**4358** 104:10,23
**437** 79:17
**441** 80:1
**442** 82:13
**443** 82:13
**450** 96:13,17
**452** 99:19
**455** 100:4,23
**456** 71:17 100:23
**48** 138:1

**5**

**5** 3:11 160:17,19,23
**50** 60:23 134:16
**56** 130:4

**6**

**6** 3:12 128:21 129:3
168:11,13,16
169:22 171:2
**6/29/99** 107:5
**6:00** 150:9
**60305** 4:18
**60604** 2:12
**60606-1721** 2:3
**61** 3:10
**616-8253** 2:8
**69** 6:10

**7**

**7** 3:12 176:18,20
210:16
**70** 6:10
**701-9300** 2:4
**73** 8:5
**74th** 4:22
**75** 18:17 22:18
**77** 2:12

**8**

**8** 3:13 112:6,15
119:16 123:23
125:20 151:13,15
178:5,7,18 183:5
200:17 207:24
**8200s** 139:17
**824** 185:22
**8274** 139:10
**8276** 143:9
**8277** 108:20 110:3
**8278** 109:7 113:2
**8279** 105:17 143:10

**9**

**9** 3:13 184:6,8,13
184:22
**9/30** 185:24
**90s** 194:5
**95** 68:6
**96** 68:6 161:21
**97** 68:6 191:13
192:20
**98** 35:4,15 44:17
68:6
**99** 35:4 52:5 66:23
82:6 106:24 133:8
142:14
**991** 126:18
**992** 125:16 126:6
**994** 123:11 126:6