63:9 276:10
**moving** 63:1 163:10 200:11
**Mozdezierz** 54:16
**multiplication** 170:12
**Multi-Family** 81:16 87:9,10 115:15 142:19 199:15
**M-a-r-i-n-e** 8:6
**M-a-y-s** 20:19

N

**N** 3:1
**name** 4:13 8:20 9:1 20:3,10 29:23 51:5,7,9,11,12 52:2 81:12 118:22 118:23 123:12 124:5 215:2 292:5
**named** 76:2 80:21 311:9
**names** 19:24 22:4 145:20
**narrative** 49:18
**nation** 118:23
**nature** 76:19 290:7
**necessarily** 125:19 184:14 231:3
**necessary** 171:17 293:7
**need** 5:19,19,21 10:1 44:23 58:11 79:22 108:5,24 114:18 162:9 186:23 196:16,18 198:15,22 220:22 236:9 245:5,8 249:7 256:17
**needed** 58:15 81:11 106:16 116:21,24 127:7 190:23 238:21 244:11 258:10 259:10
262:11,12,15
**needing** 177:14
**needs** 157:11 196:13 258:14 260:2 268:8,9,15 268:15,16
**negative** 77:21
**Neighborhood** 93:13 94:1
**Network** 93:13 94:1
**never** 28:7 31:11 31:12 51:18 53:4 73:19 83:10,14 89:23 95:1 111:16 112:1,2 133:15 134:16 135:4 142:2 222:13 269:5 291:12 307:21
**new** 39:22 80:9 105:5 113:4 132:21 143:16 155:13 167:22 187:1,5 189:21 241:4 308:10 310:13
**nice** 168:2
**night** 279:19
**nine** 15:7 165:23 196:5
**normal** 99:2 142:24 143:3 146:7
**north** 8:8
**Notary** 1:12 311:6 311:14 312:5 313:23
**notation** 270:9 278:1 283:20 290:18
**note** 45:20,24 46:4 46:8,12,22 50:16 152:3 172:16 195:22 214:22 254:2,5,10 277:8
279:14
**notebook** 47:6
**noted** 69:15 178:2 279:13 296:2 300:16
**notes** 10:6,17,18 11:2,6,6,6,9,11,15 41:10 43:6 44:11 44:24 45:5 46:17 48:6 50:18,22 52:6,21,23 53:1 53:17,18,20 54:2 56:6,7,15 59:7,10 59:12 63:8 65:19 66:1 69:10 85:24 92:1 129:13 151:4 151:5,9,14,16,21 152:4,9,12 162:19 171:10 187:23 188:5,9 189:24 190:3,19,20 191:11,13 193:21 196:4,23 199:17 200:13,24 201:7 201:21,22 208:14 208:16,17,22 209:1,4 215:12 287:23 300:21
**notice** 4:4 11:2 251:23 252:11 292:21 293:17 294:2 295:13 300:12
**notices** 291:10
**notification** 226:8 260:19
**notify** 295:1
**noting** 44:19
**November** 68:1,2 114:24 116:17 121:5,22 122:6,12 122:22 123:7 124:14 125:10,14 125:19 126:8,21 127:1,12 163:8,13
163:19 164:5 286:21
**number** 3:8,8,9,9 3:10,10,11,11,12 3:12,13,13,14,14 3:15,15,16,16,17 3:17 4:1 18:20 19:12,22 27:10,15 57:1 81:12 99:18 99:22 100:17 105:2 114:5 119:19 124:5,6 137:19 138:6 148:10 150:22 166:24 167:1 172:4 178:13,15 179:22 180:2 182:15 187:17 201:10,15 212:6 213:19 216:16,22 216:23,24 217:4 217:12,14,15,19 218:11 219:17 223:20 236:15 246:5 247:23 254:18 257:1 275:14 281:14 288:4 297:17 305:3,23
**numbered** 69:9 114:9 118:15
**numbers** 48:13 49:17 56:24 100:20 170:18,21 186:16 288:10
**N.W** 2:9

O

**oath** 204:13 313:13
**Object** 35:16 274:9
**objection** 21:7,8 23:15 34:9 71:8 72:2,20 87:2 100:23 105:12 109:14 112:12
117:7 119:6 122:7 130:15 131:2,19 132:15 133:20 139:10,21 155:17 156:11 158:13 159:2 161:3 163:22 165:5,15 168:9 170:7,14,19 174:1 175:12 179:2 181:11 185:17 191:4,7,20 192:5,15 197:9 204:17 205:1,8 206:12 207:2,10 209:5 210:12 211:4,8 220:17 223:8 226:3 230:4 230:20 231:19 233:2 234:1,23 236:24 238:1,13 239:18 242:7 245:11 248:2 254:11 260:5 262:3 263:2 267:24 268:13 270:21 275:9 276:13 285:14 286:1 287:5 289:11 291:1,16 291:24 292:15 293:19 294:11 295:8,17 297:2,7 299:12 301:19 302:15 307:10 308:20 309:18
**objective** 71:3,6
**obligated** 5:12
**obligations** 186:6
**observed** 260:20 262:24 265:1
**obtained** 278:4
**obviously** 65:12 295:24
**occasions** 32:7 293:12

