**informed** 73:22 74:21 87:11 159:2 222:2 242:4 267:7
**infused** 110:18
**infusing** 109:10 110:8 115:12
**initial** 12:16 41:5 57:2 275:20
**initially** 42:9,20 120:19 207:18
**initials** 44:6 278:17 279:11,20 280:17 282:7 284:7
**input** 43:2,8 68:23 69:14 95:3
**inputs** 20:21
**inputted** 217:10
**inputting** 137:17
**inquiries** 267:9
**inspect** 132:24 143:10 164:1,5 168:6 177:15 182:2 239:3
**inspected** 144:9 181:9 182:10
**inspection** 9:4,5,10 9:11,15,16,18,19 9:21 10:4,10 11:16 15:8 16:18 18:13 109:1 117:11 125:20 127:19,22 128:3 130:1 141:15,19 146:15 154:10 162:15,21 163:9 163:16 164:12,23 165:1 166:11,19 167:8,20,23,24 168:5,8,11,11,14 168:17,22,23 169:5,7,8,10 170:14,24 171:9 171:22 172:23 173:24 174:5,11 174:18 177:13,17 178:9,10 182:12 182:15 183:10 188:2 191:15 200:20 201:17,22 205:19 224:21 226:20 233:20,21 234:22,23 240:2 241:7 246:4,19 249:10 255:1,13
**inspections** 10:6,11 10:15 164:6 177:13
**installation** 147:7
**installed** 147:5
**instance** 47:7
**instances** 45:6,9 87:23
**instant** 289:4
**instruct** 96:5 260:4 267:10 286:5,10
**instructed** 17:21 75:15 77:13 169:9 191:19 193:10 248:11,21
**instructing** 102:15 103:14
**instructions** 19:1 104:8 135:11
**insurance** 143:3 144:22 156:15 159:12,12,13,14 187:10 189:3,17 197:14 198:13 199:17 246:2 252:1
**insured** 246:10
**insuring** 167:11
**integrity** 283:10,21
**intend** 229:11
**intended** 134:14 160:15 236:9 246:10 249:1
**intent** 12:7
**interested** 289:8
**interior** 171:20
**interjecting** 237:8
**internal** 99:6,7 111:7
**internally** 84:12 85:1
**interpreted** 13:17
**interrogatories** 288:15
**interrupt** 75:16 77:14 259:24 275:8
**interrupted** 226:14
**interrupting** 264:9 275:10
**interruption** 103:13
**introduce** 125:12
**introduced** 253:1
**invested** 107:24
**investing** 107:21
**investment** 108:19
**invited** 120:1 124:9 124:12
**involved** 97:24 98:8 98:17 99:1,3 103:22 131:19,24 137:5 145:2,9,11 186:14,22 187:1,7 206:6,16 207:3,21 216:20 223:9 270:2,6,12,17
**involvement** 63:23 91:16 98:19,21 131:3,8,11 137:19 186:8 188:1,4 216:2,2 270:19 271:19
**in-box** 32:11
**in-depth** 9:8 23:12
**issuance** 78:16 216:8 222:6 223:10
**issue** 47:13 49:17 82:18 145:6 183:24 209:21 210:6 212:10,19 250:22 251:2,10 261:24 270:10
**issued** 31:23,23 54:21 55:1,5,6,16 55:23 56:19 58:15 58:16,22 59:8,10 60:13 71:11 73:21 79:12 81:11,14 101:14,17 104:18 110:24 116:20 131:20 151:13 157:6 159:3 162:7 169:8 178:8 183:22 204:21 205:20 212:7 213:12,19 214:4 217:12 221:10 222:5 223:17 224:15 248:9,14 248:19 262:2 273:4 274:6 275:4 275:11,13 281:15
**issues** 53:24 65:20 83:11 124:24 131:24 132:2 143:13 181:8 221:21 234:20 247:11,13 254:15
**issuing** 47:11 76:6 137:18 195:13
**item** 124:14 133:3 237:24 238:14 263:14 265:12 266:4
**items** 112:16,18 118:2 122:5,12,15 122:23 123:3,10 123:14,24 124:1,4 125:22 126:9,17 146:13 158:20 170:18 175:9 177:3,9 178:15 182:20,24 183:24 234:16 236:6 237:15 239:16 240:2,10,21 241:6 249:10 262:21

**J**

**Jackson** 2:12 4:19 92:12 93:5,9,10
**James** 120:12,14 121:5
**Janet** 218:8
**January** 101:21 102:2 107:19 109:2 110:2,22 116:20 134:4 135:18 136:3 278:22 279:14
**Joan** 98:12 112:21 114:12 136:11 225:6,18 243:4 244:23,23
**job** 131:17 220:8
**John** 190:24 195:9 231:6 272:7
**joined** 16:24
**jointly** 215:20
**JTL** 140:18 142:16 146:9 147:17 153:18 164:17 175:4 184:18 191:9 195:4 217:20 219:20 231:3 252:7 268:5
**Judge** 1:6 287:7
**Judith** 1:14 288:4 289:18
**July** 142:20 146:13 146:21 147:8,12 148:20 149:12,17 252:12,14 258:14 259:1,10
**June** 140:23
**jurisdiction** 98:7 128:11 129:7,21 145:5 146:4 174:22

**Justice** 2:6 5:15,18
**justified** 50:11 51:4 51:7

K

**Kathy** 233:4
**keep** 15:1 19:21 21:15 94:13 99:18 99:18,20 220:7 223:15 237:8 245:13 247:10
**Kelly** 225:21 226:7 226:16 228:10,11 230:1,7 231:7 233:22 234:22 235:1 243:6,13 244:22 245:7 247:23 248:2 249:9 256:23 257:22 258:16
**Kenneth** 147:20 253:16,17
**kept** 111:2 224:15 245:7,15
**kicks** 33:18
**Kiening** 90:14 98:12 102:8 104:22 105:2,10 107:18 110:23 111:6,10 112:20 112:21 113:1 114:12 115:8 117:8,9 133:18 134:4 135:3,7 136:11 141:2 225:6,11,18 227:24 243:4 244:23,23
**Kiening's** 101:20 103:17
**kin** 289:9
**kindled** 27:22 28:4 28:8
**King** 196:20
**Kirkman** 146:12 146:18,20 147:11 147:20
**knew** 22:8 25:15 28:9 79:11 135:15 136:1 143:12
**know** 5:9 8:5 10:13 10:19 13:9 14:22 15:11,22 17:17 20:19 30:22 35:3 36:18,23 37:9,10 45:14 47:2,13 48:21,24 49:12 50:11 53:19 55:21 55:22 58:19 59:3 59:15,16 60:3,8,9 64:7,14 65:2 66:15,19 67:1,22 68:4,7,12,22 69:3 73:1,6,7 74:12 76:1,20 78:17 79:2,9,18 81:24 82:20 83:19 87:6 87:16 90:18 91:1 96:20 97:2 99:22 102:1,21 108:9 109:9,18 113:4,6 113:14,16,19 114:1,24 115:6,9 116:19 117:20 118:12,24 119:3 119:10,22 120:14 120:19 121:15,17 123:4,19,20 124:4 127:8,9,11 128:24 129:3 132:21,22 137:14 138:15,17 141:3,24 142:6 143:12,22,23 144:1 146:20 147:7 152:13 153:1,1,5,5 155:19 156:10 160:11 163:13,18 163:24 164:10 168:4,13,15,17 169:5,15,17,18 172:10,11 176:16 177:2,7,9 179:3,4 180:13 182:1 187:9,14 196:2 197:3,20 198:12 199:20 204:5 216:1 220:20 226:13,15 232:3 236:22 238:11 239:5 240:9,20 241:9 242:3 244:10 245:6 247:3,22,23 248:8 251:21 252:23 253:4,6 254:12 255:8,23 257:7,15 257:18,20,20 258:3,15,23 259:5 259:8,16,21 261:24 262:13 265:14,18 266:12 272:16 278:7 280:15 281:2 282:22 284:9 285:21
**knowledge** 66:20 69:17 79:17,18 116:8 119:14,24 120:3 124:16,19 154:16 164:4 175:24 177:16 179:9,11 239:11 241:6
**known** 45:14,17 46:23 75:9 253:23 254:3
**knows** 44:24

L

**L** 2:7 148:8,11
**language** 143:8
**large** 10:14,19 164:1 256:15
**larger** 128:10 129:15
**largest** 129:6
**late** 39:20,22 124:17 155:15,23 190:2
**laundry** 237:24 238:9,11 239:9
**Laura** 219:24 220:21,23
**lawsuit** 30:8 100:18 166:17
**lead** 224:12
**leader** 214:22 216:12
**leading** 30:11
**learn** 23:19 24:2 25:6,10 61:3,6 71:14
**learned** 27:15
**left** 90:16
**legal** 12:5 13:13 51:19 57:8 82:16 83:7 204:18 213:4 279:17 280:7 284:2,13 285:13
**legible** 158:14
**Lepore** 1:14 288:4 289:18
**letter** 33:20 35:5 78:11,16 85:3,5 112:21 135:6 140:21,24 141:12 141:17 142:1,4,10 142:11,19,21 144:19 146:12,16 146:17,21,24 147:11,20,24 148:1,2,4 150:20 150:23 151:4,6,8 151:12,21,22 152:6 153:11,21 153:23 154:8 155:2 157:16 162:7,11 169:8 175:7,16 179:18 180:3,16,18,21 181:6,11,12,13,16 181:21,22 182:1 183:12,22 184:21 195:8,10,13,16,18 196:5,13 197:1,23 198:1,5,16 199:7 199:13,15,19 200:1 202:8 203:1 203:6 211:15 212:6 214:3,12 215:8,10 216:12 221:2,5,12,15,18 222:1,14,24 223:7 225:5,11,21,23 226:4,16,17,18,23 227:1,2,5,7,23 228:11,13,15,17 228:22,23,24 229:2,11,15,19,24 230:1,18 231:6,7 231:11,16,19,19 232:1,13 233:4,6 233:10,10,11 234:18,23 235:2 237:14 238:8 239:22 240:5 241:18 242:12,15 243:6,13 244:22 245:7,10,12 248:14,19 250:2 257:23 258:6,9,23 259:9 268:8 269:20 271:2 272:7,8,12,14,16 272:21 273:1,4,9 273:11,12,14,17 273:22,22 274:2,8 275:12 276:13,13 276:16,18 277:9 277:23 280:2,9,14 280:15,22 281:3,5 281:5,10,13,17,18 281:24 282:4,5,14 282:22 283:3,7,10

283:23 284:5,10 284:17 285:1,9 286:3,14
**letterhead** 151:5
**letters** 157:9 176:3 176:17,18,20,21 181:5 212:11 215:17 242:7,9 243:1,9 248:15,18
**let's** 38:19 40:20 103:13 136:13 201:2 256:6
**Leulla** 146:12 147:20
**level** 46:20 50:16 240:3
**levels** 232:20
**library** 165:21
**License** 289:20
**lien** 126:2
**light** 104:13 122:7
**Lilly** 148:12 178:24 179:14
**limited** 1:3 98:19 98:22 141:5 287:4
**limits** 17:9
**line** 160:9 195:24 196:18 236:21 238:2 247:4 257:15
**lines** 159:21
**list** 90:16 122:7,12 122:14,23 123:2,4 205:9 263:14
**listed** 123:24 176:1 178:2 233:1
**listening** 156:16
**listing** 112:16 118:3 262:18
**lists** 122:5
**literally** 130:8
**litigation** 30:2,2,20
**little** 87:10 168:19
**live** 4:15
**living** 251:21
**LLP** 2:2
**loan** 126:12,15 143:7 145:3,6,15 145:16,17,20,24 159:12,15 167:12 168:21 174:19,21 185:5,8,10,18,24 186:19 187:2,6,14 187:15,17,24 188:3,8 189:20 190:6,9 191:22 199:4,21 200:2 218:13 219:3,14 246:9,21,24 247:4 247:7 251:7,11
**located** 21:11 92:11
**locks** 238:9 239:9
**log** 170:14,24 171:9 171:11,19,19 173:24
**logged** 172:24
**long** 8:4 17:12 26:10,12 39:13 53:21 59:18 60:19 61:8 63:21 64:9 66:4 70:9,14 73:17 78:17 81:8 82:11 84:9,18 85:12 93:11 94:8 101:24 102:4,11 103:5 104:16,23 106:3 107:16 120:23 156:1 158:2 163:24 176:8,23 184:11 201:23 216:22 276:16
**longer** 103:22 144:10 255:24 256:1
**longstanding** 63:8
**long-term** 60:6 126:17 246:24 247:3
**look** 8:13,18,19,22 9:7,9 11:15 18:19 20:6 22:8 27:14 43:7 56:9,24 65:4 72:23 86:5,20 88:2 90:9,18 107:18 111:10,13 115:10 121:1 125:16 130:9 132:10 150:16 151:1 158:15 170:12 184:9 192:19 195:6 225:15 235:12 237:19,20 242:23 244:21 252:15 254:20 260:17 263:23,24 266:17 271:1 276:20 279:5
**looked** 10:21 11:9 11:17 13:4,6 14:1 15:3 16:20 18:10 18:12 22:20 24:20 25:14,18 26:2,6 27:22 28:5 83:22 86:2 90:22 176:17 184:11
**looking** 10:9 12:8 14:8 23:20 24:3 25:6 26:5,10 27:21 28:18 75:10 86:3 88:3 102:20 102:21 105:1 113:20 114:3,6 141:7 149:11 150:5 152:10 157:8,16 165:14 165:16 171:19 185:21 228:2 231:14 232:10 250:18 260:10 272:2 278:13 280:24 282:21
**lot** 127:15 136:23
**Lotus** 100:2,3
**lower** 165:1 166:14
**lunch** 136:16,22 158:21

