Page 246

A I believe I did, although I can't identify any specific comments I would have had.
Q This document pertains to the administrative review; correct?
A Yes.
Q So that the -- the record with respect to the administrative review was the record leading up to and including your November 30th, 2001 notice of -- notice to abate and terminate; right?
A Yes.
Q So there are no facts that are asserted or included in Maisonet Deposition Exhibit 8 that took place after November 2001; right?
A I have to read this just to make sure.
(Witness reviewed the document.)
BY MR. BAUGHER:
Q Do I need to rephrase that question? Was it too long?
A No. The only reference I see between the November 30th notice and this memorandum to Mr. Mayfield was that the owner first submitted his appeal to the local office so that would have been

Page 247

between the time frames.
Q The appeal concerned the events leading up to and, most important, including your notice to abate and terminate; right?
A Yes.
Q So you didn't have or report to Mr. Mayfield any further information beyond what you had in November of 2001; right? I mean except that you knew that an appeal had been filed?
A I don't recall anything specifically mentioned other than what's in this memorandum.
Q All right. And the memorandum doesn't anywhere refer to a confirmatory inspection, does it?
A Not that I see, no.
Q And your memorandum, MIO Deposition -- excuse me -- Maisonet Deposition Exhibit 8, doesn't refer to either of the compendiums sent to HUD by South Pointe in April of 2001 concerning correction of REAC deficiencies, does it?
A I'm sorry. You lost me there for a minute. Notices from HUD --
Q You didn't refer in Maisonet Deposition

Page 248

Exhibit 8 to the letters that HUD had received from the owner of South Pointe about correcting the March 2001 REAC deficiencies; right?
A There is one reference to a May 2nd letter from the owner to HUD stating that he might have an acquirer in 30 days, a purchaser, an acquirer.
Q I'm talking about efforts that had either been undertaken or were to be undertaken to correct the March 2001 REAC report identified deficiencies. There is no reference to any response from the owner on that topic; correct?
A Incorrect. In the bottom of page 4, the very last sentence starts, "Various communications occurred in this regard among HUD, the owner and the agents, many by e-mail." So there was reference to correspondence.
Q But you didn't include that in what you sent to Mr. Mayfield; you didn't include the owner's response to the REAC report; right?
A I'll have to look at the exhibit listing everything that was included.
MR. WELLONS: And, Counsel, to clarify the

Page 249

record, I'm not sure if this is what you intend to ask about. On page 4, the first bullet point does refer to a March 16th communication. I'm not sure if that's what you intend to question her about or not.
MR. BAUGHER: It is not.
MR. WELLONS: Okay. Thank you.
BY MR. BAUGHER:
Q Well, let's look at page 2526. There is no reference to either of the letters sent by the owner concerning supposed REAC deficiencies; right?
A There is a reference to -- on, well, page 2524, the second bullet, second full bullet, "HUD did not receive an acceptable plan addressing all the physical deficiencies," which to me means that we did receive some response but they were not acceptable. Doesn't mean to me that we didn't receive any.
Q You don't acknowledge in your memorandum drafted by Mr. Gustin that there was any response whatsoever from the owner; isn't that right?
A It is acknowledged that no acceptable plan was received.
Q You didn't acknowledge receiving any

Page 250

proposal at all from the owner; correct?
A We didn't assert that we had received one specifically or any specific date. What we said was no acceptable plan had been submitted.
Q You didn't admit that you had received anything, anything, concerning a correction plan from the owner; right?
MR. WELLONS: Objection; argumentative.
THE WITNESS: We admitted we did not receive an acceptable plan, not that we did not receive any plan at all.
BY MR. BAUGHER:
Q That wasn't something that you were eager to have Mr. Mayfield make a judgment for on his own. You just didn't include copies of the letters, you didn't make a reference to the letters, you didn't indicate any dates on which letters and corrective action plans had been submitted at all, did you?
MR. WELLONS: Objection; argumentative and, Counsel, I'll direct you to page 2526, I believe item "I" does refer to a March 6, 2001 response from the owner.

Page 251

BY MR. BAUGHER:
Q Doesn't refer to the April 2001 responses, does it, Ms. Maisonet?
A Not specifically, no.
Q Well, not at all, specifically, generally or any in other fashion?
A Other than what I previously stated that no acceptable plan had been submitted.
Q Okay. And this memorandum drafted by Mr. Gustin for you and Mr. Hinsberger also makes no reference to the final team report resolution of January 2000 which Mr. Hinsberger himself had signed; isn't that right?
A That's correct.
Q Now, Mr. Gustin was your attorney throughout these proceedings, you testified; right?
A Yes.
Q Was he also Mr. Mayfield's attorney?
MR. WELLONS: Objection to the extent it calls for a legal conclusion. Go ahead and answer.
THE WITNESS: He provided legal support to Mr. Mayfield. I don't know whether or not

Page 252

Mr. Mayfield also had assistance from any other HUD counsel, including in headquarters.
BY MR. BAUGHER:
Q Well, Mr. Mayfield was supposed to be independently deciding an appeal between an owner and the Chicago HUD office; right?
A Yes.
Q And Mr. Gustin was part of the Chicago HUD office serving as your counsel; correct?
A Yes.
Q So was Mr. Gustin also serving as counsel to Mr. Mayfield?
MR. WELLONS: Object to the extent it calls for a legal conclusion. Go ahead and answer.
THE WITNESS: Mr. Gustin provided legal assistance to Mr. Mayfield. I don't know whether or not Mr. Mayfield had any other HUD counsel.
BY MR. BAUGHER:
Q When you say provided legal assistance to him, what do you mean?
MR. WELLONS: I don't want you to reveal the contents of any legal discussions that you are

Page 253

aware of between Mr. Gustin and yourself or Mr. Gustin and any other HUD employee.
THE WITNESS: Okay. I mean in the context of drafting this memorandum.
BY MR. BAUGHER:
Q Did Mr. Gustin draft Mr. Mayfield's decision?
A As far as I know, yes, he did or at least part of it. I don't know if he drafted the whole thing.
Q And you know that because you saw a draft that he sent to Mr. Mayfield; correct?
A At some point, yes. I may have even seen it -- I know I definitely saw it as final. I don't recall if I saw the draft before it went to Mr. Mayfield.
Q But you knew that Gustin had drafted it?
A Yes.
Q Who asked Mr. Gustin to draft Mr. Mayfield's opinion?
A I believe --
MR. WELLONS: I'm instructing you not to

Page 254

answer that question.
BY MR. BAUGHER:
Q Do you know who asked Mr. Gustin to draft it?
A I think I know.
Q Do you know if the draft that Mr. Gustin prepared was also sent to counsel for South Pointe?
A I don't know.
Q Would the concurrence sheets on the original default letter, April 2001, continuing default, May 2001, and abatement and termination letter of November 2001 show who the drafter of those letters was, whether it was Mr. Gustin or other attorneys in his office?
A Typically, the originator is the first person in line for the concurrence -- in the concurrence chain.
MR. BAUGHER: Well, I have asked for concurrences with respect to a number of letters and I want to make sure that we get copies of whatever concurrences exist with respect to the three, default, continuing default and abatement and

Page 255

termination letters, please.
MR. WELLONS: That request is taken under advisement.
BY MR. BAUGHER:
Q Have you since -- since coming to DEC in 2000, been part of any of the review process on requests for rental increases or special energy reimbursement or other costs for properties?
A I would not review those at all. Those are considered servicing type functions.
Q That are over in Multifamily?
A That's correct.
Q And, in fact, in the operations side of Multifamily?
A Project management side of Multifamily.
Q Okay. So you didn't have anything to do with any of the South Pointe requests for rental increases or other reimbursements; is that right?
A That's correct.
Q And you don't have any special knowledge of that process and how those decisions are made?
MR. WELLONS: Objection; vague. Go ahead

Page 256

and answer.
THE WITNESS: Okay. I understand the process for submitting a rent increase request and review process and approval chains, yes.
BY MR. BAUGHER:
Q What do you know about the special reimbursement program there was for the spike in energy costs in the Chicago Area in, I think it was late '02, early '03?
MR. SAMUELSON: No, '00, '01.
BY MR. BAUGHER:
Q Well, or late 2000 and early 2001?
A That one I'm even least familiar with. I'm more familiar with routine special claims. That special claims for the spike in utility increases happened when I was already in the enforcement center. The only thing I recall about that was that there was a very short window for submitting a claim.
Q How are routine special claims taken care of?
A Submitted to the Multifamily project manager along with supporting documentation and

Page 257

that's reviewed to make sure that the submission is complete and that adequate documentation is submitted. If it is, then the special claim could be approved. What I am not clear on is in terms of the communication then, whether it comes from project management or operations to HUD's -- the accounting center that -- that handles the actual payments. So, you know, if an owner is approved for an additional amount of money exceeding a threshold, and I don't know what the threshold was, that the system doesn't automatically flag it.
Q As of the new Bush Administration coming into office in March of 2001, was there a policy shift at HUD moving away from project based subsidies to market support of low income tenants through voucher programs?
MR. WELLONS: Objection; vague. Go ahead and answer.
THE WITNESS: I don't recall any specific push to move from -- from project based to tenant based.
BY MR. BAUGHER:

Page 258

Q You weren't encouraged to close out or terminate HAP contracts where you could in favor of vouchers as a policy matter?
A Not at all.
Q And that was not a factor that you are aware of with respect to South Pointe?
A Absolutely not.
Q Let me show you what was marked as Kiening Deposition Exhibit 11. This is a final team report resolution dated January 26, 2000. Have you seen it before?
A Yes.
Q When did you see it?
A Definitely in the spring of 2001 and may have seen it prior to that.
Q Is there any reason that this team report is not -- or any of its conclusions are not mentioned in any of the default or abatement or administrative review documents that -- that you signed?
MR. WELLONS: Objection; compound, objection to the extent it calls for a legal conclusion. Go ahead and answer.

