**apartment** 19:3 39:9,13,18 61:1 73:15,21 74:12 184:5,9 192:17 261:2
**apartments** 22:16 22:17 23:21 40:3 121:16 169:13
**apologize** 173:5 248:21
**apparent** 164:11
**apparently** 23:14 35:12 56:17 68:16 80:21 142:14 172:12 174:20 175:5 202:2 216:5 240:21 260:10,14 269:3 299:5,16 306:21 309:4,7
**appear** 49:3 51:1 70:8 101:5 169:12 284:8
**appeared** 263:11 273:21
**appears** 51:2 93:4 100:17 180:4 182:20 198:14 213:24 248:5,7 260:20 273:3,23 283:16,19 284:5,9 284:10 286:5
**application** 187:8 188:18,19
**applied** 34:15 124:8
**apply** 34:14
**appointment** 200:22
**appointments** 14:5
**appraiser** 200:16
**appreciate** 49:15
**appreciated** 122:9
**appropriate** 97:4 110:5 276:8
**appropriately** 133:10
**approval** 55:12 58:15 59:14 95:9 96:24 117:23 120:10
**approvals** 58:11,12 148:16
**approve** 97:16 203:4
**approved** 95:22 106:3 221:16 223:15 286:17
**approximately** 19:8,11 33:11,11 43:10 54:11,12 69:24 103:11 149:19 169:7 170:5 201:11 217:14
**APPS** 122:18 123:10,16,17,19 123:23 124:2 162:13
**April** 1:17 68:5,6 68:21 69:12 159:11 252:22 255:16 277:11 281:21 282:15 283:11 286:10 287:15,16,20 289:3,10 296:14 296:23 297:6,24 298:16,24 299:16 301:1 306:6,13 308:1 309:12,16 310:24 312:6
**ARAMS** 222:11
**area** 17:5 44:14,17 133:17 177:23
**arguing** 302:15
**Argumentative** 170:7,14,19 181:11 185:17 191:4,7 192:15 204:17 205:1,8 209:6 226:3 234:1 268:13 275:9 291:17 292:16 295:8 301:20 307:10
**arose** 195:13
**asked** 21:8 22:4,16 26:10,12,15,16,17 30:23 31:12 32:19 43:14,19 44:6 48:11 84:7,9 86:22 115:23,24 116:16 131:15 135:21 136:6,9,14 159:3 160:16 161:3 165:15 168:3 175:12 218:14 219:1,9,10 244:1 248:20 281:1,3 288:7 291:14,16,24 299:12 300:8 301:19 306:15 308:20 311:17
**asking** 22:2 31:15 43:18 44:9 45:4 65:18 69:12 77:3 122:9 144:3 150:11 152:22 186:10,14 210:21 213:2 221:5 234:7 234:12 248:21 253:10 285:7 295:11
**asks** 113:19
**aspects** 31:8
**asserted** 49:6 284:16
**assessed** 263:10
**assessment** 77:21 77:23 78:1,4,5,6 305:20
**asset** 13:19 15:4,9 19:2,2,6 21:14 32:17,24 34:22 35:14,20 36:15 43:8,19,19,21 53:11,13 58:24 59:1,1 70:14 71:6 72:16,17 78:14 92:18,20 96:11 97:11 117:4 130:4 138:17 146:4 167:8 179:14 199:2 277:17
**assets** 55:10 92:22
**assignment** 13:18 13:24
**assist** 9:24,24 34:15 34:19 134:7
**assistance** 60:15 84:8 133:18 240:13 298:22
**assistant** 10:2 198:6
**assisted** 68:8
**assisting** 11:4
**associate** 51:12
**assume** 87:12 178:23 187:7 191:24 217:3,10 219:5 266:9
**assumes** 105:12 109:14 130:15 131:2 139:10,22 174:1 179:2 191:20 210:12 211:4,8 223:8 230:4,20 231:19 233:3 234:24 238:2,14 239:18 242:8 254:11 263:2 267:24 286:1 287:5 289:11 291:1 293:19 297:2 309:20
**assuming** 163:18 164:4
**asterisk** 267:1
**astray** 101:9
**attached** 156:2 236:22 256:19 257:11,16 269:11 272:9 275:5 305:20 311:24
**attempt** 106:9 113:10 286:7
**attempting** 23:16
**attendance** 141:9 141:17
**attention** 51:19 56:14 101:7 200:12
**attorney** 6:16,20,21 8:10 10:8 26:18 26:19 28:13 66:15
**attorneys** 6:18 27:2 28:21 29:6,7,8,15 30:19 31:6 42:23 57:1 162:2
**attorney-client** 11:8
**audit** 14:17,18,21 14:23
**audits** 14:16
**August** 140:16,21 141:10 144:4 164:12,19 165:14
**authority** 55:8 117:22 120:6 125:8 147:24 157:3,7 180:15 202:9,23 203:4 206:9 221:2,4,8 223:4 225:20 226:2,11,12,16 229:22 230:1,2,8 230:9,14,16 231:8 231:9,10 235:20 239:15 240:6,8 242:17,20
**authorized** 231:1
**automatic** 210:4,23 211:6 222:16

235:18,19 269:4
**automatically** 51:1 51:2,4 52:1 62:8 224:16
**available** 5:22 226:9 235:13
**aware** 28:10 90:4 90:18 111:18,19 137:8,21 140:8 142:6 197:6 203:24 208:9 210:2,10,19 225:7 231:17,24 249:1 249:10 250:9
**A.D** 1:17 312:6
**a.m** 1:17
**A1020** 237:14
**A1024** 242:1
**A2142** 56:16 57:22 69:9
**A2144** 93:2

**B**

**B** 3:6 225:19
**BABCO** 288:12 289:2,3,4
**babies** 39:8
**Bachelor's** 12:14
**Bachner** 1:11 311:6 312:10
**back** 17:11,20 31:24 38:23 39:15 39:16,17 43:16 46:14,16 57:17 73:23 84:22 86:10 88:1,13,20 90:15 91:21 92:1 117:11 124:10,11 144:3 147:5 171:17 173:14 176:19 178:14,16 186:20 187:3 200:7,22 222:3,4 223:17 225:9 231:12 234:16,19 238:5 248:16 264:15 269:7,23 274:2 283:13 286:21 289:2 304:14
**bad** 32:11,16 33:14 33:16
**Baguio** 2:13 6:19 29:17 30:16 140:6
**balance** 284:5,9
**balanced** 105:11
**balked** 86:24
**band-aid** 117:12
**base** 161:21
**based** 100:15 130:14 132:11,12 133:3 153:12 181:18 182:4 193:18 219:2,9 223:5
**basic** 17:6
**basically** 91:11,12
**basis** 17:4 129:2,4
**Batchelor** 75:6,10 76:9 80:21 81:5 81:14 82:16 84:16 85:1,6 140:6 141:19
**Bates** 48:13 56:16 56:24 69:8 100:20 114:9 186:16 288:9
**bathroom** 39:6
**batteries** 110:1,1
**Baugher** 2:4 3:4 4:3,12,22 5:3,16 5:24 6:7,12 8:4,24 9:7,18,23 10:9,20 10:24 11:4,16,17 17:15,19 20:16 21:12,22 23:4,10 23:18,24 29:1 30:24 33:2 34:17 35:19 36:2 43:17 44:3 48:16,23 49:5,15,21 56:10 68:10 69:2,6 71:12 72:7 73:1 79:17 80:3,6 82:3 82:5 85:3 87:4 88:1,3 90:17 91:18,21,24 99:16 99:20 100:5,19 101:1,12 103:9 105:17 108:17 109:2,20 110:22 112:16 114:3,10 114:15,22 117:13 119:8 122:10 130:20 131:7,22 132:20 134:1,14 135:2,16,18 136:21 139:15 140:4,14 142:13 142:15 152:19 153:15 155:23 156:16 158:19 159:7 160:15 161:10 162:8,16 164:3 165:11,21 166:23 167:4 168:14 169:8 170:10,15,22 172:2,7 174:6 175:16 179:8,20 179:24 180:11 181:15 182:13,18 185:19,24 186:8 186:15,18 187:15 187:20 188:6 191:5,10 192:1,11 192:19 193:5 194:2 197:15 200:4,9,18 202:24 203:21 204:20 205:5,14 206:1,17 207:6,14 209:10 210:20 211:5,13 212:4,9,21 213:1 213:10,17,22 214:14 217:11 219:4,12 220:23 223:13,18,23 226:4 230:10 231:6 232:1 233:8 234:6 235:5 236:12,18 237:2 238:4,22 239:23 242:14 245:17 246:3,8,19 247:1 247:8 248:6,19 249:16 254:16,21 255:4 256:22 257:6,14,24 260:9 262:5 263:8 268:5 268:18 271:5 273:4,8 274:1,17 275:12,17 276:19 279:9,14,22 280:1 280:7 281:12,17 283:22,24 284:12 285:20 286:6 287:13 288:2,16 288:22 289:1,16 291:7,21 292:7,22 293:24 294:18 295:10,23 296:20 297:4,13,16,20 299:9,17 301:21 302:23 304:23 305:13 306:2 307:12 308:22 309:1,24 310:8,17
**bear** 288:9
**bed** 39:7
**bedroom** 60:24
**beginning** 25:2 48:9 115:3 144:22 146:12 164:23 219:17 224:11 283:8 305:17
**behalf** 2:6,16 8:2 202:2
**believe** 43:13 78:2 109:21 110:4 112:21 127:10 133:8 139:19 170:11 183:17,20 186:12 187:22 192:20 196:10 198:10 273:20 276:11 277:12 278:3 284:14 285:11 310:10,20
**believed** 116:17,21 158:21
**believes** 142:9
**belongs** 283:15
**Ben** 202:1
**benefit** 11:6
**best** 68:23 71:13 152:5 199:23
**better** 25:23 76:22 106:11 188:22
**beyond** 201:7 202:23 285:24
**billing** 37:14
**bit** 93:11 260:21 264:11
**black** 119:5,10,11 119:13
**blank** 227:13 248:10
**board** 219:19
**Boards** 185:7
**boiler** 278:16
**book** 47:4 97:18,21 106:16,17 272:1
**books** 14:24
**borrow** 113:6
**boss** 180:12
**bottom** 61:18 62:18 104:3 216:19 278:6
**Boulevard** 2:14
**box** 51:21,24
**boxes** 27:20
**breach** 298:22
**break** 79:16,20 80:4 91:19 236:9 297:14

