**separate** 34:22 199:6
**September** 66:20 66:23 67:2,3,8,8 70:1 99:11 144:6 144:19 146:23 155:14 156:8,20 176:2,4,5,6 179:11 182:22 183:10,19 184:21 215:10 216:5 225:17 226:6 243:15 244:15
**sequence** 175:5
**serve** 72:16
**served** 13:10 15:6 25:9
**service** 14:13 76:16 77:7,8 93:14 94:4 139:3
**serviced** 18:12
**Services** 13:2,4
**set** 25:17 55:24 200:21 306:12
**seven** 78:15 196:5
**severity** 267:9
**shake** 29:3
**share** 275:22
**Shawn** 275:20 284:7
**sheet** 212:19 217:21
**She'll** 234:5
**short** 48:20 84:23 108:14 114:20 128:13 135:15 136:20 147:12,23 150:2 169:5 188:3 194:1 213:6 214:11 247:7 255:1 257:12,23 297:15
**shorten** 238:11 239:1
**shorter** 161:14
**shorthand** 311:12
**shortly** 52:7 70:13 175:7 197:1
**short-term** 154:20 160:13,21 238:18
**show** 38:8 40:11 99:21 108:9 114:11 134:8,20 152:15 167:24 180:1 182:19 187:21 221:3 223:24 254:22 274:13,14 275:18 279:5 281:18 297:21
**showcased** 142:4
**showed** 55:18 100:7 109:23 134:18 160:22
**shower** 39:6,21 74:13
**showing** 135:3 139:17 156:14 172:8 212:10,13 219:4 263:16
**shown** 56:11 104:22 109:11 221:6 240:18 277:5
**shows** 97:3 219:16
**side** 8:8 199:16 200:12,20 216:19
**sides** 200:13
**sign** 181:3 226:14 230:9 235:13 278:13,17
**signatories** 138:6
**signatory** 148:20 148:23,24
**signature** 103:20 140:11 171:23 211:18,20,24 225:11 248:8 278:2,9,10,23 279:2 310:20 311:20 312:4
**signatures** 155:10 171:19 224:20,23 224:24 278:3,5
**signed** 87:10 103:21 137:23 139:7 140:6 155:8 181:7,9 203:8,19 211:2,15 223:1 225:10 226:9 227:8,12,21 228:3 228:13,14 235:9 236:7 243:3 279:5 298:4
**significance** 289:5
**significant** 37:16 45:18 151:10 173:22 267:23
**signing** 139:9
**signs** 140:9 148:17 181:14
**sign-offs** 138:3
**simply** 101:10 273:15 279:12
**single** 56:4
**Single-family** 14:1
**sir** 10:7,8
**site** 141:16,23 142:11 143:1 144:4 198:6 245:20 271:12,14 274:20
**situation** 34:3 202:4 300:9
**six** 78:15 150:17,17 196:5 279:18
**size** 60:24 61:1,1
**skipped** 194:9
**small** 27:20 268:9 268:12,17
**smaller** 19:22 265:5 266:19
**smoke** 110:2 266:21
**smoothly** 71:24
**Social** 124:6
**Solely** 18:3
**solid** 277:8
**solve** 71:3
**somebody** 76:2 113:19 120:7 124:23 148:22 150:23 191:2 240:5 256:11 295:1
**somebody's** 200:21 216:22
**sorry** 27:4 33:15 42:16 87:22 101:10 104:24 144:3 150:15 151:8 182:24 193:23 212:13 230:11 246:17 247:22 257:21 259:19
**sort** 44:24 54:2 92:5 160:19 209:4 258:16 290:5
**sought** 117:15
**sound** 76:24
**sounds** 81:13
**source** 230:13
**South** 1:16 7:3,17 9:3,4 20:2 26:3,5 27:4,18 28:3,12 31:8 32:7,15,17 32:24 33:3,5,8,12 33:24 34:6,19 35:21 36:12,17 40:4,15,24 42:6 42:13 43:9,22 49:8 53:9,11,15 53:18 55:9 57:8 59:18 66:3 69:20 70:9,14 73:24 74:6,20,24 75:4,6 75:16,19,20 76:17 78:7,18 79:4,12 80:8,15,20 81:1,5 82:17,20,24 83:4 83:7 84:5 89:17 89:18,21 90:3,24 91:5,13 92:16 93:22 95:6,12 97:24 99:7 102:10 105:22 107:3 111:8,20 112:3,22 115:7 116:18 117:4,15 121:6,13 122:6,12,23 124:19 125:10,16 126:2,2,15 130:24 131:17 132:11,13 135:20 140:16,21 141:10,23 142:2,3 142:18 143:11,15 144:8,9 145:5 146:3 147:9 148:3 149:5 151:13 153:4 156:19 157:19 165:24 166:17 167:9,21 167:23 168:3,19 180:22 183:8,10 186:21 187:11 189:21,23 190:8 190:11 192:13 198:5 201:4 209:13 215:19 216:7 218:15,23 223:15 226:19 230:18 236:2,21 237:22 238:10 240:13 243:24 246:10 248:23,24 249:19 250:1 251:13 252:6,12 253:10 273:13 275:20 277:2 282:19 286:7,17 292:24 293:4,9 294:8 295:16 296:22 298:10,21 299:10 306:6

