Q. What is OAHP?
A. Office of assistance housing preservation, formerly known as OMAR. That's the new name.
Q. What does that mean?
A. OMAR is the division that restructures our Section Eight projects. When the rents are overmarket, they develop comprehensive plans, things like that.
Q. Now, what does Pace have to do with Hannon?
A. Mr. Hannon must have given him some directive to get information.
Q. How do you know that?
A. I see Mr. Hannon as a cc, and he is the person in headquarters that deals with all the REAC issues on the substandard properties.
Q. What is Mr. Pace asking you for?
A. He asked for a copy of the owner's certification that repairs have been completed, the survey MIO plan or other plan, and any related documentation ASAP. We look forward to your rely, thank you.
Q. And this is information about the owner's certification or survey or MIO plan concerning the March 2001 REAC report; is that right?



A. Yeah, the inspection that's called 31C. At this time, they were requesting information on various properties to see if protocol was followed.
Q. And what is the protocol that should have been followed?
A. What was the protocol from that time?
Q. What was the protocol?
A. I don't know the exact details of protocol off the top of my head.
Q. Is the protocol with respect to REAC?
A. Yes.
Q. One of the protocols is that when an inspection is done, then the owner of the property is expected to respond to that, correct?
MR. WELLONS: Objection, asked and answered, assumes facts not in evidence. Go ahead and answer.
THE WITNESS: The owner is required to respond appropriately, just not any response, an appropriate response, one that can be accepted by the Department and one that addresses.
MR. WELLONS: I just want to state for the record that it's now past 6:00. This deposition was begun before 10:00 a.m. Does counsel know how much longer he anticipates questioning this witness?



MR. BAUGHER: Not too much longer.
MR. WELLONS: I just want to advise counsel that Ms. Coleman will be available to answer questions until 6:30 at which point we'll have to conclude the deposition for today.
MR. BAUGHER: Let's forge ahead.
BY MR. BAUGHER:
Q. Did you, as Mr. Pace requested, fax to him copies of the owner certification that repairs had been completed, the survey and MIO plan, or any other plan and any related documentation on this March 2001 REAC report?
A. As indicated in my e-mail, Exhibit 14, A1663, I responded, and I indicated the file was rather large. And we will overnight the information to show the above actions. And then I didn't specifically overnight the information.
Q. Who did?
A. I would have directed the project manager, Ms. Thomas, to do so.
Q. Now, was one of the things that you overnighted to Mr. Pace a copy of Thomas Deposition Exhibit 17, the Kelly Brown April response to the REAC report?



MR. WELLONS: Objection, misstates prior testimony. Also object to the extent that we've previously established that Thomas Exhibit 17 may, in fact, not be an accurate representation of the document that Ms. Brown submitted. Answer the question.
THE WITNESS: I don't know what was overnighted to Richard Pace.
BY MR. BAUGHER:
Q. Well --
A. I didn't reproduce any of it, nor did I physically put it in an envelope and overnight it to him. That's something that I would have directed the project manager to do.
And in my last line, I tell him let us know how much information you want, and Ms. Thomas might have conferred with him.
Q. You don't know that one way or another, do you?
A. I don't know. I don't know what was sent to Mr. Pace.
Q. Now, on May 15, you took the Kelly Brown letter, Thomas Deposition Exhibit 17, and you sent it back to South Pointe, correct?





00000000-0000-0000-0000-000000000000

Page 258

A. As previously stated, I sent the original back to South Pointe.
Q. And you don't know whether you had a copy of it or not, correct?
A. The original, as stated prior.
Q. Well, the letter that you sent, Coleman Deposition Exhibit 13, doesn't say anything about an original or copy; it just says you're sending back the letter, correct?
A. The package.
Q. Or the package?
A. We are returning her package, that's what is stated in Coleman Exhibit 13.
Q. So as of July 2001, two and a half months later, you don't even know whether you had a copy of the Kelly Brown package to send to Mr. Pace; is that correct?
MR. WELLONS: Objection, misstates prior testimony, argumentative. Go ahead and answer.
THE WITNESS: I already responded to your question. We return the original.
BY MR. BAUGHER:
Q. Do you know if a copy of Ms. Brown's letter with its various exhibits was sent to Mr. Pace in

Page 259

July or August of 2001?
MR. WELLONS: Objection, asked and answered. Go ahead.
THE WITNESS: I previously answered the question. I do not know what Ms. Thomas sent in overnight mail to Mr. Pace.
BY MR. BAUGHER:
Q. And you don't know whether a copy of the Brown letter existed for Ms. Thomas to send to Mr. Pace in July or August of 2001, correct?
MR. WELLONS: Objection, asked and answered.
THE WITNESS: I previously answered your question. The original package was returned to Ms. Brown.
BY MR. BAUGHER:
Q. And you don't know what copies were made?
MR. WELLONS: Same objection. Go ahead.
THE WITNESS: I did not make the copies. I'm not saying the copies were not made.
BY MR. BAUGHER:
Q. You just don't know one way or the other, right?
MR. WELLONS: Counsel, please do not interrupt the witness. Go ahead, finish your answer.

Page 260

THE WITNESS: I did not make the copies. I'm not saying copies were not made.
BY MR. BAUGHER:
Q. And you didn't instruct anyone to make copies either, did you?
A. I don't recall. As previously stated, this occurred sometime ago, and I do not recall all the facts or details concerning South Pointe and all of these events.
Q. Looking at page 1663, what are the new protocols for DEC and REAC that are referred to at the top of this page?
A. I do not -- I cannot elaborate on what these protocols are.
Q. Do you have a copy of them?
A. I probably do.
Q. Where would you look for those?
A. In my office.
Q. Where?
A. In my office.
Q. Where in your office?
A. In a file.
MR. BAUGHER: I request that an effort be made to get us copies of what would have been in

Page 261

October of 2001 new protocols for DEC and REAC as referred to in this e-mail.
MR. WELLONS: We'll take it under advisement.
BY MR. BAUGHER:
Q. Now, you responded to Mr. Pace on August 1, 2001, correct?
A. Yes.
Q. And you say the owner did not comply. What is it that you're saying the owner did not comply with?
A. Exhibit 14, A1663, I stated: Richard, in short, the owner did not comply, and we've taken several administrative actions that include --
Q. No, I'm asking you -- that's what I was reading where you said the owner did not comply, and then my question was, what is it that the owner did not comply with?
MR. WELLONS: Objection, asked and answered. Go ahead and answer the question.
THE WITNESS: I cannot recall what was in the protocol at that time, so I'm not going to speculate on exactly what I meant in this e-mail. But you know, overall this entire issue came about





00000000-0000-0000-0000-000000000000

because the property was in substandard condition at the time that this e-mail was issued.
BY MR. BAUGHER:
Q. Is there anything more specific --
A. He was not --
Q. -- that you recall?
A. He was not -- excuse me. Let me complete my statement.
He was not in compliance with his business agreement, his HAP contract. The place was substandard. Whatever the protocol stated that we were required to do, I do not recall the specifics. You've asked Mr. Wellons for a copy. You know, he did not comply.
BY MR. BAUGHER:
Q. Then you say we've taken several administrative actions that include, then you have a listing of administrative actions that you say had been taken as of August 1, 2001, right?
A. Yes.
Q. The first of these items is second referral to the DEC. As of August 1, 2001, was there a second or had there been a second referral of South Pointe to the DEC?



A. I do not recall the exact date of the second referral. But based on my e-mail in Exhibit 14, it states a second referral was made, and that it was an elective referral.
Q. Was that a correct statement?
A. I believe so. However, I do not recall the exact date of the second referral.
Q. Well, you weren't trying to mislead Mr. Pace, were you?
MR. WELLONS: Objection, argumentative. You can answer.
THE WITNESS: No.
BY MR. BAUGHER:
Q. First item on your list is second referral.
A. Second referral to the DEC. We did make a second referral.
Q. When did you do that?
MR. WELLONS: Objection, asked and answered. Go ahead and answer again.
THE WITNESS: As I previously stated, I do not recall the dates of the referrals.
BY MR. BAUGHER:
Q. Well, look please back at Thomas Deposition Exhibit 1, and look at the front page of that



document and tell us when the second referral to the DEC was made with respect to South Pointe.
A. The date in this system says 10/23, 2001.
Q. Which is after August 1, 2001, correct?
A. For the record, this is the DEC team report and it is after August. However, at that time, this is DEC data. I do not recall.
Q. That's -- excuse me.
A. Stop interrupting me.
This is information in the DEC, and I do not recall the specific date that Multifamily made the referral.
Q. The referral was to DEC, correct?
MR. WELLONS: Objection, asked and answered.
THE WITNESS: It was to DEC.
BY MR. BAUGHER:
Q. So you think that DEC may have been mistaken when it got a referral from you?
MR. WELLONS: Objection, argumentative, misstates prior testimony. Actually, that's not a question. That's a statement. You don't need to respond.
THE WITNESS: Thank you.
BY MR. BAUGHER:



Q. Your statement to Mr. Pace about a second referral is just wrong, isn't it?
MR. WELLONS: Objection, argumentative.
THE WITNESS: No, it is not.
BY MR. BAUGHER:
Q. Then the first page of Thomas Deposition Exhibit 1, which is the DEC team report REMS page, is incorrect; is that right?
MR. WELLONS: Objection, argumentative.
THE WITNESS: I did not say that.
BY MR. BAUGHER:
Q. You say in the third item, flag the owner. When was the owner of this property flagged?
A. I don't know the dates.
Q. It was later in 2001; isn't that right?
MR. WELLONS: Objection, asked and answered. Go ahead and response.
THE WITNESS: I do not know the date that the owner was flagged.
BY MR. BAUGHER:
Q. This is not a correct statement, is it?
MR. WELLONS: Objection, argumentative, asked and answered.
THE WITNESS: I already responded. As I

Page 266

previously stated, all of these actions occurred sometime ago, and I do not recall specific dates.
BY MR. BAUGHER:
Q. The next item, rejected plan, is this a financing plan or a MIO plan or what's the plan that's referred to as being rejected?
A. We rejected the plan.
Q. What plan?
A. As previously indicated, I do not recall the specific details concerning the events of South Pointe.
Q. So you don't know what plan is being referred to there in your e-mail to Mr. Pace?
A. The plan was rejected.
Q. Mr. Hinsberger ultimately forwarded these e-mails on to your counsel, Mr. Gustin; is that correct? Look at page 1821.
Are you having trouble finding the reference that I was pointing to that shows that the e-mails were forward today Mr. Gustin?
A. I didn't say I was having any trouble.
Q. Well, the question didn't get answered. Were you waiting for another question?
A. You were conferring with Mr. Samuelson.

Page 267

I can see Mr. Hinsberger forward this e-mail to Gregory Gustin on 11/1/01.
Q. What conversations did you have with Mr. Hinsberger about the Pace request?
A. I do not recall any conversation. I forwarded this e-mail to Mr. Hinsberger, and I informed him what it was about.
Q. Did you have any conversations with Mr. Gustin concerning the Pace inquiries to you?
MR. WELLONS: I'm going instruct you not to answer that question.
BY MR. BAUGHER:
Q. Were there any further memoranda or writings concerning Mr. Pace and/or Mr. Hannon and their check on whether the Chicago office had followed the appropriate protocols for DEC and REAC reports?
A. I don't recall.
Q. Were you satisfied that the proper protocols had been followed or were you uncertain about that?
A. I do not have the protocols directly in my face to compare what the protocol stated, what we actually did to offer anything concerning my satisfaction.
MR. BAUGHER: All right. Will you please

Page 268

mark these as Coleman Exhibit 15 and 16.
(Whereupon, Deposition Exhibit Nos. 15 & 16 were marked for identification, JTL.)
BY MR. BAUGHER:
Q. Have you ever seen Coleman Deposition Exhibit 15, which has as its cover a letter from Don Samuelson to Ed Hinsberger dated August 6, 2001, with a series of exhibits?
A. I do not recall this document.
Q. You don't think you've every seen it before?
A. I do not recall seeing this document.
Q. In August of 2001, DSSA and Mr. Samuelson were coming in as the new owners of South Pointe; is that correct?
A. I do not recall the specific date when that occurred.
Q. And Coleman Deposition Exhibit 15 is a plan for the rehabilitation of the property South Pointe, correct?
MR. WELLONS: Objection, assumes facts not in evidence. Go ahead and answer.
THE WITNESS: This was the document

Page 269

submitted to Edward Hinsberger from Mr. Samuelson, and that's all I can say.
BY MR. BAUGHER:
Q. And certainly, as of the time that you were communicating with Mr. Pace about a month and a half later -- excuse me. Strike that.
Did you send a copy of this plan to Mr. Pace?
A. I communicated with Mr. Pace on 8/1/01. Mr. Samuelson submitted this document 8/6/01.
Q. That's not what my question was. Did you send a copy of this plan to Mr. Pace? I understand that it came in shortly after your e-mail response to Mr. Pace. But did you send him a copy of this plan?
A. This plan was submitted to Mr. Hinsberger after Mr. Pace's request.
Q. Did you participate in any discussion of this plan, Coleman Deposition Exhibit 15?
A. I don't recall being in any discussions.
Q. One of the things that the letter refers to or has a page on or an exhibit on is the need for a rental increase. Do you see page three of the document that discusses the need for a rental increase?

