# *Englewood v. United States*, No. 03-2209C
## JOINT APPENDIX
## February 21, 2006

| | | | |
|---|---|---|---|
| **Page** | **JA #** | **Date** | **Description** |
| | | | |
| **Pleadings** | | | |
| | | | |
| Page 1 | JA 001 | 10/29/01 | Declaratory Judgment/Injunction Complaint filed in District Court, Northern District of Illinois |
| | | | |
| Page 15 | JA 002 | 06/06/02 | Second Injunction Complaint filed in District Court, Northern District of Illinois |
| | | | |
| Page 30 | JA 003 | 09/22/03 | Breach of Contract Complaint in the Court of Federal Claims |
| | | | |
| Page 54 | JA 004 | 08/24/04 | Defendant's Motion for Reconsideration |
| | | | |
| Page 66 | JA 005 | 03/30/05 | Defendant's Response to Plaintiff's Interrogatories |
| | | | |
| Page 96 | JA 006 | 06/02/05 | Defendant's Motion for Summary Judgment |
| | | | |
| **Orders and Opinions** | | | |
| | | | |
| Page 146 | JA 007 | 11/15/01 | Order of Judge Castillo on Declaratory Judgment/ Injunction Complaint |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 152 | JA 008 | 08/10/04 | Opinion of Judge Wolski on Defendant's Motion to Dismiss on jurisdictional grounds |
| | | | |
| Page 163 | JA 009 | 08/31/05 | Opinion of Judge Wolski on Defendant's Motion for Reconsideration |
| | | | |
| **Depositions** | | | |
| | | | |
| Page 165 | JA 010 | 04/11/05 | Joan Kiening Deposition Transcript ("Kiening Tr.") |
| | | | |
| Page 251 | JA 011 | 04/12/05 | Gwendolyn Thomas Deposition Transcript ("Thomas Tr.") |
| | | | |
| Page 365 | JA 012 | 04/13/05 | Veronica Coleman Deposition Transcript ("Coleman Tr.") |
| | | | |
| Page 474 | JA 013 | 04/29/05 | Margarita Maisonet Deposition Transcript ("Maisonet Tr.") |
| | | | |
| Page 570 | JA 014 | 04/28/05 | Don Samuelson Deposition Transcript ("Samuelson Tr.") |
| | | | |
| **Declarations** | | | |
| | | | |
| Page 630 | JA 015 | 06/30/05 | Freddie Batchelor Declaration ("Batchelor Decl.") |
| | | | |
| Page 640 | JA 016 | 06/30/05 | John Hayes Declaration ("Hayes Decl.") |
| | | | |
| Page 655 | JA 017 | 06/30/05 | Carl Sanders Declaration ("Sanders Decl.") |
| | | | |
| Page 671 | JA 018 | 06/30/05 | Don Samuelson Declaration ("Samuelson Decl.") |
| | | | |
| **Contracts** | | | |
| Page 677 | JA 019 | 10/01/98 | 1998 HAP Contract |
| | | | |
| Page 691 | JA 020 | 09/28/99 | 1999 HAP Renewal Contract |
| | | | |

| **Page** | **JA #** | **Date** | **Description** |
|---|---|---|---|
| Page 696 | JA 021 | 10/18/00 | 2000 HAP Renewal Contract |
| | | | |
| Page 705 | JA 022 | 12/06/00 | 2000 HAP Renewal Contract with handwritten notes |
| | | | |
| Page 712 | JA 023 | 01/10/01 | 2000 HAP Renewal Contract with handwritten notes |
| | | | |
| Page 719 | JA 024 | 09/26/01 | 2001 90-Day HAP Renewal Contract |
| | | | |
| Page 737 | JA 025 | 12/21/01 | 180-Day HAP Renewal Contract |
| | | | |
| Page 746 | JA 026 | 06/26/02 | 2002 90-Day HAP Renewal Contract |
| | | | |
| **REAC Reports** | | | |
| | | | |
| Page 760 | JA 027 | 04/29/99 | 1999 REAC Inspection Report |
| | | | |
| Page 767 | JA 028 | 03/08/01 | 2001 REAC Inspection Report and letter |
