**Freddie** 14:14 17:4 124:24 128:14
**free** 49:8 118:8
**freedom** 76:13
**frequently** 56:8 70:3
**friend** 133:12
**friends** 122:20
**frivolous** 123:11
**front** 104:18
**fulfilled** 45:8
**fulfilling** 91:3
**full** 13:24 25:5
**Fuller** 29:23
**function** 17:21 36:6 39:21 41:19 47:4 70:10 85:12 86:1 89:2
**functioning** 45:16
**functions** 38:6 61:1 79:7 139:2,4
**funding** 42:2
**funds** 101:15 117:23 133:16
**fund-raising** 36:8
**furniture** 138:17
**further** 148:10,14 148:16
**future** 52:13 54:20 84:23
**F-i-l-k-o-v-a** 12:6

**G**

**G** 2:13
**gang** 67:9 76:18,22 77:1 80:3,13 137:7 145:5
**gangs** 66:23 76:14 79:20 80:17
**gang-related** 76:14
**garbage** 75:21,22
**Gardens** 66:17 68:6 78:4 145:7
**gas** 99:2,16,18 100:16 120:23
**gather** 11:16 121:11 122:4
**gathered** 25:12
**gathering** 12:12
**general** 7:11 12:15 18:10 22:3,4 24:22 27:10,12 31:19 33:5 34:15 41:24 45:15 51:14 51:15,17 52:21 56:16 57:13,16 69:9 70:9,17 77:10 88:24 89:2 96:6 99:1,11 103:18 123:23 128:10 129:11
**generally** 87:15
**generate** 29:24
**generated** 111:6 121:24 124:8
**generations** 49:9
**gesture** 131:24
**getting** 97:16 102:16 138:11 139:21 140:9
**give** 52:6
**given** 5:20 21:10 64:2 67:16 99:7 101:7,14 106:22 109:19 110:6 123:13 148:13
**giving** 118:7
**go** 4:21 29:11 30:1 32:10 33:10 37:7 40:10 43:2 47:19 70:22 75:16,21 88:8 108:17,21,23 109:11 113:19 145:23
**goal** 46:11 47:2 126:4
**goes** 38:3 80:17
**going** 35:9 39:20 56:6 61:6 78:7,9 81:6 88:7,16 112:1 113:7,18 114:24 121:22 123:24 127:3 128:8 137:5 142:3 142:22 143:4 144:24 145:2,2,10 145:24
**good** 101:20 102:19 133:11 146:2
**government** 13:6 17:19 21:21,23 22:12 23:22 28:13 37:21 101:19 129:24
**government's** 113:16
**government-assi...** 50:24 63:6
**governor** 37:19 38:24
**go-around** 143:15
**gradually** 50:8
**graduate** 37:18
**graduated** 29:20 32:19
**graduating** 30:5
**grant** 38:7 55:2
**grants** 61:3
**Grayslake** 43:9
**greater** 72:3 78:13
**green** 23:5 42:7 66:3,11
**Greg** 126:1,10 135:22
**GREGORY** 2:13
**grew** 140:20
**ground** 64:19
**group** 14:8 46:5 51:2,3 53:24 57:17,21 65:4,5 70:13,15 79:12
**groups** 30:23 47:23 51:5
**Grove** 70:6 71:13 72:4
**guard** 67:23
**guess** 29:16 32:11 44:18 60:2 74:23 82:20 117:13 119:1 125:5 129:20
**guidance** 59:19
**guns** 67:11
**Gurnee** 43:5 44:21
**Gustin** 2:13 126:1 126:10

**H**

**half** 39:5,6 63:3 75:1 87:14 118:9 124:9
**hand** 75:23 148:20
**handled** 117:19
**HAP** 92:22 102:21 142:18,20
**happen** 135:23
**happened** 20:2 36:15 45:23 53:12 57:5,20 58:17 69:4 72:13 82:17 82:18,19 89:5 92:14 93:8,9 107:11 112:3 124:4 140:19
**happens** 121:7 122:4
**hard** 19:9 60:17 67:20 135:7
**hard-pressed** 79:21
**Hayes** 12:15,18 13:13,16 14:8,12 15:13 16:24 70:8 70:13 71:8,13 75:10 86:15 89:6 90:13 91:2 92:9 92:19 93:3 94:20 95:3 96:4,18 97:5 98:1
**headed** 34:5 54:1
**hear** 21:2 106:13
**heard** 10:4 114:8
**hearing** 114:12
**heating** 88:2
**heavyset** 73:17,19 75:12
**help** 39:9 89:17,17 132:19 133:3,7 140:18,23 141:1 143:11
**helped** 102:18 125:5 133:9 139:17 140:9
**helpful** 18:8 19:10 128:13 129:1
**helping** 33:15,17 37:3 65:15 67:15 70:11 91:4 131:24 132:3,5 133:22,24 141:5
**hereof** 148:18
**hereunto** 148:19
**hesitation** 144:23
**high** 62:13 122:21 140:20
**higher** 49:13 51:24 71:15,18,21,22
**highest** 47:4
**highlighted** 76:9
**Hills** 43:9
**hindered** 80:7
**Hinsberger** 83:7 111:23 112:21 113:13 114:22 115:12 126:2
**hired** 127:9 140:17
**history** 32:11 127:14
**holes** 104:2
**holiday** 103:14
**hope** 133:16
**hoping** 86:16
**host** 42:14 135:15
**hot** 78:22
**hour** 61:7
**house** 133:17

**housing** 2:13 7:4 15:11 21:9,11 22:6 37:8 38:5 39:12,13,18,20,23 40:22 48:14 49:18 50:23,24 57:24 63:6 65:7 66:2 68:24 116:8 121:14 124:15 132:8
**HUD** 28:16 31:16 41:7,8,8 48:11 55:1,2 58:5,22 62:11,12,14 63:13 63:17 64:7 81:4,6 84:22 87:21 89:3 91:6 94:11 97:22 99:5 100:22 110:10 111:8,9,22 111:23 112:16,20 113:2 125:6,12,15 125:16,17,20,21 125:23 126:9,14 127:7 129:24 131:8 132:6,9 135:19,19,23 139:10 143:17
**HUD's** 54:23 63:1 100:18 128:23
**hundred** 129:17,18
**husband** 122:20
**Hyde** 70:1
**hypothesizing** 71:6

I

**idea** 8:2 32:3
**identification** 115:8 119:7
**identified** 13:12 26:17 35:12 45:19 48:24 78:17 83:23 86:12 88:19 103:3 137:6
**identify** 25:1 74:3 141:5
**identifying** 67:15
**IHDA** 37:16,22 38:4,13,15,17,23 39:2,6,17 40:3 50:17 51:1
**IHDA-financed** 43:7
**Illinois** 1:14,16 2:4 2:15 4:15 6:18 30:21 37:8 39:11 41:9 42:8 43:6,8 116:6 148:1,5,7
**imaged** 23:6
**impact** 144:10
**implement** 113:7
**implemented** 46:3 60:11
**implementing** 40:21
**important** 78:2
**importantly** 123:9
**impressions** 81:11
**improper** 118:4
**improve** 27:11 31:20 82:16
**improved** 54:21 55:19 80:24
**improvement** 58:18 65:15 83:3 84:15 85:1 89:11 89:12,13
**improvements** 33:21 61:19 69:15 77:12 82:13 87:6 104:22
**incapable** 88:3
**incentives** 88:21
**incident** 113:24 114:6,12,22 116:1
**incidents** 141:24
**include** 35:11 87:4
**included** 110:2
**including** 34:1 87:14
**inclusive** 147:14
**income** 48:13 49:18 51:24 89:13 131:16 144:3
**incorrect** 5:21
**increase** 85:6 90:7 90:7,10 101:12 111:16,24 112:7,9 113:8
**increases** 41:7 99:2
**incurred** 85:11
**independent** 39:17 121:16
**independently** 31:1
**indicate** 29:3
**indicated** 54:2 76:10 77:1 80:12 82:23 83:18 127:13
**indicating** 15:3 90:3 115:17
**indicators** 141:20
**individual** 45:13 47:21 58:12 88:2 89:22 108:24 133:2
**individuals** 12:3,5 13:12 15:13 16:22 36:2 40:1 47:23 58:7 73:24 133:9 141:9
**industry** 31:8,14
**infiltration** 82:6
**inflated** 120:3
**informal** 34:22 105:12
**information** 18:6 25:20 26:8 104:18 108:24
**informed** 112:22 113:3,9,12
**initial** 19:15
**Initially** 40:16
**injunction** 92:18 93:5 143:15
**injuries** 9:8
**Inland** 40:11,12 42:17,19,20,22 43:4,21 44:5,6 50:22
**inner** 135:13,17
**inquiry** 13:22 16:24
**insight** 132:6
**insignia** 76:24
**inspection** 114:14 137:18
**inspections** 15:11 84:17,17 87:2,7 104:15,16
**install** 136:14
**instructions** 99:9
**insured** 41:7,8 84:22
**integrate** 39:10
**intended** 34:16 53:4
**interest** 72:2,3,4 82:22 83:5 84:7,9 84:10,14 85:5 90:14 92:15 94:1 94:16 95:18,22 101:18 133:24 141:4 145:19
**interested** 61:18 69:2 72:8 89:18 107:4 141:10 148:18
**interesting** 65:6 75:17
**interests** 76:14,18 105:20 127:7 131:5 134:11 136:18 137:8 140:18 145:9
**interim** 34:16 35:20
**interlude** 92:16
**interrogatories** 10:19,21 23:21 24:6 25:15,22 26:2 127:13
**introduced** 127:20 127:24
**introducing** 136:4
**invested** 26:23
**Investment** 85:14
**investor** 51:2,3,4
**investors** 44:14
**involve** 52:7 58:17 88:10
**involved** 8:3,16 30:8 33:2 34:13 41:11 44:21 48:10 51:3 54:16 55:15 61:19 64:24 70:19 105:3 118:6,22 126:3 133:21
**involvement** 39:24 46:7 68:8
**involving** 6:24 33:3 41:6 54:18 60:8 87:7,8 92:24
**isolated** 135:11
**issuance** 92:21
**issue** 88:19 122:12
**issued** 141:3
**issues** 129:24 135:1
**items** 74:4 103:23
**I-H-D-A** 37:22

