**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 020

3

07/23/2003 16:17 2485292091 APG SERVICES INC PAGE 02/05

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

HOUSING ASSISTANCE PAYMENTS
RENEWAL CONTRACT

524(a)(1)

HUD as Contract Administrator

SECTION 8 PROJECT NUMBER: IL06-E000-034

FHA PROJECT NUMBER: (if applicable) 071-55028

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the U.S. Department of Housing and Urban Development ("HUD") and Robert J. Pendergast ("Owner").

Pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. and section 524(a)(1) of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Agencies Appropriations Act, 1998, Pub. L. 105-65, 111 Stat. 1344, approved 10/27/97. The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in South Pointe Towers A.K.A. Englewood Terrace ("Project").

This Expiring Contract expired on September 30, 1999.

HUD and the Owner desire to renew for the term specified below the Expiring Contract EXCEPT for the Contract Rent and Rent Adjustment Provisions.

THEREFORE, HUD and the Owner hereby agree as follows:

1. This Contract provides Housing Assistance Payments to the Owner for the term specified (see #3 & #4 below) at the contract rent levels listed in Exhibit A.

2. All terms of the Expiring Contract are renewed except for those provisions relating to contract rents and rent adjustments.

A 0961

EXHIBIT
C

3. The effective date of this Contract is October 01, 1999.

4. This Contract expires on September 30, 2000.

5. Rent Adjustments will be determined in accordance with HUD regulations at 24 CFR 402.4 and other HUD requirements, including any amendments or changes in HUD regulations or requirements.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 2,627,000.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. In accordance with section 8(c)(9) of the United States Housing Act of 1937, the owner shall provide, at a minimum, a one year written notice to HUD and each assisted family about the termination of this Contract. The term "termination" means the expiration of the Contract or an owner's refusal to renew the Contract. The notice shall comply with HUD regulations and other requirements, including any amendments or changes in the law or HUD requirements.

If the owner fails to provide this notice in accordance with HUD requirements, HUD may require that the owner permit each assisted family to remain in its unit for the full notice period without increasing the tenant portion of the rent under the expiring Contract.

A 0962

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

By: [signature]
Mary B. Anderson, Director
Office of Operations

Date: 7/15/99

OWNER Englewood Terrace L.P.
PM Group, Inc. G.P.

By: [signature]
(Official Title)
John J. Hayes, Pres.

Date: 9-24-99

A 0963

3. The effective date of this Contract is October 01, 1999.

4. This Contract expires on September 30, 2000.

5.

5. Rent Adjustments will be determined in accordance with HUD regulations at 24 CFR 402.4 and other HUD requirements, including any amendments or changes in HUD regulations or requirements.

6. The maximum amount of the commitment for housing assistance payments under this Contract is $ 2,627,000.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. In accordance with section 8(c)(9) of the United States Housing Act of 1937, the owner shall provide, at a minimum, a one year written notice to HUD and each assisted family about the termination of this Contract. The term "termination" means the expiration of the Contract or an owner's refusal to renew the Contract. The notice shall comply with HUD regulations and other requirements, including any amendments or changes in the law or HUD requirements.

If the owner fails to provide this notice in accordance with HUD requirements, HUD may require that the owner permit each assisted family to remain in its unit for the full notice period without increasing the tenant portion of the rent under the expiring Contract.

A 0962

This Contract is hereby executed with respect to the contract units described in Exhibit A.

United States of America
Secretary of Housing and
Urban Development

OWNER Englewood Terrace L.P.
PM Group, Inc. G.P.

By: [signature]
Mary E. Anderson, Director
Office of Operations

Date: 9/30/99

By: [signature]
(Official Title)
John J. Hayes, Pres.

