# Inspection Summary Report - 16381

Inspection No: 16381
Property: (800040489) South Pointe Towers
6425 S LOWE
CHICAGO, IL 60621

Scattered Site?: No

Inspection Date: 4/29/1999
Phone: () -
Fax: () -
E-Mail Address:
ACC#:
CA#:

**Building Unit Count**

| | #Total | #Inspected |
|---|---|---|
| Buildings | 1 | 1 |
| Units | 303 | 25 |

**Scores**

| | Possible Points | Area Points | H & S Deduction |
|---|---|---|---|
| Site | 13.6 | 5.0 | 0.0 |
| Bldg Ext | 16.8 | 9.8 | |
| Bldg Sys | 22.1 | 0.0 | 0.0 |
| CA | 10.9 | 3.1 | |
| Units | 36.7 | 24.2 | 0.4 |
| Overall | 100.0 | 42.1 | 0.4 |
| Final Score = Area Points - H & S Deduction | | | 42 b* |

**Health and Safety Counts**

Non-Life Threatening

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 0 | 0 | 3 | 3 |
| %Inspected | — | 100% | 8% | — |
| Projected | 0 | 0 | 36 | 36 |

Life Threatening

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 0 | 0 | 0 | 0 |
| %Inspected | — | 100% | 8% | — |
| Projected | 0 | 0 | 0 | 0 |

Smoke Detectors

| | Site | Bldg | Unit | Total |
|---|---|---|---|---|
| Actual | 0 | 0 | 13 | 13 |
| %Inspected | — | 100% | 8% | — |
| Projected | 0 | 0 | 158 | 158 |

**Participants:**

| | | | |
|---|---|---|---|
| Management Agent<br>Formidable Group | LTD. ONE PM | Phone: (248) 488-2293<br>Fax: () -<br>E-Mail Address: | P.O. Box 5053<br>Farmington Hills, MI 48333 |
| Owner/PHA<br>P.M. Equities, Inc. | | Phone: (734) 229-2190<br>Fax: () -<br>E-Mail Address: | 8137 W. Grand River<br>Brighton, MI 48116-9392 |

**Buildings/Units:**

| No | Name/Type/Reason Uninspectable | Year built | # Units | Address |
|---|---|---|---|---|
| 1 | SOUTH POINT TOWER<br>Mid/High Rise Apartments | 1972 | 303 | 6425 S LOWE<br>CHICAGO IL 60621 |

| | | | |
|---|---|---|---|
| 1110 | 1 Bedroom | Occupied | |
| 1112 | 2 Bedroom | Occupied | |
| 1205 | 1 Bedroom | Occupied | |
| 1301 | 3 Bedroom | Occupied | Locked |
| 1302 | 3 Bedroom | Occupied | |
| 1402 | 3 Bedroom | Occupied | |
| 1504 | 2 Bedroom | Occupied | |
| 1506 | 1 Bedroom | Occupied | |
| 1508 | 2 Bedroom | Occupied | |
| 1813 | 3 Bedroom | Occupied | |
| 1914 | 3 Bedroom | Occupied | |
| 2002 | 3 Bedroom | Occupi | Locked |

5/7/1999 4:13 PM
Y 5.2



9 0417

# Inspection Summary Report - 16381

| | | | |
|---|---|---|---|
| 2211 | 2 Bedroom | Occupied | |
| 2213 | 3 Bedroom | Occupied | |
| 408 | 2 Bedroom | Occupied | No Keys |
| 409 | 1 Bedroom | Not Occupied | |
| 410 | 2 Bedroom | Occupied | |
| 501 | 3 Bedroom | Occupied | |
| 509 | 3 Bedroom | Occupied | |
| 510 | 1 Bedroom | Occupied | Locked |
| 603 | 2 Bedroom | Occupied | |
| 606 | 1 Bedroom | Occupied | Locked |
| 6411 | 2 Bedroom | Occupied | |
| 6417 | 2 Bedroom | Occupied | |
| 6423 | 3 Bedroom | Occupied | |
| 6427 | 2 Bedroom | Occupied | Locked |
| 703 | 3 Bedroom | Occupied | |
| 704 | 2 Bedroom | Occupied | |
| 708 | 2 Bedroom | Occupied | Locked |
| 709 | 1 Bedroom | Occupied | |
| 714 | 3 Bedroom | Occupied | |
| 809 | 1 Bedroom | Occupied | |

