**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 032

APR 0 9 1999

File

CERTIFIED RETURN RECEIPT REQUESTED

Robert Pendergast, General Partner
8137 W. Grand River Avenue
Suite 10
Brighton, Michigan 48116

Dear Mr. Pendergast:

SUBJECT: 1999 Budget Based Rent Increase
Project Name: South Pointe Tower
Contract No. IL06-E000-034

We are in receipt of your rent increase request dated March 23, 1999. Unfortunately, we are unable to process this request because your contract is due to expire in fiscal year 1999 and rent increase requests must be submitted in accordance with HUD Notice H 98-34. Therefore, we are returning your request to you.

Please refer to the HUD Notice H 98-34, previously sent to you, for instruction on the submission of rent increases for expiring contracts in fiscal year 1999.

Please note that this property has been referred to and accepted by the Departmental Enforcement Center because of its physical conditions. The physical inspection to be conducted by the Real Estate Assessment Center (REAC) on April 27, 1999, will have an impact on your expiring contract and whether or not it is renewed. In accordance with the terms of the HAP Contract and Notice H98-34, you will be provided an opportunity to correct any deficiencies noted in the inspection.

Should you have any questions regarding this matter, please feel free to contact Gwendolyn Thomas, Project Manager at (312) 353-6236, ext. 2246 or Freddie Batchelor, Enforcement Analyst, ext. 2058.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

Enclosure

D 0023

cc: Carl Sanders, Property Supervisor
P.M. One, LTD
1621 E. 55th Street
Chicago, Illinois 60615

Received - By Pick up 4-9-99

cc: Thomas
Batchlor, Freddie - Enforcement
Branch file: H:Carl Sanders

Thomas McMahon Maisonet Enforcement Coleman

4/7/99 4/8/99

D 0024

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 033

Rec - 5/24/99

# P.M. 1 ONE

FIRST IN PROPERTY MANAGEMENT

DG 5/25/98 PEMS

May 18, 1999

By Courier

Ms. Gwendolyn Thomas, Project Management
U. S. Department of Housing & Urban Development
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

Subject: **South Pointe Tower Apartments A.K.A. Englewood Terrace**
**FHA Project No. 071-55028/Contract No. IL06-E000-034**

Dear Ms. Thomas:

Please find enclosed the re-submission of the 1999 budget for South Points Tower Apartment pursuant to **Notice** H 98-34 (HUD). The following items are included:

a. HUD Budget Worksheet.
b. HUD Rent Spread Sheet.
c. Budget Notes.
d. Utility Usage Information.
e. Certification as to Purchasing Practices and Reasonableness of Expenses.
f. Market rate analyses.
g. Request for Contract Renewal without Restructuring pursuant to **Notice** H98-34 (HUD).

This budget includes a 5% rate increase allowed pursuant to **Notice** H 98-34 (HUD) and is effective **October 1,** 1998, the time frame from the last rate increase.

The reasons for the increase are as follows:

1. Current rents are below the market rents, see enclosed market rate analyses from Urban Real Estate Research, Inc. dated May 12, 1999.

2. The increase is needed to help offset the increases in operating cost due to utilities, vandalism, security, etc., see budget worksheets.

3. The increase is also needed to help offset repair cost to the building systems as listed in REAC's inspection dated 4/28/99.

D 0028

Page 2
Gwendolyn Thomas Cont.
May 18, 1999

I can be reached at (773) 324-9010, Ext. 204 if you have any questions.

Respectfully,

Carl E. Sanders
Property Manager

Enclosures items a thru f sent to Ms. Thomas only.

cc: Joan Kiening, HUD
Sheila Austin, P.M. Group
Marlene Dau, P.M. One, Ltd.
975.13 OS/Chicago

D 0029

Attachment 4

# COVER SHEET

## OWNER'S CHECKLIST FOR USE AT CONTRACT EXPIRATION FISCAL YEAR 1999

*Directions: This format should be used by all Owners of projects with Section 8 contracts expiring in Fiscal Year 1999. At least 90 days prior to contract expiration for Options 1 and 2 and at least 120 days prior to contract expiration for Option 3, this checklist should be provided to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If additional space is required, please add additional pages.*

Project Name South pointe Tower ~~A.K.A Englewood Terrace~~ Project Location 6425 S. Lowe Avenue ~~Chicago, IL 60621~~

Total Section 8 Units in Project 303 Total Units in Project 303

FHA Project No. 071-55028 Section 8 Project No.(s) IL06-E000-034

Complete the following, being sure to include all contracts and stages on the project, regardless of when they are expiring:

| Contract Number | Number of Units in Contract/Stage | Expiration Date |
|---|---|---|
| IL06-E000-034 | 303 | 9/30/99 |
| | | |
| | | |
| | | |

I hereby select the following option: *Check 1, 2 or 3 below and also provide the corresponding worksheet(s):*

[X] Option 1 - Request a Contract Renewal without Restructuring

[ ] Option 2 - Request a Restructuring of the Mortgage and Contract Renewal

[ ] Option 3 - Opt-out of the Section 8 Program

*If requesting a contract renewal and there are other stages or contracts on this project expiring in FY 1999, would you like to have these stages or contracts combined into one contract?*

[ ] Yes, please combine [ ] No, don't combine [X] Not Applicable

*PLEASE KEEP IN MIND THAT THIS COMBINATION WILL INVOLVE EARLY TERMINATIONS ON THE STAGES OR CONTRACTS EXPIRING LATER IN THE FISCAL YEAR. CONTRACTS EXPIRING AFTER FY 1999 WILL NOT BE INCLUDED AT THIS TIME.*

Attachment 4

# WORKSHEET FOR OPTION 1

## Requesting a Contract Renewal without Restructuring

Contracts can be renewed under two methods: Method 1, under section 524(a)(1) of MAHRA or Method 2, under section 524(a)(2) of MAHRA. Check the Method under which you want your contract renewed. Method 2 contract renewal is available only on the types of projects identified and eligible under that method; whereas, the Owner of any type of project may request renewal under Method 1.

