**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 037

N

THE PM GROUP
*Building a Better Tomorrow*

August 18, 1999

925.01

Ms. Joan Kiening, Supervisory Enforcement Analyst
U.S. Department of Housing and Urban Development
Ralph H. Metcalfe Building
77 W. Jackson Blvd., Room 2207
Chicago, IL 60604-3507

Re: South Pointe Tower
6425 S. Lowe, Chicago

Dear Ms. Kiening:

I understand that the meeting with Mr. Carl Sanders of P.M. One Management on August 11, 1999 was encouraging.

Mr. Sanders asked that I supply and certify the following information:

1. Name of the financial institution: We are in the process of completing an application with Community Investment Corporation ("CIC"), our current lender on the property.

2. Contact person: Mr. Alvin Zelitzky, Senior Loan Officer - (312) 258-0070.

3. Anticipated start date of the repairs: We have already completed some repairs/replacements, which include fire system repairs, garbage chute door replacement, hot water/heating repairs, and common area painting. The expenses for these items have been funded through operating income. Enclosed please find copies of invoices and checks evidencing the completed work. Additionally, elevator and mailbox replacement is scheduled to begin shortly. With regard to the major repairs and or replacements that are planned, this work will begin upon the successful refinancing, anticipated for October 1999.

As I informed Mr. Sanders in my letter dated August 9, 1999, the Partnership is committed to improving the property and retaining the HUD certificate.

1050 Corporate Office Drive • Suite 150 • Milford, Michigan 48381
Phone: (248) 529-2000 • Fax: (248) 529-2001

Ms. Kiening
August 18, 1999
Page Two

Should you have any questions, please feel free to call Ken Horton, Asset Manager, in our office at (248) 529-2243.

Sincerely,
THE P.M. GROUP, INC.

John J. Hayes
President

cc: Marlene Dau
Tom McGhie
Sheila Austin
Ken Horton
Roger Luksik

TOTAL P.04

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 038

# P.M. 1 ONE

FIRST IN PROPERTY MANAGEMENT

August 20, 1999

Mr. Edward Hinsberger, Director
Multifamily Housing Division
U. S. Department of Housing & Urban Development
Illinois State Office
77 West Jackson Blvd.
Chicago, Illinois 60604-3507

**Subject:** **South Pointe Tower Apartments (800040489)**
**REAC Inspection No: 16381**
**REAC Inspection Date: 4/28/99**

Dear Mr. Hinsberger:

All Health & Safety items such as non working Smoke Detectors, GFIs, etc. listed in the above referenced report have been corrected. Copies of invoices for the repair of the Fire Safety System were submitted to the Enforcement Center (Joan Kiening).

Should you have any questions, please feel free to contact Carl E. Sanders in the Chicago office at (773) 324-9010 X 204.

Sincerely,

John J. Hayes
President

cc: Gwendolyn Thomas, HUD
Marlene Dau
965.01 OS/Chicago

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 039

Rehab financing effort with existing First Mortgage lender (CIC)

FIR ... IEMENT

Ken Horton,
Good letter - please keep me advised as to what is going on!
Th

September 2, 1999

Ms. Joan Kiening
Supervisory Enforcem
Department of Housir_
and Urban Development
Enforcement Center
77 W. Jackson Blvd. #2207
Chicago, Illinois 60604-3507

RE: **Southpointe Tower Apartments**
**FHA Project No: 071-55-28**

Dear Ms. Kiening:

I am sending this correspondence to update you on our efforts to bring Southpointe Tower in compliance with the HUD regulations.

As you know the owners applied for a mortgage loan with Community Investment Corporation, Inc.(CIC), to not only assist in bringing the building into compliance with HUD regulations, but to implement a minor rehabilitation to the units in the building and replace the major systems (see attachment). They provided funds to implement the support service program, which is to work in tandem with the other changes underway. To insure the longevity of the support service program they have applied for three City of Chicago grants to maintain the program, and have secured in-kind contributions of more than $30,000.00.

Recently, the senior loan officer for CIC, Mr. Al Zelitzky, contacted us with positive feedback on our loan application. He indicated that it is highly probable that the loan will be approved. However, he needs some indication from HUD as to what their position is with regard to the HAP contract for the property. It would not be feasible for them to lend us the funds needed to rehabilitate the building if we will not receive a contract.

I am writing this letter requesting your support in providing me written information as to where the Enforcement Center is in determining our contract at Southpointe Tower. Based on the owners conversation with Mr. Zelitzky, the circumstances surrounding the renewal of the HAP contract will play an important part in finalizing the loan package. We would also like to know when the 1998 budget will be approved, the 5 percent increase will assist in correcting the recent budget overrun on the property.

Page 2
J. Kiening

Joan, the owners and management are working diligently to permanently eradicate the problems that have plagued Southpointe Tower for some time. We are confident that the implementation of the security program, and the social program simultaneously will insure the success of the rehabilitation program as well as its maintenance.

At your earliest convenience I would like to follow up with you regarding this request. I can be reached at (773) 324-9010 x204.

Thanking you in advance for your support.

Respectfully,

Carl Sanders
Property Supervisor

Attachment

cc: Jim Zale, HUD
Freddie Batchelor, HUD
John Hayes, P.M. Group
Tom McGhie, P.M. Group
Ken Horton, P.M. Group
Roger Luksik, P.M. Group
Sheila Austin, P.M. Group
Marlene Dau, P.M. One, Ltd.
975.01 OS/Chicago