**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 040

This is in response to your letter of September 2, 1999 ~~regarding~~ reporting on progress being made at the subject property and inquiring about the status of the HAP contract and related budget questions.

I am forwarding your letter to Ms. Gwendolyn Thomas, Project Manager, for Southpointe Towers in the Chicago Multifamily HUB to respond to your questions on the HAP contract and related budget questions. These are normal servicing issues that are appropriately handled by Housing.

With regard to your status in the Enforcement Center, your property is still technically in the evaluation phase. As soon as we complete that evaluation a decision

will be made to return the property to Henning or formally accept it for further processing in the Enforcement Center. ~~[illegible]~~ You will be notified in writing when that decision is made.

We thank you again for the courtesies extended to our Washington visitor and the rest of our staff during our trip on August 30, 1999. We were pleased to see the obvious benefits of your increased security program, the potential your social programs hold and the progress of the ongoing rehabilitation work.

Sincerely,
Tom Kieninger
Team Leader,
Chicago Enforcement Center

cc Gwendolyn Thomas

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 041

925.10: 03/Cin

CITY OF CHICAGO
Department of Buildings, Petitioner, )
v. )
6425 S LOWE AV Respondent, )

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DOC. NO.:

RECEIVED
OCT 1 5 1999
By__________

NOTICE OF VIOLATION AND SUMMONS

YOU ARE HEREBY NOTIFIED THAT THE DEPARTMENT OF BUILDINGS HAS CITED THE ABOVE PROPERTY FOR ALLEGED VIOLATION(S) OF THE CHICAGO MUNICIPAL CODE OBSERVED ON 09/23/99 AND THAT THE DEPARTMENT OF ADMINISTRATIVE HEARINGS WILL CONDUCT A HEARING ON THE MATTER AT 400 W. SUPERIOR ST., ROOM 115 CHICAGO, IL, ON:

11/01/99 AT 12:00 P.M.

You, your attorney or an authorized representative must appear at the hearing at the date and time scheduled above and be prepared to proceed to a hearing. Hearing dates and times cannot be rescheduled by telephone. This hearing is your opportunity to answer and defend against the alleged violations. You are required to have all evidence and/or witnesses with you on the above hearing date and may present evidence *(i.e., photos, repair invoices or paid receipts, etc.)* and/or testimony as to the existence, non-existence or correction of the violations.

If a violation is determined to exist, the administrative law officer may issue an order to correct the violations and impose fines, costs and/or penalties that will attach to the property and the property owner. Each violation may carry a fine of up to Five Hundred Dollars ($500.00) per day for each day the violation exists.

Evidence of full correction of the violations as of the hearing date may be presented as a valid defense at the hearing. Evidence of substantial steps towards full correction *(i.e., permit applications, repair work contracts)* as of the hearing date, will not avoid a finding of liability, but may be considered in whether to grant additional time to complete the work prior to the determination on the amount of fines and/or penalties imposed.

Failure of an owner or authorized representative to appear at the hearing may result in a finding of liability and imposition of the maximum fines, costs, compliance orders and/or penalties under law entered against you in your absence.

Copies of the Rules and Regulations for the conduct of hearings before the Department of Administrative Hearings are available at 400 W. Superior, Chicago, IL during regular business hours. For questions regarding hearing procedures only please call 312-742-0433.

If you have any questions regarding the violations, why they were issued, the building inspections, or how to schedule a follow-up building inspection you must contact the Department of Buildings at 312-744-7816.

*** CONTINUED NEXT PAGE ***

198360

cc: JRM

EXHIBIT 1

D 0074

S.T.F CN 868 MAILER ICN: 9553866 M

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

- 1 -

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |

STRATEGIC TASK FORCE 198360 990228-002088M

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

1 104015
Replace broken, missing or defective window panes. (13-196-550 A)
AT WEST ELEVATION, BROKEN PANES & BOARDED -UP WINDOWS

2 104075
Repair or replace defective window frame to keep rain and wind out of dwelling. (13-196-550)
AT WEST ELEVATION & EAST ELEVATION, RESTRIP CAULK AT METAL SASHES AT ALL FLOORS

3 042033
Replace and rehang hose in semi-automatic rack protected in suitable cabinet. (15-16-970)
AT NORTH & SOUTH INTERIOR STAIRWAYS AT ALL FLOORS, MISSING FIRE HOSES

