**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 044

Maggie O'Connor
11/30/99 12:39 PM

To: alcrav@aol.com
cc:
Subject: South Pointe Towers

FYI. I will forward the rest of the reviews to you as quickly as I can. This is not looking good.

------------------------ Forwarded by Maggie O'Connor/HSNG/CHI/HUD on 11/30/99 12:09 PM ------------------------

Gwendolyn Thomas
11/30/99 11:55 AM

To: Maggie O'Connor/HSNG/CHI/HUD@HUD
cc:
Subject: South Pointe Towers

I do not recommend this project for insurance for the following reasons:

1. The owners and agent are being flagged for violation of the HAP Contract. The project is not being maintained in decent, safe and sanitary condition. The project has been referred to the Enforcement Center because of its physical condition. The project received a score of 42 on the REAC inspection and they have 46 open city code violations. A letter regarding this matter is currently being prepared. In addition, the owners have not met in person with the Enforcement Center regarding the referral. Only the agent has made contact with the EC.

2. The operating budget submitted shows that the project is has operating expenses of 5,952.00 pupa. The application proposes expenses of 4,900.00 pupa.

3. The owners received a funds from IHDA and the City of Chicago Dept. of Housing in 1992 for rehabbing. Also they entered into a Tax credit agreement for 10 years, which restricts rents. In addition they prepaid the HUD Mortgage. A description of the work completed with the rehab funds must be provided. Did the companies used to do this work have an identity of interest with the management, contractor or subcontractor? What is the current condition of the Rehab work that was completed?

4. The budget submitted states that there are two mortgage notes on this property. When the owners took the mortgages out, did they put any of the money into the project? How much and what was done?

5.Has a professional cost analysis of the scope of work needed on the entire project, been done? If not, one should be submitted. Is an identity of interest involved? Has a professional appraisal been completed by the proposed mortgage company? Also a CNA should be done.

6. Because of the number of tenant complaints that have been received over the years and the current physical condition of the project, it appears that the current management agent is not managing the project in an acceptable manner. In addition, information submitted on the budget and the past budgets indicate that the management fees are excessive. It is suggested that a new non-identity management agent be put in place.

7. This project is on a 1 year contract, and the project rents are subject to the regulation of notice 98-34. If the project becomes insured, the rents are subject to reduction to the market. How will the owner

B 3935

support the mortgage?

8. The owners market study for the Section87 contract renewal is unacceptable since the comparables used were not for the area.

B 393

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 045

P.M. 1 ONE

FIRST IN PROPERTY MANAGEMENT

Ms Thomas

December 8, 1999

Ms. Joan Kiening
Supervisory Enforcement Analyst
U.S. Department of Housing and Urban Development
Ralph H. Metcalfe Building
77 West Jackson Boulevard, Room 2207
Chicago, Illinois 60604-3507

**Re: Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kiening:

This is the Management Improvement and Operating (MIO) Plan the above referenced REAC Inspection dated April 28, 1999.

The status update and work in progress are as follows:

| Site | Observation | Status |
|---|---|---|
| Fencing and Retaining Walls | Damaged/Falling/Leaning | Estimated completion June 2000. |
| Lighting | Broken Fixtures | Completed Man and June. See exhibits labeled 1 thru 15. |
| Mailboxes/Project Signs | Mailbox Missing/Damaged | Complete mailbox system replacement 12/8/99. See exhibit # 16. |
| Market Appeal | Graffiti | Corrected 4/29/99 by in-house staff. This is an ongoing process and it is now much reduced. |
| Parking Lots/Driveways | Cracks | Corrected August 99. See exhibit #17. |

PROPERTY MANAGEMENT ONE, LTD.
1621 E. 55th STREET • CHICAGO, ILLINOIS 60615
OFFICE (773) 324-9010 / 9025 • (773) 324-9082

**Building 1 - Building Exterior**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks Damaged Surface, Holes/Paint | Repairs made in February, May, July, August and September 1999. Ongoing process due to vandalism. The amount of damage has been reduced. See exhibits 32 thru 35. |
| Windows | Broken/Missing/Crack Panes/Damaged Screens | Repairs made June, July, August and October 1999. See exhibits 18 thru 29. The process is ongoing due to vandalism and the amount of damage is reduced. |

