P.M.1O
FIRST IN PROPERTY

December 15, 1999

Ms. Gwen Thomas
Project Manager
Department Housing Urban Development
77 W. Jackson Blvd.; 23rd Floor
Chicago, Illinois 60604

RE: Self Sufficiency Model for Southpointe Tower Apartments

Dear Ms. Thomas;

Pursuant to the meeting held on October 21, 1999 in your office, it was agreed that HUD was in support of our plans to implement a Support Service Program Model at Southpointe Tower. As you are aware, the focus of the model is to address the bricks and mortar as well as the human capital of the property. It is designed to help residents become self-sufficient, alter attitudes and behaviors and enhance the overall quality of life at Southpointe Tower. This correspondence is to update you on the progress made in the initial phase of the program.

The Self-Sufficiency addendum to the House Rules was discussed and recommended corrections to the language were made. It was decided that a final draft of the document would be submitted to Mr. George Gilmore for review prior to distribution. Mr. Gilmore reviewed the document and approved it, and instructed me that sixty days must be given prior to actual implementation. Subsequently the document was distributed.

The Self-Sufficiency addendum was distributed November 19, 1999, followed by three tenant meetings held to inform the residents of the document, and the upcoming activities. Ms. Freddie Batchelor attended the 11/19/99 meeting, and Mr. Gilmore attended the 12/2/99 in the morning and Ms. Batchelor attended the 12/2/99 evening session.

I have enclosed the following information for your perusal: 1) a signed copy of the collaborative agreement with the agencies and the Illinois Department of Human Services, 2) a draft of the scheduled on-site activities beginning January 2000, 3) the sign-in sheet for the first activity held December 15, 1999 which included WSEP and HRDI and a Caseworker from IDHS, and 4) a copy of the Responsibility and Service Plan which contains the Self-Sufficiency addendum to the House Rules.

PROPERTY MANAGEMENT ONE, LTD.
1621 E. 55th STREET • CHICAGO, ILLINOIS 60615
OFFICE (773) 324-9010 / 9025 • (773) 324-9082

I thank you for your continued support and look forward to any feedback and/or suggestions you may have to enhance the quality of services provided through this initiative.

Respectfully,

Kelly Brown
Executive Administrator

| | | |
|---|---|---|
| cc: | Marlene Dau - | P.M. One |
| | Carl Sanders - | P.M. One |
| | Ken Horton - | P.M. Group |
| | Debbie Grey - | HUD |
| | Joan Kiening - | HUD |
| | Freddie Batchelor- | HUD |
| | George Gilmore- | HUD |

# ENCLOSURES

SELF-SUFFICIENCY PROGRAM AGREEMENT WITH THE ILLINOIS

DEPARTMENT OF HUMAN SERVICES PARK MANOR OFFICE

In 1998 the United States Congress passed a bill entitled the Quality Housing and Work Responsibility Act of 1998 {The Act}. Under the Act, owners and public housing authorities are required to create incentives and economic opportunities so that residents can become self-sufficient. To comply, P.M. One, Ltd. manager for Southpointe Tower, has created new House Rules and an on-site Self-Sufficiency program. The Self-Sufficiency program is supported through a partnership with the Illinois Department of Human Services Park Manor office and P.M. One, Ltd.

1. IDHS Park Manor office will initially identify fourteen T.A.N.F residents from a tenant listing provided by Southpointe Tower to determine if residents should be referred to the on-site Self-Sufficiency Program. After which, the Park Manor office will review the remaining resident list to identify those clients not engaged and or exempt from any work and training activities and make referrals to the on-site Self-Sufficiency program.

2. IDHS office will include in the clients Responsibility and Service Plan (R.A.S.P.) compliance with the Self Sufficiency Addendum House Rules of the Southpointe Tower lease agreement.

3. The IDHS worker will also include a 2151 Referral Form to the service providers co-located at Southpointe Tower. ( HRDI, WSEP and Metropolitan Family Services) IDHS reserves the right to utilize their resources for employment and barriers to employment, if necessary to insure that their clients continue to receive the services required by the state to move person toward self sufficiency.

4. The Intake/Assessment liaison co-located in Southpointe Tower will conduct an intake/assessment to identify those services or barriers needed and the provider selected to provide the services.

5. A copy of the R.A.S.P. will be updated to reflect that the client was referred to the co-locating agency for service and that the appoint must be kept.

6. A 2151 Referral Form will be sent back to the IDHS Local office employment a and training liaison within required 48.0 period. If the client fails to keep the appointment the information will be relayed to the Park Manor office via the 2151.

7. The updated R.A.S.P. will be amended and copied by the Intake/Assessment co-locating agency, the copy maintained at the site and the original forwarded to the service provider. The service provider conducts their assessment and identifies a specific service and or activity that the client will participate in and will be documented in the amended RASP.

8. At the same time of updating the RASP, a 2151 change form must be completed documenting specific information as to the type of service and number of hours required per week and expected date of completion.

9. The service provider must send the 2151 change form back to the Intake/Assessment agency located on-site at Southpointe Tower. The service provider will then place a copy of the information in the clients file and forward the 2151 change form to the Park Manor office within 30 days.

10. Staffing's will be conducted with the IDHS Local office employment representative, the respective service provider and or a representative from the management office. The staffing is designed to review and discuss the clients progress toward self-sufficiency.

Participants Signature:

12/17/99

Illinois Department Human Service Representative — Date

(IDHS)

12/15/99

P.M. One, Ltd. Representative — Date

(PM 1)

12/15/99

Women Self Employment Project Representative — Date

(WSEP)

12/15/99

Human Resources Development Institute Representative — Date

(HRDI)

12/15/99

Metropolitan Family Services Representative — Date

(MFS)