**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 047

RECEIVED

Bonnie Kern

# SOUTH POINTE TOWERS

REMS# 800040489 FHA# N/A

FINAL TEAM REPORT - RESOLUTION

January 26, 2000

## 1. Project Description:

| | | | |
|---|---|---|---|
| 1. | Project Address: 6425 South Lowe | 18. | Bldg. Type: High Rise/Elevator |
| 2. | City: Chicago | 19. | Total Units: 303 |
| 3. | State: Illinois | 20. | Total Section 8 Units: 303 |
| 4. | Property Mgt. Company: PM One Ltd. | 21. | Section 8 #: IL06E000-034 End Date: (9-30-2000) |
| 5. | Property Mgt. Phone: 773-324-9010 | 22. | Occupancy Rate: 92% |
| 6. | Owner: PM One Equities | 23. | Orig. Mortgage Amount: NA |
| 7. | Owner Phone: 773-324-9010 | 24. | Unpaid Balance: N/A |
| 8. | Site Manager: Angela McNair | 25. | Reserve Balance: N/A |
| 9. | Site Phone #: (773) 324-9010 | 26. | Net Cash Flow: N/A Date: N/A |
| 10. | Year Built: 1972 | 27. | AFS Current: N/A |
| 11. | Sec. Of Act: N/A | 28. | Date of Contractor Site Visit: 5/19/99 |
| 12. | REAC P I Score: 42b* | 29. | Date of DEC Staff Visit: 4/15-16/99 |
| 13. | REAC Inspection Date: 04-28-99 | 30. | Mortgage Type: uninsured |
| 14. | Date REAC to Owner: 05-01-99 | 31. | Date of last Mortgage Payment: N/A |
| 15. | FASS Score: N/A | 32. | Date Mortgage Assigned to HUD: N/A |
| 16. | FASS Report Date: Not Required | | |
| 17. | Rents vs. FMR: Below and Above | | |

| | |
|---|---|
| Enforcement Analyst: Ms. Freddie C. Batchelor | Team Leader: Mrs. Joan M. Kiening |
| MF Project Manager: Ms. Gwendolyn Thomas | DEC Attorney: Mr. Gregory Gustin |

## 2. Project Summary

South Pointe Towers is located in Chicago, Illinois. It has 303 units all of which have Section 8 assistance. The property is a high rise development with elevators. This is an uninsured property and in need of extensive physical repairs. The REAC inspection was done on April 28, 1999, and was scored 42*b. The apartments in this property are spacious and in demand. The area surrounding the site is undergoing revitalization and was recently designated an Enterprise Zone. The property has a number of deferred maintenance items, foremost among this were the elevators. The curb appeal of the property has improved. The owner has infused $770,000 in the property and continues to add additional funds in order to correct all physical deficiencies identified in the REAC inspection.

## 3. Ownership

**Current:** Legal Structure: Limited Partnership

| Ownership Entity: | | Percent Ownership |
|---|---|---|
| General Partner | | |
| PM One Equities, Brighton, Michigan<br>John J. Hayes, President | 38-2312468 | 1% |
| Limited Partner<br>Chevron U. S. A. Incorporated | | 99% |

Identity of Interest Companies

1. Advantage Construction
2. Austin Laundry
3. Delcor Construction
4. H & G Renovations
5. PALCO, Inc.
6. Sosco, Inc.
7. Woltan Services

Owner Contact:

John J. Hayes, President PM One, Ltd.
Mr. Carl Sanders, Property Manager
1651 E. 55th Street
Chicago, Illinois
773-374-9010

## 4. File Deficiencies

There was an approved MIO in March, 1997, and this could not be located in the project files.

## 5. Financial Condition

This property is uninsured and on a budget based funding accounting system. The owner has not been required to submit financial statements due to the property being uninsured that only receives section 8 assistance.

## 6. Physical Condition

**Current:** The owner submitted a MIO Plan to this office on December 8, 1999. The MIO has been tentatively accepted with two modifications. The HUB office has requested the owner to add on the MIO Plan the source of funding. The owner has already infused capital into the property totaling $770,000. He has committed to completing all the necessary items identified in the REAC inspection report that was conducted on 4/29/99 with the property receiving a score of 42b* with deficiencies such as:

- fix broken light fixtures,
- replace all mailboxes,
- remove all graffiti,
- replace elevators,
- repair foundation cracks,

Building Exterior:

- replace damaged doors,
- replace broken windows,
- replace fire protection equipment,
- repair ceiling,
- complete rehab of laundry facility,
- repair trash chutes,
- monthly extermination increased

Internal Repairs ;

- repair all broken doors,
- repair ceiling
- replace heating
- and plumbing system.

By infusing capital into the property the owner has shown a good faith effort to correct REAC deficiencies identified.

