**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 050

Back To REMS

# Project Action Detail

800040489. South Pointe Towers
**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| | |
|---|---|
| **Action Entered Date:** | 02/02/2000 |
| **Action Type:** | |
| **Current Action:** | **MIO/HUB Prescribed Plan Received from Owner** |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 12-8-1999 |
| **Person/Role Responsible for Action:** | GWENDOLYN THOMAS - Role: PM |
| **Target Completion Date:** | 6-30-2000 |
| **Amended Target Date:** | -- |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 2-2-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**
2-2-2000 Gwen Thomas received project back from enforncement on 2/1/2000. MIO plan accepted by enforcement.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mont

D 1025

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 051

Back To REMS

# DEC Status History

**800040489. South Pointe Towers**

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| DEC Status Effective/Change Date | DEC Status | Update User Name |
|---|---|---|
| 02/06/2000 12:00 AM | Closed/Returned to Hub | JOAN KIENING |
| 02/16/2000 12:00 AM | Initial Report | System Generated |
| 02/16/2000 12:00 AM | Closed/Returned to Hub | System Generated |
| 09/07/1999 12:00 AM | Final Report | System Generated |

D 1083

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 052

# Management Review Questionnaire

U.S. Department of Housing and Urban Development
Office of Housing

**Project Information**

Project Number: IL06-E000-034
Project Name: South Pointe Towers
Project Address:
Section of the Act:
Total Units: 303

Project Status:
- Troubled ☒
- Potentially Troubled ☐
- Non-Troubled ☐

Mortgage Status:
- Insured ☐ HUD-Held ☐
- Current ☐ Current ☐
- Delinquent ☐ Delinquent ☐

**Owner Information**

Owner Name: P.M. One Equities

Owner Type:
- PM ☒
- LD ☐
- NP ☐

**Management Information**

Management Agent: P. M. One
Management Agent Contact: Marlene Dall
Management Agent Address: 1621 E. 55th Street Chgo. IL 60615
Management Agent Phone: (773)324-9010
Site Manager: Angela McNair
Site Phone: (773)

Name and Title of Person Accompanying Reviewer:
Angela McNair, Manager

**Subsidy Information**

Type: IL06-E000-034
- Section 8 Contract(s) ☒
- Rental Supplement ☐
- Rental Assistance Payment ☐

If Section 8:
Number of Contracts: 1
Contract Expiration Date(s): 9/30/2000

**Overall Rating of Project Operations**

- Above Average ☐
- Average ☐
- Below Average ☒
- Unsatisfactory ☐

A 2162

**Date of the Review:** March 13, 2000
**Date of the Report:**

**Signature, Name & Title of Reviewer:** [signature] Project Manager

**Signature, Name & Title of Approving Official** [signature: Debbie Gray]

Part A. Maintenance and Security. Review the most recent physical inspections in the file. Review Reserve for Replacement Releases to verify on-site. If necessary, request a new inspection. Review tenant complaints.

| | | | | |
|---|---|---|---|---|
| **Exterior Items** | | | | |
| 1. Is the exterior well-maintained and is the curb appeal acceptable? | | | ✓ | |
| 2. Are items such as, grounds, parking lot, and landscaping, etc., in acceptable condition? | | | ✓ | |
| 3. Is the project free of hazards such as, broken windows, light globes or seriously damaged exterior doors, etc.? | | | ✓ | |
| 4. Do roofs, gutters and downspouts appear to be in acceptable condition? | | | | Did Not go on Roof |
| **Interior Items** | | | | |
| 5. Are interior common areas (such as hallways, laundry room, management office, stairwells, etc.) in acceptable condition? | | | ✓ | Halls ways and Stair ways had graffiti on walls. Stair wells were dirty and smell of urin laundry Room had no smoke dector. |
| 6. Are subsidized units inspected at least annually? If not, how often? | | | | Per management yes. But it appears that management is not making necc. repairs |
| 7. Are inspection forms completed? | | ✓ | | Some are missing |
| 8. Is the condition of occupied units acceptable? | | | ✓ | |
| 9. Number of occupied units inspected. | | | | 3 |
| 10. Is the condition of vacant units acceptable? | | | ✓ | |
| 11. Number of vacant units inspected. | | | | 5 |
| 12. Excessive delay in preparing vacant vacant units? (Over 5 days.) | | | | (2) off line Flooring problems off line problems a Roof |
| 13. Number of buildings inspected. | | | | 1 |
| **Miscellaneous Items** | | | | |
| 14. Are elevators clean and in working condition? | | | ✓ | 1 Elevator Down, In process of Replacing. 2 has Functioning Problems |
| 15. Is the project free of obvious fire/safety/ health hazards or code violations? | | | ✓ | |
| 16. Are major systems (heating, air conditioning, plumbing, etc.) in acceptable working condition? | | | ✓ | Part of Hot water system was just replaced. Plumbing problems exist. |
| 17. Have Reserve for Replacement funds been used as approved by HUD? | ✓ | | | |
| 18. Have deficiencies noted in last inspection been corrected? | | | | Some |

