# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: GWENDOLYN SMITH | | Unit No: 411 |
| | Previous tenant's move-out date: 04/16/1999 | Tenant's move-in date: 05/21/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 72.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 655.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 260.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 188.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 188.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 467.00 | |
| | 11. Enter cost to repair damage: | 307.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 307.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 307.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds As Agent For Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and Incomplete Documentation

HUD offical's name, signature, date: [signature] Project Manager 10-18-05

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4137

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract n: IL06E000034 |
|---|---|---|---|
| | Tenant name: DESHA MASON | | Unit No: 1702 |
| | Previous tenant's move-out date: 07/12/1999 | Tenant's move-in date: 07/29/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 97.00 | |
| | 2. Enter the interest you earned on the security deposit: | 2.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 99.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 701.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 343.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 244.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 244.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6:If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 457.00 | |
| | 11. Enter cost to repair damage: | 429.00 | |
| | 12. Enter the remaining amount of security deposit(line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 429.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 429.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___Claim approved.
___Claim adjusted. Reason:
✓ Claim denied. Reason: Missing and incomplete documentation

HUD official's name, signature, date: Carolyn McWalt Project Manager 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4138

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182 (11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: LATEAFA WEBB | | Unit No: 1908 |
| | Previous tenant's move-out date: 04/19/1999 | Tenant's move-in date: 05/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 89.00 | |
| | 2. Enter the interest you earned on the security deposit: | 2.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 91.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 636.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 387.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 296.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 296.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 340.00 | |
| | 11. Enter cost to repair damage: | 350.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 350.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 340.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Binds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason:
Missing and incomplete documentation

HUD offical's name, signature, date:
[signature] Project Mana[ger]
10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4139

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no. IL06R000034 |
| | Tenant name: CHRISTINA MOSS | | Unit No: 2204 |
| | Previous tenant's move-out date: 02/11/1999 | Tenant's move-in date: 04/16/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 89.00 | |
| | 2. Enter the interest you earned on the security deposit: | 2.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 91.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 636.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 188.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 97.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 97.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 539.00 | |
| | 11. Enter cost to repair damage: | 113.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7). This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12): This cannot be less than 0: | 113.00 | |
| | 14. ~~Enter~~ the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 113.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Brooks as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
✓ Claim denied. Reason:

Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn Walker, Proj Mgr 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4140

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| | | | |
|---|---|---|---|
| Project name: South Pointe Tower | | FHA project no: | Section 8 contract no: IL06R000034 |
| Tenant name: DUNCAN MCGEE | | | Unit No: 1306 |
| Previous tenant's move-out date: 04/14/1999 | | Tenant's move-in date: 07/22/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 148.00 | |
| | 2. Enter the interest you earned on the security deposit. | 4.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 152.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 575.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 929.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 777.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 575.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 0.00 | |
| | 11. Enter cost to repair damage: | 530.00 | |
| | 12. Enter the remaining amount of security deposit(line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 530.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds As Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: [signature], Project Manager 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4141

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06R000034 |
|---|---|---|
| Tenant name: TIFFANY BATTS | | Unit No: 2110 |
| Previous tenant's move-out date: 04/30/1999 | Tenant's move-in date: 12/21/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.44 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 72.44 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 575.56 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 633.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 560.56 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 560.56 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 15.00 | |
| | 11. Enter cost to repair damage: | 400.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 400.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 15.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Binds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD official's name, signature, date: Carolyn McDaniel, Project M[anager] 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4142

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6.

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |

| Tenant name: | Unit No: |
|---|---|
| KENNETH WALKER | 410 |

| Previous tenant's move-out date: | Tenant's move-in date: |
|---|---|
| 07/01/1999 | 07/23/1999 |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 151.00 | |
| | 2. Enter the interest you earned on the security deposit: | 3.96 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 154.96 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 493.04 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 408.20 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 253.24 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 253.24 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 239.80 | |
| | 11. Enter cost to repair damage: | 50.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7). This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 50.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 50.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds As Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: [signature] Project Mgr 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4143

