# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no |
|---|---|---|
| South Pointe Tower | | IL06R000034 |
| Tenant name: | | Unit No: |
| LUXORA HOWARD-HALL | | 1102 |
| Previous tenant's move-out date: 01/31/1999 | Tenant's move-in date: 05/21/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 172.00 | |
| | 2. Enter the interest you earned on the security deposit: | 5.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 177.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 623.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 536.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 359.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 359.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 264.00 | |
| | 11. Enter cost to repair damage: | 0.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 0.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: [signature]

Owner's signature: Angela Brooks, as Agent for Owner

Date: 3/31/00

HUD Field Office Review:

__ Claim approved.

__ Claim adjusted. Reason:

X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Cindy M. Walker, Project M 10-18-02

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4152

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: LOUSIE MOE | | Unit No: 909 |
| | Previous tenant's move-out date: 02/01/1999 | Tenant's move-in date: 04/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 50.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.10 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 51.10 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 596.90 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 223.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 171.90 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 171.90 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 425.00 | |
| | 11. Enter cost to repair damage: | 0.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 0.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete Docum

HUD offical's name, signature, date: [signature], Project Man
10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4153

# Section 8 Special Claims for Regular Vacancies

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182 (11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

Project name: South Pointe Tower
Tenant name: TRACY COBBS
FHA project no:
Section 8 contract no: IL06E000034
Unit No: 2206

Part A: (applies to the following) 880: Section 8 New Construction; 881: Substantial Rehabilitation; 884: 515 Farmers Home; 885: Elderly Housing; 886: LMSA Subpart A

| 1. Tenant's move-out date | 2. No. days taken to clean/repair unit | 3. Date unit ready for occupancy | 4. Date unit ready for occup. +60days | 5. Date unit was re-rented | 6. No. of days vacant (Not to exceed 60. Include day in line 3, but not day in line 5) |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| 7. Enter daily contract rent: (Divide contract rent in effect on move-out date by 30.) | |
| 8. Multiply lines 6 and 7 & enter (Contract rent for days vacant): | |
| 9. Multiply lines 8 by 0.80 & enter (This is most HUD will pay): | |
| 10. Enter amounts paid by other sources: (Security deposit, Title I, etc.) | |
| 11. Subtract line 10 from line 8 & enter: | |
| 12. Compare line 9 with line 11 & enter lesser amount: Enter in column 6 on HUD 52670-A Part 2. | |

Part B: (applies to) 886: Property Disposition Subpart C

| 13. Tenant's move-out date: | 14. No. days taken to clean/repair unit: | 15. Date unit ready for occupancy: | 16. Last day of mo. (or day before movein if in same month) | 17. Number of days vacant in first month: (Line 16 minus line 15, plus one day. Not to exceed 30.) |
|---|---|---|---|---|
| 03/23/1999 | 9 | 04/01/1999 | 04/15/1999 | 15 |

| | | |
|---|---|---|
| 18. Enter daily assistance payment: (Divide assistance payment in effect on move-out date by 30.) | 11.60 | |
| 19. Multiply lines 17 by line 18 & enter: This is the most HUD will pay for the first month. If vacancy continues for a second month, continue with line 20. However, if a new tenant moved in the same month as the previous tenant moved out, skip to line 25. | | 174.00 |
| 20. Day of second month the unit was rented: | | |
| 21. Subtract one (1) day from line 20 & enter: (Or enter 30 if the unit was not re-rented.) | | |
| 22. Enter daily contract rent: (Divide contract rent in effect on move-out by 30.) | | |
| 23. Multiply line 21 by line 22 & enter: | | |
| 24. Multiply line 23 by 0.80 & enter: This is the most HUD will pay for the second month. | | |
| 25. Add lines 19 & 24 & enter: | | |
| 26. Enter amounts paid by other sources: (Security deposit, Title I, etc.) | | 0.00 |
| 27. Subtract line 26 from 25 & enter: Enter in Column 6 on HUD 52670-A Part 2. | | 174.00 |

I certify: (a) Units are in decent, safe, and sanitary condition, and are available for occupancy during the vacancy period in which the payments are claimed. (b) The Owner/Agent did not cause the vacancy by violating the lease, the contract, or any applicable law. (c) I notified HUD or the contract administrator immediately upon learning of the vacancy, or prospective vacancy, and the reasons for it. (d) I complied with all HUD requirements on termination of tenancy (Chapter 4, Section 5 of 4350.3 Handbook) if the vacancy was caused by an eviction. (e) All documentation will be retained in the project's file for 3 years. (f) I complied with paragraphs 6-23 B., C., D. of HUD Handbook 4350.3 Change 15.

