PM ONE, LTD.

First in Property Management

June 7, 2000

Ms. Gwendolyn Thomas, Project Management
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kiening:

This is the update to the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of May 31, 2000.

The status update and work in progress are as follows:

| Site | Observation | Status |
|---|---|---|
| Fencing and Retaining Walls | Damaged/Falling/Leaning | Completed May 30, 2000. |
| Lighting | Broken Fixtures | Completed May and June 1999. |
| Mailboxes/Project Signs | Mailbox Missing/Damaged | Complete mailbox system replacement 12/8/99. |
| Market Appeal | Graffiti | Corrected 4/29/99 by in-house staff. This is an ongoing process and it is now much reduced. |
| Parking Lots/Driveways | Cracks | Corrected August 99. |

EXHIBIT 4

1621 E. 55th Street • Chicago, IL 60615
773-324-9010 • Fax 773-324-9082 • www.pmone.com

Page 2
Gwendolyn Thomas Cont.
June 7, 2000

**Building 1 - Building Exterior**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks Damaged Surface, Holes/Paint | Repairs made in February, May, July, August and September 1999. |
| Windows | Broken/Missing/Crack Panes/Damaged Screens | Repairs made June, July, August and October 1999. |

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed and the completion date for 3rd elevator is July 15, 2000. |
| Fire Protection | Missing/Damaged/Expired | Repaired in April and June 1999. Complete replacement in October 1999. See exhibits 36 thru 48. Ongoing repairs due to vandalism. |
| Halls/Corridors/Stairs | Ceiling Damaged | Ceiling repaired by in-house staff in May 1999. |
| | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. |
| | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |

| | | |
|---|---|---|
| Laundry Room | Floors Damaged | Floors repaired by in-house staff in April 1999. |
| | Walls Damaged | Walls repaired by in-house staff in April 1999. |
| Trash Collection Areas | Chutes Damaged/ Missing Components | Chutes completely replaced in May 1999. |
| **<u>Building 1 - Unit 1110</u>** | | |
| Doors | Missing Door | Door replaced in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit repaired and painted. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1- Unit 1112</u>** | | |
| Doors | Damaged Hardware/Locks | Knobs replaced in May 1999 by in-house staff. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| **<u>Building 1 - Unit 1206</u>** | | |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1 - Unit 1302</u>** | | |
| Doors | Missing Door | Doors replaced by in-house in May 1999. |
| Floors | Holes/Missing Tiles | Tile replaced by in-house in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repairs made by in-house in May 1999. |
| | Range/Stove | Repairs made by in-house in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1 - Unit 1402</u>** | | |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Countertops/Cabinets Missing | Repaired by in-house staff in May 1999. |

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim<br>Peeling/Needs Paint | Scheduled for painting in June 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting June 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Page 6
Gwendolyn Thomas Cont.
June 7, 2000

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in July 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Range/Stove Damaged | Stove repaired in May 1999 by in-house staff. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Bathroom | Shower/Tub- Damaged/ Missing | Shower repaired in July 1999. |
| Ceiling | Peeling/Needs Painting | Schedule for painting in July 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Damaged/Deteriorated Trim Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Ceiling | Holes/Missing tiles/Panels | Repairs completed March 2000. |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Scheduled for painting July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 409**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit painted in May of 1999. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 410**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |

**Building 1- Unit 501**

| | | |
|---|---|---|
| Bathroom | Plumbing/Clogged drains | Drain repaired by in-hose staffing in April 1999. |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

Page 9
Gwendolyn Thomas Cont.
June 7, 2000

**Building 1 - Unit 501 - Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled Through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Doors | Damaged Hardware/ Locks Damaged Surface (Holes/paint | Repairs were completed by in-house staff in May 1999. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in July 2000. |

| | | |
|---|---|---|
| Doors | Damaged surface (Holes/Paint) | Doors were replaced by in-house staff in June 1999. |
| Kitchen | Plumbing -Clogged Drains | Repaired by in-house in April 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in July 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1- Unit 6417</u>** | | |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Lighting | Missing/Inoperable Fixture | Repaired by in-house staff in May of 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |
| **<u>Building 1 -Unit 6423</u>** | | |
| Bathroom | Plumbing- Clogged Drains<br>Shower/Tub- Damaged<br>Water Closet- Damaged | Unit repaired by in-house staff in May 1999. |
| Ceiling | Peeling/Needs Painting<br>Water stains / Water damage /Mold. | Scheduled for painting in July 2000. |
| Electrical System | Missing Covers | Cover replaced by outside contractor in May 1999. |

| | | |
|---|---|---|
| Kitchen | Range /Stove Missing damaged | Repaired by in-house staff in 1999. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. |
| Windows | Cracked/Broken/ Missing panes. | Windows repaired in May of 1999. |
| **Building 1 Unit 703** | | |
| Doors | Missing doors | Replaced by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |
| **Building 1 Unit 704** | | |
| Doors | Damaged Hardware/Locks | Locks replaced by in-house staff in June 1999. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |
| Windows | Deteriorated/ Missing Caulk Screens missing damaged | Repaired by in-house staff on May 1999. |
| **Building 1- Unit 709** | | |
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Floors | Floor Covering damaged | Repaired by in-house staff May 1999. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing- leaking Faucet/Pipe- Range/Stove -Missing Damaged/ sink- Damaged Missing. | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in July of 2000. |

**Building 1 -Unit 714**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Doors | Damage hardware/Locks Missing | Repaired by in-house staff May 1999. |
| Kitchen | Counter tops/Cabinets Missing | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit Scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 809**

| | | |
|---|---|---|
| Bathroom | Shower/Tub Damaged /Missing | Repaired by in-house staff May 1999. |
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |

| | | |
|---|---|---|
| Kitchen | Counter tops/Cabinets Missing/Plumbing-Clogged Drains | Repaired by in-house staff in May 1999. |
| Smoke Detector | Inoperable | Battery removed by tenant. It was replaced 4/28/99. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Freddie Batchelor, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago