U.S. Department of Housing and Urban Development

Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

JUN 16 2000

Mr. John Hayes, Partner
P.M. Equities, Inc.
8137 W. Grand River
Brighton, Michigan 48116-9392

Dear Mr. Hayes:

SUBJECT: Occupancy Review-2000
South Pointe Tower Apartments
Contract No. IL06-E000-034

On March 14, 2000, Gwendolyn Thomas, Project Manager conducted an on-site review of the subject project's operating procedures. The scope and findings of the review are detailed in the enclosed management review report. These findings were discussed at the close out session which was attended by Angela McNair, Site Manager and Carl Sander, Property Supervisor. We apologize for the delay in transmitting these findings.

The report reflects an overall **BELOW AVERAGE** rating. This rating is attributable to:

Violations of equal housings laws, serious violations of the project's Housing Assistance Payment Contract (HAP) and failure to properly recertify tenants. Also, policies and procedures which are lacking, thus resulting in frequent findings and general failure to comply with HUD's requirements.

If you desire to appeal this report, you must do so within thirty (30) days of this letter and you must provide sufficient documentation to show that the exception/ratings noted in this report are in error. You will be informed or our final determination concerning the rating as soon as possible.

If you do not appeal this rating, we must still have your written response to the findings noted in the report within thirty (30) days of this letter. In your response, you must explain in detail any corrective measure planned underway, or completed. We will schedule appropriate follow-up efforts.

The Department does not allow management to continue at this level of performance. Failure to perform the necessary corrections will result in removal of the agent and denial of future participation in HUD's programs.

A 2167

This office encourages you to review your contracting and purchasing practices in order to give maximum consideration to minority enterprises when buying supplies, or contracting for repairs and services. One source of qualified minority business is the Small Business Administration's Section 8a contractors' list.

We appreciate the time and cooperation extended during the review and thank you for your participation in HUD's Programs. If you have any questions, please contact Gwendolyn Thomas, Project Manager, at (312) 353-6236 Ext. 2246.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

A 2168

SCHEDULE OF FINDINGS
South Pointe Towers Apartments
Contract No. IL06-E000-034
March 14, 2000

Part A Maintenance and Security

Exterior Items

Finding 1:

During our review it was noted that there were a number of torn and missing screens. It was stated by management, that the cause was due to vandalism by the residents and bad weather conditions. This is a security, health and safety risk to the residents. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

Corrective Action:

All screens must be repaired immediately. Owner/Management must provide our office with written confirmation that this repair has been completed.

Finding No. 2:

During the review it was noted that the landscaping and grounds were in poor condition. This finding is in result of high traffic, loitering and deferred maintenance. This gives the property poor curb appeal. Your HAP Contract and the Code of Federal Regulations, requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

Interior Items

Finding 1:

The stairwells had graffiti on the walls, the floors were dirty and some of them smelled of urine. There were a number of exit signs in the hall areas broken and graffiti written on the walls. This finding is a result of continuous vandalism and deferred maintenance. This is a health & safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

A 2169

Corrective Action:

Management must following the maintenance schedule in place daily to ensure that the stairwells are cleaned on a daily basis. Also, we suggest that the security, monitors the halls more often to reduce the vandalism of the exit signs and the graffiti on the walls.

Finding 2:

The laundry room does not have a smoke detector and is missing floor tiles. This finding is due to deferred maintenance and normal wear and tear. This is a health and safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

Corrective Action:

Owner/Management must provide our office with a written documentation certifying that this work has been completed.

Finding 3:

Unit inspections were conducted at the time of the review. Some of the conditions cited are caused by deferred maintenance. Listed below are the detailed violations cited on the units.

1. Infestation problems, tenants stated that they have mice.

2. Water damage and peeling paint in bathroom showers.

3. Units needs redecorating.

4. Broken or cracked floor tiles.

3. No, tub stoppers, shower knobs, overflow covers.

4. Dry rotted kitchen cabinets.

5. Torn or missing screens.

6. Loose or missing baseboards with holes in the walls.

7. Water damage in closet ceilings.

A-2170

8. Poor housekeeping.

9. Rust in bathtubs

10. Missing ceramic tiles around bathtubs.

This finding is in result of deferred maintenance and inadequate monitoring of housekeeping through periodic unit inspections (see enclosed pictures). Also, because there is a infestation problem, this is an indication that either a new contractor be hired or alternative methods be used. The Housing Assistance Payment Contract, states " The Owner warrants that the rental units to be leased under the terms of this contract are in decent, safe and sanitary condition, as defined by HUD."

