**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 059

PM ONE, LTD.

First in Property Management

July 27, 2000

Ms. Luella Kirkman, Project Manager
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

**Via Fax 312/353-9563**

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Kirkman:

Pursuant to our telephone conversation on Wednesday, July 26, 2000, this letter details the status of the items remaining on the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of July 27, 2000.

The status update and work in progress are as follows:

| **Site** | **Observation** | **Status** |
|---|---|---|

All site items have been completed.

**Building 1 - Building Exterior**

All items noted during the inspection have been completed. However, window screen's repair is an ongoing process due to damage and vandalism.

**Building 1 - Building Systems**



| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed and the completion date for the 3rd elevator is August 15, 2000. |
| Halls/Corridors/Stairs | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. |

1621 E. 55th Street • Chicago, IL 60615
773-324-9010 • Fax 773-324-9082 • www.pmone.com

Page 2
Luella Kirkman Cont.
July 27, 2000

**Building 1 - Unit 1110**

All repairs completed

**Building 1- Unit 1112**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1206**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1302**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim<br>Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting September. |

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting September 2000. |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit is scheduled for painting in August 2000. |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting October 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 409**

All items completed

**Building 1- Unit 410**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October of 2000. |

**Building 1- Unit 501**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in August 2000. |

| | | |
|---|---|---|
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit scheduled for painting in October 2000. |

**Building 1 - Unit 501 - Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October 2000. |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May 0f 1999. Unit scheduled for painting in October 2000. |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May 0f 1999. Unit scheduled for painting in October 2000. |

**Building 1- Unit 6417**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in September of 2000. |

**Building 1 -Unit 6423**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. |

**Building 1 Unit 703**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1 Unit 704**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1- Unit 709**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |

**Building 1 -Unit 714**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in November 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit is scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 809**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Gwendolyn Thomas, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago

Back To REMS

# Project Action Detail

800040489. South Pointe Towers

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No

**Troubled Status:** Troubled **DEC Status:** Active

---

| | |
|---|---|
| **Action Entered Date:** | 08/02/2000 |
| **Action Type:** | |
| **Current Action:** | **Other** |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 7-27-2000 |
| **Person/Role Responsible for Action:** | LILLYE R SIMMONS - Role: PA |
| **Target Completion Date:** | 7-27-2000 |
| **Amended Target Date:** | -- |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 8-2-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**

8/2/00-L. Simmons--Received update (7/27/00)on status of the corrective action plan repairs.

---

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1018

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 060

9/29/
file

G6

# COVER SHEET

## OWNER'S CHECKLIST FOR USE AT CONTRACT EX
## FISCAL YEAR 2000

*Directions: This format should be used by all Owners of projects with Section 8 contracts expiring in Fiscal Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

N 9/22/00

**Project Name:** South Pointe Tower Apartments
**Project Location:** 6425 S. Lowe Ave., Chicago, IL 60621

**FHA Project No.:** 071-55028
**Total Units in Project:** 303 **Total Section 8 Units in Project:** 303

**Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring:** *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**I hereby select the following Option:** *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ **OPTION 1 - Request Renewal Under Mark-Up-To-Market Procedures**
*Processing instructions are available in Attachment 4B.*

A 1891

Attachment 4- Rev

☑ **OPTION 2 - Request Renewal With Rents At or Below Comparable Market Rents And Without Restructuring**
*(Go to page 5 of this Attachment)*

_____ Initial Renewal

_✓_ Subsequent Renewal

I request a contract renewal for a __4__ years.

☐ **OPTION 3 - Request Referral to OMHAR for :**
Choose One *(Go to page 9 of this Attachment)*

_____ OPTION 3A - Reduction of Section 8 Rents to Comparable Market Rents without Restructuring (OMHAR-Lite)

_____ OPTION 3B - Restructure of the mortgage and reduction of Section 8 Rents to Comparable Market Rents

☐ **OPTION 4 - Request Renewal of the Contract for Projects Exempted From OMHAR**
*(Go to page 10 of this Attachment)*

I request a contract renewal for a _____ years/months term.

