**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 061

PM GROUP

August 15, 2000

Ms. Luella Kirkman, Project Manager
Department of Housing and Urban Development
Illinois State Office
77 West Jackson Blvd., 23rd Floor
Chicago, IL 60604-3507

Re: Certification Letter
REAC Inspection Dated April 28, 1999
South Pointe Tower
FHA Project No: 071-55028

Dear Ms. Kirkman:

I certify that all of the deficiencies identified in the REAC inspection and those uncovered by me, upon a thorough review of all units of the subject property, have been completed in the enclosed Management Improvement & Operating (MIO) Plan update dated July 27, 2000.

Should you have any questions, please contact Mr. Carl Sanders, Property Manager, in our Chicago Office. He can be reached at (773) 324-9010, ext. 204.

Sincerely,

**THE P.M. GROUP, INC.**

Kenneth J. Horton
Corporate Portfolio Manager

Enclosure

cc: Mr. Carl Sanders, P.M. One, LTD.



1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

Back To REMS

# Project Action Detail

## 800040489. South Pointe Towers

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| | |
|---|---|
| **Action Entered Date:** | 08/22/2000 |
| **Action Type:** | |
| **Current Action:** | Other |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 8-15-2000 |
| **Person/Role Responsible for Action:** | LILLYE R SIMMONS - Role: PA |
| **Target Completion Date:** | 8-15-2000 |
| **Amended Target Date:** | 7-1-2001 |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 8-22-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**
8/22/00-L. Simmons--Received update (8/15/00) on status of the corrective action plan repairs.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1017

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 062

1/27 - Randy Please request 25138000 in REMS V.T. 9/22/0

Attachment 4-Rev.

OWNER'S CHE( **HH** ACT EXPIRATION

*Directions: This format should be t... ...ith Section 8 contracts expiring in Fisca'l Year 2000. At least 120 days before contract expiration, provide this checklist to the Director of the Multifamily Program Center or Hub with jurisdiction over the project, along with the applicable worksheet and the required documentation specified below. If you need additional space, please add additional pages.*

**Project Name:** South Pointe Tower Apartments
**Project Location:** 6425 S. Lowe Ave., Chicago, IL 60621

**FHA Project No.:** 071-55028
**Total Units in Project:** 303 **Total Section 8 Units in Project:** 303

**Complete the following, being sure to include all contracts and stages in the project, regardless of when they are expiring:** *Please indicate contracts/stages you wish to combine by placing a "Y" in the appropriate space(s). Only those contracts/stages that expire in FY2000 may be combined. See instructions for combining contracts in Section VI of this Notice.*

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date |
|---|---|---|---|---|
| IL06-E000-034 | N/A | N/A | 303 | 9/30/2000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**I hereby select the following Option:** *Check 1, 2, 3, 4, 5 or 6 below and also provide the corresponding worksheet(s):*

☐ **OPTION 1 - Request Renewal Under Mark-Up-To-Market Procedures**
*Processing instructions are available in Attachment 4B.*

A 1891

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 063

II

II

Draft 9/29/00

H: P.M. 1 Flagged

CERTIFIED RETURN RECEIPT

Mr. John Hayes, General Partner
P.M. 1 Equities
8137 W. Grand River Avenue
Suite 10
Brighton, Michigan 48116

Dear Mr. Hayes:

SUBJECT: Previous Participation Clearance
South Pointe Towers
Contract No. IL06-E000-034
Monterey Apartments
FHA No. 071-35403

This letter serves to notify you that the form HUD-2530, Previous Participation Certification clearance has been adversely flagged for the participants listed below. This flag will affect your ability to participate in HUD programs nationwide.

| | |
|---|---|
| Robert Pendergast (General Partner) | SSN: [redacted] |
| John Hayes (Partner) | NO SSN or 2530 Clearance |
| Daniel D. Armstead (Stockholder) | SSN: [redacted] |
| Michael G. McGhie (Stockholder/Officer) | SSN: [redacted] |
| John R. Morrissey (Stockholder/Officer) | SSN: [redacted] |
| P.M. Group, Inc. (Stockholder) | SSN: [redacted] |
| P.M. One, Ltd. | EIN: [redacted] |
| P.M. One Equities, Inc. | EIN: [redacted] |
| Englewood Terrace (Limited Partnership) | EIN: [redacted] |
| 5251 Building Partnership (General Partner) | EIN: [redacted] |

Listed below are the reasons for the 2530 flag:

1. Unsatisfactory Physical Conditions of the subject Properties.

2. Both projects were referred to the Chicago Enforcement center for Enforcement action because of ~~there~~ unsatisfactory physical conditions, which is in violation of the Housing Assistance Payment Contract and/or Regulatory Agreement.

3. Failure to comply with Enforcement Center's request, to submit a acceptable Management Improvement Operating Plan (MIO).

In order to have this flag "lifted", the physical conditions of both properties must be brought up to HUD's satisfactory conditions.

Thank you for your attention to this serious matter. Please direct any questions regarding this correspondence to Gwendolyn Thomas, Asset Manager, at (312) 353-6236, Ext. 2246.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 064

OCT 0 3 2000

Carl Sanders, Property Supervisor
P.M. One Limited Management Company
1621 E. 55th Street
Chicago, Illinois 60615

Dear Mr. Sanders:

SUBJECT: 2000 Occupancy Review
Contract No. IL06-E000-034
South Pointe Apartments
Chicago, Illinois

We have reviewed your response to our year 2000 Occupancy Review and find it acceptable. This review is now closed.

**Please Note: On the next review, findings will be verified for corrections made. This includes items identified in the REAC physical inspection.**

Should you have any questions regarding this matter, please feel free to contact Gwendolyn Thomas at (312) 353-6236, Ext. 2246.

Sincerely,

Debbie Gray

Debbie Gray
Chief, Project Manager
Chicago Multifamily Hub

CC: Thomas
Gray
Project File
Branch File

5AHM:Thomas:dma Doc: Closeout Parkview 2000 pg.2 10-02-200

10/2/00

A 2190