**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 065

d Q Date

MEMORANDUM FOR: Mary Anderson, Director, Multifamily Pr
Branch, 5AHMP

FROM: Veronica Coleman, Director, Multifamily Project Manager
Branch, 5AHMM

SUBJECT: Previous Participation Certification Denial
South Pointe Towers
~~Contract No. IL06-E000~~-034
Monterey Apartments
FHA No. 071-35403

The following entities/individuals have established a history of unsatisfactory physical conditions for HUD subsidized projects, which is held by HUD. The owners have not submitted a written corrective action plan to cure the deficiencies indicated in the REAC inspections. Please flag their HUD form 2530, Previous Participation Certification, clearance until further notice.

| | | |
|---|---|---|
| Robert Pendergast (General Partner) | SSN: [redacted] | Mgt. agent – shareholder & ownership |
| John Hayes (Partner) | No SSN or 2530 Clearance | GP – ownership & Mgt. agent stockholder & |
| Daniel D. Armstead (Stockholder) | SSN: [redacted] | agent still have 34% / do not have control |
| Michael G. McGhie (Stockholder/Officer) | SSN: [redacted] | Pres – agent |
| John R. Morrissey (Stockholder/Officer) | SSN: [redacted] | VP agent |
| P.M. Group, Inc. (Stockholder) | SSN: [redacted] | ownership |
| P.M. One, Ltd. | EIN: [redacted] | agent |
| P.M. One Equities, Inc. | EIN: [redacted] | agent |

PM One

PM group 80% ownership up until 3/1/01



R 4293

owner

Englewood Terrace (Limited Partnership) EIN: [redacted]

5251 Building Partnership (General Partner) EIN: [redacted] ownership

Listed below are the reasons for the 2530 flag:

1. Unsatisfactory Physical Conditions of the subject Properties.
2. Both projects were referred to the Chicago Enforcement center for Enforcement action because of unsatisfactory physical conditions, which is in violation of the Housing Assistance Payment Contract and/or Regulatory Agreement.
3. Failure to comply with Enforcement Center's request, to submit a acceptable Management Improvement Operating Plan (MIO).

Thank you for your attention to this serious matter. Please direct any questions regarding this correspondence to Gwendolyn Thomas, Asset Manager, at (312) 353-6236, Ext. 2246.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

CC: Thomas
Branchfile;
TRACS
Enforcement H: P.M. 1 flagged: ds 10/12/00

Thomas Gray

10/13/00



B 4294

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 066

PM ONE, LTD.

:ment

LL

October 17, 2000

Hand Delivered

Ms. Gwendolyn Thomas, Project Management
U. S. Department of Housing & Urban Development
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

Re: **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Thomas:

This report details the status of the items remaining on the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of October 15, 2000.

The status update and work in progress are as follows:

| Site | Observation | Status |
|---|---|---|
| All site items have been completed. | | |

**Building 1 - Building Exterior**

All items noted during the inspection have been completed. However, window screens' repair is an ongoing process due to damage and vandalism.

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed. The 3rd elevator is in and testing will begin October 20th. November 1st is the new in-service date. |



1621 E. 55th Street • Chicago, IL 60615
773-324-9010 • Fax 773-324-9082 • www.pmone.com

| | | |
|---|---|---|
| Halls/Corridors/Stairs | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. * |

**Building 1 - Unit 1110**

All repairs completed

**Building 1- Unit 1112**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1206**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. **Completed** |

**Building 1 - Unit 1302**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. |

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting September. **Completed.** |

Page 3
October 17, 2000

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting in September 2000. |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting September 2000. **Completed** |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim. Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit is scheduled for painting in August 2000. |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting October 2000. **Completed.** |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. |

**Building 1 -Unit 409**

All items completed

| | | |
|---|---|---|
| **Building 1- Unit 410** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October of 2000. **Completed.** |
| **Building 1- Unit 501** | | |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in August 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit scheduled for painting in October 2000. |
| **Building 1 - Unit 501 - Health & Safety** | | |
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |
| **Building 1- Unit 509** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October 2000. **Completed.** |
| **Building 1 -Unit 603** | | |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit scheduled for painting in October 2000. **Completed.** |
| **Building 1- Unit 6411** | | |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit scheduled for painting in October 2000. **Completed.** |

Page 5
October 17, 2000

| | | |
|---|---|---|
| **Building 1- Unit 6417** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in September of 2000. **Completed.** |
| **Building 1 -Unit 6423** | | |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. |
| **Building 1 Unit 703** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. **Completed.** |
| **Building 1 Unit 704** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. **Completed.** |
| **Building 1- Unit 709** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. |
| **Building 1 -Unit 714** | | |
| Ceiling | Peeling/Needs Painting | Scheduled for painting in November 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May 0f 1999. Unit is scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. **Completed.** |

Page 6
October 17, 2000

**Building 1 -Unit 809**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. **Completed.** |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago

Back To REMS

# Project Action Detail

800040489. South Pointe Towers

**Primary FHA:** 07135696 **Property Active:** Yes **Watch List:** No
**Troubled Status:** Troubled **DEC Status:** Active

| | |
|---|---|
| **Action Entered Date:** | 10/18/2000 |
| **Action Type:** | |
| **Current Action:** | **Other** |
| **Action Group:** | Housing Program |
| **Type of Plan:** | Housing |
| **Action Start Date:** | 10-17-2000 |
| **Person/Role Responsible for Action:** | GWENDOLYN THOMAS - Role: PM |
| **Target Completion Date:** | 10-17-2000 |
| **Amended Target Date:** | -- |
| **Date Amended:** | -- |
| **EC Concurrence:** | N |
| **EC Concurrence Date:** | -- |
| **Closed Date:** | 10-18-2000 |
| **Reason for Closure:** | |
| **Estimate of Hours Spent on Activity:** | 0 |

**Comments:**
10/18/00-L. Simmons--Received update (10/17/00) on status of the corrective action plan repairs.

Action Start date MonthAction Start date dayAction Start date Year Action Start Time HourAction Start Time MinuteAction Start Time Target Completion date Mon

D 1015

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 067

John [illegible] Rents 201 [illegible] | Will call Mrs. [illegible] Set an appoint. [illegible] come back of [illegible]

P.M.I meeting 10/18/00

South Pointe

221 D4 – Needs Rent to support Rehab, Comps
~~Com~~ Need to be reviewed and New Reg for Comps.

2 Elevators have been Replaced
1 still in process

Heating & Water Has been Replaced
Rehab Fire Door Need Replacing with City of Chicago Approval
↓ Stairwell Door
Fire Control System
Electrical / Smoke detector

25% of total units would be rehab
Needs a 100% Inspections to be able to do a Scope of what work really needs to be done

Individual thermostats

4 Office Staff – Site manager
No Code violations — Assistant
At this time — Leasing
Office
Need to go back and
See the 1991 rehab work 4 Maintenance Staff

Need to Provide us a Plan on How they can do Scope of Work. [illegible]

B 4269