**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 068

October 30, 2000

Secure Systems | Property Selection | Home | Log Out

# Renewal-Contract/Option Selection

800040489. South Pointe Towers

Primary FHA/Contract: IL06E000034 Property Active: Yes

Troubled Status: Troubled DEC Status: Closed/Returned to Hub

- Renewal-Property Search
- Enter New Renewal/ Short-term Renewal
- View Existing Renewals
- View Existing Comparability Studies & Renewal Budgets
- Subsidy Status

User ID: H05190

**Property ID:** [ ] Search for New Prop

Save | Reset | Delete

**HUD Renewal Notice:** 99-36

**Renewal Contract(s) and/or Stage(s):**

| Select | Contract # | Stage | Expiration Date at Contract/Stage Expiration | Original Contract Effective Date Prior to October 1981? |
|---|---|---|---|---|
| ☑ | IL06E000034 | 5 | 9/30/2000 | N |

**Combine Contracts and/or Stages:** ○ Yes ○ No ◉ Not Applicable

**Surviving Contract:** IL06E000034

**Renewal Status:** Option Selected - In Process

**Renewal Option:**

FY 2000 - 2: Request Renewal Without Restructuring at or Below Comparable Rent

**Date Owner Signed Attachment 4:** 7 - 27 - 2000

**Is the Owner Debarred or Suspended?** ○ Yes ○ No ◉ Unconfirmed

**Does the Owner have Material Violations?** ○ Yes ○ No ◉ Unconfirmed

**Short-term Renewal:** Add

| Short-term Renewal Effective Date | Renewal Type | Short-term Renewal Reason | Short-term Renewal Method (Contract) | Short-term Renewal Expiration Date |
|---|---|---|---|---|
| 10/1/2000 | Short-term Renewal | Enforcement Action | | 12/31/2000 |

Renewal Option Details

Save | Reset | Delete

A 1997

| Housing | HUDweb Help | HUDweb Search | HUDweb Home |

Last Modified: October 9, 2000

Secure Systems | Property Selection | Home | Log Out

Debbie Erased out of system 9/21/01

# Short-term Renewal Detail

**800040489. South Pointe Towers**

**Primary FHA/Contract:** IL06E000034 **Property Active:** Yes

**Troubled Status:** Troubled **DEC Status:** Closed/Returned to Hub

Renewal-Property Search
Enter New Renewal/ Short-term Renewal
View Existing Renewals
View Existing Comparability Studies & Renewal Budgets
Subsidy Status

User ID: H05190

Save | Reset | Delete | Back

**Contract #:** IL06E000034 **Stage:** 5

**Renewal Type:** Short-term Renewal

**Short-term Renewal Effective Date:** 1 - 1 - 2001

**Length of Short-term Renewal (Months):** 9

**Short-term Renewal Expiration Date:** 9 - 30 - 2001

**Reason for Short-term Renewal:** Enforcement Action

**Short-term Renewal Contract:** Generic

**Exception Project Exempted From OMHAR:**

I Put Back in Remo 9/24/01

**Comparability Study Required?** ○ Yes ◉ No ○ Unconfirmed

**Comparability Study:** Add New Comparability Study

| Select | Date Appraiser Signed HUD - 92273 | Source | Execution Date of First Related Renewal | Unit Type | Comparable Rent |
|---|---|---|---|---|---|
| ☐ | 4/14/1999 | Owner | | | |

**Renewal Budget Required?** ○ Yes ○ No ◉ Unconfirmed

**Renewal Budget:** Add New Renewal Budget

| Select | Date Approved by HUD | Budget-Based Rents % Increase | Unit Type | Budget-Based Rent |
|---|---|---|---|---|

