**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 071

U.S. Department of Housing and Urban Development

Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

DEC 06 2000

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Mr. John Hayes, General Partner
P.M. 1 Equities
8137 W. Grand River Avenue
Suite 10
Brighton, Michigan 48116

Dear Mr. Hayes:

SUBJECT: FY 2000 Section 8 Housing Assistance Payment Contract (HAP)
Contract No. IL06-E000-034
South Pointe Towers Apartments

This letter is to inform you that we have amended your Section 8 HAP Contract from (one) 1 year to a (three) 3 month short term renewal with zero (0) renewal terms. The contract you received, with the (one) 1 year extension, with a (three) 3 year renewal term was in error.

As we stated in our meeting on October 18, 2000, the contract will be renewed under a three (3) month short term contract, due to the current physical conditions of the subject property. Once you provide our office with an acceptable plan to cure the physical deficiencies, we will renew the contract as needed. It is critical that an acceptable plan is submitted no later than December 11, 2000. The physical condition of this property continues to deteriorate with no foreseeable resolution.

Enclosed is your copy of the amended Section 8 HAP contract. We look forward to hearing from you shortly. Should you have any questions regarding this matter, please feel free to contact Gwendolyn Thomas, Project Manager at (312) 353-6236, ext. 2246.

Sincerely,

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

Enclosure

01/10/01 WED 15:47 (TX/R

EXHIBIT E

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 072

Veronica Coleman
01/23/2001 08:00 AM

To: "khorton@pmgroupinc.com" <khorton@pmgroupinc.com>
cc: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD@MTA, John Hayes <"Windows/JIM/john"@pmgroupinc.com>@MTA, "'alcrav@aol.com'" <alcrav@aol.com>@MTA, Debbie Gray/HSNG/CHI/HUD@HUD
Subject: Re: South Pointe Tower

Let me encourage you to expedite this process with your Contractor and Architect. Please keep in mind that we gave you a 3 month extension on your contract pending an enforcement action, due to the physical condition of your property and the fact that we do not have your loan application in-house. Your plan to correct the problems at Southpointe was to submit an application for mortgage insurance and substantially repair the property. Submission of this loan application has taken far too long. A pre-application conference was held December, 1999 and we are now into January, 2001. The property continues to deteriorate and we are still paying subsidy with the anticipation that this property will be restored to fiscal and physical soundness. The only reason that we've continued to pay subsidy is to protect the tenants. Abating the contracts would stop the bulk of project revenue which would result in bills being unpaid and tenants would suffer by not having normal routine maintenance services. Also, it would take approximately 6 months or more for residents to receive vouchers, not to mention relocation efforts for approximately 303 families. The Department has been extremely tolerant with this matter; however, we will not continue down the same road in 2001. While you are working to submit your loan application, I will concurrently be working to get vouchers. I feel it necessary at this point to pursue vouchers due to the lack of progress to date.

When you submit your loan application, be sure that the rents reflect the market. Alan Cravitz has discussed this with our Appraiser, John Schneider and a comparable rent has been determined. I advised you during our October meeting, that the scope of work must be comprehensive addressing the needs of the entire project. Your original plan was to only address a percent of the units and this was unacceptable.

The Department will continue to work with you, but is imperative that we are prepared to issue vouchers should the need arise. Confirming your statement below, I will expect the loan application on or before March 19, 2001. If the application is not submitted by this date, I will make the request to our Office of Public Housing to secure vouchers for the residents at South Pointe.

Gwen, will forward you the amended contract.

Feel free to call me with any questions.

VC (312) 353-6236 x.2121

Ken Horton <khorton@pmgroupinc.com> on 01/22/2001 01:33:59 PM

Ken Horton <khorton@pmgroupinc.com> on 01/22/2001 01:33:59 PM

Please respond to "khorton@pmgroupinc.com" <khorton@pmgroupinc.com>

To: Veronica Coleman/HSNG/CHI/HUD@HUD

B 4039

cc: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, John Hayes <"Windows/JIM/john"@pmgroupinc.com>, "'alcrav@aol.com'" <alcrav@aol.com>
Subject: South Pointe Tower

---

Ms. Coleman:

A further update from my last e-mail from January 17, 2001 as shown below.

Alan Cravitz and I met with our Contractor and Architect on Thurdsay, January 18, 2001. After meeting, it was determined that it will take approximately 6-8 weeks before we will be able to submit the formal loan application. It will take our Architect roughly 3-4 weeks to finalize the scope of work and specs. Once he is complete, our Contractor will begin the bidding process, which will take another 3-4 weeks. Althought I thought we could complete these tasks sooner, I was mistaken when I stated 2-3 weeks in my prior e-mail to you. I will keep you apprised.

