
SOUTH POINTE TOWER
T D DUNAL ARCHITECT AIA
310 S. MICHIGAN AVE.
CHICAGO, IL 60604
SITE PLAN
(EXISTING AND PROPOSED)
SOUTH POINTE TOWER
6425 S. LOWE
CHICAGO, IL 60621
W. 65TH STREET
W. 64TH STREET
S. LOWE AVENUE
PROPERTY LINE
141 PARKING STALLS
PROPOSED SITE PLAN
SCALE: 1" = 30'-0"
EXISTING SITE PLAN
CERTIFICATION
SEAL
ELEVATION
SECTION DETAIL
BASKETBALL BACKBOARD/POST DETAILS



T. D. DUNAJ, ARCHITECT, AIA
EXISTING GROUND FLOOR PLAN
SOUTH POINTE TOWER
EXISTING GROUND FLOOR PLAN
EXISTING GROUND FLOOR GARAGE PLAN
COMMUNITY ROOM #1
COMMUNITY ROOM #2
KITCHEN
STOCK ROOM
LAUNDRY
TRASH
PUMP ROOM
INACTIVE STORAGE
COMMISSARY
GENERAL OFFICE
OFFICE
RECEPTION


SOUTH POINTE TOWER
FIRST AND SECOND FLOOR TOWNHOUSE FLOOR PLANS (WITH ELECTRICAL)
T. D. DUNAL, ARCHITECT AIA
SECOND FLOOR TOWNHOUSE PLAN (EXISTING)
(SHOWING REQUIRED REPAIRS)
FIRST FLOOR TOWNHOUSE PLAN (EXISTING)
(SHOWING REQUIRED REPAIRS)
ELEVATORS
3


T.D. DUNAJ, ARCHITECT
FLOOR PLAN
SOUTH POINTE TOWER
EXISTING 3rd FLOOR PLAN
ELECTRICAL SYMBOL KEY
TYPICAL FLOOR APT. KEY PLAN


SOUTH POINTE TOWER
FLOOR PLAN
T. D. DUNAJ, ARCHITECT
EXISTING
4TH FLOOR PLAN
SCALE: 1/8"=1'-0"
SHOWING REQUIRED REPAIRS
CORRIDOR



EXISTING
5TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING EXISTING REPAIRS)
SOUTH POINTE TOWER
FLOOR PLAN
T.D. DUNAJ, ARCHITECT
CORRIDOR


EXISTING
6TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
T.D. DUNAL ARCHITECT
FLOOR PLAN
SOUTH POINTE TOWER
7


T D DUNAJ, ARCHITECT
310 S. MICHIGAN AVE., SUITE 1404
CHICAGO, ILLINOIS 60604
FLOOR PLAN
(7TH FLOOR)
SOUTH POINTE TOWER
EXISTING
7TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


T.D. DUNAL, ARCHITECT
FLOOR PLAN
SOUTH POINTE TOWER
EXISTING
8TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


T.D. DUNAL ARCHITECT
FLOOR PLAN
SOUTH POINTE TOWER
EXISTING
9TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
10


T.D. DUNAJ, ARCHITECT
FLOOR PLAN
(10TH FLOOR)
SOUTH POINTE TOWER
EXISTING 10TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


SOUTH POINTE TOWER
FLOOR PLAN
(11TH FLOOR)
T.D. DUNAJ, ARCHITECT
EXISTING
11TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
12


T.D. DUNAJ, ARCHITECT
310 S. MICHIGAN AVE., SUITE 1404
CHICAGO, ILLINOIS 60604
FLOOR PLAN
(12TH FLOOR)
SOUTH POINTE TOWER
5425 S. LOWE, CHICAGO, IL 60621
EXISTING
12TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
13