
T.D. DUNAJ, ARCHITECT, AIA
FLOOR PLAN
(13TH FLOOR)
SOUTH POINTE TOWER
14
EXISTING
13TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
L.R.
BR.1
BR.2
BR.3
K.


SOUTH POINTE TOWER
FLOOR PLAN
(14TH FLOOR)
T.D. DUNAL, ARCHITECT
EXISTING
14TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
NOTE: SEE SYMBOL DESCRIPTIONS ON SHT. #4
CORRIDOR
15


T.D. DUNAJ, ARCHITECT, AIA
FLOOR PLAN
(15TH FLOOR)
SOUTH POINTE TOWER
EXISTING
15TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
16


SOUTH POINTE TOWER
FLOOR PLAN
T D DUNAL, ARCHITECT
EXISTING
16TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


SOUTH POINTE TOWER
FLOOR PLAN
T.D. DUNAJ, ARCHITECT
EXISTING
17TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


SOUTH POINTE TOWER
FLOOR PLAN
(18TH FLOOR)
T. D. DUNAJ, ARCHITECT
EXISTING
18TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


EXISTING
19TH FLOOR PLAN
SCALE: 1/8" = 1'-0"
(SHOWING REQUIRED REPAIRS)
SOUTH POINTE TOWER
FLOOR PLAN
(19TH FLOOR)
T.D. DUNAJ, ARCHITECT
20


SOUTH POINTE TOWER
FLOOR PLAN
T. D. DUNAJ, ARCHITECT
EXISTING
20TH FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR


SOUTH POINTE TOWER
FLOOR PLAN
T.D. DUNAJ, ARCHITECT, AIA
EXISTING
21ST FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
22


SOUTH POINTE TOWER
6425 S. LOWE, CHICAGO, ILL. 60621
FLOOR PLAN
T.D DUNAJ, ARCHITECT
310 S. MICHIGAN AVE., SUITE 1404
CHICAGO, ILLINOIS 60604
EXISTING
22ND FLOOR PLAN
SCALE: 1/8"=1'-0"
(SHOWING REQUIRED REPAIRS)
CORRIDOR
23


T.D.DUNAJ, ARCHITECT, A.I.A.
ROOF PLAN
SOUTH POINTE TOWER
24
SCHEMATIC LONGITUDINAL ROOF PROFILE LOOKING EAST
EXISTING ROOF PLAN
(SHOWING REQUIRED REPAIRS)