
T. D. DUNAJ, ARCHITECT, A.I.A.
DETAILS
SOUTH POINTE TOWER
25
32
SOUTH ELEVATION
EAST ELEVATION
NORTH ELEVATION
WEST ELEVATION
APT. 912 KITCHEN PLAN
ELEVATION 'B'
ELEVATION 'A'
TYPICAL KITCHEN DETAILS
CORRIDOR SECTION C-C
TYPICAL SOUTH CONCRETE DRIVEWAY DETAIL
TOWNHOUSE WEST ENTRANCE TYP. CANOPY ELEVATION
TYPICAL NEW BLACKTOP DETAIL
PARTIAL SOUTH ELEV. @ GRADE LEVEL
SECT. 'D-D'



SOUTH POINTE TOWER
6425 S. LOWE, CHICAGO, IL 60621
REMODELED GROUND FL. PLAN
T. D. DUNAJ, ARCHITECT AIA
310 S. MICHIGAN AVE. SUITE 1404
CHICAGO IL 60604
24 X 12 GAL. LOUVER
DAY CARE CENTER
ROOM FINISH SCHEDULE
DOOR SCHEDULE
REMODELED GROUND FLOOR PLAN
TYPICAL DOOR ELEVATIONS
TYPE "A"
TYPE "B"
TYPE "C"
TYPE "D"
TYPE "E"
TYPE "F"
NEW N. DOOR DET


T. D. DUNAJ, ARCHITECT AIA
MECHANICAL PENTHOUSE PLAN
AND DETAILS
SOUTH POINTE TOWER
MECHANICAL PENTHOUSE/ROOF PLAN
ROOF PENTHOUSE SECTION
SCALE: 1/4" = 1'
PLAN - EXIST. SCUTTLE OPG.
SECTION D-D
PLAN - NEW SCUTTLE OPG.
SECTION A-A


T.D. DUNAJ, ARCHITECT, AIA
310 S. MICHIGAN AVE. SUITE 1404
CHICAGO, IL 60604
GARAGE IMPROVEMENTS
SOUTH POINT TOWER
6425 S. LOWE
CHICAGO, IL 60621
28
SOUTH ELEVATION
WEST ELEVATION
NORTH ELEVATION
EXTERIOR EXISTING GARAGE ELEVATIONS
GARAGE ROOF PLAN
TYP. TREE PLANTING DETAIL
NO SCALE
TYP. SECTION 'A-A'
TYP. SECTION 'B-B'


PARTIAL GROUND FLOOR PLAN
NOTES:
CORRIDOR SECT. A-A
CORRIDOR SECT. B-B
T.B. DUNAJ, ARCHITECT
29


SOUTH POINTE TOWER
6425 S. LOWE
CHICAGO, IL 60621
PARTIAL GROUND FLOOR
(WITH ELECTRICAL FIRE ALARM SYSTEM)
T.D. DUNAJ ARCHITECT AIA
310 S. MICHIGAN AVE. SUITE 1404
CHICAGO, IL 60604
TEL. 312 356-0310 FAX 312 431-6800
30
LAUNDRY
TRASH
PUMP ROOM
INACTIVE STORAGE
GENERATOR ROOM
STAIR
INACTIVE STORAGE
SALT STORAGE
RECEPTION
RECEPTIONIST
GENERAL OFFICE
CONFERENCE
OFFICE
OFFICE
WASHROOM
PARTIAL GROUND FLOOR PLAN
SCALE: 1/4" = 1'-0"
SERVICE DESK DETAILS
SECURITY STATION PLAN
SECTION
FRONT ELEVATION


SOUTH POINTE TOWER
6425 S. LOWE, CHICAGO, IL 60621
KITCHEN & TOILET DETAILS
T.D. DUNAL ARCHITECT AIA
310 S. MICHIGAN AVE., SUITE 1404
CHICAGO, IL 60604
PLAN - TYP. EX. BATH
PLAN - TYP. HDCPD. BATH
ELEV. #1
ELEV. #2
ELEV. #3
ELEV. #4
TYP. BATH ELEVATIONS
TYPE 1 APTS. B,C,D
TYPE 2 APT. E
TYPE 4 APT. G
TYPE 5 APT. H
TYPE 6 APT. J
TYPE 7 APTS. A,K
TYPE 8 APT. L
TYPE 9 APTS. M,N
TYPE 10 APTS. R,W,X,Y
TYPE 11 APT. O
TYPE 13 APTS. S,V
TYPE 14 APT. T
HANDICAPPED APARTMENTS
31

