**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 076

PM GROUP

March 6, 2001

3/7/01
HMCE/McFarlane,
F+I copy
file 975.10 O/S, Chicago

Ms. Gwendolyn Thomas, Project Manager
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Boulevard, 23rd Floor
Chicago, Illinois 60604-3507

Re: **South Pointe Tower Apartments**
**REAC Inspection No: 8000040489**
**FHA No: 071-55028**

Dear Ms. Thomas:

This letter is certification that all EH & S items listed in the above captioned inspection have been corrected (EH & S Report attached). The items were corrected the day of the inspection, Friday, March 2, 2001 and the day following the inspection, Saturday, March 3, 2001.

Also, we are requesting that you advise us on how to get a hard copy of the report from the internet so that we may expeditiously reply to the rest of the report.

As always, your help is greatly appreciated and should you have any questions, please contact myself or Carl Sanders at 773-324-9010 extension 204.

Very Truly Yours,

John J. Hayes

John J. Hayes
PM Group, Inc.

cc: Edward Hinsberger, HUD
Veronica Coleman, HUD
Debbie Gray, HUD
Dianne LeMieux, PM Group, Inc.
Marlene Dau, P.M. One. Ltd.
Carl Sanders, P.M. One, Ltd.
975.10 OS/Chicago

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 077

MAR 09 2001

Mr. John Hayes, President
P.M. Group
1050 Corporate Office Drive
Suite 150
Milford, MI 48381

Subject: REAC EHS Certification and
Notice of Violation
South Pointe Tower Apartments
Contract No. IL06-E000-034

The Real Estate Assessment Center (REAC) conducted a physical of your property on March 2, 2001. At the conclusion of the inspection the inspector issued your representative a ticket citing several Emergency Health and Safety (EHS) issues observed. You were given 72 hours from issuance to repair the items as stated on the ticket. March 6, 2001, we received your certification indicating that all EHS items had been mitigated. Because of the numerous complaints and issues that we have experienced with the management of this property, our staff conducted a confirmatory review of the items that you certified as being corrected. Your onsite assistant manager and maintenance person accompanied HUD staff while they performed the review. Our review confirmed that only a few of the EHS items had been mitigated and not all as you certified. When the confirmatory review concluded, all items found to be inaccurately certified were discussed with your onsite staff.

This letter is to advise that the EHS items cited on your REAC inspection of March 2, 2001, remain open. Also, the fact that your property is not in good repair places you in violation of your Housing Assistance Payment (HAP) Contract (refer to Section 524 (a) Addendum).

As stated above, the EHS findings are open and you are still required to mitigate each one and provide an accurate certification statement. Please keep in mind that false certifications and contract violations are serious infractions that HUD will not tolerate. Should actions like these continue, we will not hesitate to exercise our rights and/or remedies under the HAP contract, including reduction, suspension, abatement or termination of the Section 8 Assistance Payments.

A 2217

Hopefully, this matter will be resolved expeditiously. Should you need assistance, please contact Gwendolyn Thomas, Project Manager on (312) 353-6236, extension 2246.

Sincerely,

Veronica Coleman

Veronica Coleman
Director, Project Management
Chicago Multifamily Hub

CC: Marlene Dau, Vice President
Carl Sanders, Property Supervisor
P.M. One, LTD
1621 East 55th Street
Chicago, Illinois 60615

5AHM:Thomas:dem 3/9/01 doc. Southpointe

Thomas

A 2218

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 078

BBB

wasn't mailed

BBB

John Hayes, General Partner
PM Group
1050 Corporate Office Drive
Suite 150
Milford, MI 48381

Dear: Mr. Hayes:

SUBJECT: Notice of Section 8 Suspension and Abatement
Section 8 Contract No. IL06-E000-034
South Pointe Towers Apartments, Chicago, Illinois

Our office notified you by certified letter, dated December 6, 2000 and again by electronic mail on January 23, 2001. You were notified that you were in default of your Housing Assistance Payment (HAP) Contract for failure to maintain the Project in decent, safe and sanitary conditions. You were further advised they if you failed to correct this violation to the satisfaction of the Secretary by March 19, 2001, HUD may seek any and all remedies provided in the HAP Contract.

To date you have failed to respond to the notice.

