**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 080

BABCO Construction, Inc.

March 19, 2001

PM Group
1050 Corporate Office Drive, Suite 150
Milford, MI. 48381
Attn: Diane Lemieux

Re: South Pointe Tower Apartments
6425 S. Lowe St.
Chicago, Illinois
Proposed Scope of Work Summary-Revision #3

Dear Diane,

Below is a narrative of the scope of the work our budget pricing covers. The scope is loosely based on the plans prepared by Ted Dunaj which we received March 13, 2001. The plans are preliminary in scope and not dated.

Sitework

- Minor Landscaping

Concrete/Masonry

- Masonry Repairs to Courtyard walls
- Concrete Repairs to exterior Walls including barricade– (Allowance $700,000)
- Power Wash & Tuckpoint Brickwork on Building
- Caulking of Exterior
- Coating & Painting of Exposed Concrete on Building
- Interior Brickwork Repairs (Minor)

Ornamental Metal

- Replace door from penthouse to roof

Roofing

- Replace all levels of the existing Roofing

Carpentry

- Installation of Doors listed Doors/Frames/Hardware
- Correction of Ground Floor South Egress Situation
- Penthouse secondary fire exit
- One half hour of miscellaneous carpentry repair per apartment
- Installation of replacement toilet accessories

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS

1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com

PM Group
March 19, 2001
Scope of Work

Doors/Frames/Hardware

- Smoke Compartment Door Replacement/Hold Opens/Panic Hdw.
- Stairwell Door Replacement ( 44 included)
- Garbage Chute Room Door Replacement (20 included)
- Apartment Entry Door Replacement (132 included)
- Bedroom & Bathroom Door Replacement (185 included)
- Slider Closet Door Replacement (840 included)

Cabinets/Countertops

- Replace Cabinets/Countertops (10 units)

Aluminum Storefront

- Replace Storefront system proposed at Daycare Center.

Drywall Repairs

- Apartment Drywall Repairs ($37,875 allowance)
- Replace existing penthouse elevator wall enclosure with code approved enclosure

Ceramic Tile

- Bathroom Shower Surround Repair ($30,300 allowance)

Resilient Flooring

- Repair floor tile in apartments and public corridors ($22,195 allowance)

Painting

- Finishing of New Doors
- Remove lead paint from Stair Well Handrails and repaint with non lead paint
- One coat of flat paint on interior of apartment walls and ceilings
- Refinish outside surface of kitchen cabinets
- One coat of eggshell paint on corridor walls

Window Blinds

- All new blinds in the apartments

Trash chute

- Door Replacement
- Cleaning of Existing Chute



1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com
e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]

PM Group
March 19, 2001
Scope of Work

Sprinklers

- New Sprinkler Heads in Trash Chute every 4th Floor so every other floor will have a sprinkler head

Mechanical

- Replace boiler burner controls ($ 130,000 allowance)
- Rebalance residential corridor exhaust and supply system

Plumbing

- Replace 20 Kitchen Sinks
- Replace 30 Kitchen Faucets
- Replace 30 Bathtub Valves
- Replace 20 Bathtubs
- Replace 30 Toilet Room Lavatories
- Replace 40 Toilet Room Lavatory faucets
- Replace 40 Toilets
- Replace 60 Toilet seats
- Replace 100 wall stops
- Refinish 50 Bathtubs
- Miscellaneous piping repairs ($ 30,000 allowance)

Electrical

- Replace Electric Hold-Opens on Smoke Compartment Doors
- GFI in Kitchens (allowance of 200)
- Install New Fire Alarm System
- Replace All Exit Signs
- Hardwire Smoke Detectors in Apartments
- Replace 90 ceiling light fixtures in the apartments
- Replace 275 duplex outlets or switches in the apartments
- 40% replacement of stairwell light fixtures

Video Security System

- Allowance for cameras on first floor


1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com
03/16/01 FRI 18:58 [TX/RX NO 6074]

POM Group
March 19, 2001
Scope of Work

General Conditions

Building Permit

Bonds

We have not included the following:

- Paving or seal coating of parking lot
- ADA compliant apartments
- Painting of corridor ceilings
- Painting of stairwells
- Any work on the exterior windows
- Elevators
- Changes to existing utility services and/or in the building distribution of same
- Door entry intercom system
- Removal of mirrors/or other rough texture material for the preparation of painting of wall/ceiling surfaces
- Any changes required by any governmental authorities
- Utility costs
- Removal of any environmental hazardous material except the lead paint from the stair well hand rails
- Anything not specifically mention above as included.

