**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 086

PM ONE, LTD.

First in Property Management

April 8, 2001

Ms. Veronica Coleman
Director, Project Management
Chicago Multifamily Hub
U. S. Department of Housing and Urban Development
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

*RE: REAC Inspection on 3/8/01 for Southpointe Tower*

Dear Ms. Coleman,

Enclosed please find the Management Improvement and Operating (MIO) plan and the Emergency Health and Safety (EH&S) Certification from the owner, the information is in response to the REAC Inspection Findings submitted March 8, 2001 to P.M. One.

This letter is to document the action taken to correct the items referenced in the REAC inspection, as well as the plans to address capital items needed for the property. A scope of work has been obtained from BABCO Construction, Inc. identifying capital and structural items to be completed on the property.

Finally, the EH& Safety items certification is being submitted with the signature of the owner, it is my understanding that the original documentation and the pictures have all been submitted to Ms. Thomas, the Project Manager as early as March 12, 2001. Pursuant to my conversation with Ms. Thomas, a signed letter from the owner certifying that the information provided has been done must be included to bring closure to the outstanding issue.

1621 E. 55th Street • Chicago, IL 60615
773-324-9010 • Fax 773-324-9082 • www.pmone.com

Thank you for your consideration in this matter, as we work together to provide safe decent and sanitary housing for the residents of Southpointe Tower.

Sincerely,

Kelly Brown
Regional Property Manager

Cc: Joan Kiening
Gwen Thomas
Marlene Dau
John Hayes
Diane Lemieux

Attachment(s)

#1 = MIO Plan
#2 = Scope of Work for Capitol Improvements
#3 = Owner Certified Letter for EH&S

KB/mb

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 087

PM GROUP

April 9, 2001

Ms. Gwendolyn Thomas, Project Manager
Chicago Multifamily Hub
Illinois State Office
77 West Jackson Boulevard, 23rd Floor
Chicago, Illinois 60604-3507

Re: South Pointe Tower Apartments
REAC Inspection No: 8000040489
FHA No: 071-55028

Dear Ms. Thomas:

This letter is certification that all EH & S items listed in the above captioned inspection have been corrected (EH & S Report attached).

As always, your help is greatly appreciated and should you have any questions, please contact myself or Kelly Brown at 773-406-1541.

Very Truly Yours,

John J. Hayes
~~PM Group, Inc.~~

cc: Edward Hinsberger, HUD
Veronica Coleman, HUD
Debbie Gray, HUD
Dianne LeMieux, PM Group, Inc.
Marlene Dau, P.M. One, Ltd.
Kelly Brown, P.M. One, Ltd.

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 088

To: Veronica Coleman/HSNG/CHI/HUD@HUD, Margarita Maisonet/DEC/CHI/HUD@HUD, Mary Anderson/HSNG/CHI/HUD@HUD, Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Janet L. Hanks/HSNG/CHI/HUD@HUD
cc:
Subject: Re: South Pointe

I set up a meeting with Doug and the PM folks for Friday morning (I know a bad choice) for 9:00 our time to talk about Southpointe. It appears that they are willing to talk about a possible tpa. Although Doug's message below talks sale, when he called me back, he said that they also wanted to talk about what good guys they are and how they are different from their management company. My desire is to save the project based Sec. 8 with a new owner and manager. If that can be done, that would be great, if it can't then we will move forward on the abatement. For those of you here on that day, you are cordially invited. Margie, could we do this in the DEC conference room. Our rooms up here are booked or torn down. thanks.
Ed

Deesher@aol.com on 04/09/2001 10:42:10 AM

Deesher@aol.com on 04/09/2001 10:42:10 AM

To: Edward_Hinsberger@hud.gov
cc:
Subject: Re: South Pointe

Ed,

I firmly believe that you can achieve a result that would be beneficial to the project without losing a valuable project based assistance housing resource at this time. Based upon our figures, we could afford to spend about 5,500,000 in improvements with only some fairly minor changes to our application. It is almost impossible for PM to sell the project at this time, as a result of the previous syndication of low income housing tax credits. I do believe, however, that they could sell their GP interest, and I think they might be willing to do so at this time. Would it be possible to meet one last time? Regards, Doug.

