**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 095

NMW

Gregory G. Gustin
10/02/2001 11:23 AM

To: Maria T. Baguio/DEC/CHI/HUD
cc: Margarita Maisonet/DEC/CHI/HUD@HUD
Subject: Re: Draft Letter: Southe Pointe

This letter was sent. I don't seem to have a hard copy. Note last sentence. Greg

----- Forwarded by Gregory G. Gustin/DEC/CHI/HUD on 10/02/01 11:28 AM -----



Margarita Maisonet
Sent by: Margarita Maisonet
05/16/01 09:30 AM

To: Gregory G. Gustin/DEC/CHI/HUD@HUD
cc: Catherine E. Paul/DEC/CHI/HUD@HUD, Sandra H. Suiter/DEC/CHI/HUD@HUD, Maria T. Baguio/DEC/CHI/HUD@HUD
Subject: Re: Draft Letter: Southe Pointe

Ready to roll...

Thanks.

----- Forwarded by Margarita Maisonet/DEC/CHI/HUD on 05/16/2001 09:30 AM -----

Edward Hinsberger
05/16/2001 09:20 AM

To: Margarita Maisonet/DEC/CHI/HUD@HUD
cc: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Debbie Gray/HSNG/CHI/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD, Gregory G. Gustin/DEC/CHI/HUD@HUD
Subject: Re: Draft Letter: Southe Pointe

good letter. FYI, I have gotten a couple of calls from Lakefront SRO. They are having discussions about purchasing the project. I just spoke with them again this morning and told them they needed to do something soon if they intend to purchase.

Margarita Maisonet

Margarita Maisonet 05/15/2001 02:30

Sent by: Margarita Maisonet
To: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Debbie Gray/HSNG/CHI/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD, Edward Hinsberger/HSNG/CHI/HUD@HUD
cc:
Subject: Draft Letter: Southe Pointe

Hi All,

Greg has drafted a response to Hayes' letter on South Pointe. In short, the letter summarizes the events leading to the HAP default letter, our meeting and their response. I know PM One is talking to some potential purchasers that have already gone out there. The purpose of the letter is to remind them that they're still in default and they should keep working on the transfer. Finally, we're recommending MF order the vouchers now, just in case they're unable to get someone willing and able to assume ownership & management. This will also let PM One know we're prepared to move as needed.

Please let me know if you concur with the letter or if you have any revisions, etc. you would like to see incorporated.

Thanks,

A 1612

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 096

Thomas

PM GROUP

May 22, 2001

Ms. Veronica Coleman
Director, Project Management
US Department of Housing and Urban Development
Office of Housing
Chicago Multifamily Division
77 West Jackson Boulevard
23rd Floor
Chicago, IL 60604

Re: South Pointe Tower Apartments
Contract No. IL06-E000-034
REAC Inspection – March 2, 2001

Dear Ms. Coleman:

I am in receipt of your letter dated May 15, 2001 regarding our response to the REAC Inspection of March 2, 2001. I am well aware that though we have addressed the REAC Inspection report with a management improvement and operating plan, that the overriding issue is the meeting that was conducted on April 13, 2001 with the Departmental Enforcement Center and Mr. Ed Hinsberger. Please note that I have responded to Mr. Hinsberger with a correspondence dated May 2, 2001. We continue to discuss and pursue options for sale of our General Partner interest to interested parties. We are reviewing proposals at this time and are confident that we can move forward with an agreement.

Very Truly Yours,

John J. Hayes
PM Group, Inc

1050 Corporate Office Drive, Suite 150 • Milford, MI 48381
248-529-2000 • Fax 248-529-2001 • www.pmgroupinc.com

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 097

Mary Anderson
06/08/01 09:47 AM

To: LaShun D. Perry/HSNG/CHI/HUD@HUD, Gwendolyn Thomas/HSNG/CHI/HUD@HUD
cc: Edward Hinsberger/HSNG/CHI/HUD@HUD
Subject: South Pointe Towers

LaShun - is the tenant list ready? I'd like to do my part and order the vouchers today.

Gwen - what's the effective date? ma

---------------------- Forwarded by Mary Anderson/HSNG/CHI/HUD on 06/08/2001 09:45 AM ---------------------------

Gwendolyn X. Thomas
06/01/2001 01:06 PM

To: Mary Anderson/HSNG/CHI/HUD@HUD
cc: Edward Hinsberger/HSNG/CHI/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD, Debbie Gray/HSNG/CHI/HUD@HUD, Janet L. Hanks/HSNG/CHI/HUD@HUD, Margarita Maisonet/DEC/CHI/HUD@HUD
Subject: South Pointe Towers

Hi Mary, can you order vouchers for South Pointe Tower, contract no. IL06-E000-034, 303 units, per Mr. Hinsberger request. This is the next step in our enforcement actions. If you need additional information, please let me know.

