# DSSA MANAGEMENT, INC.

Don S. Samuelson & Associates Real Estate Development and Management

5901 N. Cicero Suite 301
Chicago, IL 60646
(773) 205-6410
fax (773) 205-6414

August 21, 2001

Mr Edward Hinsberger
Department of Housing and Urban Development
77 West Jackson Street
Chicago, Illinois 60601

Re: Contract Renewal and Budget Based Rent Increase for
South Pointe Apartments
6425 South Lowe Avenue
Chicago, Illinois (the "Property")
Section 8 Contract Number: IL06E000034

Dear Mr Hinsberger:

As you are aware, Englewood Terrace Limited Partnership (the "Partnership") is the owner of the Property. PM Group, the General Partner of the Partnership ("PM") intends to enter into an agreement to convey its partnership interest to DSSA, Inc ("DSSA"). DSSA Management, Inc ("DSSA Management") would also replace PM as the Managing Agent for the Property. The DSSA purchase of PM's partnership interest would be conditioned upon the agreement of both PM and Chevron (the current Limited Partner) to a restated and amended partnership agreement that would give DSSA the combination of risks and incentives that will insure the successful implementation of the planned redevelopment program.

The property is facing a number of significant problems, including structural and financial problems. The financial problems include the fact that the property has not had a rental increase since 1998. The property has been running for the past two years at a $200K annual deficit. Cash deficits, past due bills and deferred maintenance have resulted from the current financing structure.

The current Section 8 contract expires September 30, 2001. Renewal is sought under Option 2 of the Section 8 Renewal Guide, since this is a renewal with below market rents. A budget based rent increase is also requested with rent levels increased to market comparables.

No rent increase has been processed for the contract for a considerable time. The enclosed budget supports the need for a rent increase so that the property can be properly maintained.

In accordance with HUD guidelines, the following documents are attached for your review:

1. Cover letter explaining need for rent increase;
2. A completed HUD Form 92547-A, Budget Worksheet which reflects the most recent audited financial statements, and our budget estimate for 2002.

3. An explanation of expense items from HUD Form 92547-A which have increased by more than 5% over the annualized 2000 levels.
4. An executed copy of the Owner's Certification as to Purchasing Practices and Reasonableness of Expenses;
5. Energy Conservation Certifications;
6. A copy of the utility analysis for the Property will be forwarded to you at a later date under separate heading;
7. Worksheet for Option 2; and
8. Two copies of Rent Comparability Study.

**The Need for a Rental Increase.**

**First,** South Pointe is operating in 2001 on a 1998 income schedule. There have been three years without a rental increase. **Second,** Operations have resulted in deficits of approximately $200K a year in 1999 and 2000. Gas costs have risen dramatically over the past year. While vacancy and collection losses, and legal and security costs can be reduced in the future after the improvement program has been put in place, they will not be able to be reduced meaningfully during the remainder of 2001 and 2002. **Third,** rent comparables in the neighborhood support an average rental increase of $56 per unit per month. Such an increase would increase income potential by $200K per year, enough to offset the operating deficits that have been experienced in past years.

Because of the use restriction imposed on South Pointe as a result of the 1992 refinancing there is no prospect of residual value, and since management fees have costs and only "net" profits, it is important that this deal be structured so that there are "values" to DSSA in this transaction related to meaningful tax losses and cash flow that can be generated through operating efficiencies. The negotiation of the allocation of future tax losses with Chevron will require DSSA to provide Chevron with some guarantees for the remaining five years of the Tax Credit compliance period. There will be real economic incentives for DSSA to operate South Pointe in an efficient and professional manner through its indefinite future.

We will be submitting to you shortly an application for FHA insurance. If you regard the combination of a rental increase and FHA insurance as feasible, we will go ahead and finalize the purchase of the GP interest from PM, proceed into an accelerated due diligence process, seek the consents from Chevron for the replacement of the GP interest and the amended and restated partnership agreement, and prepare for a closing in early October. It is our understanding that the contract extension and rental increase will be granted contingent upon DSSA's purchase of the partnership interest within a time period satisfactory to HUD.

