**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 108

Secure Systems | Property Selection | Home | Log Out

Renewal Property Search
Enter New Renewal/Short-term Renewal
View Existing Renewals
View Existing Comparability Studies & Renewal Budgets
Subsidy Status

User ID: H05190

# Short-term Renewal Detail

800040489. South Pointe Towers

Primary FHA/Contract: IL06E000034 Property Active: Yes

Troubled Status: Troubled DEC Status: Closed/Returned to Hub

Debbie Erased out of system 9/21/01

Save | Reset | Delete | Back

Contract #: IL06E000034 Stage: 5

Renewal Type: Short-term Renewal

Short-term Renewal Effective Date: 1 - 1 - 2001

Length of Short-term Renewal (Months): 9

Short-term Renewal Expiration Date: 9 - 30 - 2001

Reason for Short-term Renewal: Enforcement Action

Short-term Renewal Contract: Generic

Exception Project Exempted From OMHAR:

Comparability Study Required? ○ Yes ◉ No ○ Unconfirmed

Comparability Study: Add New Comparability Study

| Select | Date Appraiser Signed HUD - 92273 | Source | Execution Date of First Related Renewal | Unit Type | Comparable Rent |
|---|---|---|---|---|---|
| ☐ | 4/14/1999 | Owner | | | |

I Put Back in Rems 9/24/01

Renewal Budget Required? ○ Yes ○ No ◉ Unconfirmed

Renewal Budget: Add New Renewal Budget

| Select | Date Approved by HUD | Budget-Based Rents % Increase | Unit Type | Budget-Based Rent |
|---|---|---|---|---|

Annual Rent Potential for all Section 8 Units Included in Current Renew

2681268.00 <= Annual Comparable Rent Potential for Section 8 Uni

Included in Current Renewal: .00

Annual Rent Potential for all Section 8 Units Expiring in Current FY:

2681268.00

A 1990

Annual Rent Potential for all Section 8 Units Not Expiring in Current FY

.00

Annual Rent Potential for all Non-Section 8 Units:

0.00

Page 1145

**Annual Project Rent Potential:** 2681268.00

**Expiring Section 8 Portion of Total Rent Potential:** 1.00

**Annual Project Debt Service:** .00

**Annual Expiring Section 8 Share of Debt Service:** .00

**Annual Expiring Section 8 Potential Less Expiring Section 8 Share of De**
2681268.00

**Annual Expiring Section 8 Rent Potential Attributed to Operations Multi Published OCAF ( 2.720%)**
2754198.49

**OCAF Adjusted Contract Rent Potential:** 2754198.49

**Lesser of OCAF or Correlated Comparable Rent Potential:**
.00

**Rent Increase Factor (Based upon Lesser of OCAF versus Comps):**
.0000

**Rents:** Add New Rent **HUD Approved Rent:**

| Unit Type | # of Units | Current Contract Rent at Expiration | Comparable (HUD 92273) Rent | OCAF Adjusted Rent | Budget-Based Rent |
|---|---|---|---|---|---|
| 1 | 60 | 648 | | | |
| 2 | 17 | 799 | | | |
| 2 | 140 | 727 | | | |
| 3 | 6 | 866 | | | |
| 3 | 80 | 800 | | | |
| **Rent Potentials** | | | | | |
| Monthly | | 223439 | | | |
| Annual | | 2681268 | | | |

A 1991

Date Sent to OMHAR (If Rents Determined by HUD/CA to be Over Com

Date Review Results Received from OMHAR:

Dispute/Appeal Comments:

Rents Final for Short-term Contract Exhibit: Yes

Rents Final for Short-term Contract Exhibit Date:

Renewal Rent Effective Date:

ARAMS Status: Pending

Go to ARAMS

Decision Comment:

1/10/01 Gwen Thomas- Housing is taking enforcement action due physical condition of the property. contract extended until can be obtained.

Contract/Stage Renewal Execution Date:

Save | Reset | Delete | Back



A. 1992

Secure Systems | Property Selection | Home | Log Out

September 21, 2001

Renewal Property Search
Enter New Renewal/Short-term Renewal
View Existing Renewals
View Existing Comparability Studies & Renewal Budgets
Subsidy Status

User ID: H00229

# Short-term Renewal Detail

**800040489. South Pointe Towers**

**Primary FHA/Contract:** IL06E000034 **Property Active:** Yes

**Troubled Status:** Troubled **DEC Status:** Closed/Returned to Hub

Back

| | |
|---|---|
| **Contract #:** IL06E000034 | Stage: 5 |
| **Renewal Type:** | Short-term Renew |
| **Short-term Renewal Effective Date:** | 1/1/2001 |
| **Length of Short-term Renewal (Months):** | 9 |
| **Short-term Renewal Expiration Date:** | 9/30/2001 |
| **Reason for Short-term Renewal:** | Enforcement Actio |
| **Short-term Renewal Contract:** | Generic |
| **Exception Project Exempted From OMHAR:** | |

**Comparability Study Required?** Yes • No

**Comparability Study:**

| Select | Date Appraiser Signed HUD - 92273 | Source | Execution Date of First Related Renewal | Unit Type | Comparable Rent |
|---|---|---|---|---|---|
| | 4/14/1999 | Owner | | | |

**Renewal Budget Required?** Yes No •

**Renewal Budget:**

| Select | Date Approved by HUD | Budget-Based Rents % Increase | Unit Type | Budget-Based Rent |
|---|---|---|---|---|

**Annual Rent Potential for all Section 8 Units Included in Current Renew**
2681268.00 <= **Annual Comparable Rent Potential for Section 8 Units Included in Current Renewal:** .00

