# CRIMES OCCURRING 1/1/1999 TO 12/31/2001
# FROM 6425 THROUGH 6425 ON S LOWE

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|---|
| 12/16/1999 2:30:00P | D778435 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 1/1/2000 4:00:00AM | F011886 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 1/2/2000 9:15:00PM | F009116 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 2/28/2000 8:30:00AI | F120140 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 3/3/2000 6:00:00AM | F129855 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 6/30/2000 9:00:00AI | F392758 | 6050 | MISSING PERSON | | 121 | | | 7-CLOSED NON-CRIMINAL |
| 7/12/2000 7:30:00AI | F422659 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 8/10/2000 4:00:00PI | HK143101 | 6050 | MISSING PERSON | | 090 | 411 | DNA | 7-CLOSED NON-CRIMINAL |
| 9/9/2000 11:00:00AM | F560243 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 10/2/2000 4:00:00PI | F615929 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 10/26/2000 7:00:00A | F673379 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 1/25/2001 3:30:00PI | G060054 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 3/1/2001 9:00:00PM | G122721 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 4/4/2001 6:00:00PM | G192078 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 4/7/2001 12:30:00AM | G196489 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 5/13/2001 1:20:00AI | G275205 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 5/15/2001 9:20:00AI | G279271 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 6/17/2001 3:00:00PI | G355282 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 6/26/2001 5:00:00PI | G373588 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 6/29/2001 10:30:00PI | G389628 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 6/29/2001 10:30:00PI | G389626 | 6050 | MISSING PERSON | | 290 | | | 7-CLOSED NON-CRIMINAL |
| 7/14/2001 11:30:00AI | G411946 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 7/27/2001 8:00:00AI | G452971 | 6050 | MISSING PERSON | | 090 | | | 7-CLOSED NON-CRIMINAL |
| 12/11/2001 6:30:00A | G742314 | 6050 | MISSING PERSON | | 290 | 411 | DNA | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 6050 | | MISSING PERSON | MISSING PERSON | | | | 24 |
| 3/25/1999 8:42:00AI | D171667 | 5091 | FIRE/EXPLOSION | | 290 | | | 7-CLOSED NON-CRIMINAL |