**occupancy** 13:19 14:8,12 15:11 16:3,5 17:13,21 33:8,13,24 34:6 34:21 35:1 36:24 37:3,9 39:4,4 40:15,20 41:4 42:12 74:11,14,15 143:1,20,21,23 147:19 166:18,21 167:21 168:4 171:1,2,9,14 172:10 174:7 175:6 176:7,9,12 176:16,17 177:2,7 177:11,15 178:21 179:10,16,18 180:16,17,20 181:3,6,16,24 193:13 196:1 307:3
**occupied** 169:14,23
**occurrence** 16:17
**October** 60:10 67:13,19 93:5 144:22 146:12 156:20 180:3,5 181:6 182:11 187:24 188:10 194:18,21 195:1,4 195:12 197:2 201:2 203:23 206:4 207:20 208:12 209:12 225:2,3,15 226:5 227:8,11,12,16 228:4 233:11 249:21
**offered** 84:4 134:5 235:15
**offering** 131:13
**offhand** 165:10 177:19 268:24
**office** 5:8 7:1,9,12 59:9 75:5 127:13 148:22 175:7,17 176:1 179:17 198:4,5,7 202:22 213:12,14 235:11 235:20 238:19 269:5 273:17,18 284:21
**official** 185:20 312:4
**oh** 14:5 51:9 125:3 193:8 266:24
**okay** 24:17 32:22 41:6 57:21 67:22 73:13 74:18 75:10 79:11,24 85:21 87:8 89:6,9 92:15 94:9 104:13 110:3 114:21 119:14 123:15 125:8 140:13 144:11 146:7 153:7 154:9 156:9,17 159:7 162:2 167:10 174:21 176:24 184:8 187:9 191:14 192:20 193:8 194:6,14 196:7 198:24 201:17 214:13 216:21 217:24 233:16 240:11 250:8 257:13 261:24 264:11 265:8 267:2 270:13 284:13 288:18 310:19
**old** 39:22
**once** 36:12 50:12 124:1 183:21 219:8
**ones** 23:8 39:24 58:3 177:19 235:4 252:3 287:2
**one-year** 154:7 160:12,12,22 210:3,4,22,23 211:6,7 224:11,17 227:18,19 232:4,5 232:10 239:5,9,16 240:8 246:15 247:13
**on-line** 199:9 272:2
**on-site** 16:6
**open** 97:18 126:19 178:3
**opened** 36:8
**operable** 156:9
**operates** 222:20,23
**operating** 96:17 269:16
**Operations** 89:12 143:6
**operative** 79:22 156:10
**opinion** 78:3,11,13 131:13,15,16
**opinions** 83:18
**opportunity** 177:18
**opposed** 25:24 62:5
**options** 150:17,18 150:19
**oral** 311:11
**order** 11:10 50:6 52:22 61:3 68:24 98:23 105:10 251:12,14 264:1 273:16 279:5
**orders** 279:4 284:20
**ordinarily** 52:4
**ordinary** 265:5 266:16,18 267:1
**organization** 75:18 76:16
**original** 64:16 65:8 101:6 211:23 246:22 284:11
**originally** 63:7 242:3 243:9
**originals** 68:24
**ought** 55:13 151:23
**outlay** 267:5
**outlays** 265:4,5 266:20
**outlet** 259:1,5,9,11 259:23 260:1 261:4,10,13
**outset** 82:9
**outside** 81:15
**outstanding** 104:18 143:5 302:1
**overall** 79:3 111:2 219:20
**overseeing** 133:3
**oversees** 145:22
**owned** 21:15,17,24 22:8,16 73:16
**owner** 45:22 46:10 103:21 106:10,10 111:20 112:3,22 113:5,5 118:24 119:23,24 120:21 121:21 122:5,11 122:23 124:14,20 125:15 126:1 130:11,23 131:16 132:13 139:17 177:16 178:24 183:10 184:4,9,10 185:1,2 190:8 197:1 202:20 203:11 205:10,21 210:2,10 211:24 224:5 225:9 227:6 227:10,16 239:9 244:21 245:19,20 245:22 246:1 249:15 256:6 269:2,6,8,13,19 269:24 271:9 280:16 282:18,24 284:16 285:12,21 296:4 299:11 300:11,15
**owners** 34:19 60:21 71:15 72:1 107:17 118:16 119:20 121:6 126:11 129:16 130:5 139:17,19 145:4 150:13,17 152:2,2 173:15 181:18 182:4 203:18 208:1 216:3 231:16 244:14 252:7,8 256:13 269:4 271:2,3,14 296:12 306:6
**ownership** 118:22 183:15 282:12
**owner's** 72:5,18 81:12 113:9,22 123:12 137:9 149:22 189:11 202:6 212:14,19 212:24 214:1 224:21 225:11 245:20 249:13 282:15
**o'clock** 279:18
**O'Connor** 114:24 115:10 117:16 127:12 128:4,7 129:24 130:11 131:13 132:6 189:6,7

**P**

**pad** 85:24
**page** 60:9 61:19 62:18,19 66:18 67:15 68:3,5,12 93:2,5 99:23 100:16 103:18,19 103:20 104:3 109:3,12 110:18 129:23 156:3,4 173:3 182:9 187:23 194:6 213:3 214:3,16,16