**M**

**mail** 259:6
**mailboxes** 122:9
**mailed** 180:10
**maintain** 13:7,9,14 204:22
**maintained** 14:14
**maintaining** 15:21
**maintenance** 123:13 127:11 182:16,22
**Maisonet** 216:9 218:7 219:23 220:9,14 221:3 244:17,20
**major** 167:11
**maker** 37:22
**making** 46:7 47:12 103:18 184:2
**management** 33:10 33:11,13 39:9 41:3 44:15 46:8 51:11 84:13 92:9 112:1 117:9 133:22 137:22,24 138:8,15 139:6 141:13 146:14 149:16 188:9,9 189:5 232:14 235:2
**management/occ...** 138:13,20 139:2
**manager** 15:13,15 19:7,15 20:3 25:15 29:18 33:16 33:16 34:12,14,21 34:21 35:9,10,24 36:21,23 37:13,19 37:22 38:4 39:1 40:13,17,22 41:4 41:11 42:9,20 43:1,10 44:23 46:21 47:7 50:10 50:15 51:1,2 53:1 57:15,18 62:2 65:11 68:5,10 69:8 72:11 83:18 91:19,21 92:3 93:22 94:4 95:12 95:16,19 96:11 97:10 103:21 104:4,9 134:23 135:17 137:16,23 138:11 139:16 146:19 161:11,20 178:20 204:12 208:18 209:7 211:9 217:14 233:22 244:8 256:19 257:14 273:15 277:15 280:18 282:6
**managers** 18:23 19:1,23 39:10,11 91:24 96:5,23 97:2,13 134:20
**manager's** 95:21 96:3 103:7
**manila** 11:5
**manner** 84:23
**MARA** 39:16,21 40:7 46:21 51:16
**March** 14:17 15:4 177:20 178:2,4 190:7 192:4 224:20 232:1 237:15 240:2,10 240:22 242:8 245:18 248:6,23 249:11 254:24 256:11
**Margarita** 216:9 219:23 220:9 221:3
**Margie** 220:8
**Maria** 2:12 219:23

**Marilyn** 119:3,5
**mark** 87:3 140:14 142:12,19 146:6 147:14 153:14 164:14 174:24 175:7 184:21 191:11 195:7 217:16 230:24 252:3,10 268:1
**marked** 3:8 86:8 101:19 112:20 140:17,21 142:15 146:8 147:16 150:17 153:17 158:5 164:16,20 175:3 179:15 184:17 191:8 195:3 217:19 219:19 225:3,19 231:2 252:6 268:4 272:5
**market** 271:4,9
**mark-outs** 81:16
**Marlese** 195:21 196:1 233:4
**Mary** 47:15 80:2 82:1,9 145:7 146:5 157:6 174:22 185:9,13 185:17 186:13,19 187:11 191:18,18 192:12 193:10,13 196:9,16 197:13 198:14 199:14 200:1 218:8 233:5 247:7,20 271:17 282:9,13
**Mary's** 82:8 197:6
**material** 44:14
**materials** 22:16 44:8 68:10 69:7 85:1 87:17
**Mathis** 143:5 144:10
**matter** 55:14
**matters** 5:1 95:7
**McGee** 169:17
**McMahon** 196:7 233:4
**mean** 7:3,9 13:11 16:11 35:12 45:13 52:20 55:6 73:5 95:18,19,24 97:11 128:17 151:10 221:11 224:24 226:3 251:5 254:4
**meaning** 42:2 104:2
**means** 7:4 88:22 235:5
**meant** 93:8 137:3 160:5,11 218:21 229:18 230:8,17 261:23 284:24
**meet** 92:15 94:6 200:19 201:2,5,12 210:15
**meeting** 61:6,9,12 62:3,5 65:24 71:19,23,24 72:2 72:9,14,17,18,24 73:8,16,17,18,20 73:20,22 74:22,23 75:8,12 76:1,6,18 76:24 77:5,19,24 78:2 79:4 80:5,9 81:7,10,12 96:13 108:16,19 125:12 155:22 156:6 157:23 158:1,4,7 158:16,21,23 161:3,8,12,13,21 161:24 162:1,6,7 167:18 168:18 169:6 201:14,16 201:18,20 202:1,2 202:14,21,23 204:11 208:9,10 208:17,18,21 209:5,10,11 210:19 211:8,9 212:1,4 214:17 215:2 216:16,17 221:21,24,24 242:2 274:13 275:14
**meetings** 59:24 60:21,23 61:5 94:14 120:4 140:12 161:5 216:23
**members** 178:20 179:2
**memo** 62:19,22 164:21 203:6 270:16
**memoranda** 84:11 85:9 94:13 217:1 267:13
**memorandum** 20:7 20:10 85:17 99:7 156:24
**memory** 184:12
**mentioned** 11:16 172:14
**met** 118:22 119:11 119:23 121:10 201:15 202:1,13 222:6 242:2 252:24
**Michelle** 168:15 170:1
**middle** 102:24 162:14
**Miller** 253:8
**million** 48:16,17 193:15 218:13 219:3,7
**mind** 27:22 28:5
**mine** 65:23
**minor** 219:11
**Mintz** 168:15 169:17,19,24 225:5,10 227:23 242:7,10,11,12,16
**minute** 24:6 210:14 272:1
**minutes** 26:16,19 176:17 212:24 231:12 286:6
**MIO** 111:15,16,18 111:24 112:7,13 113:6,11,15,18,21 114:7,11,15,16,19 115:7 117:10 133:6,10,14,20 134:1,5,8,11,17 134:21,22,23 136:12 141:14,18 146:15 149:12,17 154:9 175:9 176:18 235:4,5,10 235:12,16,20,22 235:23 236:1,1,5 236:10,14,23 254:19,23 256:10 266:5
**mischaracterizes** 113:9 239:20 280:5
**mislead** 263:8
**misstate** 54:4
**misstates** 16:5 41:8 49:22 50:18 54:1 58:10 63:2 71:9 75:1 76:11 79:21 84:17 91:7 94:24 106:17 110:4 123:15 134:10 135:8,20 150:7 153:10 154:14 169:1 196:22 208:13 213:3 215:3 240:14 246:16 249:14 250:16 257:1 258:18 264:20 273:20 278:9
**misstating** 161:17
**mistaken** 264:17
**modification** 37:23
**modifications** 111:17
**modified** 35:20 46:14
**moment** 61:13 87:7
**money** 246:10
**monitoring** 93:14
**month** 5:5 11:10 13:5 22:20 26:7 27:23 28:6,13 167:22 269:5
**months** 258:14 275:21 277:4,7,17 278:1,14 279:14 280:1
**morning** 86:2 218:1 282:16
**mortgage** 12:18,19 12:20,23 142:24 144:21 146:1,2 159:13 189:3,16 197:13 198:13 199:17 246:2 252:1
**move** 5:17,23
**moved** 93:12
**Multifamily** 7:12 33:2,4,6,8 34:6,10 46:9,11 51:12 88:23 91:2 92:10 111:3,4 130:4 131:11 132:19 178:18 188:10 208:23,24 234:6 234:19 245:8 250:5 253:10 264:11
**multiplied** 49:6

N

**N** 2:1 3:1
**name** 4:13 5:10 21:11,14 119:4 220:23 224:24

254:3
**names** 178:22 179:3,6
**narrative** 90:24 94:17,18
**near** 28:9
**necessarily** 246:12
**necessary** 5:15
**need** 18:2 22:10 84:22 85:10 95:14 106:18 112:16 115:20 159:8,18 173:3 188:13 197:7,10,11 232:14 237:17 245:20 247:6 252:13 264:21 269:21,23 272:20 273:8,14
**needed** 71:15 126:23 169:15 215:22 234:15,20 242:4 246:13
**needing** 236:7
**needs** 34:22 35:11 159:7,15,22 160:18 162:15,16 162:21 169:4
**neglect** 127:12
**negotiations** 234:4 234:9,17 241:19 241:21 243:14,22 249:19 250:4,12
**Neil** 271:3
**neither** 5:8
**never** 14:21 60:3 62:21 67:15 83:21 113:3 117:12 119:23 122:1 127:22 128:2,6,9 128:20 158:10 165:3 169:19,24 176:20 180:21 185:10 220:23
**new** 38:12 40:15 124:15,16,19 125:1,4,6 147:4 159:8 167:11 187:17 254:3 260:10 261:1 268:15
**non-approval** 37:23
**normal** 37:18
**NORTHERN** 288:1
**Nos** 3:16 268:3
**Notary** 1:15 287:22 288:5 289:12,18
**notation** 231:24 232:3
**note** 18:5 86:2,3,5 87:3 96:13 148:18
**notebook** 19:21
**noted** 80:15,21 240:10,22
**notes** 17:16,18,20 17:22,24 85:9 94:13 100:2,3 158:3,7,9,10,20 159:4 160:2,3,4,5 160:8,16,23 161:1 161:1,3,5,7,12,13 161:20,21 169:11 176:21 223:15
**notice** 4:4 39:22,23 40:6 52:4 179:17 202:8,17,22 203:6 204:20 211:14 212:5,19,21,21,22 213:12,18 214:2 214:11 215:13,13 216:8 217:11 220:19 221:15 222:2 223:10,17 223:23 224:7,11 224:14 248:22
**noticed** 72:12
**notices** 202:19 216:2
**Notwithstanding** 53:13
**November** 153:3 166:20 172:5 173:1 174:6
**number** 17:9 40:6 49:4,9 87:23 105:3 122:5 128:24 129:3 166:15 186:6 193:16 218:16 227:14 235:1 243:11,12 245:2 270:17 286:9
**numbered** 193:20 194:6,10 195:23
**numbers** 49:10 164:24 166:14,23 166:24 167:1 227:15,17
**N.W** 2:7

**O**

**OAHP** 45:14 46:23 253:23 254:1
**oath** 287:10
**object** 12:4 17:6 24:17 51:18,18 54:6 57:8 74:24 80:10,18,19 83:7 106:16 109:3 113:8 154:14 171:15 180:4 184:14 190:10 257:2 284:1
**objecting** 24:8
**objection** 6:7,21 10:16 13:12,18 14:3 16:5 20:24 21:5,21 22:18 23:2,9,22 24:4,11 24:11,23 25:7,24 26:14 27:1,9,16 27:24 28:7 34:17 35:21 36:12 37:6 41:8 44:9 45:10 46:15 47:23 48:19 49:22 50:6,18 52:12 53:16 54:1 54:24 55:17 56:1 56:11,22 57:7 58:1,10 63:2,12 64:2,16,23 67:18 68:1 69:10,20 70:2,20 71:1,8,16 73:2 74:1 76:11 77:6 78:13 79:5 79:21 80:15,21 81:20 82:5,15 83:6 84:16 91:7 92:16,22 94:23 96:24 97:7,20 98:23 102:19 104:10,14 107:7 108:6 110:4,5,12 111:20 113:23 114:9,21 115:22 116:22 118:18 121:23 122:16 123:15 124:10 126:5,19 127:5,17 128:4,13 129:13 129:17 132:8 133:12 134:7,13 135:8,19 136:5 137:10 141:8,20 144:5 150:7 153:9 154:13 155:12 157:12 160:13,21 161:9,17 162:2 163:4,11,20 164:7 167:13 168:2,24 170:2,9 171:24 172:7 173:2,19 174:7 175:18 178:6 180:24 183:5,16 184:4 186:16,23 187:21 188:11 189:22 190:19 192:22 196:21 198:8,21 199:10,22 202:10 203:16 204:18 205:2,7,11,22 206:10 208:13 209:2,14,24 210:23 211:3,17 212:8,16 213:3,10 213:14 214:5,13 215:3 217:5 218:18 222:3,18 223:1,11,18 229:7 229:21 230:21 232:6,16 233:14 235:8,18 236:11 238:17,23 239:19 240:14 241:22 243:19 244:4 245:23 246:15 247:5,15 249:3,13 249:24 250:15,24 251:16 255:15 257:1 258:18 259:2,11,17 261:19 263:10,18 264:14,19 265:3,9 265:16,22 268:22 270:21 271:22 273:19 275:1,23 277:18 278:2,9 279:16 280:5 281:21 282:15 283:12 284:13,22 285:3,13,24
**obligation** 14:9
**obligations** 12:3
**obtain** 8:17 126:15
**obtained** 15:22
**obviously** 17:24 22:11 80:12
**occasion** 30:16 161:6,11,20 206:2 232:21
**occasions** 29:14 130:17