Page 259

THE WITNESS: Because the April -- April 9, 2001 notice of default was based on the current information that we had at hand.
BY MR. BAUGHER:
Q The default was based on circumstances in 2001 and not something in 2000 or earlier; right? Is that what you are saying?
A Yes, that's what was incorporated in the notice, although I did look at this and, you know, prior to issuance of the -- of the notice --
Q Well, you say you looked at it but right on the front page, if you look at the first page of Kiening Deposition Exhibit 11, you will see in the -- the first paragraph of text, it says, "The owner has infused $770,000 in the property and continues to add additional funds in order to correct all physical deficiencies identified in the REAC inspection." Do you see that?
A Yes.
Q But you didn't remember that when I asked you about it earlier today; right?
A That's correct.

Page 260

Q So now that you look at this, do you remember that in April of 2001, that you knew that the owner had infused $770,000 into the project?
A Yes, and I also knew that I had a March 2001 REAC inspection indicating that the property was not being maintained despite prior funds that may have been expended.
Q But whether the items in the March 2001 REAC report were, by the time you got to sending out a letter, still uncorrected or remained to be corrected, it was really not the heart of your decision on whether or not this property was in default; correct?
MR. WELLONS: Object to the extent it calls for a legal conclusion. Objection as vague. Go ahead and answer.
THE WITNESS: The notice was issued. I had no reason to believe that all the repairs had been -- had been made at the property.
BY MR. BAUGHER:
Q Well, because you had no information on the subject; right?

Page 261

MR. WELLONS: Objection; argumentative, misstates prior testimony. Go ahead and answer.
THE WITNESS: Again, I had nothing to confirm that those repairs had been done.
BY MR. BAUGHER:
Q So let me ask the question again. You had no other information on the property; right?
MR. WELLONS: Objection; misstates prior testimony, asked and answered. Go ahead and respond.
THE WITNESS: At that point we had the communication regarding the exigent health and safety items. We had -- I can't remember the date of -- of Ms. Brown's letter, and the -- and the March 16th BABCO survey or whatever it was of the property, indicating what repairs were proposed to have been done under the scope of work.
BY MR. BAUGHER:
Q Let me show you what was marked as Kiening -- or as Thomas Deposition Exhibit 16, a letter to Joan Kiening from Sean Mintz. Have you seen this before?

Page 262

A Yes.
Q When did you see this?
A Well, definitely this week and I also saw it in the spring of 2001.
Q Did you see it before you wrote your e-mail to your colleagues cheering them for their good work on the default letter?
MR. WELLONS: Objection; assumes facts not in evidence, argumentative. Go ahead and answer.
THE WITNESS: I don't recall.
BY MR. BAUGHER:
Q Well, this April 5th, 2001, letter, Thomas Deposition Exhibit 16, didn't slow up the default letter going out on April 9th, did it?
A No.
Q Now, many of the items described in this letter, according to the letter, had been corrected as of April 5th, 2001; do you see that?
A According to the letter, yes.
Q Okay. And you don't have any information with respect to assertions -- the validity of assertions in this letter, Thomas Deposition Exhibit

Page 263

16, as to whether they were true or not true; correct?
A That's correct.
Q And you didn't mention this letter in any of the default documents that you wrote, did you?
A That's correct.
Q And you didn't mention it in your memorandum drafted by Mr. Gustin to Mr. Mayfield; correct?
A That's correct.
Q All right. Let me show you what's marked as Thomas Deposition Exhibit 17, a letter dated April 8th, 2001, from Kelly Brown to Veronica Coleman. When did you first see Thomas Deposition Exhibit 17?
A If I may, prior to moving on, this is Thomas Exhibit Number 16, that I -- I would have to compare it to the REAC inspection but it does seem to cite REAC deficiencies and not the entire property. I don't know how many units are cited here but for a 300-unit property, it looks like they only looked at the REAC units and this is contrary to the transmittal letter that requires a plan for the

Page 264

entire property and Ms. Brown says, "Following is the MIO plan for the above-referenced REAC inspection." It is probably -- it is a typo -- dated March 28, 2001.
Q It is a pretty fast response, don't you think?
A Between March 8th and April 5th, 30 days? That's what we asked for.
Q And that's what you got; correct?
A We asked for a response in 30 days. We didn't ask for what we got. We didn't limit it simply to the REAC units.
Q Well, you didn't send out the REAC letter.
A REAC sent out the REAC letter.
Q Yes. Now, look at Thomas Deposition Exhibit 17, the April 8th, 2001 letter, REAC inspection on March 8, 2001 for South Pointe Tower. When did you first see that?
A It would have been in March -- I'm sorry -- April of 2001. I don't remember specifically when.
Q Did you see it before you sent out the default notice?

Page 265

A I don't believe so. I'm not positive if it was immediately before or immediately after.
Q Now, do you see in the second paragraph where it says, "This letter is to document the action taken to correct the items referenced in the REAC inspection"? Do you see that phrase?
A Yes.
Q And -- and it does purport to document action that was taken on those items; right?
A Yes.
Q And then the letter continues, "As well as the plans to address capital items needed for the property." Do you see that?
A Yes.
Q And then the next sentence, "A scope of work has been obtained from BABCO Construction identifying capital and structural items to be completed on the property," and you say at some point you saw the BABCO Construction report, which you are -- proposal that you considered to be extensive; right?
A Yes.

Page 266

Q BABCO Construction program was aimed at capital and structural items in the building; right?
A There were other items in there. I don't know that they would necessarily fall under one of those two.
Q Well, the -- the items identified in the REAC report were largely maintenance operational items; right?
A Many of the items were, yes.
Q Well, virtually all of them were --
MR. WELLONS: Objection; argumentative, vague.
BY MR. BAUGHER:
Q -- isn't that right?
MR. WELLONS: Go ahead and answer.
THE WITNESS: Many of the items were.
BY MR. BAUGHER:
Q But the BABCO Construction report, which is being sent to you -- when I say, "you," I mean HUD -- by Ms. Brown is intended to undertake capital and structural items and all the unit improvement, as well; right?

Page 267

MR. WELLONS: Objection; calls for speculation, assumes facts not in evidence. Go ahead and answer.
THE WITNESS: The BABCO item addresses numerous repairs that they were proposing to make.
BY MR. BAUGHER:
Q Yes, which include capital and structural items, long-term major building rehabilitation; right?
A Some of those items, yes, I would categorize --
Q As well as improvements in many, if not all of the units themselves; correct?
A I don't recall seeing something to the effect that for every unit.
Q Now, this compendium of materials that Kelly Brown from South Pointe sent to Veronica Coleman on April 8th, 2001, also included the EH&S certificate and the April 5th Mintz report and the BABCO report; correct?
A Yes.
Q What did you do with this report when you

Page 268

saw it?
A I would have reviewed it. Again, I don't know exactly. It is dated April 8th but I don't know when it was received by HUD.
Q And did you know that the BABCO Construction plan that is included as part of this April 8th letter was, in fact, based on that hundred percent review of the building that was conducted in November of -- of 2000 that we spoke about a little bit earlier this afternoon?
A I don't recall knowing that that was the basis for it.
MR. WELLONS: I'm going to state for the record we have made this clarification during Ms. Thomas's deposition: This document is a compilation that was produced prior to this -- after this litigation was filed and includes both Bates numbered documents that have been exchanged in discovery, as well as other documents. And I want to caution you, Ms. Maisonet, to verify for yourself that you reviewed not just the cover letter but the document in its entirety.