**breaker** 259:21 261:7,19,20,22
**breakers** 261:15,16
**breaking** 191:18
**briefly** 12:17,20 58:6
**bring** 158:4,18
**bringing** 113:22
**broad** 71:7 158:10
**broke** 88:4 268:16
**broken** 38:8 177:21 301:22 302:7,9 304:4,7
**brought** 49:13 86:8 88:24 139:4 149:23 201:24 253:17
**Brown** 76:2,2,3,4,5 76:6,7,9 77:24 78:1 82:11 281:20
**budget** 95:23 96:1 97:2,9,14 100:10 100:11 102:5,14 102:18 103:3,10 105:5,10,11,22 106:7,10 223:4 225:20 226:11
**budgetary** 226:16
**budgeted** 102:23
**budgets** 95:8,9,12 95:16,18
**building** 16:19,22 19:3 40:22 111:21 112:4,11,18 113:5 113:7,23 114:1,1 168:17 192:10,17 195:13 205:11,12 205:20 264:10 265:2 277:16,21
**buildings** 17:1 73:21 191:17,18
**building's** 113:11
**bullet** 126:9
**business** 39:8 118:20 119:21 130:24 131:18 142:24
**busy** 52:13
**B.A** 12:13
**B3941** 226:24 229:4
**B3944** 232:2
**B3948** 235:22
**B3951** 246:12
**B4256** 283:13 284:2

**C**

**C** 73:3
**cabinets** 27:7,8
**calculated** 5:13 16:7
**calculates** 265:21 266:11
**calculation** 37:11
**calculations** 60:23
**calendar** 47:1,6,8,9 47:10,11,12,14
**calendars** 47:18
**call** 27:12,13 38:19 38:22 106:23,24 252:7 256:10,12 304:12 306:10
**called** 4:9 26:2,3 39:5 41:18,19 44:15 81:10 119:16 123:23 160:4
**calling** 39:18 101:6
**calls** 38:19 96:16 96:16 285:14 294:11 295:17
**capacity** 15:6
**capital** 137:9 158:10,24 267:6 282:23
**capped** 223:2
**caps** 277:8
**care** 38:13 47:1 72:19 109:13 110:5 128:9,10 253:9 258:10,14 258:17 260:2,3 268:9
**Carl** 75:22 77:10 77:12,21,23 180:3 189:9 193:8 227:7
**Carmen** 7:21,21 8:5
**case** 1:6 5:18 6:22 7:10 9:2 11:5 25:13 28:21 29:14 29:16 30:10 31:8 31:9,17 39:3,14 40:24 42:23 273:16 279:23 312:2 313:5
**cash** 265:4,5 266:19 267:4
**casualty** 116:9
**category** 5:15 110:16
**Catherine** 70:7
**caution** 28:19
**Center** 27:5 35:22 36:4,7,13,18 70:12,16,19,23 75:3 78:19 81:2 89:22 93:8 94:11 107:23 129:17 252:15 287:12 293:13,14 295:5 300:2,4,18 305:20 307:23
**certain** 25:17,19 45:12 190:3
**certainly** 10:15 174:18
**certification** 181:19
**certifications** 37:14 60:18,19 272:7
**certified** 271:2,3 274:16 282:24 296:12,16 301:7
**certify** 107:20 313:9
**certifying** 103:22 181:19 182:5 205:12,22
**cetera** 93:8
**CHAC** 73:12
**change** 34:2 92:16 231:10 232:24 233:11
**changed** 231:23 292:5
**changes** 62:16 63:12,13,17 64:5 92:21 229:9,16 231:7 234:21 313:15
**characterization** 237:1
**charge** 145:17 215:24
**charged** 16:8
**charging** 16:1
**check** 122:17 123:3 124:13,18 126:13 127:4,7 128:3,5 221:11 256:21 274:18,21 288:1
**checking** 16:9
**checklist** 212:19,24 214:1 257:11,16
**checks** 59:2
**Chicago** 1:16 2:5 2:14 4:16,23 8:14 11:19 12:6 59:9 140:17 276:6
**child** 302:7,8
**children** 304:4,5
**chosen** 150:14,16
**chronologically** 66:22
**circuit** 261:20
**circumstances** 96:22 97:4 274:3
**cited** 263:6
**City** 4:16,23 11:19 126:19
**Civil** 1:13 311:22
**Claims** 1:2 5:11 313:1
**clarify** 23:16 101:11 142:7 273:1,23 288:8 304:20 305:15
**clarifying** 100:24
**clean** 34:20
**clear** 118:21
**clearance** 183:6
**clearly** 186:1
**clerk** 13:7,8,18,24
**clerk/typist** 13:17
**client** 10:14 279:10
**clients** 9:18
**close** 181:2,5
**closed** 85:8 179:16 181:9,17 182:7
**closer** 175:4
**close-out** 180:10 181:3
**closures** 181:14
**clue** 226:1 290:2
**Cockroaches** 302:10
**code** 24:7,7,9,11,12 50:7,10 51:4,12 126:19 190:15 198:9 217:22 218:9,11
**Coleman** 9:8 30:4 30:19 31:16,22 32:4,6 54:20 55:3 66:10 90:23 91:5 91:14,15 92:14 120:13,18 125:12 125:15,22 149:9 151:22 157:6 158:1,8,21 171:18 173:10 182:19,23 189:16 204:1,4 206:18 207:9,16

208:10 212:10,12 227:1 228:17 229:13,14,23 230:2,18 232:18 234:4,10,14,21 237:21 238:10 240:12 242:4,13 242:15 243:10 244:17 250:7,15 250:23 253:7 280:22 281:6,10 281:21 282:4,12 289:9 293:17 304:11,12,13 306:4,5,8 309:6
**Coleman's** 9:10 171:22 230:14 233:23 236:20
**collect** 27:2
**collected** 28:12
**collecting** 25:6 205:19 292:23
**collection** 48:12 69:7 236:13
**College** 12:5,9,18
**Columbia** 12:5,8 12:18
**column** 263:16 277:6,7
**come** 28:5 59:16 91:21 95:21 119:14 120:4 124:7 127:16 139:4 150:2 178:16 199:5 200:22 222:3 244:9 251:15 286:12
**comes** 186:3 199:9 217:14 222:4 223:17 230:8 251:16 270:19 291:5
**comfortable** 43:24
**coming** 39:7 46:20 99:1,3,4 102:7 190:14 201:20 244:10 249:12 282:10
**comment** 77:12 132:3,5,19 140:2 190:17 266:12 285:18
**comments** 133:2 139:16 199:12 261:1 267:15,18
**Commercial** 11:21
**common** 177:22
**communication** 282:11
**communications** 12:10 249:18,24 250:8 300:14,17
**comp** 200:15,17
**company** 38:19 71:15 111:15,16 120:1
**company's** 118:22
**compare** 284:1
**competent** 77:11 170:11
**compilation** 49:3 56:2,11 57:5 114:8 288:9,11
**compiled** 49:12
**complained** 39:5
**complaint** 38:7,9
**complaints** 14:14 16:5 35:3,4 37:22 38:1,6,18 129:2,3 143:3 277:15,18 277:19,22,23
**complete** 122:8 171:5,7 203:15 269:14 311:16 313:14
**completed** 88:21 102:24 277:8,13 277:13 278:1,8,22 279:1 284:23 285:3
**complex** 38:23
**compliance** 16:1
**Compound** 34:9 209:5
**comprehended** 186:1
**computer** 24:8 25:21 41:12 107:13 118:21 121:1,3 123:21
**computerized** 61:2
**computers** 252:2
**concern** 37:20
**concerned** 274:3,10
**concerning** 7:3 15:17 36:17 45:19 74:20 75:4 78:18 82:16 95:6 126:2 150:8 151:6,11 152:3 155:5 165:3 176:17 201:8 203:22 205:7 248:23,23 249:19 250:1 274:6 275:21 300:15 306:5
**concluded** 42:13,17 179:10 310:23
**concluding** 288:20
**conclusion** 137:12 138:13 294:12 295:18
**concur** 138:8,11
**condition** 32:4,8,10 33:12,14,16 116:18 117:11 133:3,6 178:10 195:12 205:13,23 294:17 295:22
**conditions** 31:18,20 31:23 32:15 72:11 91:11,13 113:2 122:4 238:18 277:2
**conduct** 14:15 15:11
**conducted** 42:12 127:8 171:10 186:2 197:1
**conducting** 15:22
**conducts** 264:5
**confer** 310:15
**Conference** 1:15
**conferring** 275:11 279:7,21
**confirm** 187:24 203:20 244:16
**confused** 16:21 60:2 221:5
**congratulations** 309:10
**congratulatory** 309:14
**connected** 78:7 145:15
**connection** 32:5 137:2
**connects** 222:24
**consider** 112:10 113:24
**considerably** 266:7
**consideration** 286:16
**considered** 102:19 264:2 267:13,22 302:19
**considering** 146:11
**consisting** 313:11
**constituted** 258:9
**construction** 16:20 17:1 288:12
**consulted** 6:21 83:17
**contact** 5:7 6:9 7:8 35:10 81:11,14 107:17 129:18 256:6,10
**contacted** 6:24
**content** 88:7 91:10
**contents** 28:19 135:14 161:24 162:3
**continue** 101:11 132:1 142:24 143:1 185:5 193:21 217:7 231:15 276:9 288:21
**continued** 206:3 277:14 286:23
**continuing** 62:19 225:14
**contract** 60:15 73:6 73:8 98:7,13,16 98:18,22 99:1,3,4 99:5,8,13 102:6,7 102:8,13 118:17 124:16 144:7,8,9 144:20,23 145:6,7 145:11,18 146:8 146:12,15,17,18 146:23 147:5,7,10 147:17,20 148:14 148:16,17 149:6 149:11,17,20,23 150:2,18,22 151:6 151:12,12,15,17 151:24 152:3,8 153:4,5,7,23 154:6,11,14,23 155:8,14 156:2,4 156:5,10,14,19,21 156:22 157:1,13 158:9 160:10,13 160:13,17,19,22 161:2,11 162:13 202:1,3,6,7,10,21 203:9,18,23 204:2 206:6,19,22 207:9 207:16,17,24 208:9,15,20 209:3 209:13,20 210:3,5 210:6,11,17,22 211:2,6,15,16,22