308:8,12 309:12
309:16 310:2
**speak** 29:7 30:7
**speaking** 200:2,8 209:11
**specialist** 13:19 14:8,12 17:13,22 33:8 34:21 36:24
**specific** 14:20 39:3 41:1,3,15 42:2 44:23 45:14 63:16 74:2 83:6 156:2 186:8 307:1
**specifically** 5:11 66:13 101:20 103:8 109:1 135:21 204:9
**speculation** 285:15
**spell** 8:5
**spend** 132:22 133:1 133:9
**spent** 116:24 133:5 279:20
**spoke** 7:11 29:8,24 32:3 83:14 137:8
**spoken** 29:5,16,20 30:9,11 31:3 32:6 215:18
**spring** 20:15 287:1 293:5,10,13 294:5 294:9 295:15 310:2
**staff** 142:10 148:7 149:7 150:23 188:15,16,17,17 189:4,9 194:11 198:5,5 214:24 222:5,22 289:7
**staged** 160:19 219:17
**stages** 144:15,18 147:1,4,7,11,23 150:2 155:1,4,5 155:22 156:22,23 219:18
**staging** 156:24
**stairs** 128:24 193:16
**stamp** 57:1 100:20
**stamped** 56:16
**standards** 16:10 158:18
**stands** 222:16,18
**start** 81:16 150:11 171:24,24 231:13 284:3
**started** 17:11 204:14 249:5 252:2 279:17 286:20 290:19
**starting** 284:2
**starts** 55:16 164:11
**state** 4:13 100:15 142:11 283:17 288:18 296:17 305:16 311:1
**stated** 165:6 186:5 208:7 212:22
**statement** 36:6 45:6 50:23 56:14 57:8,10 59:3,24 60:1,4 62:5 63:10 124:24 130:4 154:14 160:9 162:19 163:11 203:6,22 206:5,11 206:18,21 254:6 282:22
**statements** 24:5,19 92:2 151:18 160:24
**Statement/Probl...** 65:6
**Statement/Project** 44:15,21 48:5 51:21 57:18 69:10
**states** 1:2,7,13 142:8 273:15 274:10 311:23 313:1,6
**stating** 279:12
**status** 83:22 128:12 150:8 220:3,9 221:3,7 277:4,5 300:23
**stenographer** 311:14
**step** 171:13
**steps** 97:10,11,13
**stop** 200:1 202:15 203:13
**stopped** 231:14
**stove** 303:13 304:6
**stoves** 267:5 303:5 303:7 304:5
**street** 1:16 2:4,9 6:1
**stretched** 91:19
**strike** 43:7 46:14 147:8 221:1 246:13 294:7
**studies** 200:16
**study** 200:17
**stuff** 67:5 70:12 81:12 88:12 150:4 217:23 222:1
**subject** 11:7 105:22 131:14 187:4 206:10 238:19 308:6
**submit** 102:12 106:10 119:20 150:5 171:15,17 198:22 216:3 256:13
**submitted** 97:6 158:17 199:3 202:21 210:10,16 213:2 244:11 282:3 283:4 311:21
**subpoena** 5:20
**subscribe** 313:12
**SUBSCRIBED** 313:20
**subsequent** 86:16 141:17 153:9,14 153:16,20,22,24 154:8 274:18
**subsequently** 64:9 195:12
**subsidy** 37:3,6,7,15
**substantial** 105:4 139:7 279:20
**substantially** 19:22
**substantiate** 105:18
**substantiates** 279:2
**substantive** 117:23 206:10
**Subsystem** 222:17
**subtraction** 170:12
**succeed** 71:18
**succeeding** 71:19
**success** 72:17
**successful** 35:13
**suggest** 6:5,11 195:3 274:5
**suggested** 196:19 285:13,22
**suggesting** 101:7
**suggestion** 196:14 196:22
**suggestions** 83:18
**suggests** 278:12
**Suite** 2:4
**summarize** 12:17 12:20
**Summary** 264:12 264:16
**summer** 178:18,22 179:10 194:23
**Sunday** 271:19
**superior** 90:23 91:4 91:5
**superiors** 243:7
**supervisor** 54:21 95:21 106:5 117:24 120:10 171:16,17 176:19
203:24 221:22 229:12
**supervisors** 54:14 173:8
**support** 286:9
**supposed** 94:15,17 109:18 142:20,22 152:7,11,13 265:10 269:6,10 269:14,19 271:17 283:4 290:23 295:1 310:3
**supposedly** 285:2
**supposing** 97:2
**sure** 14:24 16:1,7 16:10 32:23 37:11 37:12 43:12 71:14 72:10 88:14 92:11 94:19 107:18,18 131:8 134:16 141:2 146:2 147:20 148:21 154:22 166:6,13 166:15 176:18 184:16 197:6 198:8 201:13,14 208:21,24 254:8 262:17 275:8 280:10,14 288:16 289:15 294:1,3 307:7 310:17
**surprise** 112:7 252:5 253:12,13 253:19
**survey** 269:14
**suspension** 292:21
**suspensions** 291:11
**suspicion** 101:2
**swear** 4:6
**sworn** 4:7,10 160:5 311:10 313:20
**system** 48:1 50:1,12 50:13 51:10,11 52:1,5 58:21 60:22 62:8 107:12

107:12 118:22
119:16,16 121:1
122:19 123:6,13
123:23 124:11
130:7 132:14
151:1 164:21
216:13 219:24
220:5 221:14,17
221:18,19 222:11
222:20 253:8,9
255:9 271:1 292:5
**systemic** 264:2,21
264:24 265:10,16
266:14 303:11
**systems** 17:1,2
123:20,22 255:19
264:10
**system's** 37:13