A. I see the statement.
Q. Were you involved in evaluating whether or not the rents for South Pointe should be increased in 2001?
A. No.
Q. Were you ever involved in determining or participating -- did you ever participate in determining whether rents for South Pointe should be increased?
A. At the point of this submission, this issue was handled by Mr. Hinsberger and Ms. Anderson.
Q. Had you ever been involved in passing on or reviewing requests for rent increases at South Pointe?
A. I don't recall. But at the point in time of this August 6, 2001, memo from DSSA, Exhibit Number 15 for Coleman, I was not involved.
Q. And you don't have any recollection of any prior involvement with respect to rent increases for South Pointe either; is that right?
MR. WELLONS: Objection, asked and answered. Go ahead.
THE WITNESS: I do not recall.
BY MR. BAUGHER:



Q. Look please at Coleman Deposition Exhibit 16, which is a letter dated August 20, 2001, from Eric Cooper and Neil Renzi to Scott Samuelson, which is a market rental analysis about the South Pointe property.
Have you ever seen that before?
A. No, I have not.
Q. Are you aware that Samuelson and DSSA submitted a market rental analysis of the real property along with its plan in August of 2001?
A. No, I am not.
Q. Do you have any information about the disposition of the request for rent increase that was made in the summer of 2001 for South Pointe?
A. As I previously indicated, the refinancing -- the whole determination of the rents for the refinancing was handled by Mary Anderson and her staff in the operations division.
Q. And you had no involvement in that that you can remember for South Pointe?
A. No.
MR. WELLONS: Objection. Asked and answered.
THE WITNESS: I do not recall.



MR. BAUGHER: Give me just a minute. I think I'm finished or at least looking for the last exhibit.
BY MR. BAUGHER:
Q. Ms. Coleman, let me show you what was marked yesterday as Thomas Deposition Exhibit 12, the top page of which is a letter from you to John Hays dated December 6, 2000, and it's a letter that we've discussed earlier in the day concerning your amendments to the 2000 housing assistance payment contract.
You're seen that letter before?
A. Yes, I have.
Q. Did you write that letter?
A. I do not see a concurrence page. And I do not know for sure if I wrote the letter or if Ms. Thomas drafted it but I signed it.
Q. Did you read it before you signed it?
A. Yes.
Q. Did Ms. Thomas need to concur with you sending the letter, which is Thomas Deposition Exhibit 12?
A. As previously stated, this occurred quite sometime ago, I cannot say if Gwen actually --



Ms. Thomas actually concurred on the letter document. However, Ms. Thomas was the one that found the error in the submission of this contract. So she was aware that this letter was issued, and she was aware of the contents.
Q. I guess what I don't understand about the reference to Ms. Thomas in concurrence is that is there any need for Ms. Thomas, who reports to you, to concur in a letter that you're sending out?
A. Correction. Ms. Thomas reports to Ms. Gray. And she does not have to concur on a letter that I sign. However, the contents of the letter is something that she found an error. So yes, she would need to make sure that what's stated in the letter is accurate. She is the project manager.
Q. Because you didn't have the time to check specifically on the accuracy of the letter, you were relying on Ms. Thomas; is that right?
MR. WELLONS: Objection, assumes facts not in evidence, misstates prior testimony.
THE WITNESS: I already responded. I read the letter; I signed the letter. I do not see the concurrence page where Gwen concurrence. However, Gwen was aware of the information.

Page 274

BY MR. BAUGHER:
Q. But the letter --
A. Let me complete my statement.
Ms. Thomas was aware of the information in Thomas Exhibit 12, because she was the one that found that the contract was issued in error.
BY MR. BAUGHER:
Q. Now, that letter states to Mr. Hays that you are amending the 2000 HAP contract so that the first renewal period is a three-month renewal period, correct?
A. Exhibit 12 of Ms. Thomas says: As we state in our meeting October 18, 2000, the contract will be renewed under a three-month short-term contract due to --
Q. That's what I just said.
A. Due to the physical conditions of the subject project.
Q. So the first amendment, which is the one that you're writing about in the cover page there, the first page of Deposition Exhibit 12, was to amend the contract to provide for a three-month renewal rather than a one-year renewal with three automatic one-year extensions, correct?

Page 275

MR. WELLONS: Objection, asked and answered. Go ahead and answer.
THE WITNESS: As answered previously, the contract was issued in error and --
BY MR. BAUGHER:
Q. I'm just trying to find out how it was amended.
MR. WELLONS: Counsel, do not interrupt the witness.
THE WITNESS: Stop interrupting me.
The contract was issued in error. This letter was sent to the owner, Mr. Hays, to correct the contract that we issued in error, and it clearly states that. It says: As we state in our meeting, the contract will be renewed under a three-month short-term contract due to the physical conditions of the subject property.
BY MR. BAUGHER:
Q. So the first amendment of the contract on December 6, 2000, was to make the initial renewal period three months; that is, carrying it through December 31, 2000, correct?
MR. WELLONS: Objection, asked and answered repeatedly. You may answer the question again.

Page 276

Counsel, if you continue to have the witness respond to the same question, we will have to end the deposition.
MR. BAUGHER: That's because I'm not getting answers to the question, Mr. Wellons.
MR. WELLONS: She has responded to the question repeatedly.
Go ahead and answer the question again.
THE WITNESS: Thomas Exhibit 12 states that the contract will be renewed under a three-month short-term contract.
BY MR. BAUGHER:
Q. Okay. Was that letter -- was your letter sent out on or about December 6?
A. As previously stated, this was all done a long time ago. That's the date of the letter.
Q. And you think that's when it was sent out?
A. That's the date of the letter.
Q. Turn to the next page, please. If you will, please look at page A1020, which is the first page of the contract. Do you see that?
A. Yes, I do.
Q. On that page, 1020, the first page of the contract, you see how the one year is crossed out?

Page 277

A. Yes.
Q. And did you do that cross out?
A. No.
Q. And then three months is written. Do you see that?
A. Yes.
Q. And the three months that is written there for a renewal is consistent with the December 6 letter that we've just been talking about, correct?
A. I did not annotate this contract.
Q. I didn't ask if you did.
A. Let me finish my statement. Let me finish my statement.
I did not annotate this contract. The project manager, Gwendolyn Thomas, did.
Q. So first she crossed out one year on renewal and wrote three months, right?
MR. WELLONS: Objection, asked and answered, calls for speculation.
THE WITNESS: I cannot speculate on what Ms. Thomas did.
BY MR. BAUGHER:
Q. Well, based on your letter, the way the contract should have been amended would be to cross

Page 278

out one year and put in three months, right?
MR. WELLONS: Same objection. Also assumes facts not in evidence. Go ahead and answer.
THE WITNESS: I can only speculate. I did not cross this out.
BY MR. BAUGHER:
Q. So you don't know if this was correct or incorrect?
MR. WELLONS: Objection, misstates prior testimony.
THE WITNESS: I cannot speculate.
BY MR. BAUGHER:
Q. And then looking at that same page please, three months is crossed out. Do you see that?
A. Yes, I do.
Q. And that's Ms. Thomas' handwriting?
A. I see the initials GT there.
Q. For Gwen Thomas?
A. Yes, I do.
Q. And you see a date?
A. It's a --
Q. January?
A. 1/10.
Q. '01?

Page 279

A. Yeah.
MR. WELLONS: Counsel, will allow the witness to finish her answer.
THE WITNESS: The one and the '01 almost look like it could be something else, so I was trying to see.
BY MR. BAUGHER:
Q. And then what is written in is one year; is that right?
A. Yes, that's what's there.
Q. With Ms. Thomas' initials and a date?
A. Yes.
Q. So there was a second amendment then in January of 2001 changing the three months to one year, correct?
MR. WELLONS: Objection, calls for speculation, calls for a legal conclusion. Go ahead and answer.
THE WITNESS: I can only speculate that that's what occurred. Those are not my initials. I did not sign the contract, nor did I cross out that information on the contract.
BY MR. BAUGHER:
Q. But if the contract renewal was amended to

Page 280

three months and then reamended to one year, then the letter that you sent to Mr. Hays on December 6, 2000 isn't an accurate statement as to how the contract had been amended, correct?
MR. WELLONS: Objection, mischaracterizes prior testimony, assumes facts not in evidence, calls for a legal conclusion. Go ahead and answer.
I also want to point out on the record that the document he's referring to, the letter, is dated December 6, 2000; the annotation counsel is referring to has a date in 2001 next to it.
Go ahead and answer.
THE WITNESS: As I indicated earlier, I did not see the concurrence page for this letter. Therefore, I do not know who prepared the letter. I did sign it. There are amendments annotated on the contract with the initials of GT that I assume to be Gwen Thomas, the project manager. For the record, this contract was amended and amended and amended going forward until approximately December of 2002.
BY MR. BAUGHER:
Q. When you wrote your letter, first page of Thomas Deposition Exhibit 12, did you have a copy of the amended contract with it that you were looking

Page 281

at?
A. As I previously stated, I did not know who prepared this letter. I signed it. I do not have the concurrence page indicating who the originator of the letter is. I did sign the letter.
Q. My question --
A. The contract was amended by Gwen Thomas.
Q. Did you have the contract in front of you with the proposed amendments or amendment at the time you signed that letter?
A. I do not recall.
Q. Do you recall seeing the contract around the time you were writing this letter?
A. As previously stated, Gwen Thomas detected the error in this contract that was issued. I did not correct, amend the contract, or sign the contract. I did sign the letter.
Q. At the time you signed the letter, did you have in front of you or had you recently seen the 2000 South Pointe HAP contract with its amendments?
MR. WELLONS: Objection, asked and answered. Go ahead and answer the question.
THE WITNESS: As I previously stated, I signed the letter.

Page 282

BY MR. BAUGHER:
Q. And that's all you had in front of you at the time?
A. I signed this letter. The originator of the letter, I do not recall. Gwen Thomas, the project manager, she found errors in the HAP contract and did the cross out with her initials there. And I'm sure that whatever she put on this particular contract, she consulted Mary Anderson and Ed Hinsberger.
Q. Did she tell you that?
A. Did who tell me that?
Q. Did Gwen Thomas tell you that she consulted either Mary Anderson or Ed Hinsberger about what is attached to your letter?
MR. WELLONS: Objection, asked and answered. We exhausted this topic this morning. Go ahead and answer the question again.
THE WITNESS: Ms. Thomas would not have made that decision on her own.
BY MR. BAUGHER:
Q. Looking at the pages attached to your cover letter, do you know if those pages comprise an accurate and complete copy of the amended or second amended contract for South Pointe on its 2000

Page 283

renewal?
A. I don't recall. And for the record, I don't recall if, in fact, when I signed the letter, the contract was attached. I don't recall the -- Exhibit 12 dated December 6, 2000, Exhibit 12 of Ms. Thomas dated December 6, 2000, I did sign the letter. I made no amendments to the contract.
BY MR. BAUGHER:
Q. And you can't vouch for the accuracy or the integrity of the pages that follow your letter in Thomas Deposition Exhibit 12; is that right?
MR. WELLONS: Objection, argumentative, asked and answered.
THE WITNESS: I have already responded to your question.
MR. BAUGHER: Read the question back, please.
(Whereupon, the record was read as follows:
Q. And you can't vouch for the accuracy or the integrity of the pages that follow your letter in Thomas Deposition Exhibit 12; is that right?)

Page 284

MR. WELLONS: Also object to the extent the question calls for a legal conclusion. Go ahead and answer.
THE WITNESS: As previously stated, I signed the letter, Thomas Exhibit 12. I did not sign the contract attached, nor did I annotate the contract with any X-outs and initials.
BY MR. BAUGHER:
Q. You don't know whether the contract that's attached to your letter is actually the final amended correct version of the contract between South Pointe and HUD; is that right?
MR. WELLONS: Objection, calls for a legal conclusion, asked and answered.
THE WITNESS: I don't execute contracts. The contract was annotated by Ms. Thomas. I signed the letter, Thomas Exhibit 12. I did not annotate anything on the contract.
BY MR. BAUGHER:
Q. All right. I'm going to try this one more time.
MR. WELLONS: Objection, argumentative.
BY MR. BAUGHER:
Q. You read and signed and meant to send out

Page 285

the letter, which is the first page of Deposition Exhibit 12 from Ms. Thomas' deposition, right?
MR. WELLONS: Objection, asked and answered repeatedly. Go ahead and answer the question again.
THE WITNESS: As previously stated, I did sign Thomas Exhibit 12 dated December 6, 2000.
BY MR. BAUGHER:
Q. But you can't tell us whether the contract that is attached to your letter as part of Thomas Deposition Exhibit 12 is, in fact, the correct or final addition of the contract between HUD and South Pointe for the 2000 renewal?
MR. WELLONS: Objection, calls for a legal conclusion, asked and answered. Answer the question again, please.
THE WITNESS: As previously stated, I did sign Thomas Exhibit 12 dated December 6, 2000. I did not sign the contract attached, nor did I annotate any corrections or amendments on the contract.
BY MR. BAUGHER:
Q. So you don't know whether what is attached is actually the final or correct copy of that contract, right?
MR. WELLONS: Same objection.