| | | | |
| **Other Documents** | | | |
| Page 779 | JA 029 | 09/13/98 | Referral of South Pointe from HUD MF to the DEC |
| | | | |
| Page 780 | JA 030 | 03/20/99 | DEC Draft Team Report drafted by Ms. Batchelor |
| | | | |
| Page 787 | JA 031 | 03/23/99 | Rent increase request from Harth at PM One to Ms. Thomas |
| | | | |
| Page 788 | JA 032 | 04/09/99 | Ms. Coleman letter to PM Group |
| | | | |
| Page 790 | JA 033 | 05/18/99 | Second Sanders letter to Thomas requesting rent increase |
| | | | |
| Page 796 | JA 034 | 06/14/99 | Sanders letter to Kiening requesting results of April 29, 1999 REAC Report |
| | | | |
| Page 797 | JA 035 | 06/30/99 | Draft DEC Final Action Plan |

| Page | JA # | Date | Description |
|---|---|---|---|
| | | | |
| Page 802 | JA 036 | 08/10/99 | Pinnacle Management Report based on earlier inspection of May 29, 1999 |
| | | | |
| Page 813 | JA 037 | 08/18/99 | Letter from Hayes describing responses made to April 29, 1999 REAC Report |
| | | | |
| Page 815 | JA 038 | 08/20/99 | Letter from Hayes to HUD describing lender requirements for HAP Contract renewal |
| | | | |
| Page 816 | JA 039 | 09/02/99 | Letter from Sanders to HUD describing lender requirements for rent increase and HAP Contract renewal |
| | | | |
| Page 818 | JA 040 | 09/14/99 | Draft Letter |
| | | | |
| Page 820 | JA 041 | 10/15/99 | City of Chicago notice of violations |
| | | | |
| Page 830 | JA 042 | 10/18/99 | Ms. Gray letter re: rejection of rent increase request |
| | | | |
| Page 832 | JA 043 | 11/11/99 | Englewood request for pre-application loan conference |
| | | | |
| Page 838 | JA 044 | 11/30/99 | Thomas email |
| | | | |
| Page 840 | JA 045 | 12/08/99 | Management Improvement and Operating Plan ("MIO") submitted by Sanders |
| | | | |
| Page 853 | JA 046 | 12/15/99 | Multi-agency agreement to provide social services to residents at South Pointe |
| | | | |
| Page 860 | JA 047 | 01/26/00 | Final Team Report - Resolution |
| | | | |
| Page 870 | JA 048 | 01/27/00 | REMS entry |
| | | | |
| Page 871 | JA 049 | 02/01/00 | REMS entry |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 872 | JA 050 | 02/02/00 | REMS entry |
| | | | |
| Page 873 | JA 051 | 02/06/00 | REMS entry |
| | | | |
| Page 874 | JA 052 | 03/03/00 | HUD Management Review questionnaire |
| | | | |
| Page 881 | JA 053 | 03/31/00 | Englewood request for special claims |
| | | | |
| Page 908 | JA 054 | 06/07/00 | Letter from Sanders to HUD - update on MIO |
| | | | |
| Page 921 | JA 055 | 06/16/00 | Letter from Coleman to Sanders - the Report on the March Occupancy Review |
| | | | |
| Page 931 | JA 056 | 06/20/00 | HUD confirmation of receipt of MIO update |
| | | | |
| Page 932 | JA 057 | 07/10/00 | Letter from Sanders to Coleman - response to Occupancy Review Report |
| | | | |
| Page 940 | JA 058 | 07/20/00 | Letter from Cravitz to Coleman - update on onsite construction inspection |
| | | | |
| Page 941 | JA 059 | 07/27/00 | Letter from Sanders to HUD - update on MIO, and HUD confirmation of receipt |
| | | | |
| Page 948 | JA 060 | 07/27/00 | Hayes request for four year HAP Contract renewal |