J

**J** 119:10
**Jackson** 1:15 2:14 148:6
**JADRANKA** 2:19
**janitor** 59:23
**January** 14:17 22:21,22 50:6 101:9 142:7 143:2 143:9
**Jerry** 73:12
**Jewel** 40:19
**Jim** 44:2
**Joan** 15:4 23:7
**job** 130:14

**jobs** 32:17
**John** 12:14 13:13 14:8 15:13 16:23 70:8,13 71:8,13 73:13 75:10 82:23 83:14,17 84:8 94:20,24 96:4
**Johnson** 12:5,8 15:20 16:24 127:10
**John's** 84:4,10,14
**join** 37:22
**joint** 82:7
**Joseph** 12:5 15:20 127:9
**Judge** 1:6 10:16,23 66:3,11 92:19 117:8 119:10,19 120:1 121:11 122:16 142:23 147:5
**judgment** 8:6 144:14
**July** 72:21 73:21,22 81:9,21 83:8 84:2 89:6,9,9 120:16 126:20 143:2
**June** 16:12 68:19 69:2,4,20 71:8 72:7,14,20,21,23 73:22 92:17 105:17 126:24 127:1 136:8,11 143:7,14
**Justice** 2:7
**justify** 71:4

K

**K** 148:2
**keep** 20:20 23:8 53:22 78:12 124:19 140:5,6
**keeping** 63:18
**keeps** 107:3,13
**Keinig** 23:7
**Keinig's** 15:5
**Kensington** 50:18 50:18 51:4,7,9,20 52:24 56:19,21 83:1 94:7
**kept** 16:13 20:18 21:17 23:5 29:2 108:8,9 137:16
**key** 28:9
**kind** 26:6 55:23 80:16 89:17 103:13
**Kirkiewicz** 120:19 123:17
**Kirkland** 32:20 33:1,8 34:18 36:16,16,20
**kitchens** 88:12
**knew** 18:10 21:22 125:15,17,18
**know** 5:1,4,14,21 10:4 16:8 17:16 20:18 53:14 74:19 75:13 96:7,9,21 98:15 100:9 103:21 104:11 105:7,10 106:11 106:14 107:13 108:2 109:18 115:20 117:14 118:19,22 121:15 124:7,12,18 126:13,17 130:5 134:10 135:20,23 137:11 138:18 140:7 141:9,24 143:3 145:8
**knowledge** 58:3
**knowledgeable** 128:13
**known** 37:19 75:7 137:7
**knows** 127:22

L

**L** 2:8
**laborious** 124:1
**ladder** 75:23
**Lake** 4:14 6:18 43:8,9 44:22,23
**landscape** 68:24
**landscaping** 65:17
**Lane** 4:14
**large** 33:2 51:23 117:4
**largely** 39:21 56:11 58:22 79:7 92:18
**largest** 76:17
**LaSalle** 50:22 94:8
**late** 13:23 16:12 65:1 72:14,20,21 73:22 89:9 136:11
**law** 30:1,2,5 32:18 32:20 33:11 34:2 34:9,15 35:3,6 36:5,11,22 37:4 37:18,18,20,22 38:19 47:14,15
**lawsuit** 6:12,14,23 7:6,13 8:10 54:13 97:2 117:21 127:12,17 129:3,8 131:22 133:21 134:19 142:22 143:13
**lawsuits** 6:16 33:3
**lawyer** 61:22 144:6
**lawyers** 30:22 47:14,19,21 117:18 133:23
**lead** 35:3
**leading** 30:8
**learn** 68:17 89:21
**learned** 71:11 74:18,20 84:12 86:20
**learning** 48:20 60:12 89:16
**lease** 104:19
**leasing** 138:2,4 139:3,4
**leave** 37:22 141:7 141:10 143:5
**leaving** 135:7 139:18 142:14
**led** 49:15 75:11 99:24 129:7 143:15
**left** 36:16 102:14 102:18 103:4 104:1 110:8 135:19 140:15 141:17
**legal** 52:9 55:11 56:5 70:16 91:16 117:22
**legislature** 38:11
**legitimate** 123:10
**Lena** 12:6,9
**lending** 37:16 38:5
**length** 50:3
**letter** 81:3 97:21 98:1 105:15 110:14
**letters** 122:11
**Let's** 134:24
**level** 39:2 55:21 62:13
**Levin** 73:12 76:7
**license** 31:3
**life** 26:24 130:13,21 133:17
**lifted** 121:13
**LIHPRHA** 48:12 48:19 49:19 50:4 50:6 53:8,10,13 53:15,20 54:3,6 54:18 55:15 56:22 57:6,10,11,21 62:20 63:1 71:1 120:7 121:22 122:1 123:20,24 124:7
**limited** 1:3 4:4 24:23 44:11,14,22 45:13,15 51:12,14 147:2
**Lincoln** 66:11
**Lionel** 126:12,19 127:11 128:9 131:6 132:7 133:19,22 134:3
**liquidate** 72:2
**liquidating** 72:4
**Lisle** 42:7
**listed** 84:16
**listened** 20:5,6
**litigation** 21:20,23 22:10 23:19 116:6 122:5 125:24 126:7,8
**little** 29:12,12,23 32:9 46:7 61:6 76:10 82:20 97:9 133:5
**live** 69:17 138:8
**living** 66:24 72:19 131:1 133:13,16
**LLC** 89:1
**LLP** 2:2
**loan** 41:7 55:2 83:3 84:7,22 85:2,14 85:16,20 86:6 93:9 94:11 112:2 113:4,8 118:9 136:15
**lobby** 79:4 136:16
**local** 127:1,6 129:23 140:20
**locally** 108:15
**locate** 12:1 140:14
**located** 12:10 106:12,15 108:13
**location** 138:5
**locations** 76:4
**locks** 76:12
**Lombardi** 44:3
**long** 31:13 32:6 36:23,24 38:16 40:3 42:23 48:5

50:1 77:8,23
**longer** 108:6
**long-term** 84:23 87:5
**look** 20:17 70:23,24 71:16 79:1 82:14 88:9 93:13 133:3
**looked** 10:14,15,16 10:17,18 88:6 89:4 104:3 131:9
**looking** 27:8 55:10 55:11,13 57:19 69:5,8,21,24 70:3 70:5,18 71:11 81:24 84:5 89:3 130:14
**looks** 115:11,13
**losing** 86:1 101:15
**loss** 109:24 110:12 110:21 111:2
**losses** 96:15 109:23 110:3,7
**lost** 67:9 79:2 85:9 96:5,8,18 111:15 138:12
**lot** 30:7 39:16 41:18 56:21 62:11 64:19 76:2 135:24 145:10
**lots** 62:12 78:3,11
**Low** 48:13 49:18
**Lowe** 77:3 115:19
**low-income** 40:1 50:23
**lucrative** 67:9
**lump** 99:8
**L-e-v-i-n** 73:12
**L-I-H-P-R-H-A** 48:13