Date: 9-24-99

A 0963

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 021

Section 524(a) Contract

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Office of Housing, Federal Housing Commissioner

# HOUSING ASSISTANCE PAYMENTS RENEWAL CONTRACT

## HUD as Contract Administrator

This HOUSING ASSISTANCE PAYMENTS CONTRACT ("Contract") is entered into between the Department of Housing and Urban Development and the "Owner", on Exhibit A item 5, pursuant to the United States Housing Act of 1937, 42 U.S.C. 1437 et seq. and section 524(a) of the Multifamily Assisted Housing Reform and Affordability Act of 1997, 42 U.S.C. 1437f note (MAHRA), as amended by Section 531 of the Departments of Veterans Affairs and Housing and Urban Development, and Independent Appropriations Act, 2000, Pub. L. No. 106-74, 113 Stat. 1047.

The purpose of this Contract is to provide housing assistance payments on behalf of Eligible Families ("Families") leasing decent, safe and sanitary units from the Owner.

Previously, HUD and the Owner entered into a Housing Assistance Payments Contract ("Expiring Contract") to provide section 8 assistance to the Owner for eligible families living in the "Project" on Exhibit A item 6. This Contract expires on the date listed in Exhibit A item 1.

HUD and the Owner desire to renew for the term specified below the Expiring Contract EXCEPT for the Contract Rent and Rent Adjustment Provisions.

THEREFORE, HUD and the Owner hereby agree as follows:

1. The Contract shall run for an initial _1 Year_ period, beginning on the date on Exhibit A item 3.
2. After expiration of the initial term, this Contract shall renew automatically for _3_ additional one-year terms, subject to the availability of appropriations in any year. *
   **(Note: For Projects where rents are increased to market levels pursuant to the Marking-up-to-Market Initiative, the total contract term must be at least five years.)**
3. For Sections 236 and 221(d)(3) BMIR projects, for a five-year period commencing on the effective date of this Contract and ending on the date in Exhibit A item 4, the owner agrees not to prepay any FHA-insured mortgage on this project, except where HUD, in its sole discretion, approves the prepayment as a component of a transaction whereby the project is preserved as affordable housing.
   **(Note: This provision is only applicable to projects that have had rents increased to market levels under the Marking-up-to-Market Initiative.)**
4. All terms of the Expiring Contract are renewed except for those provisions relating to Contract Rents and rent adjustments:

EXHIBIT D

5. After rent levels have initially been established under section 524(a) of MAHRA, all subsequent adjustments to Contract Rents shall be determined in accordance with section 524(c) of MAHRA.
(Note: For projects in which rents are increased to comparable market rents under the Marking-up-to-Market Initiative, all subsequent rent adjustments to contract rents for the five-year period of the contract generally shall be determined by application of an operating cost adjustment factor.)

6. The maximum amount of the commitment for housing assistance payments under this Contract is on Exhibit B item 2.

7. The Owner warrants that it has the legal right to execute this Contract and to lease dwelling units covered by this Contract.

8. The Owner warrants that the rental units to be leased under the terms of this Contract are in decent, safe and sanitary condition, as defined by HUD.

9. In accordance with section 8(c)(8) of the United States Housing Act of 1937, the owner shall provide a written notice to HUD and each assisted family not less than one year before termination of the Contract. The notice shall comply with HUD regulations and other requirements, including any amendments or changes in the law or HUD requirements.
If the owner fails to provide this notice in accordance with HUD requirements, the owner may not increase the tenant rent payment for any assisted family until such time as the owner provides the written notice and one year has elapsed from the date the notice was provided.

10. This contract shall be construed in accordance with all applicable statutory requirements, and subject to the note in paragraph 5 hereof for Marking-up-to-Market projects, all HUD regulations and other requirements, including any amendments or changes in the law or HUD requirements.