Inspectable Items:

| Inspected Item | NO/OD | Observation | Severity | Location/Comments |
|---|---|---|---|---|
| **Certificates** | | | | |
| Boilers | NO | | | |
| Elevator | NO | | | |
| Lead Based Paint | NO | | | |
| **Site** | | | | |
| Fencing and Retaining Walls | OD | Damaged/Falling/Leaning | Major | |
| Lighting | OD | Broken Fixtures | Major | |
| Mailboxes/Project Signs | OD | Mailbox Missing/Damaged | Severe | Location: mailboxes; Comments: no doors/brokenm |
| Market Appeal | OD | Graffiti | Severe | Location: many; Comments: graffiti |
| Parking Lots/Driveways | OD | Cracks | Major | |
| **Building 1 - Building Exterior** | | | | |
| Doors | OD | Damaged Hardware/Locks | Minor | |
| | | Damaged Surface (Holes/Paint/R | Major | |
| Windows | OD | Broken/Missing/Cracked Panes | Minor | |
| | | Damaged Screens | Minor | |
| **Building 1 - Building Systems** | | | | |
| Elevators | OD | Not Operable | Severe | Location: bldg; Comments: at least one of three inop |

5/7/1999 4:13 PM
V 5.1



0 0418

05/05/99 12:05 PINNACLE REPORT → 3015564143 NO.483 D04

# Inspection Summary Report - 16381

| | | | | |
|---|---|---|---|---|
| Fire Protection | 00 | Missing/Damaged/Expired Exting | Severe | Location: all floors; Comments: One or more missing or damaged extinguishers. |
| **Building 1 - Common Areas** | | | | |
| Halls/Corridors/Stairs | 00 | Ceiling Damaged | Major | |
| | | Doors Damaged | Severe | Location: 22nd hallway/15th ct; Comments: A single door is rendered inoperable and/or unlockable (if locking is required) due to damage to the door's hardware |
| | | Floors Damaged | Major | |
| | | Stairs/Hand Railings Damaged | Severe | Location: 1st floor; Comments: railing loose |
| | | Walls Damaged | Major | |
| Laundry Room | 00 | Floors Damaged | Minor | |
| | | Walls Damaged | Minor | |
| Trash Collection Areas | 00 | Chutes Damaged/Missing Compone | Severe | Location: most floors; Comments: chute doors inop/dont close |
| **Building 1 - Unit 1110** | | | | |
| Doors | 00 | Missing Door | Severe | Location: bedroom; Comments: missing door |
| Smoke Detector | 00 | Inoperable (SD) | Severe | Location: 1110; Comments: inop/no battery |
| Walls | 00 | Peeling/Needs Paint | Minor | |
| Windows | 00 | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1112** | | | | |
| Doors | 00 | Damaged Hardware/Locks | Severe | Location: bothbedroom; Comments: knob broken |
| Kitchen | 00 | Range/Stove - Missing/Damaged/ | Minor | |
| Smoke Detector | 00 | Inoperable (SD) | Severe | Location: 1112; Comments: no battery |
| Walls | 00 | Peeling/Needs Paint | Major | |
| **Building 1 - Unit 1206** | | | | |
| Smoke Detector | 00 | Inoperable (SD) | Severe | Location: unit1206; Comments: inop battery |
| Walls | 00 | Peeling/Needs Paint | Minor | |
| Windows | 00 | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1302** | | | | |
| Doors | 00 | Missing Door | Severe | Location: all closets; Comments: missing doors |
| Floors | 00 | Holes/Missing Tiles | Minor | |
| Kitchen | 00 | Countertops/Cabinets - Missing | Minor | |
| | | Range/Stove - Missing/Damaged/ | Minor | |
| Smoke Detector | 00 | Inoperable (SD) | Severe | Location: unit; Comments: inop/no battery |
| Walls | 00 | Peeling/Needs Paint | Major | |
| Windows | 00 | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1402** | | | | |
| Doors | 00 | Damaged Hardware/Locks | Severe | Location: bedroom; Comments: hinges broken |
| Kitchen | 00 | Countertops/Cabinets - Missing | Minor | |
| Walls | 00 | Damaged/Deteriorated Trim | Minor | |
| | | Peeling/Needs Paint | Major | |
| **Building 1 - Unit 1504** | | | | |
| Doors | 00 | Damaged Hardware/Locks | Major | |
| Kitchen | 00 | Countertops/Cabinets - Missing | Minor | |