*Complete this section only if you are requesting a renewal under Method 1:*

I hereby request a renewal of my contract under the provisions of 524(a)(1) of MAHRA and am attaching a rent comparability study prepared in accordance with Attachment 6. The following chart reflects the results of the study and compares them to the total Section 8 units in my project.

*IMPORTANT: This information is for all revenue producing (Section 8, Market, etc.) units in the project. When entering information please distinguish between similar units with different rents. For example, there are 3 contracts that have 1 BR units, each with a different rent. Enter this information as 1BR-a, 1BR-b, 1BR-c, etc.*

| (A) Unit Type and Contract | (B) # of Units | (C) Current Contract Rents | (D) Comparable Rents (HUD 92273) | (E) Current Rent Potential (C x B) | (F) Comparable Rent Potential (E x B) |
|---|---|---|---|---|---|
| 1 BR | 60 | $ 648.00 | $ 700.00 | $ 38,800.00 | $ 42,000.00 |
| 2 BR | 140 | $ 727.00 | $ 770.00 | $ 101,780.00 | $ 107,800.00 |
| 3 BR | 80 | $$ 800.00 | $ 825.00 | $ 64,000.00 | $ 66,000.00 |
| 2 BR (TH) | 17 | $ 799.00 | $ 825.00 | $ 13,583.00 | $ 14,025.00 |
| 3 BR (TH) | 6 | $ 866.00 | $ 850.00 | $ 5,196.00 | $ 5,100.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Add Totals of Column E and Column F. | | | | $223,439.00 | $234,925.00 |

D 0031 2

*Owners should check either one of the following statements:*

______a. Based on the rent comparability study, the current contract rent potential of the project is greater than the market rent potential of the comparable market rents. I would like a contract renewal at rents that do not exceed the comparable market rents, without restructuring the mortgage in the Mark-to-Market program.

As required for this Option, in addition to the rent comparability study, I/we am/are submitting:

______Last fiscal year's audited financial statement for the project; and

______Owner evaluation of the physical condition of the project.

__X__ b. Based on the rent comparability study, the current contract rent potential of the project is less than or equal to the market rent potential of the comparable rents. I understand that the renewal rents will be set at the current rent level, unless I complete the following and submit the required documentation to receive a budget-based rent increase:

__X__ No rent increase has been implemented within one year of this contract renewal date, a rent increase is necessary to support the reasonable and necessary expenses of the project AND if the rent increase is approved, the project rents will not exceed the comparable market rent. Therefore, I am submitting the documentation for a budget-based rent increase in accordance with HUD Handbook 4350.1, Chapter 7 and Attachment 8.

D 0032

Attachment 4

I/We hereby certify:

that the Notification of Section 8 Contract Expiration/Termination required by Section 8(c)(9) of the United States Housing Act of 1937 was provided to the tenants of the subject project on 3/22/99, and to HUD on 3/22/99, which was at least 180 days prior to the contract's expiration date (copies attached); and

X neither I, nor any of my affiliates, are suspended or debarred. OR

____ I, or my affiliates, am/are suspended or debarred and are requesting a contract renewal subject to HUD approval.

**Warning:** If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

I certify that this information is true and complete.

Owner's Name P.M. Equities, Inc. (General Partner)

Owner's Name Robert Pendergast, General Partner

Owner's signature: Robert Pendergast Date 5/18/99

Owner's signature: ________ Date ________

D 0033

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 034

K

June 14, 1999

Ms. Joan Kiening
Supervisory Enforcement Analyst
U.S. Department of Housing and Urban Development
Ralph H. Metcalfe Building
77 West Jackson Boulevard, Room 2207
Chicago, Illinois 60604-3507

**Re: REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kiening:

I am sending this memo inquiring about the forthcoming report regarding the REAC Inspection report done on April 28, 1999. Also, Jim Campbell CPM, Pinnacle Realty Management Company, was out on May 14, 1999, to corroborate the above findings.

To date, we have not yet received the Enforcement Center Report detailing what needs to be corrected. As you are aware, P. M. One Limited wants to be pro-active in correcting the findings from the above inspection. We have begun to correct the obvious problems found during the inspection, certainly the REAC report will insure that we are efficient in eradicating the identified problems. P.M. One, wants to make sure we are on the same page, a prompt response would be greatly appreciated.

Thank you for your continued support. If you have any questions, I can be reached at (773) 324-9010 X 204.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Gwendolyn Thomas, HUD
Marlene Dau, P. M. One, Ltd.
975.01 OS/Chicago