4 005042
Provide shaft or stairwell door with self-closing device. (15-8-180)
AT ALL FLOORS DOORS TO INTERIOR STAIRWAYS (2) HAVE BROKEN DOOR HARDWARE (SELF-CLOSERS & MISSING DOOR KNOBS)

5 006042
Provide apartment door opening on public corridor in residential building over 4 stories high with approved self-closing devices. (15-8-240 A, 5, 13-196-170)
ALL FLOORS (2 THRU 11) ALL APARTMENTS HAVE BROKEN SELF-CLOSING DEVICES FOR DOORS OPENING ONTO PUBLIC CORRIDOR

6 136016
Exterminate roaches and keep dwelling insect-free. (13-196-630 C)
BUILDING WITH ROACH INFESTATION

D 0075

* * * CONTINUED ON NEXT PAGE * * *

S.T.F CN 868 MAILER ICN: 9553866 M

-2-

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | 198360 | 990228-002089M | | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

7 135016
Exterminate rodents in building and seal openings through which they gain access. (13-196-530 D, 13-196-630 C, 7-28-660)
BUILDING WITH MICE

8 131016
Screen outer doors, windows, and other outer openings adequately from April 15th to Nov 15th. (13-196-560 B)
AT EAST & WEST ELEVATIONS, ALL FLOORS WITH TORN SCREENS

9 031013
Install approved fire extinguisher. (15-16-160)
AT ALL FLOORS THROUGHOUT BUILDING, FIRE EXTINGUISHERS ARE MISSING

10 021052
Label out-swinging class A fire door in opening through fire separation. (13-56-290 B)
AT ALL FLOORS CLASS "A" FIRE DOORS ARE BROKEN (MISSING PANIC HARDWARE)

11 138106
Remove and stop nuisance. (7-28-060)
AT NORTH & SOUTH INTERIOR STAIRWAYS FROM GRADE THRU 22ND FLOORS GRAFFITTI ON WALLS

12 197079
Repair or replace defective or out of service smoke detectors and operate continuously. (13-196-130, 13-196-140)
APARTMENTS 610,504,408 & 402 WITH DEFECTIVE SMOKE DETECTORS (UNITS ARE MISSING BATTERIES)

D 0076

* * * CONTINUED ON NEXT PAGE * * *

S.T.F CN 868 MAILER CN: 9553866 M

CITY OF CHICAGO -3-
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUC-TION | STORIES | BASEMENT | ATTIC | CONVER-SION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFI-CATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPER-VISOR | PHONE NUMBER | ORIGINAL RECOM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | | 198360 | 990228-002090M | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

* 13 197049
Install additional approved smoke detectors. (13-196-110)
AT FLOORS 13,12,11,10,9,8 & 7, SMOKE DETECTORS ARE MISSING
AT PUBLIC CORRIDORS

14 102015
Place wall and ceiling surfaces in clean, smooth and tight condition. (13-196-540 D, E)
THE FOLLOWING APARTMENTS HAVE WATER DAMAGED WALLS OR CEILINGS,
414,402,509,506,505,609,606,604,713,610,711,1013 & 1012 REHAB - [illegible]

15 105055
Install in dwelling unit entrance door viewing device.
(13-164-020 I, 13-164-030)
APARTMENTS 604 & 713 ARE MISSING PEEPHOLES

16 137056
Stop storing garbage and placing refuse containers improperly. (7-28-260)
AT ALL FLOORS ROOM WITH GARBAGE CHUTES WITH GARBAGE
EVERY WHERE

17 198019
File building registration statement with Building Dept.
(13-10-030, 13-10-040)
REGISTER BUILDING FOR 1998 & 1999 out

18 239010
Engage licensed and bonded plumbing contractor to install plumbing. (13-168-180)
PROVIDE A LICENSE PLUMBING CONTRACTOR TO REVIEW ALL
PLUMBING VIOLATIONS

* * * CONTINUED ON NEXT PAGE * * *

D 0077

S.T.F CN 868 MAILER ICN: 9553866 M

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

-4-

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | 198360 | 990228-002091M | | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

19 171017
Obtain permit for plumbing work before undertaking work.
(13-168-060)
OBTAIN PLUMBING PERMIT BEFORE CORRECTING PLUMBING VIOLATIONS