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | One (1) elevator was taken out of service for cab replacement. All three cabs and controls are in the process of being replaced with a final completion date of April 2000. See exhibits 30 and 31. |
| Fire Protection | Missing/Damaged/Expired | Repaired in April and June 1999. Complete replacement in October 1999. See exhibits 36 thru 48. The vandalism has been substantially reduced. |
| Halls/Corridors/Stairs | Ceiling Damaged | Ceiling repaired by in-house staff in May 1999. |

| | | |
|---|---|---|
| | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is June 2000. |
| | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |
| Laundry Room | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |
| Trash Collection Areas | Chutes Damaged/ Missing Components | Chutes completely replaced in May 1999. See exhibit 49. |
| **<u>Building 1 - Unit 1110</u>** | | |
| Doors | Missing Door | Door replaced in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit repaired and painted. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1- Unit 1112</u>** | | |
| Doors | Damaged Hardware/Locks | Knobs replaced in May 1999 by in-house staff. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |

| | | |
|---|---|---|
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |

**<u>Building 1 - Unit 1206</u>**

| | | |
|---|---|---|
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**<u>Building 1 - Unit 1302</u>**

| | | |
|---|---|---|
| Doors | Missing Door | Doors replaced by in-house in May 1999. |
| Floors | Holes/Missing Tiles | Tile replaced by in-house in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repairs made by in-house in May 1999. |
| | Range/Stove | Repairs made by in-house in May 1999. See exhibits 50 thru 54. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Page 5
Joan ~~Kiening Cont~~.
December 8, 1999

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Damaged/Deteriorated Trim Peeling/Needs Paint | Scheduled for painting in January 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. See Exhibit # 55 |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in February 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Bathroom | Shower/Tub- Damaged/ Missing | |
| Ceiling | Peeling/Needs Painting | Schedule for painting in February 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Damaged/Deteriorated Trim Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Ceiling | Holes/Missing tiles/Panels | Heating system being repaired scheduled for completion December 1999. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting January 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Page 8
Joan Kiening Cont.
December 8, 1999

**Building 1 -Unit 409**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit painted in May of 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 410**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |

**Building 1- Unit 501**

| | | |
|---|---|---|
| Bathroom | Plumbing/Clogged drains | Drain repaired by in-hose staffing in April 1999. |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May 0f 1999. Unit Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 – Unit 501 – Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Doors | Damaged Hardware/ Locks Damaged Surface (Holes/paint | Repairs were completed by in-house staff in May 1999. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in February 2000. |

| | | |
|---|---|---|
| Doors | Damaged surface (Holes/Paint) | Doors were replaced by in-house staff in June 1999. |
| Kitchen | Plumbing -Clogged Drains | Repaired by in-house in April 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May 0f 1999. Unit Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 6417**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 6423**

| | | |
|---|---|---|
| Bathroom | Plumbing- Clogged Drains<br>Shower/Tub- Damaged<br>Water Closet- Damaged | Unit repaired by in-house. in-house staff in May 1999. |
| Ceiling | Peeling/Needs Painting<br>Water stains / Water damage /Mold. | Scheduled for painting in February 2000. |
| Electrical System | Missing Covers | Cover replaced by outside contractor in May 1999. |

| | | |
|---|---|---|
| Kitchen | Range /Stove Missing damaged | Repaired by in-house staff in 1999. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting In January 2000. |
| Windows | Cracked/Broken/ Missing panes. | Windows repaired in May of 1999. |

**Building 1 Unit 703**

| | | |
|---|---|---|
| Doors | Missing doors | Replaced by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |

**Building 1 Unit 704**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |
| Windows | Deteriorated/ Missing Caulk Screens missing damaged | Repaired by in-house staff on May 1999. |

**Building 1- Unit 709**

| | | |
|---|---|---|
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Floors | Floor Covering damaged | Repaired by in-house staff May 1999. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing- leaking Faucet/Pipe- Range/Stove -Missing Damaged/ sink- Damaged Missing. | repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |

**<u>Building 1 -Unit 714</u>**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in February 2000. |
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May 0f 1999. Unit Scheduled for painting in February 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**<u>Building 1 -Unit 809</u>**

| | | |
|---|---|---|
| Bathroom | Shower/Tub Damaged /Missing | Repaired by in-house staff May 1999. |
| Ceiling | Peeling/Needs Painting | Scheduled for painting in February 2000. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing-Clogged Drains | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in February of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

Enclosures

cc: Debbie Gray, HUD
Freddie Batchelor, HUD
Gwendolyn Thomas, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
840.10 OS/Chicago