The Property received a site visit by the DEC staff on April 15 and 16, 1999 revealed the following conditions:

- Common areas were filled with garbage, graffiti and urine odor,
- Building infested with rats and roaches
- Pipes were leaking
- Elevators not working
- Mailboxes were damaged
- Fire extinguishers were missing or damaged
- There were visible signs of moisture and mold on exterior walls
- There is graffiti all over the building
- There are no lights in some of the hallways
- There was evidence of drug activity

Another site visit by the DEC staff in August, 1999 revealed the deficiencies identified above and the following REAC items were corrected:

- fixed broken light fixtures,
- replaced all mailboxes,
- removed all graffiti,
- replaced elevators,
- repaired foundation cracks,

Building Exterior:

- replaced damaged doors,
- replaced broken windows,
- replaced fire protection equipment,
- repaired ceiling,
- completed rehab of laundry facility,

- repaired trash chutes,
- monthly extermination increased

Internal Repairs ;

- repaired all broken doors,
- repaired ceiling
- replaced heating
- and plumbing system.

| DATE CONDUCTED | DATE OF REPORT | OVERALL RATING | TYPE REVIEWER | DEFICIENCIES CORRECTED |
|---|---|---|---|---|
| 04/28/99 | 04/29/99 | 42b* | REAC | Some |
| 04/15-16/99 | 04/30/99 | Unsatisfactory | On Site DEC | Some |
| 11/19/97 | 1997 | Satisfactory | HUD Staff | MIO Plan Prepared |
| 12/19/96 | 1996 | Unsatisfactory | Contractor | No |
| 03/10/95 | 1995 | Satisfactory | HUD Contractor | Yes |
| 10/21/94 | 10/21/94 | Unsatisfactory | HUD Contractor | No |

History: This project has a history of poor physical maintenance. Drug activity within and around the project has decreased since the owners changed security firms. In 1996, this property received a Special Rent Increase for Crime Prevention Activities in the amount of $200,570.

1) 1994 - Inspections completed by Thomas Hickey & Associates.

Many of the units did not pass HQS inspection. Items identified in need of major repair work were: a) sign of gang activity (graffiti), b) trashed stairwells, c) roof in need of repair, d) extermination needed, e) bathrooms - plumbing problems, f) windows, g) doors, and h) door locks Rating was unsatisfactory.

2) 1995 - Inspection revealed the property was in need of major repairs. Interior unsatisfactory. Property improvements proposed: a) replace roof curb, b) handrails, c) fire hoses in cabinets, d)replace deadbolts, e)repair trash chutes, f) extermination, and g) repair boiler.

3) 1996 - Unit Inspections conducted by management found that many apartments were left abandoned and tenants moved out without notice or because of dissatisfaction with property upkeep. A No trespassing order was done through the Cook County Court System for individuals who had been evicted.

4) 1997 - Units Re-Inspected by Leroy Fishleigh (HUD staff) Overall rating was Below Average (Physical Condition).

5) 1997 - Maintenance Policies and Practices( Below Average)

a) Floors and hallways were found to be dirty, littered and stairwells were in same condition of disarray. b) air handler needs repair, c) boiler room needed cleaning/maintenance, and d)fire extinguisher cases needed repair and the need to install missing extinguishers.

## 7. Management Analysis

Current: PM One Ltd. is currently the management agent for South Pointe Towers. There are seven identity of interest companies as follows:

- Advantage Construction - Provides unit renovation services - painting, drywall, roofing, siding, paint. Provide services to properties on a bid basis.
- Austin Laundry - Provides coin-operated laundry machine services. Provides services to properties on a bid basis.
- Delcor Construction - Provides contracted maintenance services - painting carpeting, fire damage rehab, roofing, siding. Provides services to properties on a bid basis.
- H & G Renovations - Provides unit renovation services - painting, drywall, roofing, siding, paint. Provides services on a bid basis.
- PALCO, Inc. - Provides contracted unit renovation services - painting, drywall.
- Sosco - Provides unit renovation services
- Woltan Services - Provides contracted maintenance services

Management Agent: PM One 38-2312468 - Independent Fee Agent

Note: Social Security Numbers and Names under Ownership Section

Contact: Michael G. McGhie, President
33045 Hamilton Court, #100, Farmington Hills, Michigan 48334

Management Reviews:

| DATE CONDUCTED | OVERALL RATING | MAINTE & SECURITY | FINANCIAL MGMT | LEASING & OCCUPANCY | TENANAT MGMT RELATIONS | GENERAL MGMT |
|---|---|---|---|---|---|---|
| 05-19-99 Pinnacle | Unsatisfactory | Poor | Poor | Good | Fair | Fair |
| 04-15/16-99 DEC Staff | Unsatisfactory | Poor | Fair | Good | Fair | Fair |
| 11-19-97 HUD Staff | Unsatisfactory | Poor | Fair | Good | Fair | Fair |
| 12-19-96 HUD Staff | Unsatisfactory | Poor | Fair | Good | Fair | Poor |

The property has been managed by PM One since April 1, 1991 - present. Prior to PM One, the property was managed by Englewood Terrace Limited Partnership. The property has a history of poor property management and tenant relations. The management agent is an identity of interest agent. The file contains a management certification submitted by the owner and the agent. The term was from 01-1-96 through 12-31-97. The management submitted a management profile and certification June 21, 1999. The certification was approved by the HUD Office.