A 2163

| | | | | |
|---|---|---|---|---|
| **If Physical Problems Are Noted, Complete the Following:**<br><br>a. Are work orders required and quickly acted upon? | | | ✓ | Back Logged |
| b. If there is a backlog of work orders, explain. | | ✓ | | lack of funds |
| c. Is there a preventive maintenance schedule and is it adhered to? | | ✓ | | There is a maintenance schedule, but it appears to be some deterred maintenance |
| **Security & Drug Free Housing**<br><br>19. Is the project free of security problems? If no, explain. | | | ✓ | Big problem with Drugs and gangs in area and Bildins |
| 20. Evidence of drug use/sale at the project? | | ✓ | | |
| 21. Overall Project Plan for Drug-Free Housing? | | | | They have hired off duty police where persons in violation can be arrested on spot. |

**Part B. Financial Management.** When possible, questions should be addressed to the individual responsible for the functions under review. A thorough review of all financial reports in the HUD office, including an analysis of the latest annual audited statement, should be completed prior to the field visit.

| | | | | |
|---|---|---|---|---|
| **Financial Management**<br><br>22. Review the Cash Disbursements Journal for the past 12 months. | ✓ | | | Project is non-insured Did not examine financial Books and Records |
| a. Any unusual disbursements? | ✓ | | | |
| b. Are there an unusual number of voided checks? | ✓ | | | |
| c. Are there any missing checks? | ✓ | | | |
| 23. Are rental receipts promptly deposited? | ✓ | | | |
| 24. Is there a written rent collection policy? | | ✓ | | |
| 25. Is policy uniformly applied? (Check rent collection cards.) | | ✓ | | |
| 26. Is an annual budget prepared? | | ✓ | | |
| 27. Are budget expenditures monitored? | | | | |
| 28. Has the owner/agent requested rent increases as needed? | | ✓ | | |
| 29. Determine procedures used to procure supplies and services. Is procurement competitive? | | | ✓ | |
| 30. Is the agent charging the HUD-approved rents (except deregulated projects)? | | ✓ | | |
| 31. As a result of this review, should monthly accounting reports be required? | ✓ | | | |

**Part C. Leasing and Occupancy.** Review any occupancy reviews conducted by a contract administrator. Review a reasonable amount of tenant files.

A 2164

| | | | | |
|---|---|---|---|---|
| **Leasing** | | | | |
| 32. Are required documents in the file? (For example, application, lease, 50059s, verification forms.) | | | ✓ | |
| 33. Are certifications and recertifications correctly completed? | | | ✓ | |
| 34. Are application rejections in writing? | | ✓ | | |
| 35. Is HUD-model lease used on subsidized projects? | | ✓ | | |
| 36. Are correct deposits being collected? | | | ✓ | |
| **Occupancy** | | | | |
| 37. Number of vacant units. | | | | 8 |
| 38. What is the vacancy rate? Is it excessive? | | | ✓ | |
| 39. List factors contributing to vacancies. | | | | Evictions |
| 40. Average turnaround time for vacant units. | | | | 60 to 120 days |
| 41. Is the marketing plan on file and is it being followed? Is it acceptable? | | ✓ | | |

**Part D. Tenant/Support Services. When assessing this section, the critical point is whether or not Management is aware of and sensitive to tenant concerns and is using the optimum resources available to address these concerns. Review tenant complaint files, interview staff and tenants.**

| | | | | |
|---|---|---|---|---|
| **Tenant/Support Services** | | | | |
| 42. Is there an active tenant organization? | | | ✓ | |
| 43. If yes, how often does management meet with the organization? | ✓ | | | |
| 44. Is there a resident greivance procedure? | | ✓ | | |
| 45. Is yes, how are appeals handled? | | | | Through Corporate management |
| 46. What actions has the owner or agent taken to encourage tenant input and organization? | | | | Resident Self-Sufficency Program |
| 47. If required, was a 504 plan filed? Is the plan being followed? | ✓ | | | |
| 48. Are Fair Housing requirements being met? (Check for signage, complaints.) | | ✓ | | |
| 49. What actions has the owner or agent taken to involve the property in the community? | | | | CAPS / Employment / Submitted Plans for Self-Sufficency. |
| 50. Should the project attempt to obtain: Service Coordinator? | | | ✓ | |
| Neighborhood Network? | | ✓ | | |
| Meals Program? | | | | |



A 2165

| Part E. General Management. Review the Management Certification form prior to conducting the review. Specify any deficiencies noted in reference to Question 55. | | | | |
|---|---|---|---|---|
| **General Management**<br><br>51. Does the property have property and liability insurance coverage in effect? | | | | unknown – non insured property |
| 52. Is the agent in compliance with the Management Certification? | | | | " " |
| 53. Does the property appear to have adequate management/leasing and maintenance staff? | | | ✓ | Not maintenance |
| 54. Is the owner actively involved in the project? Is yes, describe. | | | | unverifiable |
| 55. Are there any major deviations from policy, not otherwise indicated in this review? | | | ✓ | Not that I am aware of. |

A 2166

South Pointe Tower



1014



1014 (vacant)



1105 occupied



811 occupied

A 2177

South Pointe Tower









A 2178