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | |
|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: / Section 8 contract no: IL06R000034 |
| | Tenant name: KYLE HARDAWAY | Unit No: 2011 |
| | Previous tenant's move-out date: 03/31/1999 | Tenant's move-in date: 07/23/1999 |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected. Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 201.00 | |
| | 2. Enter the interest you earned on the security deposit: | 4.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 205.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 522.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 1,237.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 1,032.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 522.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 0.00 | |
| | 11. Enter cost to repair damage: | 0.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 0.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved
__ Claim adjusted. Reason:
X Claim denied. Reason:
Missing & incomplete documentation

HUD offical's name, signature, date:
Carolyn Wilke Project Man
10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4144

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
|---|---|---|
| Tenant name: TESSIE EASON | | Unit No: 6427 |
| Previous tenant's move-out date: 05/07/1999 | Tenant's move-in date: 06/18/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 88.00 | |
| | 2. Enter the interest you earned on the security deposit: | 2.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 90.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 799.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 709.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 72.53 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 709.00 | |
| | 11. Enter cost to repair damage: | 50.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 17.47 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 32.53 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 32.53 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Byrds as Agent for Duree

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:

___ Claim approved.

✓ Claim adjusted. Reason:

___ Claim denied. Reason:

Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn M. Wilkins, Project Manager 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4145

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.1, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract n IL06R000034 |
|---|---|---|---|
| | Tenant name: TRACYE JOHNSON | | Unit No: 512 |
| | Previous tenant's move-out date: 06/04/1999 | Tenant's move-in date: 07/23/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning: If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 86.00 | |
| | 2. Enter the interest you earned on the security deposit: | 3.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 89.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 638.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 507.45 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 418.45 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 418.45 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 219.55 | |
| | 11. Enter cost to repair damage: | 75.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 75.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 75.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn Wilk, Project Man[ager]
10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4146

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182 (11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |
| Tenant name: | | Unit No: |
| CHARLENE LOWE | | 701 |
| Previous tenant's move-out date: | Tenant's move-in date: | |
| 04/30/1999 | 05/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 97.00 | |
| | 2. Enter the interest you earned on the security deposit: | 3.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 100.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 700.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 415.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 315.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 315.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 385.00 | |
| | 11. Enter cost to repair damage: | 50.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 50.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 50.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Boyds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing Incomplete Documentation

Carol M. Wal... Project Manager 10-18

HUD offical's name, signature, date:

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4147

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6.

| | |
|---|---|
| Project name: South Pointe Tower | FHA project no: / Section 8 contract no: IL06E000034 |
| Tenant name: DELORES LYONS | Unit No: 1104 |
| Previous tenant's move-out date: 06/01/1999 | Tenant's move-in date: 07/20/1999 |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 159.00 | |
| | 2. Enter the interest you earned on the security deposit: | 3.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 162.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability);If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 565.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 25.68 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6:If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 565.00 | |
| | 11. Enter cost to repair damage: | 300.00 | |
| | 12. Enter the remaining amount of security deposit(line 4 minus line 7) This cannot be less than 0: | 136.32 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 163.68 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 163.68 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-6b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: [signature], Project Mgr 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4148

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |
| Tenant name: JOANN NEAL | | Unit No: 1204 |
| Previous tenant's move-out date: 02/11/1999 | Tenant's move-in date: 05/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 89.00 | |
| | 2. Enter the interest you earned on the security deposit: | 2.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 91.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 636.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 195.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 104.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 104.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 532.00 | |
| | 11. Enter cost to repair damage: | 67.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 67.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 67.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason:
Missing & incomplete documentation

HUD offical's name, signature, date: Candy McWalker, Project Manager 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4149

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: DEANNA CARTER | | Unit No: 1004 |
| | Previous tenant's move-out date: 01/08/1999 | Tenant's move-in date: 01/28/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 61.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.04 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 62.04 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 664.96 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 546.27 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 484.23 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 484.23 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 180.73 | |
| | 11. Enter cost to repair damage: | 0.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 0.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bynds as Agent

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:

__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing & incomplete Documentation

HUD offical's name, signature, date: [signature] 10-18-00 Project Manager

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4150

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6. | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: YOLANDA WILLIAMS | | Unit No: 1106 |
| | Previous tenant's move-out date: 04/15/1999 | Tenant's move-in date: 06/04/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 49.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 50.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 598.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 405.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 355.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 355.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages: | 243.00 | |
| | 11. Enter cost to repair damage: | 396.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 396.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 243.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn Walker, Project Mang. 10-18-02

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4151