Owner's printed name: ____________

Owner's signature: ____________

Date: ____________

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18. U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

HUD Field Office Review:
Claim approved
Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD official's name, signature, date:
[signature], Project Manager
10-18-00

form HUD-52671B (6/91)

8 4154

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |
| Tenant name: | | Unit No: |
| LATONYA HENRY | | 406 |
| Previous tenant's move-out date: 04/30/1999 | Tenant's move-in date: 05/14/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 72.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 576.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 281.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 209.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 209.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 367.00 | |
| | 11. Enter cost to repair damage: | 70.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 70.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 70.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-6b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Binds As Agent for Owner

Owner's signature: [signature]

Date: 8/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted: Reason:
✓ Claim denied. Reason: Missing or incomplete documentation

HUD offical's name, signature, date: [signature], Project Manager 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4155

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |
| Tenant name: DANIELLE PATTERSON | | Unit No. 804 |
| Previous tenant's move-out date: 05/25/1999 | Tenant's move-in date: 07/26/1999 | |

| | | | |
|---|---|---|---|
| Total Amount Collected from tenant | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 187.00 | |
| | 2. Enter the interest you earned on the security deposit: | 6.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 193.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 534.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 749.60 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 556.60 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 534.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 0.00 | |
| | 11. Enter cost to repair damage: | 100.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 100.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 0.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn M. Wade Project M. 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4156

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| | | | |
|---|---|---|---|
| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| | Tenant name: YOLANDA DIXSON | | Unit No: 613 |
| | Previous tenant's move-out date: 02/01/1999 | Tenant's move-in date: 05/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 87.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.90 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 88.90 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 711.10 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 0.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 711.10 | |
| | 11. Enter cost to repair damage: | 166.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 88.90 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 77.10 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 77.10 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing & incomplete documentation

HUD offical's name, signature, date: Cindy Walsh, Proj Mgr 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4157

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| | | |
|---|---|---|
| Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
| Tenant name: CHERYL BROWN | | Unit No: 1501 |
| Previous tenant's move-out date: 07/22/1999 | Tenant's move-in date: 07/27/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 50.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.31 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 51.31 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 748.69 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 728.62 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 677.31 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 677.31 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 71.38 | |
| | 11. Enter cost to repair damage: | 100.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 100.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 71.38 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Byrnes, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing or incomplete documentation

HUD offical's name, signature, date: Carolyn M. Walker, Project Mgr 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4158

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/9:

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract r: IL06E000034 |
|---|---|---|---|
| | Tenant name: BEVERLY REDMOND | | Unit No: 1310 |
| | Previous tenant's move-out date: 02/11/1999 | Tenant's move-in date: 05/01/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 0.75 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 71.75 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 576.25 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 29.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 576.25 | |
| | 11. Enter cost to repair damage: | 83.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 42.75 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 40.25 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 40.25 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing & incomplete documentation

HUD offical's name, signature, date: Carolyn M. Walker ... 10/18/00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4159

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

| Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6 | Project name: South Pointe Tower | FHA project no: | Section 8 contract no: IL06E000034 |
|---|---|---|---|
| | Tenant name: NASHONDA TOLLIVER | | Unit No: 2209 |
| | Previous tenant's move-out date: 05/25/1999 | Tenant's move-in date: 07/29/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 50.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected, Add lines 1-3: | 51.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 648.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum: You cannot file a claim for unpaid rent or damages. | 597.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | ~~266.62~~ 216.62 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 215.62 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 215.62 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6:If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 381.38 | |
| | 11. Enter cost to repair damage: | 20.00 | |
| | 12. Enter the remaining amount of security deposit(line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 20.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 20.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-6b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:

___Claim approved.

___Claim adjusted. Reason:

X Claim denied. Reason: Missing & incomplete documentation

HUD offical's name, signature, date: [signature], [illegible] 10/18/00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4160

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/9

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

Project name: South Pointe Tower | FHA project no: | Section 8 contract: IL06E000034

Tenant name: PORTIA SMITH | Unit No: 401

Previous tenant's move-out date: 04/30/1999 | Tenant's move-in date: 05/28/1999

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 206.00 | |
| | 2. Enter the interest you earned on the security deposit: | 5.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected: Add lines 1-3: | 211.00 | |
| HUD's Maximum liablility | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 589.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 186.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 0.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 0.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 589.00 | |
| | 11. Enter cost to repair damage: | 100.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 25.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12). This cannot be less than 0: | 75.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 75.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-6b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds, As Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__ Claim approved.
__ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn [signature] 10-18-00