Corrective Action:

Owner/Management must provide our office with documentation showing that of all deficiencies have been repaired. In addition, you must provide our office with a copy of your paint cycle for the units and documentation showing that you have changed exterminating procedures to rectify the infestation problem.

A 2171

**Miscellaneous Items**

**Finding 1:**

The elevators are not working and/or not working properly. During our review the elevator dropped three floors and skipped several floors while HUD and management staff were on it. Also, we waited approximately twenty (20) minutes for an elevator. This finding is a result of normal wear and tear and deferred maintenance. Because this building is a 22 story high rise this is a serious health and safety risk to the residents. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Although the elevator repair contractor was out at the building the day of the review, the working elevators were not functioning properly. Repairs to the elevators must be completed immediately. Please provide our office with confirmation when the repairs have been completed.

**Finding No. 2**

The main garbage room was dirty and the dumpsite inside and outside was overflowing with garbage. It was stated by management that the sanitation company had not arrived to empty the outside dumpsite, therefore the inside dumpsite could not go out. This is a health and safety risk and contributes to the infestation problem in the building. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

**Corrective Action:**

Management must provide our office with a corrective plan to address the sanitation problem to reduce the garbage. Because of there are 303 families in this 22 story building, we suggest that you start a recycle program and get larger garbage dumpsites. You can contact the city of Chicago streets and sanitation on how to start one.

A 2172

Security and Drug Free Housing

Finding No. 1:

The property has a drug and security problems. The drug problem is due to the area being drug infested, some of the residents are involved with drugs, large amount of traffic and the security problem. These problems put the residents at safety risk. Your HAP Contract and the Code of Federal Regulations, Section 886.113 requires that the Owners shall maintain the premises in Decent, Safe and Sanitary Conditions.

Corrective Action:

Owner/management must continue to work with the CAPS programs and provide our office with documentation of other methods of curing the drug problems. We suggested that you apply for the upcoming Drug Elimination and New Approach Anti-Drug Grants, which can assist you in your fight against Drugs.

Financial Management

No findings noted.

A 2173

Leasing and Occupancy

Findings:

The section 8 tenant files that were reviewed had the following findings:

1. No third party verification of income, medical allowances and assets.

2. Incomplete or no declarations of citizenship.

3. No move-in inspections in the files.

4. No move-in/annual/periodic unit inspections being conducted..

5. Markisha Willis - Apt. 811 - over charged security deposit at move-in. Charged $110- should have been $71.

6. Tonja Knowles - Apt. 701 - over charged security deposit and incorrect calculation of income and rent.

6. Waiting list needs to be updated.

7. Missing verifications of Social Security Number.

These findings are due to the management agent not following the guidelines set forth in HUD Handbook 4350.3. The HAP contract requires that the Owner/management determine the rents in accordance with guidelines set fourth in HUD Handbook 4350.3.

Corrective Action:

Owner/Management must conduct an audit on all the tenant files to assure that all the findings has been corrected and regulations followed in accordance with HUD Handbook 4350.3.

At the next management review a portion of the resident files will be reviewed for completeness. Failure to comply will constitute a violation of the HAP contract and further action may be taken.

A 2174

**Tenant/Management Relations**

**Observation 1:**

There have been a number of telephone complaints alleging that Management staff is rude and unprofessional. Although tenant complaints can become complicated, Management and staff should be professional at all times. If the tenant becomes unprofessional with management, management has the rights to enforce HUD lease policies.

A 2175

General Management Practices

Observation 1:

Maintenance staff does not appear to be adequate for this size property. We suggest that you re-evaluate the number of maintenance staff to assure that the maintenance schedule can be followed completely on a daily basis.

A 2176