☐ **OPTION 5 - Portfolio Reengineering Demonstration and Preservation Contract Renewals**
*(Go to page 13 of this Attachment)*

I request a contract renewal for a _____ years/months term (for Demonstration projects only).

☐ **OPTION 6 - Opt-Out of the Section 8 Contract**
*(Go to page 16 of this Attachment)*

A 1892

Attachment 4-Rev

# COVER SHEET

## Owner's Checklist For Use At Contract Expiration
## Fiscal Year 2000

*Directions: This format should be used by all Owners of projects with Section 8 contracts expiring in Fiscal Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

**Project Name:** South Pointe Tower Apartments
**Project Location:** 6425 S. Lowe Ave., Chicago, IL 60621

**FHA Project No.:** 071-55028
**Total Units in Project:** 303 **Total Section 8 Units in Project:** 303

**Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring:** *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**I hereby select the following Option:** *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ **Option 1 - Request Renewal Under Mark-Up-To-Market Procedures**
*Processing instructions are available in Attachment 4B.*

A 1893

☑ **OPTION 2 -** **Request Renewal With Rents At or Below Comparable Market Rents And Without Restructuring**
*(Go to page 5 of this Attachment)*

_____ **Initial Renewal**

__✓__ **Subsequent Renewal**

**I request a contract renewal for a __4__ years.**

☐ **OPTION 3 -** **Request Referral to OMHAR for :**
Choose One *(Go to page 9 of this Attachment)*

_____ OPTION 3A - Reduction of Section 8 Rents to Comparable Market Rents without Restructuring (OMHAR-Lite)

_____ OPTION 3B - Restructure of the mortgage and reduction of Section 8 Rents to Comparable Market Rents

☐ **OPTION 4 -** **Request Renewal of the Contract for Projects Exempted From OMHAR**
*(Go to page 10 of this Attachment)*

**I request a contract renewal for a _____ years/months term.**

☐ **OPTION 5 -** **Portfolio Reengineering Demonstration and Preservation Contract Renewals**
*(Go to page 13 of this Attachment)*

**I request a contract renewal for a _____ years/months term** (for Demonstration projects only).

☐ **OPTION 6 -** **Opt-Out of the Section 8 Contract**
*(Go to page 16 of this Attachment)*

A 1894

# WORKSHEET FOR OPTION 2

**Requesting Renewal (Initial and Subsequent) of Contract**
**At or Below Comparable Market Rent**

*Owners should check one of the following Options:*

_____ INITIAL RENEWAL - I request an **initial renewal** of my contract without restructuring and am attaching a **Rent Comparability Study** (RCS) prepared in accordance with **Attachment 6.** The chart below reflects the results of the study and compares them to the expiring Section 8 units in my project;

*Begin calculations with Comparison Chart on the next page.*

***or***

✓ SUBSEQUENT RENEWAL - I request a **subsequent renewal** of my Section 8 contract without restructuring and:
*Owner should check ONE of the following:*

✓ I request that the contract rents be adjusted by the currently published OCAF and am submitting the OCAF Adjustment Worksheet.
Date of RCS (less than 5-years old): 5/16/2000

Comparable Rent Potential: $2,714,196 (from original RCS that included all Section 8 units)

Adjusted by an OCAF: 1.7% (currently published)

*New Comparable Market Rent Potential* : $2,760,337 2714196

_____ I request a budget-based rent adjustment and am including a budget and rent schedule completed in accordance with requirements of HUD Handbook 4350.1, Chapter 7 and **Attachment 8.**
Date of RCS (less than 5-years old): ______________

Comparable Rent Potential: __________ (from original RCS that included all Section 8 units)

Adjusted by an OCAF: __________ (currently published)

*New Comparable Market Rent Potential* :

Rent Potential Based on Attached Budget:

Page 952

A 1895

Attachment 4- Rev

*NOTE:* The rent potential based on the budget-based rent increase cannot be greater than the *New Comparable Market Rent Potential*

## Comparison of Section 8 and Market Rents

*for initial renewals only*

This information is for only those Section 8 units in the expiring contract or the other contracts/stages that you wish to combine with the expiring contract. For those RCSs that include Section 8 units that are not expiring in FY2000, only extract the information that is needed for rent calculations for the units of the contract(s)/stage(s) expiring in FY2000.

| (A) | (B) | (C) | (D) | (E) | (F) |
|---|---|---|---|---|---|
| UNIT TYPE AND CONTRACT AND/OR STAGE | # OF UNITS | CURRENT SECTION 8 CONTRACT RENTS | COMPS CORRELATED SUBJECT RENTS (HUD 92273) | CURRENT SECTION 8 RENT POTENTIAL (B x C) | COMPS CORRELATED SUBJECT RENT POTENTIAL (B x D) |
| 1 BEDROOM | 60 | 648 | 658 | 38,880 | 39,480 |
| 2 BEDROOM | 140 | 727 | 735 | 101,780 | 102,900 |
| 3 BEDROOM | 80 | 799 | 810 | 63,920 | 64,800 |
| 2 BEDROOM *(TH) | 17 | 800 | 809 | 13,600 | 13,753 |
| 3 BEDROOM *(TH) | 6 | 866 | 875 | 5,196 | 5,250 |
| *TOWNHOUSE | | | | | |

Compare the total Section 8 Rent Potential *(E)* with the total Comparable Market Rent Potential *(F)*: $223,376 < $226,183

*NOTE:* If the total of column *E* is greater than the total of Column *F*, an Owner may NOT renew under this Option. In addition, the total of Column *F* cannot be exceeded by any rent adjustments.

*Owners should check the appropriate statement(s):*

✓ a) Based on the RCS, the current contract rent potential of the project is **less than or equal to** the market rent potential of the comparable market rents. I understand that the initial renewal rents will be set at current rent adjusted by OCAF but not to exceed comparable market rents. I have included the required OCAF calculation worksheet; *or*

_____ b) Based on the RCS, the current contract rent potential is **less than or equal to** the market rent potential of the comparable market rents. I am submitting the required documentation for a budget-based rent increase in accordance with HUD Handbook 4350.1, Chapter 7 and Attachment 8. The attached budget reflects the projected costs for the 12 months covered by the renewal contract. I understand that the initial renewal rents will be set at current rent adjusted by the budget-based increase but not to exceed comparable market rents (total of Column *F* above).

***NOTE:*** ***OCAF or budget-based adjusted rents that result in project rents being renewed at market, are not required to enter into a five year contract renewal. However, Owners may elect to enter a five-year contract if they wish to do so.***

A 1896

Attachment 4- Rev

# Worksheet for OCAF Adjusted Rents

*for initial and subsequent renewals*

Enter information for only the Section 8 units in the project that are expiring in FY2000. When entering information please distinguish between similar units with different rents. For example, there are three contracts that have one bedroom units, each with a different rent. Enter this information as 1BR-a, 1 BR-b, etc. *If an Owner elects to combine the contracts into a single contract and there are units of the same bedroom type in the combined contracts, they should be combined into one rent level that will set the rent at an average that yields that same adjusted rent potential.*
*EXAMPLE: Total rent for combined contracts ÷ total # units = Average (# of units X rent = total rent)*