**Annual Rent Potential for all Section 8 Units Included in Current Renew**

2681268.00 <= **Annual Comparable Rent Potential for Section 8 Uni**

**Included in Current Renewal:** .00

**Annual Rent Potential for all Section 8 Units Expiring in Current FY:**

2681268.00

A 1990

**Annual Rent Potential for all Section 8 Units Not Expiring in Current FY**

.00

**Annual Rent Potential for all Non-Section 8 Units:**

0.00

**Annual Project Rent Potential:** 2681268.00

**Expiring Section 8 Portion of Total Rent Potential:** 1.00

**Annual Project Debt Service:** .00

**Annual Expiring Section 8 Share of Debt Service:** .00

**Annual Expiring Section 8 Potential Less Expiring Section 8 Share of De**
2681268.00

**Annual Expiring Section 8 Rent Potential Attributed to Operations Multi Published OCAF ( 2.720%)**
2754198.49

**OCAF Adjusted Contract Rent Potential:** 2754198.49

**Lesser of OCAF or Correlated Comparable Rent Potential:**
.00

**Rent Increase Factor (Based upon Lesser of OCAF versus Comps):**
.0000

**Rents:** Add New Rent **HUD Approved Rent:**

| Unit Type | # of Units | Current Contract Rent at Expiration | Comparable (HUD 92273) Rent | OCAF Adjusted Rent | Budget-Based Rent |
|---|---|---|---|---|---|
| 1 | 60 | 648 | | | |
| 2 | 17 | 799 | | | |
| 2 | 140 | 727 | | | |
| 3 | 6 | 866 | | | |
| 3 | 80 | 800 | | | |
| **Rent Potentials** | | | | | |
| Monthly | | 223439 | | | |
| Annual | | 2681268 | | | |

A 1991

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 069

PP

## South Pointe Tower
## Physical Inspection Summary

The inspection to determine the physical status of the property was completed on 11/03/2000 by Shawn M. Mintz with the assistance of Ms. Michelle Gee.

The following information will serve as a key to reading the Physical Inspection Log which is now being implemented into daily operations at the property in addition to the work order log to track repairs by unit #

1) Interior doors: This sections shows the number of doors that need to replaced in the unit. This number reflects bedroom and bathroom doors only. If a unit's doors are marked "ok" it doesn't necessarily mean that the doors are not in need of repair it just means that they require only minor repair.

2) Kit/Bath Cabinets: This section shows the number of kitchen/ bathroom cabinets that are in need of replacement. The number "1" refers a bathroom cabinet that needs to be replaced; While all other numbers refer to the # of kitchen cabinets that are in need of replacement due to water damage, loose boards, etc., The mark "repair" simply means that all the kitchen cabinets are in need of repairs of some sort. The mark "refinish simply means that the kitchen cabinets are in good condition, but the finish has faded.

3) Floors: when inspecting the units we found that some of the floor tiles measured 9X9; Mr. Sanders informed me that they should measure 12X12. So this sections simply shows how many rooms in a unit we need to retile.

4) Living room walls: This section shows the number of holes and cracks I found in the Living room walls. The mark "all" means that all the walls in the unit are in need of repair (Living room, Entryway, Kitchen area).

5) Bdrm/ Bath Walls: The same as the Living room; but this encompasses all walls in the back area of the unit (bedrooms, bathroom wall tiles, closet walls). The mark "rotted out" means that there is a wall in this units bdrm, bathroom, or both that has been severely damaged due to mildew caused by a water leak. Note: All units inspected have mouse holes in an average six (6) different locations throughout the unit.

6) Replace appliances: This section advises which of the appliances to replace. The mark "ok" means that both units were checked and cleared for continued use.

A 2193

7) Closet Doors: All closet doors in the building are to be replaced. This section maps out how many are needed in each unit.

8) Peephole: Almost all peepholes have been ripped from the doors of the units. If a unit is not marked that means that it has no peephole; If a unit is marked "1" that means that it has a peephole, but part of it is missing; If a unit is marked "ok" then it's okay.

9) Entry door knobs: If a unit is marked "ok" it has a working doorknob; If it's marked "1" that means that the knob is there but the door jamb is in need of repair; If it's marked " 5" that means that the door knob has fallen/ is falling and I have already had it repaired by our site staff.