On a separate note, pursuant to my conversation with Ms. Thomas last week, she informed me that the HAP contract would be further amended to reflect the original expiration date of September 30, 2001. Please forward the amended, amended HAP contract to my attention at the following address:

1050 Corporate Office Drive, Suite 150
Milford, MI 48381

Sincerely,

Kenneth J. Horton
The P.M. Group, Inc.
(248) 529-2243

---

E-mail on January 17, 2001

Ms. Coleman:

Just an update on our refinance efforts on South Pointe Tower. I finally received the long awaited appraisal last week. I have also ordered and received the Phase I Environmental and lead-based-paint report. I will be in Chicago tomorrow to meet with Alan Cravitz, our Architect (Ted Dunaj), and a representative from the Contractor (Rite-Way Construction) to formulate our final Scope of Work and time-line. Once the Scope is complete, we should be able to process the application. My estimate for the formal application submission is 2-3 weeks. I will keep you apprised of further developments.

Sincerely,

B 4040

Ken Horton
P.M. Group, Inc.
(248) 529-2243

B 4041

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 073

Veronica Coleman
01/24/01 08:17 AM

To: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Debbie Gray/HSNG/CHI/HUD@HUD, alcrav@aol.com
cc:
Subject: RE: South Pointe Tower

FYI

---------------------- Forwarded by Veronica Coleman/HSNG/CHI/HUD on 01/24/2001 08:12 AM ---------------------------

John Hayes <JHayes@pmgroupinc.com> on 01/23/2001 02:38:37 PM

Please respond to "JHayes@pmgroupinc.com" <JHayes@pmgroupinc.com>

To: Veronica Coleman/HSNG/CHI/HUD@HUD
cc: Dianne LeMieux <"Windows/JIM/dianne"@pmgroupinc.com>
Subject: RE: South Pointe Tower

---

Dear Veronica, thank you for your email message regarding South Pointe Towers. We will be submitting a timeline of when the Application will be submitted. Please note that Mr. Ken Horton will no longer be responsible for this process. Ms. Dianne LeMieux will be the processing person for the PM Group. Her phone # is 248-529-2240. For reference my email is jhayes@pmgroupinc.com. Thank You!

-----Original Message-----
From: Veronica Coleman [SMTP:Veronica_Coleman@HUD.GOV]
Sent: Tuesday, January 23, 2001 9:01 AM
To: khorton@pmgroupinc.com
Cc: Gwendolyn X. Thomas; John Hayes; 'alcrav@aol.com'; Debbie Gray
Subject: Re: South Pointe Tower

Let me encourage you to expedite this process with your Contractor and Architect. Please keep in mind that we gave you a 3 month extension on
your
contract pending an enforcement action, due to the physical condition of
your
property and the fact that we do not have your loan application in-house.
Your
plan to correct the problems at Southpointe was to submit an application
for
mortgage insurance and substantially repair the property. Submission of
this
loan application has taken far too long. A pre-application conference
was
held December, 1999 and we are now into January, 2001. The property
continues
to deteriorate and we are still paying subsidy with the anticipation that
this
property will be restored to fiscal and physical soundness. The only
reason
that we've continued to pay subsidy is to protect the tenants. Abating the
contracts would stop the bulk of project revenue which would result in
bills
being unpaid and tenants would suffer by not having normal routine

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 074

# NOTIFICATION OF EXIGENT AND FIRE SAFETY HAZARDS OBSERVED

Property ID #: 800040489 Inspection ID #: 109997 Inspection Date: 3/2/01

Property name: South Pointe Tower PHA Name: ______ Property Phone: (773) 874-1122

Property Address: 6425 S. Lowe Ave. PHA ID Number: ______ Agent Phone: ______

Property City: Chicago State: IL Zip: 60621

**PART 1**

**EXIGENT HEALTH AND SAFETY HAZARDS**

| | |
|---|---|
| Air Quality<br>A– Propane/Natural Gas/Methane Gas Detected<br><br>Electrical Hazards<br>B– Exposed Wires/Open Panels<br>C– Water Leaks On or Near Electrical Equipment | Emergency Equipment/Fire Exits/Fire Escapes<br>D– Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E– Blocked Egress/Ladders<br><br>Gas/Oil Hot Water Heater/Gas/Oil HVAC<br>F– Carbon Monoxide Hazard - Gas/Oil Fired Unit - Missing/Misaligned Chimney |

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a written report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg. Location | DU or CA Location | A | B | C | D | E | F | COMMENT(S) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bldg 1 | CA | | X | | | | | Custodian Rm - Outlet Cover | |
| 2 | Bldg 1 | CA | | X | | | | | Undst. Area - Light Fixture missing | |
| 3 | Bldg 1 | CA | | | | X | | | [illegible] Floor [illegible] Door | |
| 4 | Bldg 1 | DU | | X | | | | | Unit 1007 - missing breaker | |
| 5 | Bldg 1 | DU | | X | | | | | Unit 1111 - outlet cover missing | |