## EQUIPMENT SCHEDULE

| EQUIPMENT | MANUFACTURER | MODEL NO. | FAN CAPACITY | HEATING/COOLING CAP. | REMARKS |
|---|---|---|---|---|---|
| FURNACE FENCL. A ENCE. | CARRIER OR APPROV. EQ. | 58-PAP-120 CC | SINGLE FURNACE 2145 CFM @ .5" ESP. 3/4 HP. FAN MOTOR | 147,000 BTUH GAS INPUT, 115,000 BTUH GAS OUTPUT | GAS FIRED UP-FLOW FURNACE, WITH GAS SAFETY SHUTOFF, FILTER PLENUM DX COOLING COIL & PLENUM. FURNACE SHALL HAVE NOM. 5-TON DX COOLING COIL MOD. NO. 28-[illegible] ... IN S.E. CORNER ... |
| CONDENSING UNITS CU-1 & CU-2 | CARRIER OR APPROV. EQ. | 38-TKB-060 | 58,300 BTUH COOLING COIL + 41,800 BTUH SENSIBLE COOLING | 58,300 BTUH COOLING COIL + 41,800 BTUH SENSIBLE COOLING | CU-1 LOCATED ON SLAB, S.E. CORNER OF EXT. PORTION OF BLDG. CU-2 LOCATED ON SLAB N.W. PORTION OF BLDG. R-22 REFRIGERANT. INTERLOCK BOTH FURNACE & CONTROL TO SINGLE ROOM THERMOSTAT & CONDENSING UNIT |

## REFRIGERATION SCHEDULE

| TAG # | # COMP. | COMP. HP | COMP. TON | TYPE COMP. | MANUFACTURER | REMOTE | REF. | WT. OF REF. | LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| CU-1 | 1 | 5 | 5 | SCROLL | CARRIER OR EQ. | YES | R-22 | 10 LBS. | GRADE (S.E.) |
| CU-2 | 1 | 5 | 5 | SCROLL | CARRIER OR EQ. | YES | R-22 | 10 LBS. | GRADE (N.W.) |




SCHEMATIC NEON LIGHTING LAYOUT
NO SCALE

## GROUND FLOOR VENTILATION SCHEDULE

| SPACE OR AREA | SPACE NO. | FLOOR AREA (S.F.) | DES. REQ. MECH. VENTILATION SUP. CFM | DES. REQ. R.A. CFM | PROPOSED MECH. VENTILATION SUP. CFM | PROPOSED R.A. CFM | HEATING DATA SYSTEM | MBH | MBH | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| LOBBY | 91 | 940 | 0 | 0 | 544 | 544 | FURNACE | 14.5 | [illegible] | |
| RECEPTION | 92 | 96 | 96 | 96 | 135 | 135 | " | 1.83 | 1222 | |
| GENERAL OFFICE | 93 | 372 | 372 | 372 | 558 | 400 | " | 6.0 | [illegible] | |
| CONFERENCE | 94 | 192 | 192 | 192 | 384 | 384 | " | 2.95 | 724 | |
| ELEVATOR LOBBY | 95 | 830 | 0 | 0 | 2,000 | 2,000 | " | 2.0 | [illegible] | |
| OFFICE | 96 | [illegible] | 96 | 196 | 135 | 135 | " | 1.83 | 1222 | |
| OFFICE | 97 | [illegible] | 96 | 196 | 136 | 135 | " | 1.65 | 1212 | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

GLASS AND VENT DATA FOR ALL APARTMENTS IS UNCHANGED FROM ORIGINAL REQUIREMENTS AND DATA.

## MECHANICAL NOTES

[illegible]




REMOTE REFRIGERATION PIPING DIAGRAM
NO SCALE




NOTE:
NEW FURNACE AND DUCTWORK EQPMT. PER ACTIVITIES RM. SIDE, REMOVE EXISTING.
FOR ACTIV. RM. AND KITCHEN INSTALL, NEW 5 TON CU FOR THIS AREA

PLAN OF COMBINATION FURNACE/AC UNIT
NO SCALE

T. D.DUNAJ, ARCHITECT A.I.A.
MECHANICAL DETAILS (AND VENT. SCHEDULE)
SOUTH POINTE TOWER
6325 S. LOWE, CHICAGO, IL 60621
DATE 12/27/01
SCALE AS NOTED
SHEET 32 OF 33 SHEETS
REVISIONS FEB. 6, 01


MECHANICAL, ELECTRICAL AND
VENTILATING PLAN - GROUND FLOOR
SCALE: 1/8" = 1'-0"
TYPICAL ELECT. SYMBOLS
SOUTH POINTE TOWER
6425 S. LOWE CHICAGO, IL 60621
MECHANICAL, ELECTRICAL &
VENTILATING PLAN
GROUND FLOOR
T. DUNAJ, ARCHITECT AIA
310 S. MICHIGAN AVE., SUITE 1404
CHICAGO, IL 60604
TEL: 312 356-0310 FAX: 312 431-6800
33