As a result, you remain in default of your HAP Contract. Effective this date, Section 8 subsidy payments for all units at the Project are hereby suspended and abated pursuant to 24 CFR Part 886.323(a), "Maintenance, operation, and inspections", Section 524(a) Addendum and the Addendum to Section 8 HAP Contract Renewal of the HAP contract. 24 CFR part 886.323(a) states:

*The owner shall maintain and operate the project so as to provide decent, safe and sanitary housing.*

Section 524(a) Addendum of the HAP contract states:

*If HUD notifies the Owner that it has failed to maintain a dwelling unit in decent, safe and sanitary condition and the Owner fails to take corrective action within the time prescribed in the notice, HUD may exercise any of its rights or remedies under the contract.*

A- 2062

Addendum to the Section 8 HAP Contract Renewal states:

*Owner agrees as a condition of renewing the Section 8 Contract that, in the event HUD's Real Estate Assessment Center (REAC) issues a physical inspection report to the Owner that has a score which evidences Owner failure to comply with HUD's Uniform Physical Condition Standards and Physical Inspection Requirement, or if the Owner is negotiating a Corrective Plan of Action to repair deficient items on the REAC inspection, or if the Owner agreed to a Corrective Plan of Action and has endorsed said Plan, HUD may terminate the Contract after the renewal.*

HUD has allowed you 23 months from the date of the initial Real Estate Assessment (REAC) Inspection conducted, April 28, 1999 and your Management Improvement Operating Plan(MIO) plan submitted to our Enforcement Center on December 8, 1999 to bring the subject property into compliance.

At the October 18, 1999 meeting, your plans for refinancing was discussed in detail, as were HUD's concerns that your plans did not adequately address all the deficiencies. HUD emphasized that the entire property must be surveyed by the owner, and that all of the project must satisfy HUD's physical condition standards. You also described your concerns for funding the needed project repairs.

You have been provided adequate time to bring the subject project into compliance with the Code of Federal Regulations and the HAP Contract, again to date the project remains in violation of the said CFR and HAP contract.

Therefore, we have instructed our Field Accounting Division to suspend and abate payments on all units. Please be advised that, effective immediately, you cannot accept new Section 8 tenants at the Property.

If you have any questions, please contact Gwendolyn Thomas, Project Manager at (312) 353-6236, ext. 2246.

Sincerely,

Edward J. Hinsberger
Director, Chicago Multifamily Hub

H: John Hayes

Draft gt 3/15/01

A-2063

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 079

PM GROUP

March 16, 2001

Ms. Veronica Coleman
Director, Project Management
US Department of Housing and Urban Development
Office of Housing
Chicago Multifamily Division
77 West Jackson Boulevard
23rd Floor
Chicago, IL 60604

Re: REAC EHS Certification and Notice of Violation
South Pointe Tower Apartments
Contract No. IL 06-E000-034

Dear Ms. Coleman:

I am in receipt of your letter dated March 9, 2001 referencing the Emergency Health and Safety issues observed at South Pointe Tower Apartments on March 2, 2001. Based on your facts of what transpired at the site during the confirmatory review of the items listed on the EHS ticket, I understand your frustration and concern over the management of this property. The General Partner representing the ownership of South Pointe Tower Apartments wishes to ensure total compliance with all HUD regulations and open lines of communication between HUD, property management, and ownership. I believe that over the last year or so this has not been met to HUD's satisfaction. I would like to rectify, remedy and recommit the ownership to cooperation, working diligently with HUD and property management to provide safe, decent and sanitary housing for our residents.

Specifically addressing the reference in your letter of March 9 that "false certifications and contract violations are serious infractions that HUD will not tolerate" is of extreme concern to me. The General Partner representing ownership is located in Michigan and does not have the ability to monitor on a daily basis specific site inspections to validate compliance with required repairs from physical inspections. The General Partner relies solely on the information received from the property management company. It is my belief from investigation with property management that the certification dated March 6, 2001 as a response to the Emergency Health and Safety Issues observed on the March 2, 2001 inspection, was correct. I believe that part of the problem was the use of a site Assistant Manager and maintenance person to accompany the HUD staff on the confirmatory review. Using the site Property Manager would have resulted in what I believe would have been a more favorable report. With that being said, I am enclosing the response from Mr. Carl Sanders, Property Manager for South Pointe Tower Apartments as it relates to the EHS Issues observed on March 2, 2001. This includes photos of those items cited on the March 2, 2001 inspection.

I am also in receipt of the REAC full inspection report from March 2, 2001. I have sent this report on to the Property Management company and we will begin the process of responding within the thirty (30)

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

day period. As you are also aware the ownership is completing a submission for financing under the HUD Section 221(d)4 program in order to complete substantial rehabilitation of the building.

I look forward to working with you to meet the specific goals and objectives that both ownership and HUD have on the betterment of South Pointe Tower Apartments.

Very Truly Yours,

ENGLEWOOD TERRACE APARTMENTS, L.P.
PM GROUP, INC., GENERAL PARTNER

John J. Hayes
President

cc: Mike McGhie
Marlene Dau
Carl Sanders