PM Group shall be responsible for the following:

- Security for our personnel and materials
- BABCo will be given approximately 800 s.f. of space on the first floor for field office.
- A full time clerk to work with the tenants to arrange on a daily basis access into apartments. When the construction work makes an apartment un-inhabitable, PM Group shall be responsible to temporarily relocate the tenant.
- Providing one elevator for BABCo's exclusive use during its working day.

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS
1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]

BABCO Construction, Inc.

PM Group
March 19, 2001
Scope of Work

Very truly yours,
BABCO Construction, Inc.

Jerold Levin
Vice President

cc: Ted Dunaj 312-431-6800
Larry Goldman BABCO
John Angelovich BABCO
Alan Cravitz 312-332-0406

File:Corp'doc/SouthPoint /Bid Doc/Owner Corres/Scope #3 3-19-01

GENERAL CONTRACTORS/CONSTRUCTION MANAGERS

1723 Howard St. / Evanston, Illinois 60202-3767 Phone: 847/869-2100 Fax: 847/869-5070
website: www.babcoinc.com e-mail: info@babcoinc.com

03/16/01 FRI 18:58 [TX/RX NO 6074]

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 081

Office of Housing
Federal Housing Commissioner

See back of page for Public reporting statement

| Inspection Date (mm/dd/yyyy) | Date Report Mailed (mm/dd/yyyy) | Report Prepared By |
|---|---|---|
| 3-22/3-23-01 | | [X] HUD<br>[ ] Mortgagee (Enter Company Name) |

**Part A: Basic Data**

1. Project Name: SOUTH POINTE TOWER
2. Owner's Name: ENGLEWOOD TERRACE LIMITED PARTNERSHIP — Since (mm/dd/yyyy):
3. Agent's Name: — Since (mm/dd/yyyy):
4. Resident Manager's Name: AISHA BAND PARTE — Since (mm/dd/yyyy):
5. FHA Number: 071-35681
6. Mortgagee Number:
7. Number of Units — Total: 303 — Vacant: 6
8. Last Quarter Averages — Monthly Turnover: 5 (Units) — Days Vacant/Unit: 72 (Days) — Unit Ready Time: 20 (Days)
9. Name and Title of Owner Representative accompanying you on Inspection: CARL SANDERS/REGIONAL MANAGER

**Part B: Physical Condition.** Indicate the physical condition of each item. If maintenance is needed, describe the problem/need in Part E of this report. Mortgagees need not supply cost estimates. HUD staff need give cost estimates only when such estimates are required by other instructions (e.g., workout or flexible subsidy instructions).

| | Maintenance Needed (Y/N) | Urgency (H/M/L) | On Prior Report (Y/N) | Estimated Cost |
|---|---|---|---|---|
| **Exterior Items Inspected** | | | | |
| 1. Exterior Walls and Foundations | Y | H | - | 700,000 |
| 2. Roofs, flashing, vents | Y | M | - | 162,500 |
| 3. Gutters, downspouts, splashblocks | - | - | - | — |
| 4. Drives, parking lots, paving, curbs | Y | M | - | 20,500 |
| 5. Walks, steps, guardrails | Y | M | - | 5,000 |
| 6. Fences, walls, gates | Y | M | - | 8,000 |
| 7. Porches, balconies, fire escapes | - | - | - | — |
| 8. Doors, windows, screens | Y | L | - | 36,000 |
| 9. Garage and carports | - | - | - | — |
| 10. Lawns and plantings | Y | L | - | 2,000 |
| 11. Sprinkler and drainage system | Y | H | - | 500 |
| 12. Exterior lighting | - | - | - | — |
| 13. Exterior painting | — | - | - | SEE # 1 |
| 14. Underground gas, water, sewage | - | - | - | — |
| 15. Security systems CURRENTLY | - | - | - | 24 HR GUARD |
| 16. PENTHOUSE REPLACEMENT | Y | M | — | 650,000 |
| **Energy Efficiency Items Inspected** | | | | |
| 17. Insulation | - | - | - | — |
| 18. Caulking and weatherstripping | Y | H | - | 151,500 |
| 19. Storm doors and windows | - | - | - | — |
| 20. Water saver devices | - | - | - | — |
| 21. CCTV, CAMERAS CALL STATION | Y | H | - | 75,000 |
| 22. FIREMANS CALL STATION | Y | H | - | 145,000 |