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 089

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

DEPARTMENTAL ENFORCEMENT CENTER
Chicago Satellite Office
77 W. Jackson Blvd., Suite 2207
Chicago, Illinois 60604-3507

Tel [illegible] Fax [illegible]

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL, POSTAGE PREPAID, OVERNIGHT MAIL

APR 09 2001

Englewood Terrace Limited Partnership
P.M. Group, Inc. G.P.
Attention: Mr. John Hayes, President
1050 Corporate Office Drive, Suite 150
Milford, MI 48381

Dear Mr. Hayes:

SUBJECT: Notice of Default of Housing Assistance Payments (HAP) Contract
South Pointe Towers Apartments, Chicago, IL
Contract Number: IL06-E000-034

This letter constitutes formal notice by the Secretary of the U.S. Department of Housing and Urban Development (HUD) to Englewood Terrace Limited Partnership (Owner), owner of South Pointe Towers Apartments (Project), that the Owner is in default of its obligations under the HAP Contract entered into between HUD and the Owner.

The Project was inspected on March 2, 2001 by HUD's Real Estate Assessment Center (REAC) and, out of a possible 100 points, scored a 31c*. Some of the outstanding deficiencies noted in the inspection include: holes and cracks in hallway and unit walls; broken windows; inoperable stoves and faucets; cockroaches in the units; and ponding on the roof.

On March 9, 2001, the Chicago Multifamily Hub sent the Owner a letter addressing the Exigent Health and Safety (EHS) items cited in the REAC inspection. The letter advised the Owner that few of the EHS items had been mitigated at the time. The letter also addressed that the Project was not in good repair, placing the Owner in violation of the Housing Assistance Payment (HAP) contract.

The Chicago Multifamily Hub received the Owner's letter dated March 16, 2001, in which the Owner claimed that the EHS items were corrected. The letter further stated that General Partner relies "solely on information received from the property management company," and that "we will begin the process of responding to [the REAC inspection report from March 2, 2001] within the thirty day period."

On April 3, 2001, the Chicago Multifamily Hub rejected the Owner's application for a firm commitment of funding pursuant to Section 221 (d)(4). In rejecting the application, HUD noted that "the repairs outlined in your application are inadequate when compared to the needs of the property." The letter notes that HUD has allowed 23 months from the date of the April 28, 1999 REAC inspection for this Owner to bring this property into compliance.



EXHIBIT
I

Pursuant to Paragraph 6(a) of the HAP Contract, you have agreed to maintain the Project's units and related facilities in decent, safe and sanitary condition. All of the Project, its units, systems, common areas and building(s) must satisfy HUD's Physical Condition Standards, 24 CFR Part 5, Subpart G. The REAC inspection confirms that the Project suffers from ongoing serious neglect, disrepair, and unsafe and unsanitary conditions throughout the units, common areas, and the building. The failure to keep and maintain the Project in a decent, safe, and sanitary condition is a default of the HAP Contract.

Pursuant to Paragraph 20 of the HAP Contract, the Owner is hereby notified that if the foregoing events of default are not corrected to the satisfaction of HUD within 30 days from the date of this Notice, HUD may seek any and all available remedies; including, without limitation, suspending or abating the HAP Contract.

If you have any questions concerning this matter, please contact Margarita Maisonet, Director, Chicago Satellite Office, Departmental Enforcement Center at (312) 353-5895 ext. 2007.

Sincerely,

Edward Hinsberger, Director
Chicago Multifamily Hub

Margarita Maisonet, Director
Chicago Satellite Office
Departmental Enforcement Center