Thanks
Gwen

A 1639

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 098

Abatement 9-30-01
CHA

Mary Anderson
06/11/2001 01:27 PM

To: Monique S. Love/HSNG/HHQ/HUD@HUD, Eileen T. Davis/PIH/HHQ/HUD@HUD
cc: Veronica Coleman/MFHSNG/CHI/HUD@HUD, Gwendolyn Thomas/HSNG/CHI/HUD@HUD, Janet L. Hanks@HUD, LaShun D. Perry/HSNG/CHI/HUD@HUD, Coral Duplessis/PHSNG/CHI/HUD@HUD, Elmore Richardson/PHSNG/CHI/HUD@HUD
Subject: IL06-E000-034

Monique and Eileen - we are abating the Sec. 8 contract for this development as of 9/30/01. The vouchers need to be in place by 10/1/01. The Chicago Housing Authority will administer the contract.

Please let me know if you need any information. South Pointe Towers Tenant Opt Out 6-

SPointe enhvouch.

9-30-01
Abatement ~~[illegible]~~
303 units

6425 S. Lowe

A 1640

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 099

OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS

RICHARD A. DEVINE
STATE'S ATTORNEY

CRIMINAL DIVISION
69 W. WASHINGTON, SUITE 700
CHICAGO, ILLINOIS 60602

Personal Service

July 2, 2001

Angela McNair
South Point Towers
6425 S. Lowe
Chicago, IL 60621

RE: Notice of Public Nuisance at 6425 S. Lowe, Apts. 1301 & 2201, Chicago
Case Number NA93-1365

Dear Angela McNair:

Public records indicate that you own, manage, and/or have a possessory interest in the property located at 6425 S. Lowe, Apts. 1301 & 2201. Our office has received information that illegal drug activity has taken place at the above-mentioned address more than once within a one year period. Citizens in the community have complained that narcotics are being bought and sold in and around this property. In addition, the Chicago Police Department has expressed concern that this property is being used for illegal drug activity.

We are hereby informing you that a public nuisance as defined in 740 ILCS 40/0.01 et seq. (1993), exists at your property. Section 40/1 states that a "Nuisance" is any place at which or in which controlled substances are unlawfully sold, possessed, served, stored, delivered, manufactured, cultivated, given away or used more that once within a period of one year. Moreover, pursuant to 720 ILCS 5/37-1 (1993), any building used in the commission of offenses prohibited by the Illinois Controlled Substances Act and the Cannabis Control Act constitutes a public nuisance. A person who knowingly maintains such a public nuisance commits a Class A misdemeanor and each subsequent violation constitutes a Class 4 Felony.

We are hereby putting you on notice that as the owner of this property you have 14 days from the mailing of this notice or 7 days from personal service of this notice to appear at the State's Attorney's Office to arrange to take action to abate the nuisance. Your failure to arrange to appear at the State's Attorney's Office within the applicable time frame indicated above may subject you to prosecution for maintaining a public nuisance and your property may be subject to a permanent injunction thereby depriving you of use

FAX NO. :

May. 11 2000 12:23PM P13

of the property for one year.

We trust that you share our concern in eliminating narcotics activity in the community and will take the appropriate steps to eliminate the nuisance. Please contact us to arrange a meeting to discuss the problem of illegal drug activity as it relates to this property. Our telephone number is (312) 603-8771.

Sincerely,

RICHARD A. DEVINE
State's Attorney of Cook County

BY: ______________________
Delores Robinson
Assistant State's Attorney
Narcotics Nuisance Abatement Unit

DR:dm

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 100

Richard C. Pace
07/30/01 01:06 PM

To: Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD
cc: Kenneth F. Hannon/HSNG/HHQ/HUD@HUD, Margaret P. Keels/HSNG/HHQ/HUD@HUD, Delon A. Green/HSNG/HHQ/HUD@HUD, Richard C. Pace/HSNG/HHQ/HUD@HUD
Subject: South Pointe Towers, Chicago, IL, #071-55028, REMS #800040489, Section 8 #IL06-E000-034, REAC PI #109997 of 03-02-01, Score 31c*.

Gwen,

Please fax us a copy of the Owner's Certification that repairs have been completed, the Survey, MIO Plan or any other
Plan, and any related documentation asap. We look forward to your reply. Thank you.

Richard
Business Relationships and Special Initiatives Division
FAX #1-(202) 708-1776