Clearly, this is a project with a long and somewhat troubled history, and one with which the HUD office is entirely too familiar. While we are experienced with numerous properties on the South Side, our experience with South Pointe is relatively recent. Needless to say, I would be happy to meet with you and others at HUD to discuss these materials at your earliest convenience.

Sincerely,

Don S. Samuelson
pp AMWC

Don S. Samuelson

Acknowledged and Agreed To:
By: John Hayes

______________________
For and on behalf of PM Group

# DSSA MANAGEMENT, INC.

Don S. Samuelson & Associates Real Estate Development and Management

5901 N. Cicero Suite 301
Chicago, IL 60646
(773) 205-6410
fax (773) 205-6414

August 21, 2001

Mr Edward Hinsberger
Department of Housing and Urban Development
77 West Jackson Street
Chicago, Illinois 60601

Re: Contract Renewal and Budget Based Rent Increase for
South Pointe Apartments
6425 South Lowe Avenue
Chicago, Illinois (the "Property")
Section 8 Contract Number: IL06E000034

Dear Mr Hinsberger:

Following is a summary of reasons for the proposed rent increase request:

1. To maintain and enhance the overall physical condition of the Property, ensure the financial viability of the Property and protect the services that must be provided to the residences:
2. To cover expenses that have risen over time, as rents have not increased for a considerable amount of time;
3. To provide sufficient funding for required repairs and decorating;
4. To maintain and enhance the level of services provided to the residents;
5. To ensure that the Property is able to maintain the necessary staffing levels of trained and experienced property management, management office and janitorial/maintenance personnel.

Sincerely,

Don S. Samuelson
pp AmWC

Don S. Samuelson

Acknowledged and Agreed To:
By: John Hayes

______________________
For and on behalf of PM Group

# Budget Worksheet

## Income and Expense Projections

U.S. Department of Housing
and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0324
(exp. 4/30/2003)

Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

This information is collected in accordance with Title II of the National Housing Act which requires that HUD regulate rents for certain cooperative and subsidized rental projects. The Department formulated the processes by which owners could request increases. The requirement for tenant participation in the rent increase process, which is included in Section 202(b) of the HCD Amendments of 1978, necessitated that the Department design procedures to give consideration to tenant comments. The information gathered is not of a confidential nature. The information is required in order to obtain benefits.