**Annual Rent Potential for all Section 8 Units Expiring in Current FY:**
2681268.00

**Annual Rent Potential for all Section 8 Units Not Expiring in Current FY**
.00

**Annual Rent Potential for all Non-Section 8 Units:**

| | |
|---|---|
| **Annual Project Rent Potential:** | 2681268.00 |
| **Expiring Section 8 Portion of Total Rent Potential:** | 1.00 |
| **Annual Project Debt Service:** | .00 |
| **Annual Expiring Section 8 Share of Debt Service:** | .00 |

**Annual Expiring Section 8 Potential Less Expiring Section 8 Share of De**

A 1993

2681268.00

**Annual Expiring Section 8 Rent Potential Attributed to Operations Multi Published OCAF ( 2.720%)**

2754198.49

**OCAF Adjusted Contract Rent Potential:** 2754198.49

**Lesser of OCAF or Correlated Comparable Rent Potential:**

.00

**Rent Increase Factor (Based upon Lesser of OCAF versus Comps):**

.0000

**Rents:** **HUD Approved R**

| Unit Type | # of Units | Current Contract Rent at Expiration | Comparable (HUD 92273) Rent | OCAF Adjusted Rent | Budget-Based Rent |
|---|---|---|---|---|---|
| 1 | 60 | 648 | | | |
| 2 | 17 | 799 | | | |
| 2 | 140 | 727 | | | |
| 3 | 6 | 866 | | | |
| 3 | 80 | 800 | | | |
| **Rent Potentials** | | | | | |
| Monthly | | 223439 | | | |
| Annual | | 2681268 | | | |

**Date Sent to OMHAR (If Rents Determined by HUD/CA to be Over Co**

**Date Review Results Received from OMHAR:**

**Dispute/Appeal Comments:**

**Rents Final for Short-term Contract Exhibit:** • Yes

**Rents Final for Short-term Contract Exhibit Date:**

**Renewal Rent Effective Date:**

**ARAMS Status:** Pending

**Decision Comment:**

1/10/01 Gwen Thomas- Housing is taking enforcement action due to physical the property. contract extended until vouchers can be obtained.

**Contract/Stage Renewal Execution Date:**

---

Back

A 1994

| Housing | HUDweb Help | HUDweb Search | HUDweb Home |

Last Modified: February 2001

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 109

** JOB STATUS REPORT ** AS OF SEP 25 2001 16:23 PAGE. 01

U. S. DEPT HUD

JOB #034

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 9/25 | 16:22 | 917732056414 | EC--S | 00'35" | 002 | OK |

U.S. Department of Housing and Urban Development
Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

SEP 24 2001

Mr. Alan Cravitz
Developers Mortgage Corporation
221 North LaSalle
Chicago, Illinois 60601

Dear Mr. Cravitz:

SUBJECT: Project No. 071-35696
South Pointe Tower
Chicago, Illinois

We have screened the firm commitment package for the subject project and find it incomplete. The following information must be submitted in order to process the application:

1. Survey and survey report. Since this is a TAP application, an updated survey is needed so that the cost analysis can be completed.
2. Three originally signed Contractor's Cost Breakdown (Form 2328). The one included in the binder is illegible.
3. A summary sheet with the total scope of work showing the number of line items plus the cost breakdown.
4. The 2530 Previous Participation Form states "Substitute General Partner". Please explain and identify share of ownership.
5. Submit DSSA Management Company TIN number.
6. A corrected Management Agreement. The answer to Item #18 is incorrect. Management Certifications have not been renewed with Northwest Towers and Waukegan Terrace. Sunnyside Apartments does not have a current Management Certification in place.
7. An annual report from Chevron.
8. A current market study.

Thank you for your interest and participation in HUD programs. Any questions regarding this matter should be directed to Maggie O'Connor at 353-6950, extension 2193.

Sincerely,

B 3959

Edward Hinsberger
Director
Chicago Multifamily Hub

**Englewood v. United States**
**03-2209**
**Joint Appendix**

# JA 110

Developers
Mortgage
Corporation

Suite 3333
221 North LaSalle Street
Chicago, Illinois 60601-1505
312/332-2013
FAX: 312/332-0406

4E

September 28, 2001

10/2/2001

Etzkorn
Schneider
Teisler
Thomas
Chamber

Mr. Edward Hinsberger
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
23rd Floor
Chicago, Illinois 60604

Attn: Maggie O' Connor

Re: Project No: 071-35696
South Pointe Tower
Chicago, Illinois

Dear Ms. O'Connor:

The following is in response to your letter dated September 25, 2001 requesting additional information on the captioned project:

1. An updated survey and surveyor's report have been ordered. It is our understanding that we are required to submit our updated survey with the initial closing documents to avoid recording an additional survey. We are prepared to submit an earlier survey (since no changes have been made) at the present time if necessary;

2. Enclosed are three (3) fully executed, legible copies of the FHA Form No. 2328, Contractor's and/or Mortgagor's Cost Breakdown;

3. A summary sheet with the total scope of work showing the number of line items plus the cost breakdown is currently being prepared by the sponsor/contractor. I understand that this documentation will be submitted to your A&E/Cost Analyst, Ray Etzkorn, by Friday, October 5;

4. The use of the term "substitute general partner" on the HUD-2530, Previous Participation Certification, is meant to describe the proposed ownership structure under which DSSA shall replace PM Group, Inc. as general partner of the mortgagor entity. The current general partnership interest is 1% of the profits and losses of the partnership;

5. The TIN for DSSA Management Inc. is 36-4098502;

6. Please find attached a corrected response to Item No. 18 of the Management Entity Profile;

B 4831

7. Enclosed is a copy of the most recent Annual Report for Chevron Corporation;

8. Included with our Firm Commitment application was a Market Rental Analysis of the South Pointe Apartments (see Exhibit No. 11) prepared by Renzi & Associates. This Market Rental Analysis provides significant information concerns regarding rents, occupancy, etc. for comparable projects in the market area.