CPD 00028

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 6/14/1999 3:45:00AM | D356807 | 5091 | FIRE/EXPLOSION | 122 | | 7-CLOSED NON-CRIMINAL |
| 10/2/2000 5:35:00AM | F610593 | 5091 | FIRE/EXPLOSION | 277 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5091 | | DAMAGE TO REAL PROP FIRE/EXPLOSION | | | 3 |
| 3/7/1999 5:53:00PM | D134510 | 5090 | FIRE/EXPLOSION | 304 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5090 | | DAMAGE TO PERSONAL P FIRE/EXPLOSION | | | 1 |
| 4/2/1999 12:00:00AM | D188838 | 5089 | ACCIDENTAL INJURY | 209 | | 7-CLOSED NON-CRIMINAL |
| 6/1/2000 5:51:39PM | F326864 | 5089 | ACCIDENTAL INJURY | 122 | | 7-CLOSED NON-CRIMINAL |
| 6/14/2000 3:15:00PM | F356990 | 5089 | ACCIDENTAL INJURY | 090 | | 7-CLOSED NON-CRIMINAL |
| 3/9/2001 6:30:00PM | G146308 | 5089 | ACCIDENTAL INJURY | 123 | | 1-SUSPENDED |
| 3/18/2001 10:53:46AM | G154473 | 5089 | ACCIDENTAL INJURY | 090 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5089 | | ACCIDENTAL INJURY ACCIDENTAL INJURY | | | 5 |
| 8/9/1999 10:30:00AM | D490480 | 5088 | INJURY TO CITY EMPLOYEE | 277 | | 7-CLOSED NON-CRIMINAL |
| 10/18/2000 7:50:00P | F648820 | 5088 | INJURY TO CITY EMPLOYEE | 090 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5088 | | INJURY TO CITY EMPLOYIINJURY TO CITY EMPLOYEE | | | 2 |
| 4/30/2001 4:30:00PM | G247632 | 5087 | INJURY TO CITIZEN ON PUB WAY | 304 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5087 | | INJURY TO CITIZEN ON PUINJURY TO CITIZEN ON PUB WAY | | | 1 |
| 4/11/1999 9:50:00PM | D209499 | 5086 | ATTEMPT SUICIDE | 290 | | 7-CLOSED NON-CRIMINAL |
| 2/28/2000 1:54:38PM | F119335 | 5086 | ATTEMPT SUICIDE | 290 | | 7-CLOSED NON-CRIMINAL |
| 6/22/2000 10:00:00AM | F375024 | 5086 | ATTEMPT SUICIDE | 290 | | 7-CLOSED NON-CRIMINAL |
| 10/23/2000 4:15:00P | F659832 | 5086 | ATTEMPT SUICIDE | 290 | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 5086 | | ATTEMPT SUICIDE ATTEMPT SUICIDE | | | 4 |
| 2/3/2001 11:05:31AM | G069877 | 5084 | DEATH | 090 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5084 | | DEATH DEATH | | | 1 |
| 10/19/1999 12:15:00A | D652817 | 5072 | WEAPON TURNED IN | 090 | | 7-CLOSED NON-CRIMINAL |
| 1/11/2000 5:30:00PM | F022604 | 5072 | WEAPON TURNED IN | 121 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5072 | | WEAPON TURNED IN WEAPON TURNED IN | | | 2 |
| 4/11/1999 12:03:00AM | D207842 | 5071 | FOUND PROPERTY | 330 | | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5071 | | FOUND PROPERTY FOUND PROPERTY | | | 1 |
| 2/14/1999 10:00:00AM | D100706 | 5070 | LOST PROPERTY | 330 | | 7-CLOSED NON-CRIMINAL |
| 2/22/1999 9:00:00PM | D108719 | 5070 | LOST PROPERTY | 304 | | 7-CLOSED NON-CRIMINAL |
| 9/21/1999 1:00:00PM | D597918 | 5070 | LOST PROPERTY | 290 | | 7-CLOSED NON-CRIMINAL |
| 4/13/2000 12:00:00PM | F219286 | 5070 | LOST PROPERTY | 290 | | 7-CLOSED NON-CRIMINAL |
| 5/17/2000 11:40:00AM | F292480 | 5070 | LOST PROPERTY | 304 | | 7-CLOSED NON-CRIMINAL |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 4/12/2001 6:00:00PM | G218296 | 5070 | LOST PROPERTY | 290 | | | 7-CLOSED NON-CRIMINAL |
| 11/4/2001 8:00:00AM | G682754 | 5070 | LOST PROPERTY | 304 | | | 7-CLOSED NON-CRIMINAL |
| 12/23/2001 7:00:00P | G768858 | 5070 | LOST PROPERTY | 290 | 411 | DNA | 7-CLOSED NON-CRIMINAL |
| TOTAL FOR: | 5070 | | LOST PROPERTY LOST PROPERTY | | | | 8 |
| 4/25/2001 8:00:00PM | G238718 | 5002 | OTHER VEHICLE OFFENSES | 304 | | | 2-UNFOUNDED |
| TOTAL FOR: | 5002 | | OTHER VEHICLE OFFENS OTHER VEHICLE OFFENSES | | | | 1 |
| 3/31/1999 8:00:00AM | D187694 | 5001 | OTHER CRM OFFENSE AGAINST PROP | 277 | 387 | AUT | 1-SUSPENDED |
| 4/28/1999 11:00:00PM | D248741 | 5001 | OTHER CRM OFFENSE AGAINST PROP | 304 | | AUT | 5-EX CLEARED CLOSED |
| 10/5/1999 7:30:00PM | D624490 | 5001 | OTHER CRIME INVOLVING PROPERTY | 290 | | AUT | 1-SUSPENDED |
| 3/3/2000 6:00:00PM | F128974 | 5001 | OTHER CRM OFFENSE AGAINST PROP | 304 | 387 | AUT | 1-SUSPENDED |
| 1/19/2001 3:00:00PM | G041730 | 5001 | OTHER CRM OFFENSE AGAINST PROP | 304 | | | 1-SUSPENDED |
| 2/1/2001 7:30:00PM | G067744 | 5001 | OTHER CRM OFFENSE AGAINST PROP | 277 | | | 1-SUSPENDED |
| TOTAL FOR: | 5001 | | OTHER CRM OFFENSE AG OTHER CRM OFFENSE AGAINST PROP | | | | 6 |
| 10/17/1999 9:15:00A | D648878 | 5000 | OTHER CRIMINAL OFFENSES | 121 | | | 3-CLEARED CLOSED |
| 7/3/2000 7:30:00PM | F401135 | 5000 | OTHER CRIMINAL OFFENSES | 090 | 387 | | 1-SUSPENDED |
| TOTAL FOR: | 5000 | | OTHER CRIMINAL OFFEN OTHER CRIMINAL OFFENSES | | | | 2 |
| 10/6/2000 1:21:15PM | F621136 | 4651 | FAILURE REGISTR ADDRESS CHANGE | 090 | | | 3-CLEARED CLOSED |
| 10/7/2000 9:30:00AM | F622977 | 4651 | FAILURE REGISTR ADDRESS CHANGE | 290 | 465 | | 6-EX CLEARED OPEN |
| TOTAL FOR: | 4651 | | OTHER CRIMINAL OFFEN FAILURE REGISTR ADDRESS CHANGE | | | | 2 |
| 1/26/2000 9:30:00AM | F053297 | 4388 | DOMESTIC VIOLENCE | 290 | 387 | | 1-SUSPENDED |
| TOTAL FOR: | 4388 | | VIOLATION OF BAIL BON DOMESTIC VIOLENCE | | | | 1 |
| 5/16/2001 3:15:53AM | G281215 | 4387 | VIOLATION ORDER OF PROTECTION | 090 | 387 | | 1-SUSPENDED |
| TOTAL FOR: | 4387 | | VIOLATION ORDER OF PR VIOLATION ORDER OF PROTECTION | | | | 1 |
| 8/13/2000 9:15:00PM | F497184 | 2870 | PEEPING TOM | 303 | 387 | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 2870 | | SEX OFFENSE PEEPING TOM | | | | 1 |
| 2/8/1999 3:00:00AM | D078335 | 2830 | OBSCENE TELEPHONE CALLS | 290 | | | 1-SUSPENDED |
| TOTAL FOR: | 2830 | | OBSCENE TELEPHONE CA OBSCENE TELEPHONE CALLS | | | | 1 |
| 3/3/1999 11:00:00AM | D125753 | 2825 | NONE | 290 | 387 | | 1-SUSPENDED |
| 3/22/1999 11:46:00PM | D167245 | 2825 | NONE | 121 | | | 1-SUSPENDED |
| 4/28/1999 12:20:00PM | D247125 | 2825 | NONE | 090 | | | 1-SUSPENDED |
| 6/22/1999 10:30:00AM | D375447 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 1/9/2000 6:00:00PM | F018959 | 2825 | NONE | 090 | 387 | | 1-SUSPENDED |
| 1/25/2000 9:00:00AM | F093688 | 2825 | NONE | 290 | | | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 3/28/2000 3:00:00AI | F181896 | 2825 | NONE | 090 | | | 1-SUSPENDED |
| 4/10/2000 10:00:00PI | F212760 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 7/7/2000 11:40:00AM | F409172 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 8/2/2000 11:30:00PM | F473233 | 2825 | NONE | 090 | | | 1-SUSPENDED |
| 10/17/2000 8:30:00P | F647406 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 11/5/2000 6:00:00AI | F688683 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 12/14/2000 12:00:00/ | F770163 | 2825 | NONE | 290 | | | 1-SUSPENDED |
| 10/1/2001 12:00:00PI | HH447916 | 2825 | NONE | 290 | 411 | DNA | 1-SUSPENDED |
| 10/9/2001 4:35:00PM | G606695 | 2825 | NONE | 090 | | | 1-SUSPENDED |
| TOTAL FOR: | 2825 | | HARASSMENT BY TELEPH NONE | | | | 15 |
| 2/4/1999 10:00:00PM | D071859 | 2820 | TELEPHONE THREATS | 290 | 387 | | 5-EX CLEARED CLOSED |
| 2/9/1999 11:20:00AM | D080935 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 4/20/1999 2:30:00PM | D228732 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 10/10/1999 12:30:00I | D637395 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 1/2/2000 11:30:00PM | F004218 | 2820 | TELEPHONE THREATS | 290 | 387 | | 1-SUSPENDED |
| 1/31/2000 4:45:00PM | F062698 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 3/17/2000 11:30:00PI | F161160 | 2820 | TELEPHONE THREATS | 290 | 387 | | 1-SUSPENDED |
| 10/18/2000 10:00:00/ | F651461 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 10/25/2000 12:20:00/ | F662983 | 2820 | TELEPHONE THREATS | 090 | 387 | | 1-SUSPENDED |
| 11/22/2000 6:40:00A | F724499 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 12/1/2000 7:35:00PM | F744348 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 12/14/2000 6:40:00P | F770360 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 4/20/2001 10:00:00PI | G246268 | 2820 | TELEPHONE THREATS | 290 | 387 | | 1-SUSPENDED |
| 4/28/2001 7:45:00AI | G241893 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 5/3/2001 7:45:00AM | G252858 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 5/11/2001 10:00:00PI | G301996 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 5/11/2001 10:50:00PI | G272686 | 2820 | TELEPHONE THREATS | 090 | 387 | | 1-SUSPENDED |
| 6/21/2001 6:11:00AI | G360779 | 2820 | TELEPHONE THREATS | 090 | | | 1-SUSPENDED |
| 8/9/2001 6:00:00AM | G471540 | 2820 | TELEPHONE THREATS | 290 | | | 1-SUSPENDED |
| 8/19/2001 3:05:00PM | G494451 | 2820 | TELEPHONE THREATS | 090 | 387 | | 1-SUSPENDED |