214:17,18,18 216:10,12,23 217:13 218:2,5 221:7 224:6,9,19 232:2 235:22 237:14 242:1 243:18 246:12,15 247:2,10 258:22 260:18,22 262:14 263:13 264:19,20 265:8,12,13 269:12 273:3,6,9 278:6,7,19,20 282:8,8 283:8,12 283:19,21,23 284:4,10 290:13 303:23 304:10,17 305:2,8,22 311:2
**pages** 49:6,19,23 56:5,15 58:6,8,14 61:18 62:20 68:24 114:13,16 140:11 140:11 162:17,20 217:22 225:9 227:4 258:7,8 284:6 303:19 304:15,18 313:12
**paid** 51:18 61:3
**panel** 262:7,11
**paper** 15:2 27:21 27:22,23 52:21 53:1,14,24 61:1 85:24 120:19
**paperclipped** 216:12
**papers** 24:22 27:17 28:5 42:22 57:21 88:15 223:5 279:23,24 280:1,5
**paperwork** 102:12
**paragraph** 118:15 224:14 237:15 300:19 302:4 303:21
**Pardon** 86:12
**Parkview** 20:11 21:17
**part** 16:15 38:24 41:13 49:11 71:19 71:21,23 77:6 89:10 93:2 96:16 101:5 133:16 151:1 176:5 258:4 258:4,20,23 260:11 287:3,4 290:20 304:22
**participate** 118:20 148:19 286:24 298:6,11,19 299:21
**participated** 138:2 141:24 142:10 298:9
**participation** 25:5 118:19 119:1,19 120:20 130:7 177:7 183:6
**particular** 16:24 28:6 31:7 39:14 44:20 45:3,17 50:14 74:12 114:12 119:22 120:20 161:7 162:23 169:23 174:8 176:24 184:4 190:15 216:6 218:2 231:9 231:15 246:12 256:19 261:1 263:10
**particularly** 180:23 186:9 247:2
**parties** 4:5 312:3
**Partnership** 1:4 297:24 313:3
**parts** 171:6,7
**pass** 128:21 129:6
**passed** 128:23 129:8 130:12
**passing** 129:12
**Patrice** 141:19
**Paul** 2:8 6:19 9:18 70:7 91:18
**pay** 104:11 206:3
**paying** 205:11
**Payment** 298:22
**payments** 104:17
**penalties** 204:23 205:21
**penalty** 263:9
**pending** 295:9 299:8
**penthouse** 278:14 278:16
**people** 14:1,3,4 88:10 115:9 130:13 140:17,23 141:11 142:2 143:15 145:18,21 150:23 189:17 190:24 201:10,15 293:16,18 304:6
**percent** 40:5 168:16 170:2,3,6 196:14,17 197:1 197:17 265:20 266:3,4,5,7
**percentage** 170:4 265:18
**percentages** 170:16 170:17 265:20,23
**period** 13:16 18:19 23:5 38:17 67:7 69:19 75:24 79:20 82:6,15 86:9 110:6 154:7,9 161:14 224:11 227:18 237:24 239:1 247:13 302:21
**periods** 82:12
**permit** 122:8
**person** 80:19 81:11 129:17 145:22 189:6 202:14
203:1 204:10 206:10 215:9,24 221:23 276:8
**personal** 4:19 5:14 9:3 24:10 47:8,11 50:10 53:16 60:22 219:10
**personally** 209:3 295:11
**persons** 231:2
**pertaining** 1:14 7:10 45:13
**Peter** 2:4 4:18 9:20 10:13
**phone** 81:12 256:12
**phrase** 188:22
**physical** 16:20 116:18 122:3 184:23 238:18 264:12,16 296:2
**pick** 252:3
**picks** 130:3
**pictures** 39:11,24 40:1 275:3,4,7,7 296:10
**PIN** 124:5
**Pinnacle** 111:3,7 111:10,14,14
**pinned** 86:21
**place** 15:23 46:18 62:4 68:17 75:8 76:13 125:2 149:19 163:20 185:20 207:18 217:15 222:6 252:13,19 253:3,4 253:24 298:13,16 311:6,18 313:11
**plaintiff** 1:5 2:6 275:10 279:7 296:18 313:4
**plaintiff's** 9:16,21 49:13 279:7 296:18
**plan** 82:24 83:4,7
83:12,15,19 89:12 89:24 90:3,5,10 94:18,20,22 107:24 135:11,20 136:8,11,13 145:4 152:7 158:11 198:15 199:3 200:22 238:20 244:12,14 269:15 269:16,20 276:21 276:22,22,23 282:23 283:3,3,6 283:7 286:17
**plans** 269:8
**please** 4:6,13 17:15 18:23 20:13 21:20 32:20 66:17 68:23 90:15 99:16 101:11 104:20 114:3 136:17 153:10 162:18,21 166:23 167:7 169:2,3 172:2 179:20 180:6 182:14 187:15 188:1 198:18 200:7 203:10,13 203:15 212:5 213:17,23 214:5 215:4 217:6,7 218:21 220:19 223:18 224:2,7 236:12 238:5 246:3 248:16 254:16,24 256:23 257:8 264:11,14 265:9 274:11 275:12 281:12 284:3,4 288:2,15 296:17 297:16 303:21 304:12 305:14
**plumbing** 17:1 266:15
**point** 46:12 64:19