**occupancy** 137:22 137:24 138:8,16 139:5,7,8,13,18 139:23 140:9 150:20 151:11,17 151:24 152:3,8,11 152:20,23 153:6 153:12 200:19 201:16,22
**occur** 96:10,15
**occurred** 8:4 60:3 67:14 69:13 81:8 145:13 158:23 184:12 190:2 242:1 260:7 266:1 268:18 272:23 279:20
**occurrence** 37:5
**occurrences** 216:24
**October** 89:4 150:22,24 151:7,8 152:19 153:3,8,22 154:8 157:9,17,23 158:4,8,17,24 161:24 167:18 168:18 172:11 261:1 274:13
**offer** 192:20 193:3 214:9 267:22
**offered** 193:6 230:6
**offering** 125:13
**office** 21:13,16,19 21:20,23,24 22:1 22:1,3 33:9 34:6 45:17,17 46:12 47:13 52:3,6,11 53:11 59:20 62:6 66:1 92:10 95:13 100:17 104:5 111:15,19 113:19 113:21 121:6 131:14,16,18 132:19 133:5,9 134:10,16 135:5 141:5 156:12 181:24 196:4 200:18 215:19,23 243:15 245:8 253:5,7,9,10 254:2 260:18,20 260:21 267:15
**officed** 119:16
**offices** 92:9,11
**official** 73:6 83:4 191:5 289:11
**officially** 82:10
**offset** 126:2
**Oh** 224:24
**okay** 25:5 38:22 43:20 105:5 121:3 122:8 151:3 211:22 276:13
**old** 191:15
**OMAR** 45:13,14 45:18 46:22 253:24 254:3,5
**once** 37:1 47:10 57:21,22 130:11 132:6,7
**One's** 200:17
**one-page** 153:22
**one-year** 39:16 274:23,24
**online** 100:4,5,8,10 100:12
**operating** 112:1 117:10 133:22 141:14 146:14 149:17 235:3
**operation** 247:20
**operations** 32:7,9 32:13,21 33:6,19 34:24 35:1,6,20 38:5,6 40:18 41:1 41:13 43:13,22 44:8,13,16 47:8 47:10,15 48:10 50:17 51:5 53:4 54:21 55:5 62:10 69:2,4,9,15 70:19 79:10,14 82:1,21 82:24 83:2,10,14 83:15,17,19 84:13 119:8,15 137:17 145:8 146:5 157:5 174:23 185:9 186:13 247:7 271:18
**opinion** 190:12 214:1
**opinions** 193:3,7
**opportunity** 103:2
**opposed** 193:16
**option** 36:17
**options** 36:15
**oral** 44:4 288:15
**order** 37:2 108:23 109:11 144:21 159:14 162:22 168:20 187:15 190:17
**ordinary** 149:21
**original** 245:16 258:1,5,8,21 259:13
**originator** 281:4 282:4
**outlined** 52:14 132:17
**Outlook** 99:22,23 99:24
**outset** 86:1 87:21
**overall** 123:8 155:18 249:11 261:24
**overmarket** 254:7
**overnight** 256:15 256:17 257:12 259:6
**overnighted** 256:22 257:8
**oversight** 38:13 93:14 98:6 134:23 253:11,13
**overview** 22:24 23:8
**owner** 11:20 13:1,7 14:24 32:17,19,24 32:24 33:22,23 34:1,2 35:5,9 36:5 36:18 37:24 45:14 47:14,14,16 48:14 50:8,22 51:3 71:11 72:13 73:13 74:10,13,14,19 75:23 81:14,19,23 84:24 85:4,6 95:14 107:21,24 108:4,12,23 109:10,11,22 110:7 111:14 113:18 115:13 117:5,8 125:19 126:7,16 127:11 151:12 157:6 158:22 159:15 162:8 163:2 178:13 181:7 188:2,7 190:17,21 204:4,15,22 208:5 209:17 210:13,21 212:20 214:3 228:19 230:1 236:5,22,24 237:6 242:2 246:1,9,12 246:17 248:6,11 250:10 251:24 255:13,17 256:9 261:9,10,13,16,17 265:12,13,19 275:12
**owners** 32:8,14 36:14 40:15 78:11 124:23 125:23 126:10 143:3 163:15 169:9 209:22 210:8,16 212:11 248:8 268:15
**ownership** 37:10 60:1 72:4 74:8 159:2 178:11 189:2,15,19 190:8 198:6 199:5 226:7 234:13 241:15,16
**ownership's** 212:2
**owner's** 12:2 14:9 32:17 71:19 72:20 76:3 80:4,8 81:6,9 245:21 246:4 254:17,22

**P**

**P** 2:1,1 121:5
**Pace** 252:11,20 254:9,16 256:8,22 257:8,21 258:16 258:24 259:6,10 261:6 263:9 265:1 266:13 267:4,9,14 269:5,8,9,12,14
**Pace's** 269:16
**package** 37:1 40:18 41:11 43:21 44:19 44:20,21,22,23 230:6 239:12 247:9 249:9 258:10,11,12,16 259:13
**packages** 143:2
**page** 87:3 88:3 89:20 90:1,2,16 105:5,7 107:21 111:12,13 115:10 116:13 121:2 122:5 123:11,24 124:14 125:16 132:10 133:3,24 135:2 147:3 148:7 148:19 149:1 151:1 162:15 164:20 166:24 167:2 179:23 195:19,23 196:6 227:23 231:20

232:9 237:22,22 237:23 239:8 260:10,12 263:24 265:6,7 266:17 269:21,22 272:7 272:15 273:23 274:20,21 276:19 276:20,20,23,23 278:13 280:14,22 281:4 285:1 286:13
**paged** 102:18
**pages** 20:15 105:2 165:1 170:12,22 171:6 180:10 193:21 194:1,10 194:14,18 237:20 282:21,22 283:10 283:22 287:12
**paging** 89:24
**paid** 12:20,23
**paper** 10:4 74:2
**papers** 8:22 16:19 18:10 86:21
**paragraph** 117:23 124:22 141:12 143:19
**paralegal** 101:8
**part** 33:6,8,9 35:8 37:5 43:6 46:11 50:13 92:20 156:3 206:24 209:7 213:13 224:1 237:21 285:9
**participants** 72:5 75:24 76:1 77:9
**participate** 120:1 139:20 195:16 197:15 209:20 210:5,19 269:17 270:7
**participating** 270:7
**participation** 187:16
**particular** 28:19 36:1 46:13 48:12 49:18,18 59:9 112:9 130:9 138:1 149:9 194:1 218:5 234:15 235:6 253:15 282:8
**particularly** 88:3 125:17 145:9
**particulars** 137:21
**parties** 289:10
**PARTNERSHIP** 1:3 287:4
**parts** 205:6 228:4
**pass** 70:18 72:24
**passed** 69:9 73:1,23
**passing** 130:9 270:12
**PAUL** 2:7
**pay** 146:2
**payment** 272:10
**pending** 65:20 80:13 173:3,5
**penthouse** 172:12
**people** 92:15 111:3 114:18 117:1 138:10 178:22 179:4,7 208:23,24
**percent** 45:20 162:15,21 163:9 164:12 167:20 168:5,21 169:4,7 169:10 174:11,18
**perform** 144:8
**performed** 137:23 138:2,4,9 152:16 226:20
**period** 26:12 38:20 59:12,18 60:19 61:8,20 63:21 75:5 76:15 78:7 84:9 93:15,24 94:5 98:18,20 99:5 105:24 107:6 136:24 176:15,23 203:10 208:6 213:23 224:16 227:12 229:14 231:18 242:1 244:12 274:10,10 275:21
**periodic** 176:3
**person** 32:10,12 35:1 47:5 67:23 118:16 125:12 163:7 178:19 181:13 182:16,23 196:5,5 225:1 244:23 254:14
**personal** 4:24 22:1 22:3 253:2
**personally** 126:10
**personnel** 17:10,10 17:22
**pertaining** 1:13 203:1 223:15
**PETER** 2:2
**photographs** 181:19 182:5,7 183:2,8,14 184:1 184:7,9
**phrase** 13:24 35:11
**physical** 9:2,3,4,5 9:10,11,14,15,21 10:4,6,10,11,14 15:7 30:16,22 31:6 59:12,22,23 60:24 61:21,22 63:6 64:12 78:24 106:5 107:12 108:24 109:12,23 110:15,19 111:13 123:8 125:18 127:7 164:23 166:11,19 167:7 167:23,24 169:8 170:13,24 171:9 172:23 173:24 177:17 178:1 188:2 191:15 194:4 210:11,13 241:14,18 274:17 275:16
**physically** 92:8 257:12
**pictures** 184:13
**pinpoint** 96:19
**place** 4:18 29:15,22 30:5 34:14 38:4 52:7 62:5,13 69:19 89:15 90:5 96:13 113:17 122:4 124:24 152:23 155:22 158:8 162:1 172:14 212:5 214:18 262:10 287:12 288:19
**plaintiff** 1:4,10 2:5 100:18 287:5 288:8
**plan** 111:15,18,24 112:1,7,13 113:6 113:12,15,18,21 114:7,11,15,16,20 115:7 117:10 133:23 134:5,21 134:24 136:12 141:14,18 144:15 144:16,18 146:15 148:21 149:12,17 154:9 155:5 175:9 185:18 201:3,10 201:13 202:4 233:18 235:3,10 235:12,16,20,22 235:23 236:1,5,10 236:23 250:13 254:19,19,23 256:10,11 266:4,5 266:5,5,7,8,12,14 268:19 269:7,12 269:14,15,18 271:10
**planned** 178:4
**plans** 105:18,21 134:23 254:7
**please** 4:5,13 6:12 6:13 10:8 23:23 24:13 27:13 43:19 46:10 77:16 86:23 107:18 111:11 115:10 116:2 124:14 125:16 132:10 140:14 142:12 143:15 145:18 146:6 147:14 150:17,19 151:2 153:15 169:20 174:24 188:16 189:6 191:14 195:6 203:19 206:12 207:18 210:2 211:4,21 212:14 217:17 230:13 237:2,10 239:1 241:11 242:14,18 252:15 259:23 263:23 267:24 271:1 276:19,20 278:13 283:17 285:15
**plus** 129:8
**PM** 90:13
**point** 5:5 60:17 66:23 67:10 74:6 74:10 88:19 103:23 135:2 138:19 140:3 159:7 190:4 205:21 222:12 240:7 250:9 256:4 270:10,15 280:8 286:17
**Pointe** 7:19 8:12,13 9:6 10:5,15 14:20 15:8 29:11 30:19 32:2 37:14,16 43:17 47:19 48:15 48:23 53:24 54:13

57:5,15 58:20 59:5 60:18 62:20 63:5,20 64:8,21 65:16 66:2 67:23 68:11,14,22 70:8 70:12 77:20,23 79:1 84:8,13 85:10,20 87:23 88:4,8 89:16 91:17,20,23 92:1 93:16 94:7 97:24 98:9,17 99:8 100:10,13,22 101:22 102:3 104:9 105:14,19 105:24 106:4,10 107:11,12 108:20 109:24 110:8 112:13,22 114:8 115:7 118:10 119:1,20 120:2,6 121:13,16,21 122:2 124:17 125:2,13 126:14 127:20,22,24 128:7,10,20 129:5 129:8,20 130:1,3 131:4,9,19 132:2 132:24 135:6,22 136:23 138:13,16 138:20 139:3,13 140:9,23 143:5,7 144:9,13,17 145:4 147:8,12 151:16 152:8 155:7,10 156:13 158:17 160:10 164:10,22 164:23 166:10 167:7,12,24 168:5 168:12,14,16,20 168:22 169:18 170:7 171:12 172:21 174:12 176:4,10,12,22 177:1,4,15 178:2 180:23 181:5,16 182:17,23 183:3 184:23 185:11,23 186:11 188:1 198:6 199:4,6 201:22 202:5,9,18 202:22 203:2,7,12 203:14,24 204:9 205:16 206:7,9,18 206:21 207:5,8,23 208:2,11 209:22 210:8,12,22 211:13 213:1 217:3 219:15,24 220:10,14 223:16 224:24 225:5,11 225:21 238:10 239:16 241:15 245:19 248:22,24 250:20,23 257:24 258:2 260:8 262:23 264:2 266:11 268:15,20 270:3,8,14,20 271:5,14,20 281:20 282:24 284:11 285:12

**pointed** 143:19 160:9
**Pointe's** 54:19 62:17 63:1,24 67:10 84:1 137:5 137:9 141:18 185:5 211:10 224:21
**pointing** 102:18,23 266:19
**points** 115:12 245:22
**poor** 125:18
**populate** 18:23,23 40:24 42:2 43:2
**populated** 25:16 34:23 40:17
**populates** 33:17
**portfolio** 95:23
**portfolios** 129:21
**portion** 90:24 92:9 194:4
**pose** 159:18
**posed** 82:21
**position** 53:3 118:20 119:19 120:16,17 174:20 252:22
**possible** 151:6
**possibly** 11:8 99:12 208:10
**posted** 220:7
**power** 5:19
**practices** 137:24 138:1
**preapplication** 155:16,22 156:7 190:1
**precisely** 42:4 73:18
**predict** 5:9
**preliminary** 143:6
**premise** 35:17
**premises** 182:17
**prepaid** 12:2,12,13 12:15,18 14:23
**preparation** 8:22 23:18 25:2,20 26:8 27:18
**prepare** 11:12 18:11 22:21 28:22 90:22 116:15 117:4 132:22 143:2,6 168:6 174:10
**prepared** 32:11 114:18 117:1,2 168:12 177:20 181:11,12 191:12 193:9 194:8 199:13,15 200:1 231:19 280:15 281:3
**prepares** 38:5
**preparing** 14:16,18
**prescribe** 52:24
**prescribed** 51:15
**presence** 29:4
**present** 2:15 17:7 61:23 62:7,10 72:1 117:18,20 118:6 120:4 155:20 156:5,8,11
**presented** 72:21 143:9 243:3
**preservation** 45:17 254:2
**president** 142:24
**presumably** 79:20
**pretty** 158:14
**previous** 40:3 75:18 112:5 145:19 184:14 227:22 239:2 246:16
**previously** 12:9 15:19 23:4 35:23 63:14 121:22 141:9 150:14 158:19 162:4 173:7 174:14 176:14 190:1 193:18 197:11 201:23 202:12 203:10 209:17 211:23 215:5 221:20 227:11 229:13 241:24 243:5,10 244:11 257:3 258:1 259:4 259:12 260:6 263:20 266:1,9 271:15 272:23 275:3 276:15 281:2,14,23 284:4 285:5,16 286:1
**primary** 251:10,19
**principal** 13:3
**print** 44:21
**printed** 87:12
**printing** 47:11 158:14
**prints** 35:3,4
**prior** 16:5 30:12 41:8 49:23 50:18 58:10 63:2 71:9 75:1 76:11 78:15 79:21 84:17 91:7 94:24 106:17 107:2 110:4 123:15 135:8,20 150:7 152:24 158:21 161:17 165:5 169:1 195:13 196:22 208:13 213:3 215:3 216:23 222:6 239:20 240:15 249:14 250:16 257:1 258:5,18 264:20 270:19 273:20 278:9 280:6
**probably** 39:16 192:11 195:15 202:1 211:7 212:1 212:4 229:14 260:16
**problem** 8:19 10:2 18:20 19:3,8,19 22:17,23 23:20 24:21 28:19 90:12 90:20 91:4 94:17 95:16 125:17 149:24
**problems** 110:19 121:21
**procedure** 1:12 51:14 52:5 53:1 53:10,13 69:18 288:23
**procedures** 51:21 52:10,14 83:20