Page 269

THE WITNESS: Okay. Okay.
MR. WELLONS: Thank you.
BY MR. BAUGHER:
Q Turn, please, to the -- the first of the BABCO Construction documents. I know this was a deposition exhibit earlier but look at it in this one. And do you see below where it -- the first paragraph, where it says, "Below is a narrative of the scope of work our budget pricing covers. The scope is loosely based on plans prepared by Dunaj which we received March 13, 2001." Do you see that?
A Yes.
Q Do you know that -- do you recognize Mr. Dunaj's name as being an architect who was working on this project?
A His name does sound familiar.
Q And do you know if -- if this March 19th proposal from BABCO was intended to encompass both the specific items that were referred to in the March 8th REAC report, as well as other items identified in the November 2000 all units survey?
MR. WELLONS: Objection; calls for

Page 270

speculation. Go ahead and answer.
THE WITNESS: I don't know.
BY MR. BAUGHER:
Q You don't know that one way or another?
A That's correct.
Q And you didn't call anyone -- you didn't call Kelly Brown to find out about that further?
A That's correct.
Q In fact, did you agree with Ms. Coleman that Deposition Exhibits 17 and 16 should be returned to the owner, taken out of the files?
MR. WELLONS: Object to the extent calls for speculation, assumes facts not in evidence. Go ahead and answer.
THE WITNESS: At different points in time, if HUD received plans that were not acceptable, it was not unusual to return them.
BY MR. BAUGHER:
Q And you agreed that these letters, Deposition Exhibits 16 and 17, should be returned to the owner?
A I agreed that they shouldn't have been

Page 271

approved. I don't know that I have an opinion that they necessarily should have been retained in the files or returned.
Q In any event, these two documents that comprised the early response or the response by South Pointe to REAC reports were never referred to in any document that you wrote to anyone as far as you know; correct?
A As far as I know, that's correct.
MR. WELLONS: Ms. Maisonet, I just want to clarify the record. In reference to Thomas Deposition Exhibit 17, do you recall receiving this entire document or do you recall receiving portions of it?
THE WITNESS: I don't recall receiving it in its entirety.
MR. WELLONS: What portions do you recall?
THE WITNESS: I recall the EH&S certification. I don't recall the actual -- we called them EH&S tickets. And at some point I did see the BABCO letter. I don't recall this building permit. I don't recall this March 15th, 2001 letter

Page 272

from Industrial Piping to Carl Sanders or the attached brochure. I do recall at some point seeing something that's identified as a MIO but to me it is not a MIO plan, it is not a formal MIO plan.
MR. WELLONS: And in commenting on what you are referring to, are you referring to the document beginning at page B4256?
THE WITNESS: Yes.
MR. WELLONS: Thank you.
BY MR. BAUGHER:
Q Now, do you know of any reason why the proposed rehabilitation program outlined in the BABCO Construction letter should not have been approved?
MR. WELLONS: Object to the extent it calls for a legal conclusion. Go ahead and answer.
THE WITNESS: If it was part of the loan application, I would defer to Multifamily Housing as to what they typically required. I know that for our purposes, we require management improvement and operating plan and it doesn't fit that format.
BY MR. BAUGHER:
Q But do you know of any reason why the

Page 273

proposal, the proposed scope of work summary revision number 3, should not have been approved?
MR. WELLONS: Objection; asked and answered.
THE WITNESS: I believe HUD stated that the -- well, as part of the -- the loan application itself, I believe, was rejected for more than one reason and in terms of the debt processing, again, this is not what we would have required.
Q Did you see any of Architect Dunaj's drawings in March or April 2001?
A I don't remember seeing any drawings.
Q Did you know that he did drawings?
A I may have known it at the time.
MR. BAUGHER: That's all I have at the moment.
MR. WELLONS: Okay. We are adjourned.
(Whereupon, at 5:48 p.m., the deposition was concluded.)

Page 274

I HEREBY CERTIFY that I have read this transcript of my deposition and that this transcript accurately states the testimony given by me, with the changes or corrections, if any, as noted.

X

Subscribed and sworn to before me this day of , 20 .

X
Notary Public

My commission expires:

Page 275

CONTENTS

| WITNESS | PAGE |
|---|---|
| Margarita Maisonet | |
| by Mr. Baugher | 5 |

EXHIBITS

| MAISONET DEPOSITION EXHIBIT NO. | ID | REFERENCED |
|---|---|---|
| 1 - Protocol | 4 | 47 |
| 2 - E-mail from Coleman to project managers | 4 | 53 |
| 3 - 6/25/02 e-mail (same as Ex. 2) | 4 | 53 |
| 4 - Instructions for making REMS entries | 4 | 53 |
| 5 - 3/16/01 letter from Hayes to Coleman | 176 | 177 |
| 6 - Letter-continuation of default | 176 | 221 |
| 7 - 11/30/01 letter from Maisonet and Hinsberger to Englewood Terrace | 176 | 234 |
| 8 - 3/8/02 memo from Maisonet and Hinsberger to Mayfield | 176 | 245 |
| 9 - 12/01 memo from Sanders to residents of South Pointe | 227 | 227 |

A

abate 217:9 246:9 247:4
abated 231:22
abatement 215:20 234:14 242:2 244:4,9 245:2 254:11,22 258:18
able 227:13
above-referenced 264:2
Absolutely 258:7
accept 195:18
acceptable 60:5,12 65:22 91:4,12 103:5 121:13 132:14 134:15 159:6,11 160:15 207:7 222:9,12 223:4 249:13,15 249:20 250:4,10 251:8 270:16
access 147:11
accompanying 183:10
accomplish 19:3
accomplishment 193:10
account 19:11,12 155:20 213:17 216:17
accounting 14:22 257:6
accounts 126:2 129:3,5 211:21
accurate 80:16,18 80:19
accurately 184:5 274:3
acknowledge 249:17,22
acknowledged 249:20
acquirer 248:6,6
acronym 17:7
acting 6:15 27:18 28:9 36:3 99:5
action 85:11 146:10 212:3,15 212:20 213:2,11 250:18 265:4,9
actions 34:2,3
activities 10:14
actual 16:6 126:22 127:7 137:20 144:16 217:4 257:7 271:19
ad 36:13
add 259:15
added 198:19 224:2
addendum 243:3
addition 4:12 107:18 108:10 158:17 167:18 206:4
additional 4:9 64:13 127:12,17 138:6 164:14,22 165:4 166:8 196:19 198:19 230:8 239:21 257:8 259:16
address 5:22 140:17 201:15 222:20 265:12
addressed 122:10 178:7 223:21
addresses 267:4
addressing 223:4 249:13
adequate 140:16 226:6 257:2
adjourned 273:17
administration 24:12 29:7 257:12
administrative 95:2 158:2,11 245:6 246:4,7 258:18
administrator 11:10
admit 250:5
admitted 250:9
admittedly 116:18
adults 126:15
adversely 61:5
advertising 9:15
advised 126:9 202:4 222:9
advisement 75:12 150:10,19 218:22 219:3 255:3
affect 61:6
affordability 65:21
affordable 58:7
afternoon 37:16 176:1 192:8 268:10
agency 12:19
agent 129:14,22 207:9,16 238:6
agents 248:15
ago 4:11,18 56:10 65:13 76:6 77:8,8 99:22 140:3
agree 64:13 65:20 219:17 220:14 270:9
agreed 7:18 111:21 140:20 270:19,22
agreement 4:6 30:15 61:22 63:1 65:2,4,7,10,11,17 65:18,18
agreements 30:10 30:13 31:8,21,22 91:8
ahead 16:3 37:8 41:3 61:14 63:21 64:5,20 66:18 68:1 84:21 92:9 94:10,22 120:6 127:20 128:12 129:10 145:21 155:14 156:1,13 157:5,21 159:2 161:4 163:12,21 164:17 166:9,19 167:9 169:19 170:7 172:12 173:4 180:21 181:14 182:22 183:14 185:18 186:6,17 188:17 189:8 193:20 195:17 197:5,16 198:7 199:18 200:9 201:3,21 204:19 205:13 209:17 210:20 211:18 212:17 213:5 214:7 217:1,8 218:5 220:16 221:6 224:1,14 231:4 232:4 233:10 237:2,13 238:2 239:13 241:8,17 242:18 243:7 251:20 252:14 255:22 257:17 258:22 260:16 261:2,9 262:9 266:15 267:2 270:1,14 272:15
aimed 266:1
Alexandria 5:14
allow 89:6 166:7
amend 75:17
amended 64:18 93:3,11 143:11 143:13
amendment 64:7 94:1,2,4,5
amendments 63:18 64:3 92:18
amount 21:16 60:4 128:3 134:14 164:18 166:5,12 166:16 257:9
amounts 165:16
analysis 14:14 145:8,18 146:1
analyst 10:10,12 100:13,14 103:15 105:3,3 108:22 110:2 137:21 138:9,13 142:3 142:18
analysts 26:8,8 35:16,17 99:19 137:10
analytical 14:17
and/or 13:17
anniversary 27:3
answer 16:4 37:5,8 41:3 55:2 61:14 63:21 64:6,21 66:18 68:1 78:10 78:21 79:11 80:5 80:6,11,14 84:21 89:7 94:11 95:1 120:7 127:21 128:12 129:10 132:17 138:4,6 145:21 150:16 155:15 156:1,13 157:6,22 159:2 161:4 163:13,22 164:17 166:7,19 167:9 169:19 170:7 171:12 173:4 180:21 181:14 182:22 183:14 185:19 186:6,18 188:17 189:8,20 193:20 195:17 197:5,16 198:8 199:18 200:9 201:3,20 202:15,18 204:19 205:13 209:18 211:18 212:17 213:1,5 214:8 217:1 218:6 219:17 220:11 221:7 224:1,19 231:5 232:5 233:10 237:2,13 238:2 239:13 241:9,17 242:18 243:7 251:20 252:14 254:1 256:1 257:18 258:22 260:16 261:2 262:9 266:15 267:3 270:1,14 272:15
answered 69:16 161:4,21 162:6 201:2,19 203:19 205:13 214:7 261:9 273:4
answering 174:21 217:18
answers 4:18 26:2 67:9,14 71:14,22 72:3 76:1 77:2,7 77:11,22 79:22 80:3 81:16,19 82:4,7 161:14
anxious 208:12
anybody 38:14 133:16,17
anymore 147:11 149:11
anyway 35:10 229:3
apartment 204:11 240:16,18
Apartments 115:12 178:11
apologize 76:11
apparently 75:9 166:3 182:9 193:14 197:17
appeal 127:6,11 128:21 246:22 247:2,9 252:5
APPEARANCES 3:1
appeared 196:17
appears 85:6 191:2 230:5,6
appliances 170:1
applicable 105:4
application 39:18 41:20 42:1,7 60:6 113:22 114:1,16 121:13 132:15 134:15 159:6 189:10 199:3,6