211:23 212:15,19 213:3 215:14,19 215:22 216:6 218:15,19,23 219:15 220:4,11 221:7 223:1,2,4 223:16 224:3,5,10 224:15 225:10,20 226:2,11,16 227:5 227:21,24 228:3 228:15,18,22,24 229:2,6,21,23 230:3,15,19 231:1 231:1,10,16 233:1 233:22 234:18,22 235:7,10,10,12,14 235:21 236:2,7,22 237:15,22,23 238:10,21,24 240:13,16,22 241:1,4,6 242:5 243:3,4,10,14,23 244:10,21 245:7,9 245:15,19,22 246:1,10 247:24 248:24 249:2,6,10 249:12,14,15,20 250:2,10,18 251:3 251:8 293:5,10 294:9,15,20,21,23 295:3,12,16 298:23
**contracts** 98:20 106:12 148:20,23 150:8 202:23 203:5 205:7,7 210:18 212:2 215:1 219:17 221:3 226:24 235:4,15 242:18
**contradict** 195:7
**contrary** 219:6 239:24 285:3,7,9
**control** 199:14
**controversy** 148:12
**conversation** 5:6 7:15 28:20 31:1 105:21 125:18 129:21 176:15 203:20 204:3 207:8,18 209:17 235:6,8 244:7,9 245:16,18,24 249:2 250:20 293:7
**conversations** 11:7 30:16,18 31:15 58:16 81:4,8 82:14 90:22 91:3 91:8 106:19 136:7 136:11,12 162:6 190:21 248:22 249:5 250:13,16 250:22 251:1 293:11 310:1,5
**cooperative** 7:19 7:21
**coordinator** 94:2
**copies** 11:9 53:5 185:20 186:3 211:23 226:23 246:20 247:23 284:11
**copy** 48:10 87:8,9 90:9 107:6 111:10 180:4 199:21 208:2,3,5,7 213:24 227:13,14 227:15 228:14 229:1 231:24 236:19,21 244:19 246:9,18 248:9,10 269:1 272:15 275:23 282:4 283:18 303:1 311:24
**corner** 109:6 172:16 214:21 218:1 248:12 270:8 283:19
**correct** 8:12,13 16:9 19:3,4 22:8 22:10,21 25:3 27:16 28:6 33:24 35:2,6 36:4,10 38:11 41:24 45:20 45:21 46:1,5,9,13 49:10 50:16 51:12 51:13,22,23 52:3 52:5 55:1 58:10 59:15 60:12 64:14 64:21 65:3,4 68:13 69:21 71:4 72:14 75:24 85:11 89:3 104:14 105:11 110:23 111:1 116:9,12,19 116:22 117:1,6,16 119:4,5,9 122:6 125:21 126:16 127:23 131:1,9,14 131:18,23,24 133:19 135:23,24 136:10,22 138:11 138:12 143:14,18 144:7,13,20 146:8 152:4 154:13 156:18 157:4 158:12 160:9,23 163:3 164:9 168:21 169:9,14 169:24 171:11 173:15 176:9 178:7 179:1 180:13,17 186:22 187:6 189:1 191:15,19 192:4 192:14 193:13 194:15,18 195:8 195:14,17 196:10 198:10 203:7 204:11,15,24 206:11 207:1,9 211:3 212:17 216:8,13 219:5 220:9 221:20 223:3,7 224:21 225:4,6,21 226:20 227:6,12,19,22 228:15,19 237:24 238:12 239:2,6,13 241:19 243:11,20 245:22 248:1 257:15 258:11,20 261:5 263:1,14,23 267:5,23 269:9,17 272:20 273:10,11 273:13 274:19 277:22 282:16,20 283:1 285:4 287:15 289:4,10 292:14 303:4 304:2,19 305:7 308:9 313:13
**corrected** 107:21 109:12 110:11,13 126:23 127:11,14 137:20 177:15 182:5 202:4,5 208:4,7 224:4,4 272:9,10,21 274:7 296:3
**correcting** 212:22
**correction** 137:16 184:13 306:7
**corrections** 63:23 64:1 162:9 171:16 171:19 183:16 231:4 290:21
**corrective** 181:20 181:21
**correctly** 16:8 49:9 132:23 133:1 149:21
**correct?s** 178:19
**correspondence** 28:9 53:7,8,24 138:8,9 226:23 276:7,9
**costs** 96:17
**counsel** 2:2 3:19 6:5 23:15 48:10 49:13 68:8,23 100:14 122:7 142:8 200:1 202:15 203:13,16 217:5 246:17 257:21 275:10 279:7 296:18 311:9 312:2
**counsel's** 236:24 302:15
**count** 19:7 63:2
**County** 311:2 312:5
**couple** 29:13 52:14 56:5 141:8 162:17
**course** 88:15 279:11
**court** 1:2 5:11 48:11 56:20 103:6 311:23 313:1
**Courts** 1:14
**cover** 212:18 217:21 245:3 258:8 259:9,23 260:1 261:4,10,13 262:10,16,18 305:17
**covered** 284:10
**covers** 259:1,6,11 262:7 278:13
**cracks** 300:21,24 301:9
**credit** 228:7
**crime** 34:8 35:5
**critical** 158:20
**criticizing** 186:9
**cross** 232:10 239:16 240:7,8 246:15 247:12,18
**crossed** 232:4,5 237:16 239:5 241:4,8,17 243:2
**crossing** 235:23

241:10
**cross-out** 239:8
**CRR** 1:11 312:10
**CSR** 1:11 311:6
312:10,11
**cull** 55:23
**cure** 238:20
**curious** 138:16,18
138:23
**current** 13:21 18:5
52:1 128:12
153:18 238:18
**currently** 18:14
19:5 73:15
**Custodian** 259:5,11
**custodian's** 259:1
**cut** 200:2,4 302:7
**cuz** 54:14 75:17
127:4,16 128:18
134:18 149:22
190:19 193:4
244:1 290:20
300:11 308:2
**C-a-r-m-e-n** 8:6

**D**

**D** 3:1 48:13 110:18
**daily** 129:2,4
**damage** 39:20
**damaged** 266:15
**danger** 14:2
**dangerous** 304:4,4
304:5
**data** 221:9
**database** 28:2,4
**date** 17:10 32:23
41:2 46:22 50:19
51:1,2,3 52:1 57:2
60:9 62:6 64:1,2
64:16 68:9 75:9
93:6 94:9 107:5
137:20 154:11
155:13 163:5
164:11 165:2,9,19
172:21 175:21,23
176:22,24 177:5
178:8 195:10
218:18,19,22,23
219:15,15,21
224:11 225:15,16
231:23 233:13
237:18 241:18,21
243:15,19 246:16
270:3,5 273:2,19
287:17,22,23
296:15 300:12
306:19 311:7
**dated** 50:18 68:20
69:14 99:23 163:2
164:8 174:17
180:3,4 182:21
213:13 225:2
226:24 255:11
257:9 281:21
297:24 305:18
**dates** 46:20 47:17
60:1 64:24 65:2,9
67:5,6 68:13
124:8 146:3
166:13,15 167:20
168:5 175:3
179:19 185:13
219:19,20 220:21
221:8,9 225:6
**dating** 217:24
**day** 1:17 47:4 52:6
159:11 202:1
227:7,8 235:11
272:10,12,22
277:20 307:18
310:14,23 312:6
313:21
**days** 52:14 269:16
300:12
**DCT** 49:1
**deadline** 273:2
**deal** 143:2
**dealing** 14:1 16:4
35:3 308:2
**dealings** 18:11
75:23 77:14
228:10
**deals** 16:4
**Debbie** 54:8,24
55:2,3,16 59:13
66:9 90:22 91:4
92:13 106:5
117:24 180:3,12
229:14 234:13
**Deborah** 173:9
**DEC** 49:7,9 74:1
75:12 78:22,23
79:1,5,12,20 80:8
81:6,11,24 82:7,9
82:9,21 83:8,17
83:21 84:4,6,19
85:9 89:10 95:3,5
128:1 129:22
136:8,16 138:17
142:4 146:4 276:5
276:6 293:18
**December** 43:5
90:19 135:22
164:16,20 165:3
166:11 209:12
227:1 228:18
229:3 233:9,12,14
236:20 237:7,21
239:12 242:5,6
243:11 250:15,24
**decent** 72:11
205:23 294:16
295:21
**decide** 55:9 95:24
196:17 299:10
**decided** 244:13
**deciding** 149:5
**decision** 117:22
118:3 131:13
148:13 149:1
157:4,8,21 158:22
233:21,23 298:21
299:2
**decisions** 130:13
131:10 148:3,6,15
148:18,19 157:12
180:20 206:9
**declare** 298:21
299:10
**declaring** 309:12
309:16
**declined** 11:16
**deducted** 110:15
**deduction** 110:24
263:16
**deductions** 263:20
**deemed** 102:15
293:9
**default** 293:4,9,16
294:2,2,6,7,9,24
295:1,13,13,16
296:22 297:5
298:10 299:6,11
299:22 300:9
302:4 309:12,16
310:3
**defaults** 294:20
**defect** 265:19
**Defective** 265:1
**defendant** 1:8 2:16
100:14 142:9
313:7
**deficiencies** 137:16
264:21,24 265:10
265:16 266:14
296:2 302:1
**deficiency** 264:2
303:11
**definitely** 79:22
194:23
**degree** 12:14
**delay** 173:5
**delegation** 140:20
**delineated** 110:9
**delivered** 87:9
89:21 90:3 282:1
289:9
**Denise** 54:19
**deny** 292:13
**department** 2:8,12
5:17 13:1 35:22
36:3,13,18 70:15
70:19,22 75:3
78:19 81:2 89:22
115:14,17 222:21
231:2 242:12
305:19 307:22
**depend** 180:24
**depended** 107:21
158:9
**depends** 50:20
52:10,16 70:24
112:15 120:3,5
161:7 180:21,23
181:1 198:3
**deponent** 311:24
**deposition** 1:10 2:2
3:7 4:1,3 6:14
7:23 9:6,17,22
10:1,6,10,10,11
10:19 11:3,11
24:2,23 48:9,12
49:7,14,22 55:19
55:21 56:12 57:11
57:17,24 69:8
88:16 90:10,20
93:3 99:17,18,22
101:14 108:10
109:12 110:9
114:4,5,11 115:3
132:6 134:9,9
135:5 136:1,8,17
136:18 137:3,6
152:16,16,20,21
155:4 156:18
159:9 160:1
162:18 166:24
167:1,6 169:1
170:24 172:3,4,9
179:21,22 180:2
182:10,15,20
183:1,1 187:16,17
187:22 193:21
194:3 196:4
199:18 204:14