T

**T** 2:13 3:6
**tags** 260:15
**take** 11:11 14:14
40:1 41:10 49:20
50:21 75:8 79:16
81:10 85:21 91:19
114:18 134:23
135:13 136:16
140:10 149:13,19
153:10 157:14,16
169:3,4 180:6
181:20 190:3
193:3 201:11
207:18 208:1,3
252:18 260:3
268:20 297:13
298:13,16
**taken** 1:10 4:4
38:12 46:3,18
56:2 109:13 110:5
131:17 132:13
143:15 163:20
258:10,14,17
260:2 275:7 280:4
296:7 311:5,12
**takes** 11:3 39:11
47:1
**talk** 31:22 106:2
117:18 161:20
234:4,20
**talked** 28:16 31:7
91:12 125:9,12,14
125:22 127:18
162:7,12 294:1
**talking** 91:7 109:3
141:16 146:21
148:9 160:11
194:17 197:5
208:11,12 230:11
253:1 262:22
277:1 279:10
295:7 303:16
309:23
**talks** 163:15 164:15
228:24 300:20
**tampering** 204:22
**tasked** 94:3
**Taylor** 215:7,8,19
222:7
**team** 78:23 79:2,8
79:10,11 80:8,11
80:13,20 85:10,13
86:1,2,3,7,22 87:5
88:17,23 89:6
136:15,22 137:2,8
137:24 138:2,14
139:3,4,6,9,16
142:18
**tell** 23:4,6 36:22
57:5 58:7 64:18
65:2 87:20 88:4,6
92:15 97:13
102:23 103:7
104:4 106:15
114:16 126:13
153:3 167:6 169:2
180:7,24 204:14
214:4 215:12
219:14 220:3
224:1 236:23
241:1 252:7
254:23 268:4
280:15 309:8
**telling** 41:5 74:10
126:10 204:19
220:14
**tells** 38:21,22 98:21
272:19
**tenant** 14:14,16,17
14:18,21 15:3
16:4,5,6 27:3,3
35:3,4 37:10,12
37:17,20,22,24
38:6,10,18,18,20
38:21,21,22 39:5
39:18 60:15,18
75:18 76:16 77:7
77:8 129:1,3
143:2 192:12
277:14,18 278:12
278:15,17,17
**tenants** 16:8 35:2
38:1 39:2 41:24
60:23 61:5 72:1
72:10 76:22 278:3
278:5
**tenant's** 278:2,8,10
278:22 279:1
**tendered** 48:15
100:2 108:13
114:14 134:11
136:19 140:12
152:18 167:3
172:6 180:8
182:17 187:19
188:2 212:8
213:21 223:22
236:17 246:7
254:20 257:3
275:16 281:16
288:6 297:19
306:1
**term** 111:5 119:14
141:5,6 156:2
224:15 237:15
238:11 242:6
**terminology** 144:14
**terms** 77:3 137:15
147:12,23 150:2
158:7,7 224:17
227:19 232:5
245:15
**Terrace** 1:3 185:10
297:24 313:2
**terrible** 32:11,16
205:10
**Tessler** 202:1 225:3
228:4,6 234:16,20
235:7,8
**testified** 4:10 160:5
160:6
**testify** 4:20 5:12
9:3 265:22
**testifying** 23:16
**testimony** 21:8
35:17 63:6 72:21
87:3 119:7 131:3
131:20 132:16
133:21 155:18
156:12 158:14
159:3 163:23
168:10 185:18
197:10 200:10
206:13 207:3,11
220:18 233:3
234:2,24 238:2,14
239:19 242:8
245:12 254:12
276:14 287:6
291:2 292:16
**text** 57:13,14 62:16
63:13 67:17 68:12
164:14 165:3
283:9 290:22
299:18
**Thank** 17:17 159:7
167:12 247:6
297:9
**They'd** 14:6
**thing** 31:20 35:15
63:1 74:10 114:1
258:3 261:24
**things** 17:2 34:24
45:17 122:2 144:5
162:7 166:16
178:3 186:19
190:4 191:12
197:22 258:2
**think** 14:9 21:5
29:2 40:14,20
57:17 63:17 74:15
75:17 76:4,21
80:18 91:20 98:10
101:1,9 105:19
127:7 128:14
135:19,21 136:6,9
144:11 163:12
164:18 165:12
167:17 169:17
184:4 189:6,15
207:7 215:23
248:20 249:17
255:16,21 257:10
304:8
**thinking** 160:14
**third** 129:23
183:24 259:16
264:20 278:20
**Thirty** 19:9
**Thomas** 1:10 3:3,7
4:1,4,8,14,15,18
4:24 5:8 6:2,10,13
8:21 10:11 11:18
17:14 21:19 23:3
23:17 34:10 35:17
48:11,18 49:6,22
55:21 56:11 57:6
68:8,22 79:24
82:2 99:17,18,21
99:22 101:13
103:4,11 108:22
109:5 114:4,5,11
134:16,22 135:12
141:20 142:11
153:10 154:23