00000000-0000-0000-0000-000000000000

THE WITNESS: As previously stated, I've answered this question repeatedly. I signed the letter, Thomas Exhibit 12 dated December 6, 2000.

MR. WELLONS: Ms. Coleman, I'm going to instruct you not to respond to that question again.

It's already five minutes to 7:00. We've gone way over the time we're required under the rules to respond to any questions. Counsel has asked the same question repeatedly on a number of questions. I'm going to instruct you not to respond to that question again.

MR. BAUGHER: Mr. Wellons, can we get a copy of the concurrence page to the December 6, 2000, letter that we've just been discussing.

MR. WELLONS: We will take your request under advisement. And we're going to conclude the deposition at this point.

MR. BAUGHER: All right.

AND FURTHER DEPONENT SAITH NOT...



IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ENGLEWOOD TERRACE LIMITED )
PARTNERSHIP, )
)
Plaintiff, )
)
-vs- ) No. 03-2209C
) Judge Wolski
THE UNITED STATES, )
)
Defendant. )
_________________________)

I, VERONICA COLEMAN, being first duly sworn, on oath, say that I am the deponent in the aforesaid deposition, that I have read the foregoing transcript of my deposition taken April 13, 2005, consisting of Pages 1 through 289 inclusive, taken at the aforesaid time and place and that the foregoing is a true and correct transcript of my testimony so given.

_____ Corrections have been submitted
_____ No corrections have been submitted

_______________________________
VERONICA COLEMAN, Deponent

SUBSCRIBED AND SWORN TO before me this _______ day of _____________ A.D., 2005.

_______________________
Notary Public



NORTHERN DISTRICT OF ILLINOIS )
EASTERN DIVISION )
STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

I, Judith T. Lepore, Certified Shorthand Reporter and Notary Public in and for the County of Cook, State of Illinois, do hereby certify that on the 13th of April, A.D., 2005, the deposition of the witness, VERONICA COLEMAN, called by the Plaintiff, was taken before me, reported stenographically and was thereafter reduced to typewriting through computer-aided transcription.

The said witness, VERONICA COLEMAN, was first duly sworn to tell the truth, the whole truth, and nothing but the truth, and was then examined upon oral interrogatories.

I further certify that the foregoing is a true, accurate and complete record of the questions asked of and answers made by the said witness, at the time and place hereinabove referred to.

The signature of the witness was not waived by agreement.

Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure for the United States District Courts, if deponent fails to read and sign this



deposition transcript within 30 days or make other arrangements for reading and signing thereof, this deposition transcript may be used as fully as though signed, and the instant certificate will then evidence such failure to read and sign this deposition transcript as the reason for signature being waived.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public, in and for Cook County, Illinois, on this 25th day of April, A.D., 2005.

Judith T. Lepore, CSR
Notary Public

License No. 084-004040





00000000-0000-0000-0000-000000000000

A

**abatement** 179:18 180:3,22 232:1
**able** 5:7 8:16 22:9 26:18 40:2 91:3 96:12 162:15 186:3 198:7
**above-referenced** 117:11 141:14 146:15
**accept** 4:21 5:7,15 5:19 249:8
**acceptable** 151:18 153:13 249:6
**accepted** 111:16 197:21,22 198:20 199:6 234:4,9 249:18 250:3,19 255:19
**access** 85:22,23 86:7 87:15 90:7 111:8
**accomplish** 190:17
**accomplished** 236:8,9
**account** 184:2
**accuracy** 41:19 117:3 273:17 283:9,21
**accurate** 87:14,16 91:15 109:5 184:3 257:4 273:15 280:3 282:23 288:17
**accurately** 40:17 230:9
**acknowledged** 182:1 234:13 240:7 246:5
**act** 14:24 159:11
**acting** 32:10,13 119:8,15
**action** 105:18,21 140:4,5 148:21,24 149:3,4,8 153:23 154:19 155:1,5 164:11
**actions** 256:16 261:14 262:17,18 266:1
**activities** 59:22 91:20 253:22
**actual** 38:10 134:24 236:23
**Adams** 195:21 233:4
**add** 108:23 109:11 143:21
**adding** 109:22 125:1,5
**addition** 126:1 285:11
**additional** 37:24 41:3 55:13 107:22 108:1,12,23 109:11,23 194:14 236:15
**address** 4:19 5:9,11 5:13 6:3 36:24 93:4,10 124:23 143:13 234:20
**addressed** 117:9 140:22 141:1 142:10 182:21 240:3
**addressee** 141:17
**addresses** 255:20
**addressing** 234:16
**adequate** 187:19 248:10 249:11
**adhere** 78:21
**administer** 253:12
**administrative** 261:14 262:17,18
**administrator** 38:11,13
**administrator's** 38:7
**advice** 214:2,9
**advise** 256:2
**advisement** 22:13 261:4 286:16
**advising** 151:12 230:2
**affiliated** 5:20
**afford** 219:6
**aforesaid** 287:11 287:12
**aftermath** 223:23 224:7,12
**afternoon** 102:3 200:15 224:13
**agent** 37:10 50:22 51:3
**ago** 8:4 11:11 54:5 64:9 66:4 70:9,14 73:17 78:17 81:8 82:11 83:23 84:18 85:12 94:8,12 101:24 102:11 103:5 106:4 120:23 166:2 168:19 184:11 212:24 213:7 231:12 242:1 244:12 260:7 266:2 272:24 276:16
**agree** 116:12,19 122:12,22 157:19 171:18
**agreed** 155:17 156:13,13,17 251:7
**agreement** 4:4 11:17,18,19,21,22 12:1,24 13:4 14:1 14:13,19 15:1,4,7 15:10,14,18,20,23 16:10,17 18:13 30:15,24 31:8 139:10 157:10 212:12,20 213:2 262:10 288:21
**agreements** 31:2,9 31:12,13
**ahead** 7:14 10:16 13:13,18 14:3 16:6 21:1,6 23:2,9 24:5 26:14 27:2 29:5 34:18 35:22 36:13 37:6 41:9 44:10 45:10 46:16 47:23 48:20 49:23 50:7,19 51:20 52:13 54:8 56:12 56:23 57:9 58:1 58:11 63:3,13 64:2,17,24 67:19 68:2 69:11,21 70:2,21 71:1,9,17 73:3 75:1 76:12 78:14 79:6 81:21 82:6,15,17 83:8 84:17 91:8 92:17 92:22 94:24 97:1 97:7,20 98:23 104:15 107:8 108:6 109:5 110:13 111:21 113:9,23 114:9 118:18 121:24 122:17 123:16 126:6,20 127:6 128:5,14 129:18 133:13 134:8,14 135:9,20 137:10 141:21 144:6 150:8 153:10 154:15 155:13 157:13 160:22 161:9,18 162:3 163:5,11 167:14 168:3 169:1 170:3 170:10 171:16 172:7 173:13,20 174:8 175:18 178:7 180:5 181:1 186:17,23 187:22 188:11 189:23 190:12,19 198:9 198:22 199:12,22 202:11 203:17 204:19 205:2,11 205:22 206:11 208:14 209:3,15 210:1,24 211:18 212:8,17 213:5,15 214:6,14 215:4 217:6 222:4 223:11 229:8,22 230:20,22 232:7 232:17 233:15 235:9,19 236:11 239:21 241:23 243:20 244:5 245:24 246:16 247:16 249:4,14 250:1,16,24 251:12,17 255:16 256:6 258:19 259:3,17,24 261:20 263:19 265:17 268:23 270:22 275:2 276:8 278:3 279:17 280:7,12 281:22 282:16 284:2 285:4
**Alberta** 118:12
**alive** 224:15
**Allan** 142:20
**allocated** 48:8,12
**allow** 9:23 279:2
**allows** 100:3
**alluding** 51:17
**amend** 57:5,12 58:3,7 274:21 281:16
**amended** 71:7,12 71:15 81:18 82:4 82:8 275:7 277:24 279:24 280:4,19 280:19,19,24 281:7 282:23,24

284:10
**amending** 78:11 82:13 83:4,20 274:9
**amendment** 58:16 84:15,22 85:20 274:19 275:19 279:13 281:9
**amendments** 56:21 57:23 81:11 83:13 83:16 84:22,23 85:10 272:10 280:16 281:9,20 283:7 285:19
**amount** 47:21 48:1 48:5,7,16,16 49:4 49:13,24 50:4 51:9
**analysis** 50:9 271:4 271:9
**analyst** 91:22 92:1 92:3,5 143:12 148:14 178:21 179:12,13 214:22 216:14
**Anderson** 47:15 80:2 82:1,23 145:7 146:5 157:6 174:22 185:9,13 185:17 186:13,19 187:11 191:18,18 193:10,13 196:9,9 197:13 198:14 218:8 233:5 247:7 270:11 271:17 282:9,13
**Anderson's** 82:9 192:12 199:14 200:1 247:12,20
**and/or** 187:11 208:19 211:9,24 267:14
**annotate** 277:10,14 284:6,17 285:18
**annotated** 280:16
284:16
**annotation** 280:10
**annotations** 95:4 228:6
**announcing** 212:6 214:3
**annual** 48:15 49:4 49:9,12 51:9 95:15
**answer** 6:21 10:1 10:17 13:13,19 14:4 16:7 23:3,10 24:24 26:7,15 27:2,12 29:1,5 34:18 35:22 37:7 40:2 44:10 45:11 46:16 47:24 48:20 49:23 50:7 51:20 52:13 56:23 57:10 58:2,12 64:3,17 65:1 70:1 71:9,17 75:2 76:12 77:16 78:14 79:6 81:21 82:16,17 83:8 84:17 91:8,11 92:17,23 95:1 97:8,21 98:24 102:16 108:7 109:5 110:13 111:21 112:5 113:10,24 114:10 118:19 122:17 123:16 126:6,21 127:6 128:15 133:13 134:14 135:9,20 137:11 141:21 143:16 144:6 145:19 150:8 154:15 155:13 157:13 161:18 167:14 168:3 169:2,21 172:8 173:8,15 175:19 178:7 180:5 181:1
183:17 184:5 186:17 188:12,15 188:17 189:6,23 190:12,20 198:10 198:23 199:12,23 202:11 204:19 205:3,12,23 206:11 208:14 209:3,15 210:1,24 211:4,7,18,21 212:9,14,17 213:5 213:15 214:6,14 215:4 217:6 218:23 222:4,19 223:1,12,19 229:8 229:22 230:22 232:7,17 233:15 235:9,19 236:12 237:2,3 238:18 239:2,21 241:23 243:20 244:6 245:24 246:16 249:4,14 250:16 251:1,17 255:16 256:3 257:5 258:19 259:24 261:20 263:11,19 267:11 268:23 275:2,24 276:8 278:3 279:3,18 280:7,12 281:22 282:17 284:3 285:4,14
**answered** 5:14,23 6:4,6,7 20:24 21:5 21:7,17,21 23:22 24:4 27:17 35:22 36:12 44:9 52:12 53:16 54:24 55:17 56:1,11 63:12 64:16,24 67:18 68:1 69:11,20,22 73:2 74:1 77:6 81:20 82:5 83:6 96:24 97:12
104:14 106:13 107:7 110:5,12 116:22,23 128:4 129:18 132:8 135:19 136:5 141:8 160:22 162:2 163:5 164:7 164:8 170:2,10 173:11 174:8 181:1 186:16 187:21 192:22,23 202:12 203:16 209:3,24 210:23 211:2,3,7,18,19 214:6,14 217:6 222:4,18 223:18 229:22 230:21 233:14 238:18,24 241:22 243:19 245:23 247:5,16 249:3,13 250:15 255:15 259:2,4,11 259:12 261:19 263:18 264:14 265:16,23 266:22 270:21 271:23 275:1,3,23 277:18 281:21 282:15 283:13 284:14 285:3,14 286:2
**answering** 103:12 103:14 181:17
**answers** 27:6,8 53:22 60:15 276:5 288:18
**anticipates** 255:24
**apartment** 128:21 129:6,15 164:1 170:14,15
**apartments** 163:19 164:2 171:23 172:19 173:18 174:1,4 184:23
**apologize** 16:12
**apparently** 14:19
150:22 154:20 158:7 167:17,22 196:19
**appear** 87:14 227:16
**appearing** 147:19
**appears** 141:4 146:11 153:20 162:6 169:14,16 195:8 226:24
**applicable** 35:15
**applicant** 159:15
**application** 34:3,5 34:7 70:16 144:18 144:21 185:11,19 187:2 197:6,12,16 197:18,20,22 198:3,13,17,19 199:4,8,15,16 219:11,14,17 240:7 241:10,13 246:2,5,18,21 247:2,24 249:21 250:19
**applies** 33:22
**appreciate** 194:16 220:5
**appropriate** 35:13 37:2 43:3 50:11 102:23 138:3 144:4 145:4 159:15 174:18 186:10,15 187:6 255:19 267:16
**appropriately** 187:19 255:18
**approval** 37:23 41:7 43:1 51:15
**approvals** 215:22
**approve** 45:20 187:24
**approved** 35:19 36:8,11,11 43:13 43:16 46:14 49:16 49:18 50:1,12