| | | | |
| Page 956 | JA 061 | 08/15/00 | Letter from Horton to HUD - update on MIO, and HUD confirmation of receipt |
| | | | |
| Page 958 | JA 062 | 09/27/00 | Notes on Owner's checklist |
| | | | |
| Page 959 | JA 063 | 09/29/00 | Draft #2530 Flag Drafted by Ms. Thomas |
| | | | |
| Page 961 | JA 064 | 10/03/00 | Ms. Gray letter re: HUD 2000 Occupancy Review |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 962 | JA 065 | 10/12/00 | Draft #2530 Flag Drafted by Ms. Thomas |
| Page 964 | JA 066 | 10/17/00 | Letter from Sanders to HUD - update on MIO, and HUD confirmation of receipt |
| | | | |
| Page 971 | JA 067 | 10/18/00 | Ms. Thomas' notes from meeting at HUD on 18-Oct-00 |
| | | | |
| Page 972 | JA 068 | 10/30/00 | REMS entry |
| | | | |
| Page 975 | JA 069 | 11/03/00 | Report of Sanders and PM One staff of physical inspection of 100% of the units at South Pointe |
| | | | |
| Page 985 | JA 070 | 11/17/00 | Letter from Gray to Sanders rejecting 3/31/00 request for special claims |
| | | | |
| Page 1014 | JA 071 | 12/06/00 | Letter from Coleman to Hayes |
| | | | |
| Page 1015 | JA 072 | 01/23/01 | Emails between Coleman and Horton |
| Page 1018 | JA 073 | 01/23/01 | Email from Hayes to Coleman explaining change in PM Group staff regarding South Pointe |
| | | | |
| Page 1019 | JA 074 | 03/02/01 | HUD notification of EH&S deficiencies |
| | | | |
| Page 1021 | JA 075 | 03/04/01 | Ted Dunaj architectural drawings (25 pages) showing repairs to be made in units and common areas |
| | | | |
| Page 1054 | JA 076 | 03/06/01 | Certification by Hayes that EH&S corrections were made |
| | | | |
| Page 1055 | JA 077 | 03/09/01 | Letter from Coleman to Hayes indicating not all deficiencies had been corrected |
| | | | |
| Page 1057 | JA 078 | 03/15/01 | Draft letter from Hinsberger/Thomas to Hayes stating that October 2000 Contract was being abated |
| | | | |
| Page 1059 | JA 079 | 03/16/01 | Letter from Hayes to Coleman |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 1061 | JA 080 | 03/19/01 | Rehab work program proposed by BABCO based on Ted Dunaj review of needs in units, systems, and common areas, and his architectural drawings |
| | | | |
| Page 1066 | JA 081 | 03/27/01 | Report by Ray Etzkorn of HUD indicating the physical improvements he felt needed at South Pointe |
| | | | |
| Page 1071 | JA 082 | 04/03/01 | Letter from Hinsberger to Hayes rejecting rehab loan application by Englewood |
| | | | |
| Page 1075 | JA 083 | 04/04/01 | Hinsberger email to staff |
| | | | |
| Page 1076 | JA 084 | 04/05/01 | Englewood response to HUD concerning the status of the correction of the physical deficiencies listed on the March 8, 2001 REAC Report |
| | | | |
| Page 1085 | JA 085 | 04/06/01 | Maisonet email to staff |
| | | | |
| Page 1086 | JA 086 | 04/08/01 | Englewood letter to Coleman in response to the March 8, 2001 REAC Report |
| | | | |
| Page 1088 | JA 087 | 04/09/01 | Letter from Hayes to Thomas Re: REAC Report |
| | | | |
| Page 1089 | JA 088 | 04/09/01 | Email from Sher to Hinsberger requesting meeting to discuss rehab loan and REAC Report |