**M**

**M** 2:19
**Mack** 54:1
**MAHRA** 50:11
**maintain** 95:17,21
**maintaining** 134:8 135:10
**maintenance** 59:22 73:18,19 75:12 79:8 104:10 106:19,22
**major** 93:11
**making** 21:7 65:18 82:14 99:7 105:5 107:4
**males** 135:13 140:22
**man** 59:22 75:12 121:8
**manage** 61:15 79:17 93:12,12 120:11
**managed** 8:12,13 9:23 50:21 52:21 58:1 61:2 66:4
**management** 6:14 6:15 8:12 11:23 13:18 14:6 15:14 16:5,16,17,23 19:8 31:11,16 38:6 42:1 56:12 56:23 57:1 58:7,9 58:18 59:1,16 60:19,20 63:23 64:3,4,13 65:9,11 66:6,7 68:11,14 69:16 70:10,20 79:5,10,14 80:20 80:23,24 83:22 90:22 93:19,23 94:13,14,21,22 95:1,8,10,14 99:23 100:3,4 106:18 121:6 136:19,23,24 137:20 138:1,20 138:22 139:2,5 142:11
**Management's** 60:4
**manager** 13:19 59:23 65:10,11 73:19 92:5 101:1 101:2 104:8 120:20 126:20,23 127:10
**managers** 46:5 47:9
**managing** 90:23 105:3 110:17
**maneuvering** 75:18
**manual** 14:24 15:2
**manuals** 35:1
**March** 102:15 142:7,15 143:9
**Margaret** 117:8 119:10 121:11
**marginal** 134:20
**Maria** 2:12 126:2 126:10 135:22
**Marine** 50:5 53:13 57:9
**mark** 115:4 119:3
**marked** 115:6 119:5
**market** 49:8 90:9 124:15
**marketing** 47:22 52:9 55:24 69:15 138:2,13
**marketing-related** 138:6
**marketplace** 91:7 124:11
**material** 7:1 9:3
**materials** 9:8 13:5 23:9 25:12 26:1 30:24 137:2
**matter** 4:4 7:12 25:18
**matters** 4:22 19:14 23:13 33:6 38:23 110:20 122:12
**McClenaghan** 121:7
**mean** 20:19 29:8 35:20 52:18 66:21 69:12 82:20 123:2 130:21,22,23 132:20 135:18
**meaning** 66:22 84:2 85:10
**meant** 35:19 54:19 62:9 71:22
**mechanical** 76:3 82:11 87:8,12
**mediation** 122:17
**mediator** 122:18
**meet** 14:20 19:17 128:15
**meeting** 13:11 15:12 19:21 20:2 20:10,14 21:13 22:17,20 23:1,16 23:24 24:2 25:23 26:11,14 27:13,22 27:23 128:2,5,6 131:4
**meetings** 20:20 23:4 24:4 25:9,16 27:15,19,20 28:2 28:5
**memo** 77:9 83:7 90:2 91:18
**memos** 81:9
**men** 77:2
**mention** 71:9
**mentioned** 7:5 8:11 10:2 17:4 21:3 25:8 31:4,23 35:18,19 43:19 45:21 52:24 62:6 80:18 86:14 92:5 116:1,5 132:24 136:6,7,9 139:15 144:16
**mess** 138:18
**met** 12:4 16:22 19:16,18 22:11 75:8
**method** 23:3
**Michael** 46:4
**Michigan** 41:9 45:2 51:23
**middle** 140:7
**Midwest** 48:22 55:8
**Mike** 47:8
**mile** 63:3
**milestones** 52:15
**million** 85:16 87:13 87:14,19 88:5 118:9 124:8,20
**Milwaukee** 44:24
**minimal** 131:23
**minutes** 113:19 145:23
**MIO** 58:18 63:21 63:22 64:5,6,9,16 84:18
**MIOs** 105:5
**mission** 132:9
**mixed** 7:22
**model** 140:21
**money** 29:23,24 33:20 85:10 86:1 96:13 101:5,16,18 102:22 117:4 118:2,5 120:8,20 120:20 129:17,19 131:19 144:4,6
**month** 22:20 28:8 101:9,12 111:5,7
**monthly** 46:8 101:9 141:19
**months** 29:24 36:17,20 38:20 92:16 110:7 127:8 143:1,3,11,16
**mortar** 56:4
**mortgage** 37:16,24 38:5 41:7 94:10
**motion** 22:13 81:7 91:23 113:16
**motions** 10:18 18:7

**move** 32:12 46:12 47:2 67:15 102:16 143:6,8,11,12
**moved** 103:13,16 142:17,24 143:21
**move-out** 103:7 107:16,20
**moving** 31:21 44:18 76:15 102:18 103:10
**Mullen** 117:8 119:11,19 120:1 121:11,11 122:16
**multi-family** 15:11 21:9,11 22:5
**musical** 67:11
**mysterious** 136:22

N

**N** 3:1
**name** 4:13 43:10 57:23 58:2 73:13 75:13 121:12 126:23
**named** 16:6 46:4 73:18 100:17 140:16
**narrow** 82:20
**nature** 11:23 118:15 127:12,16
**Neal** 34:23 90:9
**necessarily** 20:19 80:23 107:9 117:15
**necessary** 38:8 62:17 86:7,22 88:21 94:23 102:10 132:19
**need** 5:3,12 35:22 41:3 55:20 69:14 78:18,21,24 79:3 81:11 82:12 86:2 86:12 93:15 119:11,14 126:6 127:5 131:16 132:24 133:13
**needed** 37:16,20 39:23 57:10 58:4 58:14 83:2,2,3,4 87:22,24 88:8 89:11 101:15 130:8,11,23 141:2 142:17
**needs** 47:20 58:16 60:1 75:2 86:2 90:21 91:14,14,16 91:16 106:19 133:20 140:18
**neglected** 124:23
**negligible** 8:4
**negotiate** 140:9
**neighborhood** 72:17
**neighborhoods** 70:24
**Nelson** 16:7,8
**never** 28:18 95:1
**new** 41:10 42:9,11 46:19,24 49:22 50:18 51:15,16,20 52:24 55:3 56:18 56:21 61:20 69:8 71:4 83:1,22 85:20 89:1 93:17 94:7 118:7 130:8 130:11 133:1
**newly** 46:22
**newspaper** 62:13
**Nigeria** 29:21
**night** 136:21
**Nightengale** 104:9
**Niles** 53:2,16,19 54:7 56:20
**nimble** 75:20
**nine** 11:22 12:7 92:16
**ninth** 115:17
**Nixon** 126:12,18,19 127:11 129:3 130:20 131:14,19 132:4,5 134:8 136:3
**Nixon's** 128:20 132:16 133:6
**nonprofit** 38:7 53:22 56:8,10
**normal** 82:14 99:12 101:10 102:20 103:24 107:8 120:24 137:15 138:22 139:3
**normalized** 130:24
**normally** 21:15 90:19,19 104:20 118:11 137:14 138:21
**north** 19:18 58:12 66:8
**Northern** 53:5
**Northwest** 57:4,7 60:2,6,21,23 62:5 62:18 65:4
**Notary** 1:13 147:23 148:3,22
**noted** 81:20
**notes** 20:4,5,9,14 20:17,20 25:14 48:1 77:7
**notify** 113:14
**November** 114:1 115:1 122:16
**number** 77:2 88:1 129:4,22
**numbers** 109:12
**N.W** 2:8

O

**O** 148:2,2
**Oaks** 43:6 45:3 46:16
**oath** 147:10
**objectives** 137:4
**obligations** 84:20 86:5 103:15 116:23 117:1
**observe** 76:21
**obtain** 30:16,20 105:12 143:24
**obtained** 30:13
**obviously** 19:1 56:5 122:10 124:2
**occasion** 24:1
**occasionally** 130:8
**occasions** 121:2 123:12
**occupied** 46:1 102:12,14,15 138:24 142:16
**occur** 139:4
**occurred** 25:10,11 52:12 78:20 86:19 113:4,24 115:22 116:24 120:15 136:8,9 138:14
**occurring** 139:2
**October** 92:17 94:1 102:12 112:9 142:21
**offer** 17:24 18:13 18:15,20 53:6
**offered** 18:18
**office** 19:18 39:4 59:6 79:5 128:3,6 136:20,23,24 138:1,20,22 139:3 139:5 148:20
**Ogilvie** 37:19
**oh** 15:18
**okay** 5:6 6:5 8:14 10:6,22 11:6 16:21 19:17 29:11 42:20 61:10,10 72:13 92:4 93:22 97:4,12,15,20 107:15 113:18 116:5 119:3,17,17 145:22 146:4,8
**old** 51:13
**onerous** 86:4
**ones** 9:20 42:12
**ongoing** 61:3 120:12
**onward** 68:8
**on-site** 60:11 126:23
**operate** 44:6 46:6 47:10 84:5 120:19
**operating** 58:18 77:15 78:5 85:18 90:4 108:22 114:16 137:15
**operation** 42:4
**operational** 78:12 127:23
**operations** 58:3
**opinion** 10:16 119:23 121:18,20 122:7,9,10,22 123:2,5,7
**opinions** 79:13 134:13
**opportunities** 47:6 50:14 135:17 141:6,6
**opportunity** 99:7 102:21
**opposed** 85:22 117:2 124:19
**order** 10:23 15:15 30:20 119:9 133:17 141:3
**orders** 15:22 104:21 106:17,20 107:5
**organization** 53:22
**organizational** 18:2 52:8 59:24 63:20
**organized** 123:19
**oriented** 21:6
**originally** 35:18 53:4 142:20
**ought** 143:5
**outcome** 7:20 123:3 123:8 148:18

**outgrowth** 142:10
**outside** 77:3 87:3 133:4
**overall** 81:1
**overlooked** 64:23
**oversight** 60:24
**overview** 19:10
**owed** 107:19 111:12 141:16 144:4,9
**owned** 48:18 49:3 53:5 56:20 58:11 62:11 70:7 124:19
**owner** 45:10,11,14 45:17 55:1,3 56:11 57:9,21 63:12 64:13 65:3 65:5 70:16 71:4 102:22
**owners** 48:11,21 49:12 54:4 99:6
**ownership** 83:22 88:20,20,22 89:4 95:18,22 145:19
**owner's** 60:24
**owning** 88:7,16
**o'clock** 97:17 136:21