This Contract is hereby executed with respect to the contract units described in Exhibit A and further detailed in Exhibit B.

| United States of America Secretary of Housing and Urban Development | OWNER Englewood Terrace Limited Partnership By: P.M. Equities, Inc., G.P. |
|---|---|
| By: [signature] (Signature) | By: [signature] (Signature) |
| Mary E. Anderson (Print) | John J. Hayes (Print) |
| Director of Operations (Official Title) | President (Official Title) |
| Date: 10-18-00 | Date: October 16, 2000 |

IL06E000034

Section 524(a) Addendum

Contract Language Allowing for Use of Abated Section 8 Payments to be Used to Cover Rehousing and Relocation Costs

If HUD notifies the Owner that it has failed to maintain a dwelling unit in decent, safe, and sanitary condition and the Owner fails to take corrective action within the time prescribed in the notice, HUD may exercise any of its rights or remedies under the Contract, including reduction or suspension of housing assistance payments, even if the Family continues to occupy the unit. If, however, the Family wishes to be rehoused in another dwelling unit with section 8 assistance and HUD does not have other section 8 funds for such purposes, HUD may use the abated housing assistance payments for the purpose of rehousing the Family in another dwelling unit. If the Family continues to occupy the unit, it will do so in accordance with the terms of its lease, including the termination date and amount of rent payable by the Family.

Any reduction or suspension of housing assistance payments shall be effective as provided in written notification to the Owner. The Owner shall promptly notify the Family of any such abatement.

# ADDENDUM TO SECTION 8 HAP CONTRACT RENEWAL

Owner agrees as a condition of renewing the Section 8 Contract that, in the event HUD's Real Estate Assessment Center (REAC) issues a physical inspection report to the Owner that has a score which evidences Owner failure to comply with HUD's Uniform Physical Condition Standards and Physical Inspection Requirement, or if the Owner is negotiating a Corrective Plan of Action to repair deficient items on the REAC inspection, or, if the Owner agreed to a Corrective Plan of Action and has endorsed said Plan, HUD may terminate the Contract after the renewal providing the Owner a reasonable period, as determined by HUD, to correct deficiencies or if the Owner fails to perform under an approved Correction Action Plan to Repair. Notwithstanding the foregoing, HUD may, at its option, continue the contract or renew said contract to facilitate the provision of vouchers for such reasonable time (not to exceed 180 days) as may be necessary to relocate eligible residents with Section 8 Vouchers. The Owner agrees to cooperate in the relocation of the residents by providing to HUD such information on income and occupancy as may be necessary to relocate the tenants. Upon relocation of such residents the Contract shall be terminated.

______________________ (Owner)

# EXHIBIT A

[ ] AMENDMENT TO EXHIBIT (Check if applicable). Amendment Effective Date ______

(Amendment effective date must be after Renewal Effective date & before Renewal Expiration Date.)

## Part I. CONTRACT IDENTIFICATION AND TERM

1. Section 8 Contract No. IL06E000034 Expires on 09/30/2000

2. Expiring Section 8 Contract No.(s) or Stages N/A

3. Renewal Effective Date: 10/01/2000

(The date inserted must be the day after the date that the Expiring Contract expires. For example, if the Expiring Contract expires on June 21, 1999, the date inserted must be June 22, 1999.)

4. Renewal Expiration Date: 09/30/2001

(The date inserted must be no more than 60 months from the effective date of this Contract.)

## Part II. IDENTIFICATION OF PROJECT AND OWNER

5. Owner Name: P.M. Equities, Inc.

6. Project Name: South Pointe Towers

7. Project Location: 6425 S LOWE CHICAGO, IL 60621-

8. FHA Project No.: ______

EXHIBIT A

[ ] AMENDMENT TO EXHIBIT(Check if applicable). Amendment Effective Date ____________

(Amendment effective date must be after Renewal Effective date & before Renewal Expiration Date.)