Still

Still

Still

Not valid or other ok

5/7/1999 4:13 PM
V 5.2



5 0419

NO. 420

# Inspection Summary Report - 16381

| | | | | |
|---|---|---|---|---|
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1504 - Health & Safety** | | | | |
| Infestation | OD | Insects (NLT) | Severe | Location: kitchen; Comments: roaches |
| **Building 1 - Unit 1506** | | | | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1508** | | | | |
| Doors | OD | Damaged Hardware/Locks | Severe | Location: bath; Comments: broken knobparts missing |
| | | Damaged Surface (Holes/Paint/R | Severe | Location: bedroom; Comments: holes |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: unit 1508; Comments: inop/no battery |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1508 - Health & Safety** | | | | |
| Infestation | OD | Insects (NLT) | Severe | Location: kitchen; Comments: roaches |
| **Building 1 - Unit 1813** | | | | |
| Ceiling | OD | Peeling/Needs Paint | Minor | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Doors | OD | Damaged Hardware/Locks | Severe | Location: bedroom; Comments: wont close |
| Kitchen | OD | Range/Stove - Missing/Damaged/ | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: unit; Comments: inop/battery |
| Walls | OD | Peeling/Needs Paint | Major | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Windows | OD | Deteriorated/Missing Caulking/ | Major | |
| | | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 1914** | | | | |
| Bathroom | OD | Shower/Tub - Damaged/Missing | Major | |
| Ceiling | OD | Peeling/Needs Paint | Minor | |
| Doors | OD | Damaged Hardware/Locks | Severe | Location: bedroom; Comments: no knob |
| | | Missing Door | Minor | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| | | Plumbing - Leaking Faucet/Pipe | Minor | |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 2213** | | | | |
| Doors | OD | Damaged Hardware/Locks | Major | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Lighting | OD | Missing/Inoperable Fixture | Minor | |
| Walls | OD | Damaged/Deteriorated Trim | Minor | |
| | | Holes/Missing Tiles/Panels | Minor | |
| | | Peeling/Needs Paint | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 2213** | | | | |

# Inspection Summary Report - 16381

| | | | | |
|---|---|---|---|---|
| Ceiling | OD | Holes/Missing Tiles/Panels | Minor | |
| | | Peeling/Needs Paint | Minor | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Doors | OD | Damaged Hardware/Locks | Major | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: unit; Comments: inop/ no battery |
| Walls | OD | Peeling/Needs Paint | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 409** | | | | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 410** | | | | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Walls | OD | Holes/Missing Tiles/Panels | Major | |
| **Building 1 - Unit 501** | | | | |
| Bathroom | OD | Plumbing - Clogged Drains | Severe | Location: bath; Comments: sink stopped-up |
| Ceiling | OD | Peeling/Needs Paint | Minor | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Doors | OD | Missing Door | Major | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: 501; Comments: inop |
| Walls | OD | Holes/Missing Tiles/Panels | Major | |
| | | Peeling/Needs Paint | Major | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 501 - Health & Safety** | | | | |
| Infestation | OD | Insects (NLT) | Severe | Location: kitchen; Comments: roaches |
| **Building 1 - Unit 509** | | | | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Lighting | OD | Missing/Inoperable Fixture | Minor | |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 603** | | | | |
| Doors | OD | Damaged Hardware/Locks | Severe | Location: bedroom; Comments: knob broken |
| | | Damaged Surface (Holes/Paint/R | Minor | |
| Walls | OD | Holes/Missing Tiles/Panels | Minor | |
| | | Peeling/Needs Paint | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 611** | | | | |
| Ceiling | OD | Holes/Missing Tiles/Panels | Minor | |
| | | Peeling/Needs Paint | Minor | |
| | | Water Stains/Water Damage/Mold | Minor | |