20 156017
Repair or replace defective water supply piping and appurtenances. (13-168-120)
AT NORTH ELEVATION IN GENERATOR ROOM REPLACE 3" GALVIZED PIPE RUSTED AT THREADS (1ST FLOOR)

21 160017
Remove obstruction from plumbing and drainage system. (13-168-120)
AT 1ST FLOOR NORTH ELEVATION GENERATOR ROOM, REMOVE OBSTRUCTION IN SEWER CAUSING SEWAGE ON GROUND

22 169017
Remove sewage and stagnant water from basement and correct cause. (13-196-580 A, 7-28-060)
AT NORTH ELEVATION IN GENERATOR ROOM - REMOVE RAW STANDING SEWAGE - 1ST FLOOR

23 170017
Provide floor drain with metallic strainer. (13-168-1400)
AT ALL FLOOR DRAINS INCLUDING NORTH CORRIDOR - PROVIDE FLOOR DRAIN COVERS

24 157047
Stop leaking water. (13-168-120, 13-168-1480)
AT 2101, WASHROOM LAVATORY, 2004-TUB, 1313-WASHROOM CEILING 813-WASHROOM CEILING CORRECT LEAKAGE PROBLEM

* * * CONTINUED ON NEXT PAGE * * *

D 0078

S.T.F CN 868 MAILER ICN: 9553866 M

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

-5-

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |

STRATEGIC TASK FORCE 198360 990228-002092M

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

25 153027
Repair or replace defective flush device. (13-168-120, 13-168-1360)
AT 2004 & 1712 FLUSHOMETERS ON TOILETS NOT FUNCTIONING
PROPERLY

26 159017
Repair or replace broken or defective plumbing fixture. (13-168-120)
AT 1313 KITCHEN SINK CABINET & 813 KITCHEN SINK CABINET SHALL
BE REPAIRED OR REPLACE

27 153017
Repair or replace defective faucet. (13-168-120)
AT 1013 REPACE BROKEN AEROATOR ON KITCHEN SINK FAUCET

28 232010
Submit plans to Building, Water, and Sewer Depts
for approval and permit before constructing, altering, or using
plumbing system. (13-168-030, 13-168-060)
PROVIDE APPROVED PLANS & PERMIT FOR FUTURE DAY CARE CENTER
AT SOUTH END OF BUILDING - 1ST FLOOR

29 210060
Obtain permit before starting electrical work.
(14-12-130, 14-12-270)
PERMITS

30 210039
Replace rusted, deteriorated, or corroded conduit,
cabinet, electrical box, or fitting. (14-20-030)
REPLACE RUSTED ELECTRICAL EQUIPTMENT OR REPAIR (1600) SERVICE
DISTRIBUTION - BOTTOM PLATES OFF FIRE CONTROLLER

* * * CONTINUED ON NEXT PAGE * * *

D 0079

S.T.F CN 868 MAILER ICN: 9553866 M

# CITY OF CHICAGO

-6-

DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | 198360 | 990228-002093M | | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

31 210027
Restore exit and emergency lighting system and related equipment to operable condition. (14-48-030)
RESTORE BROKEN EXIT SIGNS - 17,12,11,9,8,7,5,4 & 3

32 210023
Install cover on outlet or junction box. (14-24-210, 14-20-2250)
INSTALL ALL COVERS 1, 2209 BROKEN, 713, 10TH FLOORS

33 210017
Provide ground continuity for electrical cable, raceway, and enclosure. (14-20-160, 14-20-050)
CONTINUITY PROBLEM CEILING 1ST FLOOR BY DUMPSTER

34 210020
Support loose light fixture. (14-24-230)
SUPPORT LIGHT FIXTURE 1ST FLOOR DUMPSTER, MAINTENCE ROOM

35 210022
Remove exposed wiring at light fixture. (14-20-030)
REMOVE EXPOSED WIRE FIXTURE OLD MAINTENCE ROOM, PUMP ROOM

36 210005
Replace defective distribution equipment. (14-20-2770)
REPLACE ALTERED PANEL BY SERVICE, WITH CONTRACTOR INSTALLED

37 210061
Remove multiple conductor termination from device designed for single. (14-8-180)
REMOVE DOUBLE LUG 1ST FLOOR PANEL, ELEVATOR ROOM PANEL
22ND FLOOR

D 0080

* * * CONTINUED ON NEXT PAGE * * *

S.T.F CN 868 MAILER TCN: 9553866 M

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

- 7 -

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | 198360 | 990228-002094M | | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