8. Site Visit Report

On April 15 and 16, 1999, DEC staff conducted an on-site visit of the property. The overall rating of the property was unsatisfactory. The property was in very poor physical condition and had heavy drug related activity. After the DEC visit, the DEC reported the activity to the City of Chicago Violent Crimes Division. They agreed to investigate and send a team to the property. Since then, the property has new security. Since this visit the owners told the DEC they are committed to correcting all deficiencies at South Pointe Towers, however, they have failed to set aside the necessary funds to correct the deficiencies immediately. The property owners have also attempted to address the social issues of the property by putting in place new house rules and adding a social service program to be made available to the residents of South Pointe Towers.

Pinnacle conducted a limited management review of the property on May 19, 1999. The review revealed the owner had not corrected conditions outlined in the REAC. These conditions were reported in the REAC Inspection Report, DEC on-site visit, and the physical inspection reports.

9. Subsidy Status

The current HAP contract expires 9-30-2000.

CURENT RENTS:

| UNIT TYPE | CONTRACT RENT | UTILITY ALLOWANCE | GROSS RENTS | FMR 1999 | OVER/UNDER FMR |
|---|---|---|---|---|---|
| 1BR | $648 | $25 | $673 | $640 | $8.00 OVER |
| 2BR | $799 | $36 | $835 | $762 | $37.00 OVER |
| 3BR | $866 | $52 | $918 | $953 | $(87.00) UNDER |
| 3BR | $800 | $43 | $843 | $953 | $(153) UNDER |

RENT INCREASE HISTORY:

| SUBMISSION DATE | HUD RESPONSE | DATE OF RESPONSE | EFFECTIVE DATE |
|---|---|---|---|
| 02/96 | Approved Special Rent Adjustment | 02/96 | 03/01/96 |
| 08/95 | Approved Increase | 09/95 | 09/22/95 |
| 07/94 | Approved Increase | 07/94 | August 18, 1994 |

**History:** In 1996, the project received a Special Rent Increase Adjustment for the purpose of securing tax consulting services. In 1993, the project received a Drug

Elimination grant to assist them in decreasing the amount of criminal activity, gang and drug traffic in and around the property.

## 10. Occupancy

There are a total of 303 units in this project. 60 - 1 bedroom, 140 2- bedroom, 23 - town house units, and 80 - 3 bedroom. Currently the property is 92% occupied. The number of occupants is constantly decreasing due to increased drug evictions and other lease violations.

## 11. Neighborhood/Residency

The property is a physically distressed development in a high crime and blighted neighborhood. The property has a reputation of having been drug infested and controlled by gangs. Off -duty Chicago and Cook County police provide security for the property. The agent has hired a new security firm which has caused the number of drug and gang crimes to decrease. The area surrounding the site is in similar conditions. The area is severely distressed and economically depressed with no signs of investment. Much of the area is filled with vacant lots. There is an elementary school across the street in front of the property.

## 12. Problem Statement

The property is in poor physical condition; however the owner has corrected some of the identified repairs revealed by the REAC Inspection Report. They are in the process of entering into contracts to correct the remainder of the items cited by REAC and the DEC. The owners have started repairs, and are showing good faith by starting some repairs with their own funds. In addition, they are attempting to secure a loan to offset the cost of the remaining work.

## 13. Legal Analysis

All known legal issues needed to support the business decision recommended are adequately addressed herein.

## 14. Next Steps/Recommendations

- Substantial progress has now been made on the findings outlined in the REAC report, therefore the DEC should return the case to the Chicago Multifamily HUB Office for servicing.
- The Chicago HUB Office should continue the finalization of the MIO received on December 8, 1999.

APPROVALS

1/27/00

James P. Zale Date
Satellite Office Director

Marilyn K. Edge 2/14/00

Marilyn Edge Date
Acting Director of Operations
DEC

2-2-00

Frank Malone Date
MF Office of Portfolio
Management

2/1/200

Edward Hinsberger Date
MF HUB Director, Chicago

2-16-00

Edward Kraus Date
Director, DEC

(separate page - stays in our office)

5vs5:Enf/Batchelor

CONCURRENCES:

| EC Analyst | Team Leader | Attorney | Lead Attorney |
| --- | --- | --- | --- |
| Ms. Freddie C. Batchelor | Joan Kening | Maria Baguio | Gregory Gustin |
| Initials: | Initials: | Initials: | Initials: |
| Date: 6-27-00 | Date: 1/27/00 | Date: 1/28/00 | Date: 1/28/00 |

cc: MF HUB

Program Center (only if appropriate)
Green File
EC Analyst
Imaging File - Enforcement Folder

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 048

Back To REMS

# Tracking Item Date Detail

800040489. South Pointe Towers
**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

Tracking Item: Final Team Report Sent to MFH for Concurrence

**Date:** 1/27/2000

Comments:

Tracking item date month tracking item date day tracking item date year

D 1090

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 049

Back To REMS

# Tracking Item Date Detail

800040489. South Pointe Towers

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No

**Troubled Status:** Troubled **DEC Status:** Active

Tracking Item: MFH Concurs with the Final Team Report

**Date:** 2/1/2000

Comments:

Tracking item date month tracking item date day tracking item date year

D 1089