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4161

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/9

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

Project name: South Pointe Tower | FHA project no: | Section 8 contract: IL06E000034

Tenant name: DEBRA RICHARDSON | Unit No: 1814

Previous tenant's move-out date: 04/27/1999 | Tenant's move-in date: 05/01/1999

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 97.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 98.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 800.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability):If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 702.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 108.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 10.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 10.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 692.00 | |
| | 11. Enter cost to repair damage: | 300.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 300.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 300.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bridges, as Agent for Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
___ Claim approved.
___ Claim adjusted. Reason:
X Claim denied. Reason: Missing and incomplete documentation

HUD offical's name, signature, date: Carolyn [signature], [illegible] 10/18/00.

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4162

# Section 8 Special Claims for Unpaid Rent/Damages

U.S. Department of Housing and Urban Development
Office of Housing

OMB Approval No. 2502-0182(11/30/93)

Public reporting burden for this collection of information is estimated to average 0.3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Reports Management Officer, Office of Information Policies and Systems, U.S. Department of Housing and Urban Development, Washington, D.C. 20410-3600 and to the Office of Management and Budget, Paperwork Reduction Project (2502-0182), Washington, D.C. 20503.

Instructions: Follow guidelines in HUD Handbook 4350.3, Chapter 6

| Project name: | FHA project no: | Section 8 contract no: |
|---|---|---|
| South Pointe Tower | | IL06E000034 |
| Tenant name: GWENDOLYN SMITH | | Unit No: 411 |
| Previous tenant's move-out date: 04/16/1999 | Tenant's move-in date: 05/21/1999 | |

| | | | |
|---|---|---|---|
| Total Amount collected from tenant: | 1. Enter the security deposit you collected: Warning-If you did not not collect the required security deposit from the tenant that caused this claim, stop! You cannot file a special claim. | 71.00 | |
| | 2. Enter the interest you earned on the security deposit: | 1.00 | |
| | 3. Enter the money you collected for unpaid rents & damages: | 0.00 | |
| | 4. Total amount collected. Add lines 1-3: | 72.00 | |
| HUD's Maximum liability | 5. Enter monthly contract rent at move-out date: | 727.00 | |
| | 6. Subtract line 4 from line 5 (equals maximum HUD liability): If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for unpaid rent or damages. | 655.00 | |
| Unpaid rent claim | 7. Enter rent charged but unpaid at move-out: | 260.00 | |
| | 8. Subtract line 4 from line 7 and enter (not less than 0): | 188.00 | |
| | 9. Enter the lesser of lines 6&8: Also, enter in column 3 on HUD 52670-A, Part 2. | | 188.00 |
| HUD's remaining liability applicable to damages | 10. Subtract line 9 from line 6: If this amount is 0 or negative, stop! You have exceeded HUD's maximum. You cannot file a claim for damages. | 467.00 | |
| | 11. Enter cost to repair damage: | 307.00 | |
| | 12. Enter the remaining amount of security deposit (line 4 minus line 7) This cannot be less than 0: | 0.00 | |
| | 13. Amount of damage exceeding the remaining security deposit (line 11 minus line 12) This cannot be less than 0: | 307.00 | |
| | 14. Enter the lesser of lines 10 & 13: Also, enter in column 4 on HUD 52670-A, Part 2. | | 307.00 |

I certify: (a) I collected the appropriate security deposit according to Chapter 4, Section 2, page 4-4, paragraph 4-8b(2) and (3). (b) I billed tenants for unpaid rent or damages and took all reasonable steps to collect the debt. (c) I determined the damage claim was due to the tenant's negligence or abuse. (d) All documentation will be retained in the project's file for 3 years.

Owner's printed name: Angela Bonds As Agent For Owner

Owner's signature: [signature]

Date: 3/31/00

HUD Field Office Review:
__Claim approved.
__Claim adjusted. Reason:
X Claim denied. Reason: Missing and Incorrect Documentation

HUD offical's name, signature, date: Carolyn [illegible], Project Mana 10-18-02

HUD will prosecute false claims & statements. Conviction may result in criminal and/or civil penalties (18 U.S.C. Sections 1001, 1010, 1012; 31 U.S.C. Sections 3729, 3802).

form HUD-52671-A (6/91)

B 4163