STEP 1: *Calculate Current Section 8 Rent Potential for Expiring Contracts*
*For initial renewals, copy the information from the comparison chart.*

| (A) Unit Type and Contract and/or Stage | (B) # of Units | (C) Current Section 8 Contract Rents | (D) Current Section 8 Rent Potential (B x C) |
|---|---|---|---|
| One bedroom | 60 | 648 | 38,880 |
| Two Bedroom | 140 | 727 | 101,780 |
| Three Bedroom | 80 | 799 | 63,920 |
| 2 bdrm *(TH) | 17 | 800 | 13,600 |
| 3 bdrm *(TH) | 6 | 866 | 5,196 |
| *Townhouse | | | |
| **Section 8 Contract Rent Potential for Expiring Contracts** (total of column *D*): | | | $223,376 |
| **(E) Annual Section 8 Rent Potential for Expiring Contracts** (total of Column *D* x 12): | | | $2,680,512 |

STEP 2: *Calculate Increase Factor Adjusted by OCAF for Expiring Contracts*

| | | |
|---|---|---|
| (F) | Total Annual Rent Potential for Section 8 Units NOT Expiring in FY2000 | 0 |
| (G) | Total Annual Rent Potential Non-Section 8 Units | 0 |
| (H) | Total Annual Project Rent Potential (E + F + G) | 2,680,512 |
| (I) | Expiring Section 8 Portion of Total Rent Potential (E ÷ H) | 0 |
| (J) | Total Annual Project Debt Service | 693,420 |
| (K) | Annual Expiring Section 8 Share of Debt Service (I x J) | 693,420 |
| (L) | Annual Expiring Section 8 Potential Less Expiring Section 8 Share of Debt Service (E-K) | 1,987,092 |
| (M) | Annual Expiring Section 8 Rent Potential Attributed to Operations Multiplied by Published OCAF (If OCAF is 2.3%, calculate as 1.023) (L x OCAF) | 2,020,873 |
| (N) | Adjusted Contract Rent Potential (K+M) | 2,714,293 |
| (O) | Lesser of (N) and the Annual Correlated Subject Rent Potential (Comps)* | 2,714,293 |

A 1897

Project Name: South Pointe Tower Apts., FHA Proj. #071-55028 01/11/00 5

Attachment 4- Rev

| (P) | INCREASE FACTOR (O ÷ E) | 1.0126 |
|---|---|---|

*Annual Correlated Subject Rent Potential: For Initial renewals, use total of Column *F* on the Comparison chart. For subsequent renewals, use OCAF adjusted RCS.

STEP 3: *Calculate OCAF Adjusted Contract Rent Potential for FY2000 Expiring Section 8 Contracts ONLY. As above, if there are units of the same bedroom type in the combined contracts/stages, they should be combined into one rent level that will set the rent at an average that yields that same rent potential.*

| (A) | (B) | (C1) | (C2) | (Q) | (R) |
|---|---|---|---|---|---|
| UNIT TYPE AND CONTRACT AND/OR STAGE | # UNITS | CURRENT CONTRACT RENTS | ANNUAL (C1 X 12) | OCAF ADJUSTED RENT (P X C2) *P = 1.0126* | ADJUSTED RENT POTENTIAL (Q X B) |
| One bedroom | 60 | 648 | 7,776 | 7,874 | 472,440 |
| Two bedroom | 140 | 727 | 8,724 | 8,834 | 1,236,760 |
| Three bedroom | 80 | 799 | 9,588 | 9,709 | 776,720 |
| 2 bdrm *(TH) | 17 | 800 | 9,600 | 9,720 | 165,235* |
| 3 bdrm *(TH) | 6 | 866 | 10,392 | 10,523 | 63,138 |
| *Townhouse | | | | | |
| | | | | | |
| | | | | | |

**(S) Annual Adjusted Rent Potential of the Expiring Contracts** (total of column *R*): $2,714,293

**I hereby certify that:**

**Rounding*

✓ neither I, nor any of my affiliates, are suspended or debarred; or

_____ I, or my affiliates, am/are suspended or debarred and am/are requesting a contract renewal subject to HUD approval.

**Warning:**

If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

**I certify that this information is true and complete.**

**Englewood Terrace, L.P. -- By: PM Group, Inc. G.P.**

**Owner's Name** John Hayes, President

**Owner's signature:** _______________ **Date** 7-27-00

A 1898