10) Paint Needed: Over 95% of the units need to be painted; Of those, Over 60% are past the paint cycle (3 to 5years).

11) Water Damage: Tells if wall repairs are a direct result of a water leak.

12) Windows: Shows how many windows are in need of repair.

13) Tenant Damage: Should the tenant pay for these repairs? Nine times out of Ten... YES!, This section shows which unit's repairs are a direct result of tenant damage or neglect.

Conclusion: The building in not in as bad of shape as we may have thought, but there is cause for concern. The common areas of the building such as stairwells and corridors are way too dark. They need to be painted a brighter color. The Chute room doors are in very bad shape and need to be replaced as well as the chute doors themselves. It 's unsanitary and it poses a danger to young children(sharp edges ) that may have to make use of it.
The elevators are constantly out of order and it's always the same problem (address matter to elevator contractor). Many of the water leak in the building are due to tuckpointing or lack thereof. I was told by several tenants that the building had undergone a complete rehab about 6 years ago... We need to find out who the contractor(s) was/were in order to avoid the mistake of hiring them again.

A 2194

# Physical Inspection Report for South Pointe Tower Apartments

The results of the physical inspection conducted between 10/30/2000 and 11/02/2000 are represented by the following categories…

**Interior doors:** the numbers in this column represents the number of doors in the unit that needs to be replaced.

**Kit/Bath Cabinets:** The term "refinish" identifies kitchen cabinets in the unit that needs to be sanded and refinished; Numbers represent how many doors/drawer facings that need to be replaced. The term "replce" indicates that all kitchen cabinets need to be replaced.

**Floors:** Generally, all the floors were okay, but all the tiles in the units are 9X9; When the correct tile that should now be used is 12X12.

**Living Room Walls:** the numbers in this column represents the number of walls in the living room that needs to be repaired.

**Bdrm/Bath Walls:** the numbers in this column represents the number of walls in the Bathroom and Bedrooms that needs to be repaired.

**Appliances:** Repair/Replacement of either appliance is indicated by the appliance name; If both appliances need to be replaced; It is indicated by "both".

**Closet Doors:** the numbers in this column represents the number of closet doors in the unit that needs to be replaced.

**Peephole:** The number "1" indicates that the peephole needs to be replaced.

**Entry Doorknobs:** the numbers in this column represents the number of interior doorknobs in the unit that needs to be replaced.

**Paint needed:** "yes" indicates that the unit needs painting; Paint cycle is usually 3-5years. Over 95% of the tenants have lived in their units for at least 5-7 years; so, I suggest that all units be painted.

**Water Damage:** This column identifies which units have visible signs of water damage.

**Windows:** Several units have windows that either leak or do not quite fit the frame. This column indicates which units have damaged windows; and how many need repair.