*** Reserved for HUD Use.

**PART 2**

**FIRE SAFETY HAZARD**

| | |
|---|---|
| Emergency Equipment/Fire Exits/Fire Escapes<br>G– Window Security Bars Prevent Egress<br>H– Fire Extinguishers Expired | Smoke Detectors<br>I– Missing/Inoperative |

During this inspection the following items were observed and noted as Fire Safety hazards which require immediate attention:

| Item Number | Site or Bldg. Location | DU or CA Location | G | H | I | COMMENT(S) | Certificate*** |
|---|---|---|---|---|---|---|---|
| 1 | Bldg 1 | DU | | | X | Unit 2203 - [illegible] | |
| 2 | Bldg 1 | CA | | X | | Fire Ext. Tags Missing | |
| 3 | | | | | | | |

*** Reserved for HUD Use.

Other Health and Safety Concerns Not Defined In Above Matrix.

| | |
|---|---|
| 1. | |
| 2. | |

NAME OF OWNER/AGENT'S REPRESENTATIVE (Please print legibly): Carl E. Sanders

INSPECTOR NAME: (Print) Frank Caperton

SIGNATURE OF OWNER/AGENT'S REPRESENTATIVE: [signature] Date: 3/2/01

H10349
INSPECTOR ID NUMBER

A copy of this notification will be provided to the appropriate local health/safety/fire code enforcement entity.
Neither the inspector, the inspector's employer nor the Department of Housing and Urban Development assume any liability whatsoever expressed or implied that the above noted health and safety hazards constitute all of the health and safety deficiencies that may be present on the property. Any and all liability for the health and safety hazards noted above, as well as any health and safety hazards that my exist on the property but were not observed by the inspector, are the full and absolute responsibility of the property owner and not the inspector, the inspector's employer nor the Department of Housing and Urban Development.

01/18/01
H&S Form

# NOTIFICATION OF EXIGENT AND FIRE SAFETY HAZARDS OBSERVED (continued)

Property ID #: 800040489  Inspection ID # 109997  Inspection Date: 3/12/01

Inspector ID # H 10349

PART 1
EXIGENT HEALTH AND SAFETY HAZARDS

| Air Quality<br>A– Propane/Natural Gas/Methane Gas Detected<br><br>Electrical Hazards<br>B– Exposed Wires/Open Panels<br>C– Water Leaks On or Near Electrical Equipment | Emergency Equipment/Fire Exits/Fire Escapes<br>D– Emergency/Fire Exits/Blocked/Unusable Fire Escapes<br>E– Blocked Egress/Ladders<br><br>Gas/Oil Hot Water Heater/Gas/Oil HVAC<br>F– Carbon Monoxide Hazard - Gas/Oil Fired Unit - Missing/Misaligned Chimney |
|---|---|

** The Offices of Housing and Public Housing require all exigent hazards be mitigated immediately. The office of Housing requires a written report to be filed with the local office within 72 hours of the date of the inspection. All public housing agencies are requried to document activities in this area under both PHMAP and PHAS requirements for later evaluation by HUD.

During this inspection the following items were observed and noted as Exigent Health and Safety hazards which require immediate attention. Use additional sheets if needed.

| Item Number | Site or Bldg Location | DU or CA Location | CHECK DEFECT TYPE(s) (See list below) A | B | C | D | E | F | COMMENT(s) | Certificate*** |
|---|---|---|---|---|---|---|---|---|---|---|
| 6. | BLDG 1 | DU | | X | | | | | | |
| 7. | BLDG 1 | DU | | X | | | | | UNIT 1201 - OUTLET COVER MISSING | |
| 8. | BLDG 1 | DU | | X | | | | | UNIT 1305 - BREAKERS MISSING | |
| 9. | BLDG 1 | DU | | X | | | | | UNIT 2205 - OUTLET COVER MISSING | |
| 10. | BLDG 1 | DU | | X | | | | | UNIT 605 - OUTLET COVER MISSING | |
| 11. | BLDG 1 | CA | | X | | | | | UNIT 910 - MISSING BREAKERS | |
| 12. | | | | | | | | | EXHAUST FAN ROOM - MISSING COVERS | |
| 13. | | | | | | | | | ON ELECTRICAL PANEL | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |
| 18. | | | | | | | | | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |
| 23. | | | | | | | | | | |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |
| 31. | | | | | | | | | | |
| 32. | | | | | | | | | | |
| 33. | | | | | | | | | | |
| 34. | | | | | | | | | | |
| 35. | | | | | | | | | | |
| 36. | | | | | | | | | | |
| 37. | | | | | | | | | | |
| 38. | | | | | | | | | | |
| 39. | | | | | | | | | | |
| 40. | | | | | | | | | | |
| 41. | | | | | | | | | | |
| 42. | | | | | | | | | | |
| 43. | | | | | | | | | | |
| 44. | | | | | | | | | | |
| 45. | | | | | | | | | | |

*** Reserved for HUD Use.