| | Maintenance Needed (Y/N) | Urgency (H/M/L) | On Prior Report (Y/N) | Estimated Cost |
|---|---|---|---|---|
| **Interior Items Inspected** | | - | | |
| 23. Floors, carpets, tiles | Y | M | - | 185,150 |
| 24. Stairs, walkways, community spaces | - | - | - | — |
| 25. Cabinets, doors, closets, hardware | Y | H | - | 1,473,150 |
| 26. Painting | Y | M | - | 317,950 |
| 27. Curtains and shades | Y | M | - | 60,000 |
| 28. Refrigerators and ranges | Y | M | - | 243,400 |
| 29. Garbage disposal and exhaust fans | Y | M | - | 40,800 |
| 30. Compactors and incinerators | Y | H | - | 7,500 |
| 31. Electrical fixtures and systems | Y | H | - | 405,100 |
| 32. Plumbing fixtures and systems | Y | H | - | 436,800 |
| 33. Heating and air conditioning | Y | M | - | 719,550 |
| 34. Hot water system, boiler room | - | - | - | — |
| 35. EMERGENCY GENERATOR | Y | H | - | 150,000 |
| **Miscellaneous Items Inspected** | | | | |
| 36. Benches, play area and equipment | - | - | - | — |
| 37. Laundry rooms BLOCK WALL REPAIR | Y | H | - | 21,600 |
| 38. Storage, utility buildings | - | - | - | - |
| 39. Elevators | Y | H | - | 165,000 |
| 40. Project signs and office | - | - | - | — |
| 41. Swimming pools | - | - | - | — |
| 42. Exterminating | Y | H | - | ROACHES |
| 43. Fire extinguishers | - | - | - | — |
| 44. INSTALL HARD WIRE S/D | Y | H | - | 30,800 |

**Part C: Miscellaneous Observations.** Answer each question. In Part E, describe any problem areas, corrective actions needed, or elaborate on these answers.

1a. Surrounding neighborhood is: [X] Depressed [ ] Average [ ] Prosperous
b. This condition is expected to: [ ] Improve [X] Stay Same [ ] Decline

| | Yes | No | N/A |
|---|---|---|---|
| 2. Are project signs and access adequate? | [X] | [ ] | |
| 3a. Is preventive maintenance adequate and timely? | [ ] | [X] | |
| b. Are any changes in maintenance procedures needed? | [X] | [ ] | |
| 4a. If insurance loss drafts or replacement reserve funds were released for repairs, have those repairs been completed? | [ ] | [ ] | [X] |
| b. If no, is repair work progressing on schedule? | [ ] | [ ] | |

| | Yes | No | N/A |
|---|---|---|---|
| 5a. Have all repairs required by HUD or the mortgagee been completed? | [ ] | [ ] | [X] |
| b. If no, is repair work progressing on schedule? | [ ] | [ ] | |
| 6a. Have any major physical improvements been made during the last year? | [ ] | [X] | |
| b. Are any major physical improvements planned? | [X] | [ ] | |
| If yes on either a or b, describe in Part E: Comments. | | | |
| 7. Is the project experiencing any significant occupancy problems? | [ ] | [ ] | |

ESTIMATE OF REPAIRS $6,221,800

Previous editions are obsolete.
Replaces form HUD-9822-A.