Project Number: IL06E000034

Name of Project: South Pointe Apartments

| Description of Account | | Acct.No. | Statement of Profit/Loss FY_X_ | Current FY (no. of mos. ) | Budget from ( ) to ( ) |
|---|---|---|---|---|---|
| Rental Income 5100 | Rent Revenue - Gross Potential | 5120 | 2,687,730 | | 2,891,400 |
| | Tenant Assistance Payments | 5121 | | | |
| | Rent Revenue - Stores and Commercial | 5140 | 9,708 | | 8,820 |
| | Garage and Parking Spaces | 5170 | | | |
| | Flexible Subsidy Revenue | 5180 | | | |
| | Miscellaneous Rent Revenue | 5190 | | | |
| | Excess Rent | 5191 | | | |
| | Rent Revenue/ Insurance | 5192 | | | |
| | Special Claims Revenue | 5193 | | | |
| | Retained Excess Income | 5194 | | | |
| | **Total** Rent Revenue. Potential at 100% Occupancy | 5100T | 2,693,651 | | 2,900,220 |
| Vacancies 5200 | Apartments | 5220 | (61,155) | | (144,570) |
| | Stores and Commercial | 5240 | | | |
| | Rental Concessions | 5250 | | | |
| | Garage and Parking Spaces | 5270 | | | |
| | Miscellaneous | 5290 | | | |
| | **Total** Vacancies | 5200T | (61,115) | | (144,570) |
| | **Net** Rental Revenue (Rent Revenue less Vacancies) | 5152N | 2,632,496 | | 2,755,650 |
| Income 5300 | Nursing Homes/ Assisted Living/ Board & Care/ Other Elderly Care/ Coop/ Other Revenues | 5300 | | | |
| Financial Revenue 5400 | Financial Revenue -Project Operations | 5410 | 61,190 | | |
| | Revenue from Investments-Residual Receipts | 5430 | | | |
| | Revenue from Investments-Replacement Reserve | 5440 | | | |
| | Revenue from Investments-Miscellaneous | 5490 | | | |
| | **Total** Financial Revenue | 5400T | 61,190 | | |
| Other Revenue 5900 | Laundry and Vending Revenue | 5910 | | | 54,540 |
| | Tenant Charges | 5920 | 20,881 | | |
| | Interest Reduction Payments Revenue | 5945 | | | |
| | Gifts (nonprofits) | 5970 | | | |
| | Miscellaneous Revenue | 5990 | | | |
| | **Total** Other Revenue | 5900T | 20,881 | | 54,540 |
| | **Total Revenue** | 5000T | 2,714,567 | | 2,810,190 |
| Admin. Expenses 6200/ 6300 | Conventions and Meetings | 6203 | 430 | | |
| | Management Consultants | 6204 | | | |
| | Advertising and Marketing | 6210 | | | 6,672 |
| | Other Renting Expense | 6250 | | | |
| | Office Salaries | 6310 | 116,435 | | 110,613 |
| | Office Expenses | 6311 | 105,169 | | 100,299 |
| | Office or Model Apartment Rent | 6312 | | | |
| | Management Fee | 6320 | 157,800 | | 115,656 |
| | Manager or Superintendent Salaries | 6330 | | | |
| | Administrative Rent Free Unit | 6331 | | | |
| | Legal Expenses - Project | 6340 | 66,431 | | 12,000 |
| | Audit Expenses | 6350 | 4,971 | | 8,000 |
| | Bookkeeping Fees/Accounting Services | 6351 | 970 | | |
| | Miscellaneous Administrative Expenses | 6390 | 80,503 | | |
| | **Total** Administrative Expenses | 6263T | 532,709 | | 353,240 |