We hope the above are responsive to your needs.. Please feel free to call me if you have any questions or need additional information.

Very truly yours,

DEVELOPERS MORTGAGE CORPORATION

Alan R. Cravitz
President

ARC/mk

Enclosures

cc: Don Samuelson
John Hayes

C:\My Documents\Correspondence\Hinsberger-LTR-South Pointe1.doc

B 4832

**B. Additional Information Concerning Land or Property**

| 19. Date Acquired | 20. Purchase Price | 21. Additional Costs Paid or Accrued | 22. If Leasehold, Annual Ground Rent | 23. Total Cost | 23b. Outstanding Balance |
|---|---|---|---|---|---|
| | [redacted] | $ [redacted] | $ | $ [redacted] | 0 |

24a. Relationship (Business, Personal, or Other) Between Seller and Buyer

24b. Has the Subject Property been sold in the past 3 years? ☐ Yes ☐ No
If Yes, explain:

25. Utilities — Public / Community / Distance from Site
Water ☐ ☐
Sewers ☐ ☐

26. Unusual Site Features: ☐ Cuts ☐ Fills ☐ Rock Formations ☐ Erosion ☐ Poor Drainage ☐ High Water Table ☐ Retaining Walls ☐ Off Site Improvements ☐ None ☐ Other (Specify)

**C. Estimate of Income (Attach forms HUD-92273, 92264-T, as applicable)** "AS IS"

| | 27. No. of Each Family Type Unit | Rentable Living Area (Sq. Ft.) | Composition of Units | Unit Rent Per Mo. ($) | Total Monthly Rent For Unit Type ($) |
|---|---|---|---|---|---|
| (a) | [redacted] | [redacted] | LR, KT 1BR, 1FB | [redacted] | $38,880 |
| (b) | [redacted] | [redacted] | LR, KT 2BR, 1FB | [redacted] | $101,780 |
| (c) | [redacted] | [redacted] | LR, KT 3BR, 1FB | [redacted] | $64,000 |
| (d) | [redacted] | [redacted] | LR, DR, KT, 2BR, 1FB (Bi-Level) | [redacted] | $13,583 |
| (e) | [redacted] | [redacted] | LR, DR, KT, 3BR, 1FB (Bi-Level) | [redacted] | $5,196 |
| (f) | [redacted] | [redacted] | | [redacted] | $0 |
| (g) | [redacted] | [redacted] | | [redacted] | $0 |
| (h) | [redacted] | [redacted] | | [redacted] | $0 |
| (i) | [redacted] | [redacted] | | [redacted] | $0 |
| (j) | [redacted] | [redacted] | | [redacted] | $0 |
| 28. Total Estimated Rentals for All Family Units | | | | | $ 223,439 |

29. Number of Parking Spaces
☐ Attended ______
☐ Self Park ______
Total Spaces ______

Offstreet Parking and Other Non-Commercial Ancillary Income (Not included in Unit Rent)

| | | | | |
|---|---|---|---|---|
| Open Spaces | [redacted] | @ $ | [redacted] per month = $ | 0 |
| Covered Spaces | [redacted] | @ $ | [redacted] per month = $ | 0 |
| Laundry | [redacted] | Sq. Ft. or Living Units @ | [redacted] per month = $ | 395 |
| Other | [redacted] | | [redacted] per month = $ | 1500 |
| Other | [redacted] | | [redacted] per month = $ | 0 |
| Total Monthly Ancillary Income | | | | $ 1895 |

30. Commercial Income (Attach Documentation)
Area-Ground Level [redacted] sq. ft. @ $ [redacted] per sq. ft./month = $ 757
Other Levels [redacted] sq. ft. @ $ [redacted] per sq. ft./month = $ 0
Total Monthly Commercial Income $ 757

31. Total Estimated Monthly Gross Income at 100 Percent Occupancy $ $226,091

32. Total Annual Rent (Item 31 x 12 months) $ 2,713,092

33. Gross Floor Area [redacted] 351,868 Sq. Ft.
34. Net Rentable Residential Area 232,730 Sq. Ft.
35. Net Rentable Commercial Area Sq. Ft.

36. Non-Revenue Producing Space

| Type of Employee | No. Rms. | Composition of Unit | Location of Unit in Project |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

36a. Personal Benefit Expense (PBE) (May produce additional revenue and expenses to be considered above and below.)

Tenant Employee-Paid Utilities Type(s) ______ Monthly Cost $ ______

Landlord Employer-Paid Utilities Type(s) ______ Monthly Cost $ ______

Page 1153

B 4833

**D. Amenities and Services Included in Rent (Check and date appropriate items; fill-in number where indicated)**

**37a. Unit Amenities**

- [X] Ranges (Gas or Elec.)
- [X] Refrig. (Gas or Elec.)
- [ ] Micro Wave
- [ ] Carpet
- [ ] Balcony/Patio
- [ ] Laundry hookups (in units)
- [ ] Wash/Dryer (in units)
- [ ] Other(Specify)
- [ ] Disposal/Compactor
- [ ] Air Conditioning (central or window)
- [ ] Dishwasher
- [X] Window treatment (blinds, drapes, shades)
- [ ] Fireplace(s) No.
- [ ] Upper level vaulted ceiling/Skylight(s) No. ____
- [ ] Security System(s) (Describe)