CPD 00031

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|---|
| 8/19/2001 3:05:00PM | G494476 | 2820 | TELEPHONE THREATS | | 090 | 387 | | 1-SUSPENDED |
| 8/24/2001 2:00:00PM | G505644 | 2820 | TELEPHONE THREATS | | 140 | | | 1-SUSPENDED |
| 11/8/2001 1:30:00AM | G672948 | 2820 | TELEPHONE THREATS | | 290 | 387 | | 1-SUSPENDED |
| 12/11/2001 7:20:00A | G740582 | 2820 | TELEPHONE THREATS | | 290 | 411 | DNA | 1-SUSPENDED |
| TOTAL FOR: | 2820 | | TELEPHONE THREATS | TELEPHONE THREATS | | | | 24 |
| 11/29/1999 6:15:00P | D741983 | 2093 | FOUND SUSPECT NARCOTICS | | 290 | | | 3-CLEARED CLOSED |
| 2/21/2001 11:00:00PI | G104613 | 2093 | FOUND SUSPECT NARCOTICS | | 090 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 2093 | | NARCOTICS | FOUND SUSPECT NARCOTICS | | | | 2 |
| 4/14/1999 4:00:00AM | D214485 | 2027 | POSS: CRACK | | 090 | | | 3-CLEARED CLOSED |
| 5/26/1999 11:30:00AI | D312648 | 2027 | POSS: CRACK | | 290 | | | 3-CLEARED CLOSED |
| 7/1/1999 10:30:00PM | D398569 | 2027 | POSS: CRACK | | 330 | | | 3-CLEARED CLOSED |
| 3/31/2000 8:15:00PM | F190169 | 2027 | POSS: CRACK | | 121 | | | 3-CLEARED CLOSED |
| 2/6/2001 1:25:00AM | G075230 | 2027 | POSS: CRACK | | 090 | | | 3-CLEARED CLOSED |
| 2/28/2001 4:49:17PM | G118013 | 2027 | POSS: CRACK | | 289 | | | 3-CLEARED CLOSED |
| 8/9/2001 2:49:00AM | G470929 | 2027 | POSS: CRACK | | 123 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 2027 | | NARCOTICS | POSS: CRACK | | | | 7 |
| 4/28/1999 1:00:00PM | D247219 | 2022 | POSS: COCAINE | | 290 | | | 3-CLEARED CLOSED |
| 5/27/1999 1:50:00AM | D314269 | 2022 | POSS: COCAINE | | 121 | | | 3-CLEARED CLOSED |
| 10/19/1999 12:15:00/ | D652719 | 2022 | POSS: COCAINE | | 090 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 2022 | | NARCOTICS | POSS: COCAINE | | | | 3 |
| 3/22/2001 7:17:39PM | G164496 | 2017 | MANU,DELIV:CRACK | | 290 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 2017 | | NARCOTICS | MANU,DELIV:CRACK | | | | 1 |
| 6/18/1999 6:14:00PM | D367485 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 330 | | | 3-CLEARED CLOSED |
| 7/17/1999 9:30:00PM | D437191 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 121 | | | 3-CLEARED CLOSED |
| 7/29/1999 12:30:00PI | D464996 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 290 | | | 3-CLEARED CLOSED |
| 8/6/1999 3:25:00PM | D484517 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 330 | | | 3-CLEARED CLOSED |
| 8/6/1999 4:30:00PM | D484806 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 284 | | | 3-CLEARED CLOSED |
| 9/9/1999 5:50:00PM | D564633 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 123 | | | 3-CLEARED CLOSED |
| 9/14/1999 11:08:00PI | D575994 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 290 | | | 3-CLEARED CLOSED |
| 11/29/1999 4:45:00P | D741947 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 090 | | | 3-CLEARED CLOSED |
| 12/1/1999 10:45:00PI | D746485 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 290 | | | 3-CLEARED CLOSED |
| 7/11/2000 7:00:00PM | F419458 | 1811 | POSS:CANNABIS LESS THAN 30GMS | | 304 | | | 3-CLEARED CLOSED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 7/16/2000 5:10:16PM | F430710 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 122 | | 3-CLEARED CLOSED |
| 7/27/2000 5:00:00PM | F456176 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 289 | | 3-CLEARED CLOSED |
| 3/4/2001 9:58:00PM | G126545 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 289 | | 3-CLEARED CLOSED |
| 3/14/2001 9:22:05PM | G147467 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 121 | | 3-CLEARED CLOSED |
| 4/3/2001 10:28:38PM | G189853 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 122 | | 3-CLEARED CLOSED |
| 8/16/2001 11:12:49PM | G488917 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 304 | | 3-CLEARED CLOSED |
| 12/3/2001 12:30:00PM | G724514 | 1811 | POSS:CANNABIS LESS THAN 30GMS | 304 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 1811 | | NARCOTICS POSS:CANNABIS LESS THAN 30GMS | | | 17 |
| 3/25/1999 3:00:00PM | D173298 | 1790 | CHILD ABDUCTION | 290 | | 1-SUSPENDED |
| 12/5/1999 7:35:00PM | D755067 | 1790 | CHILD ABDUCTION | 090 | | 2-UNFOUNDED |
| 4/2/2001 5:00:00PM | G187783 | 1790 | CHILD ABDUCTION | 303 | | 2-UNFOUNDED |
| 9/3/2001 2:15:00PM | G527598 | 1790 | CHILD ABDUCTION | 121 | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 1790 | | OFFENSE INVOLVING CHI CHILD ABDUCTION | | | 4 |
| 4/24/2001 11:30:00AM | G244815 | 1751 | CRIM SEX ABUSE BY FAM MEMBER | 290 | | 1-SUSPENDED |
| TOTAL FOR: | 1751 | | OFFENSE INVOLVING CHI CRIM SEX ABUSE BY FAM MEMBER | | | 1 |
| 1/28/1999 7:00:00PM | D058180 | 1750 | CHILD ABUSE | 290 | | 3-CLEARED CLOSED |
| 3/22/1999 3:20:00AM | D164889 | 1750 | CHILD ABUSE | 290 | | 2-UNFOUNDED |
| TOTAL FOR: | 1750 | | OFFENSE INVOLVING CHI CHILD ABUSE | | | 2 |
| 2/15/1999 12:00:00AM | D309081 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 289 | | 2-UNFOUNDED |
| 4/30/1999 3:30:00PM | D257080 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 290 | | 1-SUSPENDED |
| 5/17/1999 11:30:00AM | D291224 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 121 | | 2-UNFOUNDED |
| 10/28/1999 5:45:00P | D675460 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 290 | | 2-UNFOUNDED |
| 8/30/2000 9:00:00AM | F534502 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 284 | | 5-EX CLEARED CLOSED |
| 8/19/2001 5:14:00PM | G495045 | 1710 | ENDANGERING LIFE/HEALTH CHILD | 290 | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 1710 | | OFFENSE INVOLVING CHI ENDANGERING LIFE/HEALTH CHILD | | | 6 |
| 3/12/2001 12:00:00PM | G158876 | 1582 | CHILD PORNOGRAPHY | 290 | | 1-SUSPENDED |
| TOTAL FOR: | 1582 | | OFFENSE INVOLVING CHI CHILD PORNOGRAPHY | | | 1 |
| 12/27/2000 1:00:00A | G291203 | 1562 | AGGR CRIMINAL SEXUAL ABUSE | 090 | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 1562 | | SEX OFFENSE AGGR CRIMINAL SEXUAL ABUSE | | | 1 |
| 3/30/1999 10:30:00PM | D183935 | 143A | UNLAWFUL POSS OF HANDGUN | 304 | | 3-CLEARED CLOSED |
| 12/16/1999 6:50:00P | D778386 | 143A | UNLAWFUL POSS OF HANDGUN | 304 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 143A | | WEAPONS VIOLATION UNLAWFUL POSS OF HANDGUN | | | 2 |