86:17 89:18 103:5 117:3 126:17 192:4 212:21 226:15 263:9
**Pointe** 7:3,17 9:3,4 20:2 26:3,5 27:4 27:18 28:3,12 31:8 32:7,15,17 33:1,4,5,9,12,24 34:6,19 35:21 36:12,17 40:4,15 40:24 42:6,13 43:9,22 49:8 53:9 53:12,15,18 55:9 57:8 59:19 66:3 69:20 70:9,14 73:24 74:6,20 75:1,4,7,16,19,21 76:17 78:7,18 79:4,12 80:8,15 80:20 81:1,5 82:17,20,24 83:4 83:7 84:5 89:22 90:4,24 91:5,13 92:16 93:22 95:6 95:12 97:24 99:7 102:10 105:22 107:3 111:8,20 112:3,22 115:7 116:18 117:4,15 121:6,13 122:6,12 122:24 124:19 125:10,16 126:2,2 126:15 130:24 131:17 132:11,13 135:20 140:16,21 141:10,23 142:2,3 142:19 143:11,16 144:8,9 145:5 146:3 147:9 148:3 151:13 153:4 156:19 157:20 165:24 166:17 167:9,21,23 168:4 168:19 180:22 183:8,10 186:22 187:11 189:21,23 190:9,11 192:13 198:6 201:4 209:13 215:19 216:7 218:15,24 223:15 226:19 230:18 236:2,22 237:23 238:10 240:13 243:24 246:10 248:23,24 249:19 250:1 251:13 252:6,12 253:10 273:13 275:20 277:2 286:8,17 293:1,4 293:9 294:8 295:16 296:22 298:10,22 306:6 308:8,13 309:12 309:16
**pointed** 68:11
**Pointe's** 89:17,19 149:6 282:19 299:11 310:3
**pointing** 68:9
**points** 110:24 111:2 126:9 263:11,17 263:18 264:7,7
**police** 35:10,11
**policy** 98:7,13,16 98:23 99:6
**poor** 116:18
**pops** 51:9
**portfolio** 19:18 73:5
**portion** 63:8,10 115:16 263:13
**position** 11:14 13:21 51:5
**positions** 13:15
**positive** 112:10
**possibility** 292:19 293:8,23
**possible** 43:15 72:1 133:24 187:10 263:17 279:16 310:4
**possibly** 138:19,20 138:22 175:19,20 187:12 193:20 208:21 255:13 289:15,18 290:4 290:16 292:10,10 302:7 308:2
**practice** 44:19 52:17
**preapplication** 164:15,20 165:4 282:10
**preceding** 260:22
**prefers** 4:18
**pregnant** 144:2
**preparation** 24:23 137:3,5
**prepare** 24:1 57:10 57:16,23 138:9,10
**prepared** 106:4 171:21 174:11 176:21 230:24 233:7 289:21,23
**preparing** 88:16 90:8,10,19
**prescribed** 223:3
**present** 2:1,18 13:14 18:19 43:11 43:20 100:18 140:20 188:14 264:3 307:5 311:8
**presented** 77:19 218:2
**presumably** 65:7 227:16 261:2 274:2
**previous** 31:15 103:12 119:19 130:7 153:17 178:4 183:5,14 192:5 238:6 284:2 305:16
**previously** 7:5 29:9 29:10,12,13 30:11 31:3 33:7 44:1 49:11 74:9,11 160:4,10 183:13 184:16 311:9
**principal** 37:20,23 104:17
**print** 57:2 65:19 217:13,21 218:5 218:14
**printed** 25:14 26:6 48:13 49:4 56:17 58:4 65:5,16 115:7,8,9 216:15 217:19 220:5
**printing** 25:15
**prior** 33:6 35:17 87:2 119:6 131:3 131:19 132:16 133:20 155:17 156:11 158:13 159:3 163:23 168:9 185:18 206:12 207:2,10 220:17 233:2 234:2,23 238:1,13 239:19 242:7 245:11 249:8 254:12 286:18 287:6 291:2
**priority** 173:18,21
**private** 6:21 8:10 24:11
**privilege** 11:8
**proactively** 34:18
**probably** 9:10 64:7 101:3 160:16 184:16 190:22 200:16 201:12 231:14 245:15,16 253:5,5 293:14 298:4 300:17 307:19
**problem** 24:5,19 34:7,7,8,8 38:12 44:15,21 45:6 48:5 50:23 51:20 56:14 57:7,18 59:3,15,23 60:1,4 62:5 63:9 65:6 69:9 71:4 92:2 120:3 126:22 162:19 163:11 173:12 177:20 231:11 254:6 300:13
**problems** 33:17 34:15 35:5,5,9 46:6 70:20,23 74:13 171:11 177:14,21 195:13 263:10 274:5
**procedure** 1:13 83:5 146:11,13 311:23
**procedures** 131:11
**proceedings** 7:23 9:6
**process** 89:11 98:22 102:8 130:6 145:18 146:8 178:22 188:18 209:20 216:3 221:24 231:13 235:4 277:4
**processed** 144:10 209:22
**processing** 99:2 143:3 145:7,10 215:22
**prod** 34:19
**produced** 49:11 100:21 103:23 184:18 186:12,15 310:14
**product** 11:8
**production** 25:8 49:11,16,17 55:23 113:13,14,15,16

115:13 184:19 188:17 189:4 199:4,6 286:14
**program** 60:15 76:24 93:13,14
**programs** 76:16,19 77:7,9 94:4 118:19
**progress** 139:7
**project** 15:24 27:14 27:15 28:6,11 30:6 34:20 35:21 36:3,12 43:6 44:12,20 45:1,5,6 46:18 50:14,22,23 56:14 57:7,9 59:22,24 60:4 61:8,9,24 62:2 63:8 69:21 70:15 70:18 71:7,17 72:14 74:1 78:22 78:24 81:6 82:6 84:5,5,18 92:2 93:18 96:18 104:16 117:6 120:4 126:18 131:9 133:4 137:10 138:5 143:3,11,12,16,18 147:14 148:11 151:4,18 158:11 158:24 159:1 166:17 167:8,22 187:2,6 199:2,15 219:16 226:19 254:5 286:9 291:6
**projects** 15:17 25:18 46:17 53:2 71:24 73:2 77:5 92:18,19 93:22 94:4 95:9 119:2
**promoted** 13:18,18 13:19
**prompting** 74:19
**promptly** 260:2
**proper** 10:15 15:23 150:3
**properly** 38:10 39:19 194:8
**properties** 14:14 15:12,15 18:12,15 18:20 19:1,5,10 19:21 20:1 21:13 22:5,20 23:5 74:23 121:9,13 131:18 132:4 150:20 183:7 277:23
**property** 7:16,18 7:20 14:23 16:20 20:3 21:23 31:18 31:21,23 32:4,10 36:23 37:21 38:3 38:4 42:9 43:4 45:13,19,23 46:3 46:7,11,11 60:23 72:5 78:15 83:22 83:23 91:12 94:15 103:11 107:20 112:23 116:4,6,8 116:8 117:11 121:15 128:1,12 128:19 132:2 133:15,17 139:8 151:11 158:6,18 167:24 171:11 172:22 178:11,16 179:15 184:2 185:7 194:21 195:9,23 199:12 238:19 241:7 244:11,22 252:17 274:3 277:19 294:16 295:21 301:4,6
**proposal** 113:23 158:23 196:16 289:3
**proposals** 113:24 186:21
**propose** 6:8
**proposed** 105:5 196:15 269:15 283:2,6 285:11
**proposing** 93:15 187:7
**proscribes** 120:20
**protect** 71:11 72:9 244:12
**protocol** 58:19,20 60:8 62:9 66:7,14 92:3 107:24 120:14,15 268:22 268:23 271:23 272:1 291:5,13
**provide** 4:19 198:15 238:19 279:3 284:19
**provided** 231:24
**province** 95:10
**provisions** 227:17 294:20 295:12
**public** 1:12 11:19 14:13 191:17 311:6,15 312:5 313:23
**pull** 56:5 122:18
**purport** 277:3
**purported** 49:5 230:18
**purportedly** 236:21
**purpose** 1:15 65:21 70:21 76:15 113:6 189:20 268:7 307:2
**pursuant** 1:12 4:4 5:10 311:21
**put** 11:1 23:11 45:12,14,15 46:22 47:14 51:3,4 52:13,14,21 55:18 57:2 58:21 60:21 62:6,6,7 73:4 82:20 83:2 84:11 112:3,22 113:4,11 117:10 119:22 120:6 121:8,11,17 121:23 123:12 124:5 125:8 126:1 126:15 150:13 151:3,16 152:9,12 164:19,21 165:23 166:1,2,6,8,10 184:10 208:19,23 217:12 219:23 220:24 221:13 222:2 232:11 233:16,24 239:16 241:5,9,18 262:11 269:19 271:1 305:11 308:10
**puts** 51:11,14,15 120:2
**putting** 10:3 59:22 82:24 83:3 125:10 252:2
**p.m** 99:24 159:8,10 160:2 183:20 185:10,16 190:7,8 281:20 288:12 289:6 305:18 310:23