137:3,15
**proceed** 169:22 173:23
**proceedings** 86:17 106:23 136:18 194:24
**process** 4:22 5:7,16 5:19 33:15 34:13 34:19 35:8 36:16 37:1,3 40:15 41:11 43:14,16,18 43:24 47:18 48:23 50:13 57:22 66:23 68:21 70:4,11,16 74:13 82:13,20 83:4 125:21 131:22 137:6 145:2 196:4 215:12,14 219:14 233:9
**processed** 36:3 52:3 67:23
**processing** 37:4 40:19 58:19 59:4 63:24 64:5 67:11 68:18 137:21
**produce** 22:6,9 100:19
**produced** 227:16
**product** 194:15
**production** 159:19 166:16 192:12
**productive** 27:12
**professional** 183:20
**program** 125:1,5 251:7
**programs** 156:15 187:10 253:12
**progress** 121:20 132:16
**project** 6:10,18 7:4 7:9,20,22 12:16 15:13,15 18:20,22 19:1,3,7,8,15,18 19:23 20:3 22:17 22:23 23:1,8,20 24:21 25:11,13,15 25:18 26:22 29:11 29:18,20 33:16,16 33:22 34:12,14,21 34:21 35:9,10,24 36:21,23 37:13,19 37:22 38:4 39:1 39:10 40:12,17,22 41:4,11 42:9,19 43:1,9 44:23 46:21 47:1,6 49:18 50:10,15 51:1,2 53:1 57:15 57:18 60:5 62:2 63:20 65:11 68:5 68:10 69:8 72:11 83:18 84:5 88:20 91:19,21,24 92:2 93:16,21 94:4,18 95:12,16,17,19,21 96:3,5,11,22 97:2 97:10,13 98:1 103:6,8,21,24 104:3,4,9,13 107:20 123:20 131:12,20 134:19 134:23 135:17 136:23 137:16,23 138:1,6,10 139:10 139:15 144:15 145:10 146:3,19 148:24 149:3,4,9 153:22 154:19 155:1,18 156:14 156:20 157:2,10 157:20,24 161:11 161:20 178:20 204:12 208:18 209:7,12 211:8 217:13 234:16 244:8 245:19 251:12,13 256:19 257:14 273:15 274:18 277:15 280:18 282:5
**projects** 6:24 8:15 8:16 94:14 98:6 103:6 128:10 139:9 254:6
**prompt** 18:2
**promptly** 96:6,23 97:6,11,14,15,18 239:15
**proper** 34:7 267:18
**properly** 40:15 96:20 124:2 152:3 182:21
**properties** 87:22 103:20 254:15 255:3
**property** 10:12 12:2,12,13,19 13:8,9 14:14,23 15:21 29:23 30:17 31:7 47:3 59:13 59:19,22 60:2,20 61:1 63:7,7 64:13 93:22 94:1 106:6 107:13,14,22 108:1,5,12 110:14 110:18 112:9 115:13,19,23 116:9 117:15 123:9 124:6,15,23 124:24 125:18 126:16 127:8 128:17,17 130:24 143:10 144:9 145:12 155:9,11 162:21 168:6 178:23 181:9 182:2 185:6 188:3 188:4,8,24 189:11 190:13 191:19 204:21,22 210:12 210:14 213:6 218:14 219:4 223:16,23 224:6 233:22 234:7,10 234:12,21 239:4 240:6 241:17 243:23 249:12,20 250:7 251:20 255:13 262:1 265:13 268:20 271:5,10 275:17
**proposal** 143:6 185:5
**proposed** 184:23 185:3,23 186:2,6 186:9 187:19 234:6,12 250:5 281:9
**protect** 224:16
**protocol** 215:21 216:4,5 255:3,4,6 255:7,8,10 261:22 262:11 267:21
**protocols** 255:12 260:11,14 261:1 267:16,18,20
**provide** 4:18,24 6:2 6:5 16:9,13 22:24 23:7 135:11 222:22 223:5 232:4 274:22
**provided** 101:4 111:4 182:3 206:1
**provides** 112:9 235:16
**provision** 14:13 15:20
**provisions** 14:8
**public** 1:15 131:14 131:18,21,23,23 287:22 288:5 289:12,18
**pulling** 91:5
**purpose** 191:21 198:1 222:23
**purposes** 174:17
**pursuant** 1:10,11 4:3 288:22
**pursue** 168:20
**put** 19:2,7,15 25:23 32:11 34:22 36:2 50:12 62:13 63:22 70:1 80:11 100:7 108:12 156:21,23 161:23 173:5 217:13,14 257:12 278:1 282:8
**puts** 33:16 87:2
**putting** 101:10 108:5 124:24 144:14
**P.M** 141:4 184:22 190:24,24 191:1 200:17 221:4 233:23

**Q**

**question** 5:22 6:4,6 6:22 9:24 10:1,8 21:8,17 23:24 24:7,11,13,15 25:1,8,22 27:13 29:5,6 30:5 33:5 40:3 46:10,17,18 48:22 49:2,14 54:13,14 56:5 57:11 58:23 63:18 66:22 69:22 70:1 75:10,18 80:12,14 80:20,23 82:20 83:9 97:12,12 102:24 103:11 106:8,13 107:1,2 109:3 112:6 113:9 115:20 116:1,23 122:18 131:7 134:22 147:22 154:22 157:18 159:18 160:1,7 164:8 165:6,10,15 171:1,16,18 173:2 173:4,8,11,23 174:9 180:5

184:15 188:14,19
192:23 203:18
206:12 207:11,13
210:18,20 211:4,6
211:18,19,22
212:14 214:6,14
217:7 222:4,19
223:2,12,19 224:1
229:23 230:13,22
238:18 239:2
240:17 242:13,19
243:20 245:24
247:18 257:6
258:21 259:5,13
261:17,20 264:21
266:22,23 267:11
269:11 275:24
276:2,5,7,8 281:6
281:22 282:17
283:15,16 284:2
285:4,14 286:2,5
286:9,11
**questioning** 255:24
**questions** 17:23
27:6 38:19 40:1
53:21 54:8 86:2
87:20 101:10
136:23 160:14
165:17,24 166:3
230:12 256:4
286:8,9 288:17
**quickly** 96:16
**quite** 94:11 99:12
171:19 272:23

R

**R** 2:1,7
**raised** 54:12
**ran** 172:16
**Randolph** 1:16 2:3
**rats** 172:15
**Ray** 191:18
**RCX** 3:2
**RDX** 3:2
**REAC** 9:18,19
11:16 16:18 18:13
109:1 115:14
117:11 118:2
124:1 125:20,23
126:9 132:18
141:14,19 146:15
154:9 163:15
177:1,3,5,19,21
178:3,8 181:8
188:1 200:19
201:17,22 224:19
224:21 226:20
233:20 234:17,22
234:23 237:16
239:16 240:2,11
240:23 241:7
242:8 245:19,22
246:3,6,13,18
247:11 248:6,9,11
248:23 249:10,22
250:11 253:24
254:14,24 255:10
256:12,24 260:11
261:1 267:16
**reactions** 22:15
**read** 6:13,15 14:19
14:21 18:17 23:11
23:14 26:23,24
28:13,15 42:14,17
58:24 59:2 80:23
81:2 107:2 109:21
110:1 115:20
116:1,4 117:14
122:18,21 149:11
171:3 188:15,18
189:6,8 200:22
203:21 206:13,15
206:23 207:2,20
210:4 224:1,4
226:9,12,15 228:9
229:4 230:15
233:11 240:19
242:13,18 272:18
273:21 283:16,19
284:24 287:11
288:24 289:5
**reading** 108:14,17
124:2 133:24
135:2 200:9
261:16 289:2
**real** 233:20 271:9
**really** 10:18 12:7
27:11 41:22 46:17
48:21 68:7 84:2
89:17 97:9 101:23
102:22 116:14
145:9 153:5
158:13 160:11
162:16 185:15
215:1 245:20
247:18
**reamended** 280:1
**reask** 207:16,17
**reason** 22:4 46:1
68:17 70:6,10
88:14 89:7 109:15
110:16 115:17
116:5 123:14
126:14 159:20
166:18 199:20
227:9 238:7 289:6
**reasons** 7:8 45:21
**recall** 28:16 29:22
32:4 45:6 54:9,15
55:13 61:11,24
62:2,4,5,8,9,11,15
62:18 63:20,22
64:10 65:3,4
66:14 67:5,6,8,14
67:20 68:16,19
71:2,24 72:4,7
75:24 76:22 77:2
77:3,4,17,22 78:4
81:9 83:23 84:2,2
84:6,10,11,19,24
85:3,8,12,19,21
87:24 88:10,12
89:17 92:7 94:8
94:10,11 95:2,5
95:10 98:10 99:5
99:12 100:11,14
101:7,18,23 102:4
102:6,7,10,11,12
102:15 103:4,14
103:18 104:7,20
104:24 105:9,12
105:13,21,23
106:14 107:4,9,16
108:21 109:7
112:24 113:5
115:5 117:13,22
118:11,15,20
119:2,12 120:7,10
120:11,13,24
121:14 124:12,13
124:21 130:16,21
133:14 135:10,12
136:6,7 137:20
138:12,14,17,19
139:1,4,12,17,19
140:6,7,8,10,13
141:2,10,22
142:11,22 146:17
148:3,6 149:19
150:14 151:22
152:7,11 154:5
156:9 158:1,21
161:4,13 162:13
162:19,20 163:1
164:13 166:13
167:9 174:14
175:11,12,14
176:7,9,14,19,23
177:12 179:6,6,21
180:6,7,20 181:2
181:21,22 182:7
184:6 185:2,7,15
185:16 188:23
189:9 191:16
192:3,7 193:5,17
194:3,7,12 200:20
200:21,22 201:15
201:18,19,20,24
202:1,3,4,14,16
202:19,21,23,24
203:3,4,8,11,13
203:22 204:5,10
204:13 205:24
209:1 212:15,18
213:16,20,22,23
214:7,15,23 215:1
215:6,11,14,18,20
215:24 216:4,5,10
216:11,13,15,20
216:23 217:1,8,10
217:15 218:3,4
220:2,3,9,12,15
221:8,13,22
222:11,15,20
223:3,5,8,9,13,20
223:22 224:5,9,11
224:14,20 225:8
225:12,13,17,18
226:4,6,16 227:6
227:6,12 228:11
228:12,12,18,19
228:24 231:15,18
233:9 243:4,6,7
243:10,21 244:11
244:13,16,18,21
245:5,9 246:23
248:13,20 253:3
260:6,7 261:21
262:6,12 263:1,6
263:21 264:7,11
266:2,9 267:5,17
268:11,13,17
269:19 270:15,23
271:24 281:11,12
282:5 283:2,3,4
**receipt** 149:5
153:23 155:2
233:18 242:6
**receipts** 149:7
**receive** 19:10,24
20:17 40:22 85:19
100:7 142:21
143:3 156:24
163:15 181:15
182:5 187:13

225:23 227:10 244:3
**received** 19:14 62:24 64:21 65:13 68:10 69:8 79:3 79:11 99:15 117:15 133:6,10 134:1,11,18 148:19 154:20 155:5 157:4,7 166:19 167:3 190:6 200:17,22 218:6 222:1 243:1 243:9,12,16,24 248:22
**receives** 41:11
**receiving** 142:22 176:3,12 243:11
**recitation** 198:18
**recognize** 158:11
**recollection** 68:20 88:7 89:14 139:22 158:16 220:13 270:18
**recommendations** 132:12,13 133:4
**record** 4:1 6:14 10:1 16:23 17:6 17:14 18:6 24:12 42:11,13,16 43:23 54:2 59:1 61:15 63:19 66:6 80:16 80:22 81:1 93:3 95:8 116:3 122:20 136:13,15 143:18 149:5 160:4 166:23 171:2 189:7 190:21 193:20 194:9 203:20 206:14 207:1,19 210:3 211:6 224:3 227:14 230:5,14 231:8 236:2 237:9 239:7 240:18
255:22 264:5 280:8,18 283:2,18 288:17
**recorded** 25:14 149:15
**recording** 20:3 96:7
**records** 26:3 97:18 230:11
**recounted** 67:15
**reduced** 48:17 288:10
**refer** 7:5 47:6 66:6 159:22 188:19 219:13 220:19
**reference** 107:21 124:15 147:4 160:12,18 162:14 181:14 266:18 273:7
**referenced** 93:4 226:1 227:1
**references** 169:4
**referencing** 47:19 51:22 133:19 144:19 219:17
**referral** 8:14 88:11 88:15,19 89:3,6,8 89:11,15,18 90:6 90:9,13,19,24 91:2,2 98:2,18 101:9,11,17 105:15 262:21,23 263:2,3,4,7,14,15 263:16 264:1,12 264:13,18 265:2
**referrals** 8:4 87:21 263:21
**referred** 6:10,18 7:4,5,7,10,22 8:2 8:15 15:4 60:14 87:24 88:4,6,8 91:18,21 93:17 113:15 198:5 231:9 236:3
249:22 260:11 261:2 266:6,13 288:19
**referring** 6:24 8:16 20:21 31:11 52:18 66:7 122:10 154:3 166:23 187:3 188:9,17 194:1 202:8 227:3 228:3 231:20,22 237:4 237:11 280:9,10
**refers** 50:24 133:21 133:24 134:7 148:5 152:19 186:3 196:11 220:16 233:24 269:20
**refinance** 155:18 174:21 234:6,19 240:8 243:23 249:21 250:6,19
**refinanced** 156:14 156:18,21 157:3 157:10,21
**refinancing** 66:17 145:10,13 155:11 157:24 158:17 167:12 168:20 174:19 234:9 247:21 271:16,17
**reflect** 143:18 231:8 236:2 239:7
**reflecting** 153:23 157:2
**refreshes** 158:16
**refuse** 46:2
**refused** 239:17
**refusing** 6:2,5 249:8
**reg** 159:8
**regarding** 4:24 77:7 85:20 107:14 190:11 200:19 202:13 242:9
**regardless** 240:1
**regional** 233:22
**regular** 155:8 176:12
**regulations** 35:15 46:22 51:15
**rehab** 112:8 143:7 144:14 145:3 158:24 159:8,16 160:1,19 168:21 185:5,8,24 186:11 186:19 187:17,20 188:3,8 189:20 191:22 199:4 219:14
**rehabed** 145:13
**rehabilitate** 250:20
**rehabilitation** 167:11 190:9 234:7,10,12 246:9 250:6,13 251:5,6 268:20
**rehabing** 146:2 246:11
**rejected** 35:20 197:17,19,21 266:4,6,7,14
**rejection** 198:17
**related** 160:8,10 169:7 254:19 256:11
**relates** 48:22 129:20 131:12 174:13 230:3 253:11
**relation** 92:8
**relationships** 253:18,21
**relative** 54:18 105:22 114:15 159:9
**relevant** 5:1,23
**relied** 182:3
**relies** 182:2
**rely** 181:23 232:4 254:20
**relying** 273:18
**remain** 251:14
**remainder** 125:22 126:9
**remained** 92:4
**remaining** 126:3 146:14 175:9
**remedied** 199:20
**remember** 14:5 22:15 28:12 45:24 55:1 62:14 65:12 73:17 77:11,12 78:19 80:7 81:4 105:17 106:11 108:20 113:1 120:8 130:11 138:22,23,24 140:11 141:16 167:6 185:3 192:16 206:4 216:7 228:14 271:20
**remembered** 55:4
**remembering** 18:1 62:13
**remembrance** 54:20 55:22
**remind** 25:17 26:4
**reminded** 30:16 32:1
**Remove** 96:2
**removed** 194:17
**REMS** 8:17,18 18:18,19 19:3,8 19:16 20:4,21 22:16,24 23:21 24:20 25:11 26:2 26:5,8,10,18 27:19 28:10,13,15 28:17 33:17,17 34:22,23 36:2,3 37:20,21 40:16,24 41:18,19,22,23 42:10,21 43:2,2,8 44:21 50:13 83:23