206:15 207:8 227:4 272:17 273:6
applied 109:14
applies 242:2
apply 242:15
appreciate 150:19
appreciative 192:20,22
approach 14:17 16:1
approaching 16:18
appropriately 205:10
approval 92:12,12 101:10 103:1 107:8,11,20 108:2 109:5 110:13 111:9,17 115:2 149:2 244:11,13 256:4
approvals 92:3,6 99:13 108:12 113:1,7 114:21 149:15,19 150:5 208:3,5 244:8
approve 92:22
approved 42:2,4 92:21 103:3 114:22 257:4,8 271:1 272:13 273:2
approving 111:8 171:2
approximately 22:15 86:18 98:3 208:22
Apps 20:17
April 1:16 2:3 4:15 23:5,5,6 24:2 35:12 40:11 43:15,18 56:19 65:16 77:19,20 120:16 122:18 124:3,13 132:9 133:6,9 135:2,11 141:15 143:17 144:15 147:4,7 151:2,5 156:8 157:1 158:13,22 159:21 160:9 171:1 178:4,20 180:17 181:7 182:6,20 183:7 185:16 187:8 188:22 190:21 192:2,8 193:16 193:16 194:1,10 196:9 198:20 204:10 205:8 208:22 210:21 215:15 216:18 217:14 218:4 219:13 221:1 222:3,6,8,16 223:14 225:12 226:16,18 230:14 231:3 237:15 240:1 247:18 251:2 254:10 259:1,1 260:2 262:12,14,18 263:12 264:7,16 264:20 267:18,19 268:3,7 273:11
architect 269:14 273:10
archive 147:10
Area 10:21 256:8
areas 201:9
argumentative 132:19 166:6 195:16 197:15 201:18 204:18 223:22 224:13 237:1 238:1 239:12 250:8,19 261:1 262:9 266:11
Arnolds 137:6
Aside 136:8
asked 19:1 62:21 63:11 66:7 67:17 69:9,15 70:15,18 71:1 73:15 76:7 77:12 79:6 80:15 93:19 110:21 111:4,6 116:15 132:15 134:17,20 136:11 145:7 161:4,20 162:5 172:16 179:13 189:11 190:12 199:8 201:1,19 203:18 205:13 214:7 216:15 217:7 233:14,21 253:19 254:3,18 259:20 261:9 264:8,10 273:3
asking 4:11 33:9 63:9 89:20 106:6 141:11 152:20 162:11 166:8
174:21 190:9,10 228:16 231:6 232:7
aspect 69:19
aspects 167:21
assert 250:2
asserted 246:11
assertion 195:19
assertions 262:21 262:22
Assessment 48:5 210:10
asset 13:1,3,4 14:4 18:2 19:2,18 46:3 51:19,20 112:4 114:19
assets 13:18
assigned 6:17 11:2 101:2 114:13,15 114:19 116:7,12
assist 24:8 132:15
assistance 14:9 17:5 26:9 89:16 97:8 134:18,20 134:21 136:21 194:6 229:13 240:21 252:1,16 252:19
assistant 7:15
assistants 35:17
assisted 13:17
associate's 9:4
assume 95:10 135:22 214:18
assumed 81:3
assumes 66:17 67:22 84:19 155:2 163:11,21 164:16 168:8 170:6 180:20 181:13 188:16 189:7,17 193:19 197:4,16 198:7 215:6 221:6 224:13 232:4 233:9 239:13 262:8 267:2 270:13
assuming 99:7 104:20 111:7
attached 72:11 179:12 181:11 208:1 272:2
attachment 83:3
attempt 231:10
Attended 9:2
attention 88:15
243:13
attorney 28:15 37:7 100:16,18 100:19,21,22 101:1,2 105:4,5 107:15 108:6 137:8 148:13,20 149:6,7 208:8,8 251:15,18
attorneys 107:13 107:21 108:2 137:11 139:5 254:14
audited 88:1
August 5:16,16 6:1 6:2
Aurora 8:12,21 9:2 9:2,4,6,8,17
author 152:2 244:5
authored 243:15
authority 92:13,22 101:19
authorized 209:14
automatically 82:14 257:11
available 32:16 91:9,16 141:8 242:5
Avenue 46:1,8,13 46:17,19 47:5 49:5,11 115:12
aware 93:21 106:11 118:2 155:5 173:18 188:2 225:1 227:18 238:6 253:1 258:6
a.m 2:5
A2193 229:20

B

BABCO 185:2 196:19 202:12,19 225:1 261:15 265:16,19 266:1 266:18 267:4,20 268:5 269:5,18 271:21 272:12
bachelor's 9:5
back 21:18 22:3 23:21 52:2 70:2 78:1 128:9,10 132:21 139:10 142:20 156:3 164:3 166:1 168:18 173:12 174:22 178:20
209:12 223:20 224:8,19 229:1 237:6,19 243:13
background 8:22
Baguio 38:16 39:1 39:9 56:4 78:9 101:3 121:1 137:5 148:15,18 243:17 244:7
base 160:7
based 119:21 120:2 144:1 185:22 197:17 219:21 241:22 257:14,20 257:21 259:2,5 268:7 269:10
bases 158:20
basic 211:15
basically 7:2 13:6
basis 59:16 70:17 157:15 173:6 182:7,10,11,20 183:4 185:21 186:8,14 195:19 205:2,3 213:21 214:20 215:1,2,3 268:12
Batchelor 138:13 138:14 139:2,5 139:20 140:19 141:2 142:17
Bates 218:19 230:7 268:17
bathroom 75:14
Baugher 2:10 4:4 4:20 5:5 16:10 26:1,4 30:17,19 37:11 39:22 41:5 53:12,22 55:4,7,8 61:18 64:2,9,16 65:1 66:21 68:4 73:6 74:21 75:5 75:13,22 76:16 76:18 78:12,22 79:3,12,16 80:9 81:7,15 84:10 85:9 86:11 89:7,8 94:15 95:5 100:20 103:22 104:4,9,12,13 120:10 128:5,19 129:15 133:4 138:16 146:4 150:3,11,22 151:15 155:4,18 156:6,21 157:9 158:5 159:17

161:15 162:2,9
163:17 164:2,20
166:13 167:3,12
168:12 170:3,22
171:17 173:16
174:9,15,20
176:6,9,13 178:1
181:6,20 183:6
183:21 186:2,11
187:6 188:20
189:13 190:3
191:10 194:7
196:8 197:10,20
198:10 199:21
200:15 201:12
202:9 203:6
204:6 205:5
206:7 208:20
209:21 211:14
212:9,22 213:9
214:11 215:14
217:12 218:2,10
218:16 219:4,8
220:1,22 221:15
224:6,19,22
225:21 227:6,9
230:10,11 231:9
232:8 233:13
237:4,16 238:7
239:15 241:13,21
242:20 243:9,12
243:22 244:2
245:12,13 246:16
249:5,7 250:12
251:1 252:3,18
253:5 254:2,18
255:4 256:5,11
257:22 259:4
260:20 261:5,18
262:11 266:13,17
267:6 269:3
270:3,18 272:10
272:21 273:15
275:4
**beginning** 7:3 29:6
48:10 83:7 228:1
272:7
**begins** 48:14
**behalf** 2:7,15,22
3:9 99:6
**believe** 20:2 25:21
43:4 44:11 46:12
46:16 47:15 55:5
56:20 63:6,6,11
69:4 77:9 78:21
79:9 80:15,20
81:1 82:2 107:3
112:20,21 116:22
117:18 121:7
127:11,22 128:14
128:15 129:12
130:14,19 131:11
137:21 138:11,14
144:7 145:11
147:2 149:9,17
152:18 156:18
157:14,17 159:13
161:7 164:1,21
171:7 184:7
190:12 191:16,20
194:1 195:10
208:16 209:19
212:6 214:20
216:13,22 217:16
217:19 218:12,22
227:2 229:16
234:4 236:20
245:19 246:1
250:20 253:21
260:18 265:1
273:5,7
**believed** 158:20
169:12 238:8
**believes** 191:12
**better** 79:5 89:18
**beyond** 238:8
244:11,13 247:7
**billing** 50:19,20
**birthday** 8:9
**bit** 78:13 135:9
158:17 225:2
268:10
**blacked** 85:2
**blank** 100:5
**blanked** 54:9
**born** 8:18
**borrowing** 15:7
**bottom** 151:20
191:8 199:1
248:12
**Boulevard** 3:6
**branch** 12:12
**break** 75:14 174:8
174:18 175:2
243:9
**breaking** 169:3
**brief** 4:13
**briefcase** 75:1
**broad** 88:21
**broadly** 158:17
216:15
**brochure** 272:2
**broken** 196:14
**brought** 29:2
132:11 165:17
**Brown** 131:11
210:12 213:12,16
223:8 263:13
264:1 266:20
267:17 270:7
**Brown's** 210:14
213:19 261:14
**budget** 269:9
**build** 31:4
**building** 45:13
120:9 163:19
164:14 165:1,6,9
186:22 202:10
203:13 204:11
225:3 238:9,16
238:19 241:7
242:3,15,16
266:2 267:8
268:8 271:21
**buildings** 201:10
**bullet** 249:2,12,12
**Bush** 257:12
**business** 7:5,7,9,12
9:14 30:10,13
31:8,20,22 65:18
**B4256** 272:7