212:6,14 213:11 213:18,19,23 214:2,7,15 216:11 221:7 223:19,20 224:1,7 236:13,15 237:3 238:6 239:4 240:19,21 241:14 241:24 246:4,5,11 254:18,23 257:1,8 257:18 258:20 262:22 263:13 265:9 269:13 270:1 272:19 273:9 275:13,14 275:19 276:5,12 277:7 278:4,8 279:17 280:6,8 281:5,13,14,19 284:3,4,5 288:3,4 288:20 289:19 292:11,13 297:17 297:22 299:7,18 299:22 300:16 302:4 303:2,24 304:15,17 305:2 305:14,23 306:3 310:22 311:4,9,21 313:10,14

**depositions** 1:14

**describe** 87:16,18 103:7 108:24 250:23 280:3

**described** 18:1 82:10 250:14 251:9,11

**description** 262:13 267:14

**designated** 9:16,21

**desk** 47:9

**despite** 78:14

**detectors** 110:2 266:21

**determine** 96:13 256:18 274:19

**determining** 293:3

**development** 2:12 5:17 18:11 59:5 188:15,16 189:3 198:23 286:20 305:20

**difference** 60:3 181:10 268:11 271:18

**different** 43:17 44:8 56:3,4 63:2 84:13 88:10 99:12 102:10 107:23,24 121:24 150:19,19 185:2 192:12 218:9 219:18,20 235:14 258:2 260:21 266:14 267:8 292:3

**difficult** 43:23 44:5 199:18 200:13 259:8,16 260:3

**direct** 200:11 244:6

**directed** 22:14 243:6

**directing** 56:13 148:12

**direction** 92:9 232:14 234:12

**directions** 232:13 232:16 244:4

**directive** 92:5 234:9 237:19 239:22 240:4

**directives** 234:13

**directly** 234:15 237:19 244:1

**director** 29:6 30:1 30:3,6 54:23 92:12,13 146:21 148:18,18 157:10 230:1,8 234:9 242:19 250:20 293:12,18 310:7

**Director's** 146:19 233:21

**discoverable** 5:14

**discovered** 227:9

**discovery** 1:15

**discretion** 146:20

**discuss** 76:16 118:6 149:17 156:24 157:10,11 187:10 189:21 280:21 281:4,5,8 293:8 307:3

**discussed** 68:19 162:1 164:14 190:1 201:2 207:17,24 227:5 235:3 251:7 280:20 281:1 293:16 294:3,6

**discussing** 10:20 31:16 145:4 149:23 151:23 207:15 281:9 298:9 308:12

**Discussion** 56:9 69:3 91:23 135:17 248:18 288:17 310:18

**discussions** 151:14 157:7 161:24 162:4 286:24 287:3 298:7

**disorganized** 280:4

**disposition** 209:2

**dispute** 4:21 5:13 66:2 278:24

**disputes** 46:10

**disputing** 169:20 169:21

**District** 1:13 311:23

**division** 170:12

**document** 25:13 48:15,17 49:3 56:4 66:23 100:2 100:9,16,18 101:3 101:6,8 102:11 103:5,13 104:5 108:13,24 109:1 110:19 111:13 114:14,19 120:19 132:16 134:10,11 134:23 135:4,13 135:14 136:19 138:7 139:23 140:6,12 152:18 153:11 154:5 155:12,24 160:22 163:23 167:3 169:4 172:6 174:11,12 179:12 180:8 182:11,17 184:19 186:1 187:19 188:2 190:7 193:24 211:1,12 212:4,8 212:18,24 213:2,5 213:21 214:4,6,9 219:2,5,11,14 223:22 224:2 225:14 231:5,7 236:17,23 237:1 239:8 246:7,24 247:4 254:17,20 257:3 264:12,16 267:17 273:14,15 273:24 275:16,24 281:16 283:14 284:11 285:2 288:6 297:19 305:21 306:1 309:19

**documentation** 37:12 182:4 284:19 285:5

**documents** 10:4 15:14,17 25:6,9 25:12 27:1 28:5 40:11 55:24 56:12 56:13 79:19 100:21 114:8 115:6 150:5 186:16 236:13 237:6 275:11 279:8,21 281:4 288:9,11,24 296:19 305:17 310:10

**doing** 42:5 44:20 54:15 77:4 133:15 193:10

**dollar** 223:3

**dollars** 104:17 223:7

**Don** 2:19 9:5

**Donnis** 29:18,20

**door** 278:21

**doors** 266:15

**double** 267:1

**doubts** 193:16

**download** 255:19

**downloaded** 107:13 220:1

**dozen** 161:1

**draft** 83:10 171:21 172:1,9,12 176:16 182:21 183:3,18 184:12 229:9,17 290:14,19 291:9 291:23 292:4,8 299:19,24

**drafted** 176:16,18 242:22 290:1,14 292:13,19,20 300:6,7

**drafting** 172:24 250:14 299:5,21

**drafts** 185:5

**Drexel** 23:22

**drop** 193:4

**dropped** 192:24 193:1 194:9 195:16

**drug** 34:7,13,15 35:5 134:3,5

**drugs** 33:19 129:4

**DSSA** 2:20

**DU** 311:2
**due** 175:21 238:18 244:10
**duel** 85:21
**duly** 4:7,9 160:5 311:10
**dummy** 261:23
**DuPage** 312:5
**duties** 80:12 242:20
**D.C** 2:9 92:4 140:18 142:5 251:18
**D36** 109:5

E

**E** 3:1,6
**earlier** 17:21 47:18 93:11 127:18 134:18,20 135:19 176:5,5 299:2 306:15
**early** 74:1 85:11 209:12 237:7 251:12
**East** 18:11,13,14
**EC** 129:19
**Ed** 55:17 66:10,19 66:19 87:10 146:22 148:1,2,15 151:22 157:12,15 297:23 306:8
**Edge** 140:7 141:18
**edition** 246:10 247:17
**educate** 76:23
**educated** 11:18
**education** 12:8,18
**Ed's** 306:8
**effect** 308:11
**effective** 154:11 218:18,22 219:14 219:19 220:12 225:15 226:17
**effort** 185:6
**efforts** 35:12
**EH&S** 107:21 108:1 272:9
**eight** 169:7,7
**either** 23:14 38:23 91:3 127:2,14 136:2 173:9 199:19 229:16 235:6 245:5 250:1 250:9 273:21 293:17 304:18
**electric** 17:2
**electrical** 262:7,11 278:13
**element** 158:20
**elements** 294:24
**elevator** 193:1,1,4 193:9,15 194:9,14 195:16,18,23
**elevators** 129:1,2 177:19,20 190:18 190:22 191:14 192:3,9,21 193:3 193:17 194:4,7 195:3
**eligible** 119:1
**elimination** 34:13 134:3,5
**employee** 115:13 126:10
**employment** 17:24
**Encloses** 229:1
**encourage** 77:1,6 94:3
**encouraged** 35:10 77:8
**ended** 155:1 193:15
**enforcement** 27:5 35:22 36:4,7,13 36:18 70:11,16,19 70:22 75:3,11 78:19 80:19 81:2 85:2 89:22 93:7 94:10 107:23 111:13 129:17 252:15,17,17,20 287:12 293:13,14 295:5 300:1,4,18 307:23
**engineer** 17:7 189:8
**Englewood** 1:3 8:2 25:2 183:21 185:10 192:14 296:4 297:24 313:2
**enhance** 72:17
**enter** 66:11 221:2,9
**entered** 7:22 9:5 51:24 60:10 68:15 163:13 215:13
**entering** 52:4 215:22
**entire** 27:24 213:5 237:17
**entitled** 212:18,24
**entries** 57:23 58:2 58:7,12,17 61:19 61:23 62:6,11,13 62:20,23 63:3,7 64:12,17,23,23 65:1,2,8 66:18 67:2,7,10 68:12 69:10,11 70:8,9 92:17,19,22 150:7 163:1 166:7
**entry** 50:6,12,19,24 51:8 52:21 60:10 66:22,23 67:13 70:5 102:20 163:1 163:2,9,18 164:5 164:8,19,23 165:6 165:13,23
**entry's** 60:4
**episode** 194:14
**equaled** 156:22
**error** 169:17 202:8 202:21 203:19 204:2 208:9 210:7 211:17 224:4 227:9
**errors** 37:10 169:18
**especially** 204:21
**established** 194:24
**Estate** 305:20
**estimate** 201:16
**et** 93:8
**event** 52:7 95:1 112:10 163:15,19 229:5
**events** 45:18 68:16 68:19 69:15 78:17 151:10
**Eventually** 147:3
**everybody** 309:9
**evidence** 5:14 105:13 109:15 130:16 131:3 139:11,22 174:2 179:3 191:21 210:13 211:9 223:9 230:5,21 231:20 233:3 234:24 238:2,14 239:19 242:8 254:12 263:3 268:1 286:2 287:6 289:12 291:2 293:20 297:3 309:20
**exact** 17:10,23 82:13 175:3 178:8 185:13 306:19
**exactly** 14:9 18:18 30:12 32:2,23 38:14 60:7 76:1 76:20 91:9 120:16 166:8 176:21 193:19 209:14 233:13 262:12 287:9 294:5 296:15 298:15 308:5
**EXAMINATION** 3:2 4:11 160:7
**examine** 114:19 134:23 135:14 153:11
**examined** 4:10 160:5 311:11
**example** 15:21 38:15 50:21 59:14 77:2,7 150:24 156:3
**exceeded** 104:12
**exception** 70:5
**excuse** 10:9 19:19 21:19 67:8 199:24 202:15 218:1 227:3 264:14 277:6 297:13 304:14
**executed** 150:13 156:15 227:14 231:16
**exhaust** 79:18,22 262:6 278:13
**exhibit** 3:7 4:1 48:12 49:7,23 55:20,21 56:12 69:1,8 93:3 99:17 99:18,22 100:17 101:2,8,14 108:10 109:12 110:9 114:4,5,12,13 115:3 132:7 134:10 135:5 136:1,9,17 152:17 152:20,21 155:4 156:18 160:11 162:18 166:24 167:1,6 169:1 170:24 172:3,4,9 179:21,22 180:2 182:9,10,15,20 183:2 187:16,17 187:22 193:22 194:4 196:4 199:18 212:5,6,14 213:11,18,19,24