160:3 161:23
162:14 166:24
167:1,5,6 169:1,3
170:24 172:3,4,8
172:8 179:14,21
179:22 180:1,2
182:15,20,23
187:16,17,21,22
193:24 194:3
203:10,15 205:15
205:17 206:2
212:5,6,13,14
213:18,19,23
214:8,15 217:7
223:19,20,24
224:6 236:13,15
236:19 246:4,5,9
246:11 247:3
249:7 254:17,18
254:22,22 257:1,7
257:8 258:1
273:20 275:13,14
275:18,19 279:19
281:5,13,14,18,19
283:18 285:8
288:2,4,7,8,20
289:19 297:17,21
297:22 302:24
304:14,15 305:16
305:23 306:3
313:9,18

**thought** 44:8 46:7 55:13 117:21 127:17 132:1 167:15 184:3,7 191:12 211:14 238:23

**three** 10:1 22:7 23:11 27:20 54:12 62:20 114:13,16 144:24 145:2 147:21 157:24 161:15 169:13,19 169:22 170:5 193:2 194:9 210:3 210:23 211:6,23 224:16 227:18 232:4,11 233:16 233:24 237:16,17 238:11,17 239:1,5 239:9,17 240:9 241:4,9,17 246:19 247:15,18 266:14

**three-month** 154:16,17 237:24

**three-year** 67:7

**throw** 47:21

**ticket** 108:20

**till** 21:20 69:24 150:2 244:13 253:4

**time** 5:18 6:6,7 7:11 17:11,23 30:9 31:5 34:16 34:23 36:24 54:15 58:17 69:13,14,23 74:23 75:1,24 81:1,3,5 82:12,15 84:13 85:1,9 86:9 86:10,14,17 91:2 91:20 92:24 94:13 95:15 98:6,7 107:24 110:5 111:24 114:18 117:15 125:17 127:11,19 128:1 128:13 132:8,9,10 135:7 144:5 145:3 145:17 149:24 150:9 151:2 161:8 169:4 173:16 179:17 184:24 185:3 197:14 198:6,9 210:17 231:9 233:6,15 244:14 253:23 255:17,18,20 268:22 269:3 271:20 276:7 277:17,17,20,20 279:21 280:4,6 282:1,12 286:23 293:15 306:24 307:24 308:3 310:9 311:7,18 313:11

**times** 23:11 56:4 70:10 128:18 129:8 140:15 185:14,15 186:6 200:2

**timing** 66:1 163:1

**title** 19:2 30:5 51:14,15 80:18 96:9 98:15 215:10 228:8 266:2 292:4

**titles** 34:23

**today** 4:19 29:8,10 29:19 30:8,14 31:13,14 48:10 49:14 111:24 123:6 126:14 135:19 137:3 279:21

**today's** 24:23 137:6

**toilet** 38:10,14

**told** 34:14 60:6 62:10 74:8 80:7 90:2 92:12 93:11 106:13 130:10 134:19 135:19 143:8 163:10 167:13 168:15 184:3,5 206:8 215:23 232:10,21 233:16,19,23 240:5,8 243:14,22 250:19 276:4 280:10 281:7 301:4 308:18

**tomorrow** 6:9 234:4

**tomorrow's** 183:1

**top** 21:1,3 22:5 60:9 68:5 78:20 99:23 163:1 190:6 199:18 278:22 283:19

**topic** 7:14 187:13

**topics** 190:1 201:1 201:20,22

**total** 263:16 266:5 282:10

**totality** 31:1 49:7 49:20

**tour** 140:21 141:9 141:23

**Towers** 23:22 57:8 75:16

**TRAC** 60:18

**track** 48:2 147:18 222:3

**tracking** 45:17

**TRACs** 60:13,17 60:17 61:6,12 214:3 220:8 221:19 222:23

**Tracy** 76:3,4

**trade** 16:22

**traffic** 108:20

**trained** 17:6

**training** 15:16 16:19,22 17:6,20 143:15 167:23

**trainings** 15:18,19

**transcript** 11:10 313:10,14

**transitioned** 276:5

**transmit** 61:2

**transmitting** 173:6

**trash** 259:18

**trial** 5:18

**tried** 193:2

**troubled** 45:11 133:17

**true** 36:6 55:2 87:1 87:5,7 125:1 131:6 191:1 311:15 313:13

**truth** 204:14,19

**try** 34:2,6 35:8 71:3 105:10 133:6

**trying** 72:17 75:18 94:3 101:10 131:12 134:7 155:24 162:24 200:10,11 303:22

**turn** 66:17 129:23 209:24 216:2 282:14

**turned** 85:8 216:8 221:21 292:4

**turning** 61:17

**turns** 221:22

**twice** 167:13 198:17

**two** 34:22 37:23 44:17 52:20 66:18 73:4 90:20 91:4 126:14 140:10 166:4,5 172:23 174:16 192:21 195:3,20 198:18 223:6 229:12 258:2,7 297:14 303:18 304:15 310:16