113:6 186:19 187:18,18 199:9 200:2 252:1
**approving** 137:17 151:24
**approximately** 8:6 11:8 20:18 26:16 39:15 48:16 53:20 280:20
**approximation** 8:7
**April** 1:18 110:2 114:6 115:3 117:11,16 141:15 177:2,3,5,17 178:4 192:6 195:9 198:4 199:3,7 200:6,15 201:9,21 202:5,18 215:9 218:1 220:11,14 221:4,9,10 223:17 223:24 224:8 225:6,11,22 226:2 226:11,16 227:24 228:9 230:8 231:21 256:23 287:11 288:7 289:13
**ARAMS** 33:18,18 35:2,3 36:3 37:21
**area** 13:6 25:11 90:8 91:4 95:14 127:3 159:19 239:10
**areas** 18:22 96:16 126:23 160:9 164:5 172:11 238:1
**argumentative** 25:24 27:1,17,24 114:21 115:22 124:10 128:13 129:13,17 160:21 163:20 173:19 184:5 212:16 213:4,10,15 215:4 229:7,21 232:16 235:8,18 246:15 250:1 258:19 263:10 264:19 265:3,9,22 283:12 284:22
**arithmetic** 193:14
**Arnolds** 219:24 220:21,23
**arrangements** 289:2
**ASAP** 254:20
**asked** 5:14,22 6:7 15:13 20:24 21:5 21:21 23:22 24:4 24:7,17 27:17 30:15 31:1 35:22 36:12 44:9 45:8 48:15 52:12 53:16 54:24 55:4,17 56:1,6,11,14 63:12 64:16,24 66:21 67:18 68:1 69:10,20 73:2 74:1 77:6 80:20 81:20 82:5 83:6 87:20,22 96:24 100:19,20 101:5 103:11 104:14 106:8 107:7 110:5 110:12 116:22 128:4 129:18 131:7 132:8 135:19 136:5 141:8 142:18 147:23 160:22 162:2 163:4 164:7 165:15,24 166:2 170:2,10 172:21 172:22 173:12 174:8 175:6 180:21,24 181:6 184:20 185:17 186:16 187:21 191:11 192:13,19 192:22 195:7 203:16 209:2,24 210:23 211:1,3,17 214:5,13 217:6 222:3,16,18 223:18 229:22 230:21 233:14 238:17,23 241:22 243:19 245:23 247:5,16 249:3,13 250:15 252:9 254:17 255:15 259:2,11 261:19 262:13 263:18 264:14 265:16,23 270:21 271:22 275:1,23 277:18 281:21 282:15 283:13 284:14 285:3,14 286:8 288:18
**asking** 12:5 16:3 21:10 22:4 23:7 31:9 38:20 43:15 43:16,17 53:9 97:10 102:7,12 129:11 131:6 136:22 165:11,12 165:17 172:18 173:7,17 177:7 187:5 223:5 229:18 230:12,16 245:1 254:16 261:15
**asks** 160:14
**aspect** 187:8
**assess** 191:19
**assessment** 184:2 233:20
**asset** 39:10
**assigns** 47:16
**assist** 223:6
**assistance** 254:2 272:10
**assisting** 17:3
**associate** 217:24
**associated** 139:10
**assume** 68:5 88:12 119:18 193:12,14 219:16 280:17
**assumes** 16:6 34:17 46:15 48:19 50:6 50:19 56:22 57:9 58:11 64:23 71:16 78:13 79:5,22 92:16 94:23 109:4 111:20 121:23 122:16 126:5,20 127:5,17 128:14 133:12 141:20 154:13 155:12 167:13 168:2,24 170:9 183:5 184:4 196:22 198:9,22 199:10 206:10 239:20 244:4 247:15 249:4 255:16 268:22 273:19 278:2 280:6
**assuming** 43:1 72:16 74:7 184:15
**assumption** 74:9
**asterisk** 9:17 226:21
**attached** 193:21 194:15 227:10 243:7 282:14,21 283:4 284:6,10 285:9,18,21
**attachment** 20:8,12
**attachments** 226:24 227:1
**attempt** 94:1 230:10
**attempted** 124:23
**attempting** 93:22 125:7 126:2,12
**attend** 94:14
**attendance** 140:11
**attention** 56:8 65:21,22 113:18
**attorney** 101:4,5
**attorneys** 216:20
**August** 117:24 118:6,9 119:1,21 120:2,6 121:16 122:14 123:1,12 124:7 147:21 259:1,10 261:6 262:19,22 264:4,6 268:9,14 270:16 271:2,10
**authority** 57:4,12 57:23 58:3,7 131:15 187:23
**automatic** 274:23
**available** 91:14 125:2 218:12 256:3
**aware** 17:8 64:20 107:24 109:1,7,14 109:17,19,20,22 110:7,14,17 111:18,22 125:4,6 125:7 126:4,7,10 126:11 137:3 170:8 172:10 207:10 237:6 241:16 271:8 273:3,4,24 274:4
**A.D** 1:18 287:20 288:7 289:13
**a.m** 1:18 255:23
**A0810** 195:24
**A1020** 276:20
**A1663** 256:14 261:12
**A2193** 166:15
**A2201** 166:15
**A2327** 231:20

**B**

**B** 3:6
**Babco** 184:22

185:4 194:13
**back** 6:13 27:6 28:19 32:20 35:8 37:9,24 38:19 39:4 40:8,20 42:6 42:15,24 47:12 49:13 56:9 58:24 80:24 101:9 106:3 115:20 116:1 121:1 122:19 144:13 150:13 169:3 181:11 184:1 188:15,19 189:6 200:24 206:13 207:11 219:13 224:2 231:17 239:18 242:14,18 245:12 245:14 257:24 258:2,8 263:23 283:16
**Baguio** 2:12 29:4 216:21 219:23
**base** 117:5
**based** 49:5 50:1 59:22 60:24 114:2 116:8,18 123:8 187:18 218:12 219:6 263:2 277:23
**basic** 49:9
**basically** 29:14,21 47:11 171:20
**basis** 60:11,12 110:17 246:8
**Batchelor** 92:4
**Batchelor's** 98:12
**Bates** 164:24 166:14,24 167:1 193:20 194:6,10 227:15,17,20 237:20
**Baugher** 2:2 3:4 4:1,12,21 5:3,12 5:18 6:1,8,13 7:2 9:23 10:3,20 12:7 12:10 13:16,22 14:7 16:8,16 17:1 17:3,8,17,21 18:9 21:3,9,22 22:9,14 22:19 23:6,13 24:1,6,16,19 25:4 25:12 26:1,17 27:4,10,20 28:3 28:11 29:8 35:7 36:6,20 37:11 40:1,5 41:14 42:14,22 44:12 45:23 47:4 48:3 49:3 50:2,14,23 51:23 52:16 53:17 54:3,11 55:3,19 56:3,15 57:3,14 58:6,18,24 59:14 61:16 63:9,17 64:6,19 65:7 66:11 67:21 68:6 69:16,24 70:5,22 71:4,13,22 73:10 74:4 75:6 76:8,16 77:10,18 78:18 79:8 80:6,10,17 80:23 81:15 82:2 82:12,22 83:12 84:20 86:14,19 87:9 91:12 92:19 93:1,7 95:6 97:4 97:16,23 99:4 103:10 104:1,11 104:19 106:20 107:3,17 108:10 109:8 110:9,20 111:23 112:11 113:13 114:5,17 114:22 116:1,11 116:17 117:6 118:21 122:3 123:6,22 124:11 126:13 127:1,14 127:21 128:8,18 129:14,23 132:9 133:17 134:9,15 135:1,14,23 136:9 136:13,21 137:13 140:14,19 141:11 141:23 142:12,17 143:24 144:11 145:22 146:6,10 147:14,18 150:10 153:14,19 154:4,7 154:18 155:21 157:15 160:17 161:2,14,22 162:10 163:8,17 163:23 164:9,14 164:18 165:10,16 165:20 166:2,9 167:5,16 168:9 169:12,23 170:6 170:11 171:13,21 172:2,17 173:4,9 173:14,16,21 174:16,24 175:5 175:22 178:16 180:8 181:3 183:13,23 184:8 184:19 186:21 187:2,4 188:6,15 188:21 189:18 190:3,15,23 191:2 191:10 193:2 194:5,14,21 195:5 196:24 198:15 199:2,18 200:3 201:8 202:15,20 204:6,24 205:5,8 205:17 206:3,13 207:12 208:8,20 209:9,19 210:17 211:1,12 212:3,13 212:23 213:8,11 213:17 214:8,16 215:7,217:9,16,21 218:22 219:12,21 222:8,21 223:4,14 223:21 224:10 226:3,5 227:8,18 229:10,16 230:10 230:20,24 231:4 231:10 232:11,22 233:17 235:11,21 236:4,16 237:13 238:21 239:14,24 241:8,20 242:5,17 242:20,22 244:2,9 246:7,20 247:8 248:4 249:7,16 250:8,21 251:3 252:3,8 256:1,6,7 257:9 258:22 259:7,15,20 260:3 260:23 261:5 262:3,15 263:13 263:22 264:16,24 265:5,11,20 266:3 267:12,24 268:6 269:3 270:24 272:1,4 274:1,7 275:5,18 276:4,12 277:22 278:6,12 279:7,23 280:21 282:1,20 283:8,16 284:8,19,23 285:7 285:20 286:12,18
**began** 8:16 39:15 155:14
**beginning** 91:18 108:13 166:15,24 170:14 174:1 193:22 227:20 252:13
**begins** 152:24
**begun** 255:23
**behalf** 2:5,14
**belief** 69:6
**believe** 8:1 9:12 12:14 20:8 24:11 25:9 38:14 54:14 54:21 55:21 56:5 57:1,17 65:18 66:2 68:17 69:18 70:6,10 71:18 72:2 74:17,20 75:3 80:2 82:3,7 88:14 90:20 91:9 91:11,13,15 92:2 92:3 93:4 98:11 98:12 139:15 141:6 142:22 143:8,17 144:3,8 150:13 155:15,24 156:3 165:5 166:18 181:24 182:19 183:14 191:17 226:1,21 227:9 228:16,22 238:7 242:20 253:19 263:6
**believed** 219:3 246:12
**believes** 218:11
**better** 82:21 83:10
**Beverly** 253:8
**beyond** 45:19 170:21 171:5,11 234:16 240:6 246:6 249:22
**big** 73:5
**bit** 87:10
**blank** 32:15
**body** 227:15
**book** 52:19
**boss** 29:10
**bottom** 132:10 148:8,18 166:14 179:23 200:10,13
**Boulevard** 2:12 4:20
**box** 10:24 11:1
**Brad** 143:5
**break** 86:13,15,21 106:21 136:16 165:21 194:20,22
**briefly** 90:22 224:20

**bring** 31:21 93:22 94:1 125:8 155:18 234:21
**bringing** 71:20
**broke** 136:22
**broken** 122:7
**brought** 31:14 53:23 54:20 55:22 56:8 65:21 75:23
**Brown** 225:21 226:7 228:10 230:7,9 231:7 233:22 234:22 242:7 243:13 245:7 247:10 248:2 249:9 256:23 257:5,22 258:16 259:9,14
**Brown's** 226:16 228:11 230:1 234:3,8 235:1 237:14 243:6 244:22 247:23 250:2 258:23
**building** 92:12 126:23 127:2 128:3 163:10 164:1,5 171:23 172:4,16 173:18 174:3 176:5,13 187:20 205:4 238:1 246:11
**buildings** 128:21 129:6,16
**bullet** 115:12 133:23 135:2
**business** 4:19 11:19 11:22 31:11 139:9 212:12,20 213:1 253:18,20 262:9
**busy** 96:12
**B4256** 227:20 239:9