| | | | |
| Page 1090 | JA 089 | 04/09/01 | HUD Notice of Default |
| | | | |
| Page 1092 | JA 090 | 04/20/01 | HUD guidelines on processing requests for energy cost reimbursement claims |
| | | | |
| Page 1096 | JA 091 | 05/02/01 | Letter from Hayes to Hinsberger with update on efforts to find a new owner |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 1097 | JA 092 | 05/10/01 | HUD guidelines to owners on processing requests for energy cost reimbursement claims |
| | | | |
| Page 1098 | JA 093 | 05/15/01 | Letter from Coleman to Hayes returning Englewood April 8th response to March 8th REAC Report |
| | | | |
| Page 1099 | JA 094 | 05/16/01 | Letter from Hinsberger/Maisonet to Hayes re: Notice of Continuing Default |
| | | | |
| Page 1101 | JA 095 | 05/16/01 | Email from Hinsberger to staff re: new owners |
| | | | |
| Page 1102 | JA 096 | 05/22/01 | Letter from Hayes to HUD updating on status of finding new owner |
| | | | |
| Page 1103 | JA 097 | 06/01/01 | Email from Thomas to Anderson requesting vouchers |
| | | | |
| Page 1104 | JA 098 | 06/11/01 | Email from Anderson to HUD DC indicating the intent to abate HAP Contract effective 10/1/01 |
| | | | |
| Page 1105 | JA 099 | 07/02/01 | Cook County States Attorney Notice of Public Nuisance |
| | | | |
| Page 1107 | JA 100 | 07/30/01 | Email from R. Pace of HUD DC to Ms. Coleman asking for information about South Pointe processing |
| | | | |
| Page 1108 | JA 101 | 08/01/01 | Email response from Coleman to Pace indicating what HUD Chicago had done re: South Pointe |
| | | | |
| Page 1110 | JA 102 | 08/06/01 | DSSA submission to HUD of redevelopment plan for South Pointe |
| | | | |
| Page 1116 | JA 103 | 08/06/01 | Englewood application for reimbursement for extraordinary energy costs. |
| | | | |
| Page 1120 | JA 104 | 08/21/01 | Letter from Samuelson, on behalf of Englewood, requesting contract renewal and rent increase |
| | | | |

| Page | JA # | Date | Description |
|---|---|---|---|
| Page 1135 | JA 105 | 09/04/01 | Letter from Cravitz to Hinsberger with update rehab loan application |
| | | | |
| Page 1140 | JA 106 | 09/05/01 | Email from Seligato McMahon |
| | | | |
| Page 1144 | JA 107 | 09/06/01 | Email from Hinsberger to Samuelson |
| | | | |
| Page 1145 | JA 108 | 09/24/01 | Changes in REMS entries related to HAP Contract made by Ms. Gray and Ms. Thomas |
| | | | |
| Page 1150 | JA 109 | 09/25/01 | Letter from Hinsberger to Cravitz indicating needed items for full rehab loan application |
| | | | |
| Page 1151 | JA 110 | 09/28/01 | Letter from Cravitz to Hinsberger |
| | | | |
| Page 1160 | JA 111 | 10/01/01 | Email from Hinsberger to Hayes |
| | | | |
| Page 1162 | JA 112 | 10/01/01 | Email from Hayes to Hinsberger |
| | | | |
| Page 1163 | JA 113 | 10/02/01 | Email from Samuelson to Hinsberger |
| | | | |
| Page 1165 | JA 114 | 10/11/01 | Email from Samuelson to Hinsberger |
| | | | |
| Page 1166 | JA 115 | 10/22/01 | HUD e-mail Simmons to Coleman |
| | | | |
| Page 1175 | JA 116 | 11/20/01 | Email from Samuelson to Hinsberger |
| | | | |