**P**

**page** 3:5,11 115:12
**pages** 15:7 98:9 119:16 147:13
**paid** 47:18 95:1 122:14 123:21 125:9
**painting** 86:24
**paragraph** 115:15
**parent** 70:15
**Park** 70:1,2
**Parkview** 70:7 71:14 72:5
**part** 14:22 41:5 42:20 66:17 81:1 86:5,8
**particular** 22:7 51:2 69:1 107:1 122:3 132:18
**particularly** 63:18 76:8 97:16 135:12 141:9 145:6
**parties** 11:2 14:12 87:3 148:17
**partner** 12:15 24:22 44:14 45:15 46:4 51:14,15,17 52:21 56:16 69:10 70:9,17 88:24 89:2 96:6
**partners** 44:13 50:22 51:14 94:8
**partnership** 1:3 4:4 24:23 42:2 45:14 45:15,17 51:12 68:18 83:5 85:5 94:10 145:18 147:2
**partnerships** 44:12 44:22
**partner/owner** 57:16
**parts** 78:2
**party** 7:3 96:1
**passed** 31:2
**Paul** 2:7 133:10
**pay** 58:23 94:20 95:2,4,5,7,13 96:11 103:11 116:14 120:8 122:23 136:3 141:22
**paying** 85:16,21 103:11 119:21 144:3,14
**payment** 96:4 111:7,8,8,10 120:18 131:21
**payments** 104:19 120:23
**Peace** 29:20,22
32:12,14
**pending** 5:8,15 9:5 10:3
**penitentiary-like** 79:2
**penthouse** 75:19 76:1,2
**people** 12:1 31:20 36:4,18 67:6,17 67:21 69:17 78:13 102:11,16 117:18 123:16,17 126:3 129:22 131:5 132:2,12 135:8,15 135:18 137:6,8 138:7,9 142:17 143:5,11,12,21 145:2
**Peoples** 99:16 100:16
**percent** 47:12,12 85:18 87:16,22,23 94:21 95:9,14 103:12 142:16
**percentage** 96:9
**perform** 47:5 110:12 131:17
**performed** 100:9 111:19 112:8
**performing** 104:12 106:1 107:22 111:2 112:14 120:7
**Perinton** 42:10
**period** 7:9 8:21,23 25:6 32:6 38:22 44:20 50:17 53:16 65:1 67:17 74:22 85:15 90:16 94:21 101:13 102:23 110:9 117:17 126:20 133:14 140:13
**periodic** 30:10
**periodically** 78:24
129:5
**periods** 116:24 142:19
**permanent** 35:21 56:3 134:2
**permanently** 140:14
**permissible** 53:24
**perpetrators** 137:3
**Perry** 66:11
**person** 19:16 103:24 126:12 127:5,22 128:12 140:16
**personal** 28:22,24 29:4,8,10
**personally** 148:8
**personnel** 26:20
**person's** 134:20
**perspective** 84:4
**PETER** 2:3
**Phil** 34:23
**phone** 12:14 17:11 129:21 130:4,4,6 130:10
**physical** 50:21 52:8 55:12,20 58:14 65:15 69:14 75:2 75:15 76:11 77:12 91:14 104:15,16
**physically** 88:4 108:12
**picked** 56:20,21
**Pines** 42:10
**Pinnacle** 80:11 84:17
**pipes** 75:19,19
**place** 36:5,9 49:19 79:10,14 80:20 81:21 94:14 95:24 96:22 134:1 138:3 138:5
**placement** 36:6
**places** 39:13 69:17
**plaintiff** 1:4 2:5
6:21 7:18 9:10 147:3
**plaintiff's** 10:20 121:13
**plan** 39:18 47:22 52:1,2 53:11 55:24,24 58:6,19 60:9 63:21,22 64:6,9,16 65:15 71:17 74:24 89:8
**planned** 46:1,2 55:4 60:11 118:8
**planning** 34:13 39:4,9,20 40:17 40:21 47:20
**plans** 42:3 56:12 69:8 90:4
**plants** 39:19
**played** 67:11
**player** 140:20
**playing** 67:22
**please** 4:11 5:8,14 21:4 115:5
**plumbing** 87:18
**PM** 13:17,17 14:5,8 15:14 16:23 70:13 70:15,16 88:23 95:3,6,7,13,17,21 96:12
**PM's** 82:22 90:13 92:15 94:1,16
**point** 5:19 16:14 18:9 19:7 24:11 26:6 36:7 41:19 43:3,11 55:2 57:19 58:6 59:17 60:18 61:4 62:20 63:3 64:14,19 65:9,13 67:9 69:7 69:24 70:5 75:8 76:1 83:17,20 84:1,2,24 101:3 108:7 111:12 118:14 120:14 122:22 128:8

129:6,20 132:18 137:20 138:19 139:1 142:19 143:17 144:12
**Pointe** 15:24 16:2 18:12 68:21 71:9 71:16,18 83:21 114:1
**police** 78:8 144:23
**policies** 20:23
**policy** 21:3 38:3
**Pomeroy** 66:9
**poor** 50:20,21
**portfolio** 121:5 123:15
**portion** 26:23 98:8 103:12
**position** 37:10 49:8 61:2 70:10 111:24 112:4 116:21 120:22 121:20 136:1
**possible** 70:9
**possibly** 29:4
**post-closing** 119:22
**potential** 131:4
**practical** 45:16
**practically** 144:12
**practice** 20:19 32:24 47:23
**Prairie** 43:6
**precise** 18:23
**precisely** 132:13
**preclosing** 119:21
**predictable** 131:1
**preexisting** 47:1
**prelabeled** 115:10
**preliminary** 4:22
**preparation** 11:8
**prepare** 10:7,9
**prepared** 60:13 104:6 109:6 143:5
**preparing** 17:8
**presence** 77:1
**present** 2:1,18 25:16 103:15 127:18,20 131:3
**Preservation** 48:14 49:18
**president** 40:12,15 41:16,21
**presumably** 129:22
**presume** 55:22
**pretty** 94:6 121:13
**prevalent** 145:5
**previous** 54:9
**previously** 6:11
**price** 99:2
**priest** 54:2
**primarily** 48:21 84:14 107:4
**Primm** 58:2 59:13 61:12,14 62:3 65:5
**Princeton** 66:2,3,12
**principal** 85:17,22 86:5
**prior** 25:21 32:17 34:21 39:16 85:8 87:7 91:23 99:12 116:3 122:6 123:6 128:6 142:10
**priority** 71:15,19 71:21,23 79:23 80:1 83:18
**private** 7:3 57:17 66:6
**privatizing** 65:9
**probably** 20:11 24:2 32:5 47:11 54:17 55:5 62:21 62:23,24 63:4 64:22 70:21 83:16 105:16 109:10 110:23 133:8,22 141:18 144:8 145:24
**problem** 50:19 76:9 93:15 97:19
**problemed** 27:1 42:3
**problems** 26:17 35:22 46:13 47:3 52:7,16 55:12,12 55:13 58:14 79:7 80:7,8 127:1 132:18,20 141:22 141:23
**procedure** 65:14 114:17
**procedures** 14:24 15:2 17:6 22:5 35:2 37:15 63:1 63:16 100:19,20 100:22 128:23
**proceed** 15:9
**proceeds** 96:2 97:1 97:6 120:18
**process** 11:20 15:8 18:5,10 19:5 20:7 21:7 35:8 39:9 40:20 52:22 55:10 55:16 60:13 65:8 65:19 67:14,19 74:2 81:1 89:24 92:14,23 96:19 99:24 105:14 108:16 109:2 117:19 123:24 124:1 127:4 129:11 132:6 138:11 139:23 140:9 142:3
**processed** 138:11
**processes** 34:19 125:7
**processing** 18:3 31:16 57:11 93:9
**produce** 12:16 18:7 22:13 38:7 81:8 91:23 113:17
**produced** 12:23 13:9 21:16 24:10 25:6 28:9,12
**production** 10:19 11:10 25:13
**program** 37:17,24 38:5,6 39:10 48:12 49:16 50:3 50:9 60:10 61:18 74:15 82:16 83:4 83:24 84:15 86:8 86:10,13,17,21 87:20 88:9,15 89:12,15,16 91:5 123:20 136:15 142:8
**programs** 26:20 30:11 33:23 34:9 35:13 39:23 70:11 90:5
**progress** 82:21
**prohibitions** 49:7
**project** 13:19 27:1 39:3 41:5 42:4 44:22,24 45:2,6 50:4,17,20 51:2,7 51:10 53:2,3,12 53:13 55:4 56:2 57:4,6,18,24 58:10,23 59:10,18 59:23 61:1,15 63:17 65:12,14,18 66:16,19 69:12,13 74:1 84:23 85:7,8 85:21 88:17 90:20 91:8 96:13 101:1 101:2,4,14,19 121:1 123:18 124:7,19 126:6 127:14
**projected** 131:10
**projecting** 52:11
**projections** 89:13
**projects** 41:2,9,12 41:21 42:6,13,14 43:23,24 44:1,11 44:19 45:9,9,10 45:12,18,24 46:2 46:6 47:10 48:18 49:10 50:15,16 52:1 54:3,5,18 55:7,14 56:19 63:2 65:23 66:8 69:9,14 70:6 83:19 121:4,5
**prominent** 68:23
**proper** 7:24
**properties** 46:12,15 46:21 47:2,3 48:11,11 49:2,4 49:13,21 53:1 54:15 56:15 57:3 60:5 62:12 64:23 65:21 67:18 68:7 69:6,21 70:12,19 71:12 74:3,9 105:4 121:6 123:15
**property** 7:16 13:17 14:5 15:14 16:23 21:8 27:7 27:10 31:11,16 51:17,24 53:5,7 54:21 55:11,12 58:2 60:13 62:7 63:8,11 64:4 71:24 72:9,15,16 73:1,2 74:11,15 74:22 75:1 85:2 85:16 88:7 90:14 90:23 91:17 93:12 95:18 96:10,16 104:1,8,9 106:18 110:17,19,20 120:11,18,22 124:5 126:19 127:4,10 136:8 141:17 142:1,14 144:17,18 145:19
**proposed** 87:20
**proprietorship** 44:10 68:13
**proration** 7:24 118:4

**prorations** 116:20 116:22
**prospective** 94:19
**Protection** 39:14
**prototype** 35:2
**provide** 6:2 7:14 47:17 49:23 50:1 110:10
**provided** 30:23 59:19 128:17 132:6
**providing** 26:5 39:14 48:16 129:12
**provision** 30:21 124:15
**prudent** 122:23
**public** 1:13 38:3 40:19 44:4 147:23 148:4,22
**publications** 34:2,3 35:16
**purchase** 82:22 90:13 94:16,18
**purchased** 57:6 60:7 92:15 94:2
**purpose** 101:5
**purposes** 45:16 56:7
**pursuant** 4:2
**pursue** 30:4 47:6 85:1 129:13 143:24
**pursuing** 50:13
**push** 75:24,24
**put** 32:14 37:15 39:17 64:20 78:11 85:20 91:4 96:9 96:10 104:4,15
**putting** 39:12
**p.m** 148:15