Section 8 Contract No. IL06E000034

Part III. IDENTIFICATION OF UNITS ("CONTRACT UNITS") BY SIZE AND APPLICABLE CONTRACT RENTS

| Number of Units | Number of Bedrooms | Contract Rent ($) | Utility Allowance ($) | Gross Rent ($) |
|---|---|---|---|---|
| 60 | 1 | $ 648 | $ 25 | $ 673 |
| 17 | 2 | $ 799 | $ 36 | $ 835 |
| 140 | 2 | $ 727 | $ 31 | $ 758 |
| 6 | 3 | $ 866 | $ 52 | $ 918 |
| 80 | 3 | $ 800 | $ 43 | $ 843 |

EXHIBIT B
FUNDING

Section 8 Contract No. IL06E000034

[ ] AMENDMENT TO EXHIBIT (Check if applicable) Amendment Effective Date ________

1. ANNUAL CONTRACT AUTHORITY $ 2,513,000

2. BUDGET AUTHORITY $ 2,513,000

3. For HUD Use Only IL06E000034-00 COR $ 2,513,000

# NOTIFICATION OF FUNDS AVAILABLE FOR CONTRACT RENEWAL

Owner Name: P.M. Equities, Inc.

Project Name: South Pointe Towers

Project Location: 6425 S LOWE CHICAGO, IL 60621-

Section 8 Contract No. IL06E000034 Expires on 09/30/2000

FHA Project No.: ______

The subject Section 8 Housing Assistance Payments (HAP) contract expires on the given date. This notification responds to your selection of one of the initial renewal options submitted on Attachment 4 in HUD Notice H 99-36 dealing with Section 8 renewal policy, including tenant protections in the event of opt-outs. The purpose of this notification is to advise you as to the amount of funding that has been reserved for the renewal of the subject HAP contract.

Renewal Funding: Annual Contract Authority $ 2,513,000

Budget Authority $ 2,513,000

Renewal Effective Date: 10/01/2000

Contract Units: 303

The actual monthly assistance payments for the renewal period are subject to establishment of the unit distribution and contract rents for the project and may affect the final budget and contract authority for the renewal contract. As provided in the above-referenced Notice, the contract rents shall be established through one of the following methods: completion of a comparability study, approval of a project budget, or application of cost adjustment factor, as applicable. Once the actual renewal unit distribution and rents have been determined, the owner and HUD will enter into the section 8 renewal HAP contract, and the owner may then draw down funds for monthly assistance payments under the contract. If the Section 8 contract is terminated for any reason prior to or during the renewal period, the budget authority made available by the reservation of funds and this notification may be recaptured by HUD.

By: [signature]

For Assistant Secretary for Housing-Federal Housing Commissioner

Mary E. Anderson
(Name)

Director of Operations
(Title)

# NOTIFICATION OF FUNDS AVAILABLE FOR CONTRACT RENEWAL

**Owner Name:** P.M. Equities, Inc.

**Project Name:** South Pointe Towers

**Project Location:** 6425 S LOWE CHICAGO, IL 60621-

**Section 8 Contract No.** IL06E000034 **Expires on** 09/30/2000

**FHA Project No.:**

The subject Section 8 Housing Assistance Payments (HAP) contract expires on the given date. This notification responds to your selection of one of the initial renewal options submitted on Attachment 4 in HUD Notice H 99-36 dealing with Section 8 renewal policy, including tenant protections in the event of opt-outs. The purpose of this notification is to advise you as to the amount of funding that has been reserved for the renewal of the subject HAP contract.

**Renewal Funding:** **Annual Contract Authority** $ 2,513,000

**Budget Authority** $ 2,513,000

**Renewal Effective Date:** 10/01/2000

**Contract Units:** 303

The actual monthly assistance payments for the renewal period are subject to establishment of the unit distribution and contract rents for the project and may affect the final budget and contract authority for the renewal contract. As provided in the above-referenced Notice, the contract rents shall be established through one of the following methods: completion of a comparability study, approval of a project budget, or application of cost adjustment factor, as applicable. Once the actual renewal unit distribution and rents have been determined, the owner and HUD will enter into the section 8 renewal HAP contract, and the owner may then draw down funds for monthly assistance payments under the contract. If the Section 8 contract is terminated for any reason prior to or during the renewal period, the budget authority made available by the reservation of funds and this notification may be recaptured by HUD.

By: M Anderson

For Assistant Secretary for Housing-Federal Housing Commissioner

Mary E. Anderson
(Name)

Director of Operations
(Title)

01/10/01 WED 15:47 [TX/RX NO 5474]