NO. 483 P97

# Inspection Summary Report - 16381

| | | | | |
|---|---|---|---|---|
| Doors | OD | Damaged Surface (Holes/Paint/R | Severe | Location: entry; Comments: holes |
| Kitchen | OD | Plumbing - Clogged Drains | Severe | Location: kitchen; Comments: stopped up/unuseable |
| | | Range/Stove - Missing/Damaged/ | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: 5411; Comments: inop/no battery |
| Walls | OD | Holes/Missing Tiles/Panels | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 6417** | | | | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Lighting | OD | Missing/Inoperable Fixture | Major | |
| Walls | OD | Pealing/Needs Paint | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 6423** | | | | |
| Bathroom | OD | Plumbing - Clogged Drains | Severe | Location: bath; Comments: stopped-up/inop |
| | | Shower/Tub - Damaged/Missing | Major | |
| | | Water Closet - Damaged/Clogged | Major | |
| Ceiling | OD | Holes/Missing Tiles/Panels | Major | |
| | | Pealing/Needs Paint | Major | |
| | | Water Stains/Water Damage/Mold | Major | |
| Electrical System | OD | Missing Covers | Severe | Location: unit 6423; Comments: box cover missing in kitchen |
| Kitchen | OD | Range/Stove - Missing/Damaged/ | Minor | |
| Walls | OD | Water Stains/Water Damage/Mold | Severe | Location: multiple locations; Comments: more than 50% of the surface) of one or more walls have been exposed to substantial saturation or damage due to water, mold, or mildew. Visible cracks, moisture area, mold and flaking are evident. The wall surf |
| Windows | OD | Cracked/Broken/Missing Panes | Minor | |
| **Building 1 - Unit 703** | | | | |
| Doors | OD | Missing Door | Severe | Location: bedroom; Comments: missing door |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: unit 703; Comments: inop/no battery |
| Walls | OD | Pealing/Needs Paint | Major | |
| **Building 1 - Unit 704** | | | | |
| Doors | OD | Damaged Hardware/Locks | Minor | |
| Walls | OD | Pealing/Needs Paint | Minor | |
| Windows | OD | Deteriorated/Missing Caulking/ | Minor | |
| | | Screens Missing/Damaged | Minor | |
| **Building 1 - Unit 709** | | | | |
| Doors | OD | Damaged Hardware/Locks | Major | |
| | | Missing Door | Minor | |
| Floors | OD | Floor Covering Damage | Minor | |
| Kitchen | OD | Countertops/Cabinets - Missing | Major | |
| | | Plumbing - Leaking Faucet/Pipe | Minor | |
| | | Range/Stove - Missing/Damaged/ | Minor | |
| | | Refrigerator-Missing/Damaged/I | Minor | |



9 0422

# Inspection Summary Report - 16381

| | | | | |
|---|---|---|---|---|
| Kitchen | OD | Sink - Damaged/Missing | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: 709; Comments: inop |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| Building 1 - Unit 714 | | | | |
| Ceiling | OD | Peeling/Needs Paint | Minor | |
| Doors | OD | Damaged Hardware/Locks | Severe | Location: bedroom; Comments: knob missing |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: ult714; Comments: inop |
| Walls | OD | Holes/Missing Tiles/Panels | Minor | |
| | | Peeling/Needs Paint | Major | |
| | | Water Stains/Water Damage/Mold | Minor | |
| Windows | OD | Screens Missing/Damaged | Minor | |
| Building 1 - Unit 809 | | | | |
| Bathroom | OD | Shower/Tub - Damaged/Missing | Major | |
| Ceiling | OD | Peeling/Needs Paint | Minor | |
| Kitchen | OD | Countertops/Cabinets - Missing | Minor | |
| | | Plumbing - Clogged Drains | Severe | Location: kitchen; Comments: clogged up |
| Smoke Detector | OD | Inoperable (SD) | Severe | Location: unit 809; Comments: inop |
| Walls | OD | Peeling/Needs Paint | Major | |
| Windows | OD | Screens Missing/Damaged | Minor | |