38 210024
Illuminate hall, corridor, stair, accessible attic, closet, basement storeroom, utility room, and/or garage. (14-28-1450, 14-28-1580 F)
ILLUMINATE STAIRS NORTH & SOUTH

39 210066
Remove unapproved flexible cord. (14-24-030 F)
1814 CORDS

40 210033
Strap and secure raceway and armored cable. (14-20-040)
STRAP ALL 1ST FLOOR RACEWAYS

41 210020
Support loose light fixture. (14-24-230)
1514-LOOSE OUTLET - 1113

42 210070
Remove unapproved cord connection to light fixture. (14-24-030)
REMOVE CORD TO FIXTURE 1ST FLOOR OLD MAINTENCE ROOM

43 210019
Replace defective light fixture. (14-8-170)
2209-CLOSET LIGHT - 1513

44 210018
Replace defective switch and receptacle outlet devices. (14-8-170)
2202-OUTLET BROKEN - 2212 GFCI NOT WORKING - 2202

D 0081

* * * CONTINUED ON NEXT PAGE * * *

S.T.F CN 868 MAILER ICN: 9553866 M

-8-

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUCTION | STORIES | BASEMENT | ATTIC | CONVERSION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFICATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPERVISOR | PHONE NUMBER | ORIGINAL RECOM. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | 198360 | 990228-002095M | | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

DEAR PROPERTY OWNER,

RECENT STATISTICS SHOW THAT MOST FIRE DEATHS OCCUR IN HOMES WHICH DO NOT HAVE SMOKE DETECTORS. WE TREAT THIS AS A MATTER OF EXTREME SERIOUSNESS AND URGE YOU TO PURCHASE AND INSTALL SMOKE DETECTORS YOUR BUILDING AS SOON AS POSSIBLE, BEFORE YOUR SCHEDULED MPLIANCE BOARD HEARING.

WE REQUIRE A COPY OF THE SALES RECEIPT SHOWING THAT YOU HAVE PURCHASED THE NECESSARY SMOKE DETECTORS. EITHER BRING THIS RECEIPT WITH YOU TO THE COMPLIANCE BOARD HEARING OR MAIL IT IN ADVANCE TO:

COMPLIANCE ENFORCEMENT OFFICER
DEPARTMENT OF BUILDINGS
CITY HALL, ROOM 900
121 N. LASALLE STREET
CHICAGO, IL 60602

THIS IS FOR YOUR OWN SAFETY AS WELL AS THAT OF YOUR BUILDINGS OCCUPANTS AND NEIGHBORS. WE THANK YOU FOR YOUR COOPERATION.

SINCERELY,
MARY B. RICHARDSON-LOWRY
BUILDING COMMISSIONER

D 0082

* * * CONTINUED ON NEXT PAGE * * *

S.T.F. CN 868 MALLER CN 9553866 M

CITY OF CHICAGO
DEPARTMENT OF BUILDINGS - 9-
Mary B. Richardson-Lowry, Commissioner
9TH FLOOR CITY HALL
121 NORTH LASALLE STREET
CHICAGO, IL 60602

DATE OF INSPECTION
09/23/99

6425 25 S LOWE AV FRONT

PM ONE LTD (X)
5215 JOLLY CEDAR CT
ATTN: ROBT PENDERGAST
LANSING MI 48911

DATE OF NOTICE
10/12/99

| CA | CONSTRUC-TION | STORIES | BASEMENT | ATTIC | CONVER-SION | TOTAL DWELLING UNITS | OCCUPANCY CLASSIFI-CATION | BUREAU | DISTRICT | SOURCE | ANNUAL | SUPER-VISOR | PHONE NUMBER | ORIGINAL RECOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 1C | 22 | YES | NO | NO | 303 | A2 | * | CN | 122 | YES | 868 | 744-7816 | 50 |
| STRATEGIC TASK FORCE | | | | | | | | | | 198360 | 990228-002096M | | | |

If you have any questions concerning these violations, please feel free to call the area supervisor between 9:30 A.M. AND 11:30 A.M. at the phone number listed above.

PLEASE BRING THIS NOTICE TO THE DEPARTMENT OF BUILDINGS WHEN APPLYING FOR A PERMIT, ATTENDING A HEARING OR REQUESTING ADDITIONAL INFORMATION.

* * * * * END OF NOTICE * * * * *

D 0083