**Tenant damage:** This column simply indicates which units I witnessed signs of neglect by the tenant.

South Pointe Tower
Physical Inspection Log

| Unit # | Interior doors | Kit/Bath Cabinets | Floors | Living room walls | Bdrm/Bath walls | Replace Appliances ? | Closet doors | Peephole | Entry door Knobs | Paint Needed ? | Water Damage | Windows | Tenant Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 301 | ok | refinish | ok | ok | ok | ok | 5 | ok | ok | yes | no | ok | no |
| 302 | ok | refinish | ok | ok | ok | ok | 5 | ok | ok | yes | no | ok | no |
| 303 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 304 | ok | refinish | ok | ok | 2 | ok | 4 | ok | ok | yes | no | ok | no |
| 305 | ok | refinish | ok | 3 | 2 | ok | 4 | 1 | ok | yes | yes | ok | no |
| 306 | ok | refinish | ok | ok | ok | ok | 3 | 1 | ok | yes | no | ok | no |
| 307 | ok | refinish | ok | ok | ok | ok | 4 | ok | 1 | yes | no | ok | no |
| 308 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | yes | ok | no |
| 309 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | yes | ok | no |
| 310 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 311 | 2 | refinish | ok | ok | ok | ok | 3 | 1 | ok | yes | no | ok | yes |
| 312 | ok | refinish | ok | ok | ok | ok | 3 | 1 | ok | yes | no | ok | no |
| 313 | 4 | refinish | ok | 2 | 3 | ok | 5 | 1 | ok | yes | no | 1 | yes |
| 314 | 4 | refinish | ok | ok | ok | ok | 5 | ok | 5 | yes | no | 1 | yes |
| 401 | ok | refinish | ok | 3 | 2 | ok | 5 | ok | ok | yes | no | ok | no |
| 402 | 2 | refinish | ok | 3 | 3 | ok | 5 | ok | ok | yes | yes | ok | yes |
| 403 | 1 | refinish | ok | 3 | 2 | ok | 5 | ok | ok | yes | no | ok | yes |
| 404 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 405 | 1 | refinish | ok | 3 | 2 | ok | 3 | ok | ok | yes | no | ok | yes |
| 406 | 1 | refinish | ok | 3 | 2 | ok | 4 | ok | ok | yes | no | ok | yes |
| 407 | 3 | refinish | ok | 3 | 4 | ok | 4 | ok | ok | yes | no | ok | yes |
| 408 | 1 | refinish | ok | 3 | 3 | ok | 4 | ok | ok | yes | yes | ok | yes |
| 409 | 1 | refinish | ok | 3 | 1 | ok | 3 | ok | ok | yes | no | ok | yes |
| 410 | 2 | refinish | ok | 6 | ok | ok | 4 | ok | ok | yes | no | ok | yes |
| 411 | ok | refinish | ok | ok | ok | ok | 3 | ok | ok | yes | no | ok | no |
| 412 | ok | refinish | ok | ok | ok | ok | 4 | ok | | yes | yes | ok | no |
| 412 | ok | refinish | ok | ok | ok | ok | 4 | 1 | ok | yes | no | ok | no |
| 413 | ok | refinish | ok | ok | ok | ok | 5 | 1 | ok | yes | no | ok | no |
| 414 | ok | refinish | ok | ok | ok | ok | 5 | 1 | ok | yes | no | ok | no |
| 501 | ok | 6 | ok | ok | ok | stove | 5 | ok | ok | yes | no | ok | no |
| 502 | ok | 1 | ok | 3 | 2 | ok | 5 | ok | ok | yes | yes | ok | no |
| 503 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 504 | 2 | refinish | ok | ok | 2 | ok | 4 | ok | ok | yes | no | ok | yes |
| 505 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | yes | ok | no |
| 506 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 507 | 1 | refinish | ok | ok | 1 | ok | 4 | ok | ok | yes | no | ok | yes |
| 508 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | yes | ok | no |
| 509 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 510 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |

A 2195

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511 | 1 | 1 | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | yes |
| 512 | ok | refinish | ok | ok, | ok | ok' | 4 | ok | ok | yes | no | ok | no |
| 513 | ok | refinish | ok | ok | ok | stove | 5 | ok | ok | yes | no | ok | no |
| 514 | ok | refinish | ok | ok | 4 | stove | 5 | ok | ok | yes | no | ok | no |
| 601 | ok | refinish | ok | ok | ok | pk | 5 | ok | ok | yes | no | ok | no |
| 602 | ok | refinish | ok | 1 | ok | ok | 5 | ok | ok | yes | no | ok | no |
| 603 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 604 | ok | refinish | ok | ok | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 605 | 1 | refinish | ok | ok | ok | ok | 4 | ok | 1 | yes | no | ok | yes |
| 606 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | | no |
| 607 | ok | refinish | ok | 1 | ok | ok | 4 | ok | ok | yes | no | ok | no |
| 608 | ok | refinish | ok | ok | | ok | 4 | | | yes | yes | ok | no |
| 609 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 610 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 611 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 612 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |
| 613 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |
| 614 | 4 | replce | ok | all. | all | both | -5 | | repair | yes | no | ok | yes |
| 701 | 3 | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | yes |
| 702 | 2 | refinish | ok | ok | ok | ok | 5 | | | yes | yes | ok | yes |
| 703 | 2 | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | yes |
| 704 | 1 | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | yes |
| 705 | 3 | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | yes |
| 706 | 2 | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | yes |
| 707 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 708 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 709 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 710 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 711 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 712 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 713 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |
| 714 | new move in | | | | | ok | 5 | | | yes | no | ok | no |
| 801 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |
| 802 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | yes | ok | no |
| 803 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 804 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 805 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 806 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 807 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 808 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 809 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 810 | ok | refinish | ok | ok | ok | ok | 4 | | | yes | no | ok | no |
| 811 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 812 | ok | refinish | ok | ok | ok | ok | 3 | | | yes | no | ok | no |
| 813 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |
| 814 | ok | refinish | ok | ok | ok | ok | 5 | | | yes | no | ok | no |