Original to Project Owner, One Copy each to Field Office and Mortgagee.



form HUD-9822 (1/90)
ref. Handbook 4350.1

B 4770

I. Overall Physical Condition

☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory | ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory

Part E: Comments. Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-1 | MASONRY REPAIRS TO COURTYARD WALLS, CONCRETE REPAIRS TO EXTERIOR WALLS INCLUDING BARRICADE, POWERWASH + TUCKPOINT BRICKWORK ON BLDG, COATING + PAINTING OF EXPOSED CONCRETE, INTERIOR BRICKWORK REPAIRS, EXTERIOR CAULKING EST. $700,000 | |
| B-2 | ROOF REPLACEMENT, MAIN ROOF + PENTHOUSE EXT. $162,500 | |
| B-4 | PATCH LOT AS NEEDED, SEAL + STRIPE EST. $20,500 | |
| B-5 | PATCH + REPAIR SPALLED / CRACKED STEPS + WALKS EST. $5,000 | |
| B-6 | REPAIR IRON FENCE 80 LF @ $100/LF = $8,000 | |
| B-8 | REPLACE MISSING & RIPPED SCREENS 3,000 @ $12/EA = $36,000 | |
| B-10 | SEED AT BALD SPOTS + ELIMINATE EROSION = $2,000 | |
| B-11 | ADDITIONAL SPRINKLER HEAD IN TRASHROOM = $500 | |
| B-16 | PENTHOUSE REPLACEMENT EST. $650,000 | |
| B-18 | RECAULK ALL WINDOW UNITS EST. $151,500 | |

Part F: Signatures

| 1. Inspection made by | | 2. Inspection approved by | |
|---|---|---|---|
| 1a. Title | 1b. Date (mm/dd/yyyy) | 2a. Title | 2b. Date (mm/dd/yyyy) |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

| 1. Overall Physical Condition | 2. Maintenance Policies and Practices |
| --- | --- |
| ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory | ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory |

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
| --- | --- | --- |
| B-21 | SECURITY, CCTV, CAMERAS, CALL STATION EST. $75,000 | |
| B-22 | NEW FIREMAN'S CALL STATION EST. $145,000 | |
| B-23 | REPLACE SEVERLY DAMAGED VCT IN APTS. 24,000 SF @ $3.00/SF = $72,000, LOBBY + LAUNDRY FLOORS 650 SF @ $3.00/SF = $1,950, KITCHEN FLOOR TILE 303 UNITS @ $300/UNIT = $90,900, BATH FLOOR TILES 303 UNITS @ $100/UNIT = $30,300 TOTAL $195,150 | |
| B-25 | BEDROOM + BATH DOORS 185 @ $100/EA = $18,500, CORRIDOR FIRE DOORS 44 @ $1,500/EA = $66,000, CLOSET DOORS 840 SETS @ $300/EA = $252,000, INSTALL SPRING HINGE ON ALL APT. ENTRY DOORS 303 @ $100 = $30,300, REPLACE APT. ENTRY DOORS 132 @ $300/EA = $39,600, GARBAGE CHUTE ROOM DOORS 21 @ $200/EA = $4,200 STAIRWAY ENTRY DOORS 44 @ $200/EA = $8,800, MAINT. CORRIDOR APPROX. 8 DOORS @ $300/EA = $2,400, KITCHEN CABINETS 303 SETS @ $2,200/EA = $666,600, COUNTER TOPS 303 TOPS @ $500/TOP = $151,500, BATH MED CABS 303 @ $150 = $45,450 TOTAL $1,473,150 | |

**Part F: Signatures** B 4772

| 1. Inspection made by | | 2. Inspection approved by | |
| --- | --- | --- | --- |
| 1a. Title | 1b. Date (mm/dd/yyyy) | 2a. Title | 2b. Date (mm/dd/yyyy) |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

| 1. Overall Physical Condition | 2. Maintenance Policies and Practices |
|---|---|
| ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory | ☐ Superior ☐ Satisfactory ☐ Below Average ☐ Unsatisfactory |