**Page 1123**

| Description of Account | | Acct.No. | Statement of Profit/Loss FY__ | Current FY (no. of mos. ) | Budget from ( ) to ( ) |
|---|---|---|---|---|---|
| **Utilities 6400** | Fuel Oil/Coal | 6420 | 171,264 | | 212,904 |
| | Electricity | 6450 | 64,008 | | 72,044 |
| | Water | 6451 | 77,690 | | 78,376 |
| | Gas | 6452 | | | |
| | Sewer | 6453 | | | |
| | **Total** Utilities Expense | **6400T** | 312,962 | | 363,324 |
| **Operating & Mainten. Expenses 6500** | Payroll | 6510 | 303,970 | | 285,364 |
| | Supplies | 6515 | 94,955 | | 162,604 |
| | Contracts | 6520 | 130,493 | | 97,423 |
| | Operating and Maintenance Rent Free Unit | 6521 | | | |
| | Garbage and Trash Removal | 6525 | 24,668 | | 26,928 |
| | Security Payroll/Contract | 6530 | 308,919 | | 198,192 |
| | Security Rent Free Unit | 6531 | | | |
| | Heating/Cooling Repairs and Maintenance | 6546 | 15,855 | | 10,987 |
| | Snow Removal | 6548 | 3,725 | | 3,950 |
| | Vehicle & Maint. Equip. Oper. and Repair | 6570 | 558 | | 480 |
| | Misc. Operating & Maintenance Expenses | 6590 | 16,788 | | 112,580 |
| | **Total** Operating & Maintenance Expenses | **6500T** | 899,931 | | 898,508 |
| **Taxes and Insurance 6700** | Real Estate Taxes | 6710 | 237,181 | | 249,660 |
| | Payroll Taxes (Project's share) | 6711 | 45,170 | | 42,541 |
| | Property and Liability Insurance (Hazard) | 6720 | 27,189 | | 30,672 |
| | Fidelity Bond Insurance | 6721 | | | |
| | Workmen's Compensation | 6722 | 12,205 | | 11,495 |
| | Health Insurance & Other Employee Benefits | 6723 | 48,787 | | 45,948 |
| | Misc. Taxes, Licen., Permits, & Insurance | 6790 | | | 1,308 |
| | **Total** Taxes & Insurance | **6700T** | 370,532 | | 381,624 |
| **Financial Expenses 6800** | Interest on Mortgage Payable | 6820 | 190,231 | | 190,231 |
| | Interest on Notes Payable (Long-Term) * | 6830 | 72,030 | | 72,030 |
| | Interest on Notes Payable (Short-Term) * | 6840 | | | |
| | Mortgage Insurance Premium/Service Charge | 6850 | | | |
| | Miscellaneous Financial Expenses | 6890 | 3,655 | | 3,655 |
| | **Total** Financial Expenses | **6800T** | 265,916 | | 265,916 |
| **Expenses 6900** | Nursing Homes/ Assisted Living/ Board & Care/ Other Elderly Care/ Coop/ Other Revenues | 6900 | | | |
| | Total Cost of Operations | **6000T** | 2,382,050 | | 2,262,612 |
| | | | | | |
| | Reserve for Replacements Dep. Required | | | | 41,870 |
| | Principal Payments Required | | 494,831 | | 494,831 |
| | Debt Service for other approved loans | | | | |
| | Debt Service Reserve (if required) | | | | |
| | General Operating Reserve (Coops) | | | | |
| | **Total Cash Requirements** | | 2,876,881 | | 2,799,313 |
| | **Less Total Revenue** | | 2,714,567 | | 2,810,190 |
| | **Net Cash Surplus (Deficiency)** | | (162,314) | | (10,877) |

**Page 1124**

...ereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate.
...ning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)
...ature) | Date (mm/dd/yyyy)

## EXPLANATION OF EXPENSES THAT HAVE INCREASED BY MORE THAN 5% PER ANNUM OVER 2000 ANNUALIZED EXPENSES

DSSA Management has initiated a review of all expenditures levels for the Property. It has conducted an assessment of areas where the Property may be able to be managed more efficiently, and many line items have decreased to reflect this. The following line items are expenses where DSSA has determined that an increase of greater than 5% p.a. above the 2000 level should be expected.

### 6210 Advertising and Marketing

There were no expenditures in 2000 on advertising and marketing. We have included this line item in the budgeted projections to allow for newspaper ads and a brochure to be used for marketing units at the property.

### 6350 Audit Expenses

This is the amount estimated to be required to conduct both the 2002 audit for the property and a review of internal control procedures.

### 6420 Fuel Oil/Coal

The increase in this line item is based on expenditure levels during the 2001 year to date and on projections from the gas/fuel suppliers for this area.

### 6450 Electricity

The increase in this line item is based on expenditure levels during the 2001 year to date and on projections from the electricity suppliers for this area.

### 6515 Operating and Maintenance Supplies
### 6590 Miscellaneous Operating and Maintenance Expenses

These line items have been increased based on the need to do necessary repairs at the Property. Only part of the total amount needed for the repair work has been included in these line items because we plan to use additional funds from other sources as well.

### 6720 Property and Liability Insurance

This line item has increased based on projected increases in insurance premiums.

### 6900 Reserve for Replacement Deposit Requirement

There was no allowance in 2000 for a replacement reserve. We have included this line item in the budgeted projections so that an adequate reserve can be established in order to have funds available when necessary to do major repairs or for replacement items/equipment

4350.1 REV-1

APPENDIX 3

## CERTIFICATION AS TO PURCHASING PRACTICES AND REASONABLENESS OF EXPENSES

Project Name South Pointe Apartments FHA or Non-insured Project No. IL06E000034

Acting on behalf of, Englewood Terrace Limited Partnership the Project Owner, I certify that ALL of the following statements are true.