**37b. Project Amenities**

- [ ] Guest room(s) No.
- [ ] Sauna/Steam room(s) No.
- [ ] Exercise room(s) No.
- [ ] Tennis Court(s) No.
- [X] Laundry Facilities (coin)
- [ ] Jacuzzies/Community Whirlpool(s) No. ____
- [ ] Other(specify)
- [X] Community room(s) No. ____
- [ ] Swimming Pool(s) No. ____
- [ ] Racquetball court(s) No. ____
- [ ] Picnic/Play area(s) No. ____
- [X] Project Security System(s) (Describe)

| 37c. Unit Rating | Good | Aver. | Fair | Poor |
|---|---|---|---|---|
| Condition of Improvement | | | X | |
| Room Sizes and Layout | | | X | |
| Adequacy of Closets and Storage | | | X | |
| Kitchen Equip., Cabinets, Workspace | | | X | |
| Plumbing - Adequacy and Condition | | | | X |
| Electrical - Adequacy and Condition | | | | X |
| Soundproofing - Adequacy and Condition | | | X | |
| Insulation - Adequacy and Condition | | | X | |
| Overall Livability | | | X | |
| Appeal and Marketability | | | X | |

| 37d. Project Rating | Good | Aver. | Fair | Poor |
|---|---|---|---|---|
| Location | | X | | |
| General Appearance | | X | | |
| Amenities & Rec. Facilities | | X | | |
| Density (units per acre) | | X | | |
| Unit Mix | | X | | |
| Quality of Construction (matl. & finish) | | X | | |
| Condition of Exterior | | X | | |
| Condition of Interior | | X | | |
| Appeal to Market | | X | | |
| Soundproofing- Vertical | | X | | |
| Soundproofing- Horizontal | | X | | |

**38. Services**

| | | | | | |
|---|---|---|---|---|---|
| Gas: | [ ] Heat | [ ] Hot Water | [ ] Cooking | [ ] Air Conditioning | [ ] Lights/etc |
| Elec: | [ ] Heat | [ ] Hot Water | [ ] Cooking | [ ] Air Conditioning | |
| Other: | [ ] Heat | [ ] Hot Water | [ ] Cooking | [ ] Other (specify) | |

**39 Special Assessments** None

a. [ ] Prepayable [ ] Non-Prepayable
b. Principal Balance $ ____
c. Annual Payment $ ____
d. Remaining Term ____ Years

**E. Estimate of Annual Expense**

| Administrative | | |
|---|---|---|
| 1. Advertising | $ [redacted] | |
| 2. Management | $ [redacted] | |
| 3. Other | $ [redacted] | |
| 4. Total Administrative | | $ 509,134 |

| Operating | | |
|---|---|---|
| 5. Elevator Main. Exp. | $ [redacted] | |
| 6. Fuel (Heating and Domestic Hot Water) | $ [redacted] | |
| 7. Lighting & Misc. Power | $ [redacted] | |
| 8. Water | $ [redacted] | |
| 9. Gas | $ [redacted] | |
| 10. Garbage & Trash Removal | $ [redacted] | |
| 11. Payroll | $ [redacted] | |
| 12. Other | $ [redacted] | |
| 13. Total Operating | | $ 1,186,643 |

| Maintenance | | |
|---|---|---|
| 14. Decorating | $ [redacted] | |
| 15. Repairs | $ [redacted] | |
| 16. Exterminating | $ [redacted] | |
| 17. Insurance | $ [redacted] | |
| 18. Ground Expense | $ [redacted] | |
| 19. Other | $ [redacted] | |
| 20. Total Maintenance | | $ [redacted] 31,371 |
| 21. Replacement Reserve (minimum of $150/unit per annum) or (0.004 x MTG. for Rehab) | $ ____ | $ [redacted] 59,854 |
| 22. Total Operating Expense | | $ [redacted],787,002 |

| Taxes | | |
|---|---|---|
| 23. Real Estate: Est. Assessed Value [redacted] at $ [redacted] per $1000 | | $ [redacted]246,798 |
| 24. Personal Prop. Est. Assessed Valu[redacted] at $ [redacted] per $1000 | | $ |
| 25. Empl. Payroll Tax | | $ [redacted] 46,322 |
| 26. Other | | $ [redacted] 9,788 |
| 27. Other | | $ [redacted] 32,907 |
| 28. Total Taxes | | $ [redacted]335,815 |
| 29. Total Expense (Attach form HUD-92274 as necessary) | | [redacted]2,122,817 |

B 4834

**F. Income Computations**

30a. Estimated Residential Project Income (Line C28 x 12) $ 2,681,268
b. Estimated Ancillary Project Income (Line C29 x 12) $ 22,740
c. Residential and Ancillary Occupancy Percentage $ 93.00%
d. Effective Gross Residential and Ancillary Income (Line 30c. x (Use 30a. plus Line 30b.) $ 2,514,727
e. Total Residential and Ancillary Project Expenses (Line E29) $ 2,122,817
31. Net Residential and Ancillary Income to Project (Line 30d. minus Line 30e.) $ 391,910
32a. Estimated Commercial Income (Line C30 x 12) $ 0
b. Commercial Occupancy* (80% Maximum) (See Instructions)

c. Effective Gross Commercial Income (Line 32a. x Line 32b.) $ 9,084
d. Total Commercial Project Expenses (From Attached Analysis) $[redacted]
33. Net Commercial Income to Project (Line 32c. minus Line 32d.) $ 9,084
34. Total Project Net Income (Line 31 plus Line 33) $ 400,994
35a. Residential and Ancillary Project Expense Ratio (Line E29 divided by Line 30d.) 65.35%
35b. Commercial Expense Ratio (Line 32d. divided by 32c.) - %

*Vacancy and collection loss rates and corresponding residential and commercial occupancy percentages are analyzed through market data, but subject by Jurisdictional Exception to overall HUD underwriting mandates.