CPD 00033

| DATEOCC | RD | CURR IUCR | DESCRIPTION | LOCATION | METHOD CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 1/1/2001 12:05:00AM | G000175 | 141B | UNLAWFUL USE OTHER FIREARM | 289 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 141B | | WEAPONS VIOLATION UNLAWFUL USE OTHER FIREARM | | | 1 |
| 4/1/2001 4:35:00PM | G184849 | 141A | UNLAWFUL USE:HANDGUN | 304 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 141A | | WEAPONS VIOLATION UNLAWFUL USE:HANDGUN | | | 1 |
| 3/20/1999 5:00:00PM | D163810 | 1360 | CRM TRESPASS TO VEHICLE | 304 | | 1-SUSPENDED |
| TOTAL FOR: | 1360 | | CRIMINAL TRESPASS CRM TRESPASS TO VEHICLE | | | 1 |
| 3/3/1999 2:55:00AM | D125313 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 3/5/1999 12:40:00AM | D129370 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 3/14/1999 11:15:00AM | D147947 | 1350 | CRM TRESPASS TO STATE SUP LAND | 290 | | 3-CLEARED CLOSED |
| 4/6/1999 6:00:00AM | D900181 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 4/10/1999 4:40:00PM | D207006 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 7/2/1999 12:10:00AM | D398704 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 7/16/1999 12:50:00AM | D432562 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 7/31/1999 9:00:00PM | D470779 | 1350 | CRM TRESPASS TO STATE SUP LAND | 123 | | 4-CLEARED OPEN |
| 8/2/1999 3:30:00PM | D474675 | 1350 | CRM TRESPASS TO STATE SUP LAND | 123 | | 3-CLEARED CLOSED |
| 10/8/1999 6:20:00PM | D630108 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 3/18/2000 2:20:00PM | F161192 | 1350 | CRM TRESPASS TO STATE SUP LAND | 292 | | 3-CLEARED CLOSED |
| 6/23/2000 2:36:00PM | F377638 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 7/26/2000 4:40:21PM | F453664 | 1350 | CRM TRESPASS TO STATE SUP LAND | 090 | | 3-CLEARED CLOSED |
| 7/27/2000 5:00:00PM | F455989 | 1350 | CRM TRESPASS TO STATE SUP LAND | 289 | | 3-CLEARED CLOSED |
| 2/28/2001 2:55:00PM | G117715 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 3/6/2001 4:30:00PM | G130108 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| 3/13/2001 12:30:00PM | G144223 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 3/15/2001 11:00:00PM | G149782 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 3/29/2001 7:00:00PM | G179078 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 5-EX CLEARED CLOSED |
| 3/31/2001 7:55:00PM | G183349 | 1350 | CRM TRESPASS TO STATE SUP LAND | 123 | | 3-CLEARED CLOSED |
| 4/4/2001 7:40:29AM | G190232 | 1350 | CRM TRESPASS TO STATE SUP LAND | 123 | | 3-CLEARED CLOSED |
| 5/14/2001 12:35:00PM | G277462 | 1350 | CRM TRESPASS TO STATE SUP LAND | 121 | | 3-CLEARED CLOSED |
| 5/31/2001 8:15:00PM | G315381 | 1350 | CRM TRESPASS TO STATE SUP LAND | 122 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 1350 | | CRIMINAL TRESPASS CRM TRESPASS TO STATE SUP LAND | | | 23 |
| 3/3/1999 4:45:00AM | D125363 | 1340 | DAMAGE TO STATE SUP PROP | 121 | | 1-SUSPENDED |