Q

**qualify** 150:19
**quality** 16:10
**quarter** 69:16
**question** 5:1 6:3,11 8:22 10:23 17:16 17:17 19:19 20:13 21:20 22:13 23:11 23:17,19 26:8 28:22 30:18 32:19 32:20 34:11 35:16 35:23 43:14,18,21 43:23 57:15,21 64:22 69:4 74:4 82:3 86:24 88:1 90:14 91:1 104:20 115:23 116:15,16 122:9 148:12 151:7 161:5,7 162:15 180:18 203:10,16 205:15 210:8 219:9 221:1 248:20 249:17 259:19 274:9 278:11 295:9 297:1 299:8 305:1 308:24
**questioning** 288:21
**questionnaire** 171:5
**questions** 5:4 9:19 10:9,14,21 56:7 83:21 84:7,8,10 150:10 153:12 160:16,18 161:1 290:22,23 310:20 311:12,16
**quibbling** 181:8
**quickly** 134:15

R

**R** 2:8
**Randolph** 1:16 2:4
**Randy** 214:22,23 222:6,8
**range** 18:23
**rats** 39:7
**REAC** 107:2,4 108:1,11 110:15 126:18,22 127:8 127:10 128:4 137:17 178:1,2,4 178:5,6,12 251:12 251:14,15,21,24 252:6,12 253:2,19 253:20 254:3,6 255:3 258:9 262:24 263:7,14 264:5 265:21 266:11 267:3 268:3,6,19 269:4

269:11,20,24 271:8 272:1 274:6 275:1,21 280:17 282:16,20 285:1 285:23 295:24 300:20 301:8 302:13,19 303:1,3 303:17,24 305:7 305:21 307:4
**read** 43:16 85:15 85:17,19,24 86:1 86:5,11,13,16,22 87:5,14 88:1,2 89:14,15,17,18,23 90:12,14,16 95:1 95:5 101:24 103:13 104:5 106:16 136:23 137:1,2 139:5 153:1 156:4 197:18,22 198:2 199:19,19,22 200:6,13 205:6,10 226:24 259:4,17 262:17,18 266:2 266:23,24 270:18 272:3,4 273:15 280:9 286:18 292:11 294:23 313:10
**readily** 5:22
**reading** 270:16,20
**ready** 30:23 184:13
**Real** 305:20
**really** 64:17 65:1 101:4 119:11 161:15 185:16 206:9
**reason** 39:1 41:21 46:21 61:22 105:19 109:21 110:4 112:21 127:9 133:8 156:10 165:22 173:18 183:23 184:10 192:20 195:2 196:10 226:14 231:11 251:10 276:11 277:12 278:2 279:16 284:14 285:11
**reasonably** 5:13
**reasons** 5:21 121:24 173:20
**recall** 7:7 14:9 17:9 17:23 19:13,15,16 19:23,24 20:4 21:11,24 22:22 23:23 25:10 26:12 27:19 28:4 30:11 31:10,16 32:2,3 37:17 40:10,17 41:9 42:5,21 46:23 54:10 60:7 62:17 63:13,16,18 63:19 64:4,6 65:18 66:4,13 70:13 73:4,23 75:9,15 76:1,8 78:17,20 81:21 82:19 84:10,12,16 90:24 91:3,7,9 92:3 93:1 94:16 97:17 98:2 99:10 100:6,7 108:7 121:18 122:14,20 122:21 125:24 129:11 142:1 143:22 145:1,16 146:1 149:10,16 149:21 151:1 157:2 160:11 164:7,21,24 165:6 165:19 167:12,20 168:24 173:1 174:15,17 175:3,9 175:15,21 176:22 177:4,6,10,19 178:13 179:13,19 185:9 187:13 188:12 189:5,7,17 190:2 193:7,11,14 194:24 197:14 198:13 201:6,20 204:12 206:7,16 206:20,23,24 207:5,13,15,19 209:9,14,16,19 215:2,20 217:20 217:23 218:14 229:10 232:12,15 232:20,23 233:13 234:15 235:8 244:24 245:1 249:22,23 251:5 252:21 253:8,16 255:10 268:21 270:16 281:7,9,11 282:9 287:2,9,11 287:17 291:10 293:2 296:15 298:14 306:16 307:6,17,18 308:5 310:5,12
**receipt** 273:11
**receive** 11:9 97:9 107:6 197:4 270:14 276:12,17 280:12,14 300:14 309:10
**received** 34:16 93:7 94:10 98:4 126:18 141:7 150:12 202:7 244:4 270:4 280:10,23 281:4 310:11,11
**receiving** 97:23 101:13 281:11 309:14
**Recess** 236:11
**recessed** 159:9
**recognize** 49:22 115:2 218:11 248:14
**recollection** 74:5 74:19 79:19 82:8 97:20 126:5 183:9 201:1
**recommend** 157:10 157:23 158:1 181:14,16
**recommendation** 93:7 94:10,11,14 94:18 117:19 118:13 132:10 149:10,13 286:19
**recommendations** 95:20 148:7 149:7 157:9
**recommended** 117:14 134:4,4
**recommending** 187:1
**reconvene** 159:10
**record** 7:24 9:13 17:17 43:15 45:2 45:8 49:2 56:8,9 56:21 60:22 63:10 64:18 68:7 69:2,3 79:15 88:2 90:16 91:23 100:15,24 101:11 108:23 110:17 114:7 129:12 135:16,17 142:7 160:10 162:10 200:6 212:18,23 236:10 248:17,18 273:1 273:23 275:10 279:6,13,15 283:18 287:23 288:8,14,17,19 296:17 297:7 304:20 305:15 310:16,18 311:16
**records** 14:24 27:4 27:6 37:1 84:20 84:22 92:16 123:5 126:7 165:24 204:22,23 250:19 274:13
**recounted** 81:13
**redo** 231:12
**reduced** 105:3
**reduction** 105:7,8
**refer** 10:13 56:24 68:16 109:1 198:5 219:10
**reference** 60:13 67:17 93:4,4 141:8 145:5 151:13,15 154:17 155:3 190:6,12 196:13 198:4 208:15 273:2 294:22
**referral** 36:17 49:8 78:18 81:15 82:9 129:18
**referred** 35:21 36:3 36:13 70:15,19 74:1 77:18 78:22 107:22 146:3 163:15 170:24 201:21 268:21 309:19 311:18
**referring** 67:12,20 70:22 93:10 110:18 140:3 160:12 161:8,8 165:13 181:1,2 194:12 228:23 229:2 237:13 241:11 242:12 264:7 273:14 287:10 305:17,22
**refers** 142:8 190:7 198:7 304:21
**refinancing** 149:24 284:21
**reflect** 7:24 9:13 49:2 68:8 110:17 114:7 189:24 264:8 275:10