83:24 84:3,6
85:22,23 86:3
87:13,18 90:8,8
90:13,15,17 91:4
91:10,14 94:16,17
94:20,22 95:4,11
96:4 97:3,11,13
97:14 111:7 149:4
149:15 217:11,13
265:7
**renew** 35:16 45:4
46:3,20 59:11
60:12 61:2,20
63:5,8 64:11
67:13 110:16
**renewal** 33:23 34:1
36:16 37:4,16
39:2,16 40:23
46:8,13 47:2,2
50:5 51:14 52:2
52:11,15,17,19
58:20 59:5 62:17
62:24 63:24 64:5
64:7,22 65:3,13
65:15 66:8,13
67:24 68:14 70:8
70:17 71:5 75:12
84:14 85:10 137:8
160:20 274:10,10
274:22,23 275:20
277:8,16 279:24
283:1 285:12
**renewals** 36:8
39:14 40:12 57:19
**renewed** 43:4 44:17
45:3 47:9 60:10
60:11 63:21 78:24
84:9 274:14
275:15 276:10
**renewing** 137:4
**rent** 45:19 49:1,10
50:9,16 51:4,6,6
159:7,22 160:18
270:13,19 271:13
**rental** 269:22,23
271:4,9
**rents** 45:15 46:19
48:24 49:5,14,16
49:17 50:1,4,10
50:12 51:4,10
159:15,24 254:6
270:3,8 271:16
**Renzi** 271:3
**repair** 127:4 178:5
236:7 237:17
238:14 241:7
**repaired** 60:2
112:16 126:24
177:4,16,17
240:11,12,24
241:2
**repairing** 121:21
249:1
**repairs** 125:20,24
126:1,10,15,22,22
142:4,6,10 146:24
148:21 154:17
155:6,9 175:16,21
176:1,4,9,13
177:7 182:9 183:3
193:15 240:4
245:20 246:11,13
254:18 256:9
**repeat** 171:1
203:18 240:17
**repeatedly** 69:23
275:24 276:7
285:4 286:2,9
**rephrase** 44:14
**Replaced** 122:9
**replied** 176:16
**report** 9:20 11:16
16:18 18:14 88:5
88:12 89:5,12
90:4 101:13,16,21
102:8,14 103:16
103:20 104:13,18
104:22 105:3,16
105:22 107:19
109:21 110:2,22
110:24,24 111:1
113:15 114:3,15
114:18 115:11
116:13,15,20
117:2,3,4 119:6
121:1 122:4,6
123:11,17,23
124:3 125:17,21
132:11,18,22
133:4,23 134:4
135:3,18 136:1,3
144:13 154:9
168:7,11,11
170:13 174:5,11
177:1,4,5,10,18
177:19,21 178:3,8
178:9,10,12,12
191:12,20,21,23
192:4,7,10,14,24
192:24 193:1,1,4
193:7,9,17,24
224:19,22 234:17
237:16 239:17
240:2,11,23 242:8
245:19 246:13
247:11 248:6,12
248:14,20,23
249:23 250:11
254:24 256:12,24
264:5 265:7
**reported** 39:11
98:15 170:23
171:8,11 288:9
**reporter** 1:14 18:7
87:2 106:18
142:18 175:6
184:20 191:11
195:7 237:9 252:9
288:5
**reporting** 144:20
144:23 200:16
**reports** 111:1,2,4
150:5 155:8
176:12 205:14,19
248:9 267:16
273:8,10
**report-resolution**
102:2 105:10
**represent** 230:8
252:13
**representation**
257:4
**representative**
81:10
**representatives**
17:7 60:1 71:19
72:3,13,20 76:3
80:5 144:13,16
158:22 159:2
**represented** 76:19
**reproduce** 257:11
**request** 17:2 18:5
24:8 34:3,8,9,11
34:16,20,24 35:9
35:16,19,24 36:10
37:15,18 39:2
40:23 41:1,4,6,16
41:18 43:2,8,13
43:16 45:15 46:1
46:3,8,13 50:5,8
52:2 53:2,2 58:20
59:6 63:24 64:7
64:10,20 65:14,15
66:8,9,13 67:24
68:14 70:8,17
260:23 267:4
269:16 271:13
286:15
**requested** 201:14
202:1,2 256:8
**requesting** 17:15
45:19 255:2
**requests** 36:7 37:4
40:12,13 52:11
57:19 270:13
**required** 14:24
47:14 84:14
103:21 126:17
164:4 174:21
198:12 212:10,19
248:8 255:17
262:12 286:7
**requirements**
163:14 187:10,13
247:24
**requires** 127:4
**reread** 230:13
**rescheduled** 29:14
**residence** 4:19
**residents** 125:2,13
164:22 224:16
**resolved** 251:11,13
**respect** 39:1 44:16
46:7 47:21 70:7
70:11 84:21 89:10
89:15 98:9 102:13
104:4 135:5 154:9
202:4,9 245:18
247:14 250:11,22
255:10 264:2
270:19
**respond** 9:24 21:1
24:5,13 25:8
27:17 41:9 50:20
54:8 63:3,13
67:19 68:2 97:1
107:8 108:8 110:6
121:24 128:5
129:18 134:8
153:10 160:22
161:10 162:3
163:5,12 171:17
173:3 186:24
187:22 203:17
247:17 248:9,11
248:24 250:1
255:14,18 264:22
276:2 286:5,8,10
**responded** 55:21
129:19 170:4
183:12 209:4
239:17 256:14
258:20 261:6
265:24 273:21
276:6 283:14

**responding** 176:21 234:23
**response** 75:17,21 115:24 143:20 151:16 164:11 181:15,18 183:19 184:10 224:21,23 226:19 228:16,18 228:19 229:14 230:1 231:6,11 233:21 234:3,8,11 239:15 241:12 245:21 248:5,10 249:5,10,18 250:3 255:18,19 256:23 265:17 269:13
**responsibility** 39:7 39:13 40:11 93:19 93:21 94:3 95:22 96:3 98:6 103:7 134:20
**responsible** 32:7 92:1 128:22 129:16
**restate** 6:12 10:8 23:23 24:14 30:5 107:1,4 206:12 207:18 210:2 242:21
**restating** 24:10
**restore** 188:4
**restored** 60:3 188:24 189:12 190:14
**restrictions** 15:2
**restructures** 254:5
**result** 60:4 139:23
**retain** 84:4
**retained** 3:17
**return** 36:17 47:14 89:21 100:16 132:18 247:9 258:21
**returned** 32:18 88:20 89:13,18 103:6,20 181:11 236:24 237:5 239:12,23 245:16 259:13
**returning** 71:20 72:10 74:8,14 245:11 258:12
**returns** 36:21
**reveal** 29:3
**revealed** 118:1 125:20
**revealing** 117:16
**review** 16:18,20 22:23 37:14,19 38:24 40:23 41:7 41:12,12 43:6 50:21 68:9 70:17 87:8 103:2 116:15 117:4 137:22,23 138:4,9,13,16,17 138:20 139:2,5,5 139:7,13,18,20,23 140:9,10,12 150:20 151:11,13 151:17,18 152:3,8 152:11,13,14,16 152:18,20,23 153:6,12,13 165:22,22 166:6 185:18 192:18 193:7 197:8 200:19 201:16,22 205:13
**reviewed** 13:4 14:19 40:13 41:4 53:2 69:7,7 113:3 153:12 159:8 192:24
**reviewing** 39:14 40:11 53:1 113:1 137:17 165:5,6,13 165:19 192:16 270:13
**reviews** 41:19 51:2 138:2 139:8 151:24 153:3,4
**revision** 184:24 186:6
**Richard** 252:11,20 257:8 261:12
**right** 11:6,10 13:1 15:5 22:11 37:17 38:21 44:5 49:7 49:20 51:12 69:19 72:17 74:19 79:20 80:19 86:1,23 87:20 88:19 91:6 96:14,18 107:6 108:13 110:3 111:8 114:20,23 135:7,18 145:10 145:15 149:6 153:8 161:16 165:1 166:14 173:18 186:15 190:9 192:21 193:8,16 198:20 200:13 208:12 213:2 218:8 235:17 237:18 239:18 246:24 249:12 250:14 253:14 254:24 259:22 262:19 265:8,15 267:24 270:20 273:18 277:17 278:1 279:9 283:11,24 284:12,20 285:2 285:23 286:18
**role** 33:2,4,11,13 51:5 93:15 98:4 253:6
**roof** 172:13
**room** 2:12 62:3 237:24 238:9,11 239:9
**roughly** 218:13
**routine** 37:5,8 38:3 38:3 47:18 123:13
**Rule** 288:22
**rules** 1:11 4:3 17:9 125:1,4,6 286:7 288:22
**running** 170:15

S

S 2:1 3:6
**safe** 13:9,20,24 188:5 189:1,12 190:14 210:15
**safely** 191:6
**safety** 178:15 181:8 182:20
**SAITH** 286:19
**Samuelson** 2:16,17 16:14,23 17:1,14 17:19 136:20 191:1 201:7 266:24 268:9,14 269:1,10 271:3,8
**Samuelson's** 17:4
**Sanders** 72:3,19 73:12 74:17 75:13 76:2 79:3 80:8 81:4 140:22 146:12 150:21 151:16 153:21 155:2 158:23 164:21 168:13 175:8
**sanitary** 13:10,20 13:24 188:5 189:1 189:13 190:14 210:16
**satellite** 121:6 215:19
**satisfaction** 267:23
**satisfactorily** 153:8
**satisfactory** 250:11 251:6
**satisfied** 267:18
**satisfy** 187:14
**saw** 22:16 57:1 72:23 74:2 102:2 115:6 117:12 181:10 182:22,23 182:24 185:10 192:5,7,18 221:8 233:3
**saying** 18:2,4 38:2 42:8,19 53:19,22 67:8 77:2,4 108:22 123:10 169:15 201:2 218:11 249:8,20 259:19 260:2 261:10
**says** 86:4 88:6 111:14 113:18 117:15,23 122:6 123:11 124:1,22 125:18 132:12 141:1,12 148:1,18 148:19,24 150:24 153:11 159:7 179:23 180:10 186:5 199:14 219:5 220:4 231:17,21 238:1,5 258:8 264:3 274:12 275:14
**Schopf** 2:2 17:10
**scope** 143:11 144:4 145:24 162:16,22 174:19 184:24 185:3,23 186:2,6 186:9,15,18 187:6 187:12 193:22 234:15 246:2
**score** 9:17 177:13 177:22 226:20
**scored** 9:17
**scores** 163:16
**Scott** 2:17 16:14,23 17:1,14 136:20 271:3
**screen** 28:13,15,17 44:22 84:7 90:2 90:10,11,12,18,21