C

**C** 4:1 28:11
**cafeteria** 56:16
**call** 50:12 81:22
91:6 97:12 216:6
270:6,7
**called** 2:1 5:2 14:8
46:1 57:16 62:12
67:13 68:10,12
68:16 91:6 125:4
168:2 212:19
271:20
**calls** 38:22 39:5
63:20 82:1 94:10
94:22 156:13
157:4,21 159:1
163:12,20 166:19
169:18 173:3
182:22 186:16
189:16 199:17
200:8 201:2
205:12 212:16
214:6 219:19
220:16 237:12
241:16 242:17
243:7 251:20
252:13 258:21
260:14 267:1
269:22 270:12
272:14
**capacity** 131:12,13
**capital** 15:5 163:19
265:12,17 266:2
266:20 267:7
**caps** 48:14
**card** 25:7,12,17
**care** 129:7 170:5
180:19 197:13
212:15 215:3
256:19
**career** 10:13
**Carl** 123:1 129:21
130:1 178:10
227:15 272:1
**carried** 24:10
**case** 6:11 56:5
57:17,19 58:1
68:15 69:19,21
71:20 72:6 73:9
74:14 75:21
96:17 129:17
143:8 145:2
164:5 169:9
239:6 245:5
**cases** 19:11 82:22
143:7
**cash** 165:5
**categories** 88:16
89:5
**categorize** 32:10
267:11
**category** 88:18
**caused** 88:2
**caution** 268:20
**cc'd** 210:4
**celebrate** 57:10
**center** 21:3 23:8,14
24:15,16 36:11
36:13,15 48:4,5,6
51:6,15 96:17
99:19 102:1
108:21 109:20
118:7,18 126:11
126:12,13,18
136:3 141:22
145:2 171:16
172:18 173:10,12
173:13 210:10
256:17 257:7
**centers** 51:9
**certain** 31:7 65:21
90:13,13 161:8
227:11
**certainly** 121:21
122:21 150:10,19
**certificate** 267:19
**certification**
167:16,19 271:19
**certified** 153:6
180:9
**CERTIFY** 274:1
**certifying** 153:17
**cetera** 84:16
**chain** 106:5 111:22
112:9,14 149:4
254:17
**chains** 256:4
**change** 12:13 94:3
241:14
**changed** 93:3,11
**changes** 29:6 36:20
79:4 92:17
245:20 274:4
**check** 4:16 198:2
**checking** 184:8,13
**cheering** 262:6
**Chevalier** 2:4
**Chicago** 2:13 3:7
5:20 6:16,17 7:13
7:22 8:3 10:21,22
11:3,5,15,20,21
17:20 18:18,22
23:9,15,16 24:20
25:9 26:6 29:9
30:22 54:3 56:12
70:1 83:3 85:17
85:19 86:5,8,20
87:4 97:2 98:3,22
100:9 102:13
105:15 106:1
112:1,6,8 113:18
115:19 117:8
147:9 176:15
208:4 240:7
252:6,8 256:8
**chief** 12:12
**chronology** 73:12
73:13,14,18 74:1
74:7 75:6 121:4
**circumstances**
34:16 164:4
259:5
**cite** 161:17 263:18
**cited** 158:14 160:1
160:12 170:15,19
178:16 181:4
187:3 196:1,7,21
198:17,21 199:20
200:13 202:8
220:19 227:21
232:18 240:2
263:19
**city** 8:7 240:3,6

**Civil** 2:18
**claim** 256:18 257:3
**claims** 1:2 256:14 256:15,19
**Clara** 5:13
**clarification** 268:14
**clarify** 55:1 75:17 86:4 150:8 159:13 241:20 248:22 271:11
**clear** 26:2 115:6 257:4
**clearly** 217:20
**Clips** 20:18,19
**close** 128:4 207:7 231:3 258:1
**closed** 42:12,13 128:6 139:18
**cockroaches** 196:15
**code** 240:3,7
**coffee** 56:18,18 75:14
**Coleman** 21:11,12 22:20 54:2 62:5 65:3 66:2 67:13 69:14 100:1 120:22 132:11 133:13 141:14,21 148:3 152:10 154:14 177:14 178:7 179:6,8 180:3 182:16 184:14,17,18 185:13 188:9,15 188:21 189:14 190:6,18,18 192:5 209:2,14 209:15 213:10 230:22 263:13 267:18 270:9 275:8,14
**Coleman's** 69:12 133:21 184:17 209:3
**colleagues** 262:6
**college** 9:3,16
**Columbia** 2:7
**combination** 13:13
**come** 19:12 34:21 200:1 226:22,22
**comes** 21:1 110:7,9 174:22 257:5
**comfortable** 224:3
**coming** 14:15 36:10 68:17 145:13 160:10 237:19 238:4 255:5 257:12
**command** 106:5 111:22 112:9,14
**comment** 76:12 77:12
**commented** 29:11 76:13
**commenting** 272:5
**comments** 78:5 147:19 235:9,12 235:16,21 246:2
**commission** 274:21
**commitment** 199:3 199:9
**common** 201:9
**communicate** 244:15
**communication** 195:9 197:18 227:2 249:3 257:5 261:12
**communications** 195:7 248:13
**Community** 9:3
**company** 25:7,12 25:17 120:13 131:9 180:8 184:22 191:12 212:1
**compare** 263:17
**compared** 237:14
**comparing** 159:22
**comparison** 181:21 182:4 231:10,11
**compendium** 267:16
**compendiums** 247:17
**compilation** 230:7 268:16
**complaint** 30:21 70:17 72:6,11,12 72:13,15
**complete** 26:1 80:3 90:22 138:4,5 166:7 171:12 202:18 206:15 257:2
**completed** 161:8,9 168:11 197:9 212:6 229:12 265:18
**completing** 202:15
**compliance** 90:1
**component** 212:7
**compound** 128:11 211:17 224:12 258:20
**comprised** 271:5
**computer** 126:13
**concealed** 237:21
**Conceivably** 194:1
**concern** 60:3 128:3 132:12 170:2
**concerned** 66:11 82:7 121:10 122:16 134:9,11 205:21 206:13 208:13 247:2
**concerning** 31:14 33:22 38:11 44:18 58:15 68:15 71:2 74:14 118:20 144:3 153:12 154:3 159:20 177:15 178:21 190:21 215:16 226:1 227:16 247:18 249:10 250:6
**concerns** 66:6 140:17 156:19
**concluded** 24:14 156:7 273:19
**concluding** 172:22
**conclusion** 63:21 94:10,22 156:13 157:5,21 158:3 159:2 160:7 166:19 169:19 173:4 182:22 186:17 199:18 200:9 201:3 205:13 212:17 214:7 219:20 220:16 237:13 241:17 242:18 243:7 251:20 252:14 258:22 260:15 272:15
**conclusions** 258:17
**concur** 110:21 112:19
**concurred** 107:4,5 111:14 130:18,22
**concurrence** 103:2 107:12 109:6 110:13 111:10 112:20 149:4 150:12,13 208:2 208:5 254:9,16 254:17
**concurrences** 99:16 100:2,12 105:2,9,19 106:22 107:8 108:12 113:2,7 150:5 244:11 254:19,21
**concurring** 100:6 111:9
**condition** 15:3 33:6 42:14 58:17 59:4 59:8,14 60:8,12 66:1 121:10,12 122:16 132:13 134:12 135:6 156:16 159:12 160:15 166:2 167:2,5 170:21 171:3 172:19,22 185:22 186:9 196:6 201:6 206:13,16 207:17 208:14 221:13 222:10,13 230:16 239:22
**conditions** 125:20 125:21 153:13 154:4,21 166:21 200:13 201:10 220:4
**conduct** 13:9 48:17 84:1 91:2 202:5 232:2
**conducted** 33:17 34:22 95:4 152:16 202:11 203:9 204:10 215:21 216:16 225:4 228:11,22 234:7 268:8
**conducting** 234:15
**conference** 104:11 133:21
**confirm** 161:22 197:7 261:4
**confirmation** 42:14 195:21 214:13
**confirmatory** 84:1 215:9,12,16,18 216:4,15 217:10 218:8 234:7 236:10,13,16,21 247:13
**confirmed** 42:15 44:22 45:2,6 154:9 159:10
**confusion** 67:12
**congratulating** 193:17
**connected** 236:17
**connection** 60:19 65:12 73:8
**connections** 202:7
**cons** 109:4 146:9
**considerable** 134:14
**consideration** 144:14 166:15
**considered** 28:13 88:20 115:17 255:10 265:20
**considering** 153:10
**consist** 33:1
**consistent** 60:11 220:17 228:8
**consists** 211:19
**Construction** 185:3 265:16,19 266:1 266:18 268:6 269:5 272:13
**consult** 137:9
**contacted** 107:11
**contents** 30:5 37:6 53:18 72:19 74:19 78:8 84:21 252:22 275:1
**context** 65:14 125:14 253:3
**continuation** 221:21 224:4
**continue** 171:10 174:11 245:5
**continued** 3:1 17:19 160:16 208:15 217:21 232:18 236:11
**continues** 259:15 265:11
**continuing** 223:18 243:14 245:1 254:10,22
**contract** 24:12 30:11,12 35:9 61:9,16 63:13 64:11 90:2,3,16 90:17 91:10,16 91:20 92:16,18 92:19 93:2 94:8 132:2,5 136:20 156:8 157:1,18 158:4,21 169:16 173:2 187:5 193:18,22 200:12 221:22 231:21