214:2,7,16 216:11 216:11 221:7 223:19,20 224:1,7 224:11 225:14,19 226:22 236:14,15 237:3,14 238:6,7 239:4 240:19,21 241:14 242:1 246:4,5,11 254:17 254:18,23 256:20 257:1,8,18 258:20 262:22 263:14 265:9 269:13 270:2 272:20 273:3,9 275:13,14 275:19 276:12 277:7 278:4,8 280:8 281:6,13,14 281:19 284:3,4,5 288:3,4,8 289:20 292:11,14 297:17 297:22 299:7,7,19 299:22 300:16 302:4 303:3,24 304:15,18 305:3 305:14,23 306:3
**exhibits** 3:19 273:16 289:8
**exigent** 110:14 256:17 258:3,5,12 258:13,23 260:19 262:23 263:6 264:9 271:2,6,11 273:7 275:2 282:24 296:6,13 301:7,10 304:16 304:21
**exist** 250:21
**existing** 144:19
**exists** 250:20
**expected** 59:12
**expeditiously** 272:16
**expense** 100:11
**expenses** 15:24
96:19,23 97:3 103:21 104:11,11
**expensive** 191:14
**experience** 77:10 132:11,12 193:18
**expiration** 149:20 155:13 156:5 212:20 218:19,23 219:15,21 221:8 224:15 225:16 237:18
**expire** 99:2,4,4 102:7 244:10
**expired** 144:20 146:8 153:17,18 153:20
**expiring** 98:21 99:8 99:10 106:11
**explain** 59:17 186:23 303:21
**explanation** 164:22
**extend** 237:17 243:14,18
**extended** 144:7,12
**extensions** 211:7
**extent** 11:5 30:15 139:21 263:20 274:10 276:13 309:18
**extinguisher** 260:15
**extinguishers** 266:20
**E&H** 108:18,19
**e-mail** 25:18,20 114:23 115:2,7 117:16 127:12 128:6 129:24 130:4 149:14 186:24 208:8,11 250:3,4,6 282:13 286:19 306:4,5,7 309:15
**e-mails** 25:14,16 26:5 115:4

**F**

**face-to-face** 244:6
**fact** 78:14 82:23 109:5 124:14 125:22 126:1,14 127:17 131:8 140:15 142:12 144:12 154:23 156:18 167:18,22 179:9 206:24 211:15 239:15 254:2 269:23 272:21 273:12 277:13 283:8,9 284:17 285:12,21 296:21
**facts** 4:20 5:12 105:12 109:14 130:15 131:2 139:10,22 174:1 179:2 191:20 210:12 211:4,8 223:8 230:4,20 231:19 233:3 234:24 238:2,14 239:18 242:8 254:11 263:2 267:24 286:1 287:5 289:11 291:1 293:19 297:2 309:20
**fairly** 46:16 189:24
**faith** 139:18,20
**fall** 5:15 25:9 36:4 36:14 187:3,9 302:8
**familiar** 50:4 267:11 290:5 295:12 296:21
**familiarity** 294:19
**family** 60:24
**fan** 262:6 278:14
**far** 42:11 110:14 124:11 154:13 195:13 217:22
224:23 225:6,12 302:20
**fashion** 280:3
**favor** 117:5
**fax** 256:13
**February** 48:14 56:17 65:16
**Federal** 1:2,12 5:11 313:1
**fee** 105:4,8
**feel** 186:6
**feels** 157:11
**fell** 193:15
**fellow** 126:10
**FHA** 27:10,15,18
**field** 202:22 235:19
**fifth** 183:24
**figure** 161:18
**file** 14:17,18,21,24 15:2,3 27:7,8,18 27:24 28:11 47:1 53:9,14,14,16 287:24
**filed** 210:2 273:18
**files** 14:16 16:6 27:3,3,7,11,13,14 27:15 37:10,12,18 37:20,24 49:8 53:1,23 57:19 81:10 83:24
**Filing** 13:9
**fill** 41:16 70:2 120:21
**filled** 42:2
**final** 85:10,13 88:17 136:15 137:2,23 138:14 142:18 174:21 263:22,22
**finally** 87:1
**finance** 223:16
**financial** 15:14,17 41:22 130:2 171:6 184:24
**financials** 37:2,3
122:3 171:8
**financing** 113:10 131:9 187:2,5,10 189:21 286:8,9
**find** 5:21 27:6 35:14 49:16 68:19 69:10 103:13,24 128:11 181:24 185:20 246:20 257:10
**finding** 39:16 168:6
**findings** 39:15 171:15 173:6 282:21
**fine** 79:17 80:2 186:17
**finish** 17:15 19:19 82:3 202:17 205:16 217:6 249:8
**finished** 21:20 310:14
**fire** 258:5 260:11 260:14,19 262:23 266:20
**first** 4:9 13:1 32:16 54:21 60:9 61:18 69:16 100:16 111:23 114:13,16 118:15 120:11 126:9,17 135:7 154:21 163:5 172:1 173:3 181:22 199:22 219:13 224:3,6 237:23 238:11,24 240:11 242:3 246:12,14,14 247:2,10 249:19 250:1,9,17 251:2 255:7,8,17 258:24 269:12,23 283:20 283:23 292:12 298:3 303:23 304:17 305:2

307:19,24 311:10
**fiscal** 99:2 102:17
**five** 19:22 61:19,22 62:13 80:1,3 91:18 169:12
**fix** 201:5 308:12
**fixed** 38:8 195:20 195:21 196:12 268:16
**fixtures** 259:14 266:20
**flag** 119:22 120:2,6 120:18 121:5,8,21 121:23 122:14,23 123:7 124:3,13,18 125:2,9,10,15 126:1,15 183:13 183:15,24 184:4,8 184:10,14,20,22 185:1,2,3,6,7,21
**flagged** 118:16,18 119:1,14 121:19 122:2,3,5,11 124:15 126:11 130:6,12 183:11 183:20,22 185:11
**flagging** 183:13
**flags** 120:17 124:8 125:13 185:10,21 186:2
**flights** 128:24
**floor** 194:10
**floors** 193:2 194:9
**flourish** 72:14
**flow** 231:15
**flowing** 241:3
**flyers** 128:21,23 129:6,9,13
**focus** 38:16 282:14
**folder** 25:17,20 26:2,5 27:20 115:7
**follow** 38:6,20 39:2 96:15 97:11 98:24 99:5 107:15
131:11 152:7 177:18 258:7 284:6
**followed** 268:22 295:2
**following** 2:2 39:17 57:22 58:9 69:9 71:15,19 141:22 142:9 232:12,15 272:12,22 283:9
**follows** 4:10 160:6 165:3 226:22
**follow-up** 128:5 143:5 176:8
**force** 220:11
**foreclosure** 14:2
**foregoing** 311:4,15 313:10
**form** 41:15,18,19 41:20 42:2 119:19 120:21 149:13 171:4 276:22,23 283:3,4 299:19
**formal** 11:2
**formally** 11:14
**format** 92:3 260:21 269:16
**formed** 78:23
**former** 21:7 72:20
**forth** 129:5
**forward** 269:14 288:23
**forwarded** 171:18 276:8
**found** 65:8 69:13 107:19 166:2 178:3 253:17
**four** 9:12 22:7 23:11 54:12 62:20 68:12 163:20 164:5 198:4
**four-tenths** 110:24
**four-year** 210:4,11 210:16 213:3,9 216:7
**Foxview** 23:21
**frame** 17:23 69:13 69:14 81:3 85:1 86:10 91:2 125:17 150:9 161:8 173:16 286:23
**frames** 54:16 74:23 84:13
**Freddie** 75:6,10 80:21 84:16 85:1 85:5 141:19
**frequent** 16:17
**frequently** 46:16 54:2 191:18 294:22
**Friday** 7:13 272:11 272:21
**front** 56:18 238:7 247:9
**fulfilled** 186:6
**full** 4:13 147:21 195:11
**fully** 211:2
**function** 97:8 270:19,24
**fund** 284:22
**funding** 145:12,13 145:14,15,16,18 147:18 188:19 210:1 215:1,9,14 215:21 216:8 221:22,23 222:5,6 222:15,21,21 225:19 231:2 285:22
**funds** 37:4,6,6,8 73:10 112:5 113:4 113:6,10 132:21 139:19 205:20 226:8 231:12 241:7
**further** 74:18 119:1 120:20 157:12 160:6 177:1 178:24 241:24
249:5 264:11 300:14
**future** 200:7

**G**

**G** 2:13
**gain** 103:14
**gang** 33:17 34:7
**gas** 303:14
**gather** 25:12 26:21 35:13
**gathered** 42:22
**gathering** 81:15
**gauge** 267:10
**general** 7:14 8:12 18:20 117:3
**Generally** 265:3
**General's** 7:1,9,12
**generated** 65:13
**George** 93:8
**gestures** 108:23
**getting** 39:7 61:5 65:15 82:8 88:15 182:24 184:13
**get-together** 88:12
**Gilmore** 75:17 76:9 93:8,17
**give** 18:23 24:10 38:15 168:5 236:19 244:14 282:4
**given** 24:11 53:23 155:6 173:21 186:3 201:15 227:7 228:15 271:12 313:11,14
**gives** 242:19
**giving** 246:21 300:11
**glass** 302:7
**go** 11:20 13:10 14:23 21:9 23:13 23:16 28:22 30:21 34:11 37:9 38:11 39:8 40:3 41:10
46:14,16 50:13 51:20 71:9 72:3 72:22 77:20 79:15 79:17,24 80:3 84:22 92:1 97:10 97:18 102:16 105:14 106:7 109:16 112:13 117:8 120:18 123:13,15 124:10 127:4 131:4,21 132:17 133:22 138:7 139:12,24 155:19 157:11 158:15 159:4 161:5 163:24 165:7,17 168:11 173:18,19 174:3 179:4 181:12 184:22 185:1,7 191:22 192:6 197:11 198:23 205:2,16 206:14 209:7 210:14 211:10 220:19 221:24 223:10 230:6,11,22 231:12,21 233:4 234:16 235:1 236:10 238:3,15 239:20 242:9 246:14 248:3 249:3 254:13 258:24 260:6 262:4 263:4 264:19 270:22 272:1 274:2,11 276:15 282:8 285:16 286:3 287:7 288:14 289:13,23 290:23 291:3 292:17 293:21 294:13 295:19 297:10 299:14 302:17