**type** 37:1 45:8,10 45:17 50:19,24 51:7,21 53:5 77:13 153:5,7 190:13 196:17

**typed** 100:15

**types** 150:20

**typically** 45:2,6,8 45:20,23 46:3 150:7

**typing** 13:9

**typographical** 63:22

**typos** 63:15,21

**U**

**ultimately** 42:13

**unable** 284:22

**unclear** 23:18
**uncomfortable** 170:18,21
**undersigned** 311:14 312:1
**understand** 11:13 72:15 93:23 97:1 104:24 116:14 130:10 155:24 162:24 170:16,17 204:13,21 205:21 208:13 220:21
**understood** 116:14 202:20
**undertaken** 284:15 284:17,18
**unfold** 152:8
**unhelpfully** 280:3
**Unh-uh** 252:1
**uninsured** 15:12
**unit** 16:12 38:7 261:1,10,13,15 278:20,21,21 300:21,24 301:9 302:10
**United** 1:2,7,13 311:23 313:1,6
**units** 16:9,13 38:2 41:24 110:12 168:16,19,21 169:23 177:22 205:22 219:19 264:3 265:2,18
**unoccupied** 169:9
**unsanitary** 302:22
**unsatisfactory** 102:20
**unsubstantiated** 102:20
**untrue** 44:4 191:12
**update** 59:20,21 61:24 62:2 66:11
**updated** 64:13 67:4
**updates** 64:7
**updating** 65:24
66:6
**upper** 55:14 109:6 172:16 214:21 232:16,17 239:22 248:12 263:12 270:7 290:8
**upstairs** 86:9
**up-to-date** 59:13
**Urban** 2:12 5:17 59:4 305:19
**use** 47:16 50:7 52:22 96:13 99:3 99:14 212:19 222:19 268:6
**usually** 38:18 40:5 40:21 52:9 168:16 168:18,20 293:11
**U.S** 2:8,12 305:19

V

**V** 2:4
**vague** 71:8 72:2 112:12 117:7 133:21 159:2 191:21 248:2 260:5 262:3 270:21
**valid** 156:19 224:24
**vandalism** 33:21 34:8 35:6
**vantage** 117:3
**varied** 18:22 36:21
**varies** 45:10
**variety** 56:3,3
**various** 20:24 46:17 64:17 70:10 94:4 110:8 139:18 186:21
**verifications** 37:11
**verify** 186:13
**Veronica** 9:10 54:20 55:3,17 66:10 90:23 91:5 92:14 149:9 151:22 158:21
173:9 227:1 229:14,22 233:23 234:14 250:7 280:21 281:20 306:4,5
**version** 58:4 174:22
**Victor** 215:7,8 222:7
**view** 58:22 77:11 112:18 139:6,8 158:8 258:9
**views** 83:22 84:4
**violates** 119:24
**violation** 118:17 124:15 184:24 185:1
**violations** 126:20 185:3 198:9
**visit** 141:16,23 142:11 144:4 195:22
**visited** 142:2
**visits** 143:2 178:14 178:16
**volume** 27:17
**volunteered** 168:2
**voucher** 14:15
**vs** 1:6 313:5
**VT** 215:5,6
**vulnerable** 192:3

W

**Wacker** 192:13
**wait** 21:20 164:4,5 165:22
**waiting** 38:24 158:4
**waived** 311:21
**walk** 128:24
**walking** 193:16
**walls** 39:6 300:22 300:24 301:10 304:3
**Walter** 54:16
**want** 11:10 23:12 28:19 30:17 32:22 46:23 58:23 71:17 72:13 91:21 108:24 118:20 130:23 132:21 140:10 146:2 161:23 162:3 167:24 190:20 217:2 234:4 240:2 242:11 244:2 265:14 279:14 288:18 305:16
**wanted** 131:8 132:12 208:1 273:22 307:3
**wants** 59:1
**warnings** 205:6
**Washington** 2:9 15:20 58:22,23 73:5 92:4 140:18 142:4 251:18
**wasn't** 22:14 38:10 49:16 85:5 118:3 141:21 142:14 172:22 174:18 183:18 184:18 205:15 207:21 280:10 290:9 301:13,16,22
**watch** 288:19
**water** 39:20 196:9
**way** 63:13,19 78:11 78:13 150:3 188:22 209:22 219:13 220:24 240:2 241:5 248:7 264:20
**ways** 294:8
**wear** 192:9
**website** 273:22
**week** 52:20
**weeks** 29:13 52:20 141:8
**WEISS** 2:3
**welcome** 11:12
**Wellons** 2:8 4:18 4:24 5:10 6:2,5,9 6:19 7:24 8:21 9:13,20 10:5,8,13 10:22 11:1,13 17:14 20:13 21:7 21:19 23:3,8,10 23:15 28:18 29:18 30:15 32:18 34:9 35:16,23 43:13,24 49:2,10 68:7,22 71:8 72:2,20 79:15,21 80:5 82:2 87:2 91:20 100:14,19,23 101:10 103:4 105:12 108:22 109:14 110:17 112:12 114:7,18 117:7 119:6 122:7 130:15 131:2,19 132:15 133:20 134:22 135:12 139:10,21 142:7 153:10 155:17 156:11 158:13 159:2 161:3,23 162:14 163:22 165:5,15 168:9 169:3 170:7,14,19 174:1 175:12 179:2 181:11 185:17 186:5 191:4,7,20 192:5 192:15 193:23 197:9 199:24 200:6 202:15 203:13 204:17 205:1,8,16 206:12 207:2,10 209:5 210:12 211:4,8 212:17,22 214:8 217:5 219:1,8 220:17 223:8 226:3 230:4,20