**C**

**C** 2:1
**cabinet** 10:24 11:2 11:3
**calculated** 49:5
**call** 200:17 202:24
**called** 1:9 4:8 255:1 288:8
**calling** 168:8
**calls** 13:13 51:19 57:8 82:16 83:7 126:19 144:5 157:12 189:22 198:8,21 199:11 202:10 204:18 209:14 213:4 218:18 232:6 244:5 251:16 277:19 279:16,17 280:6 284:2,13 285:13
**candid** 27:8
**capacity** 253:13
**capital** 115:12 126:17,22
**care** 177:11 199:8 249:2
**carefully** 156:16
**Carl** 140:22 146:12 150:21 151:16 153:21 164:21 175:8
**carrying** 275:21
**case** 5:2 17:4 48:15 132:19 151:15 212:22 253:15 289:9
**catching** 194:16
**cc** 244:22 254:13
**center** 6:11,19 7:1 7:6,7,10 59:21 114:13 119:16 214:11,19 233:20 234:5 250:4 253:23
**certain** 13:15 15:1 21:15 33:17 187:9
**certainly** 22:12 269:4
**certificate** 289:4
**certification** 148:1 148:5 178:14 181:8,10,18,20 182:9,21 183:9,11 183:22 184:3 254:18,23 256:9
**certifications** 181:15,24
**certified** 1:14 183:21 288:4
**certify** 288:6,16
**cetera** 160:19
**change** 106:18
**changed** 248:15,18
**changes** 51:6 57:23 81:10,19 219:11
**changing** 279:14
**charge** 181:17,19
**charged** 49:14 50:4
**check** 26:5 100:15 100:20 193:14 267:14 273:16
**Cher** 217:24 218:11,11
**Cher's** 218:15,20 219:5
**Chiano** 143:5,9 144:1
**Chicago** 1:17 2:3 2:13 4:16,20 5:10 52:3,6,11 53:7,10 88:23 104:4 119:13,14 120:18 120:20 131:15,16 132:19 133:5,9 134:10,16 205:20 206:2 234:5,19 241:19 250:5 253:14 267:15
**chose** 36:17
**chutes** 239:10
**circulated** 217:2
**circumstances** 37:18 94:21
**cited** 125:22 126:9
**City** 205:20 206:1
**Civil** 1:11 2:6 288:23
**claimed** 182:6
**Claims** 1:1 4:3 287:2
**clarification** 225:24
**clarify** 46:10 49:2 57:11 66:6 154:2 188:13 193:19,23 226:22 227:13 230:4
**clear** 9:24 22:7 24:15 30:6 38:15 83:16 84:21 103:3 104:7
**clearly** 275:13
**client** 17:6
**client-related** 17:10
**close** 151:10
**closed** 88:19 89:13 151:14,18 152:4 152:14,18 153:7 153:13 251:15
**close-out** 150:20 151:12
**closing** 151:24
**code** 205:19,21 206:1
**Coleman** 1:9 3:3,7 4:2,7,14,15,22 5:8 5:10,16 9:22 12:5 16:1,9,11 22:5 24:7,13,24 25:8 27:5 29:1 39:24 75:17 77:16 86:20 103:1 112:4 133:21 140:15,20 140:21 142:5,13 142:18,19 143:19 145:18 146:11 147:1 149:18 150:6,16 153:20 154:1 160:14 164:19 165:4,12 165:18 166:5,12 169:20 170:22 171:6,16 172:18 175:6,7,17 184:20 184:21 185:21 186:10 190:11 191:12 192:16,20 193:20,23 194:10 195:6,7 196:11 200:4 201:1,6 211:4,21 219:22 221:1 225:22 227:2 230:7,9,24 231:5,9,14 237:4 237:7 239:1 241:11 246:8 248:16 252:3,9,10 256:3 258:6,13 268:1,7,19 269:18 270:17 271:1 272:5 286:4 287:10,17 288:8 288:12
**collection** 20:7 191:3 217:22 239:10 252:10
**column** 88:18 89:13
**come** 15:12 19:4 36:7 37:19 57:19 92:20 143:10 200:18
**comes** 34:20,20 35:24 36:16 46:18 52:21
**coming** 101:9 268:15
**commencing** 1:17
**comment** 76:9 116:14 143:22

148:8 222:16
**comments** 103:19 122:2 169:6 193:3 214:2 218:17,21 218:24 220:7,10
**common** 126:23 164:5 172:11 238:1
**communicate** 61:17 63:15,20
**communicated** 63:10 269:9
**communicates** 85:18
**communicating** 269:5
**communication** 99:8 203:5
**communications** 84:12 85:14
**companies** 191:4
**comparables** 45:16 46:19 159:17
**compare** 227:21 267:21
**compendium** 20:2 90:15
**competent** 144:3
**compilation** 230:8
**compile** 230:10
**complete** 40:2 77:16 112:5 143:15 145:18 182:14 239:1 250:18 262:7 274:3 282:23 288:17
**completed** 112:8 166:6 168:14 177:8,11 192:2 238:5,14,16 239:4 239:5,12 241:7 254:18 256:10
**completely** 248:3
**completion** 149:8 149:12 236:22,23
**compliance** 93:23 94:1 234:21 262:9
**comply** 261:9,10,13 261:16,18 262:14
**component** 125:8
**comport** 81:17 88:7 89:14
**compound** 27:16 35:21 41:9 46:16 51:18 69:10 70:20 163:4 174:7 178:6 199:10 205:22 209:2 211:17 213:14 214:5,13 217:5 222:3
**comprehensive** 250:13 254:7
**comprise** 282:22
**comps** 159:8,9 160:1
**computer** 68:4 99:19 100:20,20
**computer-aided** 288:11
**concern** 4:23
**concerned** 116:18 135:4,15
**concerning** 10:5 14:9 30:19 31:15 31:22 56:7 62:20 62:24 67:9 83:24 84:5,7,13 85:1 99:8 101:17,21 107:10,12,13 122:2 132:2 141:18 142:9 155:10 158:17 159:5 160:2 161:24 175:9 176:9 181:5 184:13,23 193:4 197:16 201:21 202:18 203:6,12 212:1 217:2,11 220:10 221:14 225:10 234:6,19 242:8 247:11 250:5 254:23 260:8 266:10 267:9,14,22 272:9
**concerns** 65:20 251:20,23
**conclude** 250:12 256:5 286:16
**concluded** 139:24 140:1
**conclusion** 12:6 13:13 51:19 57:8 82:17 83:7 204:19 213:5 279:17 280:7 284:2,14 285:14
**concur** 68:9,18 69:15 70:17 196:13 197:2 215:9 232:12,14 232:21 272:20 273:9,11
**concurred** 196:16 197:5 232:9 233:5 233:5 273:1
**concurrence** 43:7 44:2,4,4 69:1,2 195:24 196:6 232:9,20 233:1,9 272:15 273:7,23 273:23 280:14 281:4 286:13
**concurs** 41:13,16 43:21
**condition** 13:10 30:17,23 31:6 59:12,19,23,23 60:19,24 61:21,22 63:6,7 64:12 78:24 106:5 107:13 110:15 111:13 115:19,24 116:9,10 123:9,9 125:18 127:7,10 127:10,13 155:19 155:19 171:12 172:4,13 174:4,13 179:10 210:12,13 213:7 240:6 241:14,17 249:12 249:20 262:1
**conditions** 117:17 170:23 171:7 189:1,13 190:14 204:21 205:15,16 241:18 251:22 274:17 275:16
**conduct** 153:3 168:21
**conducted** 10:6 139:12 155:16 167:24 168:23 212:1 246:19
**confer** 83:17
**conference** 155:17 156:7,8,10 190:1
**conferred** 257:17
**conferring** 266:24
**confidential** 111:2
**confirm** 182:20
**confirmed** 178:13
**confused** 36:14
**connection** 16:19 185:4
**consider** 197:8
**considerable** 121:20 176:15 203:10 213:23 224:16 227:12 229:14 231:18 242:1 244:12
**consideration** 204:8
**considered** 153:4 240:3
**considering** 167:11
**consistent** 190:4 277:8
**consisting** 287:12
**consists** 129:8 193:20
**constant** 127:4
**construction** 143:12 148:14 178:21 179:12,13 184:22 193:22 219:8
**consult** 151:23 242:9
**consulted** 244:1 282:9,12
**consulting** 203:13 203:23
**contacting** 4:23
**contained** 100:21 167:1 236:14
**contemplated** 187:7
**content** 13:23 29:3 248:19
**contents** 106:2 248:13 273:5,12
**context** 29:12
**continue** 60:5 77:14 103:7,21,23 133:5,10 134:11 134:17 135:21 157:19 219:9 247:10 276:1
**continued** 60:12 104:12 201:9 224:17
**continues** 108:22 108:23 109:11 111:17
**continuing** 159:22
**contract** 31:15,22 32:1,3,5,11,20,22 33:18,23 34:2,19 35:4,17 36:1,4,4,8 36:15 37:16,21 38:5,6,11,12 39:2 39:14 40:12 42:9

42:21 43:4 44:16
45:4 46:7,13,18
46:20,22 47:9,11
47:12,12,15,17,22
48:2,6,7,8,9,12
49:4,15,24 51:9
51:14 52:2,11,19
53:24 54:10,13,19
54:20 55:2,7,16
55:23 56:9,14,16
56:21 57:1,5,13
57:21,24 58:4,7
58:15,20,21 59:5
59:7,9,11,18 60:5
60:6,10,12,18
61:2,7,20 62:17
62:20 63:1,5,24
64:5,11,22 65:3,5
65:5,13 66:2,7,8
67:10,24 68:18,21
68:24 69:2,3
70:17 71:6,10,14
71:20,21 72:8,10
72:12,14,19,23
73:8,19,21,23
74:5,14,15,18,22
74:23 75:4,8,12
75:22 76:4,7,9,14
76:18,22 77:5,8
77:21,23 78:2,7
78:12,23,23 79:13
79:15,19,23 80:1
80:2,8 81:5,11
82:4,14 83:1,2,5
83:14 84:1,8,14
85:11 106:1,5
110:17 137:5,9,18
137:20,21 139:11
159:3,5,6,9,23
160:2,8,10,20
162:8 203:15
204:2,4,16 206:8
206:19 207:6,24
208:5,6,11 209:18
209:23 210:10,14
210:22 211:11
216:17 224:15
262:10 272:11
273:3 274:6,9,13
274:14,22 275:4
275:11,13,15,16
275:19 276:10,11
276:21,24 277:10
277:14,24 279:21
279:22,24 280:3
280:17,19,24
281:7,8,12,15,16
281:17,20 282:6,8
282:24 283:4,7
284:6,6,9,11,16
284:18 285:8,11
285:18,19,23
**contracts** 31:13
32:8,14,15,16
33:3,12,14,15
39:12 42:6 45:2
45:13 48:24 79:3
79:9,10,12 81:9
81:14,18,24 82:8
82:19 83:3,11,20
125:22 126:8
284:15
**contrary** 174:3
238:22
**conversation** 31:16
31:19 55:12 67:3
67:9,12,14,16
73:11 78:9 106:15
107:5 139:17,19
147:10 204:7,10
221:17 267:5
**conversations**
45:24 68:13 78:1
78:15,20 105:13
106:9,12 107:10
107:15 167:6
204:15 216:7,11
267:3,8
**convey** 134:14
**conveyed** 84:24
**Cook** 1:15 288:3,6
289:12
**Cooper** 271:3
**coordinates** 253:22
**copied** 200:8
221:12
**copies** 10:11 73:13
74:18 151:4 256:9
259:16,18,19
260:1,2,5,24
**copy** 15:14,17,22
22:6 31:1 32:19
32:22 47:17 72:8
72:19 74:16 90:1
115:6 140:20
196:19 197:1,3,4
221:11 222:1
227:23 230:6
243:16,17,24
244:3,8,14,17,19
245:6,13,15
254:17 256:22
258:3,8,15,23
259:8 260:15
262:13 269:7,12
269:14 280:23
282:23 285:22
286:12
**corporate** 200:18
**correct** 12:21 18:11
38:14 40:13 41:10
41:17 42:6 43:10
46:6 52:20 53:18
54:4 57:16 69:4
71:7 74:20 75:5
76:14 78:7 80:9
81:7,19 82:4
88:20 89:4 91:9
91:11 93:3,5
97:19 100:4 104:5
108:24 109:12,21
109:23 110:10,19
111:9 115:14
118:14 119:6,17
120:21 121:8,9
125:22 126:8,18
127:4 132:14,15
132:20,23 134:1,6
144:24 150:2,6,22
151:19,20 157:11
159:17 162:12
163:10 164:3
167:12,20 168:1
168:12,23 176:22
189:21 190:5,18
198:7,12 199:1,9
200:11 213:13
227:19 228:5
233:19 234:1,2,11
234:24 235:7
240:4 241:14
246:14,22 248:12
250:23 255:14
257:24 258:4,9,17
259:10 261:7
263:5 264:4,13
265:21 266:17
268:16,21 274:11
274:24 275:12,22
277:9 278:7
279:15 280:4
281:16 284:11
285:10,22 287:13
**corrected** 112:17
118:2 122:6,13,14
122:24 123:2,12
123:19 124:1,2,4
125:19 148:20
178:3,11 183:1,20
198:19 237:18
**correcting** 121:21
**correction** 96:2
273:10
**corrections** 56:18
78:22 79:24 80:3
80:4 81:23 182:12
285:19 287:14,15
**corrective** 155:5
**correspondence**
203:8 232:19
233:3
**cost** 126:2
**counsel** 3:17 12:5
54:6 61:13 75:15
77:13 80:11,17
86:11 102:17,23
166:23 171:24
194:17 226:1
255:23 256:2
259:23 266:16
275:8 276:1 279:2
280:10 286:8
289:9
**counsel's** 165:6
196:21
**County** 1:15 288:3
288:5 289:12
**couple** 18:18 25:23
96:17 101:13
217:23
**course** 52:7 149:21
**court** 1:1 4:3 18:7
87:2 106:18
142:18 175:6
184:20 191:11
195:7 237:9 252:9
287:2
**Courts** 1:12 288:24
**cover** 35:5 54:7
268:8 274:20
282:21
**Cravats** 142:20,23
143:4,8,13 144:12
217:24 248:1
**create** 100:3
**credenza** 21:18
**credit** 247:4
**cross** 277:2,24
278:5 279:21
282:7
**crossed** 276:24
277:16 278:14
**cross-out** 57:1
**cross-outs** 56:20
**CSR** 289:18