| Page 1176 | JA 117 | 11/30/01 | Letter from Hinsberger and Maisonet re: Notice of Abatement and Termination |
| | | | |
| Page 1178 | JA 118 | 12/06/01 | Hinsberger e-mail indicating need for further extension |
| | | | |
| Page 1179 | JA 119 | 12/07/01 | Gustin letter indicating need for further extension |
| | | | |
| Page 1181 | JA 120 | 12/19/01 | Hinsberger e-mail directing extension of HAP contract |

| Page | JA # | Date | Description |
|---|---|---|---|
| | | | |
| Page 1182 | JA 121 | 12/21/01 | Letter from Mr. Snyder to Hinsberger appealing the HUD Notice of Abatement and Termination |
| | | | |
| Page 1186 | JA 122 | 12/31/01 | Chicago Police Department Records |
| | | | |
| Page 1215 | JA 123 | 02/07/02 | Letter from G. Gustin to Englewood explaining HUD's denial of the Englewood appeal |
| | | | |
| Page 1217 | JA 124 | 04/26/02 | Letter from Cravitz re: Firm Commitment Application |
| | | | |
| Page 1222 | JA 125 | 05/01/02 | Privilege log entry re: Email from G. Gustin of Chicago HUD to H. Mayfield of D.C. HUD with draft of final HUD opinion |
| | | | |
| Page 1223 | JA 126 | 05/02/02 | HUD's "Final Decision" sent by Mayfield to Hayes |
| | | | |
| Page 1225 | JA 127 | 05/03/02 | Letter from Hinsberger to Cravitz re: Amended Commitment for Insured |
| | | | |
| Page 1251 | JA 128 | 05/31/02 | Letter from Englewood to HUD requesting reimbursement for special claims |
| | | | |
| Page 1253 | JA 129 | 07/02/02 | E-mail from Thomas to Gustin regarding visit to South Pointe |
| | | | |
| Page 1254 | JA 130 | 07/03/02 | E-mail from Samuelson to Hinsberger re HAP payment |
| | | | |
| Page 1255 | JA 131 | 07/31/02 | Letter from Englewood to HUD requesting reimbursement for special claims |
| | | | |
| Page 1257 | JA 132 | 09/26/02 | Letter to HUD re: PM One 2530 |
| | | | |
| Page 1259 | JA 133 | 02/06/03 | Letter from Taft, Stettinus |
| Page 1266 | JA 134 | 04/01/04 | Letter from Plaintiff's Counsel to the Court concerning the renewal of provisions in the 1998 HAP Contract |

| Page | JA # | Date | Description |
|---|---|---|---|
| | | | |
| Page 1267 | JA 135 | 08/15/05 | New Englewood Terrace - "NET" a HUD Demonstration Project |
| | | | |
| Page 1273 | JA 136 | | HUD Directive Number 4530.3 |
| | | | |
| Page 1291 | JA 137 | | Defendant's Draft Reply to Plaintiff's Proposed Statement of Facts |
| | | | |
| Page 1349 | JA 138 | 05/27/05 | Wellons letter dated May 27, 2005 |
| | | | |
| Page 1351 | JA 139 | 09/02/05 | Baugher letter dated September 2, 2005 |
| | | | |
| Page 1359 | JA 140 | 09/02/05 | Wellons letter dated September 2, 2005 |
| | | | |
| Page 1361 | JA 141 | 01/04/06 | Baugher letter dated January 4, 2006 |
| | | | |
| Page 1372 | JA 142 | 01/20/06 | Wellons letter of January 20, 2006 |
| | | | |
| Page 1374 | JA 143 | | First HUD privilege log |
| | | | |
| Page 1479 | JA 144 | 08/22/01 | 2530 Flag Letter from Coleman to Hayes |
| | | | |
| Page 1499 | JA 145 | 10/11/01 | E-mail from Hinsberger to Gustin |
| | | | |
| Page 1502 | JA 146 | | HUD Chapter 13 Handbook |
| | | | |
| Page 1505 | JA 147 | 12/08/00 | Dec. 8, 2000 Letter from Hayes to Thomas |