Q

**quality** 79:9,14 80:19,23 82:2,4
**quantified** 104:3
**quarter** 17:20 30:17,18 99:3,4,4 99:18,19,19,20,20 99:21
**question** 4:24 5:7,9 5:15,16 16:9 18:1 19:4 21:5 24:14 26:6 101:11 108:2 118:14 128:7 135:4,6
**questioning** 119:15 135:1 145:24
**questions** 38:3 145:15 146:5
**quite** 8:3 75:20 81:10 113:6 122:2 138:18

R

**R** 2:7
**raised** 33:20
**Ramey** 133:10
**ran** 45:22
**Randolph** 2:3
**random** 35:5 76:3
**rate** 121:22
**rating** 38:10
**REAC** 15:10 26:17 80:11 84:17 86:22
**reached** 92:2,12 121:12
**read** 24:13 31:22 32:1 80:10 83:9 83:12 123:5,7,7 147:12
**reading** 10:10 134:6
**real** 19:7 30:8,13 31:8,14 40:18 48:9 71:6,7 122:12
**realize** 4:16 5:20
**really** 8:2 21:6 22:6 26:5 38:2 63:17 73:23 76:10 79:15 83:19 87:1 117:4 122:2 127:21 130:15 139:24 142:7
**rear** 67:23
**reason** 55:17 69:1 77:4 126:11 132:5
**reasonable** 109:18
**reasons** 6:1 72:1 132:2,3,13 134:7 134:20 135:15
**recall** 7:3 8:8,9 10:14 12:3 16:10 19:22 22:17 23:15 24:5 25:4,23 26:9 27:15 28:1 41:17 81:6,8 83:7,15 102:5 110:3 112:11,18 113:9 114:1 116:20 118:17 119:23
**recalls** 25:6
**recap** 124:21
**receipts** 119:22
**receivable** 111:6 141:20
**receive** 14:2,7,11 14:15 16:19 101:4 102:22
**received** 14:13 17:19 18:8 19:7 22:12 53:20 85:10 111:9,10 113:15 117:6 118:12 124:24 129:14,16
**Recess** 113:21 146:3
**recognize** 115:2
**recollection** 115:3 119:19,24 136:7
**recoloring** 79:2
**reconstruction** 56:12
**record** 4:12 5:22 23:8 34:3 95:12 108:18 113:19 145:23 148:12
**recorded** 23:10 106:16
**records** 16:13 63:19 104:11 105:7,22,24 106:5 106:12,15 107:3 108:13 111:1,4 136:24 137:11,12 137:15,18,18,22 141:12
**record-keeping** 23:12
**recovered** 120:2 144:15
**recruited** 36:4 37:21
**recruiting** 47:18
**recruitment** 33:16
**redesignation** 51:12
**redesigned** 93:18
**redevelop** 55:3
**redevelopment** 48:14 61:18
**redevelopments** 52:12 71:6
**redoing** 87:9
**reduce** 35:1
**refer** 27:5 52:2 69:12 109:21,22 112:20
**reference** 100:18
**references** 17:18 115:16
**referred** 21:9 24:12 26:21 50:11 110:13 111:2
**referring** 15:2,24 18:16 24:19,21 25:2 27:6,9 52:4 91:11 93:22 95:3 100:3 112:21 144:18
**refers** 115:24
**refinanced** 53:15
**refinancing** 53:11 53:23
**refresh** 119:19,24
**refreshes** 115:2
**regarded** 131:24
**regarding** 22:9 24:6 80:19 90:13 125:22,23 129:3
**regional** 33:22
**regular** 34:19
**regulations** 125:6
**regulatory** 63:15
**rehabilitating** 84:9
**rehabilitation** 53:23 74:15,24 83:4,24 84:7 86:8 86:9,13,17,19,21 88:15 112:2 118:9 136:15
**reimbursed** 130:2
**reimbursement** 98:2,6 100:19 117:23 118:3
**relate** 15:21 31:19 137:16
**related** 7:23 9:8,8 31:15 48:19 51:4 76:22 78:7,21 87:19 92:18 96:5 104:18,22 116:19 117:5 137:17,20 141:23 148:17
**relates** 82:3
**relating** 25:17
**relationship** 8:17 83:21 126:15
**relationships** 15:10 80:14
**relative** 76:13 78:13
**relatively** 34:21 69:6 118:5

**relayed** 111:23
**relevant** 12:16
**relied** 104:12 105:8 105:13 106:1 107:22 112:15
**relief** 93:6
**relocate** 140:19
**relocated** 67:22
**relocating** 67:17
**rely** 112:14
**relying** 117:18
**REM** 23:10
**remain** 140:11
**remainder** 143:21
**remained** 67:18
**remedial** 141:1
**remedies** 93:5
**remedy** 93:3
**remember** 8:21 19:20 22:2,24 25:10 26:13 27:12 42:5 57:23 72:10 73:15 76:5 100:20 114:6,11,13,20,21 116:11,13 117:8 117:11 129:2
**removed** 13:8 28:16
**REMS** 19:7
**rendered** 131:21
**renewed** 143:13
**rent** 103:7,11,12,14 104:19 107:16 113:3,7 139:12 141:16,19,22 143:24 144:4,9
**rental** 49:13 85:6 90:7,7 103:14 111:15,24 112:7,8 120:18
**rents** 90:11 111:21 112:16,16,17 113:6 124:12,13 124:16 144:7
**Renzi** 90:9 111:21 112:15,16
**repair** 86:2 88:11
**repaired** 87:17,23 87:24
**repairing** 103:23
**repairs** 26:18 79:8 86:23,23 87:7,13 88:10,12 101:16 102:10 105:5
**repayments** 85:17
**replaced** 50:10
**replacement** 88:23
**report** 26:18 80:11 80:11 84:18 107:1
**reporting** 24:16
**reports** 80:10 107:5 107:23,24
**representative** 61:1
**representing** 131:5
**request** 11:1,7,10 11:17 12:13,17 13:9,15 14:18 15:16 75:5 90:6 105:12 106:7 124:5 128:20
**requested** 75:4 98:12,20 107:16 121:2
**requests** 17:2
**require** 70:22 132:19
**required** 90:8 100:21,23
**requirement** 135:20
**requires** 133:7
**resident** 26:20 39:24 52:9 55:24 57:8 60:10 65:4 69:16 80:13 81:2 89:15 90:5 132:9 142:8
**residents** 57:9 60:16 61:5 62:18 65:16 67:15,24 80:4 89:17,18 92:21 93:13,14,17 103:4 114:15 138:4,9 140:23 143:18,19 144:2,3 144:24 145:1
**resident-based** 57:20
**resigned** 126:24
**resolution** 54:24 84:19
**resolve** 122:12
**resolved** 8:4 9:6
**resources** 58:21
**respect** 93:8 126:16 135:12
**respond** 5:16 15:16 17:1 84:16
**responded** 66:7
**responding** 91:23
**response** 10:24 11:16 13:9,14,22 14:18 16:9 17:23 18:20 26:2 81:7
**responses** 11:2 22:11 23:21 24:7 26:4,22
**responsibilities** 33:13 36:10 38:12 51:13
**responsibility** 36:7 42:13 117:15
**responsible** 33:19 110:16,16
**responsive** 106:6
**responsiveness** 13:3
**restated** 51:11
**restrictions** 49:12 64:2
**restructure** 51:7,9 85:4
**restructured** 94:9
**restructuring** 41:6 41:12 83:5
**result** 51:19 53:18 61:12
**results** 60:4 63:7,10
**retain** 54:22 57:12 144:6
**Retainer** 47:18
**retrospect** 124:17
**return** 48:9 124:8
**returned** 21:11 29:22
**reveal** 10:12
**revenues** 121:1
**reverse** 116:18
**review** 26:3 41:6 54:23 84:13 92:24 93:2 109:8 110:21 119:11
**reviewed** 10:22 11:4,7,9,12 15:4 91:20,22 98:5,5 100:12,24 105:13 109:10,16
**reviewing** 81:13
**reviews** 46:8
**revised** 94:13
**RFP** 66:5,8
**right** 4:18 5:10 89:17 106:7 108:4
**rights** 51:13
**rise** 52:6
**risk** 53:7,9
**River** 45:3 46:16
**roam** 78:13
**Robert** 100:11 109:7
**Rochester** 42:9,11
**role** 17:21 34:15 35:20,21 45:8 91:3 140:21
**roles** 37:17
**roll** 141:19
**roof** 78:19,21 82:3
**room** 75:22
**routinize** 37:15
**Rozet** 57:7 60:8 62:10
**ruled** 117:12
**rules** 4:2 125:6
**ruling** 117:9 118:17 118:23,24 119:1
**rulings** 116:11
**ruly** 145:8
**run** 6:15 37:16 47:13 48:5
**running** 44:15