A 2196

## South Pointe Tower

### Physical Inspection Log

| Unit # | Interior doors | Kit/Bath Cabinets | Floors | Living room walls | Bdrm/Bath walls | Replace Appliances ? | Closet doors | Peephole | Entry door Knobs | Paint Needed ? | Water Damage | Windows | Tenant Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 901 | vacant Unit | | | | | ok | 5 | | ok | yes | no | ok | |
| 902 | ok | refinish | ok | ok | ok | ok | 6 | | ok | yes | yes | ok | |
| 903 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 904 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 905 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 906 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 907 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 908 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | yes | ok | |
| 909 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 910 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 911 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 912 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 913 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 914 | ok | refinish | ok | ok | ok | ok | 6 | | ok | yes | no | ok | |
| 1001 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1002 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1003 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1004 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1005 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1006 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1007 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1008 | vacant Unit | | | | | ok | 4 | | ok | yes | no | ok | |
| 1009 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1010 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1011 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1012 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1013 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1014 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1101 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1102 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1103 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1104 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1105 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1106 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1107 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1108 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1109 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1110 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1111 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1112 | ok | refinish | ok | ok | ok | ok | 3 | | ok | yes | no | ok | |
| 1113 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |

A 2197

South Pointe Tower

Physical Inspection Log

| Unit # | Interior doors | Kit/Bath Cabinets | Floors | Living room walls | Bdrm/Bath walls | Replace Appliances ? | Closet doors | Peephole | Entry door Knobs | Paint Needed ? | Water Damage | Windows | Tenant Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1201 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no. | ok | |
| 1202 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1203 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1204 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1205 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1206 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1207 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1208 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1209 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1210 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1211 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1212 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1213 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1214 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1301 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1302 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1303 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1304 | vacant Unit | | | | | ok | 4 | | ok | yes | no | ok | |
| 1305 | ok | refinish | 1 | ok | | ok | 4 | | ok | yes | no | ok | |
| 1306 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1307 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1308 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1309 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1310 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1311 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1312 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1313 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1314 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1401 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1402 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1403 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1404 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1405 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1406 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1407 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1408 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1409 | vacant Unit | | | | | ok | 4 | | ok | yes | no | ok | |
| 1410 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1411 | ok | repair | ok | ok | | fridge | 3 | | repair | yes | no | ok | |