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-26 | PAINTING APTS. 25/41 = 61% x 303 = 185 x $750 = $138,750, CORRIDORS INCLUDING CLOSETS 22 @ $2,000 = $44,000, STAIRWELLS 44 LANDINGS @ $300/EA = $13,200, APT. DRYWALL REPAIRS (UNDER WINDOWS) 185 @ $250 = $46,250, PAINT 303 KITCHENS @ $100/EA = $30,300, REPAIR + PAINT BATHROOMS 303 @ $150/EA = $45,450 TOTAL $317,950 | |
| B-27 | REPLACE ALL BLINDS 3,000 @ $20 = $60,000 | |
| B-28 | REPLACE RANGE + REFRIGERATOR IN ALL UNITS 303 SETS @ $800/SET = $242,400 | |
| B-29 | GARBAGE CHUTE DOORS 21 @ $500/EA = $10,500, CLEAN KITCHEN & BATHROOM VENTS 303 @ $100 = $30,300 TOTAL $40,800 | |
| B-30 | REPLACE GARBAGE COMPACTOR IN TRASH ROOM = EST. $7,500 | |
| B-31 | GFI OUTLETS IN BATHS 303 @ $150 = $45,450, APT. GLOBES AND FIXTURES 4/41 = 10% x 303 = 30 x $100 = $3,000, STAIRWELL LIGHTS 44 @ $250 = $11,000, EXIT SIGNS 88 @ $250 = $22,000, ELEC. SERVICE UPGRADE = $135,000 ELEC. DISTRIBUTION UPGRADE $106,050, KITCHEN LIGHT FIXTURES 303 @ $100/EA = $30,300, BATH LIGHT FIX. 303 @ $100/EA = $30,300 TOTAL $405,100 | |

**Part F: Signatures**

| 1. Inspection made by | | 2. Inspection approved by B 4773 | |
|---|---|---|---|
| 1a. Title | 1b. Date (mm/dd/yyyy) | 2a. Title | 2b. Date (mm/dd/yyyy) |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.

**Part D: Evaluation.** Important: In Part E, explain the basis for any below average or unsatisfactory rating.

1. Overall Physical Condition
☐ Superior ☐ Satisfactory ☐ Below Average ☒ Unsatisfactory

2. Maintenance Policies and Practices
☐ Superior ☐ Satisfactory ☐ Below Average ☒ Unsatisfactory

**Part E: Comments.** Cross reference each comment to a line item in Part B, C, or D of this report. Attach additional sheets, if needed.

| Part, Line Reference | | Date Closed (mm/dd/yyyy) |
|---|---|---|
| B-32 | REPLACE LEAKING TRAPS + RISERS 75 @ $400 = $30,000, KITCHEN SINKS + FAUCETS 303 SETS @ $300/EA = $90,900, REFINISH 303 BATHTUBS @ $300/EA = $90,900, INSTALL 303 GOOD QUALITY TUB SURROUNDS @ 250/EA = 75,075, INSTALL 303 NEW BATH LAVATORY SINKS + FAUCETS @ $275/SET = $83,325, INSTALL 303 NEW COMMODES @ 250/EA = $66,600 TOTAL $436,800 | |
| B-33 | REPLACE BURNER BOILER CONTROL = $130,000, REPLACE BOILER #3 = $15,000, A/C UNIT + WINDOW MODIFICATION 303 @ $1,000 = $303,000, COMMON AREA A/C 4 @ $3500 = $14,000, HEATING SYSTEM MODIFICATION 303 @ $850 = $257,550 TOTAL $719,550 | |
| B-35 | REPLACE EMERGENCY GENERATOR = $150,000 | |
| B-37 | REBUILD BLOCK WALLS AT DOOR JAMS 22 @ $800 = $12,600, REBUILD DAMAGED BLOCK WALLS IN MAINT. CORRIDOR 30 LF = $4,000 TOTAL $21,600 | |
| B-39 | ELEVATORS ARE BEING WORKED ON = $165,000 | |
| B-44 | INSTALL HARD WIRE S/D IN CORRIDORS 88 @ $350 = $30,800 TOTAL $6,221,800 | |

**Part F: Signatures**

| 1. Inspection made by | 1b. Date (mm/dd/yyyy) | 2. Inspection approved by | 2b. Date (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | | B 4774 | |
| 1a. Title: Construction Analyst | 3-27-01 | 2a. Title | |

Pursuant to 24 CFR Part 207.260(a) this information is collected annually to ascertain the physical condition of a mortgaged property. This is necessary for project owners to receive approvals for funding actions such as subsidy requests.

This information is non-sensitive and no assurances of confidentiality is given.

Public reporting burden for this collection of information is estimated to average 2 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

HUD may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB Control Number.