1) The project is obtaining utilities at the lowest rates available.

2) The project has received or requested any tax relief for which it is eligible and management has analyzed the project's property tax bills and appealed any assessments which appeared unreasonable.

3) Amounts paid to individuals or companies having an identity-of-interest with the owner or the management agent were not excess of the costs that would have been incurred in making arms-length purchases on the open market.

4) Management has exerted reasonable effort to take advantage of discounts and has credited the project with all discounts, rebates or commissions received with respect to purchases, service contracts and other transactions made on behalf of the project.

5) Management has obtained contracts, materials, supplies and services, including the preparation of the annual audit, on terms most advantageous to the project and at costs not in excess of amounts ordinarily paid for comparable contracts, materials, supplies and services in the area in which such services, supplies, or materials are furnished.

6) Management has solicited verbal or written cost estimates, as necessary to comply with the Paragraphs 3 through 5 above. Management has documented the reasons for accepting other than the lowest bid and will make the documentation available to HUD, upon request.

WARNING:

- 18 U.S.C. 1001 provides, among other things, that whoever knowingly and willingly makes or uses a document or writing containing any false, fictitious, or fraudulent statement or entry, in any matter within the jurisdiction of any department or agency of the United States, shall be fined not more than $10,000 or imprisoned for not more than 5 years, or both.

- 12 U.S.C. 1715z-4 provides in part: "Whoever, as an owner of a property which is security for a mortgage (covering multifamily housing, as defined in the regulations of the Secretary) or as a stockholder beneficial owner ... trust ... or as an officer, director or agent of any such owner (1) willfully uses or authorizes use of any part of the rents or other funds derived from the property covered by such mortgage in violation of a regulation ... (2) willfully and knowingly uses or authorizes the use, while such mortgage is in default, of any part of the rents or expense ... shall be fined not more than $5,000 or imprisoned not more than 3 years or both

Signed by:

Don. S. Samuelson
Name

PRESIDENT, DSSA MANAGEMENT
Title

Don. S. Samuelson
ffp AMUC
Signature

8/22/01
Date

* As DSSA has not yet completed its purchase of the partnership interest in the Englewood Terrace Limited Partnership, our certification as to the reasonableness of expenses is based on information provided to us to the extent such information is available. No independent judgment can be made until such time as the property has been acquired and managed by DSSA.

# CERTIFICATION
## ENERGY CONSERVATION
## SOUTH POINTE APARTMENTS

This is to inform you that DSSA Management, as the new management agent for South Pointe Apartments will do a thorough energy audit and will take practical steps to reduce project energy costs. We will use lower wattage and other energy saving light bulbs in all areas of the building and replace plumbing apparatus, such as toilets and shower heads, as needed with water saving plumbing parts/devices.

We are planning to purchase gas in bulk from a third party gas provider to reduce the cost of fuel. We are also planning to replace the windows with more energy efficient thermo pane windows and do other major improvements and upgrades to the property that could conserve/save energy at the project.

## UTILITY ALLOWANCE JUSTIFICATION

DSSA Management has requested data from the relevant utilities to determine the appropriate level for the Project's utility allowance and will forward this data, along with an analysis of it, under separate cover. Utility allowances submitted with this request are based on current utility allowances at the project.