**G. Estimated Replacement Cost**

36a. Unusual Land Improvements $[redacted]
b. Other Land Improvement $[redacted]82,000
c. Total Land Improvements $ 282,000

Structures
37 Main Buildings $[redacted]826,210
38. Accessory Buildings $[redacted]
39. Garages $[redacted]
40. All Other Buildings $[redacted]
41. Total Structures $ 5,826,210
42. General requirements $[redacted]82,500

Fees
43. Builders Gen. Overhead at 2.8% $[redacted]52,574
44. Builder's Profit at 4.5% $[redacted]60,118
45. Arch. Fee-Design at 2.0% $[redacted]15,000
46. Arch. Fee-Supvr. at 0.4% $[redacted]5,000
47. Bond Premium 0.9% $[redacted]4,000
48. Other Fees 0.5% $[redacted]0,000
49. Total Fees $ 646,692
50. Total All Improvements (Lines 36c. plus 41 plus 42 plus 49) $ 7,087,402
51. Cost Per Gross Sq. Ft. $ 20.14
52. Estimated Construction Time (Months) [redacted] 12

* Note: Jurisdictional Exception: In HUD programs, land, and/or existing improvements are not valued for their "highestand best use," but instead, for their intended multifamily use (See Section J analysis below.)(Exception: Title II or VI Preservation). Offsite improvements are assumed completed in new construction land valuations (See Line M17 for estimated cost.) Unusual costs of site preparation are deducted from the "Value of the Site Fully Improved" to determine "Warranted Price of Land Fully Improved."

Carrying Charges & Financing 7,087,402
53. Interest 14 Mos. at 0.0693 on $ 11,648,300 $[redacted]8,232
54. Taxes $[redacted]50,000
55. Insurance $[redacted]20,000
56. FHA Mtg. Ins. Prem.(1.0% ) $[redacted]6,483
57. FHA Exam. Fee (.3% ) $[redacted]4,945
58. FHA Inspect. Fee (.5% ) $[redacted]5,300
59. Financing Fee (2.00% ) $[redacted]0,526
60. AMPO (NP Only) ) $[redacted]
61. FNMA/GNMA Fee (1.5% ) $[redacted]
62. Title & Recording $[redacted]0,000
63. Total Carrying Charges & Financing $ 1,396,486

Legal, Organization & Audit Fee
64. Legal $ 28,000
65. Organization $ 5,000
66. Cost Certification Audit Fee $ 7,000
67. Total Legal, Organization & Audit Fees (64 + 65 + 66) $ 40,000
68. Sponsor Profit & Risk $[redacted]49
69. Consultant Fee (N. P. only) $[redacted]
70. Supplemental Management Fund $[redacted]
71. Contingency Reserve (Sec. 202 or Rehab only) $[redacted]71
72. Total Est. Development Cost (Excl. of Land or Off-site Cost) (50 plus 63 plus 67 thru 71) $ 9,325,607
73a. Warranted Price of Land J-14(3)(New Constr) ______ sq. ft. @ $ ______ sq. ft. $[redacted] see note at left
73b. As Is Property Value (Rehab only) $[redacted]645,000 see note at left/below
73c. Off-Site (if needed, Rehab only) $[redacted] see note at left
74. Total Estimated Replacement Cost of project (72 plus 73a or 73b and 73c) $ 12,970,607

**H. Remarks**

(Note: For Rehab only: Estimated Value of land without improvements $ ______
Estimated Value of land and improvements "As Is" by Residual Method, i.e., After Rehabilitation Correlated Value minus line G 72 Cost of Rehabilitation Improvements equal [redacted] ; line G 73b is the lesser of this residual amount, and the amount estimated by Supplemental form HUD-92264 "As Is".)

**I. Estimate of Operating Deficit** See Comments in Section O concerning IOD

| Periods | Gross Income | Occup % | Effec. Gross | Expenses | Net Income | Debt Serv. Reqmt. | Deficit |
|---|---|---|---|---|---|---|---|
| 1. 1st ( ) Mos | | | | | | | |
| 2. 2nd ( ) Mos | | | | | | | |
| 3. Total Operating Deficit | Not Applicable (see attached analysis) | | | | | | |

B 4835



Previous editions are obsolete



form HUD-92264 (8/95)
ref Handbooks 4465.1 4480.1

**F. Income Computations**

30a. Estimated Residential Project Income (Line C28 x 12) $ 2,681,268
b. Estimated Ancillary Project Income (Line C29 x 12) $ 22,740
c. Residential and Ancillary Occupancy Percentage $ 93.00%
d. Effective Gross Residential and Ancillary Income (Line 30c. x (Use 30a. plus Line 30b.) $ 2,514,727
e. Total Residential and Ancillary Project Expenses (Line E29) $ 2,122,817
31. Net Residential and Ancillary Income to Project (Line 30d. minus Line 30e.) $ 391,910
32a. Estimated Commercial Income (Line C30 x 12) $ 0
b. Commercial Occupancy * (80% Maximum) (See Instructions)
c. Effective Gross Commercial Income (Line 32a. x Line 32b.) $ 9,084
d. Total Commercial Project Expenses (From Attached Analysis) $[redacted]
33. Net Commercial Income to Project (Line 32c. minus Line 32d.) $ 9,084
34. Total Project Net Income (Line 31 plus Line 33) $ 400,994
35a. Residential and Ancillary Project Expense Ratio (Line E29 divided by Line 30d.) 65.35%
35b. Commercial Expense Ratio (Line 32d. divided by 32c.) - %

* Vacancy and collection loss rates and corresponding residential and commercial occupancy percentages are analyzed through market data, but subject by Jurisdictional Exception to overall HUD underwriting mandates.