CPD 00034

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 9/5/1999 2:27:00PM | D555100 | 1340 | DAMAGE TO STATE SUP PROP | 121 | | 1-SUSPENDED |
| 6/1/2001 9:00:00PM | G317627 | 1340 | DAMAGE TO STATE SUP PROP | 289 | | 3-CLEARED CLOSED |
| 6/25/2001 8:00:00PM | G371589 | 1340 | DAMAGE TO STATE SUP PROP | 121 | | 1-SUSPENDED |
| 7/11/2001 11:00:00PI | G406421 | 1340 | DAMAGE TO STATE SUP PROP | 121 | | 1-SUSPENDED |
| TOTAL FOR: | 1340 | | CRIMINAL DAMAGE DAMAGE TO STATE SUP PROP | | | 5 |
| 2/25/1999 12:10:00PI | D113493 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |
| 4/17/1999 2:30:00PM | D222196 | 1330 | CRIM TRESPASS TO LAND | 090 | | 3-CLEARED CLOSED |
| 4/19/1999 8:00:00PM | D227311 | 1330 | CRIM TRESPASS TO LAND | 330 | | 5-EX CLEARED CLOSED |
| 4/23/1999 8:25:00PM | D236619 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 5/6/1999 6:30:00PM | D266822 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 5/10/1999 9:50:00AI | D274575 | 1330 | CRIM TRESPASS TO LAND | 121 | | 3-CLEARED CLOSED |
| 5/12/1999 10:59:00AI | D279460 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |
| 5/24/1999 9:44:00PM | D309273 | 1330 | CRIM TRESPASS TO LAND | 277 | | 3-CLEARED CLOSED |
| 6/1/1999 6:39:00PM | D327296 | 1330 | CRIM TRESPASS TO LAND | 330 | | 1-SUSPENDED |
| 8/23/1999 6:15:00PM | D524157 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 8/29/1999 4:40:00PM | D538369 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |
| 9/28/1999 11:20:00AI | D606338 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |
| 9/30/1999 10:00:00PI | D612507 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 10/20/1999 11:00:00I | D657062 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 12/7/1999 4:45:00PM | D758782 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 12/31/1999 12:40:00I | D806629 | 1330 | CRIM TRESPASS TO LAND | 290 | | 1-SUSPENDED |
| 1/6/2000 5:50:00PM | F011974 | 1330 | CRIM TRESPASS TO LAND | 122 | | 5-EX CLEARED CLOSED |
| 1/20/2000 1:50:00AM | F039350 | 1330 | CRIM TRESPASS TO LAND | 122 | | 3-CLEARED CLOSED |
| 2/28/2000 11:10:00PI | F120470 | 1330 | CRIM TRESPASS TO LAND | 289 | | 3-CLEARED CLOSED |
| 3/3/2000 8:45:57AM | F127447 | 1330 | CRIM TRESPASS TO LAND | 290 | | 3-CLEARED CLOSED |
| 3/30/2000 5:30:00PM | F187728 | 1330 | CRIM TRESPASS TO LAND | 290 | | 3-CLEARED CLOSED |
| 4/11/2000 6:00:00AM | F212438 | 1330 | CRIM TRESPASS TO LAND | 090 | | 3-CLEARED CLOSED |
| 6/2/2000 2:15:00AM | F327840 | 1330 | CRIM TRESPASS TO LAND | 090 | | 3-CLEARED CLOSED |
| 6/17/2000 7:41:00PM | F364439 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |
| 7/11/2000 6:45:00PM | F419654 | 1330 | CRIM TRESPASS TO LAND | 330 | | 3-CLEARED CLOSED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 10/18/2000 9:10:39P | F649043 | 1330 | CRIM TRESPASS TO LAND | 121 | | | 3-CLEARED CLOSED |
| 10/30/2000 6:00:00P | F676043 | 1330 | CRIM TRESPASS TO LAND | 122 | | | 3-CLEARED CLOSED |
| 1/26/2001 10:00:00AI | G053211 | 1330 | CRIM TRESPASS TO LAND | 330 | | | 3-CLEARED CLOSED |
| 2/19/2001 9:43:00PN | G102399 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 2/21/2001 1:50:00AN | G104689 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 2/21/2001 10:10:00AI | G104974 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 3/4/2001 9:46:09PM | G126602 | 1330 | CRIM TRESPASS TO LAND | 289 | | | 3-CLEARED CLOSED |
| 3/6/2001 9:44:18PM | G130615 | 1330 | CRIM TRESPASS TO LAND | 330 | | | 3-CLEARED CLOSED |
| 3/20/2001 12:30:00AI | G158057 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 4/4/2001 12:30:00AM | G189994 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 4/8/2001 4:07:30AM | G198976 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 5/16/2001 10:15:00PI | G283262 | 1330 | CRIM TRESPASS TO LAND | 123 | | | 3-CLEARED CLOSED |
| 5/27/2001 11:20:00PI | G306935 | 1330 | CRIM TRESPASS TO LAND | 122 | | | 3-CLEARED CLOSED |
| 8/16/2001 11:30:00PI | G489059 | 1330 | CRIM TRESPASS TO LAND | 090 | | | 3-CLEARED CLOSED |
| 9/11/2001 10:45:00PI | G546377 | 1330 | CRIM TRESPASS TO LAND | 289 | | | 3-CLEARED CLOSED |
| 11/3/2001 1:30:00PN | G662720 | 1330 | CRIM TRESPASS TO LAND | 289 | | | 3-CLEARED CLOSED |
| 12/20/2001 12:45:00F | G759950 | 1330 | CRIM TRESPASS TO LAND | 330 | 411 | DNA | 3-CLEARED CLOSED |
| TOTAL FOR: | 1330 | | CRIMINAL TRESPASS CRIM TRESPASS TO LAND | | | | 42 |
| 2/3/1999 6:00:00AM | D068934 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 2/12/1999 2:10:00PN | D087950 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 3/8/1999 11:50:00PM | D137053 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 3/25/1999 12:30:00PI | D170796 | 1320 | CRIM DAMAGE TO VEHICLE | 123 | | | 1-SUSPENDED |
| 3/31/1999 11:30:00PI | D187112 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | 387 | | 5-EX CLEARED CLOSED |
| 4/10/1999 12:35:00PI | D206484 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 5/19/1999 4:30:00AN | D295570 | 1320 | CRIM DAMAGE TO VEHICLE | 123 | | | 1-SUSPENDED |
| 6/6/1999 12:30:00AM | D337911 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 6/13/1999 9:30:00AN | D355087 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 6/22/1999 11:50:00PI | D377445 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 7/18/1999 12:35:00AI | D437398 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 1/17/2000 10:05:00AI | F033662 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 3/27/2000 6:00:00PN | F181985 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 4/5/2000 1:20:00PM | F199754 | 1320 | CRIM DAMAGE TO VEHICLE | 123 | 387 | | 1-SUSPENDED |
| 7/22/2000 10:15:00PI | F445286 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | | | 1-SUSPENDED |
| 7/28/2000 12:00:00PI | F457508 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 7/30/2000 8:35:00PN | F463225 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | | | 1-SUSPENDED |
| 10/19/2000 4:00:00P | F650674 | 1320 | CRIM DAMAGE TO VEHICLE | 121 | | | 1-SUSPENDED |
| 11/17/2000 10:15:00I | F716701 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | | | 1-SUSPENDED |
| 1/11/2001 4:48:00PN | G022952 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | | | 1-SUSPENDED |
| 1/20/2001 10:00:00PI | G043139 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 3/14/2001 9:21:00PN | G147468 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 9/14/2001 1:02:00PN | G551546 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 3-CLEARED CLOSED |
| 9/17/2001 12:00:00PI | G559746 | 1320 | CRIM DAMAGE TO VEHICLE | 304 | | | 1-SUSPENDED |
| 10/12/2001 4:30:00P | G614173 | 1320 | CRIM DAMAGE TO VEHICLE | 123 | | | 1-SUSPENDED |
| 11/9/2001 12:00:00PI | G675170 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | 387 | | 1-SUSPENDED |
| 11/24/2001 1:48:00P | G706002 | 1320 | CRIM DAMAGE TO VEHICLE | 277 | | | 1-SUSPENDED |
| TOTAL FOR: | 1320 | | CRIMINAL DAMAGE CRIM DAMAGE TO VEHICLE | | | | 27 |
| 1/2/1999 7:07:00PM | D003078 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 122 | | | 3-CLEARED CLOSED |
| 1/4/1999 1:15:00PM | D005328 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 3-CLEARED CLOSED |
| 1/16/1999 7:00:00PN | D030795 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 1/31/1999 7:00:00PN | D062910 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 3/15/1999 8:00:00PN | D151959 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 4/8/1999 8:30:00PM | D203831 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 4/13/1999 5:37:00AI | D212225 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | 387 | | 1-SUSPENDED |
| 4/14/1999 4:00:00PN | D215618 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | 387 | | 3-CLEARED CLOSED |
| 6/14/1999 5:15:00PN | D358276 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | 387 | | 3-CLEARED CLOSED |
| 7/10/1999 3:55:00AI | D418474 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 289 | | | 3-CLEARED CLOSED |
| 8/21/1999 8:10:00AI | D518615 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 123 | | GRAF | 5-EX CLEARED CLOSED |
| 8/25/1999 7:06:00AI | D527451 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 8/29/1999 1:45:00PN | D538091 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 9/11/1999 4:00:00PN | D568926 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 122 | | | 3-CLEARED CLOSED |