279:6 305:10
**reflected** 279:20
**refresh** 183:9 201:1
**refuse** 10:22
**regard** 29:16
**regarding** 7:2 9:3 129:17 136:12 275:11 279:8
**regards** 15:19 29:14 32:7,7 125:12 132:3,19 162:6 200:15 256:6 285:18 286:19 290:6
**regulation** 273:22
**regulations** 16:2 71:16,20 119:24
**rehab** 113:7,11,23 113:24 117:5,10 117:14 150:4 158:6,10,10,24 186:21 187:10 189:23 196:18 282:11 286:17 308:10
**rehabbed** 116:22
**reinstall** 261:21
**rejected** 102:2
**relationship** 18:10 98:17 149:20
**relationships** 35:1
**relative** 7:16
**relatives** 73:20
**released** 255:9,18
**relevance** 190:4
**relevant** 4:20 5:13 9:2
**remained** 113:2 146:4
**remedy** 300:12
**remedying** 300:15
**remember** 19:20 20:23 21:1,2,13 22:3,24 23:9,12 32:14 39:3,12 41:1,3,6 43:18 44:7 58:7 65:15 66:8 74:10 75:21 81:8 82:14 86:20 88:24 91:8,10 97:23 101:13 114:23 123:1 140:18 145:20 165:20 167:15 176:4 177:12,12 185:8 207:7,8 209:11,18,19 217:18 218:17 229:18 232:23 244:23 248:22 250:11,12 251:4 254:15 268:24 276:1 282:9 298:20 299:20 306:22,24 307:19 308:16,18 309:3 309:14
**remembered** 161:19
**remind** 46:17
**REMS** 24:3,4,6,20 44:13,14,22 45:2 45:6 46:14,17 48:4,12 49:8,23 50:1,7,12,13 52:5 52:23 53:21 55:22 56:13 57:10,19 58:13 59:2,7 65:19 70:9 92:3 92:17,19,22 107:12 123:13 129:13 150:7,22 151:9,16,17 152:4 152:9,24 156:1 165:24 166:9,11 208:19,22,23 209:24 215:4,13 216:13 217:13,14 217:19,23 220:5 220:15 221:3,9 287:24
**renew** 148:13 202:23 224:16 233:21 235:20 238:20 244:13,15
**renewal** 98:7,13,16 98:18,22 99:5,13 102:6,9,13 145:6 145:7,11,18 146:18 148:2 149:11,17 150:18 151:15,17 153:4,5 153:7,20,22 154:1 154:8,10,14,17 157:24 158:22,24 160:17 162:13 212:15 213:3 215:22 216:7 222:16 223:2 225:11,15,16 238:11 239:1 243:15
**renewals** 14:15 148:16 151:12 157:13 210:4,23 235:18,19
**renewed** 144:13,15 144:17,24 145:1 146:18,24 147:1,2 147:3,4,7,10,12 147:17,21,23 149:6 153:21,23 154:6,24 155:1,13 155:22 156:22 158:9 161:11,14 161:14 220:6 238:17
**renewing** 146:15 150:1
**rent** 16:8 60:24 95:13,14,15,16,19 95:22 96:14,17,24 97:5,23 98:18,22 98:23 99:14 100:10,11 104:14 105:18,24 106:3
**Rental** 60:15
**rents** 15:24 16:2,7 16:9
**reorganization** 54:15
**repair** 113:7,11 267:7 272:5
**repaired** 39:13,17 116:22 177:23 195:4,17,19 265:3 271:3,4
**repairs** 39:19 112:18 117:1 139:18 177:14 266:19 269:8 284:15,16 285:22
**repeat** 64:22 91:1 151:7 177:9 218:21 259:19 260:20
**replace** 259:9
**replaced** 190:23 192:21 195:5 196:9
**replied** 271:1
**reply** 269:10 272:17
**report** 49:1 54:7,13 82:20 85:8,10,13 86:1,2,3,7,22 87:6 88:7,17,21,23 89:7 107:2,6 108:2,5,10 111:3 111:8,10,14,17 122:18 126:23 127:10,18 136:15 136:22 137:2,8,13 137:17,20,24 138:2,14 139:4,5 139:9,16 142:18 143:6,21 172:24 173:22 178:9 197:17 255:3,9 256:2,4,16 261:8 263:14 264:1,6,9 264:16 265:13 266:19 267:9 268:19 269:7,20 269:24 271:9 272:9,15,17 273:7 273:12,17 274:6 282:20 285:1,23 295:24 296:1,3 300:20 301:14 303:1,4,9,17 305:7,9,12,21,22
**reported** 54:9,20 55:2,3 137:15 271:15
**reporter** 17:16 48:11 56:20 103:6 108:23 297:8
**reporting** 128:4
**reports** 54:24 143:20 173:16 221:18 256:14 264:13 268:3,6 269:3 280:17 305:10
**representative** 9:16 9:22 113:22 149:22 202:7 224:20,21 245:21 249:13
**representatives** 10:14 14:6 75:6 75:16,20 189:11 308:3
**represented** 6:13
**representing** 28:21
**request** 11:2,16 25:8,13 49:13 98:18 100:10,12 100:13 101:16 105:18 186:1,9 210:3,11,16 212:15,23 213:8 213:11 215:4,13 216:6