91:10
**screens** 8:20,21 18:18,19 22:16 24:3,20 25:6 27:14,19,22 28:5 28:10 83:23,24 84:3 85:22,24 86:3,6,7 87:12,13 87:15,18 90:17 149:4
**seal** 289:11
**search** 101:3
**second** 89:3,8,15,17 90:16 121:2 133:3 148:7,19 149:1 151:1 166:24 179:23 231:20 262:21,22,23 263:1,3,7,14,15 263:16 264:1 265:1 279:13 282:23
**section** 14:24 19:3 19:9 23:21 159:11 179:17 254:6
**secure** 126:2,12
**security** 124:15,16 124:19
**see** 14:12 15:20 22:10 25:13 33:11 65:5 68:23,24 69:1,13,14 72:8 72:22 73:23 74:5 87:2 88:18 89:22 90:1,13 105:1,3,7 107:20,23 114:2,3 114:7,12,14 115:11,14 118:4 119:7 121:2 122:6 122:9 133:6 147:3 147:5 148:8,21 149:22 150:23 152:17,20 158:15 159:4 160:1,7 162:17 170:13,15 170:17 177:21 185:14 192:1,17 195:12,14 201:3 218:10,15 221:7,9 222:9 225:7 228:1 228:4 232:9,18 235:4 237:22,23 238:1,2,4 252:18 254:13 255:3 267:1 269:22 270:1 272:15 273:22 276:21,24 277:5 278:14,17 278:20 279:6 280:14
**seeing** 28:16 83:23 84:6 101:23 113:5 117:13 135:10,12 136:7 141:2 143:11 146:17 149:19 151:22 152:6 154:5 161:1 166:13 172:5 174:15 175:11 179:21 185:3,7 194:3,8 218:3 224:20 225:8,13 268:13 281:12
**seeking** 34:1
**seen** 83:21 87:17 101:16,22 102:5 103:4 112:12,23 115:2 118:23 140:24 141:6 146:16 148:2 151:21 153:24 158:9,10,20 165:2 165:3 166:10 175:10 176:20 179:19 180:7 185:1 191:23,24 192:8,24 193:1,17 193:24 195:10 200:7 218:2 220:1 221:5 225:16 227:2,5 232:23,24 252:16,17 268:7 268:12 271:6 272:12 281:19
**select** 36:15
**send** 32:16,19,22 34:2 40:24 44:8 82:10 243:17 244:14,17 258:16 259:9 269:7,12,14 284:24
**sending** 32:8 33:12 33:15 37:23 155:8 215:12 232:13 245:12 258:8 272:21 273:9
**sends** 33:20,20 36:4
**sense** 247:19
**sent** 32:2,6,14,15 32:17,21,24 33:3 33:14 34:5 35:5 43:12,15 44:15 53:3 75:23 76:23 77:8 78:11 81:18 81:23,24 82:7 85:3,5 99:15 141:5 162:11 183:3,15 214:12 215:9 222:2,6 229:2,24 231:6 239:17 243:3 244:19 245:1,2,10 245:14 249:9 257:20,23 258:1,6 258:24 259:5 275:12 276:14,17 280:2
**sentence** 28:2 108:22 111:14 117:14 124:22
**separate** 247:22
**September** 88:15
**sequence** 51:24 80:7 81:3
**sequencing** 40:21
**series** 268:10
**service** 4:22 5:16 5:19 103:8,24 125:1,5
**services** 224:17
**servicing** 103:7,22 104:2 132:20 135:21
**set** 51:16 52:10 53:21 115:11 236:5
**several-year** 98:20
**Shawn** 168:15 169:19,24 225:5 242:11
**sheets** 232:10
**short** 26:12,13 61:20 83:23 86:13 86:15 106:21 194:20,22 261:13
**shorten** 87:10
**Shorthand** 1:14 288:4
**shortly** 201:12 269:13
**short-term** 60:11 60:12 76:6 110:17 178:5 274:14 275:16 276:11
**show** 4:1 86:8 90:10,14 91:5 101:19 112:20 158:5 160:4 164:19 179:15 221:1 225:3,19 246:12 256:16 272:5
**showed** 179:22
**showing** 11:6 125:24 126:11 140:20 154:20 155:1 164:24 182:5 183:3 200:4
**shown** 111:2 115:13 117:1 123:10 170:22 171:5 172:24 232:19 246:13
**shows** 245:12 266:19
**shut** 224:18
**side** 33:10 83:1,2 247:21
**sign** 32:19 33:1 74:16 79:14 196:18 197:7,12 215:16 273:12 279:21 280:16 281:5,16,17 283:6 284:5 285:6,17,18 288:24 289:5
**signatories** 110:22 119:6 134:3
**signature** 33:21 80:9 81:6 82:9,9 121:2 288:20 289:6,11
**signatures** 105:3,6
**signed** 11:19 12:24 32:12,14,19,23 57:22,24 71:20 72:8 73:13,13 74:5,7,9,11,14,18 74:19 79:3,10,16 79:20,24 80:2 162:8 196:17 197:5 215:19 228:22 229:3 231:19 233:6,10 233:11 272:17,18 273:22 281:3,10 281:18,24 282:4 283:3 284:4,16,24 286:2 289:4
**significance** 108:4 218:16
**signing** 197:8 289:2
**signs** 47:17
**similar** 94:18 112:15

**similarly** 98:22
**Simmons** 148:8,11 148:12 149:15 154:20 155:4 178:21,24 179:14
**simply** 24:10
**site** 10:7 117:15,18 117:21,24 118:6,9 118:24 119:20 120:2,5,5,8 121:15,19 123:12
**situation** 7:13,15 47:1 95:5
**situations** 46:24
**six** 53:19,20 124:14 165:11
**six-month** 247:4
**size** 11:5 145:23 146:1
**skim** 26:18
**skip** 117:23
**slow** 130:8
**slowed** 130:10
**social** 124:24 125:1 125:5,8
**somebody** 74:21,21 79:14,16 214:19
**someplace** 19:22 90:12
**son** 17:4
**sorry** 66:5 95:18 112:4 143:15 165:4 175:23 218:23 226:14 237:1
**sort** 12:24 13:6 19:2 20:1 34:2 94:22 134:5 149:22 180:16 231:24
**sought** 246:9
**sounds** 37:13 119:4
**source** 112:9
**Sources** 236:19,20
**South** 7:19 8:12,13 9:6 10:5,15 14:20 15:8 29:11 30:19 32:2 37:14,16 43:17 47:19 48:15 48:23 53:24 54:13 54:19 57:5,15 58:20 59:5 60:18 62:17,20 63:1,5 63:20,24 64:8,21 65:16 66:2 67:10 67:23 68:11,14,22 70:8,12 77:20,23 79:1 84:1,8,13 85:10,20 87:23 88:4,8 89:16 91:17,20,23 92:1 93:16 94:7 97:24 98:9,17 99:8 100:10,13,22 101:22 102:3 104:9 105:14,19 105:24 106:4,10 107:11,12 108:20 109:24 110:8 112:13,22 114:8 115:7 118:10 119:1,20 120:2,6 121:13,16,21 122:2 124:17 125:2,13 126:14 127:20,22,24 128:7,10,20 129:5 129:8,20 130:1,3 131:4,9,19 132:2 132:24 135:6,22 136:23 137:5,9 138:13,16,20 139:3,13 140:9,23 141:18 143:5,7 144:9,13,17 145:4 147:8,12 151:16 152:8 155:7,10 156:13 158:17 160:10 164:10,22 164:23 166:10 167:7,12,24 168:5 168:12,14,16,20 168:22 169:18 170:7 171:12 172:21 174:12 176:4,10,12,22 177:1,4,15 178:2 180:23 181:5,16 182:17,23 183:3 184:23 185:5,11 185:23 186:11 188:1 198:6 199:4 199:6 201:22 202:5,9,18,22 203:2,7,12,14,24 204:9 205:16 206:7,9,18,21 207:5,8,23 208:2 208:11 209:22 210:8,12,22 211:10,13 213:1 217:3 219:15,24 220:10,14 223:16 224:21,24 225:5 225:11,21 238:10 239:16 241:15 245:19 248:22,24 250:20,23 257:24 258:2 260:8 262:23 264:2 266:11 268:15,20 270:3,8,14,20 271:5,14,20 281:20 282:24 284:11 285:12
**speak** 94:5 115:1 131:21 174:20
**speaking** 45:7 139:14 223:22 224:5 231:12 233:8
**specific** 7:18 28:14 45:8 47:19 49:10 71:2 78:19 82:19 84:4 94:14 95:3,5 96:19 103:19 104:8 106:2,11,14 107:5,9 136:3 139:19 140:2,8 200:23 228:12 229:15 235:15 245:22 249:10 262:4 264:11 266:2,10 268:17
**specifically** 14:8 16:21 43:17 83:3 87:22 103:18 139:4 140:6 160:6 205:1 212:18 217:15 256:17 273:17
**specification** 205:9
**specifications** 22:5
**specifics** 29:23 77:17 107:15,16 140:10 176:9 202:2,3,14 204:14 262:12
**specified** 239:16
**specifying** 135:24
**speculate** 66:17 69:12 70:3,13 81:22 82:10 94:12 102:6 103:5 104:17 108:17 129:4,9,11 160:15 160:24 163:6 190:11 198:11,24 199:24 201:15 208:4 209:16 219:1,16 232:8 244:7 248:7 261:23 277:20 278:4,11 279:19
**speculating** 39:17 66:4 169:5,10 192:11
**speculation** 126:20 144:6 157:13 189:23 198:9,22 199:11 202:11 209:15 218:19 232:7 244:5 251:17 277:19 279:17
**spelled** 13:7
**spend** 26:10 219:6
**spoken** 30:19 66:12
**spring** 189:21
**SS** 288:2
**staff** 33:19 85:17 98:3,8 117:16,24 128:17 178:13,17 178:18,20 179:2 179:11,12 181:9 181:23 182:4,8,16 182:24 183:9,20 187:12 192:11,12 198:14 199:14 200:1 204:12,13 208:19 209:8 211:9 216:19 242:3 244:24 271:18
**stage** 67:11 145:4
**stairs** 182:18,19
**stamped** 227:20 237:20
**stamping** 166:15
**standard** 13:15,17 38:3 210:15
**standards** 204:23
**standing** 160:13
**standpoint** 145:11
**start** 42:23 200:10 252:2
**started** 125:23 189:24
**starting** 122:7 125:24 126:10
**starts** 33:15 196:1
**state** 1:16 16:22 17:5,14 24:7 28:16 29:2 33:5 58:23 73:16

166:22 236:7 240:16 241:4 255:21 274:12 275:14 288:2,6
**stated** 15:19 35:23 56:5 61:19 63:14 80:4 102:10 135:13 141:9 150:14 158:19 162:4,20 174:10 174:14 176:14 190:1 193:18 203:10 209:17 211:23 221:20 227:11 229:13 234:16 244:11 258:1,5,13 260:6 261:12 262:11 263:20 266:1 267:21 272:23 273:14 276:15 281:2,14,23 284:4 285:5,16 286:1
**statement** 8:19 18:20 19:3,8,19 22:17,24 23:20 24:21 28:12,17,20 42:14 58:21 59:7 60:22 90:12,20 91:4 94:18 95:15 95:17 109:4,16 110:11 115:15,18 116:7,12,14,16,21 116:24 125:17 132:20,23 159:1 173:6 196:21 237:17 238:13,20 239:6,11 248:17 262:8 263:5 264:21 265:1,21 270:1 274:3 277:12,13 280:3
**statements** 70:24 71:3
**states** 1:1,6,12 123:17 151:8 197:5 235:2 240:5 250:2 263:3 274:8 275:14 276:9 287:2,7 288:23
**status** 88:18 89:13 112:17 142:3,6 146:13,23 147:11 148:20 154:11,17 155:8 175:9,16,20 175:24
**stays** 17:15
**stenographically** 288:9
**step** 41:3 133:4 201:3,10,13 202:7
**steps** 40:21 51:24 132:12,13 232:13 232:21
**Stop** 264:9 275:10
**street** 1:16 2:3,7 5:13
**stress** 95:16,19,24 96:2
**strike** 33:12,23 189:5 197:24 269:6
**string** 200:9
**structure** 49:1
**study** 228:14
**subfiles** 99:19
**subject** 11:21,23 62:17 77:5 78:5 85:9,14 94:6 233:19 274:18 275:17
**subjects** 85:2
**submission** 37:20 185:8 230:3 246:4 247:23 270:10 273:3
**submit** 36:19 143:2 144:17 235:15 250:18
**submits** 45:15 50:8
**submitted** 35:14 40:15 50:21 51:3 111:15,18 113:18 113:21 114:7,12 114:14 117:5,7 133:15 136:11 178:14 181:7,23 182:9,22 183:9,11 183:19,22 184:10 185:8,12 197:13 199:5,17 224:23 225:17 226:7,19 228:9 230:7,9 233:21 241:10,13 241:15 246:1 248:2 257:5 269:1 269:10,15 271:9 287:14,15
**submitting** 181:22
**subpoena** 1:11
**subrehab** 252:2
**subscreens** 91:5
**SUBSCRIBED** 287:19
**subsequent** 183:10
**substance** 29:19,23
**substandard** 59:23 61:21 63:6 64:12 78:24 106:5 107:12 110:15 115:19,24 116:9 123:9 127:8,10,12 155:19 163:15 172:13 204:21 205:1,10,15,15 210:13 213:7 241:14,17 251:21 251:22 254:15 262:1,11
**substantial** 122:14 123:2,5,13,19,21 124:5 126:17 132:16 163:10,13 163:19,22 190:8 234:7,21 250:6
**successful** 121:19
**successfully** 250:12 251:11,13
**successor** 92:6
**sufficiently** 103:2
**suggest** 5:16,23 152:2,5,22
**suggested** 143:4 167:18 168:19 179:24
**suggestion** 162:24 164:11 167:23
**suggests** 238:15
**Suite** 2:3
**summarized** 170:18
**summary** 26:21 107:20 164:23 165:1 166:11,19 167:8,23 168:7,8 168:17 170:13 184:24 185:4 186:6
**summation** 51:10
**summer** 64:8 271:14
**supervisor** 38:7,11 38:13 93:20 98:11 98:13 138:11 196:8
**supplemental** 194:13
**support** 159:7,16 160:1,18 189:24
**supported** 188:2,7 189:2,14,19 190:8 219:4
**supporting** 189:4
**supportive** 125:15
**supposed** 13:7,8,14 14:14 19:7,15 20:3 32:18 38:24 60:2 133:9 134:17
**sure** 8:8 14:12 21:15 22:7 31:5 40:14,16 47:12 68:3,12 81:24 90:11 92:4 93:12 102:5 103:13 106:20 111:5 120:17 138:18,23 138:23 143:22 145:12 155:15,24 156:4,22,22 162:5 176:6 184:10 188:24 189:10 191:16 194:21 197:4 200:8,23 201:4,11 202:13 205:13 215:20 224:17 237:1,6 243:13,21 272:16 273:14 282:7
**survey** 254:19,23 256:10
**surveyed** 170:18
**suspension** 179:18
**Swear** 4:5
**sworn** 4:6,9 287:10 287:19 288:13
**system** 33:18 35:2,4 38:16 68:23 99:22 99:24 100:1 111:7 217:11 264:3

**T**

**T** 1:14 2:12 3:6 288:4 289:18
**table** 65:21
**take** 17:18,20,22 22:12 30:5 34:14 68:24 69:2,15 74:15 79:13 86:12 87:7 96:17 158:15 161:5,7,19 163:24 165:21 184:1 194:20 237:9,24 247:13 261:3 286:15
**taken** 1:13 4:2