241:4,15,19,22 242:7,10,14 243:2
**contractor** 84:1 95:9 184:21 189:12 196:21
**contractors** 49:4
**contracts** 30:14,15 39:21 61:12 63:16,19 64:1,4 64:18 89:13,15 89:16 90:5 93:10 143:19 177:8 258:2
**contradict** 181:9
**contrary** 263:21
**contributions** 29:22
**convened** 134:5
**conversation** 4:13 56:11 123:11
**conversations** 58:12 59:20 66:13 72:19 205:20 226:10
**conveyed** 211:8
**cooperative** 131:18
**coordinate** 36:19
**coordination** 36:21 118:17
**coordinator** 36:17 36:18
**copies** 105:12 179:8 250:15 254:20
**copy** 17:10 20:3,4,9 20:10 72:15 127:7 147:19 177:13,19 208:1 209:22 218:16 236:16
**corner** 104:11 229:20
**correct** 4:19 11:19 15:14 24:5 31:2 41:1 43:7 46:11 46:14 48:11 64:19 69:16 75:19 80:3,8,10 81:9,17 82:7 99:11 117:13 119:14 124:4 130:2 132:6 135:17 137:18 138:19,20 139:12 156:9 157:13 158:10 161:1 162:14 163:4,10 163:19 164:7,9 164:15 170:10 176:17 178:7 179:4 180:5,19 182:6,16,20 183:2 184:14 186:20 187:3 189:6 192:2,3,9 194:20 196:16 197:22 198:13,17 199:10,11 200:2 200:7,21 201:5 201:14 202:1 204:12 210:9 213:18 215:4,17 216:10 220:3 221:4 223:18,19 225:16 229:17 234:16,17 238:20 238:22 239:17 240:13,19,21 241:15 242:12,16 243:5 245:3 246:4 248:8,11 250:1 251:14 252:9 253:12 255:12,19 259:16 259:22 260:13 263:2,3,6,9,10 264:9 265:5 267:13,20 270:5 270:8 271:8,9
**corrected** 44:13 153:18 154:4,5 154:11 155:1,13 159:20 160:9 161:1,13,19 162:1,4,8 169:5 169:11 179:20 180:9,14 181:5 181:19 183:19 186:13 195:2,5 195:14,14 196:4 196:6 197:19 202:22 211:9 214:2,4 215:9 219:13,14 224:10 225:18 238:19 260:11 262:17
**correcting** 200:4 224:10 248:2
**correction** 80:19 80:21 180:13 247:18 250:6
**corrections** 77:14 79:20 168:6 195:20 200:18 203:4,5 204:22 222:22 274:4
**corrective** 85:11 212:20 213:2 250:17
**correctly** 83:11 211:3
**corrects** 170:19
**correlated** 181:17
**correspond** 218:20
**correspondence** 29:13 122:5 136:11 143:20 153:12 154:7 155:7 156:3 168:1 172:17 179:1 190:13 195:4 198:12 213:11,20 248:16
**cost** 212:6
**costs** 255:8 256:8
**counsel** 3:5 28:7,9 28:16,19,20 29:3 80:13 99:19 137:3,3 138:3,6 142:1 147:13,21 147:22 148:13 171:9 202:14 217:16 245:3 248:22 250:20 252:2,9,11,17 254:7
**counsel's** 70:8 149:12,20 150:7 216:22 232:3
**count** 86:14,22
**counted** 86:13
**country** 10:21 14:13
**counts** 86:22
**couple** 4:10 72:14 73:21 74:15 75:3 99:22 145:5
**course** 46:8 141:20 144:11 146:10 187:18
**courses** 9:14
**COURT** 1:2
**cover** 230:8 268:21
**covered** 160:13 185:13 244:20
**covers** 48:5 242:7 242:10 269:9
**co-op** 131:21,22,22
**cracks** 196:10 198:3
**create** 21:3
**created** 24:17
**critical** 35:4,7,9
**cure** 94:14 205:1 217:10 225:19
**current** 4:14 26:21 33:18 49:21 138:10 207:12 259:2
**currently** 51:8 75:7 84:8 96:16

**D**

**D** 4:1
**data** 14:19 15:9 34:17 35:4 50:5
**database** 33:3
**date** 43:8 77:20 150:14 152:18 213:19 216:20 228:8,9,16,17,19 250:3 261:13
**dated** 76:21 119:5 151:5 178:6 180:2 185:1 194:10 203:3 209:4 227:15,22 228:17 234:21 245:15 258:10 263:12 264:3 268:3
**dates** 38:21 81:1 108:17 144:19 228:14 250:17
**day** 7:10 122:1 175:5 192:11,13 192:14 274:11
**days** 200:6,7,21 201:14 248:6 264:7,10
**DC** 1:15 2:3
**dealings** 135:16
**Dearborn** 5:19
**debated** 146:15
**Deborah** 43:1
**debt** 15:20 16:2 273:8
**DEC** 23:17 24:20 26:6,16,22 27:1 28:6,18 34:14 35:12 43:7 49:7,7 82:10,15,19 83:8 83:8,15,16 84:3,5 84:7,8,9,12,13,14 84:17 85:8,16,18 86:8,19 87:4,8,19 89:12 95:8,9,11 95:15 97:2,3,11 97:17 98:2,21 100:9 101:17 102:13 106:15,18 107:20 110:1,2,8 110:13 117:9,13 117:15,19,21 118:3,4,10,20 119:5 136:5,8,22 138:19 139:4,12 140:15 141:16,18 143:16 144:14,21 150:6 164:3 165:13 176:15,20 190:14 193:8 230:14 237:6 255:5
**December** 227:16 227:22 228:6,15
**decent** 59:10,14 121:11 134:12 156:16 167:1,5 196:5 201:6
**decided** 185:17
**deciding** 109:14 144:18 155:20 252:5
**decision** 50:3,7,9 95:18 109:6 114:3 145:7,18 253:7 260:12
**decisions** 255:21
**decision-making** 96:8 199:5 237:9
**declared** 96:13 166:16 239:9
**declaring** 95:19
**decline** 208:15
**declined** 205:19
**DEC's** 84:1
**deemed** 91:12 94:7
**default** 39:17 40:9 40:11 41:6,15,18 50:14,18 51:1,2 59:9,13,17 64:12 65:16 94:8,12,20 95:19 96:9,13,20 97:5,22 98:3,10 98:15 99:1,12 100:8 102:21 103:12 104:15,21 104:22 105:20 106:22 107:12,19 108:11,11 121:5 130:4 134:19,22 136:19 143:5 144:14,15 145:12