307:11 308:23 309:21
**goal** 71:7
**goes** 59:2,7 154:20 221:19 234:19
**going** 17:14 32:18 55:24 68:22 73:23 79:7 84:15 99:21 105:7 125:3 132:22,24 133:5,9 145:5 158:5 162:14 196:20 199:24 200:7 201:5 217:9 223:6 223:24 236:9 251:21,24 252:12 252:18 254:3 262:13 278:20 279:18 287:4
**gonna** 62:6 117:10 125:2 181:20 183:13 200:21 252:3
**good** 76:24 89:18 91:20 114:1 139:17,20
**gotten** 54:1 173:14 197:16
**government** 12:22 18:3,6 100:22 103:24 116:11 184:19 186:10 204:22,23 206:3 223:2 280:2
**government's** 55:23 141:15
**grade** 18:5
**graduate** 11:22 12:11
**grant** 23:21 34:13
**granting** 98:2
**grants** 134:3,5
**Gray** 54:8,24 55:3 55:3 66:9 90:23 91:4,14,16 92:13 106:5 117:24 118:6 120:12 125:9 173:9 180:3 180:12,19 229:14 232:17 234:11,13
**Gray's** 59:13
**green** 27:11
**Greenwood** 23:22
**Greg** 6:19
**Gregory** 2:13 26:20 29:17
**grounds** 104:13 292:24
**group** 140:17 183:21,22 185:10 288:12 289:7 308:15
**Grove** 20:15
**GS** 18:8
**GT** 172:19 241:21 290:14 291:23
**guess** 36:5 41:20 51:18 64:3 65:11 70:7,11 76:20 94:18 116:1 144:6 150:3 176:21 226:1 237:14
**guidelines** 15:1 96:15,16 97:7,12 97:15,17,19 98:24 99:5 101:19,22 102:1,4,6,6,9 106:11,14 145:6 146:18
**Gustin** 2:13 6:19 26:20 28:14 29:17 30:16 140:7 186:12
**Gwen** 141:20
**Gwendolyn** 1:10 3:3 4:4,8,14 160:3 313:9,18

**H**

**H** 3:6
**half** 104:17 138:17 176:5 223:7 263:17,23 264:3 265:1
**hallway** 300:21,24 301:9
**hand** 55:24 136:3
**handbook** 96:2,3,9 96:10,11,12 98:14 98:16,18,21 99:13
**handed** 48:10
**handing** 167:5 246:9
**handle** 276:8
**handwriting** 41:12 109:7 173:3 188:7 214:3 232:8 235:23 241:12,13 241:15 247:12,13 248:11,12 270:7 270:10 290:8,9,11
**handwritten** 172:16 187:23 214:22 283:20
**hang** 80:5
**Hanks** 129:24 130:1
**HAP** 118:17 124:15 144:7,8,9,20 146:8,23 148:14 148:20,23 149:6 153:23 205:7 218:23 225:10 229:20,23 230:14 230:19 232:24 236:2,22 237:22 238:10,24 243:23 249:20 250:2,10 250:17 251:2,8 293:4,10 294:9,15 294:20,21,23 295:3,12,16
**happen** 59:18 94:15 119:23 250:12 282:2
**happened** 33:23 38:16 45:16 67:2 144:5,23 176:20 176:22 286:7
**happening** 39:12
**happens** 183:23 211:22
**happy** 10:13
**hard** 33:15 56:21 261:24 272:15
**hardware** 266:15
**Harris** 141:19
**Harth** 99:24
**Hayes** 21:15,17,24 22:8,16 182:21 189:9 225:3,11 227:11,21 228:17 239:10 244:21 250:5 257:9 269:24 271:15 273:12 287:11,14 287:16,18,19,21 289:22,23 292:9 306:16 307:20,24
**hazard** 258:15 260:11 303:14
**hazards** 258:5,10 258:23 260:19 262:24 274:4 304:16,21
**head** 21:1,3 22:5 29:2 78:21
**headquarters** 120:5 221:24 251:16,18 276:6
**health** 13:1,3 107:19 110:14 256:7,15 257:10 257:15 258:3,5,6 258:9,23 262:23 264:8 271:7 274:4 274:6 282:24 301:10,14,22 302:2,5,8,9,11,12 302:14,19,21 303:4,7,12,17 304:1,9,16,21 305:7,9,11
**hear** 26:8 33:15 112:7 141:13 142:3
**heard** 29:23 88:8 88:17 89:13 111:5 111:6 112:2 141:5 141:6 220:2 222:13,14 249:17 269:23
**hearing** 111:23 249:23
**hears** 56:20
**Heating** 196:8
**held** 75:5
**help** 34:7 75:19 105:18 112:20 131:12 134:2
**helped** 10:3,3
**helpful** 23:4
**helping** 76:22
**helps** 238:5
**hereinabove** 311:18
**HHS** 13:10
**Higginbotham** 73:3,16
**high** 11:20
**higher** 232:19
**high-rise** 191:17 192:4,10
**Hinsberger** 30:1 66:10,19,19 70:6 87:11 140:7 146:22 148:1,2,15 149:5 151:23 157:12,15,20 189:15 206:21,24 232:21 234:10,14 237:19,20 243:22 244:4,13,17 250:14,23 297:23 308:19 309:2

**hired** 8:11
**Histories** 92:2
**Histories/Problem** 151:18
**history** 12:21 44:16 44:21 45:7 48:5 50:14,14,23 51:21 56:15 57:7,18 59:2,23 60:1,4 62:1,3,5 63:8 65:6 69:10 151:4 163:11 166:7 254:6
**History/Problem** 57:9
**hits** 107:12
**HO** 24:12 216:16 216:20 217:15 218:7
**holding** 136:3 241:6
**holes** 39:6,20,22,22 300:21,24 301:9 304:3
**home** 5:9 14:14
**homes** 14:1,2
**hoped** 76:17
**Horton** 189:9,10 208:8 250:3,7
**hours** 109:19 271:17,21,22 273:11,18 274:7
**household** 60:24
**housing** 2:12 5:17 16:10 59:4 72:12 77:9 81:16 142:19 191:18 192:2,4,9 199:15 240:13 273:17 295:5 298:22 305:19
**Hub** 139:2
**HUD** 5:22 7:4,16 13:2,12,13,15 15:1,12,14,17 16:1 17:7 25:2 28:21 34:13 36:9 43:20 47:12,14 61:2,12 66:3 71:15 72:5 76:13 80:12 89:22 90:4 93:19,22 104:19 115:13 116:3,5,11 118:19,20 119:2 119:21,24 124:24 126:10 130:13,24 131:18 132:4,14 134:5,6 140:17 141:8 142:10 145:19 148:12,18 150:1,5 153:23 156:19 179:1 188:24 194:10 196:19 202:13,19 203:11,12,18 214:24 224:20 227:6,10,24 228:3 228:14,21 236:6 241:11 242:12,17 249:24 250:9,16 250:17 251:1,2 269:7 274:2,10 283:4 296:22 299:10 308:15,17 310:11
**HUD's** 71:23 72:8 77:4 94:6,8 220:5 236:3 273:21 286:8
**HUD-approved** 16:2
**human** 13:2,4 145:15
**hundred** 19:14,21 21:6 110:23,24 196:17 263:17
**husband** 9:8,11
**husband's** 8:20 9:1

**I**

**Ida** 73:9
**idea** 196:12 215:15
**ideas** 76:21
**identification** 3:7 4:2 99:19 114:6 167:2 172:5 179:23 182:16 187:18 212:7 213:20 216:16,24 217:4,12 223:21 236:16 246:6 254:19 257:2 275:15 281:15 288:5 297:18 305:24
**identified** 126:22 137:16 177:14 212:23 265:19 267:3 271:7 274:6
**IDHA** 133:14
**II** 23:21
**Illinois** 1:16 2:5,14 311:1 312:5,11
**image** 28:4
**imaged** 28:2,6,7,9
**imagine** 117:4
**immediate** 91:4 271:13
**immediately** 52:14 141:17,22 238:6 258:7,15
**implementing** 76:22
**important** 46:7,21 71:21 254:9 267:14
**impression** 77:15 77:16 197:8
**improper** 279:10 279:12
**improve** 133:6
**improvement** 89:11 269:15
**improvements** 282:23 285:12,23
**inappropriate** 102:15,19
**inasmuch** 185:24 206:8
**include** 95:12 151:21 269:1
**included** 193:12 288:10
**includes** 282:22 313:15
**including** 95:14
**inclusion** 55:21
**inclusive** 313:12
**income** 104:12
**incorrect** 155:16,21 160:19 161:2 198:10 208:6
**increase** 95:22 96:14,24 97:5 98:19,23 100:10 100:11 104:14 105:19,24 106:3
**increased** 96:18,19 96:23 97:3
**increases** 95:13,14 95:15,17,19 96:17 97:24 98:22 99:14
**independent** 97:20
**independently** 106:6
**indicate** 103:6 273:23
**indicated** 6:10 130:5 273:20 278:4
**indicating** 103:8 108:19
**individual** 41:24 49:4 50:10 61:5
**infestation** 177:21
**inform** 202:10 229:19
**information** 4:19 5:15 26:16 37:13 45:11,12 51:22 58:21 60:22 61:5 64:9,13 77:19 78:4 80:9 81:16 84:4 130:12,14 143:5 150:12,21 151:19 155:6 166:1,8,11 181:18 182:6 195:3,7 216:2,6 218:15 219:2,11,24,24 220:15 221:2,6,14 221:17,19 222:2 260:21 264:15 272:18 274:5 277:3 278:12,24 284:9 285:3,8,9 286:11,18 292:24 294:21
**informed** 150:1 202:6,11,13,19 203:8,11,18 208:5
**infusion** 137:9
**initial** 79:20 174:12 224:10,15 231:10 237:15
**initialed** 182:10 231:23
**initially** 65:3 163:12 286:20
**initials** 172:17,19 215:5 241:18,21 243:19 291:22
**initiate** 76:17
**inoperable** 303:5,7 304:5,6
**input** 52:22 150:12 150:21 209:24 216:3 251:20
**inscription** 100:16
**Insects** 304:9
**inspect** 16:12,13 74:24 110:12
**inspected** 253:7 265:2
**inspection** 45:10,11 74:23 107:4,7