231:19 233:2
234:1,23 236:9,24
238:1,13 239:18
242:7 245:11
246:17,23 247:3,6
248:2 249:7
254:11 257:21
260:5 262:3 263:2
267:24 268:13
270:21 273:1,4,14
274:9 275:9
276:13 279:6,11
279:16,24 283:17
284:8 285:14
286:1 287:5 288:7
288:18 289:11
291:1,16,24
292:15 293:19
294:11 295:8,17
296:17 297:2,7,9
299:8,12 301:19
302:15 304:20
305:15 307:10
308:20,23 309:18
310:15,19
**went** 15:19 27:11
39:17 42:8 56:1
57:17 85:9 129:8
140:15,21,24
168:3 169:13,22
172:21 174:8,13
174:15,21,22
175:7,9,15 177:22
179:18 184:15,17
195:1 224:3
233:10,14 274:20
290:6 296:7 299:4
300:17 301:16
303:5
**weren't** 89:2
109:22 110:5
132:24 133:9
178:18 286:13
**West** 1:16 2:4,14
5:7 192:13
**we'll** 80:4 186:13
288:19 297:13
**we're** 45:12 57:6
58:3,13 64:18
65:12 85:21 148:9
168:6 183:17
194:17 236:9
279:18 310:20
**we've** 30:11 77:8
146:2 165:13
186:5,6,12 201:7
223:6 227:5,17
262:21
**window** 302:9
304:7,7
**windows** 301:22
304:4
**wish** 4:24 5:4
**witness** 3:2 4:6,7,9
5:2,20 6:4 8:23
20:14 21:10 23:6
23:20 28:23 30:22
32:21 34:12 35:24
44:2 48:15,21
69:4 71:10 72:4
72:23 80:2 84:24
100:2,3 101:7
105:15 108:13,15
109:17 110:18,20
112:14 114:14,21
117:9 122:8
130:18 131:5
132:18 133:23
134:11,12,24
136:19 139:13
140:1,12,13
152:18 153:13
155:20 156:13
158:16 159:5
160:4,8 161:6
162:5 164:1 165:5
165:8,18 167:3
168:12 169:6
170:8,20 172:6
174:4 175:14
179:5 180:8,9
181:13 182:17
187:19 188:2,4
191:8,23 192:7,16
197:12 200:1,4,8
200:10,11,14
202:16,18 203:14
203:16,17 204:18
205:3,9,18 206:15
207:4,12 209:8
210:15 211:11
212:8 213:7,21
214:10,12 217:5,8
219:1,8 220:20
223:11,22 230:7
230:23 231:22
233:5 234:3 235:2
236:17 238:16
239:21 242:10
245:13 246:7
247:5 248:4 249:9
254:14,20 255:2
257:3,4,13 260:7
263:5 268:2,14
270:23 273:6
274:12 275:16
276:16 281:16
285:17 286:4
287:8 288:6
289:14 291:4,18
292:2,18 293:22
294:14 295:20
297:11,19 299:15
302:16,18 306:1
309:22 310:9,12
311:5,10,18,20
312:4
**woman** 80:21
**wondering** 44:9
**word** 79:23 85:22
144:12 262:17,20
**words** 198:18
**work** 11:8 12:18,20
13:3 23:13 35:8
44:11,20 45:14
70:23 72:24 73:24
74:5,20 78:23
81:17 84:1,3
106:9 113:12
118:14 133:14,15
179:9 185:5
192:10,17 198:16
198:16,16,19,20
198:20,23 222:7,8
268:8 277:4 279:4
279:5 282:23
283:2,7 284:20,22
285:10 286:14
292:23 303:13
307:16 309:11,15
**worked** 13:13 34:4
71:2 80:12,19
214:24 215:1
**working** 12:22
18:14 25:18 36:9
38:10 39:21 45:1
69:20 73:2 81:1
129:1,3 143:13,17
194:7,8 195:11,19
195:24 295:5
**works** 5:16 77:20
79:1 228:7
**wouldn't** 124:21
198:23 251:10
278:17 292:20
**write** 151:11
171:15 191:11
208:16 229:7
231:2 240:8
247:15
**writes** 228:17,21
**writing** 115:22
124:23 190:24
196:11
**written** 39:15 84:1
84:3 92:9,11 93:7
94:10,11,14 109:5
154:10 172:12
198:11 243:3
273:17 291:12
**wrong** 62:4 64:2
144:11 161:16
202:3 203:9
220:16 222:2
235:9,10
**wrote** 39:15,16
128:6 173:5 195:6
196:1 198:12
229:24 236:4
239:5 241:17
273:12 296:9,10

X

**X** 3:1,6

Y

**yeah** 20:20 21:18
22:9 40:2 51:18
64:3 76:1 134:21
138:24 162:7
175:24 231:8
259:5 270:3
271:11 283:22
286:21 302:14
307:18 308:8
**year** 11:24 12:15
22:18 23:13 26:13
26:14 32:1,3
39:17 40:17,21
41:8,9 42:20,21
47:23 68:20,20,21
69:11 75:1 89:3
99:2,12 102:17,19
102:23 103:2,12
104:1,8,18 128:23
129:6 138:17
144:7,13 146:24
147:2,4,22 153:17
153:18,21,21
154:24 155:2
156:20,23 160:23
161:11,15 165:23
166:10 168:7
193:6,7,11 202:23
210:18 225:23
226:5 235:16,17

235:21 237:17
241:5,9,18
**years** 9:12 13:3,13
15:7 19:22 33:10
34:14 43:8 47:19
50:2 54:12 69:11
77:15 78:15
126:14 148:10
166:4,5 168:5
192:3 228:11
237:16
**yesterday** 49:6
55:18,20 108:9
136:18 276:4
**yesterday's** 134:9
152:16