**current** 111:14 190:8,17 198:6 199:5
**CX** 3:2

D

**D** 3:1
**damage** 127:12,15
**damaged** 238:2,8 239:9,10
**data** 34:23 42:2,6 43:9 50:12,21 68:23 69:14 95:11 217:14 264:7
**date** 8:5 30:12 32:4 60:8 61:11 71:24 81:12 88:5,10,13 88:15 89:6,8,21 93:12 101:10 138:17,18 150:23 151:6 152:13,14 152:15 153:2,5,7 157:14 162:5,13 192:5 201:16 226:1,13,15 238:8 238:16 263:1,7 264:3,11 265:18 268:17 276:16,18 278:20 279:11 280:11
**dated** 107:19 112:21 117:11 141:15 142:20 146:12 149:17 150:21 153:21 154:8 155:4 175:8 177:2,5 192:4 195:9 200:6 202:3 221:4 223:24 224:8 225:6,22 239:22 240:5 252:11 268:9 271:2 272:7 280:9 283:5,6 285:6,17 286:3
**dates** 8:8,9,14 30:12 39:17 40:8 78:16 88:4 90:5,9 90:13,19,24 91:2 120:24 149:8,8,9 157:8 158:1 177:12 201:24 202:19 204:5,14 205:24 213:22,24 236:9,22,23 252:12,19 263:21 265:14 266:2
**day** 1:18 27:5 32:9 96:13 272:9 287:19 289:13
**days** 96:18 101:13 289:1
**day-to-day** 91:20
**DC** 2:8
**deal** 73:5 83:3
**dealing** 171:20 234:14
**deals** 254:14
**dear** 141:2
**debated** 209:21 210:7
**Debbie** 38:9 40:11 40:14 41:7,12 43:20 98:15 99:2 150:21 201:1
**DEC** 7:5,12,22 8:3 62:7 85:22 86:4,5 87:13,15,17,22,24 88:4,5,8 89:5,12 89:16 90:4,7 91:3 91:18,21,22,24 92:9,13,15,20 93:16,17 98:2,3,8 98:18 101:10,17 103:6,9,21,22 105:15,20 110:24 111:1,7 113:7 117:16,24 118:14 118:16 119:8 120:18,20,22,22 121:8 122:13 123:1 125:23 130:5 131:12 132:18 136:24 204:13 208:19 209:1,8 211:10,24 216:12,14,19 234:18 241:19,21 242:3 244:15,24 260:11 261:1 262:22,24 263:15 264:2,5,7,10,13 264:15,17 265:7 267:16
**December** 78:10 111:15,19 112:12 112:22 113:19,22 114:8 115:7 133:6 133:11 134:1,12 134:18 135:6 153:4 162:12 175:8 176:18 190:2 246:18 272:8 275:20,22 276:14 277:8 280:2,10,20 283:5 283:6 285:6,17 286:3,13
**decent** 13:9,20,24 188:5 189:1,12 190:14 210:15
**decide** 197:9 201:13
**decided** 36:10 46:2 61:7 209:12
**decides** 138:8
**decision** 35:18 37:22 45:3 46:7 46:12,19 47:1 48:11 59:10,17 60:4,7,9 61:1,4,18 62:12 63:8,10 64:10,15 67:13 84:8 110:16 156:19,20 157:2 206:8,20 207:7 208:1,5 217:2 282:19
**decisions** 47:8
**decision-making** 187:17
**declare** 206:9,21 207:8 208:2 210:21
**declared** 106:1 203:14 204:1 209:13
**declaring** 208:10
**DEC's** 85:23
**deemed** 121:19 237:16
**deems** 138:3
**default** 106:1 180:22 202:8,17 202:22 203:1,6,15 204:1,4,9,15,17 204:20 206:7,9,19 206:22 207:6,9,24 208:3,6,11 209:13 209:17,22 210:9 210:14,16,22 211:10,14,15,15 212:2,6,7,11,19 212:20,21,22 213:1,12,18 214:3 214:4,11 215:8,12 215:13 216:3,8,12 216:17 217:4,11 220:19 221:15,18 222:2,14 223:7,10 223:17,23 224:8 224:12 251:14
**Defendant** 1:7 2:14 287:8
**deficiencies** 36:24 108:24 109:23 115:14 118:1 178:1,11 197:6,12 198:3,5,18 199:7 199:16,19 233:19 248:10,23 249:2 249:22
**deficiency** 198:12 199:15
**deficient** 236:6 237:16
**definition** 235:5
**degree** 131:5
**delete** 99:17
**deliberations** 34:14 197:16
**demonstrate** 181:19
**denied** 46:14
**department** 2:6,10 5:4,4,6,15,18 6:10 6:19,24 7:6,7,10 8:20 11:20 12:3 15:1 22:6 34:3 39:10 55:6,15 56:18 59:21 76:20 87:11 88:24 89:1 89:2 93:20 114:13 119:16 126:12 131:22 135:16 138:3 148:15 187:12 197:7 212:12 214:10,19 233:8 247:12,20 250:4,17 251:8,19 251:20,23,24 255:20
**Departmental** 234:5 253:23
**depends** 7:13,15 46:24
**deplorable** 251:22
**deponent** 286:19 287:10,17 288:24
**deposed** 28:9
**deposition** 1:9 3:8 4:2 8:23 11:13 14:16,18 16:19,24 17:7,11,15,16 18:11 22:21 23:18

25:3,21 26:9
28:23 29:7,13,17
30:3,12 56:7
77:15 86:9,9,24
87:5,12,21 88:2
89:19,24 90:14,23
101:20,20 102:9
102:14,22 103:16
103:17 105:2,11
107:18 110:2,23
111:6,10 112:21
113:2,20 114:19
115:2,3,8 117:8
132:11 134:5
135:3 140:15,16
140:21 142:5,13
142:14,19 146:7
146:11 147:1,15
147:19 148:7,19
149:2,11,18 150:6
150:17,18 152:10
152:18 153:16,20
153:24 154:11
158:5,6 159:5
164:15,20,21
166:12 170:19,22
171:6 172:6,24
175:2,7,17 179:16
179:16,19 180:16
184:16,21 185:21
186:10 191:7,12
192:17,20 195:2,8
200:5 217:18,22
219:18,22 221:2
221:18 222:9,14
222:17,24 223:7
225:4,7,14,20,20
227:22 231:1,5,15
234:1 237:21
242:17,23,24
243:18 244:14
245:6,11 252:4,5
252:10 255:22
256:5,22 257:23
258:7 263:23
265:6 268:2,7,19
269:18 271:1
272:6,21 274:21
276:3 280:23
283:11,23 285:1,2
285:10 286:17
287:11,11 288:7
289:1,3,6
**depositions** 1:13
29:21 30:4 101:12
**describe** 9:5 20:12
92:8 95:9
**described** 37:12
40:22 43:24 52:1
52:5 79:4 137:15
142:4 146:24
154:11 175:16
199:19 228:5
**describes** 53:10
**describing** 38:15
38:16 75:13 76:18
**description** 12:8
87:14 237:15
**designated** 226:23
**desk** 21:18
**detail** 26:23 44:18
44:23 149:1
153:23 154:20
155:1 205:15
**detailed** 159:16
246:3
**detailing** 146:13
199:16
**details** 12:2 73:18
112:8 140:8
205:18 229:15
235:24 255:8
260:8 266:10
**detected** 281:14
**determination**
40:24 41:5,6
47:21 48:18 50:3
50:16 271:16
**determinations**
49:13
**determine** 37:15,20
50:10 51:3 144:4
145:6,14 162:22
174:18 178:10
185:22 186:1
205:14 239:4
**determined** 39:1
47:20 48:24 51:11
73:20 182:11
186:12 187:11
198:14 234:14
**determines** 34:21
35:10,13,24
**determining** 33:14
49:19 51:5 145:3
186:9 270:6,8
**develop** 254:7
**developed** 52:6
53:6 105:18
**Developers** 142:24
**developing** 202:4
**development** 2:11
5:6 49:1 155:16
252:2
**dialogue** 55:13
**difference** 139:6
240:13 241:3,5
245:21
**different** 37:24
70:11 104:2
170:17 172:5,22
174:3 248:3
**differently** 8:15
**difficult** 5:11
207:13,15
**diligently** 252:1
**direct** 4:11 62:22
85:17
**directed** 80:1 83:10
95:12 256:19
257:13
**directing** 113:17
138:12
**direction** 81:13,18
97:17
**directions** 51:16
**directive** 20:20
51:16 63:5 78:7
78:22 254:11
**directives** 19:4,6,13
20:2 40:7 63:16
99:21 100:4
**directly** 267:20
**director** 32:9,13
33:19 35:6 45:20
47:16 58:4 59:11
59:17,20 60:4,15
61:1,7 82:1 96:22
98:3,5,10 119:8
119:15 120:18,20
120:22 121:6
129:12 131:18,23
145:7 146:5 157:5
174:22 185:9
186:13 214:21
215:18,19 247:7
253:18,20
**directors** 138:11
**director's** 61:4
**disapprove** 187:24
**discover** 26:4
**discovered** 76:13
**discuss** 30:24 31:2
157:24 201:10,16
211:10,13 212:5
221:21 222:12
**discussed** 29:24
30:13,22 31:6,9
45:2 101:12
140:12 148:4
158:24 192:9
210:21 272:9
**discusses** 269:23
**discussing** 105:17
105:21 286:14
**discussion** 29:3
42:12 45:12 56:6
61:14 65:18 75:23
76:4,20 77:1,7,23
108:16 136:14
156:12 202:16
204:3 206:7,17
207:4,22 208:15
208:17 209:5,20
210:6,19 211:16
216:16,18 225:9
269:17
**discussions** 45:18
105:23 106:3,4
107:11,13,14
155:10,14 192:10
269:19
**disk** 106:19
**disposition** 34:15
41:16 112:17
271:13
**dispute** 5:24 109:15
110:10
**disregard** 183:2
**disregarded** 183:8
**distinguished**
50:16
**District** 1:12 288:1
288:23
**division** 2:6 7:11,12
32:7 33:9 34:24
36:4 55:5 254:5
271:18 288:1
**document** 12:8,11
20:9,14 52:20,21
87:3,6,8 89:19
102:5,18,20 103:2
103:4 109:4 111:6
111:7 112:7,23
113:3,9,11,14
114:3 117:8,12,13
133:15 134:7
135:11,13 136:7
148:23 150:19
151:1 153:10
154:3,6,15 155:4
165:2,3,7,13,15
165:17,23 167:1
174:15 175:10,11
175:12 180:1