S

**sale** 7:15 71:4
**sales** 78:7
**Saline** 45:2
**Samuelson** 1:11 3:4 3:11 4:2,6,11,13 4:21 5:24 10:6 11:6 12:6,9 18:17 18:20,23 19:3 29:11 43:13 47:13 48:2,5 61:11 97:8 109:20 113:23 115:4,6 119:4,5 119:12,18 132:14 134:23 135:3 146:1,4 147:9,20 148:8,11
**sanctions** 21:10
**Sanders** 13:19,21 13:23 14:3 25:12 25:19 26:14,15 27:18,21,23,24 71:10 72:6 73:8 75:10
**satisfaction** 55:1
**satisfy** 86:22
**saved** 107:9
**saw** 35:22 37:20
**saying** 25:4 123:13 126:12
**says** 129:21
**Schaumburg** 50:18
**schedule** 99:17
**scholarship** 30:1

school 30:2,3,6 32:18 33:11 34:3 34:9,15 35:3,6 36:11,22 37:4,18 37:18,20,22 38:20 122:21 140:20
schoolteachers 144:21
SCHOPF 2:2
Scott 12:5
scrutiny 58:5
seal 148:20
search 13:14 20:13 20:16
Searle 43:13
seasonal 99:12,13
second 36:8 41:1 57:18 75:1 143:14
secondly 39:22 40:23 132:7
section 41:8,12 49:5,10 84:21 104:21 143:4
security 26:19 76:9 76:11,18 77:11 79:18 80:3 81:1 86:3 101:16 105:21 122:13 141:24
security-related 77:12
see 13:19 20:14 28:1 42:20,23 52:17 61:6 78:9 80:6 86:7 109:10 115:1 120:4 122:15 124:4 126:4 128:22
seeing 26:22 72:9 119:23
seek 101:3
seeking 92:20 93:5 98:2 100:19 117:20 118:3 139:12
seen 78:3 98:8 122:9,10,10
selected 74:10
self-sufficiency 31:21 89:19
self-sufficient 89:24
sell 72:1,2
seller 60:8 95:5 117:2,14
sellers 124:5
selling 56:7 77:5 124:19
seminars 30:10 31:5,8,10,15 32:3
semi-joking 114:17
sending 114:21
senior 38:5 66:6
sense 22:4 52:10 56:1 58:15 72:22 77:10 79:6 99:23 105:21 123:13 128:10
sent 13:10
separate 24:2 27:23
September 81:9 113:11 143:22
series 27:2 35:4 84:19
serve 38:16
served 56:16 68:1 125:9
service 141:6
services 26:20 39:24 40:1 47:16 48:17 49:23 50:2 52:9 55:24 60:10 65:16 69:16 81:2 89:15,20 90:5 129:15,23 131:21 132:10 142:8
set 13:24 43:3 58:19 136:22 148:19
settlement 96:2
seven 46:7 48:7 67:6,8,12,12 97:17
sewage 39:19,19
sewer 39:15
shack 138:4 140:10 140:11
shape 50:20,21
share 12:20 96:1
sheet 140:3,4
shelves 25:5
Sheridan 66:9
Sheridan-Devon 65:12
short 4:17 135:9
Shortly 11:14
show 17:24 18:18 114:24
shut 127:3
side 58:12 66:1,9 66:12 133:11
signature 147:14
significant 57:2 131:6
similar 33:23 48:19 48:23 49:3 55:17 74:2 82:24 94:6 133:9,19
simple 70:10
simply 7:1 13:4 15:17 28:21 30:22 35:23 50:9 53:6 63:13 64:3 71:20 86:22 130:10
single-family 43:5 44:21
sir 4:12 5:10,17,18 6:6,11,17 7:2,9,17 7:21 9:13,18 10:9 11:13 17:11 19:4 19:17,21 21:1,4 22:18 30:16 31:12 32:22 33:10,14 37:7 42:24 98:24 102:8 103:8 116:9 135:6 136:10
site 9:9 15:21,23 108:21,23,23 137:3,16,19
sites 59:7
sitting 135:21
situation 38:18 71:5 77:10 102:20 133:20 134:1,9 135:11 144:13
situations 133:10 135:16
six 29:23 36:17,20 38:20 51:22 98:9 143:1
skill 56:9
skills 133:23 134:10
small 47:23 59:6 60:7 118:5
smaller 33:5
Smart 89:16
sold 29:23 44:5 51:21 53:21 54:4 54:7,7 62:7,24 63:2
sole 44:10 68:12
solve 41:20
solved 35:23
somebody 18:9 71:16 88:16
someplace 140:7
somewhat 76:3
sorry 4:16 15:18 43:17 45:4 50:22 55:6 69:11 86:11 92:8
sort 84:4 91:18 114:16 129:12,19 133:2 135:20 138:12
sorts 20:20 88:13 121:17 141:24
sought 101:23 108:2 120:2
sound 103:8
Sounds 36:23
source 62:12
south 15:24 16:2 18:12 66:1,12 68:21 71:9,16,18 83:21 113:24 115:18
Sova 100:11 104:8 109:7 110:15 126:22
so-called 76:2
spaces 31:20
spandrel 82:7
spandrels 82:7
speak 128:24
special 33:24 34:4 34:14 35:14 39:3 40:12,14 41:13,20 41:22 102:2 103:17 109:13,21 110:2
specialized 41:4
specific 12:3 18:11 20:16 22:8 23:15 24:5 26:9,12,13 27:7 33:18 41:23 92:6 113:24 116:11
specifically 18:11 18:14 23:1 25:1 29:7 35:7 37:23 42:5 51:10 52:3 77:21 114:11 119:15 137:11 140:17
specifics 8:8 21:24
specious 118:18,21 120:3,5 121:16
speculated 134:16
speculation 134:18 134:19
spend 101:15 123:22 133:22
spending 99:10

spent 41:4,18 65:2 118:2
spoke 30:12
spoken 17:13 125:21,23 126:9 132:14
spread 140:2,3
Spring 70:6 71:13 72:4
SS 148:1
stability 65:17
stabilized 42:4
stable 69:7 132:24 134:8
staff 11:22 13:12 15:13 16:22 58:9 59:6,12 61:16 100:7 106:22
staffed 39:1 123:16 123:19
staffing 18:3
stage 45:22
stairwells 77:1 78:14
stand 43:12 81:17
standard 38:4 65:14 114:16 122:2 130:24
standardization 35:8 36:3
standardize 37:14
standardized 40:20
standpoint 82:15
star 140:20
start 29:15,16 32:11 52:11,14 60:2 68:5 79:24 90:22,23
started 38:19 47:11 56:22,24 66:14 67:4 93:12 102:16 102:17
starting 47:7 65:2 139:7
state 1:14 4:11 37:21 39:5 65:14 66:17 148:1,4
stated 144:8
statement 24:16
statements 23:16 24:5 26:10,13 46:9 81:17 85:8 119:15,21
States 1:1,6 4:3,5 147:1,5
Stateway 66:17 68:6 69:6 78:4 145:7,8
stayed 135:18
Steel 40:11,13 42:17,19,21,22 43:4 44:5,7
step 76:1
Stephanie 126:22
steps 15:15 17:1 18:11 21:7
stopped 50:10 78:11
stored 21:17 108:15 136:19 137:1,2
story 131:12
strategies 129:13
strategy 110:18
street 2:3,8 57:5 66:18 76:15 77:3 144:22
strike 145:17
strong 132:8
struck 82:23 85:24 94:19 101:16 122:21 144:5
structural 82:2,10 87:12
structure 18:2 19:11 20:24 44:8 49:20 59:2,24 88:20,22 94:6
structured 34:22 83:1 94:5
structuring 63:21
student 33:16
studied 31:1
study 135:24
stuff 114:15 145:11
subchapter 59:3 68:15
subject 7:12 25:18 60:14
submission 98:19
submitted 25:22 28:14 83:6 97:21 98:1,11 101:22 112:23 139:10 147:17,18
Subscribed 147:21
subsequent 120:24
subsidiary 42:22 44:6
subsidies 126:5
subsidized 40:22 41:8
subsidy 111:8
substantial 26:23 33:20 77:11 79:4 82:13 101:8 105:6 124:8 134:4
substantiate 90:10
substituted 112:17
suburb 42:11
suburban 42:9
success 67:20
successful 65:19 67:19 91:6 141:14
successfully 51:21 52:3 60:6
successors 36:9
sufficiently 131:16
suggested 27:17 71:14 128:14,22
suit 7:2,5,20 8:15 9:2 92:19 93:5 96:3 97:10 116:17
suitable 130:17 134:11
Suite 2:3
suits 6:22
sum 99:8
summarized 77:10
Sunnyside 58:11 63:8,11 64:7,20 65:6
Sunrise 45:1 46:16
Sun-Times 115:16 116:3
superintendent 78:8
supervise 57:13
supervisor 59:18 73:18 104:10
supplied 13:5
support 54:22 102:24 135:18
supported 132:12
supporting 132:11
supports 40:2
suppose 24:22 126:1
supposed 110:9
Supreme 33:4
sure 8:3 9:6 15:1 20:5 31:24 37:1 48:1 59:11 73:9 83:10 103:2 107:4 108:16 111:1 116:17 117:13 125:18 126:14 135:14
surprised 23:11
surveillance 136:14 137:2
survey 90:9
sustain 92:22
sustainable 131:16
sustained 56:2 129:18 131:7 142:12
Suzanne 1:12 148:3
Sweden 117:16 118:14 120:15
sworn 4:7 147:10 147:21 148:11
system 18:4 19:8,11 19:11,12 20:4 21:14,16 23:11,12 26:19 78:15,23 87:8 106:18,19 107:2 108:4,14,22
systematic 35:5
systematically 67:5 82:1
systemization 35:10,11 36:4 40:17
systems 34:18 35:2 36:9 82:11
S-o-v-a 100:11

T

T 2:12
tact 132:15
take 5:9 14:2 21:8 26:24 30:19,22 36:5 40:5 42:3 53:7 61:7 64:4 69:9 73:2 75:23 77:7 80:6 89:19 113:20 119:11,14 124:15 134:4
taken 1:11 4:2 18:12 20:9,16 36:1 61:4 113:21 116:22 120:22 146:3 147:11
takes 66:15 68:16 88:18
talent 135:8
talk 5:12 14:20 18:9 21:18 83:19 88:7 97:8 121:3 123:12
talked 21:14 44:1,1 114:15 124:22 126:1,13 127:11 127:15 139:11