South Pointe Tower

A-2198

## Physical Inspection Log

| Unit # | Interior doors | Kit/Bath Cabinets | Floors | Living room walls | Bdrm/Bath walls | Replace Appliances ? | Closet doors | Peephole | Entry door | Paint Needed ? | Water Damage | Windows | Tenant Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1412 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1413 | ok | refinish | ok | 1 | | ok | 5 | | ok | yes | yes | ok | |
| 1414 | ok | replce | ok | 1 | 2 | ok | 5 | | ok | yes | yes | ok | |
| 1501 | 1 | repair | ok | all | all | ok | 5 | | ok | yes | no | ok | yes |
| 1502 | ok | refinish | ok | ok | | ok | 5 | | repair | yes | no | ok | |
| 1503 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1504 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1505 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1506 | 1 | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1507 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1508 | ok | repair | ok | all | all | ok | 4 | | ok | yes | no | ok | |
| 1509 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1510 | 1 | refinish | ok | ok | ok | repair | 4 | | ok | yes | no | ok | yes |
| 1511 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1512 | ok | refinish | 1 | ok | | ok | 3 | | ok | yes | no | ok | |
| 1513 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1514 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1601 | ok | repair | 1 | ok | ok | repair both | 5 | | ok | yes | no | ok | |
| 1602 | ok | refinish | ok | ok | | ok | 5 | | ok | yes | no | ok | |
| 1603 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1604 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1605 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1606 | ok | refinish | ok | repair | ok | ok | 3 | | ok | yes | no | ok | |
| 1607 | ok | refinish | ok | repair | rotted out | ok | 4 | | ok | yes | yes | ok | yes |
| 1608 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1609 | ok | repair | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1610 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1611 | ok | refinish | ok | ok | 1 | ok | 3 | | ok | yes | yes | ok | |
| 1612 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1613 | ok | refinish | ok | all | all | ok | 5 | | repair | yes | no | ok | |
| 1614 | ok | refinish | ok | ok | ok | ok | 5 | | ok | yes | no | ok | |
| 1701 | ok | refinish | ok | all | ok | ok | 5 | | repair | yes | no | ok | |
| 1702 | ok | replce | ok | ok | all | ok | 5 | | ok | yes | no | ok | |
| 1703 | 1 | repair | ok | ok | all | ok | 4 | | repair | yes | no | ok | yes |
| 1704 | ok | refinish | 1 | all | all | ok | 4 | | ok | yes | no | ok | yes |
| 1705 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1706 | ok | refinish | ok | ok | | ok | 3 | | ok | yes | no | ok | |
| 1707 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1708 | ok | refinish | 1 | ok | ok | ok | 4 | | ok | yes | no | ok | |
| 1709 | ok | refinish | ok | ok | | ok | 4 | | ok | yes | no | ok | |
| 1710 | ok | refinish | ok | ok | ok | ok | 4 | | ok | yes | no | ok | |