Attachment 3A-2

# Contract Renewal Request Form

*Cover Sheet*

PROJECT NAME: SOUTH POINTE ~~TOWERS~~ APARTMENTS

PROJECT ADDRESS: 6425 S. LOWE AVENUE, CHICAGO, IL

PROJECT OWNER: ENGLESIDE TERRACE PARTNERSHIP

~~FHA PROJECT NO.: IL06E000034~~ N/A

TOTAL UNITS IN PROJECT: 303 TOTAL SECTION 8 UNITS IN PROJECT: 303

DATE OF SUBMISSION: 8/22/01 DATE RECEIVED BY HUD: ______

Section 8 contracts and stages in the project:

| Section 8 Contract Number | Stage Number (if applicable) | Combine (Yes?) | # Units | Expiration Date | Renew (Yes?) |
|---|---|---|---|---|---|
| IL06E000034 | | | 303 | 9/30/01 | Yes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1130

Based on the attached RCS, the current contract rent potential of the project is **less than or equal** to the market rent potential of the comparable market rents (*check the appropriate statement*):

_____ I understand that the initial renewal rents will be set at current rent adjusted by OCAF but not to exceed comparable market rents.

◊ I am submitting the required OCAF calculation worksheet;

*OR*

__X__ I request a budget-based rent increase rather than an OCAF adjustment.

◊ I am submitting an attached budget which reflects the projected costs for the first 12 months covered by the renewal contract. I understand that the increase cannot take the rents above the comparable market rents.

- I have abided by the requirements in 24 CFR 245 regarding tenant notification of a proposed rent increase; and
- The attached budget and rent schedule was available to tenants upon their request.

*OR*

_____ I request a budget-based rent increase for capital repairs, not to exceed market.

◊ The ownership entity is an eligible nonprofit and meets all of the requirements outlined in Chapter 15 of this Guide;

◊ The ownership entity agrees to accept a 20-year recorded Use Agreement.

**I hereby certify that:**

__X__ neither I, nor any of my affiliates, are suspended or debarred, OR _____ I, or my affiliates, are suspended or debarred and are requesting a contract renewal subject to HUD approval;
AND
__X__ this information is true and complete.

**Project Name** SOUTH POINTE APARTMENTS

**Owner's Name** ENGLESIDE TERRACE PARTNERSHIP

**Owner's signature:**_______________________ **Date:** 8/22/01

*Warning:* If you knowingly make a false statement on this form, you may be subject to civil penalties under Section 1001 of Title 18 of the United States Code. In addition, any person who knowingly and materially violates any required disclosure of information, including intentional non-disclosure, is subject to civil money penalty not to exceed $10,000 for each violation.

Attachment 3A-2

# RENEWAL WORKSHEET FOR OPTION TWO

## Requesting Subsequent Renewal of Contract At or Below Comparable Market Rent

I hereby request a SUBSEQUENT RENEWAL of my Section 524 contract without restructuring and (*Owner should check ONE of the following*):

______ My Rent Comparability Study is less than five years old. I request that the contract rents be adjusted by the currently published OCAF.

- ◊ The date of my comparability study is ________________.
- ◊ I am submitting the OCAF Adjustment Worksheet.

_X_ My Rent Comparability Study is less than five years old. I request a budget-based rent adjustment.

- ◊ The date of my Rent Comparability Study is 8/20/01.
- ◊ I am submitting an attached budget which reflects the projected costs for the first 12 months covered by the renewal contract. I understand that the increase cannot take the rents above the New Comparable Market Rent Potential.
  - ○ I have abided by the requirements in 24 CFR 245 regarding tenant notification of a proposed rent increase.
  - ○ The attached budget and rent schedule was available to tenants upon their request.
- ◊ The *New Comparable Market Rent Potential* is:

Comparable Rent Potential from original RCS: [illegible]

| | | | | |
|---|---|---|---|---|
| OCAF | year ______: | ______ | Adjusted Rent Potential | ____________ |
| OCAF | year ______: | ______ | Adjusted Rent Potential | ____________ |
| OCAF | year ______: | ______ | Adjusted Rent Potential | ____________ |
| OCAF | year ______: | ______ | Adjusted Rent Potential | ____________ |

***New Comparable Market Rent Potential*:** ____________________

Rent Potential Based on Attached Budget: ____________________

- ◊ I request a budget-based rent increase for capital repairs, not to exceed market.
  - ○ The ownership entity is an eligible nonprofit and meets all of the requirements outlined in Chapter 15 of this Guide;
  - ○ The ownership entity agrees to accept a 20-year recorded Use Agreement.