**G. Estimated Replacement Cost**

36a. Unusual Land Improvements $[redacted]
b. Other Land Improvement $[redacted]282,000
c. Total Land Improvements $ 282,000

Structures
37 Main Buildings $[redacted]326,210
38. Accessory Buildings $[redacted]
39. Garages $[redacted]
40. All Other Buildings $[redacted]
41. Total Structures $ 5,826,210
42. General requirements $[redacted]332,500

Fees
43. Builders Gen. Overhead at 2.8% $[redacted]52,574
44. Builder's Profit at 4.5% $[redacted]60,118
45. Arch. Fee-Design at 2.0% $[redacted]15,000
46. Arch. Fee-Supvr. at 0.4% $[redacted]25,000
47. Bond Premium 0.9% $[redacted]4,000
48. Other Fees 0.5% $[redacted]0,000
49. Total Fees $ 646,692
50. Total All Improvements (Lines 36c. plus 41 plus 42 plus 49) $ 7,087,402
51. Cost Per Gross Sq. Ft. $ 20.14
52. Estimated Construction Time (Months) [redacted] 12

* * Note: Jurisdictional Exception: In HUD programs, land, and/or existing improvements are not valued for their "highestand best use," but instead, for their intended multifamily use (See Section J analysis below.)(Exception: Title II or VI Preservation). Offsite improvements are assumed completed in new construction land valuations (See Line M17 for estimated cost.) Unusual costs of site preparation are deducted from the "Value of the Site Fully Improved" to determine "Warranted Price of Land Fully Improved."

Carrying Charges & Financing 7,087,402
53. Interest: 14 Mos. at 0.0725 on $ 10,526,300 $[redacted]99,328
54. Taxes $[redacted]50,000
55. Insurance $[redacted]20,000
56. FHA Mtg. Ins. Prem.(1.0% ) $[redacted]5,263
57. FHA Exam. Fee (.3% ) $[redacted]1,579
58. FHA Inspect. Fee (.5% ) $[redacted]6,300
59. Financing Fee (2.00% ) $[redacted]0,526
60. AMPO (NP Only) ) $[redacted]
61. FNMA/GNMA Fee (1.5% ) $[redacted]57,895
62. Title & Recording $[redacted]0,000
63. Total Carrying Charges & Financing $ 1,520,891

Legal, Organization & Audit Fee
64. Legal $ 28,000
65. Organization $ 5,000
66. Cost Certification Audit Fee $ 7,000
67. Total Legal, Organization & Audit Fees (64 + 65 + 66) $ 40,000
68. Sponsor Profit & Risk $[redacted]
69. Consultant Fee (N. P. only) $[redacted]
70. Supplemental Management Fund $[redacted]
71. Contingency Reserve (Sec. 202 or Rehab only) $[redacted]
72. Total Est. Development Cost (Excl. of Land or Off-site Cost) (50 plus 63 plus 67 thru 71) $ 9,462,453
73a. Warranted Price of Land J-14(3)(New Constr) ___ sq. ft. @ $ ___ sq. ft. $[redacted] see note at left
73b. As Is Property Value (Rehab only) $[redacted]645,000 see note at left/below
73c. Off-Site (if needed, Rehab only) $[redacted] see note at left
74. Total Estimated Replacement Cost of project (72 plus 73a or 73b and 73c) $ 13,107,453

**H. Remarks**

(Note: For Rehab only: Estimated Value of land without improvements $ ___
Estimated Value of land and improvements "As Is" by Residual Method, I.e., After Rehabilitation Correlated Value minus line G 72 Cost of Rehabilitation Improvements equal[redacted] ; line G 73b is the lesser of this residual amount, and the amount estimated by Supplemental form HUD-92264 "As Is".)

**I. Estimate of Operating Deficit** See Comments in Section O concerning IOD

| Periods | Gross Income | Occup % | Effec. Gross | Expenses | Net Income | Debt Serv. Reqmt. | Deficit |
|---|---|---|---|---|---|---|---|
| 1. 1st ( ) Mos | | | | | | | |
| 2. 2nd ( ) Mos | | | | | | | |
| 3. Total Operating Deficit Not Applicable (see attached analysis) | | | | | | | |

Page 1156

B 4836

**K. Income Approach to Value**

1. Estimated Remaining Economic Life ____ Years
2. Capitalization Rate Determined By (See Chapter 7, Handbook 4465.1):
   - [ ] Overall Rate From Comparable Projects
   - [X] Rate From Band of Investment
   - [ ] Cash Flow to Equity
3. Rate Selected 11.00%

4. Net Income (Line F) $ 400,994
5. Capitalized Value (Line 4 divided by Line 3) $ 3,645,404
6. Value of Leased Fee (See Chapter 3, Handbook 4465.1)
   Ground Rent $ ____ divided by Cap. Rate ____
   equals Value of Leased Fee $ ____