| DATEOCC | RD | CURR IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 9/17/1999 3:01:00AN | D580637 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 121 | | | 1-SUSPENDED |
| 10/16/1999 12:30:00I | D647016 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 292 | | | 1-SUSPENDED |
| 10/22/1999 12:00:00I | D660166 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 11/9/1999 1:00:00PN | D721630 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 11/10/1999 8:30:00A | D702096 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 3-CLEARED CLOSED |
| 11/11/1999 8:00:00P | D705355 | 1310 | CRIMINAL DAMAGE TO PROPERTY | | 387 | | 1-SUSPENDED |
| 12/18/1999 3:20:00P | D782458 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 3-CLEARED CLOSED |
| 12/29/1999 3:00:00P | D802845 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | 387 | | 1-SUSPENDED |
| 2/10/2000 7:30:00AN | F083815 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 121 | | | 1-SUSPENDED |
| 2/21/2000 7:40:00PN | F105339 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 3/1/2000 6:00:00AM | F124577 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 3/5/2000 4:00:00AM | F131764 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 121 | 387 | | 1-SUSPENDED |
| 3/14/2000 8:45:00AN | F153095 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 3/29/2000 1:00:00AN | F184387 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 5/21/2000 12:00:00PI | F302936 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 6/14/2000 3:45:00PN | F358666 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 8/29/2000 4:00:00PN | F534880 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 10/29/2000 10:35:00I | F674260 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 11/4/2000 9:40:00PN | F688251 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 1/16/2001 10:30:00PI | G034432 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | 387 | | 1-SUSPENDED |
| 1/28/2001 6:30:00PN | G059905 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 289 | | | 1-SUSPENDED |
| 5/8/2001 11:00:00PM | G266512 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 5/11/2001 9:30:00AN | G271937 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 1-SUSPENDED |
| 6/9/2001 11:00:00PM | G341231 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 6/17/2001 7:20:00PN | G352664 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 7/6/2001 11:00:00AM | G415801 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |
| 7/19/2001 11:00:00PI | G424732 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 090 | | | 5-EX CLEARED CLOSED |
| 8/26/2001 9:00:00PN | G516142 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | GRAF | 1-SUSPENDED |
| 8/26/2001 10:00:00PI | G510780 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 5-EX CLEARED CLOSED |
| 8/27/2001 6:00:00AN | G511449 | 1310 | CRIMINAL DAMAGE TO PROPERTY | 290 | | | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 44 |
| TOTAL FOR: | 1310 | | CRIMINAL DAMAGE | CRIMINAL DAMAGE TO PROPERTY | | | | 1-SUSPENDED |
| 3/8/2000 12:00:00AM | F169300 | 1245 | PAY TV SERVICE OFFENSES | | 290 | | | 1 |
| TOTAL FOR: | 1245 | | DECEPTIVE PRACTICE | PAY TV SERVICE OFFENSES | | | IDT | 1-SUSPENDED |
| 11/16/2000 9:00:00A | F728743 | 1130 | FRAUD OR CONFIDENCE GAME | | 330 | | | 1 |
| TOTAL FOR: | 1130 | | DECEPTIVE PRACTICE | FRAUD OR CONFIDENCE GAME | | | | 1-SUSPENDED |
| 3/14/1999 4:30:00PM | D149615 | 0930 | AUTOMOBILE | | 277 | | | 5-EX CLEARED CLOSED |
| 6/6/2000 7:00:00PM | F338776 | 0930 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 8/21/2000 11:01:00AI | F514449 | 0930 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 2/18/2001 9:30:00PM | G101060 | 0930 | AUTOMOBILE | | 277 | | | 3-CLEARED CLOSED |
| 5/26/2001 7:30:00PM | G305275 | 0930 | AUTOMOBILE | | 280 | | | 5 |
| TOTAL FOR: | 0930 | | THEFT AND RECOVERY | AUTOMOBILE | | | | 1-SUSPENDED |
| 3/2/2000 6:30:00AM | F125335 | 0920 | AUTOMOBILES | | 304 | | | 1 |
| TOTAL FOR: | 0920 | | ATTEMPT MOTOR VEHIC | AUTOMOBILES | | | | 1-SUSPENDED |
| 1/15/1999 5:20:00PM | D027813 | 0910 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 2/15/1999 10:30:00PI | D095726 | 0910 | AUTOMOBILE | | 330 | | | 1-SUSPENDED |
| 2/23/1999 11:30:00AI | D109384 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 4/23/1999 2:00:00AI | D235084 | 0910 | AUTOMOBILE | | 304 | | | 3-CLEARED CLOSED |
| 7/28/1999 3:00:00AI | D461921 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 10/16/1999 11:30:00I | D648778 | 0910 | AUTOMOBILE | | 277 | | | 2-UNFOUNDED |
| 11/29/1999 12:45:00I | D741319 | 0910 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 1/27/2000 1:00:00PM | F060647 | 0910 | AUTOMOBILE | | 330 | | | 2-UNFOUNDED |
| 1/27/2000 10:00:00PI | F057074 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 4/22/2000 2:00:00AI | F236331 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 5/29/2000 10:00:00AI | F319805 | 0910 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 6/14/2000 2:00:00AI | F356263 | 0910 | AUTOMOBILE | | 330 | | | 3-CLEARED CLOSED |
| 8/4/2000 9:00:00AM | F474456 | 0910 | AUTOMOBILE | | 330 | | | 1-SUSPENDED |
| 11/10/2000 11:00:00I | F701716 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 1/6/2001 1:30:00AM | G011740 | 0910 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 2/12/2001 12:00:00AI | G089145 | 0910 | AUTOMOBILE | | 304 | | | 2-UNFOUNDED |
| 4/30/2001 11:50:00PI | G248445 | 0910 | AUTOMOBILE | | 304 | | | 1-SUSPENDED |
| 5/15/2001 10:00:00PI | G281362 | 0910 | AUTOMOBILE | | 330 | | | 1-SUSPENDED |
| 9/15/2001 10:30:00PI | G555228 | 0910 | AUTOMOBILE | | 304 | 410 | OLDS | |