**requested** 26:6 88:2 90:16 111:14 193:24 210:21,22 210:24
**requesting** 11:14 272:14
**requests** 97:23 98:3 221:23
**require** 265:3 266:19 267:14
**required** 37:2 45:12 138:3 157:17,18 273:10
**requires** 273:17
**reserve** 310:12
**reserved** 310:21
**residents** 75:19 244:12
**resolution** 136:15
**resolve** 38:20,21 119:3 134:7
**resolved** 109:18
**respect** 6:21 8:11 26:4 37:17,21 46:3,6,18 55:9 59:18 74:6 83:18 92:16,17 93:21 97:9 99:14 115:19 122:23 144:23 147:9 148:3 157:19 166:17 176:7,11 180:16 180:20 183:7 204:22 227:4 228:18 234:17 269:8 271:6 272:5 277:5 300:9 310:13
**respectively** 225:2
**respond** 10:22 17:16 25:13 30:20 155:19 168:11 174:3 219:2 269:7 299:14 309:21
**responding** 82:4 214:9
**response** 43:16,18 142:8 160:24 178:24 181:23 217:6 269:20 271:9,14,16 282:15,19 284:14 306:8
**responses** 280:16
**responsibilities** 13:8,23 14:11 15:9 34:10 35:18 36:16,20 37:24 79:6
**responsibility** 72:18 77:6 80:15 82:22 93:21 94:7 95:18 115:19 143:4 180:19 215:21
**responsible** 18:21 19:10,17,21 20:1 22:17 34:24 61:4 79:4 94:5
**rest** 103:20 216:4 272:17 288:24 308:14
**restate** 57:15
**resubmit** 106:13
**result** 130:21 138:18 139:1
**results** 45:14,15
**resumed** 160:1,7
**Retained** 3:19
**retrieve** 27:1
**retroactive** 102:16 102:16
**return** 176:1
**returned** 139:2 227:24
**returns** 142:18
**reveal** 28:19 161:24 162:3
**review** 15:13,14,16 15:22 24:19 37:9 37:10 39:4,5,9 40:5,12,15,20 41:4,13,14,19,20 42:6 58:23 59:1 74:11,14,15,24 84:20 95:20 97:14 143:23 158:17 166:21 167:11 168:6,8,16,23 169:4,15 170:23 171:1,2,3,9,14,16 171:18,19,22 172:10 174:7,8,16 175:7 176:7,9,12 176:17,17 177:2,6 177:8,11,15 178:21 179:10,16 179:18 180:16 181:3,6,17,24 182:7 193:13 194:8 196:1 197:5 214:9 246:24 247:4 269:6 270:24 271:1 286:12
**reviewed** 57:23 58:2 83:10 86:3,4 101:17,21 106:6 181:23 237:6 280:18 282:5 289:2
**reviewing** 16:6 68:24 96:1 283:18 296:18
**reviews** 15:11,12 16:3,5 40:6 42:12 143:1 166:18 167:21 168:4,6 180:17,20 188:18 293:6
**revisions** 63:20
**re-enter** 66:11
**re-entry** 65:24 66:5
**right** 5:16 14:7 21:17 22:1,13,19 22:24 24:13,15 29:24 32:9 42:14 48:7 50:1 52:2,15 53:12 57:1,3,19 58:3 59:14 60:11 61:20 62:21 63:4 64:19 65:10,13 66:24 67:24 68:4 68:11,17 70:13 78:24 80:14,18 81:19 84:12 86:4 87:11,15 91:17 93:19 96:18 99:7 100:9 105:8 108:8 116:4 119:2 122:13 123:1 124:1,7 125:23 126:3,6 127:5,9 127:21,22 128:15 129:7,23 132:7,14 133:6 135:9 136:2 142:16,17 146:2,5 146:10,24 148:9 149:4 153:19 155:10,14 157:8 160:20 161:2 164:16 166:12,18 166:21 168:8,17 170:3 171:9,21,23 172:13,17 173:23 174:14,19 175:11 175:17,18 176:13 178:7,22 179:11 181:5,6 182:7,11 184:11 185:22 189:3,22 190:8,17 194:22 195:4 196:6,8 198:14 199:17 200:19 208:12 210:23 212:1 213:12 214:19 216:10,16 217:16 218:1,3 220:8,14 222:7,9 222:23 225:17,23 226:6,9,12,17 227:15 228:1,6,13 228:22 229:7 233:12 237:12 239:12,17 240:9 240:13,15,16,19 240:23 242:6 243:9,16,24 246:23 248:11 252:14 253:3,24 254:10,16 258:10 258:17 259:8,14 260:18,22,24 261:8 262:21 263:9,18 264:1,4 265:6,13,14 266:4 266:8,21 267:15 269:21 270:1,4 271:6,13 272:18 274:8,19 278:19 280:5 282:14 283:11 284:6 285:10,24 289:19 290:8,24 291:8 293:18 295:15 300:19 303:6 304:1 305:8,13 306:10,20 308:11 310:8,12
**right-hand** 109:6 172:16 200:19 214:21 248:12 270:8 277:7
**RMR** 1:11 312:10
**roaches** 302:20
**rodents** 129:4
**role** 36:14 51:17 52:2 113:9,12 209:21
**room** 1:15 259:5,11 259:18 262:6 278:16
**rooms** 259:1
**rough** 63:2
**Rule** 5:11 186:7