12:17 17:18 38:4 86:16 106:22 136:17 140:4 158:3 177:11 194:23 199:8 214:18 261:13 262:16,19 287:11 287:12 288:9
**takes** 17:16 96:17 161:15
**talk** 28:23 29:6,11 29:16,19 66:23 80:12 83:17 92:15 132:1
**talked** 29:13,21 30:1,5,7 66:15 121:12 168:18 224:19
**talking** 35:18 47:18 48:6 52:1 78:4 80:11,18 105:9 122:5 128:19 133:15 181:16 209:12 220:13 277:9
**target** 149:8 236:9 236:22
**task** 144:8 163:10 163:19
**team** 88:5,11 89:5 89:12 90:4 98:11 101:13,16,21 102:2,8,13 103:16 103:19 104:13,22 105:3,10,16,22 107:19 109:21 110:1,22 111:2,4 113:15 114:3,15 114:18 115:11 116:13,19 119:6 121:1 123:11,17 123:23 124:3 125:16 132:11 133:23 134:4 135:3,18 136:1,3
155:16 179:5,7 214:22 216:12 264:5 265:7
**telephone** 202:24
**tell** 18:3 43:19 54:23 55:15,18 65:8,17 66:12 67:3 70:15,23 88:3 89:20 97:5 97:10 150:19 176:11 188:16 191:14 195:19,20 195:22 249:1 252:15 257:15 264:1 282:10,11 282:12 285:8 288:13
**telling** 18:10 65:12 67:6 83:22 114:2 183:8 219:2
**tells** 40:7
**tenant** 127:12,15
**tenants** 127:3 251:21
**tentatively** 111:16
**term** 6:23 11:22 34:7 65:2,4 72:12 79:15 247:1,6
**termination** 180:22
**terminology** 6:9,17
**terms** 13:3 135:24 232:5 249:1
**Terrace** 1:3 221:4 287:4
**Tesler** 82:23 83:1
**testified** 4:9 167:19 224:13
**testify** 5:1
**testifying** 172:1
**testimony** 4:24 16:6 41:9 49:23 50:19 58:11 63:3 71:9 75:1 76:12 79:22 84:17 91:8 94:24 106:17
110:5 123:16 135:9,20 150:8 161:18 166:4 169:1 196:23 208:14 213:4 215:4 216:23 239:20 240:15 246:16 249:14 250:16 257:2 258:19 264:20 273:20 278:10 280:6 287:13
**text** 115:12 222:13 222:17
**thank** 18:8 66:10 166:8 220:4 254:21 264:23
**thanks** 220:6
**thereof** 289:2
**things** 31:15 41:15 60:3 102:19,23 123:18 137:2 167:17 228:8 236:18 254:7 256:21 269:20
**think** 23:19 24:2 25:5 35:11 40:4 45:21 48:14 54:15 66:21 70:13 79:17 92:6 103:12 114:19 119:12 129:9 130:14 141:7 173:14 176:11 177:14 185:10,16 190:2 192:5 197:10 221:24 229:6 244:19 252:12 253:1 264:17 268:12 272:2 276:17
**third** 173:10 174:2 265:12
**Thomas** 15:15 16:3 16:11,13 28:23
29:18 30:7,19,21 31:10,14 37:14 53:23,23 54:10,12 57:4,12 65:11,12 66:6,12 67:15,22 68:24,24 69:6,14 70:15 72:2,21,24 73:14,15,19,24 74:3,18 75:13 76:2,10,13 78:2,5 78:10 79:2,11,24 80:9 81:6 86:9,9 86:23 87:4,11 88:2 89:19,24 92:2 94:6,6 98:14 102:12 103:15,19 104:8,18,21 115:6 117:20 120:9 130:4 135:17 136:2 139:15 140:22 141:1,16 141:24 150:17,18 152:10,17 153:21 155:3 158:4,6,12 158:20 159:4 160:5,8,15,23 166:20 167:3,7 169:3 175:8,13 176:2 178:24 179:16,19,22 180:2,15,17 181:4 181:12 196:20 200:4,5,13,16 201:7,9 209:6 211:24 216:19 218:7 221:1,18 222:9,14,17,24 223:5 225:4,6,10 225:14,20,20 226:23 227:14,22 228:7 229:1,19 230:5,18 231:9 232:2,9,12 233:1 233:2 234:1 235:1 236:3 237:4,5
239:8 242:17,23 242:24 243:2,5,11 243:12,17 244:14 244:22 245:2,6 256:20,22 257:3 257:16,23 259:5,9 263:23 265:6 272:6,17,20,21 273:1,2,7,8,10,18 274:4,5,12 276:9 277:15,21 278:16 278:18 279:11 280:18,23 281:7 281:14 282:5,12 282:18 283:6,11 283:23 284:5,16 284:17 285:2,6,9 285:17 286:3
**thought** 27:21 28:4 28:8 114:24 156:17 172:21 179:24
**thoughts** 192:20
**three** 20:16 65:24 115:10 116:13 122:5 123:11,24 130:14,15,17 150:12 173:12 184:24 186:7 226:24 232:21 269:22 274:23 275:21 277:4,7,17 278:1,14 279:14 280:1
**three-month** 274:10,14,22 275:15 276:10
**time** 8:2,4 12:1,12 12:23 14:17 15:3 26:12 35:15 38:19 38:20 39:15 42:24 59:12,18 60:19 61:8,11,20 63:21 64:9 66:4,21,22 67:11 70:9,14

72:11 73:17 75:4 75:5,21 76:15 77:19 78:8,11,17 81:8 82:11 83:23 84:9,18 85:12 91:1 92:5 94:8,9,9 94:11 96:19 98:11 101:24 102:1,4,11 102:21 103:5,23 104:16,18,23 105:19 106:3 107:6,16 108:2,11 108:14,16 117:1 118:17 119:19 122:13,24 136:24 137:20 138:19 141:7 144:7 155:7 156:1 157:6 158:2 158:20,24 159:1 161:1 163:14 165:14,21 169:9 173:10 174:5 176:8,15,24 182:8 182:11,11,15 184:11 201:24 203:11 205:21 206:6,16,23 207:3 207:10,21 208:7 209:11,18 213:23 214:21 215:15,21 216:5,6,22 223:17 224:16 227:12 228:14 229:14 231:18 234:14 242:1 244:12 246:8 248:15 250:9,23 255:2,6 261:22 262:2 264:6 269:4 270:15 273:16 276:16 281:9,13 281:18 282:3 284:21 286:7 287:12 288:19

**times** 7:24 25:23 60:14 80:13 95:10 97:11 130:14,15 173:12

**title** 38:12 39:5,6 47:6 119:18 131:17 191:5 253:19

**titles** 38:10

**today** 5:3 17:16 27:18 28:15 29:7 30:3 41:24 102:22 108:13 232:19 256:5 266:20

**today's** 17:7 26:9

**told** 45:20 56:7 58:8,14 72:13,13 76:5 97:12 98:14 152:7 209:5

**tomorrow** 5:4 201:2

**top** 45:22 128:24 129:3 149:1 164:20 180:9 200:11 255:9 260:12 272:6

**topic** 282:16

**topics** 30:13,18,21

**total** 49:4,6,10,19

**totally** 247:22

**Tower** 164:23 166:10 167:7 168:1 184:23

**Towers** 125:3 135:22

**training** 253:2

**transcript** 18:3 287:11,13 289:1,3 289:6

**transcription** 288:11

**transmit** 95:15

**trash** 239:10

**triggering** 152:15 153:2

**trouble** 18:1 266:18 266:21

**true** 129:5 241:17 287:13 288:17

**truly** 201:19

**truth** 288:13,13,14

**truthfulness** 115:18 116:6

**try** 87:10 284:20

**trying** 17:23 25:9 25:10 26:3 27:13 84:4 180:6 263:8 275:6 279:5

**turn** 86:23 124:14 276:19

**twice** 8:1 130:11,13

**two** 11:7 16:21 17:6 18:12,22 20:16 26:16,19 31:18 86:12 105:1,5 111:13,16 115:11 130:21 132:13 143:19 147:4 150:12 151:4 159:21 165:8,11 167:22 177:20 179:5 188:23 189:10 200:12,12 208:22 211:8 228:2 232:10,13 232:20 243:1 258:14

**type** 145:3,6,16,20 148:23

**types** 19:14

**typewriting** 288:10

**typically** 44:7 83:13

**U**

**Uh-huh** 57:20 121:7

**ultimate** 156:19

**ultimately** 18:3 58:22 59:8 215:9 266:15

**uncertain** 267:19

**undersigned** 289:8

**understand** 25:22 41:2 48:22 168:10 173:18,22 186:3,5 198:4,16 233:7 269:12 273:6

**understanding** 38:1 46:6

**understood** 208:12

**undertaken** 104:3

**unit** 48:5,5 168:5 169:7,10 172:19 174:11

**United** 1:1,6,12 287:2,7 288:23

**units** 49:5,10,15 123:20 126:23 128:23 129:9,20 167:20 171:20 172:4,23 173:17 174:14

**unsure** 225:15

**unusual** 161:7

**update** 95:13,14,16 95:19,22 96:3,16 97:3,11,13,14,18 141:13,18 148:20 149:12,17,24 150:5 154:21,21 176:18

**updates** 95:20

**uploads** 36:3

**Urban** 2:10 5:4,6

**urge** 95:20 96:22

**urged** 143:17

**use** 11:17,18,21 12:1 13:4,24 14:13,19 15:1,3,7 15:10,14,17,20,23 16:10,17 18:13 30:15,24 31:8 99:22 100:1 143:9 246:10

**useful** 17:12

**usually** 18:23 19:10 44:6 99:20 151:23 161:15

**U.S** 2:6,10

**V**

**vague** 6:21 10:16 22:18 23:2 26:14 34:18 35:21 37:6 45:10 47:23 49:22 64:2 75:1 82:15 92:16,22 97:1 98:23 108:6 118:18 121:23 122:16 127:6,18 128:14 137:10 155:12 161:9,18 163:11 167:13 171:16,19 172:7 174:7,9 175:18 178:6 180:5,24 188:11 190:19 217:5 218:18 223:11 236:11 238:17,23 239:19 240:14 247:15 249:24 250:24 251:16

**vaguely** 64:9 162:20

**validity** 193:1

**varies** 138:4

**various** 7:8 45:13 45:21 49:1 155:9 237:15 255:3 258:24

**verbally** 61:19 85:18

**verification** 239:11

**verified** 183:10

**verify** 91:11 227:3 230:5 247:6

**Veronica** 1:9 3:3 4:2,7,14 201:1 220:7 225:22

287:10,17 288:8 288:12
**version** 284:11
**view** 27:7 90:4 186:14 245:17 251:14
**viewing** 243:4
**violation** 212:21
**violations** 205:19 205:21 206:1
**visit** 117:15,18,21 117:24 118:6,9 119:1,20 120:2,6 120:9,11 121:15 121:19 122:13 123:1,12 128:16
**vivid** 184:13
**vouch** 283:9,20
**voucher** 131:24 132:1
**vouchers** 60:13 131:20
**vs** 1:5 287:6

W

**Wacker** 93:2,6,8
**wait** 24:6
**waiting** 266:23
**waived** 288:20 289:7
**walk** 182:18,19
**walked** 66:1 182:17
**want** 14:15 17:5 24:15,24 29:2,2 30:6 49:12 66:5 94:12 95:8,8 112:5 160:13 173:12 193:19 194:20 227:3,13 230:5 255:21 256:2 257:16 280:8
**wanted** 14:12 15:19 22:7 25:17 27:14 90:5 91:1 111:5 126:14,16 145:12 188:24 189:11 190:13 200:18 237:3
**wants** 85:18 165:20 165:22
**Washington** 2:8 119:13,17 215:23 216:1
**wasn't** 25:10 58:13 73:5,5,5,6 74:11 109:6 119:14 124:8 125:6 127:16 142:10 180:10 196:16
**watch** 86:11
**way** 37:12 63:10 69:4 70:7,11 95:8 225:15 244:10 249:21 257:18 259:21 277:23 286:7
**wear** 127:4
**week** 29:15,22 30:11 96:18
**weeks** 11:11 14:2 30:11
**Weiss** 2:2 17:10
**Wellons** 2:7 4:21 5:14,22 6:7,21 9:22 10:16 12:4 13:12,18 14:3 16:5,22 17:5,13 18:5,8 20:24 21:5 21:21 22:10,12,18 23:2,9,22 24:4,10 24:23 25:7,24 26:14 27:1,9,16 27:24 28:7 29:1 34:17 35:21 36:12 37:6 39:24 41:8 44:9 45:10 46:15 47:23 48:19 49:22 50:6,18 51:18 52:12 53:16 54:1 54:6,24 55:17 56:1,11,22 57:7 58:1,10 61:13 63:2,12 64:2,16 64:23 66:5,10 67:18 68:1 69:10 69:20 70:2,20 71:1,8,16 73:2 74:1,24 75:15,20 76:11 77:6,13 78:13 79:5,21 80:15,21 81:20 82:5,15 83:6 84:16 86:11 87:7 91:7 92:16,22 93:3 94:23 96:24 97:7,20 98:23 103:1 104:10,14 106:16 107:7 108:6 109:3 110:4 110:12 111:20 112:4 113:8,23 114:9,21 115:22 116:22 118:18 121:23 122:16 123:15 124:10 126:5,19 127:5,17 128:4,13 129:13 129:17 132:8 133:12 134:7,13 135:8,19 136:5 137:10 141:8,20 143:15,18 144:5 145:18 150:7 153:9 154:2,13 155:12 157:12 160:12,21 161:9 161:17 162:2 163:4,11,20 164:7 165:4,9,12,18,20 165:23 166:5,8,22 167:13 168:2,24 169:20 170:2,9 171:15,24 172:7 173:2,6,11,19 174:7,10 175:18 178:6 180:4,24 183:5,16 184:4,14 186:16,23 187:21 188:11 189:22 190:10,19 192:22 193:19 194:9,17 196:21 198:8,21 199:10,22 202:10 203:16 204:18 205:2,7,11,22 206:10 208:13 209:2,14,24 210:23 211:3,17 211:21 212:8,16 213:3,10,14 214:5 214:13 215:3 217:5 218:18 219:9 222:3,18 223:1,11,18 225:24 226:22 227:13,19 229:7 229:21 230:4,21 231:8 232:6,16 233:14 235:8,18 236:2,11 237:2,7 238:17,23 239:7 239:19 240:14 241:11,22 242:13 242:18 243:19 244:4 245:23 246:15 247:5,15 249:3,13,24 250:15,24 251:16 255:15,21 256:2 257:1 258:18 259:2,11,17,23 261:3,19 262:13 263:10,18 264:14 264:19 265:3,9,16 265:22 267:10 268:22 270:21 271:22 273:19 275:1,8,23 276:5 276:6 277:18 278:2,9 279:2,16 280:5 281:21 282:15 283:12 284:1,13,22 285:3 285:13,24 286:4 286:12,15
**went** 128:17 168:22 178:13,23 179:2,4 179:5 181:9 182:8 182:10 183:21 249:21
**weren't** 28:18 120:1 124:9 156:11 170:8 192:19 222:16 251:13 263:8
**West** 1:16 2:3,12 4:19 92:12 93:2,4 93:6,8,9,10
**we'll** 9:24 22:12 256:4 261:3
**we're** 27:5 30:3 32:18 38:15 47:18 61:19 75:10 84:21 92:12 104:7 166:3 172:5 212:10,19 232:10 286:7,16
**we've** 35:17 45:12 52:1 86:12 101:12 150:5 173:14 176:17 257:2 261:13 262:16 272:8 277:9 286:6 286:14
**willing** 190:16
**witness** 3:2 4:5,6,8 6:23 10:2,18 13:14,20 14:5 16:15 18:1,4 21:2 21:7 23:4,11,23 24:14 25:2,9 26:16 27:3,18 28:1,8 29:6 34:19 35:23 36:14 37:8 40:4 41:10 44:11