145:14,19 147:12
149:3,16,22
150:15 151:1,8
152:12 153:11
155:21 156:8,15
157:1,18 158:4
158:18,21 166:15
168:14,20 169:15
171:2 172:12
173:1 175:1
177:3 182:8,10
182:12,20 183:5
185:17,21 186:14
187:4 193:7,22
194:11 195:13
199:13,15,15
200:5,17,22
205:2,3,8 206:9
206:18 207:21
213:18,22 214:2
214:5,21 215:1
217:21 221:21
223:18,18 224:4
225:19,20 227:1
236:11 239:9
243:14 245:1,1
254:10,11,22,22
258:18 259:2,5
260:13 262:7,13
263:5 264:22
275:15
**defaults** 101:9
102:11 134:4
156:11 158:12
201:14 224:11
**Defendant** 1:10
2:22
**defendant's** 76:19
219:5
**defer** 272:17
**deficiencies** 88:14
156:14 157:2,12
157:16 158:19
159:18 160:7,15
160:21 161:3
164:8 166:1
170:14,15 183:18
185:11 186:12,19
187:22 188:1
194:19 195:2,5
195:13,22 196:1
196:17,21 197:19
199:22 200:1
201:5,15 210:9
211:8 212:3
219:12 222:22
223:5 225:17,18
232:17 238:9
239:3,3 247:19
248:3,9 249:10
249:14 259:17
263:18
**deficiency** 158:14
161:17 162:3
**deficient** 196:20
**definitely** 98:7
145:22 148:6
185:6 190:7
207:16 210:17
226:15 253:14
258:14 262:3
**definition** 89:9
**degree** 9:4,5
**delegated** 92:13
101:18 102:9
149:10
**deleted** 147:7
**deliberating**
235:19
**deliberation**
145:14
**delivered** 152:16
152:19
**delivery** 152:21
**demonstrated**
183:3
**denoted** 111:17
**denying** 179:5,7
**departed** 52:9
**department** 2:18
3:3 10:2,6 13:14
21:3 24:16 48:19
65:19 90:10
94:17 106:18
107:10
**Departmental** 23:8
23:14
**departure** 129:13
**depended** 16:8 35:6
**depending** 16:5
92:10
**depends** 50:13
112:11
**depicted** 179:10
184:5
**deposed** 57:6,21
70:7,12
**deposition** 1:13 2:1
2:2 4:2,5 27:7
37:1 38:12 47:17
48:9 52:7,20 53:7
53:8 54:1,12,19
55:21 62:9,11,12
62:13,15 66:3,7,8
66:10 67:1,3,20
68:3,8,11,13,16
68:17,19 69:2,3,8
69:11,12,16 73:8
83:2 151:12,21
171:11 175:3
176:8,11 177:19
178:3 179:19
180:3,17 181:8
183:8,10 184:10
184:17,17,18
185:14 188:9,15
188:22 189:14
190:6,18,19
192:5 194:9
198:5 202:17
206:18 209:3,15
217:22 221:17,18
222:20 227:7,8
227:10,12,14
231:12,16,18
234:19 235:13
236:3,5 237:10
240:7 242:1
243:15,21 244:3
244:9,16,17
245:10 246:12
247:15,16,22
258:9 259:13
261:20 262:13,22
263:12,14 264:15
268:15 269:6
270:10,20 271:12
273:18 274:2
275:6
**depositions** 4:10
40:3,6 57:3,7,20
66:15,16,20
99:22 219:1
227:13
**deputy** 27:18
**describe** 12:17 30:5
49:18 64:10
73:17 83:18
**described** 92:4
130:7 188:15
240:5 262:16
**describing** 208:21
**description** 49:21
**desk** 75:2
**despite** 260:6
**detail** 6:7,9,12,15
18:21 21:20 22:1
22:2,6 26:19
**detailed** 26:13
27:16
**detailing** 164:7
168:6
**determination**
91:15 136:18,22
137:2 243:1
**determinations**
115:5
**determine** 19:15
89:22 184:8
229:11
**determined** 223:10
**determining** 94:19
109:5
**development** 3:4
10:3,14 48:20
**developmental**
10:14
**difference** 204:16
237:8
**different** 10:20,20
14:12 33:4 35:14
36:3 40:16 52:13
58:4,19 79:12
89:4,4 100:21
101:1 131:18
143:14 174:22
176:19 239:6,8
244:19 270:15
**differently** 78:14
135:10
**direct** 116:10
119:16 135:16
184:2 250:20
**directed** 220:7
**directing** 243:13
**direction** 200:16
213:14
**directives** 32:7
**directly** 13:12
101:19 118:16
181:18 207:19
**director** 11:8,9,13
11:14,15,16,18
11:21 12:13 17:3
17:4 23:8,12
24:20 26:6,22
27:1,18,20 28:6
35:11,12 69:22
92:13,15 96:3,19
97:2,13 98:2,22
99:20 100:9
101:12,15,16,17
101:17 102:14
105:5,7 107:3
110:16,20 112:15
113:4,5,9,10
115:1 117:8,12
118:13 144:6
149:7
**directors** 70:11
101:18
**discovery** 4:15
268:19
**discretionary** 35:5
**discuss** 43:19 81:19
145:2
**discussed** 57:2
58:16 59:15
60:13 126:8
146:10,15 150:1
165:11 198:13
**discussing** 58:1
60:9,14 141:5
236:8
**discussion** 76:17
104:3 111:12
145:17 146:1
165:16 168:19
206:22 225:22
**discussions** 37:6
74:20 78:8 80:12
132:22 226:3
236:1,2,5,7
252:22
**disposition** 50:1
51:6,9,15 52:6
**distinguished**
212:14
**District** 2:6
**division** 2:18 70:11
90:11,12 91:5
92:1 114:9,10
**divisions** 27:19
92:5
**doctrine** 79:10,13
**document** 31:10
32:11 47:16 48:8
76:21 77:4 85:4
85:14 104:17
145:13 148:9
151:13,14 152:3
173:5 177:21
185:21 189:18
190:5 191:1
202:12,19 203:11
219:7 222:7
228:7 230:6,13
232:20 235:15
246:3,15 265:4,8
268:15,22 271:7
271:13 272:6
**documentation**
127:12 256:22
257:2
**documents** 4:9,12

30:8 31:7,9,18
32:1,5,10,14
37:10 39:9,12,13
39:15,19 43:21
44:9 51:3 53:5,11
53:13,17,20
65:15 70:20 71:5
99:21 105:13
136:9,15,17
146:21 150:13,21
164:6,10 172:14
173:9,14 217:19
219:1 230:1,7
258:19 263:5
268:18,19 269:5
271:4
document's 84:20
doing 10:14 14:14
25:6 27:7 174:12
dollar 166:11
dollars 191:13,17
191:21
Don 3:12 104:9
124:22
Donis 38:6,6 71:9
doubt 160:5 206:2
Doug 191:9,11
dozen 177:3
dozens 98:5
draft 41:15,18,19
77:11 78:6,15,18
79:18 80:2
102:21 103:14
105:9 106:22
108:11 147:20
151:1,21 235:13
244:21 245:18,22
253:6,11,15,19
254:3,6
drafted 91:21
147:12,13,21,22
148:13 151:8
235:3,6 249:18
251:9 253:9,17
263:8
drafter 254:12
drafting 79:2 91:8
134:22 147:15
192:18 193:6
235:18 244:22
253:4
drafts 148:22 151:4
draw 19:13
drawings 273:11
273:12,13
drove 45:18
DSAA 130:10
DSSA 130:1
due 156:15
duly 5:2 176:4
Dunaj 269:10
Dunaj's 269:14
273:10
duties 7:20,20
duty 6:13,16
D.C 2:20 11:1 21:6
23:18 26:14
35:21 52:10
79:13 113:13
147:10