108:2,11 111:15 111:17 126:19,22 127:8 128:5,6,13 169:23 173:13 175:6 178:1,2,4,6 178:6,11,12 196:14,17 197:1 197:17 251:13,21 251:24 252:6,8,10 252:12,13,18 253:2,20 254:3,6 255:3 256:2,3,16 263:7 264:6,12,16 269:7,11,24 271:18 272:8,11 272:12,22 273:3 273:19 274:8 275:21 282:16 296:5 301:8 307:4
**inspections** 14:15 38:2,4 39:10 74:22 113:18 128:21 143:2 193:3 251:14,15 252:4 253:18,19
**inspector** 6:24 7:9 7:12 8:12 108:21
**inspectors** 262:24
**inspects** 16:7
**install** 261:21
**instance** 39:13 157:19 223:5
**instances** 52:19 277:8
**instruct** 32:18 162:15
**instructed** 234:8 239:16
**instruction** 244:16
**instructions** 54:1 237:18 264:15
**insurance** 72:9 116:2,7,9 150:6 158:5 188:20,22
**insurances** 15:23
**insure** 116:3,5 188:24 231:14
**insured** 14:13 15:12,15 37:1 43:4 199:12
**insures** 72:6 116:12
**intend** 285:12
**intended** 130:21
**interaction** 75:2
**interest** 71:11 72:8 72:9 77:4 148:11
**interested** 312:1
**internet** 272:16
**interpret** 121:20
**interrogatories** 141:4 311:11
**Interrogatory** 141:15 142:8
**interrupt** 200:8
**interrupted** 87:22
**interrupting** 200:1 200:9 202:16 203:14
**interruption** 48:20 84:23 108:14 114:20 135:15 136:20 169:5 188:3 194:1 213:6 214:11 247:7 255:1 257:12,23 297:15
**interval** 52:20
**intervening** 271:19
**inventory** 94:6,8
**invested** 111:20 112:17
**involve** 9:4 30:19 267:4
**involved** 7:18,20 30:16 45:19 113:16 138:5 148:5,13 149:5 186:19 201:15 286:13,15 293:14
**involvement** 33:3,5 33:7 61:10 82:8 95:8,16 177:1,10 293:3
**involves** 41:22
**in-house** 15:18 149:15,16
**issue** 6:6 119:3 134:7 162:1 207:24 256:16 257:16 301:10 303:20 304:9
**issued** 85:10,12 296:1,1
**issues** 31:8,16 37:16 41:22,23 108:18,19 110:15 120:13 147:19 300:15 302:5 308:9
**item** 196:8 224:12 257:10 258:13,14 258:24 259:13,16 259:17,20,20,23 262:6,10 267:3 273:7 278:7,7,22 279:1 284:24 301:23 302:8,10 302:11,12,14,21 303:8,17 304:9
**items** 45:1,8 52:4 66:12 107:19,21 108:1 109:11 110:8,10 126:21 126:22 127:10 137:19 162:12 173:21 177:13,23 178:2 256:7,15,17 258:8,12,19 263:6 264:8,9 265:6 266:13,14,16,18 267:1,7,8,13,19 271:3,7,11 272:6 272:10,20 273:10 273:11 275:2 277:12,24 278:1 283:1 296:6,8,13 301:7 302:3,20 303:2,4,18,23 304:1,17 305:3,6 305:7,11
**I.D** 24:12

J

**Jackson** 2:14 5:7
**James** 141:18
**Janet** 129:24 130:1
**January** 69:19 89:8 136:16 240:22 241:2,22 243:13 243:20 244:20 253:21
**Joan** 79:3 80:7 141:19 275:20 276:2
**Joan's** 79:6
**job** 16:15 34:22,22 117:12 147:15,16
**John** 21:15,17,24 22:8,16 182:21 200:16 228:17 250:5 257:9 269:24 287:11 289:22,23 292:8 307:20
**Johnson** 2:19 7:22 8:1,1,3 9:15,21 10:5,7,18 11:3,4 54:19 73:14
**Johnson's** 11:14
**joined** 8:1 9:14
**Jones** 11:21
**Joseph** 2:19 7:22
**jot** 190:3
**July** 13:14 61:20,23 62:10,11,13 67:11 67:23 163:16,20 213:15
**June** 62:21,24 63:3 63:9 64:13,14,24 65:7 66:1,6,12 67:4 68:15 163:2 164:8 175:10,22 218:3,15,19,24 220:9,12,15
**jurisdiction** 180:17
**JUSTICE** 2:8

K

**Kathy** 54:16 141:20
**keep** 19:18 25:17 43:6 44:11 45:4 47:6 53:1,5,24 59:12 68:23 200:10 241:3 242:12
**keeping** 48:1
**Kelly** 76:5,6,7 77:24 78:1 281:20
**Ken** 189:9,10 208:8 250:3,7
**kept** 39:18 52:22
**Kiening** 55:19,19 56:1,12 69:8 79:3 80:7 82:16 89:23 93:3 108:10 134:9 135:4 136:7 140:6 141:19 152:16,20 162:18 275:20 283:10
**Kiening's** 136:17 276:14
**kin** 312:2
**kind** 67:5,6 199:20 199:21
**knew** 22:12,15 25:1 64:14 80:12,13 202:21 249:11 253:1,16,18 285:21
**know** 4:22 5:22,23 8:8 16:24 18:18 18:24 19:7 20:7,8 22:10 23:7,13 26:14,15 28:7

29:22 36:1,7 39:1 39:23 40:19 42:11 43:3 45:7 48:24 51:15 54:15 56:21 60:5 61:13 63:6 63:22 66:13 67:11 70:4,12 72:5 74:17,23 75:9,22 76:20 77:13 79:1 79:2,6,8,10,11,21 80:11,14,22,24 81:3,11 82:12,23 83:2,3 84:18 85:5 85:7,12 86:9,20 87:13 88:23 89:1 89:6,10 90:7 92:8 92:10,11 94:12,22 94:24 96:8 98:11 101:4 103:12 104:4,8 105:16,20 106:6,8 107:2,4,5 108:5,8 109:9,11 109:23 110:12 111:3,7,12 112:15 113:5 115:8,21,24 116:5 119:10,11 119:13,18 120:16 120:16 121:9 122:14,16 123:6 123:18 124:11 125:7,17,24 126:4 126:24 127:1,15 128:15,17 129:14 129:20 132:24 133:2 135:9 137:1 137:12,15,23 138:13 139:3,6 140:3,9 141:4 147:13,15,16 149:2,3 150:3,4 153:1 154:13 157:18 165:9 166:6,8,10 168:24 170:4,5 172:15 173:7,8,19 174:7 174:10 175:11 176:10,14,21 177:4 178:8,10,23 179:6,6,12,15,19 185:9,12,14 190:2 190:19,20,23 191:1,3 192:2,8 193:14,19 194:20 194:23 195:14,15 196:22,24 197:3 197:13 198:11,13 199:1,3,20 201:10 203:2 204:9 209:9 210:24 212:3 213:13 215:11 216:1,17,21,22 217:2,3,9,17,20 218:6,17 220:2 222:1,12,18,24 223:12,14 224:23 225:12,24 228:9 228:11 229:10 230:16 231:5 232:9 234:5,8,11 235:9 237:10 240:2 242:20 244:23 245:1,2,24 248:13 249:3 251:16 252:3,16 252:24 253:2,17 253:20,21 254:1,8 259:3,6,10,12,17 261:16 262:12,15 262:19 264:5,6 265:21,24 266:11 266:22 267:16 268:3,23 270:11 270:18 274:15 276:1,3,20,24 277:14,15 280:23 282:17 283:15 286:11 287:9,22 288:1 290:7,12,21 291:22 292:10 294:4,24 296:5 297:5,12 298:15 298:18,24 299:16 300:1,3,7,23 301:3,15,18 302:19,24 306:19 307:9,13,14 308:6 309:8,23

**knowledge** 17:4 83:7 110:10 156:17 219:3,6,10

**known** 252:18 253:5

**Kramer** 215:3,18 222:6,8

**Krause** 140:7

**L**

**L** 2:9 73:3

**labeled** 267:19

**Lake** 18:11,13,14 20:18,21 21:18 22:3,19

**laptop** 41:12

**large** 189:18 265:4 268:9,12,17

**larger** 267:4

**late** 36:14 89:23 90:4,9 135:20 136:16 140:16 175:18 187:2 271:16

**lawsuit** 25:1,6 28:17 31:4 32:5 49:12 88:16

**lawyers** 10:2 161:20 162:1

**lead** 5:14 96:23

**leader** 79:3,9,10,12 80:8,11,13

**leads** 101:9

**leak** 303:14

**learn** 253:15

**learned** 64:9 253:23 254:1

**learning** 82:19

**leasing** 198:7

**leave** 69:22 89:1,2 174:23,24 175:8 176:13 178:17 186:20 187:3 213:15 305:10

**left** 108:20 175:7 175:23 199:22 200:12 218:1 290:13

**left-hand** 216:19 263:13 277:6 283:19

**legal** 294:11 295:17

**legitimate** 156:21

**Leigh** 73:14

**letter** 28:8 99:23 102:2 106:4,7,13 135:10 171:22 172:10 174:7,21 174:22 175:6 176:17,24 177:2 180:2,7,10 181:2 181:4,7,22 182:21 183:5,14,18 184:12,15,16 185:4,6 197:4,16 203:19 208:5,6 224:4 226:24 229:4,7,11,19,24 230:24 233:6,10 233:14 236:20 242:15,22 245:3 249:12,14 250:15 250:24 255:11 257:8,11 258:8 269:11,12,16 270:3,20,24 272:3 272:7,19 275:19 276:21 280:21,23 281:19 282:15,24 283:5,10 284:6 288:11 289:3,6,9 289:21 290:17,18 290:23 291:9 292:3,8,21 293:17 296:22 297:5,22 298:7 299:4,6,22 300:8,10,20 302:4 305:18 311:24

**letterhead** 288:13 300:5

**letters** 28:9 181:14 231:3 290:6 291:11

**letter's** 270:13 300:11

**let's** 50:21 80:3 86:21 92:1 150:11 193:21 219:13 258:24 259:20 260:18 284:1 288:23

**level** 267:10,10,11 267:13,19 304:6,8

**levels** 91:4

**life** 8:16 9:3

**light** 259:13 266:20

**limit** 242:6

**Limited** 1:3 297:24 313:2

**line** 54:21 198:14 247:19 252:2

**Linford** 9:8

**Lisa** 29:20

**list** 103:2 258:8,24 260:24

**listed** 58:8 119:5,10 119:11,13 127:10 141:11 163:5 173:21 258:19 265:2 266:13,16 267:9 272:8,20 277:12,24 301:13 301:17,22 302:3 303:2,3,7,16,23 303:24 304:16 305:3,6