Z

**Zale** 140:7 141:18
**Zinno** 140:23
141:18

$

**$120,000** 103:12
**$2,513,000** 215:14
225:20 226:12
**$60,000** 105:7
**$770,000** 111:21
112:4,17,22 137:9

0

**0.4** 110:21,23
**01** 241:22 243:20
290:15 292:9
**03-2209C** 1:6 313:5
**0836** 110:18

1

**1** 3:8 4:1 48:12 49:7
49:23 55:21 101:8
170:2 225:15
237:15 258:4,23
263:13 265:8,12
265:13 267:10,19
278:6,7 304:22
313:12
**1st** 68:6 144:22
146:12 156:20
164:16,20 165:3
226:5
**1:00** 91:22
**1:15** 91:22
**10** 3:12 40:5 134:10
135:5 136:1,9
168:16 170:2
213:18,20,24
214:7,16 216:11
241:22 243:20
**10th** 60:10
**10/1/2000** 220:6
**10/1/99** 154:11
**10/14/1997** 219:22
**10:00** 279:17
**10:13** 1:17
**100** 196:13,24
197:17
**1007** 278:21
**1024** 243:18
**109997** 305:21
**11** 3:13 136:17
223:19,21 224:1,7
238:7 239:4
**11th** 218:3 220:9
220:12
**11/17/99** 163:6,7
**1100** 2:9
**1101** 48:13
**1127** 48:13
**1143**:9
**12** 3:13 18:7,8
159:11 236:14,16
237:3 240:19,21
241:14 242:1
310:24
**12th** 1:17 306:6,13
308:1
**120,000** 104:10
**1201** 261:1,2
**13** 3:14 246:4,6,11
**13th** 43:5 56:17
65:16 287:15,16
**1305** 261:7
**14** 3:14 254:17,19
254:23 263:14
265:9 269:13
**14th** 172:22
**15** 3:15 256:22
257:2,8,18 258:20
262:22 270:2
272:20 273:3,9
304:15
**15th** 290:15 292:9
**15-year** 13:16
**16** 3:15 12:23
275:13,15,19
276:12 277:7
278:4,8 280:8
281:6 284:3,4,5
**16th** 225:3 227:12
**167** 3:9
**17** 3:16 141:16
281:13,15,19
288:8
**17th** 68:3 163:8,13
163:19
**172** 3:10
**179** 3:10
**18** 3:16 288:3,5
289:20 292:11,14
299:7
**18th** 187:24 188:10
195:4,12 197:2
201:2 203:23
206:4 207:20
208:12 209:12
225:2 227:9,11
228:4 249:21
**182** 3:11
**187** 3:11
**1894** 213:4
**19** 3:17 297:18,22
299:19,22 300:16
302:5 303:3,24
304:18 305:3
**19th** 68:2
**1983** 13:5
**1989** 13:5,14
**1990** 17:21
**1991** 99:24
**1992** 133:14
**1996** 15:5 17:12
43:10
**1998** 33:4 35:14
36:4,9,14,18
37:17 38:17 40:6
53:12 67:3,8,8
78:19,23 79:13
80:9,15,20 81:2
82:15 84:6 154:6
**1999** 19:11 20:1,4
21:6,14,24 22:16
67:11,14,19,23
68:1,5,6,13,17
73:23,24 74:6,16
74:20 75:3 77:18
83:1 89:23 90:4,9
90:19,24 91:2
93:5 99:7,11
101:4,14 102:19
107:3 108:1,11,12
110:16 111:8,19
112:5,23 114:24
116:17 121:5,22
122:6,12,22 123:7
124:10,14 125:11
125:14,20 126:8
126:21 127:2,12
135:20,22 137:16
140:16,21 141:10
144:4,6,19,22
145:2,24 146:3,7
146:11,12,23
147:9,20 148:10
148:13,14 149:4
149:11,17 150:11
150:21 153:4,18
154:6,8,14,24
156:20 160:17
161:1,11 163:8,13
163:16,19 164:5
164:16,20 165:3
166:11 187:2
286:22
**1999-2000** 55:4

2

**2** 3:8 55:20 56:12
69:8 93:3 99:17
99:18,22 100:17
101:2,14 162:18
258:4 260:11
267:10,19 273:3,6
273:9 283:19
290:13 303:21
**2nd** 182:11 272:11
272:21
**2,513,000** 215:4
**2:00** 159:8
**2:30** 159:10
**20** 3:17 63:2 64:23
66:12 305:14,24
306:3
**2000** 19:11 36:18
37:17,21 38:17
40:7 68:20 69:11
69:16,19,24 74:1
74:7,16,21 75:3
77:18 78:19 79:13
80:9,16,20 81:2
82:7,15 84:6,16
84:17 85:11 88:20
88:24 90:24 91:2
125:23 136:16
143:11,21 144:1
155:14 156:8,20
166:21 167:11,19
171:10 172:13
174:14 175:18
176:17 177:2,7,8
177:11,11,15
178:12,19 179:11
180:3,22 181:5,6
181:23 182:22
183:10,19 184:21
185:6,7 187:4,10
187:24 188:10