185:1,7,12,14,22 186:3 193:21 194:1,2,11 221:22 225:8 232:24 233:3 235:13 243:3 257:5 264:1 268:11,13,24 269:10,23 273:1 280:9
**documentation** 35:13 37:2 38:1 167:4 222:22 254:20 256:11
**documents** 11:15 16:21 18:12 56:7 56:10 86:13,20 90:15 100:19,21 101:3,12 116:16 117:4,7 136:11 149:6,8,20,22 150:1 166:17 194:6,13 215:20 217:2 227:15,21 228:2
**doing** 14:11 41:20 130:11 174:17 232:5 247:20 253:14
**dollar** 47:21 48:1,5 51:9
**dollars** 110:8,18 193:15 218:13 219:4 224:18
**Don** 2:16 268:9
**DONALD** 17:19
**doors** 238:2,9 239:9
**doubt** 89:7 115:17 116:6
**doubting** 117:2
**Doug** 217:24 218:11
**downloads** 35:1 36:3
**dozen** 52:8 53:14
128:22
**draft** 179:17,23 180:2,21 181:4,6 195:14,18 222:9 222:13,13 231:17 231:21 232:1,2,4
**drafted** 180:1 181:13 196:3 229:1,19 230:19 233:4,9 272:17
**drafting** 180:15,17 195:16 222:23 223:6 232:5
**drafts** 196:5
**drawer** 10:24
**driven** 130:24
**Drive-by** 128:1
**drive-bys** 130:7,17 130:22
**driving** 128:2 130:8
**DSHS** 16:23
**DSSA** 268:14 270:16 271:8
**due** 59:12 61:20,21 63:6 64:11 78:24 234:4,9 249:18 250:3 274:14,17 275:16
**duly** 4:6,9 287:10 288:13
**DX** 3:2

**E**

**E** 2:1,1 3:1,6
**earlier** 51:17 58:15 85:16 216:15 272:9 280:13
**earliest** 200:12
**early** 78:10 91:24 98:1,21 99:6 101:11,14,14 124:17 126:4 213:13 220:14
**EASTERN** 288:1
**Ed** 29:10 66:3 89:1 98:3 99:2 185:18 186:20 188:20 193:10 196:17 197:5 201:14 220:5,7 221:3 233:5 268:9 282:9 282:13
**Edge** 119:3,5
**Edward** 269:1
**effort** 115:13 126:11 260:23
**efforts** 220:5
**eight** 124:14 125:16 132:10 133:3,24 135:3 179:17 254:6
**either** 27:12 38:23 45:2 115:2 130:4 154:3 156:2 236:7 240:11,23 243:9 260:5 270:20 282:13
**elaborate** 57:13 229:16 260:13
**elective** 263:4
**electrically** 100:8
**elevators** 147:4,4,8
**employed** 124:17
**employee** 16:23 131:10,23 144:2,8 144:10 168:13
**employees** 168:16 169:18 170:7
**enables** 139:1
**enclosed** 149:16 235:2,4,4
**enclosure** 245:13
**encourage** 96:2 125:9,11
**enforcement** 6:11 6:19,24 7:6,7,10 8:20,21 59:21 86:4 91:22 92:3,5 114:13 119:16 214:11,19,22
216:14 234:5 250:4 253:23
**engage** 107:11
**engaged** 59:21
**engineer** 182:16
**Englewood** 1:3 100:19 178:3 221:3 287:4
**enter** 16:14 96:12
**entered** 14:19 71:6 148:24
**entering** 41:17 42:2 125:21 126:8
**entire** 39:9 48:23 57:1 92:5 119:16 126:23 162:21 205:4 261:24
**entirety** 9:7 87:8 194:2
**entitled** 166:1
**entity** 60:1 72:4 74:8 189:2,15,20 226:8 234:13 241:16,16
**entries** 22:24 23:21 26:5,8,11,18 42:10,21 94:16,20 94:22 95:11 96:6 96:9,23
**entry** 42:6
**envelope** 257:12
**Equities** 191:1
**Eric** 271:3
**erroneous** 79:13,15 79:19
**erroneously** 31:23
**error** 32:2,6,12 54:22 55:2,7,16 55:23 56:19 58:15 58:16,22 59:8,10 71:11 72:15 73:21 75:23 76:5,14,23 77:8 79:12 86:5 159:3 162:9 273:2 273:13 274:6
275:4,11,13 281:15
**errors** 282:6
**especially** 102:20
**essence** 236:10
**established** 120:19 120:23 257:3
**estate** 233:20
**estimate** 193:15
**et** 160:19
**Etzkorn** 191:18 193:9,22 194:8,13
**evaluating** 270:2
**Evanston** 184:22
**event** 96:7,10
**events** 260:9 266:10
**eventually** 69:3
**evidence** 16:6 34:18 46:16 48:20 50:7,19 56:23 57:9 58:11 64:24 71:17 78:14 79:6 79:22 92:17 94:24 111:21 121:24 122:17 126:6,20 127:6,18 128:14 133:13 141:21 154:14 155:13 167:14 168:3 169:1 170:10 183:6 184:5,15 196:22 198:9,22 199:11 206:11 239:21 244:5 247:16 249:4 255:16 268:23 273:20 278:3 280:6 289:5
**evidenced** 210:11
**exact** 14:5 60:8 77:3 78:16 88:10 88:12 97:12 201:15 226:13,15 248:13,19 255:8

263:1,7
**exactly** 18:4 44:15 53:1 54:9,15 64:18 67:2,13 77:22 90:11 145:14 156:4 160:4 162:5 192:2 204:5 238:19 261:23
**examination** 1:10 4:11
**examined** 4:9 288:14
**example** 48:14 100:5 170:17 227:19 232:23,24 237:21 238:4 247:13
**exchanging** 203:4
**excuse** 16:2 31:14 42:11 75:10 80:10 102:17 134:9 182:14 237:12 262:7 264:8 269:6
**execute** 14:24 32:17 284:15
**executed** 12:1,11 47:17 74:15,16 236:21
**executes** 35:3
**execution** 32:8
**exhausted** 282:16
**exhibit** 3:8 86:10 86:24 87:4,5,12 88:2 89:20 90:15 101:20 102:9,14 103:16 104:22 105:2,11 107:19 110:23 111:6,11 112:21 113:2,20 114:19 115:3,3 117:8 132:11 133:16,16,19,21 134:5 135:4 140:15,17,21 142:5,13,15,19 143:20 146:8,11 147:1,16,19 148:7 148:19 149:2,11 149:18 150:18 152:10,18 153:15 153:17,20,24 154:3,12 158:6 159:5 160:12 164:14,16,20,21 165:5,19 166:3,6 166:12 169:4 170:19,22 171:7 172:6,24 175:1,3 175:7,17 176:1 179:17,19 180:16 184:17,21 185:21 186:10 191:8,12 192:17,21 193:20 194:18 195:3,8,23 200:5 217:17,19 217:22 219:19,22 221:2,19 222:10 222:14,17,24 223:7 225:4,7,14 225:21 226:23 227:14,22,22 228:6,7 230:6 231:2,5,9,15 234:1 235:1 236:3 237:4,5,21 239:8 239:22 240:5 242:17,23,24 243:2,5,11,12,18 244:15,22 245:2,7 245:11 252:4,6,10 256:13,23 257:3 257:23 258:7,13 261:12 263:2,24 265:7 268:1,3,8 268:19 269:18,21 270:16 271:2 272:3,6,22 274:5 274:12,21 276:9 280:23 283:5,5,11 283:24 284:5,17 285:2,6,10,17 286:3
**exhibits** 3:17 150:6 150:15 227:4,6,10 228:12 243:7 258:24 268:10
**existed** 14:22 22:8 259:9
**existence** 39:21
**Exit** 136:20
**expect** 149:21 248:5,24
**expected** 215:16 255:14
**experts** 159:19
**explain** 249:19
**explaining** 54:7
**explains** 239:23
**extend** 59:18
**extended** 59:12 60:18 61:8 78:8
**extensions** 274:24
**extent** 12:5 13:12 51:19 54:6 57:7,8 71:8 74:24 82:16 83:7 84:16 106:16 109:4 113:8 145:17,23 146:1 153:9 154:14 160:14 187:2 190:10 229:16 257:2 284:1
**extreme** 172:13
**e-mail** 19:10,14 20:8,13 62:16 85:20 99:6,14 100:1,16 157:1 200:5,7,21,23 202:3,13 203:5,8 218:2,3,6,10,15 218:21 219:5,13 219:22 220:1,2,17 256:13 261:2,23 262:2 263:2 266:13 267:1,6 269:13
**e-mailed** 20:2
**e-mails** 19:22 20:7 84:11 85:8,19 99:11,13,16,19 100:20 200:10,12 200:12,22 217:1 217:23 252:11,12 252:16,19 266:16 266:19

**F**

**face** 235:23 267:21
**fact** 16:6 28:12,14 40:6 75:9,22 103:8 109:1 117:5 134:20 157:23 182:6 197:2 257:4 283:3 285:10
**facts** 5:1,23 34:17 46:15 48:19 50:6 50:19 56:22 57:9 58:11 64:23 71:16 73:18 78:13 79:5 79:22 92:17 94:23 111:20 121:24 122:16 126:4,5,20 127:5,17 128:14 133:12 141:20 154:13 155:13 167:14 168:2,24 170:9 183:5 184:4 184:13,15 196:22 198:9,22 199:11 203:11 206:10 239:20 244:4,13 247:16 249:4 255:16 260:8 268:22 273:19 278:3 280:6
**factually** 28:16
**failed** 204:22
**fails** 288:24
**failure** 289:5
**fairly** 98:22 161:7 219:11
**faith** 115:13 125:24 126:11
**fall** 88:8 91:18 98:20 157:20 167:10
**false** 178:14 181:7 181:10,14,17,19 181:20 182:21 183:9,21
**familiar** 6:9,16,23 7:19 40:16 112:2 119:4 225:15
**familiarize** 166:1
**far** 89:21 102:1 116:18 132:20 135:4,15 136:1 137:14 234:16 240:9,20 241:9 246:3,6
**fashion** 35:20
**favor** 125:14
**fax** 256:8
**February** 87:13 119:9
**fed** 35:2
**Federal** 1:1,11 4:3 287:2 288:22
**fence** 27:6
**FHA** 156:15 159:13 189:3,16 197:13
**field** 95:13,17
**fields** 25:16 41:23 42:1,4,5 90:7 94:17,19 95:22 96:4
**figures** 218:12 219:6
**file** 8:24 9:1,3,4,6 10:4,10,10,14,19 10:24 11:2,3 15:8 15:10 20:5 21:2,4 21:8,10,13,14,16 100:4,8,10,12

196:20 197:4 256:14 260:22
**files** 8:10,11,12,13 21:16 94:13 99:14 99:15,15 100:3,21 245:8
**final** 41:7 102:2 105:10 107:19 109:21 110:1,22 111:1 124:22 125:16 132:11 133:23 284:10 285:11,22
**finalization** 133:5 133:10 134:11,17 134:22
**finalized** 134:8
**financial** 95:15
**financing** 12:16 65:19 106:6 107:14 143:2 144:18 155:11 198:17 199:4 247:14,24 266:5
**find** 8:9,14 16:3 26:3 27:13 85:14 90:5 101:2 153:12 235:2 275:6
**finding** 5:10 266:18
**findings** 132:17 151:13
**fine** 86:14 143:23
**finish** 9:23 40:1 75:20 102:16 169:20 183:17 237:2 241:11 248:17 259:24 277:12,12 279:3
**finished** 75:17 103:12,13 165:13 165:18 272:2
**firm** 196:19
**first** 4:9 8:2,16 15:3 33:1 39:22 40:21 43:19 71:14 73:16 87:3 88:3,15 89:20 90:2 91:17 98:18 101:9,17 102:1,21 105:15 107:20 108:11,14 108:16 111:14 114:11 115:11 132:16 141:7,12 147:3 158:19 159:7 160:3,9 161:1 167:2 180:9 195:12 196:5 200:11 206:23 217:23 218:10 221:7,8 224:1 227:23 229:4 235:3 262:21 263:14 265:6 274:9,19,21 275:19 276:20,23 277:16 280:22 285:1 287:10 288:13
**firsthand** 69:17 179:9,11
**fiscal** 152:24 153:2
**five** 218:13 219:3 286:6
**fixed** 122:7 238:10 238:11
**fixtures** 122:7
**flag** 265:12
**flagged** 265:13,19
**floor** 1:17 4:20 92:12,13,14,21 172:20 174:2,2
**flow** 224:17
**focus** 251:19
**folder** 11:4,5,9
**follow** 78:6 283:10 283:22
**followed** 40:8 120:5,5 137:4 255:3,5 267:15,19
**following** 86:17 106:23 117:17 118:2 124:1 136:18 140:4 153:4 161:23 162:7 164:22 194:24
**follows** 4:10 6:15 42:17 59:2 81:2 116:4 122:21 171:3 189:8 203:21 206:15 207:2,20 210:4 224:4 230:15 240:19 283:19
**follow-up** 102:13 103:16 104:21 135:17,24 136:3 223:10
**foregoing** 287:11 287:12 288:16
**forge** 256:6
**form** 191:15 194:7 235:6,13,16 248:14
**formally** 17:13,15
**former** 143:11 144:2
**formerly** 45:14,17 253:23 254:3
**formulating** 186:14
**forth** 27:7 37:10
**forward** 13:8 15:2 19:23 40:10,18 45:16 47:16 74:16 145:13 190:5 220:6 254:20 266:20 267:1 280:20
**forwarded** 35:19 71:11 72:14 76:5 218:7 266:15 267:6
**forwarding** 220:10
**forwards** 41:13 43:21,21
**found** 151:17 273:2 273:13 274:5 282:6
**four** 123:11,24 130:14,15,17 150:12
**four-year** 64:21
**frame** 42:24 75:4 96:20 105:19
**Freddie** 92:4 98:12
**frequent** 5:10 95:20
**frequently** 94:9
**front** 91:10 235:23 263:24 281:8,19 282:2
**fulfilled** 119:19
**fulfilling** 94:3
**full** 4:13 103:22,23 104:2 162:22
**fully** 145:12 289:3
**functionally** 7:11
**functioned** 70:11
**functions** 104:3
**funding** 112:10 126:18
**funds** 48:11 108:23 109:11,23 126:1 236:21
**further** 40:19 43:14 78:1 111:10 146:13 154:9 172:3 267:13 286:19 288:16
**future** 4:22 28:10 237:8