**talking** 10:10 20:21 71:13 72:9 86:10 95:12
**Tamika** 16:6
**tapes** 136:19 137:1 137:6
**tax** 34:1 60:13
**tax-exempt** 38:9
**team** 84:18
**technology** 31:18
**Ted** 73:7 74:13,20 75:8
**teenager** 114:10
**telephone** 19:15 128:20 129:5
**tell** 12:18 13:21 28:15,23 130:11 133:5 143:5
**tenancy** 102:23 137:17
**tenant** 102:23 107:19 109:22,24 110:7 111:5,10 137:17 138:6,13 140:1,18 144:19
**tenants** 66:24 103:9 139:14,16,21 140:4,5 141:10,16 142:4 143:24
**tenant's** 111:7 141:21
**tenant-related** 104:17
**tend** 32:14 140:18
**term** 109:20
**termed** 102:2
**terminated** 148:15
**terms** 22:12 28:7 82:21 84:8 87:17 88:22 104:19 132:23 138:3
**Terrace** 1:3 4:4 24:22 53:3,16,19 54:7 56:20 68:18 89:1 96:6 147:2
**terribly** 34:22 99:9
**territory** 80:17
**test** 30:22 31:2,2
**testified** 4:8 9:2,17 18:18 23:7 113:2
**testify** 6:21 9:15 148:11
**testimony** 6:2 54:10 148:13
**Thalji** 1:13 148:3
**thank** 4:19 5:12,19 5:24 6:5 10:6 11:6 37:23 43:17 61:10 64:18 69:20 94:4 95:17 97:15 116:5 146:6,7
**theirs** 71:15
**theoretical** 71:4
**theory** 54:22
**thereabouts** 40:6 50:19 99:6 126:21 142:16
**Theta** 6:13 7:7 8:17 9:24 10:1 54:7,8 116:15,18 120:8 121:3,5 123:13
**thing** 5:6,14 52:5 52:19 76:8 87:18 101:6 134:3 138:18
**things** 39:21 78:11 84:19 86:24 88:1 88:6 104:19 117:5 117:5 118:3 130:5 132:11 133:1,2,11 139:10 140:8 141:2 142:1,9
**think** 7:10,22,22 8:3,16 9:5 11:21 16:13 17:7,17 18:7,22 20:15 21:22 23:6 24:2,8 27:17 28:7 29:6 32:9 41:15 48:13 50:5 53:12 56:18 59:21 60:15 68:9 70:15,16 71:22 72:14,21 73:5,12 73:18 75:9,18 77:7,8 80:10,22 80:23 81:5,5,6,23 82:3 83:6 84:3,13 84:14 88:8,18,24 89:9 91:18 95:12 98:9,17 100:22 101:8 102:9 103:21 104:7 105:16,21 108:8 108:21 109:24 110:5,6,8 112:4 113:15 115:21,21 116:3,13,15,16,21 118:1,1,19,21,24 122:12,18 124:3 124:17 126:15 127:12 128:5,7 129:4 131:9,15,23 132:7,11,21 133:19,20 134:10 135:19,21 136:17 137:4,24 139:15 142:15 143:14 144:1,8 145:13,22
**thinking** 41:18 81:24 121:16 135:24
**third** 6:23 10:2 14:12 42:10 58:10
**thought** 31:4 34:23 39:1,22 50:8 63:13 83:23 86:14 86:16 87:11,16 89:10 91:5 103:13 118:6 122:3 124:3 128:12 137:4
**thoughts** 129:12
**thousand** 53:14 66:10,12
**three** 6:9 12:5 13:11 41:5 49:19 50:7 52:13 54:4 57:2 59:9,22 66:8 67:10 70:2 81:8 85:8 86:18 95:8,9 95:14 96:14 118:8 127:8 128:15 143:3,11,16
**three-month** 142:20
**three-ring** 15:6
**three-year** 38:22 94:21
**thriving** 78:6
**throwing** 114:15
**thrown** 114:2,4,9 114:19 115:17
**tile** 87:17
**till** 35:6
**time** 5:3,13,16 7:9 8:1,21,23 11:9 17:16 22:1,9,15 25:7,21 26:1 28:9 31:13 32:6 34:21 35:24 39:5,6 41:14,18 42:16 44:9,16,18 47:11 47:12 50:2,17 54:16 56:17 59:5 62:17,23 64:19,24 65:2,22 67:23 68:20 70:19 71:15 72:12,22 74:13,14 74:17,22 75:8,9 76:20 77:8 79:11 80:19,21 90:17 93:7 99:10 100:14 101:13 103:15,24 105:23 107:20 108:1,7 110:9 111:13 114:3,7,18 116:18,21 117:7 119:11,14 123:22 127:9 129:6 133:14,21,22 134:5,5 140:13 142:3,19,19 146:6
**times** 6:8 143:8
**timetable** 89:13
**time-consuming** 124:1
**timing** 58:20
**title** 41:13,14
**titles** 41:18
**today** 4:23 5:4,19 6:3 10:7 31:14 91:24 97:19 108:6 123:6 146:5
**today's** 5:13
**toilet** 104:1
**told** 16:8 120:16
**tonight** 97:17
**top** 75:23
**topic** 31:19
**topics** 21:12 31:9 31:23 32:4 35:12 121:17 124:22
**tort** 9:7
**total** 32:4 66:11 88:5 104:4
**touching** 32:9
**tour** 73:2,4,5,16,21 73:23 74:10 75:9 75:11 76:6,23 77:6,16 78:17 81:21 82:17,19
**toured** 73:23
**Tower** 57:4,7 60:3 60:6,21,23 62:5 62:18 65:4
**toxic** 69:19
**Tracy** 104:9
**tradition** 77:24
**trained** 58:7,7
**training** 30:11,23
**transaction** 54:11 54:14 82:21,24 94:5 95:19
**transcript** 147:12
**transfer** 67:5
**transferred** 16:5

**transition** 36:17
**transitioned** 38:21
**transportation** 130:16
**trapdoor** 75:24
**trashed** 104:2
**travel** 130:3,5,6
**traveled** 130:18
**treadmill** 80:15
**treatment** 39:19
**treatments** 39:15
**trial** 9:15 121:10
**trouble** 123:19 134:8
**troubled** 41:2,5,12 41:20 44:24 45:2 45:5,6 46:1 47:1 50:16 55:11 69:9 69:12,13,21 80:2
**trouble-shooting** 42:15
**true** 6:19 45:18 148:12
**Trust** 53:5
**Trust's** 121:15
**Trust-Theta** 116:8
**truthful** 6:2
**try** 144:6
**trying** 26:24 37:2 130:13 132:21 137:9 141:13 142:4
**turf** 77:1
**turn** 27:1 42:4 46:12 51:7
**turned** 27:4,6 62:23 94:24,24 124:6
**turning** 123:18
**Twenty-five** 95:9
**two** 6:9 9:21 26:24 27:19,20 29:21 36:4,15 38:23 40:18,23,24 46:21 52:13 59:18 65:23 65:24 67:10,13 68:5 70:12 72:22 77:9 78:7 83:19 92:11 110:1,7 140:8 145:23
**two-year** 66:13
**type** 21:15 29:4 32:24 40:16 47:16 55:7 130:1
**types** 26:22 49:21 57:20 137:12
**typical** 101:8 104:17 120:6 121:22

**U**

**ultimately** 8:19 27:4,6 54:6 61:14 88:10 120:13 121:10 122:18 131:12 140:3
**unable** 6:2
**unauthorized** 137:7
**undergone** 74:3
**underlying** 124:3
**understand** 4:24 5:17 15:1 18:2 19:3,9 59:11 84:10 90:20 97:18 103:2 108:7 125:6 128:11 130:22 134:7 135:3
**understanding** 105:18 108:5 125:8 137:14
**understandings** 81:11
**understated** 120:5
**understood** 71:12 73:20 130:23 136:18
**undertook** 44:19
**undesirability** 141:21
**undesirable** 139:16 139:21 140:5 142:4
**unfortunately** 107:2 133:18 135:16 137:1
**union** 126:16
**unit** 15:22 86:23 93:14 104:16,22 105:18 107:11 137:17,18 144:2
**United** 1:1,6 4:3,5 147:1,5
**units** 50:19 66:10 66:13 76:16 79:7 82:16 87:9,16,22 87:23 88:3 89:22 102:12,14,15 104:15 109:1 140:1 145:3
**University** 30:1,2,5 32:19 33:12 34:1
**unlock** 75:24
**unpaid** 90:16 91:1 139:12 143:24
**unprecedented** 99:5
**unregulated** 54:21 55:19
**unsubstantiated** 120:3
**unusual** 100:1
**upgraded** 86:3
**upgrading** 39:14 79:4
**upstairs** 138:11
**urban** 2:14 129:21
**use** 19:6 31:17 49:11 64:2 89:21 129:22 138:7
**uses** 35:6 130:7 142:18
**usually** 101:2 107:10 133:3
**utility** 117:5
**U.S** 2:7,13 33:4 92:20

**V**

**V** 2:3
**vacancies** 110:9
**vacancy** 109:23,24 110:3,7,12,21 111:2
**vacated** 67:7 102:11
**valuation** 53:20 56:14
**value** 47:4 49:13 54:20 55:18,22 71:5 94:19 111:15 124:11
**values** 71:7
**vandalized** 78:10
**variety** 31:8,15 32:17 33:5 39:11 57:19 132:1,2,12
**various** 34:9 44:11 59:7 66:23 76:12 87:2
**vehicle** 122:17
**verify** 108:3
**versus** 4:5 33:4
**vicinity** 7:11 22:23
**view** 88:21
**views** 86:18
**Villa** 43:8 44:23
**Village** 59:21
**Vince** 44:3
**violated** 117:9
**virtually** 38:12
**visit** 83:17
**visited** 72:15 73:1
**volunteers** 29:22
**voucher** 144:11
**vouchers** 67:16 92:21 138:7 140:10,11,13,24 141:1,3,7
**vs** 1:5 147:4