South Pointe Tower

A 2199

## Physical Inspection Log

| Unit # | Interior doors | Kit/Bath Cabinets | Floors | Living room walls | Bdrm/Bath walls | Appliances ? | Replce Closet doors | Install Peephole | Entry door | Paint Needed ? | Water Damage | Windows | Tenant Damage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1711 | ok | refinish | 3 | all | | repair | 3 | 1 | ok | yes | no | ok | |
| 1712 | ok | refinish | ok | ok | | ok | 3 | 1 | ok | yes | no | ok | |
| 1713 | ok | refinish | ok | ok | ok | ok | 5 | 1 | ok | yes | yes | ok | |
| 1714 | ok | refinish | ok | ok | | ok | 5 | 1 | ok | yes | no | ok | |
| 1801 | Unsecured unit / Occupied | | | | | ok | 5 | 1 | ok | yes | no | ok | |
| 1802 | 1 | replce | ok | ok | | ok | 5 | 1 | ok | yes | yes | ok | yes |
| 1803 | ok | refinish | ok | all | all | ok | 4 | 1 | ok | yes | yes | ok | |
| 1804 | ok | refinish | ok | ok | ok | ok | 4 | 1 | ok | yes | no | ok | |
| 1805 | ok | refinish | ok | ok | 1 | ok | 4 | 1 | ok | yes | yes | ok | |
| 1806 | ok | refinish | ok | ok | ok | ok | 3 | 1 | repair | yes | no | ok | |
| 1807 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1808 | ok | refinish | ok | ok | | repair | 4 | 1 | ok | yes | no | ok | |
| 1809 | 3 | refinish | ok | ok | 3 | ok | 4 | 1 | ok | yes | yes | ok | |
| 1810 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1811 | ok | refinish | ok | ok | | ok | 3 | 1 | repair | yes | no | ok | |
| 1812 | ok | 6 | ok | 1 | 4 | ok | 3 | 1 | repair | yes | no | ok | yes |
| 1813 | ok | refinish | 4 | 1 | 4 | ok | 5 | 1 | repair | yes | yes | ok | |
| 1814 | ok | refinish | ok | | | ok | 5 | 1 | repair | yes | no | ok | |
| 1901 | 2 | refinish | ok | ok | 1 | ok | 5 | 1 | ok | yes | no | ok | yes |
| 1902 | ok | refinish | ok | 1 | 3 | ok | 5 | 1 | ok | yes | no | ok | |
| 1903 | ok | refinish | 4 | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1904 | vacant unit | | | | | ok | 4 | 1 | ok | yes | no | ok | |
| 1905 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1906 | ok | refinish | ok | ok | | ok | 3 | 1 | ok | yes | no | ok | |
| 1907 | ok | 6 | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1908 | ok | repair | 3 | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1909 | ok | refinish | 3 | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1910 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 1911 | ok | refinish | ok | ok | | ok | 3 | 1 | ok | yes | no | ok | |
| 1912 | ok | refinish | ok | ok | | ok | 3 | 1 | ok | yes | no | ok | |
| 1913 | ok | refinish | ok | ok | | ok | 5 | 1 | ok | yes | no | ok | |
| 1914 | ok | refinish | ok | ok | | ok | 5 | 1 | ok | yes | no | ok | |
| 2001 | ok | refinish | ok | ok | | ok | 5 | 1 | ok | yes | no | ok | |
| 2002 | ok | refinish | ok | ok | | ok | 5 | 1 | ok | yes | no | ok | |
| 2003 | ok | 6 | 3 | ok | | 1fridge | 4 | 1 | ok | yes | no | ok | |
| 2004 | ok | refinish | 3 | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 2005 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 2006 | ok | refinish | ok | 1 | | ok | 3 | 1 | ok | yes | no | ok | |
| 2007 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 2008 | ok | refinish | ok | ok | | ok | 4 | 1 | ok | yes | no | ok | |
| 2009 | ok | refinish | ok | ok | 1 | ok | 4 | 1 | ok | yes | no | ok | |

South Pointe Tower

A 2200

QQ

NOV 17 2000

Mr. Carl Sanders, PM
P.M. One LTD.
1621 E. 55th Street
Chicago, IL 60615

Subject: Special Claims
Contract No.: IL06E000034
South Pointe Towers
Chicago, Illinois

We are in receipt of your Special Claims for the above subject project. Unfortunately we are unable to approve your claims due to the followings reasons: Claims were received late (received 10/3/00, should have received no later than 9/7/00) and missing documentation. Listed below are the required documents that were not included with your claims.

1. *HUD-52670A, PART 2 (Schedule of Section 8 Special Claims).*
2. *Copy of owner's notice to HUD of vacancy.*
3. *Copy of the adjustment page of the HAP billing to verify y move-out date and subsidy being reimbursed to HUD.*
4. *Copy of waiting list (new tenant highlighted).*
5. *Vacant unit preparation report missing signatures and completion dates.*
6. *Copy of the (actual) notice from collection agent indicating status of claim.*
7. *Tenant Payment History (highlight unpaid rent months).*

These claims are now denied. Please do not resubmit these claims.

Thank you for your interest and participation in HUD's programs. Any questions regarding this matter should be directed to Carolyn Walker, Project Manager at (312) 353-6236 Ext. 2172.

Sincerely,

Debbie Gray

Debbie Gray
Chief, Project Management
Chicago Multifamily Hub

Enclosure

Branch File
Cwalker C. Walker 11/16/00

cmw10/18/00draft
final: ds 11/16/00

H\hml\doc:so.pte.twer.

B 4135