**Page 1132**

Attachment 3B

# OCAF RENT ADJUSTMENT WORKSHEET

PROJECT NAME: SOUTH POINTE APARTMENTS

PROJECT ADDRESS: 6425 S. LOWE AVENUE, CHICAGO, IL.

PROJECT OWNER: ENGLESIDE TERRACE PARTNERSHIP

FHA PROJECT NO.: N/A

TOTAL UNITS IN PROJECT: 303 TOTAL SECTION 8 UNITS IN PROJECT: 303

DATE OF SUBMISSION: 8/22/01 DATE RECEIVED BY HUD: ______

STEP 1:

*Calculate the current Section 8 Rent Potential for EXPIRING contracts*

| (A) UNIT TYPE AND CONTRACT AND/OR STAGE | (B) # OF UNITS | (C) CURRENT SECTION 8 CONTRACT RENTS | (D) CURRENT SECTION 8 RENT POTENTIAL (B x C) |
|---|---|---|---|
| One Bedroom | 60 | 648 | 38,880 |
| Two Bedroom | 140 | 727 | 101,780 |
| Three Bedroom | 80 | 800 | 64,000 |
| Two Bedroom T/H | 17 | 799 | 13,583 |
| Three Bedroom T/H | 6 | 866 | 5,196 |
| | | | |
| | | | |
| | | | |

(E) Monthly Expiring Section 8 Contract Rent Potential (total of column *D*): 223,439

(F) Annual Section 8 Rent Potential for Expiring Contracts (E x 12): 2,681,268

Page 1133

Attachment 3B

**STEP 2:**
*Calculate Increase Factor Adjusted by OCAF for Expiring Contracts*

| | | |
|---|---|---|
| (G) | TOTAL ANNUAL RENT POTENTIAL FOR NON-EXPIRING SECTION 8 CONTRACTS | [illegible] |
| (H) | TOTAL ANNUAL RENT POTENTIAL FOR NON-SEC. 8 UNITS | — |
| (I) | TOTAL ANNUAL PROJECT RENT POTENTIAL (F + G + H) | 2,681,268 |
| (J) | EXPIRING SECTION 8 PORTION OF TOTAL PROJECT RENT POTENTIAL (F ÷ I) | 100% |
| (K) | TOTAL ANNUAL PROJECT DEBT SERVICE | |
| (L) | ANNUAL EXPIRING SECTION 8 SHARE OF DEBT SERVICE (J x K) | 100% |
| (M.) | ANNUAL EXPIRING SECTION 8 POTENTIAL LESS EXPIRING SEC. 8 SHARE OF DEBT SERVICE (F-L) | |
| (N) | ANNUAL EXPIRING SECTION 8 RENT POTENTIAL ATTRIBUTED TO OPERATIONS MULTIPLIED BY PUBLISHED OCAF (M x OCAF) | |
| (O) | ADJUSTED CONTRACT RENT POTENTIAL (L + N) | |
| (P) | LESSER OF (O) AND COMPARABLE RENT POTENTIAL FROM RENT COMPARABILITY STUDY | |
| (Q) | INCREASE FACTOR (P ÷ F) | |

**STEP 3:**
*Calculate OCAF Adjusted Contract Rent Potential for Expiring Section 8 Contracts ONLY.*

| (R) UNIT TYPE AND CONTRACT AND/OR STAGE | (S) # UNITS | (T) CURRENT CONTRACT RENTS | (U) OCAF ADJUSTED RENT (Q x T) | (V) ANNUAL ADJUSTED RENT (U x 12) | (W) ADJUSTED ANNUAL RENT POTENTIAL (S x V) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(X) Annual Adjusted Rent Potential of the Expiring Contract(s) (total Column W):