**L. Comparison Approach to Value "As Is" Property Value**

7. The undersigned has recited three sales of properties most similar and proximate to the subject property and has described and analyzed these in this analysis. If there is a significant variation between the subject and comparable properties, the analysis includes a dollar adjustment reflecting the market reaction to those items or an explanation supported by the market data. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject property. If a significant item in the comparable property is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject property. *(1) equals the Sales Price divided by Gross Annual Rent]

| Item | Subject Property | Comparable Sale No.1 | Comparable Sale No. 2 | Comparable Sale No. 3 |
|---|---|---|---|---|
| Address | 6425 S. Lowe Avenue Chicago, IL | 6253 South Michigan Chicago, IL | 7022 South ShoreDr. Chicago, IL | 5541 South Everett Chicago, IL |
| Proximity to subject | | | | |
| Sales price | $3,615,000 | $4,410,000 | $3,972,000 | $2,990,000 |
| Sales price per GBA | $10.27 | $17.68 | $17.79 | $43.77 |
| Effective Gross annual income | $2,746,809 | $1,247,106 | $1,269,789 | $829,635 |
| Gross rent multiplier (1)* | 1.32 | 3.54 | 3.13 | 3.60 |
| Sales price per unit | $11,931 | $19,174 | $18,304 | $19,933 |
| Sales price per room | $2,920 | $4,793 | $8,846 | $5,246 |
| Data source | Executor's Deed | COMPS | COMPS | COMPS |

| Adjustments | Subject | Comp. No.1 | Adj. | Comp. No. 2 | Adj. | Comp. No. 3 | Adj. |
|---|---|---|---|---|---|---|---|
| Sales or financing concessions | | | | | | | |
| Date of sale/time | Apr-02 | Dec-99 | | Mar-97 | 6.00% | Feb-99 | |
| Location | Average | Average | | Superior | -10.00% | Superior | -15.00% |
| Site/view | 2.778 Acres | 3.08 Acres | | .548 Acres | 5.00% | .295 Acres | 10.00% |
| Design and appeal | 23 Story Highrise | 24 Story Highrise | | 15 Story Highrise | | 9 Story Highrise | |
| Quality of construction | Average | Average | | Average | | Average | |
| Year built | 1967 | 1973 | | 1950 | | 1927 | 5.00% |
| Condition | Poor | Fair | -10.00% | Average | -20.00% | Good | -30.00% |
| Gross Building Area | 351,868 | 249,400 | 5.00% | 223,260 | 5.00% | 68,319 | 15.00% |

Unit Breakdown (No. of Units / Room count: Tot., Br., Ba. / No. Vac.)

| | Subject No. of Units | Tot. | Br. | Ba. | Vac. | Comp. 1 No. of Units | Tot. | Br. | Ba. | Vac. | Comp. 2 No. of Units | Tot. | Br. | Ba. | Vac. | Comp. 3 No. of Units | Tot. | Br. | Ba. | Vac. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Breakdown | [illegible] | [illegible] | 1 | 1 | 0 | [illegible] | [illegible] | 1 | 1 | | [illegible] | [illegible] | 0 | 1 | | [illegible] | [illegible] | 1 | 1 | |
| | [illegible] | [illegible] | 2 | 1 | 0 | [illegible] | [illegible] | 2 | 1 | | [illegible] | [illegible] | 1 | 1 | | [illegible] | [illegible] | 2 | 1 | |
| | [illegible] | [illegible] | 3 | 1 | 0 | [illegible] | [illegible] | 3 | 1 | | [illegible] | [illegible] | 2 | 1 | | [illegible] | [illegible] | 3 | 1 | |

| Item | Subject | Comp. No.1 | Adj. | Comp. No. 2 | Adj. | Comp. No. 3 | Adj. |
|---|---|---|---|---|---|---|---|
| Basement description | None | None | | Basement | -10.00% | None | |
| Functional utility | Average | Average | | Average | | Average | |
| Heating/cooling | GHW | GHW | | GHW | | GHW | |
| Parking on/off site | On site/305 | On site/ 177 | | On site/52 | | On site/7 | |
| Project amenities and fee (if applicable) | Community Room, Laundry Room/Tot Lot, 24 Hour Security | Community/Laundry, Commercial, Video Security | | Community Room, Laundry Room, Security | | Community Room, Laundry Rm Day Care, Security | |
| Other | | | | | | | |
| Net Adjustment (Total) | | | -5.00% | | -30.00% | | -15.00% |
| Adjusted sales price of Comparables/Unit | | | $18,215 | | $12,813 | | $16,943 |

8. Indicated Value by Sales Comparison Approach

Comments on:
1. Sales comparison (including reconciliation of all indicators of value as to consistency and relative strength and evaluation of the typical investors'/purchasers' motivation in that market).
2. Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within three years of the date of appraisal.

B 4837







Previous editions are obsolete

L. Comparison Approach to Value

7. The undersigned has recited three sales of properties ... similar and proximate to the subject property and has desc... and analyzed these in this analysis. If there is a significan... subject and comparable properties, the analysis includes a dollar adjustment reflecting the market reaction to those items or an explanation supported by the market data. If a significan... property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject property. If a significant item in the ... inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject property. *(1) equals the Sales Price divided