CPD 00039

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 10/3/2001 11:00:00PI | G594932 | 0910 | AUTOMOBILE | 277 | | | 1-SUSPENDED |
| 10/17/2001 4:00:00P | G625127 | 0910 | AUTOMOBILE | 304 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 0910 | | | | | | 21 |
| 10/18/2001 12:00:00/ | G716208 | 0842 | MOTOR VEHICLE THEFT AUTOMOBILE AGGRAVATED | 090 | | IDT | 1-SUSPENDED |
| TOTAL FOR: | 0842 | | | | | | 1 |
| 2/24/1999 7:45:00PM | D112641 | 0820 | FINANCIAL IDENTITY THE AGGRAVATED THEFT:$300 AND UNDER | 304 | 391 | LICP | 1-SUSPENDED |
| 3/5/1999 8:00:00AM | D131409 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 1-SUSPENDED |
| 3/16/1999 7:30:00PM | D153359 | 0820 | THEFT:$300 AND UNDER | 290 | 387 | FAD | 1-SUSPENDED |
| 4/14/1999 8:30:00PM | D219416 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 5-EX CLEARED CLOSED |
| 5/2/1999 11:00:00PM | D260420 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 5/3/1999 9:00:00AM | D263636 | 0820 | THEFT:$300 AND UNDER | 304 | 395 | IBTM | 1-SUSPENDED |
| 6/18/1999 7:45:00AM | D368248 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 1-SUSPENDED |
| 7/1/1999 11:59:00PM | D479399 | 0820 | THEFT:$300 AND UNDER | 304 | 395 | IBTM | 1-SUSPENDED |
| 8/17/1999 1:00:00PM | D512601 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 9/13/1999 8:00:00PM | D574494 | 0820 | THEFT:$300 AND UNDER | 277 | 391 | | 1-SUSPENDED |
| 9/16/1999 1:30:00PM | D582387 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 9/19/1999 11:00:00AI | D586543 | 0820 | THEFT:$300 AND UNDER | 290 | 387 | | 1-SUSPENDED |
| 9/27/1999 12:01:00AI | D607834 | 0820 | THEFT:$300 AND UNDER | 277 | 391 | | 1-SUSPENDED |
| 10/17/1999 1:00:00P | D648681 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | LICP | 1-SUSPENDED |
| 10/18/1999 10:06:00I | D652468 | 0820 | THEFT:$300 AND UNDER | 304 | 395 | | 1-SUSPENDED |
| 10/25/1999 8:00:00P | D669155 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | | 1-SUSPENDED |
| 11/1/1999 2:30:00PM | D685856 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | | 1-SUSPENDED |
| 11/23/1999 4:25:00P | D731489 | 0820 | THEFT:$300 AND UNDER | 277 | 395 | | 1-SUSPENDED |
| 12/13/1999 3:00:00A | D770052 | 0820 | THEFT:$300 AND UNDER | 121 | | | 3-CLEARED CLOSED |
| 12/23/1999 12:00:00I | D794371 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 1-SUSPENDED |
| 12/28/1999 12:00:00I | D800806 | 0820 | THEFT:$300 AND UNDER | 289 | 403 | | 1-SUSPENDED |
| 4/4/2000 9:00:00PM | F199355 | 0820 | THEFT:$300 AND UNDER | 290 | 387 | | 1-SUSPENDED |
| 5/1/2000 8:30:00AM | F258248 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 5/8/2000 12:15:00AM | F270536 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 1-SUSPENDED |
| 6/12/2000 5:00:00PM | F399680 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | | 1-SUSPENDED |
| 6/23/2000 6:00:00PM | G383466 | 0820 | THEFT:$300 AND UNDER | 277 | | | 1-SUSPENDED |