**Rules** 1:12 5:10 311:22,22
**run** 71:24 77:5 118:22 186:10 224:10 237:15,23
**running** 44:11 45:5

S

**S** 3:6
**safe** 72:11 77:9 205:13,23 294:16 295:22
**safety** 107:19 110:14 256:7,15 257:10,15 258:4,5 258:9,15,23 260:11,19 262:23 264:8 271:7 274:4 274:7 275:2 283:1 301:10,14,23 302:2,5,8,10,11 302:12,14,20,21 303:4,8,12,17 304:1,9,9,16,21 305:7,9,11
**Samuelson** 2:19 9:5 9:14,15,20 10:1
**Sanders** 75:22 76:9 77:10,12,22,23 82:10 180:3 189:9 193:8 197:5,17 201:24 206:5,11 227:7 228:15
**sanitary** 72:11 205:13,23 294:17 295:22
**satisfactorily** 42:14 42:18
**satisfactoriness** 158:23
**satisfactory** 158:11
**Saturday** 271:19 272:12,22
**saw** 25:10 88:21 90:11,14 108:11 111:16 136:23 171:11 255:8,12 255:17,21 296:7 299:7 300:8
**saying** 38:10 49:9 84:15 88:18 95:15 104:10 127:14 135:10 150:4 153:5 154:3 155:16,21,22 183:15 190:22,22 190:24 196:11 198:3 240:2 245:14 250:21,22 258:16 276:21 283:5 284:24 294:4 301:24
**says** 19:1 49:1 87:18 93:6 110:1 111:13 121:19 137:19 142:13 155:13 156:5,8 171:4 181:22 190:7 194:4 196:8 199:21 214:22 216:19 219:14 224:10 225:15 226:2 229:5,19 259:2,3,5,11 261:1 262:16 264:21 266:1,3 269:13 271:22 272:7 273:5,10 278:8,22 283:20 285:2,5 290:9,13
**Scene** 73:5
**schedule** 52:12
**scheduled** 252:9 253:21
**scheduler** 253:6
**school** 11:19,20
**schooling** 12:2
**schools** 253:7
**SCHOPF** 2:3
**scope** 198:16,20,23 282:23 283:2,6
**score** 107:22 110:15 126:18 263:22,22
**screen** 24:6,20 44:14,21 50:14,20 50:24 57:10,18 65:5,6 154:18,19 154:20 156:1 167:8 216:13,15 217:13,19 218:14 220:4,15 256:17
**screens** 24:3,4 45:3 45:7,9 48:12 49:4 56:3 59:3 65:15 65:19 152:24 153:1,3
**seal** 312:4
**search** 124:3,14 185:21 186:2,4,11
**second** 49:8 61:19 85:9 156:4 180:4 183:24 224:19 240:15,18 243:23 244:19 245:19 249:19 250:2,9,17 251:2 264:19 284:4 300:19 302:3
**seconds** 90:2
**secretary** 59:1,4
**secretary's** 58:24 71:11
**section** 14:15 37:6 60:18 73:9 105:2 145:14,16 146:17 190:15,16 192:4,8 201:24 205:20 210:1 225:10 228:22 229:1,6,20 229:23 230:3,14 230:19 237:22 240:12 260:11 282:3 291:11 292:21
**sections** 49:18
**secure** 123:20,22
**Security** 124:6
**see** 25:8 37:10 38:11 49:17,18 56:18 57:2 66:18 66:20 68:2 69:14 69:17,18 70:7,11 71:17,24 72:13 77:5 84:21 85:13 85:23 86:7 90:9 93:6 94:20,23 100:20 103:10 104:16 105:3 108:5,6 111:10 115:1 124:14,18 126:7 128:3,5 130:3,8 137:5 145:4 155:3,5 162:21 163:6,16 163:20 164:2,12 178:9,9 182:1 194:4 211:1,12 216:18,19 218:2 223:16 224:9,14 228:23,23 232:2,5 237:5 242:1 243:18 246:15 247:19 252:9 255:7,14 256:17 256:21 259:21,22 260:11,15,17 262:8,19 264:17 264:20 265:11,24 266:16 267:19,21 268:8 272:2 274:21 277:9 278:5,7,9,10,21 281:24 282:2 283:3,5,5,6,7 288:1 296:24 297:12 298:3 299:18 304:8
**seeing** 58:7 85:23 100:6 281:7
**seek** 58:12
**seeking** 113:6 285:22
**seen** 48:17 85:16,18 85:20,22 86:2 87:17 100:1 112:1 127:19 134:10,16 135:4,13,20,22 136:1 143:6 174:11 179:12 184:20 212:15 215:16 217:18 223:6 237:3,7 245:3,5 255:5 275:24 276:2 281:8,21 290:3 292:12 293:6 298:1
**select** 150:18
**selection** 150:14,15
**selves** 76:22
**send** 27:2 53:6 94:17 106:17 127:13 185:4 212:2 244:19 245:6,8 253:6
**sending** 70:21 114:23 126:8 244:24 269:1
**Senior** 93:18
**sense** 72:13 195:20 266:10
**sent** 27:4 102:2 106:13 127:11 150:5 179:7 181:19 182:5 183:14 203:9,19 208:6 210:6 211:16,18,22,24 224:5 227:5,10,15 239:9 242:15 296:22 297:6 298:8
**sentence** 126:9 181:22