45:12 46:17 48:1 48:21 49:24 50:8 50:21 51:21 52:14 54:9 55:1,18 56:2 56:13,24 57:11 58:3,13 59:9 63:4 63:14 64:4,18 65:2 66:9 67:20 68:3 69:12,22 70:3 71:2,10,18 73:4 74:2 75:3,16 75:19,22 76:13 77:7,14,17 78:15 79:7,23 80:11,13 80:18 81:8,22 82:7,18 83:9 84:18 91:9 92:18 92:24 93:6 95:2 97:2,9,22 99:1 102:20,24 103:3 104:16 107:1,9 108:8 109:6 110:7 110:14 111:22 112:7 113:11 114:1,11 115:23 116:8,23 118:20 122:1,18 123:4,17 126:7,22 127:7,19 128:6,16 129:19 133:14 134:19 135:10,21 136:6 137:12 141:9,22 143:17,19,21 144:7 145:20 150:9 153:11 154:5,16 155:14 157:14 160:23 161:11,19 162:4 163:6,13,21 164:8 165:8 166:7 167:3 167:15 168:4 169:3,22 170:4 171:10,18 172:9 174:9 175:20 178:8 180:6 181:2 183:7,16,18 184:6 186:18 187:1,23 188:13,15,18 189:24 190:13,21 192:23 194:3,12 198:11,24 199:13 199:24 202:12 203:18 204:3,20 205:4,13,24 206:12,23 207:10 208:4,15 209:4,16 210:2,11 211:6,19 211:23 212:10,18 213:6,16 214:7,15 215:5 217:8 218:20 219:10 222:5,20 223:3,13 223:20 224:9 226:4 227:5 229:9 229:24 230:12,23 232:8,18 233:16 235:10,20 236:3 236:13 237:5,12 238:19 239:3,8,22 240:16 241:4,13 241:24 242:14,15 243:21 244:7 246:1,17 247:6,18 249:5,15 250:2,17 251:2,18 255:17 255:24 257:7 258:20 259:4,12 259:18,24 260:1 261:21 263:12,20 264:15,23 265:4 265:10,18,24 268:24 270:23 271:24 273:21 275:3,9,10 276:1 276:9 277:20 278:4,11 279:3,4 279:19 280:13 281:23 282:18 283:14 284:4,15 285:5,16 286:1 288:8,12,18,20 289:11

**Wolski** 1:6 287:7
**word** 28:1 42:1
**wording** 14:6 143:14
**words** 77:3 251:19
**work** 8:10 22:2 93:21 94:4 112:8 112:10 126:3 131:13 143:6,11 144:4 145:24 148:16 154:11 162:16,23 174:19 182:6 184:24 185:4,23 186:2,6 186:9,15,18 187:6 187:13,19 190:16 194:15 234:15 236:7,8 246:3,5 247:10
**worked** 70:4,7 182:23 191:18 193:13
**working** 144:14,17 190:22 246:17 248:1 251:8,24
**works** 5:3 131:14 131:22 252:21 253:5,7,8,13
**work-Ray** 193:22
**wouldn't** 157:4 240:13 241:2
**write** 99:11 228:23 234:3 272:14
**writing** 62:13,23 63:11,16,22 96:8 99:6 104:20 151:15 156:21,23 161:23 274:20 281:13
**writings** 267:13
**written** 19:6 43:23 52:10 53:10 63:19 83:19 84:12 85:1 85:13 99:7 114:15 203:4 277:4,7 279:8
**wrong** 93:9 265:2
**wrote** 86:1 200:24 228:24 231:15 249:23 272:16 277:17 280:22

X

**X** 3:1,6
**X-outs** 284:7

Y

**yeah** 36:23 42:3 53:19 60:16 93:6 95:21,23 134:2 186:5 226:12 255:1 279:1
**year** 12:12 20:17 32:4 48:6 49:15 49:19 120:19 137:5 138:6 152:24,24 153:2,5 206:4 276:24 277:16 278:1 279:8,15 280:1
**yearly** 48:7 49:6,19
**years** 52:8 53:15,19 53:20 91:17,23 95:4 128:12,22 130:21 155:20 177:21 213:2,7 248:15,18
**yesterday** 16:4 86:8 98:14 150:18 158:5 179:22 225:4 272:6
**yesterday's** 179:16

Z

**Zale** 120:12,14 121:5
**Zeno** 118:12
**zero** 150:24

$

**$2.5** 48:17
**$2.7** 48:16
**$62** 193:15
**$770,000** 107:22 108:1,5,12,19

0

**01** 192:4 231:21 278:24 279:4
**03-2209C** 1:5 287:6
**084-004040** 289:20

1

**1** 3:9 86:10,24 87:5 87:12 88:2 89:20 89:24 140:15,17 140:21 142:5 150:6,15 261:6 262:19,22 263:24 264:4 265:7 287:12
**1/10** 278:23
**1/27/00** 121:5
**10** 3:13 112:21 113:2,20 114:19 115:3,8 117:8 133:18,19,21 134:5 195:3,8,23 228:6
**10/1** 153:2
**10/17** 154:21 155:5
**10/18** 162:6
**10/23** 264:3
**10:00** 255:23
**100** 162:15,21 163:9 164:12 167:20 168:5,21 169:4,7,10 174:11 174:18
**1020** 276:23
**11** 3:14 101:20 102:9,14 103:16 104:22 105:2,11 107:19 110:23

111:6,11 115:3
132:11 135:4
217:19,22
**11/1/01** 267:2
**1100** 2:7
**1119** 90:1
**12** 3:14 219:19,22
272:6,22 274:5,12
274:21 276:9
280:23 283:5,5,11
283:24 284:5,17
285:2,6,10,17
286:3
**13** 3:15 115:3
230:24 231:2,5,15
239:22 240:5
245:11 258:7,13
287:11
**13th** 1:18 288:7
**14** 3:15 252:4,6,10
256:13 261:12
263:2
**140** 3:9
**142** 3:9
**146** 3:10
**147** 3:10
**15** 3:16 117:16
147:21 183:24
184:1,7 232:1
239:23 240:5,9,21
245:17 257:22
268:1,3,8,19
269:18 270:17
**153** 3:11
**16** 3:16 117:16
225:4,7,14 227:22
228:7 242:17,23
243:2,11 268:1,3
271:2
**164** 3:11
**1663** 260:10
**17** 153:22 154:8
225:21 226:23
227:14 230:6
231:9 234:1 235:1
236:3 237:4,5,21
239:8 242:24
243:5,12,18
244:15,22 245:2,7
256:23 257:3,23
**175** 3:12
**18** 158:8 161:24
179:17,19 180:16
253:11 274:13
**1821** 266:17
**184** 3:12
**19** 221:2,19 222:10
222:14,17,24
223:7
**191** 3:13
**195** 3:13
**1991** 112:22
**1992** 12:14,15,20
12:24 14:20,23
18:13
**1998** 40:8 51:16
88:9,16 91:18,23
93:2,13,15 94:5
98:1,9,21 99:5,9
105:20,24 106:7,9
111:16 137:1
**1999** 38:20 40:10
41:21,23 42:4,6
42:24 106:7
108:13,19 111:19
112:12 113:19,22
114:8 115:7
117:12,24 118:7
118:10,14 119:1
119:21 120:2,6,16
120:17,21 121:16
122:14 123:1,12
124:7,17 133:6,11
134:1,12,18 135:6
137:4,9 141:15,19
155:23 176:18
177:2,3,6,10,17
178:9 213:12,19

**2**

**2** 3:9 90:15 142:13
142:15,19 143:20
165:5,19 166:6
**20** 142:20 176:17
200:5 271:2
**2000** 38:21 39:4
42:24 57:5,16
58:20 59:6 62:20
63:1 64:1,8 67:24
68:11,15 70:8,12
71:5 78:10 91:24
93:2,15 94:5 98:1
98:9,21 99:6,9
101:11,15,21
102:2 104:9
105:20,24 106:9
107:6,20 108:13
109:2 110:2,23
116:20 119:9
124:18 126:4
134:4 135:18
136:4 137:1,16
138:16 140:23
141:15 142:20
146:13,21 147:8
147:12,21 148:20
149:12,17 150:22
151:7,9,17 152:3
152:12,19,19,23
153:8,12,22 154:8
154:21 157:9,17
157:20,24 158:4,8
158:18,24 160:20
161:24 162:6
166:21 167:10
168:18 172:5,11
173:1 174:6 175:8
176:2 213:13,21
225:22 226:2
272:8,10 274:9,13
275:20,22 280:2
280:10 281:20
282:24 283:5,6
285:6,12,17 286:3
286:13
**2001** 16:18 18:13
57:6,16 89:4
177:20 178:2,4
184:12 189:21
190:7 195:9 198:4
199:3,7 200:6
201:21 202:5,18
213:13 215:9
220:11,14 221:4,9
221:10 223:17,24
224:8,20 225:6,11
226:3,11,16
227:24 228:9
229:15 230:8
232:1 237:15
240:2,9,10,21,23
242:8 245:17,19
248:6,23 249:11
250:9,17 252:14
254:24 256:11
258:14 259:1,10
261:1,7 262:19,22
264:3,4 265:15
268:9,14 270:4,16
271:2,10,14
279:14 280:11
**2002** 68:22 280:20
**2005** 1:18 14:17
15:5 38:17,18
42:5 87:13 110:3
114:6 115:4
287:11,20 288:7
289:13
**202** 2:8
**20530** 2:8
**217** 3:14
**219** 3:14
**22nd** 92:13,14
172:20 174:2
**2202** 2:12
**221(d)(f)** 159:21,24
187:14,24 189:20
**221(d)(4)** 159:10
189:3,16
**2214** 170:15
**23** 89:4 231:21
**23rd** 4:20 92:12,21
**231** 3:15
**25th** 289:13
**252** 3:15
**26** 107:19 134:4
**268** 3:16
**27** 146:13,21
148:20 149:12,17
192:4
**28** 117:11 141:15
**289** 287:12
**29** 177:2,3,6

**3**

**3** 3:10 146:8,11
147:1 149:18
150:6,15,22 151:7
151:8 195:9 198:4
199:3,7
**3/01** 246:19
**3/15/01** 179:24
**3:33** 200:15
**30** 252:14 289:1
**30s** 177:23 178:13
**30(e)** 288:22
**300** 2:3 123:20
128:23 129:8
163:19 172:19
**301** 170:14
**303** 129:8,20
**303-unit** 163:9
164:5
**31** 141:15 275:22
**31C** 9:17 226:21
255:1
**312** 1:16 2:3,4,13
**353-6236** 2:13

**4**

**4** 3:4,10 147:16,19
148:7,19 149:11
150:6,15 200:6,15
**4th** 1:17
**4/23/01** 232:3
**4:00** 194:19

**40s** 177:14
**40-year** 246:21
**4256** 237:22
**4401** 202:3
**4770** 193:21
**4774** 193:21

5

**5** 3:11 153:17,20,24 154:12 201:9 225:6,11 227:24
**5.5** 219:7

6

**6** 3:11 33:18 150:18 152:10,18 164:16 164:20 166:12 170:19,22 171:7 172:6,24 220:11 268:9 270:16 272:8 275:20 276:14 277:8 280:2,10 283:5,6 285:6,17 286:3,13
**6:00** 255:22
**6:30** 256:4
**60604** 2:13 4:20
**60606-1721** 2:3
**616-8253** 2:8
**63** 227:20

7

**7** 3:12 140:23 175:3 175:7,17 176:1
**7:00** 286:6
**701-9300** 2:4
**77** 2:12 4:19 92:12 93:2,10

8

**8** 3:12 87:13 111:15 111:19 112:12,22 113:19,22 114:8 133:6,11 134:1,12 134:18 135:6 158:6 159:5 160:12 169:4 175:8 184:17,21 185:21 186:10 225:22 226:2,11 226:16 230:8
**8/1/01** 269:9
**8/6/01** 269:10

9

**9** 3:13 191:8,12 192:17,21 193:20 218:1 221:4,10 223:24 224:8
**9/13/98** 88:6
**9/30** 153:2
**9:30** 1:18
**90s** 39:19,22
**98** 40:6 107:6 155:15,24 156:2,3 190:2
**9822** 191:16 194:7 194:8
**9834** 39:23
**99** 39:17 137:21 156:2 246:18