E

E 4:1,1
eager 250:13
earlier 4:10 70:4
71:12 75:17
146:22 190:7,22
223:13 225:2,7
227:12 259:6,21
268:10 269:6
early 29:9 82:12,19
101:9 102:3
117:16 118:10
132:3 139:13
141:10 156:8
162:17 165:12
178:4 180:17
181:7 182:6
183:7 194:1
226:16 256:9,12
271:5
Ed 120:22 132:10
191:3,8 222:11
Edge 101:15
102:13 105:5
107:15,18 149:8
149:20 150:6
educational 8:22
Edward 5:13 56:8
effect 51:9 61:16
121:18 143:19
241:5 267:15
effective 48:10
Efficiencies 19:4
efforts 192:16,17
248:7
EH 181:3
EHS 178:12,21
179:20 180:4,18
182:5 198:12,15
200:1
EH&S 167:16
181:3,18 182:19
183:3,18 202:21
267:18 271:18,20
either 13:13 21:10
75:1 79:4 85:11
90:16 102:17
120:12 126:15
131:8 147:18
195:13 197:12
214:2 223:16
244:16 247:17
248:7 249:9
elapsed 60:5
electively 82:16
electrical 170:2
electronic 32:16
electronically 20:6
32:14 147:18
elements 49:18,20
eligible 19:16
embodied 109:7
employee 130:1
253:2
employees 40:2
49:1 88:10
217:20
enabled 191:18
encloses 178:10
enclosing 180:11
encompass 269:18
encouraged 34:20
34:22 258:1
energy 255:7 256:8
enforcement 21:3
23:8,14 24:15,16
26:7 34:2,3 35:16
36:11,13,15
39:20 47:18,22
48:3,6 52:8 96:17
99:18 100:13
102:1 103:15
105:3 108:21,22
109:19 110:2
116:11 118:7,18
136:3 137:9
138:13 141:22
142:3 145:1
171:16 172:18
173:10,11,13
256:16
Englewood 1:5
71:20 115:18
194:10 219:14
234:20 275:17
enlist 136:21
ensure 60:15 61:3
61:15 207:8
enter 112:21,22
entered 65:4 92:16
93:3
entering 90:5,16
108:19
enters 65:19
entire 16:8 170:13
170:17,18 187:2
196:3 201:8
202:3,6,10
242:15,16 263:18
264:1 271:13
entirely 27:13
entirety 268:22
271:16
entities 207:19
entity 15:6 33:5
39:20 93:5
184:21
entries 33:7,15
34:9 54:22 144:5
144:9,11 275:12
Equal 28:4
error 81:2,8,9
228:6
escrow 19:11,12
especially 208:12
ESQ 2:10,17 3:2
essentially 109:6
220:6
estate 9:17,18,21
9:21 32:22 48:4
126:1 129:2
210:10
estimate 176:22
estimated 212:6
estimating 177:11
Et 84:16
evaluate 109:15
199:9
evaluated 109:5
evening 75:7
event 64:12 133:8
271:4
events 199:14,15
200:5,22 247:2
eventually 36:5
129:5
everybody 193:17
evidence 66:18
68:1 84:20 155:3
163:12,21 164:17
168:9 170:7
180:21 181:14
188:17 189:3,8
189:17 193:20
197:5,16 198:7
215:6 221:6
224:13 232:4
233:10 239:13
262:9 267:2
270:13
Ex 275:10
exact 38:21 57:16
77:20
exactly 12:2 21:7
24:13 73:2 78:3
81:12 153:16
268:3
examination 2:2
5:4
examined 5:3 176:5
example 15:6 89:17
101:3 188:2
exceeding 257:9
exception 64:17
121:21
exchange 146:9
exchanged 268:18
exchanges 190:20
exclusively 135:14
198:16
excuse 77:18 91:10
103:22 104:5
159:19 168:3,5
171:9 185:2
191:11 202:14
222:5 223:1
247:16
execution 91:22
Executive 27:11
exhibit 47:21 48:9
52:7,20 53:7 54:1
54:13,14,20 55:3
83:2 151:12,21
176:8 177:19
178:3 179:19
180:3,17 181:8
183:8,10 184:10
184:18,19 185:14
188:9,15,22
189:14 190:6,18
190:19 192:5
194:9 196:18
198:5 206:18
209:3,15 221:17
221:18 222:20
227:7,8,11,12,14
230:6 231:12,17
231:18 234:19
235:13 236:3,5
237:11 240:7
242:1 243:15
244:3,9,16,17
245:10 246:12
247:16 248:1,20

258:9 259:13
261:20 262:13,22
263:12,14,16
264:16 269:6
271:12 275:6
**exhibits** 4:2 40:2
53:8 55:21 72:11
176:11 270:10,20
275:5
**exigent** 44:12,18
88:12 153:6,12
153:17,20 154:3
154:10,20 161:10
167:16,19 168:19
168:22 169:3,4,8
227:3 261:12
**exist** 150:9 254:21
**existed** 31:2
**existence** 17:16
115:10
**existing** 163:2
242:6
**exists** 50:16
**expect** 70:18
108:16 113:1,6
**expectation** 4:14
**expected** 57:15
144:10 238:20,22
**expended** 260:7
**expenses** 49:22
50:6 52:5
**experience** 97:21
134:3
**expertise** 97:18
**expire** 61:9
**expired** 217:11
**expires** 274:21
**explained** 88:11
**explanation** 134:1
**explicitly** 95:15
**exposed** 88:17
156:19
**express** 57:9 66:6
**expressly** 155:12
**extended** 31:16
**extensive** 67:2,2
206:2 225:8,10
265:20
**extent** 63:20 94:10
94:21 156:12
159:1 161:2
166:18 169:18
173:3 182:21
199:17 200:8
201:2 212:16
214:1,6 220:15
232:11 237:12

243:6 251:19
252:13 258:21
260:14 270:12
272:14
**E&H** 181:22
**e-mail** 32:20 54:2
54:16,17 70:22
73:18 97:14
103:4,4 108:3
110:11,14 111:2
111:5,15 150:2,4
150:9 190:19
191:2,7 192:5
232:13 248:15
262:5 275:8,10
**e-mails** 71:1,7
146:9,12,14,16
146:17,20,22
147:2,4,7,11

**F**

**facility** 47:14
**fact** 8:3 45:1 57:2
75:20 79:21
134:12 159:11
160:5,10 161:9
197:8 202:11
203:8,12,17
207:11 208:5
215:8 224:8
229:19 232:16
236:10 255:13
268:7 270:9
**factor** 7:18 166:14
258:5
**facts** 66:17 67:22
84:19 155:2
163:11,21 164:16
168:8 170:6
180:20 181:13
188:17 189:7,17
193:19 197:4,16
198:7 215:6
221:6 224:13
232:4 233:9
239:13 246:11
262:8 267:2
270:13
**failure** 156:15
205:1
**Fair** 28:4
**fairly** 8:4
**fairwell** 7:15
**fall** 24:18,19 132:3
266:4
**falls** 89:4
**false** 179:21

**familiar** 34:5 44:7
92:20 96:10
151:18 211:2
256:13,14 269:16
**familiarize** 53:17
**familiarizing** 12:18
**far** 25:9,11 80:3,7
82:6 128:7 129:4
140:21 154:16
158:12 170:4
172:13 205:7
253:8 271:7,9
**fashion** 145:9
236:22 241:5
251:6
**fast** 264:5
**fast-tracked**
208:11,17
**faucets** 196:15
**favor** 258:2
**feasible** 16:7,7
**February** 8:11
77:17
**FEDERAL** 1:2
**feel** 85:7
**felt** 17:7 121:19
136:18 140:12,14
140:16 165:22
193:1
**fewer** 241:11,11
242:3,7,10,10
**field** 32:4 105:14
105:15 149:10
**fields** 35:4,7,10
**fifth** 84:3
**file** 30:6,9,20 31:16
33:1 108:16
135:8,11,14,18
135:21 136:4,5,6
136:8 143:16
144:1,4,21 164:3
164:5 172:1
203:12
**filed** 58:14 247:9
268:17
**files** 29:9,12,13,14
29:15,19,20 31:4
105:10,11 108:13
270:11 271:3
**filing** 60:9
**final** 79:21 119:4
141:9 165:11,18
212:7 251:11
253:14 258:9
**finance** 9:18,21
**financial** 14:19,21
15:2,9,10 16:6

26:8 29:16 30:6
31:14 33:6 35:17
48:18 50:18 88:2
100:14 105:3
125:20,20,21
142:2,2
**financing** 113:19
162:11,21,22
191:17
**financings** 115:5
**find** 20:10 108:16
215:2 270:7
**finding** 223:16
**findings** 126:8
**fine** 111:15
**finish** 30:17 89:7
**finished** 21:19 22:1
22:2
**firm** 199:3,9
**first** 5:2 12:16
43:14,15 48:8
54:10 84:6
104:16 110:1
111:8 115:10,15
116:5 117:6,21
118:3,10 119:5
125:6 132:22
133:3,6 138:8
141:10 142:16
158:6 165:12
171:15 178:3
193:15 199:1,14
199:20 201:16
202:2,4 209:6,9
210:16 219:17
227:14 230:5
243:18 246:21
249:2 254:15
259:12,14 263:14
264:18 269:4,7
**firsthand** 135:3
**fit** 272:20
**five** 128:15
**five-and-a-half**
191:13,17,21
**fix** 214:17
**fixed** 214:14,16,19
221:10,11
**flag** 109:14,17
110:8 111:13
112:2,9 113:10
113:15,16 130:12
130:15 131:1
257:11
**flagged** 130:10
**flagging** 109:13
**flags** 109:10 110:21

113:12
**flow** 165:5
**fluctuate** 13:21
**fluctuated** 14:2
**focus** 158:11
**folks** 26:9 114:15
191:5 193:1
194:5
**follow** 53:1 126:9
126:22
**followed** 16:17,18
16:22 104:21
245:6
**following** 10:3
136:16 264:1
**follows** 5:3 176:5
**follow-on** 154:21
**follow-up** 150:2
**force** 14:6,7,11,12
17:13
**foreclose** 50:7,10
**foreclosure** 46:17
46:19 49:6,8,13
49:14,15 50:13
50:17,22 51:4,5
**foregoing** 199:14
199:15
**form** 168:4 211:6,8
212:13,21 217:2
**formal** 97:14 111:3
146:13 150:20
213:8 218:3,7
272:4
**formally** 146:7
**format** 110:7,9
213:3 272:20
**formed** 141:14
**formulating** 213:17
**forth** 156:4 243:1
**forties** 205:18
**forwarded** 191:4
**found** 146:21
187:10 203:1
217:21 238:16
**four** 87:16 133:2
**fourth** 84:2,7,8
**four-week** 11:1
**frame** 21:14 91:18
106:2 153:8
154:6 160:17
211:11 230:18
**frames** 247:1
**Freddie** 138:12
142:17
**frequently** 8:4
**Friday** 1:16 2:3 8:8
192:8