**listen** 203:10

**listing** 265:10

**lists** 141:16
**little** 85:21 93:11 138:23 184:6 260:21 264:11
**livable** 205:20
**live** 4:15 32:12 72:10 73:15
**lived** 8:16 73:20
**LLP** 2:3
**loan** 104:18 113:10 116:2,3,5 117:5 117:10,14 132:21 133:14 186:21 188:24 190:13 199:14 308:10
**loans** 113:15 115:20
**local** 273:18
**located** 8:7
**location** 267:15,18
**lockable** 304:7
**locks** 266:15
**long** 9:11 35:20 54:9 75:23 101:4 147:17 164:19 201:11 225:24
**longer** 52:20 79:21 210:18
**long-term** 158:10 158:23
**look** 15:21 24:4,22 27:9 58:2,6 59:10 60:2 62:18 84:22 93:2 101:24 103:16,17 104:3 107:9,11 114:12 123:9 136:16 140:10 155:10 162:20 168:1,16 168:20,23 169:1 180:6 193:24 194:6 213:3,23 216:10 224:6 232:2 235:22 238:5 241:24 246:12,14 247:2 257:7 259:20 260:18 264:11,14 265:8,15,18 267:17 268:8,20 270:1 278:6,19,19 280:5 283:13,16 284:2 304:14 305:2
**looked** 24:3 57:10 186:24 214:1,18 229:11 283:16 289:17 303:1,19
**looking** 15:2 57:6 57:22 58:3,13 60:9 61:17 64:18 64:23 65:12 69:7 79:19 97:21 103:10 116:8,10 120:17 124:6 151:19 154:15 155:12 156:3 162:17,23 163:1 183:17 194:3 213:5 216:18 220:4 229:3 237:6 243:18 258:22 260:10,24 267:8 277:1 283:10
**looks** 49:24 59:7 110:21 156:21 168:13 169:7 183:12 198:16 200:15,21 213:8 214:13 215:5 216:9 219:21 232:9 259:15 262:7 263:24 267:6 270:8 289:21 298:24
**loss** 103:14,24 104:4,7,9,10
**lost** 103:11
**lot** 27:23 33:17 35:4 192:9 279:22 279:24 280:4 298:14,20
**lower** 57:1,2 217:24 218:1 290:13
**lunch** 161:20 162:6 162:13,24
**lying** 191:2

M

**Maggie** 114:23 117:16 129:24 130:4,11 131:12 132:6 189:7
**mail** 255:20 270:18
**mailed** 176:23 177:1,3,5 202:3 235:10 249:15 269:4 290:9 298:4
**main** 31:20
**maintained** 124:12
**maintaining** 294:16 295:21
**Maisonet** 54:16 297:23 300:6 309:11,15 310:2
**maker** 149:1
**making** 71:14 104:16 118:13 124:24 132:6 139:18 149:10 180:20 191:6 234:22 249:6
**man** 193:9
**manage** 132:1,4 277:21
**managed** 18:12 21:15 55:10 92:22 121:10
**management** 2:20 15:11,13,22 16:20 30:6 34:4 38:19 39:9,11,14,16 41:19,23 42:12 55:14 61:7,8 71:14 74:24 89:11 96:10,11,12 97:11 105:3,8 119:20 120:1 130:5,6 142:4 143:5 166:18,20 167:9 167:11 169:15 170:23 171:3,22 194:10 199:16 222:17 232:16,17 239:22 269:15
**management/occ...** 41:20,21
**manager** 13:20 15:4,10 19:2,6 21:14 32:17,24 33:13,24 34:6 35:1,14,21 36:15 43:8,19,20,21 46:11 53:11,13 70:14 71:7 72:16 77:11,13 78:14 92:18,20 93:18 117:4 118:24 119:23 120:4 132:13 143:12 146:5 147:14 179:14 198:6 199:2 277:17 282:17 291:6
**managers** 143:16 167:22
**manager's** 34:22
**managing** 131:18
**manner** 230:17
**Manor** 23:21,22
**March** 69:20 98:10 98:11 99:24 101:14 171:10 172:22 178:7,11 178:12 193:12,18 194:15,21 195:23 196:2 252:6,13,22 253:2,10 255:11 255:21 257:9 262:24 270:1 271:8,8,10,15 272:11,13,21,23 275:21 276:6 282:20 290:15 292:9 293:1 296:2 296:3,4 298:16 299:6 300:20 303:1,3 305:18
**Margaret** 1:11 311:5 312:10
**Margarita** 297:23 309:11
**Margie** 54:16
**Maria** 2:13 6:19 29:17
**Marilyn** 141:18
**Marine** 7:21,21 8:5
**mark** 48:11 99:16 114:3 166:23 172:2 179:20 182:13 187:15 212:4 213:17 223:18 236:12 246:3 254:17 256:22 275:12 281:12 288:2 297:16 305:13
**marked** 4:2 55:19 99:19,22 108:9 114:6 134:8 152:15 162:20 167:2,6 172:5 179:23 180:1 182:16,19 187:18 187:22 212:7,10 213:20 223:21 224:1 236:16 246:6,11 247:24 248:9 254:19 257:2,7 275:15,19 281:15,19 288:5 297:18,22 305:24
**marks** 236:7
**Marlene** 270:8

**married** 8:18 9:11
**Mary** 99:24 145:22 145:24 148:16 150:23 189:5 202:2,2 222:5,21 226:9 228:5 234:16,20
**materials** 26:21 55:22 69:8 82:8 310:13
**maternity** 69:22 89:1,2 174:24 175:8 176:13 178:17 186:20 187:3 213:15
**matter** 8:11 117:23 148:11 157:6,14 167:21
**matters** 7:3
**Mayfair** 23:1
**Mays** 20:18,21 21:18 22:3,19
**McMahon** 54:17
**mean** 14:22 53:7 54:22 56:21 59:21 60:20 62:2 64:8 66:9 70:18 72:15 73:7 77:2 83:6 87:18 93:23 96:5 96:6 97:1 101:23 103:1 107:16 111:14 113:14 118:18 120:16 121:20,20 138:20 144:16 147:10 150:16 151:7 153:16 190:12 198:21 231:3,4 237:16 247:21 250:11 259:12 261:18 290:14 307:18 309:13
**meaning** 37:3,5 62:4 92:13,15 116:3 118:24 153:17 220:11 232:17
**means** 14:23 60:21 70:20 85:23 101:2 101:24 103:2 107:17 116:11 119:10,12,13 121:23 216:21 220:3 261:16,19 268:4
**meet** 14:6 16:10 31:5 106:11 145:24
**meeting** 45:15,16 45:16,22,24 48:6 48:7 52:6 67:19 75:5,14 76:8,15 77:17 82:10 93:5 93:10,24 113:20 113:21 141:9,13 141:22 149:14,15 149:15,16,21 163:16 164:15,20 165:4 166:11 187:24 188:10,12 189:18,20 190:1,2 190:7 194:17 195:6 197:2 201:2 201:8,11,18 202:4 202:19 203:23 204:6,11 206:4,19 207:20,23 208:1,8 227:8,11 249:1,4 249:11,15,20 287:11,14,15,17 287:19,21,22,24 306:5,12,15,18,20 306:23 307:2,5,13 307:14,19,20,22 308:4,6 309:4,5,8
**meetings** 48:2 78:17 81:23 141:18 151:5,10 151:14,17,22 152:2 187:9,13 287:10 298:9,11 298:12,15,19 310:6
**member** 214:24
**memo** 149:14
**memorandum** 92:5 244:3 296:9,10
**memorializing** 209:2
**mention** 22:19 135:3
**mentioned** 22:7 65:1 82:1 92:4 135:1 143:20 289:4
**Merritt** 141:20
**met** 129:17 306:16 307:20,21,24
**methodology** 25:15
**MHRA** 98:6,11,12 98:17,20 99:1
**Michigan** 189:12 189:14
**middle** 93:4 224:9 299:6
**midway** 283:13
**mid-March** 173:13
**mid-May** 174:13
**Mike** 270:8
**million** 104:17 223:7
**mine** 94:8 232:9
**Mintz** 275:20 283:10 284:7
**minutes** 79:16,18 80:1,4 91:18 201:12 248:21 297:14 310:16
**MIO** 89:21,23 90:3 90:5,9,19 127:17 127:18 135:10,20 136:8,11,13 269:20 276:21,22 276:22,23 282:23 283:3,3,6,7
**mischaracterizes** 309:19
**misreading** 219:6
**missing** 103:18,19 154:18,19 259:2,6 259:7,14,21,23 260:1,15 261:4,7 261:11,13,15,16 261:19 262:7,16 262:18,19 266:15 278:13,21 283:23
**mission** 71:23
**misspoke** 211:21
**misstatements** 191:6,9
**misstates** 21:7 34:10 35:17,17 72:20 87:2 119:6 131:3,19 132:15 133:20 139:22 155:17 156:11 158:13 159:2 163:22,23 168:9 185:18 197:9 206:12 207:2,10 220:17 233:2 234:2,23 238:1,13 239:19 242:7 245:11 254:12 276:14 287:6 291:2 292:15
**mistaken** 154:22
**misunderstand** 118:1
**mitigated** 107:18 296:13
**mix** 192:12
**mixed** 67:5,6
**mm-hmm** 20:22 25:22,23,24 28:1 40:23 56:19,20 61:9 63:5 67:21 89:4 185:23 224:8 238:8 247:11,16 247:20
**moment** 21:4 153:11 169:4 193:23 246:21,24 257:22 275:22 288:14
**moments** 134:23 135:14
**money** 116:10,24 133:5,9 134:6 223:14 231:13,14 244:11
**monies** 241:3
**monitor** 36:23 37:2 37:7 142:23
**monitoring** 142:19 142:20 143:11 158:6
**monitors** 73:9
**Monterey** 121:16 183:8,11 184:5,9 184:14,21
**month** 29:13 90:20 144:6 205:12,22 243:13 269:20 296:5
**months** 144:24 145:2 147:21 157:24 161:15 163:20 164:6 165:23 172:23 174:16 194:23 196:5,5,5 208:11 232:11 233:17,24 237:17 238:12,17 239:1,5,9,17 240:9 241:5,9,17 247:15,18
**morning** 24:21 136:14 162:10
**mortgage** 37:1 104:19 116:12 149:24 228:7
**move** 6:5,11 59:24 92:16 288:23
**moved** 62:11,13