193:12,18 194:15
194:18,21,21
195:4,23 196:2
197:2 201:3
203:23 206:5,19
208:12 209:3,12
209:12,20 215:10
215:14 216:7
218:19,23 219:15
220:4 222:9
225:16 226:5,20
227:1,16 228:18
230:18 233:9
236:1 237:7,22
238:24 239:13
242:5,6 243:10,11
243:23 244:20
246:10 248:24
276:6
**2001** 19:11 55:6
66:23 67:3,9
68:21 69:12,12,16
69:20 126:3 129:7
129:10 164:12,19
165:14 166:14
178:7,12 218:3,16
218:20,24 220:9
220:12,15 225:17
226:6 237:8,11
240:22 241:2
243:13,15 244:15
244:20 249:21
251:12 252:6,14
252:20,22 253:3
253:10,21 254:7
255:11,22,23
257:9 263:1 270:1
271:15 272:13,22
272:23 275:21
277:11 281:21
282:20 283:11
286:10 287:1,15
287:16,20 289:10
293:1,5,10 294:10
295:15 296:2,3,4
296:14,23 297:6
298:1,24 299:16
300:20 301:1
303:1,3 305:18
306:6,13 308:1
309:12,17 310:2
**2002** 43:1,5 60:10
61:20,23 62:10,11
62:14,21,24 63:3
63:9 64:13,14,24
65:7 66:1,6,12
68:16 129:10
163:2 164:8
166:14
**2003** 25:2 43:1
**2004** 25:9 56:17
65:13,16,18
**2005** 1:17 48:14
159:11 310:24
312:6 313:21
**202-616-8253** 2:10
**20530** 2:9
**21st** 67:13,19 93:5
**212** 3:12
**213** 3:12
**2142** 58:8
**2143** 62:18
**2144** 67:15 68:12
**2146** 62:19
**2147** 56:16 66:18
**2148** 162:20
**22** 128:24
**2208** 261:10
**221D4** 190:12
**223** 3:13
**229** 24:17
**23** 99:24
**23rd** 164:12,19
165:14
**236** 3:13
**239** 104:3
**24th** 62:21,24 63:3
63:9 64:13,14,24
65:7 66:1,6,12
67:4 68:15 163:2
164:8
**246** 3:14
**25th** 312:6
**2530** 119:16,17,19
120:13,17 125:12
130:7 183:5
**254** 3:14
**257** 3:15
**26** 5:11 186:7
**26th** 66:23
**27** 67:11,23
**27th** 216:5
**275** 3:15
**281** 3:16
**288** 3:16
**29th** 182:22 184:21
**297** 3:17

3

**3** 3:9 114:4,5,12
115:3 132:7
224:12 259:17
267:11,13 304:6,8
**3rd** 61:20,23 62:10
62:11,13 180:5
272:13,23
**3/15/01** 290:14
291:23
**3/7/01** 270:8
**3:04** 160:2
**30** 19:12 160:16
201:12 225:17
269:16 300:11
**30th** 99:11 114:24
121:22 125:19
127:12 144:19
155:14 156:8,20
226:6 243:15
244:15
**30(e)** 311:22
**30-plus** 168:21
**300** 2:4
**303** 168:19 170:2,3
170:6
**305** 3:17
**31** 263:22
**31st** 242:6 243:11
**312** 1:16 2:4
**312-353-6236** 2:15
**312-701-9315** 2:5
**313** 313:12
**32(d)** 311:22
**36** 266:6,6
**38** 263:17 264:7,7
**38.5** 263:11

4

**4** 1:15 3:4,8,9
108:10 109:12
110:9 166:24
167:1,6 169:1
170:24 259:20,20
**40** 19:9,12 266:6
**405** 261:13
**42** 126:18
**4256** 283:8 284:10
**4282** 194:6
**4350.1** 96:4,5 99:3
**44** 266:6
**45** 201:12
**46** 126:19
**4971** 24:12 216:16
216:20 217:15
218:7

5

**5** 3:10 172:3,4,9
194:4 259:23
304:10 305:8,22
**5th** 277:11
**5/7** 176:19
**50** 265:20 266:3,4,5
266:7
**5190** 24:15

6

**6** 3:10 179:21,22
180:2 182:10
304:10 305:8,22
**6th** 180:3 227:1
229:3 236:20
237:21 250:15,24
257:9 270:1
271:10,15 283:11
**6/24** 67:13
**6:20** 288:19
**6:45** 288:20
**6:51** 310:23
**60604** 2:14
**60606-1721** 2:5
**69** 263:23

7

**7** 3:11 182:13,15,20
183:2
**7th** 172:13 174:18
174:23 255:11
271:8 305:18
**7/27** 213:13
**72** 109:18 271:17
271:20,22 273:11
273:18 274:7
**72-hour** 273:2
**7375** 104:23 105:2
**77** 2:14 5:7 192:13

8

**8** 3:11 14:15 37:6
48:14 60:18 66:20
73:9 146:17
187:16,17,22
192:4,8 193:22
196:4 199:18
201:24 205:20
225:10 228:22
229:1,6,20,23
230:3,14,19
237:22 240:12
291:11 292:21
**8th** 281:21 282:15
289:10 296:4,14
**8/23/2001** 164:23
**84** 12:1
**84-1481** 312:11
**89** 12:16

9

**9** 3:12 33:4 152:17 152:21 155:4 156:18 212:5,6,14 213:11 214:2 221:7 297:24
**9th** 69:12 296:23 298:24 299:16 301:1
**9/27** 214:22
**9/27/00** 215:5
**9/30** 219:21 237:18
**9/30/2000** 154:12
**9/30/2001** 220:7 235:23 243:19
**90** 14:10
**910** 261:15
**94** 33:11,13 34:5
**96** 18:19 33:11,13 34:5
**962** 156:3
**98** 32:24 37:21 43:11,20 66:20 82:7 153:23
**99** 3:8 32:24 84:15 153:24 167:16,18 209:22