**G**

**G** 2:11
**garbled** 242:20
**gather** 52:24
**gathered** 43:9
**Gee** 168:15 169:17 170:1
**general** 43:18,19 43:20 44:6 45:7 80:19 97:17 128:11 185:22
**generally** 30:2 129:6 134:19 137:15 140:7
**generate** 90:4
**generates** 49:9
**gestures** 237:9
**getting** 86:13 188:3 188:8 189:3,15,20 190:8 253:15 276:4
**gist** 249:23
**give** 8:7 15:13 19:1 21:11 26:21 27:7 28:14 36:18 49:6 73:13 272:1
**given** 72:11 73:19 74:2 81:9 127:2 134:20 196:16 249:11 254:10 287:13
**giving** 73:7 104:8
**glance** 9:1
**glanced** 8:24 18:17 18:18 23:5,12,14 23:16 25:10,20 26:8 27:3,19 28:10,15 84:3
**go** 7:14 10:16 13:13 13:18 14:3 16:6 21:1,6 23:2,9 24:5 26:14 27:1 29:5 34:11,18 35:22 36:13 37:6,9 38:5 38:19 40:20 41:6 41:9 44:10 45:10 46:16,22 47:23 48:20 49:13,23 50:7,19 51:19 52:13 54:8 56:9 56:12,23 57:9 58:1,11 63:3,13 64:2,17,24 67:19

68:2 69:11,21
70:2,20 71:1,9,17
73:3 75:1 76:12
78:14 79:6 81:21
82:6,15,17 83:8
84:17 90:6 91:8
92:14,17,22 94:24
97:1,7,20 98:23
104:15 107:8
108:6 109:5
110:13 111:21
113:9,23 114:9
118:18 121:24
122:17 123:16
124:6,12 126:6,20
127:6 128:5,14
129:18 130:3
133:13 134:8,14
135:9,20 136:13
137:10,14 141:21
143:10 144:6
150:8 153:10
154:15 155:13
157:13 160:22
161:9,18 162:3
163:5,11,19,24
167:14 168:3
169:1 170:3,10
171:16 172:7
173:13,19 174:8
175:18 178:7
180:5 181:1
186:17,23 187:22
188:11 189:23
190:12,19 191:19
193:11 198:9,22
199:11,22 200:10
202:9,11 203:17
204:19 205:2,11
205:22 206:11
207:11 208:14
209:3,15 210:1,24
211:15,18 212:8
212:16 213:5,15
214:6,14 215:4
217:6 222:4,13
223:11 229:7,22
230:20,22 232:7
232:16 233:15
235:8,18,24
236:11 237:21
239:21 241:23
243:20 244:5
245:24 246:16
247:16 249:4,14
250:1,16,24
251:12,17 255:16
258:19 259:3,17
259:24 261:20
263:19 265:17
268:23 270:22
275:2 276:8 278:3
279:17 280:7,12
281:22 282:16
284:2 285:4
**goal** 93:24 94:2
**goes** 34:20,20,24
37:20 38:6,6
44:20 50:13
**going** 4:18 7:17 8:7
12:4 13:8 15:2
17:11 22:5 24:16
25:5 27:5,11
28:19 35:8 40:10
42:24 45:13 61:19
84:23 91:4 96:19
100:16 102:6
103:5 104:17
108:17 129:4,9
143:9 145:13
155:10 160:24
169:3 171:15
173:9 174:2 180:4
181:7 190:4
202:17,22 222:7
222:13 223:16
234:18 235:24
243:14,22 246:9
261:22 267:10
280:20 284:20
286:4,10,16
**good** 22:24 23:8
96:9 115:13
125:24 126:11
154:23
**gotten** 173:14
**government** 5:21
102:17 227:16
235:6
**government's**
164:24 166:16
**Gray** 38:9,23,24
39:4,13 40:11,14
41:7,15 43:6,12
43:15,21 45:1,1
46:1 68:9,14 69:1
69:1,7,9,15 70:16
98:15,17 99:2
136:2 137:16
150:21 151:15,23
152:14,17 200:17
201:1,6 273:10
**Gray's** 38:10 44:2
53:3 153:11
**Great** 220:8
**greater** 246:3
**Greg** 219:23 220:6
**Gregory** 2:11 267:2
**group** 41:3 44:15
46:8 51:11 184:22
188:9 190:24
221:4 247:12
**GT** 179:23 231:17
231:21 232:4
278:17 280:17
**guess** 193:6 273:6
**guidance** 36:18
**guide** 52:19
**guidelines** 52:15,17
83:20
**Gustin** 2:11 29:4
216:21 219:23
266:16,20 267:2,9
**Gwen** 29:18 31:14
68:23,24 72:21
75:3 102:12
103:15,19 130:4
135:17 139:15
140:22 166:20
175:8 200:5
211:24 225:10
233:1,2 272:24
273:23,24 278:18
280:18 281:7,14
282:5,12
**Gwendolyn** 153:21
178:24 277:15

H

**H** 3:6
**half** 52:1,7 53:14
54:5,7 128:22
166:2 218:13
219:3 258:14
269:5
**hand** 56:14,17
**handbook** 20:1
52:24
**handed** 165:14,24
**handled** 270:11
271:17
**hands-on** 64:4
**handwriting** 56:20
158:11,14 180:9
180:11 278:16
**handwritten** 85:9
158:7
**Hanks** 218:8
**Hannon** 253:16,17
254:9,10,13
267:14
**HAP** 31:15,22 32:1
32:3,5,8 33:23
34:1 35:16 37:16
40:12 46:7,13
57:5 67:23 68:21
82:13 83:5,20
84:1 106:1 107:15
139:10 159:3,5,9
160:20 162:8
203:15 204:2,4
206:8,19 207:6,24
208:11 209:23
210:10,14,22
212:2 224:18
262:10 274:9
281:20 282:6
**happen** 15:12
55:24 56:2
**happened** 89:10
**happens** 7:11 87:4
**happy** 17:19
**hard** 127:4
**hardware** 238:8
239:9
**hardware/locks**
238:2
**Hays** 181:22
183:11,12,19
190:24 191:6
195:9 228:20
231:6 234:14
236:24 239:13
242:2 248:1,20
250:18 251:9
272:7 274:8
275:12 280:2
**head** 45:22 118:14
129:1,4 255:9
**headquarters** 19:5
19:12,13 20:20
52:22 95:12 100:5
118:13 215:23
216:2 252:21
253:4 254:14
**health** 178:14
181:8 182:20
**hear** 28:1 118:9
121:18 150:1,4
176:2 180:15,17
**heard** 12:9 47:6
77:20 108:11
122:1 169:19,24
204:8 220:23
**hearing** 120:8,11

141:16 175:12
**held** 206:7,18 207:5 207:23 209:22 210:9 211:14 216:16 217:3
**help** 90:22 143:6 144:3
**helpful** 9:23 17:23 40:1
**Henry** 143:5
**hereinabove** 288:19
**He'll** 17:19
**high-ranking** 118:16
**Hinsberger** 29:10 58:5,8,13 60:15 60:16,17,22 61:17 62:16,19,24 63:4 63:11,15,19 64:11 64:14 65:19,23 66:13,16,24 67:4 67:9,12,16 72:6 80:1 81:13 85:16 98:3 99:2 105:9 105:14,18 106:10 107:5,10 110:21 130:20 155:17 156:13,17 157:1,9 157:19 185:18 186:20 188:20 189:2,4,14,19 190:7 191:16,17 193:10 195:9,13 197:5,24 198:2 200:16,24 201:5 201:21,24 202:7 202:17,21 203:1,5 203:13,22 208:16 208:22 209:6,11 210:20 211:8,24 214:1,10 216:18 218:1,6,17 219:2 221:3,20 233:5 242:3 243:15,17 243:23 266:15 267:1,4,6 268:9 269:1,15 270:11 282:9,13
**Hinsberger's** 62:12 78:6,22 81:17 84:7 89:1 98:4 105:6 190:12
**hire** 125:7
**history** 18:20 19:3 19:8,18 22:17,23 23:1,8,20 24:21 25:11,13,18 26:22 28:19 94:18 95:17
**home** 6:2
**hoped** 26:4 29:15
**Horton** 72:3 75:13 76:3 147:20,24 158:22
**hour** 1:17 52:2 54:5 54:7 166:2 200:24
**hours** 86:12
**house** 125:1,4,6
**housed** 172:15
**housing** 2:10 5:4,6 6:10,17 7:12 13:21 33:2,4,6,8 46:9,12 51:12 92:10 111:3 131:14,15,18,21 131:23,24 172:12 188:5,10 245:8 253:5,7,10 254:2 272:10
**Hub** 45:20 58:4 59:11,17,20 60:4 60:15 61:1,3,6 88:20,22,23 89:13 98:3,5 131:18 132:19 133:5,9 134:10,16 215:18 234:6,19 241:19 250:5
**hubs** 253:11
**HUD** 6:11,20 12:18 12:19 13:1 20:21 22:1 32:18,23 37:5 46:2 50:3,9 51:15 52:20,21 62:6 64:21 72:4 74:10,11,19 76:17 79:16 100:19 104:5 112:7 114:8 121:19 131:16 141:5 143:3,3,11 144:2,7,10 145:6 155:8 159:12,14 163:2,7 166:20 167:10 168:19 169:13 185:11 191:13 193:22 204:23 213:2 224:15 228:20,21 230:2 232:19,24 234:5 235:13,16 242:6 243:1,8 246:10 247:24 249:19 250:4,12 284:12 285:11
**humans** 191:3
**husband** 131:1,10 131:13
**h-u-b** 88:22

I

**ID** 3:8
**idea** 218:20,24 220:16,22 247:1
**identification** 21:12 140:18 142:16 146:9 147:17 153:18 164:17 175:4 184:18 191:9 195:4 217:20 219:20 231:3 252:7 268:4
**identified** 48:8 108:24 115:14 118:1 121:22 123:18 125:20 177:3,10 199:7 233:19 236:6
**identify** 154:19 178:1
**Illinois** 1:16,17 2:3 2:13 4:16,20 288:1,2,6 289:12
**immediately** 117:14 120:5
**imminently** 240:12 241:1
**impending** 234:4 249:19 250:3
**important** 95:7
**improvement** 112:1 117:10 133:22 141:13 146:14 235:3
**improvements** 219:10
**inadequate** 240:4
**inadvertently** 194:15
**inches** 10:23 11:7
**include** 44:2 261:14 262:17
**included** 166:11
**including** 19:18 181:18
**inclusive** 287:12
**incorrect** 36:17 70:24 265:8 278:8
**increase** 45:19 50:9 51:4 269:22,24 271:13
**increased** 270:3,9
**increases** 51:6 270:13,19
**indicate** 181:21 193:24 194:9 237:3,10
**indicated** 23:4 46:18 58:14 75:4 75:24 78:8 83:9 85:16 104:23 115:5 136:7 142:7 155:4 158:2,21 161:19 169:16 178:9 194:10 197:11 201:23 215:5 216:15,22 234:17 239:6 241:18,24 243:2,6 243:10 249:21 256:13,14 266:9 271:15 280:13
**indicates** 227:2
**indicating** 162:8 181:22 281:4
**infestation** 172:15
**inform** 242:6,24 243:8
**information** 8:10 8:17 18:23,24 19:2,7,10,11,15 19:18,24 20:2 21:16 23:12,16 33:17 34:22 35:2 36:2 41:17 43:3,7 44:18,22 51:2 52:4 70:18 73:8 84:5 86:4 90:3,19 91:3,6,13 95:2,3 100:21 101:4 137:8 142:3,8,9 146:23 148:24 149:10,14 152:2,5 154:10 159:16 170:21 171:4,10 172:3,9,10,23 174:1,4,13 175:15 182:3,3 222:23 223:6 232:4 236:13 238:15,22 253:16 254:11,22 255:2 256:15,17 257:16 264:10 271:12 273:24 274:4 279:22