**W**

**waiting** 138:10
**walk** 70:23 144:22
**walked** 72:15
**walls** 104:2 138:17
**want** 10:12 31:23 61:7 83:10,19 113:23 140:6 145:15 146:6
**wanted** 17:5 34:17 35:23 40:20 61:15 72:1,2 83:20 88:1 108:17 124:21 140:5 145:13
**Washington** 2:9 97:17
**wasn't** 8:1 17:20 25:16 63:15,16,18 117:17 118:15 119:2 125:17 133:12 144:20
**waste** 69:19 76:20 144:6
**water** 61:8 78:19 78:22,22 82:6
**Waukegan** 53:3 116:6
**way** 8:5 27:3,5 28:18 29:17 52:15 60:3 103:21 104:5 110:11,23 114:18 122:24 127:23 130:24 131:3 142:13
**week** 25:24 77:9 83:16
**weeks** 72:22 77:9
**WEISS** 2:2
**WELLONS** 2:7 3:6 4:1,10 18:17 19:2 21:4 24:15,24 31:22 32:2 43:18 46:20 83:9,13 86:11 105:11 106:10 113:18,22

114:24 115:9
119:3,8 134:22
135:2 145:22
146:4,9
**Wellons's** 106:7
**went** 11:21 12:7
13:2 20:3 29:19
30:2 31:1 32:20
33:4,11 38:13
40:11 65:13 67:12
72:15,16 73:4
99:16 120:20
139:23 144:1
145:14
**weren't** 26:21
**west** 1:15 2:3,14
133:11 148:6
**we'll** 32:11 60:2
**we're** 25:18 32:9
134:18 145:23
**we've** 64:18 118:21
**whereof** 148:19
**Wholly** 38:23
**wide** 31:7,15 32:17
**wife's** 122:20
**window** 78:8 114:2
114:5,9,16,19
115:18
**windowsills** 82:6
**winter** 102:17
**Wisconsin** 41:9
44:24
**wish** 63:14
**wished** 74:4
**witness** 3:3 7:1 9:3
24:21 46:17 106:8
146:7,11 148:13
148:19
**Wolski** 1:6 10:16
147:5
**Wolski's** 10:23
**woman** 16:4 100:17
114:1,4,8,18
115:17
**wondering** 133:5
**Woods** 140:16
**word** 21:2
**work** 15:22 16:4
26:24 29:17 32:10
32:15,16 34:24
35:24 36:18 38:21
39:2 41:24 42:15
42:23 54:23 57:19
60:3,4,17,22,24
61:17 63:7,10
65:7 70:11 71:1
78:24 96:20 97:5
104:21 106:16,20
107:5 120:7 121:8
121:21 125:19
126:4 127:16
131:17 135:17
140:2
**worked** 12:1 14:22
18:10 20:8 42:6
52:1 53:10 65:3
69:8 74:6 94:7
123:17,19 128:9
131:12,14,15
**working** 22:15 25:7
34:11 36:16,20,21
38:10,14,19,23
39:5 41:11 58:8
65:22 68:13 74:13
74:14,16,21,23
78:23 90:24
123:22,23 125:1,3
**workout** 42:3
**workshops** 30:11
**worth** 95:14 132:11
**wouldn't** 53:23
56:8 144:22
**Wrigley** 58:13
**writing** 105:15
**written** 81:3 90:1
**wrong** 62:23
**wrote** 77:9 80:24
81:9 91:18 120:4
121:17,20 122:11

**X**

**X** 3:1

**Y**

**year** 8:22 9:13
13:24 14:1,17
17:9 32:22 36:12
36:14 41:1 43:14
64:21 85:9 99:12
99:13 107:3,9,10
107:10 108:8,9,10
124:9 138:24
143:8
**years** 26:24 29:21
31:7 36:15 38:21
38:24 40:4,24,24
41:5 43:1 46:7
48:7 49:8,19 50:7
50:7 51:22,22
52:13 68:22 84:6
85:9,22 88:8,17
95:8,9,14 96:14
101:10,11 105:3
131:8 132:9
**York** 41:10 42:9,11
**young** 77:2 114:9
140:22

**Z**

**zero** 144:4
**zoned** 45:24

**$**

**$100,000** 122:1
**$139,000** 100:1
**$139,187.35** 98:21
**$150,000** 85:9
**$200** 130:7
**$200,000** 85:9,11
90:10 101:15
**$210,000** 112:19
**$25,000** 101:12
**$270,000** 8:20
**$3.5** 87:19
**$30,000** 101:11
122:13,14,23
**$40,983** 107:15
**$400,000** 96:11
122:1
**$450,000** 96:11
**$5** 85:16
**$50,000** 85:21
**$500,000** 85:17
96:14
**$55,000** 101:12
**$55,230.99** 98:12
**$550,000** 85:17
**$6** 88:5
**$770,000** 96:10
**$92,000** 103:1
**$92,878** 102:5

**0**

**03-2209C** 1:5 147:4
**084-002337** 148:24

**1**

**1** 3:12 90:23 95:17
95:21 102:12
115:5,7 119:10
126:20 142:21
143:2 147:13
**1st** 92:17
**1:55** 148:15
**10** 70:4 103:12
129:5
**10-year** 85:14,15
**10:07** 1:16 148:6
**100** 87:23
**1100** 2:8
**115** 3:12
**1170** 57:5
**119** 3:13
**12** 98:10
**12/31/94** 52:16
**12/31/95** 52:20
**12/31/96** 52:19
**12/31/97** 52:17
**13** 94:3,4,15
**14** 98:10
**148** 147:13
**15** 59:9
**16** 90:3
**1600-unit** 66:18
**1745** 4:14
**1962** 29:20
**1967** 32:23
**1968** 49:6
**1969** 32:23 33:8
36:13
**1970** 31:13 32:8
36:13 37:5 38:19
38:24
**1972** 38:24
**1977** 43:17 44:20
**1984** 44:21 45:22
47:7,8
**1987** 49:8
**1990** 131:10
**1991** 48:10
**1992** 131:10
**1993** 30:17
**1994** 50:6
**1997** 43:15 65:10
**1998** 7:10 8:24
96:14
**1999** 7:10 8:24
26:18 27:11 60:15
96:10 114:10
142:11

**2**

**2** 3:13 48:10 93:3
119:4,6
**20** 32:5 49:8 54:17
85:18 103:12
115:1 147:22
**20-year** 49:10
**200** 15:7
**2000** 27:11 63:2
66:5,14,16 68:4,6
68:8,16 74:19
75:1 96:15 99:3,4
99:20,21 114:10
142:11 144:21
**2001** 63:2 68:19
69:3,4,20 71:8

72:7,14,20 73:21 81:10,22 83:8 89:7 90:23 92:6 92:17 93:20,21 98:2,12 99:4,21 102:12,13 112:9 113:11 114:1,4 115:1,21 139:24 142:21
**2002** 66:14 92:18 93:1,3 94:1,3,4 96:12 97:21 98:20 101:21 108:1 110:19 112:6 119:10 142:7 143:14
**2003** 9:14 16:12 105:17 126:4,21 136:8,11
**2004** 10:17,24 16:17 17:5,20 32:8
**2005** 1:16 17:7 147:11 148:6,21
**2007** 148:24
**202** 2:9
**20530** 2:9
**22nd** 1:15 75:22 78:20 148:7
**220** 140:14
**221(d)(3)** 49:10
**236** 41:8,12 49:5,10 50:17
**25** 87:16,22 94:21 95:13
**250** 102:15
**28** 1:16 147:11 148:5

**3**

**30** 54:17 55:6,14 103:12 138:8 143:2
**30th** 92:17
**300** 2:3 15:7 50:19 102:12,13 140:1
**31** 97:21 98:20 101:21 102:13 111:13 112:6 126:21,24 127:1 142:21 148:24
**312** 2:3,4,15
**353-6236** 2:15

**4**

**4** 3:6 30:17 55:5,6
**4th** 148:20
**4:30** 136:21
**40** 55:6,14 84:6 88:8,17
**40-year** 85:20
**400** 15:7
**43rd** 66:3
**45** 84:3
**450-unit** 65:10,12

**5**

**5** 55:5,6 136:21
**500,000** 85:23
**5901** 19:18

**6**

**6** 55:6 98:2 119:16
**60604** 2:15
**60606** 2:4
**616-8253** 2:9
**62** 29:21
**64** 29:21 30:3
**67** 30:3
**69** 49:6

**7**

**7** 119:16 120:24
**70** 40:9 49:6
**701-9300** 2:4
**71** 38:24 40:9 49:7
**72** 40:9
**73** 40:7,8,9 55:5
**76** 40:5
**77** 1:15 2:14 43:19 44:16 148:6

**8**

**8** 49:9 84:21 143:4 144:21
**80** 47:11,12 138:6 140:12
**80s** 51:6 69:10
**84** 45:23

**9**

**9** 60:12 144:21
**90** 47:12 142:15
**90s** 65:1
**93** 30:17 55:6
**94** 30:18
**95** 54:6
**96** 54:6
**97** 43:16 57:3 144:21
**98** 57:4 64:22 65:23 65:24 99:18
**99** 64:22 65:24 80:11,12 96:14 99:19,19