| Item | Subject Property | Comparable Sale No.4 | | Comparable Sale No. 5 | | Comp Sale N |
|---|---|---|---|---|---|---|
| Address | | 2850 North Sheridan<br>Chicago, IL | | 5307 South Hyde Park Blvd<br>Chicago, IL | | |
| Proximity to subject | | | | | | |
| Sales price | | $10,197,000 | | $3,951,378 | | |
| Sales price per GBA | #DIV/0! | $56.85 | | $19.04 | | #DIV/0! |
| Effective Gross annual income | | | | | | |
| Gross rent multiplier (1)* | #DIV/0! | #DIV/0! | | #DIV/0! | | #DIV/0! |
| Sales price per unit | #DIV/0! | $49,024 | | $20,160 | | #DIV/0! |
| Sales price per room | #DIV/0! | $16,341 | | $6,994 | | #DIV/0! |
| Data source | | COMPS | | COMPS | | |
| Adjustments | | | | | | |
| Sales or financing concessions | | | | | | |
| Date of sale/time | | Nov-99 | | Apr-98 | 3% | |
| Location | | Superior | -70% | Superior | -20% | |
| Site/view | | .546 Acres | 10% | .574 Acres | 10% | |
| Design and appeal | | 12 Story Highrise | | 12 Story Highrise | | |
| Quality of construction | | Average | | Average | | |
| Year built | | 1927 | | 1917 | | |
| Condition | | Average | -20% | Good | -30% | |
| Gross Building Area | | 179,378 | 10% | 207,481 | 10% | |
| Unit Breakdown (No of Units / Room count Tot. Br. Ba. / No Vac) | | 208 / 1 / 1 | | 19 / 0 / 1 | | |
| | | | | 110 / 1 / 1 | | |
| | | | | 2 / 1 | | |
| | | | | 3 / 1 | | |
| Basement description | | Basement | -10% | Basement | -10% | |
| Functional utility | | Average | | Average | | |
| Heating/cooling | | GHW | | GHW | | |
| Parking on/off site | | On Street | 10% | On Street | 10% | |
| Project amenities and fee | | None | | Community Room | | |
| (if applicable) | | Laundry Room | | Laundry Room | | |
| Other | | 6 Retail | -5% | 14 Retail | -10% | |
| Net Adjustment (Total) | | | -75% | | -40% | |
| Adjusted sales price of Comparables | | | $12,256 | | $12,096 | |

8. Indicated Value by Sales Comparison Approach

Comments on:

1. Sales comparison (including reconciliation of all indicators of value as to consistency and relative strength and evaluation of the typical investors'/purchasers' motivation in that marke...

2. Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within three years of the date of apprais...

B 4838

L. Comparison Approach to Value

7. The undersigned has recited three sales of properties most similar and proximate to the subject property and has described and analyzed these in this analysis. If there is a significant variation between the subject and comparable properties, the analysis includes a dollar adjustment reflecting the market reaction to those items or an explanation supported by the market data. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject property. If a significant item in the comparable property is inferior to, or less favorable than, the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject property. *(1) equals the Sales Price divided by Gross Annual Rent)

| Item | Subject Property | Comparable Sale No.4 | | Comparable Sale No. 5 | | Comparable Sale No. 6 | |
|---|---|---|---|---|---|---|---|
| Address | | 2850 North Sheridan Chicago, IL | | 5307 South Hyde Park Blvd Chicago, IL | | | |
| Proximity to subject | | | | | | | |
| Sales price | | $10,197,000 | | $3,951,378 | | | |
| Sales price per GBA | #DIV/0! | $56.85 | | $19.04 | | #DIV/0! | |
| Effective Gross annual income | | | | | | | |
| Gross rent multiplier (1)* | #DIV/0! | #DIV/0! | | #DIV/0! | | #DIV/0! | |
| Sales price per unit | #DIV/0! | $49,024 | | $20,160 | | #DIV/0! | |
| Sales price per room | #DIV/0! | $16,341 | | $6,994 | | #DIV/0! | |
| Data source | | COMPS | | COMPS | | | |
| Adjustments | | | | | | | |
| Sales or financing concessions | | | | | | | |
| Date of sale/time | | Nov-99 | | Apr-98 | 3% | | |
| Location | | Superior | -70% | Superior | -20% | | |
| Site/view | | .546 Acres | 10% | .574 Acres | 10% | | |
| Design and appeal | | 12 Story Highrise | | 12 Story Highrise | | | |
| Quality of construction | | Average | | Average | | | |
| Year built | | 1927 | | 1917 | | | |
| Condition | | Average | -20% | Good | -30% | | |
| Gross Building Area | | 179,378 | 10% | 207,481 | 10% | | |
| | No of Units / Room count Tot. Br. Ba. / No Vac | No of Units / Room count Tot. Br. Ba. / No Vac | | No of Units / Room count Tot. Br. Ba. / No Vac | | No of Units / Room count Tot. Br. Ba. / No Vac | |
| Unit Breakdown | | [illegible] [illegible] 1 1 | | [illegible] [illegible] 0 1 | | | |
| | | | | [illegible] [illegible] 1 1 | | | |
| | | | | [illegible] [illegible] 2 1 | | | |
| | | | | [illegible] [illegible] 3 1 | | | |
| Basement description | | Basement | -10% | Basement | -10% | | |
| Functional utility | | Average | | Average | | | |
| Heating/cooling | | GHW | | GHW | | | |
| Parking on/off site | | On Street | 10% | On Street | 10% | | |
| Project amenities and fee | | None | | Community Room | | | |
| (if applicable) | | Laundry Room | | Laundry Room | | | |
| Other | | 6 Retail | -5% | 14 Retail | -10% | | |
| Net Adjustment (Total) | | | -75% | | -40% | | #DIV/0! |
| Adjusted sales price of Comparables | | | $12,256 | | $12,096 | | #DIV/0! |

8. Indicated Value by Sales Comparison Approach.

Comments on:

1. Sales comparison (including reconciliation of all indicators of value as to consistency and relative strength and evaluation of the typical investors'/purchasers' motivation in that market).

2. Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within three years or the date or appraisal.

B 4839