CPD 00040

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 8/2/2000 12:15:00PM | F469623 | 0820 | THEFT:$300 AND UNDER | 090 | 387 | | 1-SUSPENDED |
| 8/21/2000 9:00:00AM | F583415 | 0820 | THEFT:$300 AND UNDER | 289 | | | 1-SUSPENDED |
| 10/6/2000 5:00:00PM | F623790 | 0820 | THEFT:$300 AND UNDER | 090 | 403 | | 1-SUSPENDED |
| 12/9/2000 9:00:00PM | F763749 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | DNA | 1-SUSPENDED |
| 12/15/2000 2:00:00A | F771251 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 1/7/2001 2:00:00PM | G019316 | 0820 | THEFT:$300 AND UNDER | 304 | 391 | | 1-SUSPENDED |
| 1/9/2001 7:00:00PM | G024349 | 0820 | THEFT:$300 AND UNDER | 304 | 387 | | 1-SUSPENDED |
| 3/19/2001 5:00:00AM | G155877 | 0820 | THEFT:$300 AND UNDER | 121 | 387 | | 1-SUSPENDED |
| 3/23/2001 12:00:00PI | G192984 | 0820 | THEFT:$300 AND UNDER | 304 | 395 | | 1-SUSPENDED |
| 4/12/2001 12:30:00PI | G214512 | 0820 | THEFT:$300 AND UNDER | 277 | 391 | LICP | 1-SUSPENDED |
| 5/13/2001 10:00:00PI | G277037 | 0820 | THEFT:$300 AND UNDER | 290 | 387 | | 1-SUSPENDED |
| 6/25/2001 9:30:00AM | G387261 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | DNA | 1-SUSPENDED |
| 8/6/2001 1:00:00PM | G466136 | 0820 | THEFT:$300 AND UNDER | 121 | 403 | | 1-SUSPENDED |
| 9/2/2001 12:30:00PM | G525286 | 0820 | THEFT:$300 AND UNDER | 289 | 402 | | 1-SUSPENDED |
| 9/3/2001 2:30:00PM | G527418 | 0820 | THEFT:$300 AND UNDER | 290 | 403 | | 1-SUSPENDED |
| 12/8/2001 11:00:00AI | G735516 | 0820 | THEFT:$300 AND UNDER | 090 | 387 | DNA | 1-SUSPENDED |
| TOTAL FOR: | 0820 | THEFT | THEFT:$300 AND UNDER | | | | 42 |
| 1/3/1999 6:00:00PM | D004719 | 0810 | THEFT:OVER $300 | 330 | 403 | | 1-SUSPENDED |
| 5/12/1999 1:30:00AM | D279148 | 0810 | THEFT:OVER $300 | 090 | 403 | | 1-SUSPENDED |
| 7/1/1999 6:00:00AM | D396769 | 0810 | THEFT:OVER $300 | 330 | 403 | | 1-SUSPENDED |
| 8/10/1999 10:30:00AI | D493784 | 0810 | THEFT:OVER $300 | 090 | 403 | | 1-SUSPENDED |
| 8/10/1999 10:00:00PI | D508441 | 0810 | THEFT:OVER $300 | 090 | 403 | | 1-SUSPENDED |
| 10/4/1999 12:01:00AI | D621482 | 0810 | THEFT:OVER $300 | 330 | 391 | CHEV | 1-SUSPENDED |
| 10/19/1999 11:00:00/ | D653384 | 0810 | OVER $300 | 317 | | | 1-SUSPENDED |
| 1/10/2000 8:30:00AM | F055485 | 0810 | THEFT:OVER $300 | 090 | 387 | | 1-SUSPENDED |
| 2/9/2000 4:25:00PM | F080897 | 0810 | THEFT:OVER $300 | 090 | 387 | | 5-EX CLEARED CLOSED |
| 5/8/2000 10:40:00AM | F271226 | 0810 | THEFT:OVER $300 | 277 | 387 | | 1-SUSPENDED |
| 8/5/2000 1:00:00AM | F501821 | 0810 | THEFT:OVER $300 | 121 | | | 1-SUSPENDED |
| 8/30/2000 1:00:00PM | F539523 | 0810 | THEFT:OVER $300 | 289 | | | 1-SUSPENDED |
| 11/13/2000 3:45:00P | F778711 | 0810 | THEFT:OVER $300 | 140 | 403 | DNA | 1-SUSPENDED |

CPD 00041

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | | STATUS |
|---|---|---|---|---|---|---|---|
| 12/14/2000 2:40:00P | F769996 | 0810 | THEFT:OVER $300 | 123 | 395 | | 1-SUSPENDED |
| 6/15/2001 4:30:00AN | G347006 | 0810 | THEFT:OVER $300 | 304 | 391 | | 1-SUSPENDED |
| 8/24/2001 1:00:00PN | G506353 | 0810 | THEFT:OVER $300 | 290 | | DOM | 1-SUSPENDED |
| 8/30/2001 12:00:00AI | G518021 | 0810 | THEFT:OVER $300 | 304 | 395 | | 1-SUSPENDED |
| 8/30/2001 1:00:00AN | G518093 | 0810 | THEFT:OVER $300 | 304 | 395 | | 1-SUSPENDED |
| TOTAL FOR: | 0810 | | THEFT THEFT:OVER $300 | | | | 18 |
| 11/29/1999 3:45:00P | D742424 | 0630 | ATT:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 4/23/2000 2:00:00PN | F239976 | 0630 | ATT:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| TOTAL FOR: | 0630 | | BURGLARY ATT:FORCIBLE ENTRY | | | | 2 |
| 3/2/1999 9:30:00AM | D124663 | 0620 | BURG:UNLAWFUL ENTRY | 290 | | | 1-SUSPENDED |
| 5/4/1999 4:50:00PM | D261519 | 0620 | BURG:UNLAWFUL ENTRY | 290 | | | 1-SUSPENDED |
| 12/3/1999 11:30:00AI | D752058 | 0620 | BURG:UNLAWFUL ENTRY | 090 | | | 1-SUSPENDED |
| 1/17/2000 9:00:00AN | F051566 | 0620 | BURG:UNLAWFUL ENTRY | 290 | | | 1-SUSPENDED |
| 1/21/2000 6:45:00AN | F043231 | 0620 | BURG:UNLAWFUL ENTRY | 121 | | | 1-SUSPENDED |
| 2/8/2000 8:00:00AM | F079355 | 0620 | BURG:UNLAWFUL ENTRY | 090 | | | 1-SUSPENDED |
| 3/24/2000 9:00:00PN | F183269 | 0620 | BURG:UNLAWFUL ENTRY | 290 | | | 1-SUSPENDED |
| 8/3/2000 10:30:00AN | F480961 | 0620 | BURG:UNLAWFUL ENTRY | 290 | | | 1-SUSPENDED |
| TOTAL FOR: | 0620 | | BURGLARY BURG:UNLAWFUL ENTRY | | | | 8 |
| 1/9/1999 8:00:00PM | D015538 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 1/17/1999 3:00:00PN | D032065 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/3/1999 8:00:00PM | D069626 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/10/1999 1:00:00AN | D083113 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/19/1999 3:00:00PN | D102045 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/22/1999 1:20:00PN | D107664 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/24/1999 12:30:00PI | D111514 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 2/26/1999 12:00:00PI | D117848 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 4/25/1999 6:15:00PN | D240786 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 4/29/1999 1:00:00PN | D249911 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 5/24/1999 10:30:00PI | D309488 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 6/12/1999 2:00:00PN | D360729 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 6/13/1999 8:30:00AN | D359561 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |