| DATEOCC | RD | CURR IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 7/22/1999 12:00:00PI | D449780 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 3-CLEARED CLOSED |
| 8/13/1999 9:00:00AI | D509176 | 0610 | BURG:FORCIBLE ENTRY | 290 | 350 | | 1-SUSPENDED |
| 12/12/1999 1:45:00A | D768145 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 12/22/1999 9:00:00P | D792432 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 5/11/2000 1:00:00PI | F279333 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 5/19/2000 10:45:00AI | F297308 | 0610 | BURG:FORCIBLE ENTRY | 121 | | | 1-SUSPENDED |
| 6/7/2000 1:00:00PM | F342807 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 7/15/2000 4:00:00PI | F464113 | 0610 | BURG:FORCIBLE ENTRY | 121 | | | 1-SUSPENDED |
| 7/30/2000 5:30:00PI | F463513 | 0610 | BURG:FORCIBLE ENTRY | 121 | | | 1-SUSPENDED |
| 7/31/2000 4:30:00PI | F466964 | 0610 | BURG:FORCIBLE ENTRY | 290 | | | 1-SUSPENDED |
| 8/30/2000 2:00:00PI | F535730 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 9/5/2000 1:30:00PM | F548967 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 9/5/2000 6:00:00PM | F549354 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 10/18/2000 7:10:00P | F648749 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 1/1/2001 8:00:00AM | G009336 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 1/17/2001 3:30:00PI | G036246 | 0610 | BURG:FORCIBLE ENTRY | 090 | | | 1-SUSPENDED |
| 4/28/2001 12:01:00AI | G241882 | 0610 | BURG:FORCIBLE ENTRY | 330 | | | 4-CLEARED OPEN |
| 11/13/2001 9:45:00A | G684091 | 0610 | BURG:FORCIBLE ENTRY | 121 | | IBTM | 1-SUSPENDED |
| TOTAL FOR: | 0610 | BURGLARY | BURG:FORCIBLE ENTRY | | | | 31 |
| 1/4/1999 11:15:00AI | D005090 | 0560 | SIMPLE ASSAULT | 290 | 387 | | 1-SUSPENDED |
| 1/26/1999 12:46:00PI | D053171 | 0560 | SIMPLE ASSAULT | 289 | | | 1-SUSPENDED |
| 3/5/1999 9:15:00AM | D129737 | 0560 | SIMPLE ASSAULT | 290 | | | 3-CLEARED CLOSED |
| 3/6/1999 3:15:00AM | D131582 | 0560 | SIMPLE ASSAULT | 290 | 387 | | 3-CLEARED CLOSED |
| 3/8/1999 12:30:00AI | D135875 | 0560 | SIMPLE ASSAULT | 290 | | | 1-SUSPENDED |
| 3/16/1999 7:37:00PI | D153317 | 0560 | SIMPLE ASSAULT | 090 | | | 1-SUSPENDED |
| 3/22/1999 11:55:00AI | D165382 | 0560 | SIMPLE ASSAULT | 122 | | | 1-SUSPENDED |
| 4/23/1999 10:00:00AI | D235248 | 0560 | SIMPLE ASSAULT | 290 | 387 | | 3-CLEARED CLOSED |
| 4/28/1999 5:30:00PI | D247891 | 0560 | SIMPLE ASSAULT | 289 | | | 3-CLEARED CLOSED |
| 5/8/1999 12:20:00PM | D270838 | 0560 | SIMPLE ASSAULT | 290 | 387 | | 5-EX CLEARED CLOSED |
| 5/15/1999 9:00:00AI | D286516 | 0560 | SIMPLE ASSAULT | 289 | | | 1-SUSPENDED |

CPD 00043

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 5/19/1999 10:40:00AI | D296081 | 0560 | SIMPLE ASSAULT | 122 | | 3-CLEARED CLOSED |
| 6/8/1999 3:00:00AM | D342536 | 0560 | SIMPLE ASSAULT | 122 | | 1-SUSPENDED |
| 6/16/1999 10:45:00PI | D363683 | 0560 | SIMPLE ASSAULT | 303 | | 1-SUSPENDED |
| 6/21/1999 7:00:00PN | D374184 | 0560 | SIMPLE ASSAULT | 304 | | 1-SUSPENDED |
| 7/3/1999 4:00:00PM | D402493 | 0560 | SIMPLE ASSAULT | 304 | | 1-SUSPENDED |
| 7/6/1999 3:30:00PM | D409050 | 0560 | SIMPLE ASSAULT | 330 | | 1-SUSPENDED |
| 7/14/1999 10:00:00AI | D428123 | 0560 | SIMPLE ASSAULT | 290 | 387 | 1-SUSPENDED |
| 7/17/1999 12:24:00AI | D434973 | 0560 | SIMPLE ASSAULT | 292 | | 3-CLEARED CLOSED |
| 7/29/1999 4:20:00PN | D465564 | 0560 | SIMPLE ASSAULT | 330 | | 3-CLEARED CLOSED |
| 8/2/1999 10:00:00AM | D474319 | 0560 | SIMPLE ASSAULT | 330 | | 1-SUSPENDED |
| 9/27/1999 1:40:00PN | D604214 | 0560 | SIMPLE ASSAULT | 330 | | 3-CLEARED CLOSED |
| 10/2/1999 10:15:00AI | D615580 | 0560 | SIMPLE ASSAULT | 330 | | 1-SUSPENDED |
| 10/11/1999 12:55:00/ | D634749 | 0560 | SIMPLE ASSAULT | 304 | | 1-SUSPENDED |
| 11/6/1999 3:16:00AN | D693318 | 0560 | SIMPLE ASSAULT | 122 | | 1-SUSPENDED |
| 11/27/1999 11:45:00/ | D737491 | 0560 | SIMPLE ASSAULT | 330 | | 1-SUSPENDED |
| 12/15/1999 7:00:00A | D776369 | 0560 | SIMPLE ASSAULT | 090 | | 1-SUSPENDED |
| 12/15/1999 1:15:00P | D775373 | 0560 | SIMPLE ASSAULT | 290 | | 3-CLEARED CLOSED |
| 1/2/2000 4:30:00PM | F003507 | 0560 | SIMPLE ASSAULT | 090 | | 1-SUSPENDED |
| 1/25/2000 12:30:00PI | F049698 | 0560 | SIMPLE ASSAULT | 289 | | 3-CLEARED CLOSED |
| 3/10/2000 9:15:00AN | F143386 | 0560 | SIMPLE ASSAULT | 122 | | 5-EX CLEARED CLOSED |
| 3/26/2000 5:26:10AN | F177803 | 0560 | SIMPLE ASSAULT | 290 | 387 | 1-SUSPENDED |
| 5/14/2000 4:16:04PN | F285936 | 0560 | SIMPLE ASSAULT | 090 | | 1-SUSPENDED |
| 5/18/2000 8:30:00AN | F294323 | 0560 | SIMPLE ASSAULT | 290 | 387 | 1-SUSPENDED |
| 6/21/2000 10:00:00AI | F372496 | 0560 | SIMPLE ASSAULT | 304 | 387 | 1-SUSPENDED |
| 8/15/2000 5:00:00PN | F502539 | 0560 | SIMPLE ASSAULT | 290 | | 1-SUSPENDED |
| 9/10/2000 8:00:00AN | F561956 | 0560 | SIMPLE ASSAULT | 121 | | 1-SUSPENDED |
| 9/27/2000 4:30:00AN | F602355 | 0560 | SIMPLE ASSAULT | 090 | | 1-SUSPENDED |
| 10/19/2000 1:30:00P | F650224 | 0560 | SIMPLE ASSAULT | 290 | | 1-SUSPENDED |
| 12/9/2000 12:25:00AI | F759562 | 0560 | SIMPLE ASSAULT | 090 | | 3-CLEARED CLOSED |
| 12/25/2000 6:40:00P | F792595 | 0560 | SIMPLE ASSAULT | 292 | | 3-CLEARED CLOSED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 12/29/2000 12:30:00F | F800139 | 0560 | SIMPLE ASSAULT | 290 | | | 1-SUSPENDED |
| 3/1/2001 2:00:00AM | G118739 | 0560 | SIMPLE ASSAULT | 122 | | | 3-CLEARED CLOSED |
| 3/4/2001 6:30:00PM | G126195 | 0560 | SIMPLE ASSAULT | 122 | | | 3-CLEARED CLOSED |
| 3/5/2001 7:00:00PM | G128561 | 0560 | SIMPLE ASSAULT | 284 | | | 3-CLEARED CLOSED |
| 3/17/2001 12:09:00A] | G151963 | 0560 | SIMPLE ASSAULT | 121 | | | 3-CLEARED CLOSED |
| 3/23/2001 1:00:00AN | G177812 | 0560 | SIMPLE ASSAULT | 290 | | | 1-SUSPENDED |
| 3/29/2001 4:45:00PN | G178763 | 0560 | SIMPLE ASSAULT | 121 | | | 3-CLEARED CLOSED |
| 4/14/2001 5:00:00PN | G213072 | 0560 | SIMPLE ASSAULT | 122 | | | 1-SUSPENDED |
| 4/16/2001 1:15:00AN | G215609 | 0560 | SIMPLE ASSAULT | 090 | | | 3-CLEARED CLOSED |
| 4/16/2001 4:28:43PN | G216816 | 0560 | SIMPLE ASSAULT | 289 | | | 3-CLEARED CLOSED |
| 4/21/2001 3:40:00PN | G227604 | 0560 | SIMPLE ASSAULT | 121 | | | 1-SUSPENDED |
| 7/8/2001 10:10:00AM | G398082 | 0560 | SIMPLE ASSAULT | 121 | 387 | | 1-SUSPENDED |
| 7/30/2001 10:50:00A] | G448258 | 0560 | SIMPLE ASSAULT | 123 | | | 3-CLEARED CLOSED |
| 8/27/2001 10:05:00PI | G513185 | 0560 | SIMPLE ASSAULT | 303 | | | 1-SUSPENDED |
| 9/4/2001 9:40:00PM | G530592 | 0560 | SIMPLE ASSAULT | 090 | | | 1-SUSPENDED |
| 9/18/2001 11:50:00A] | G559763 | 0560 | SIMPLE ASSAULT | 303 | | | 1-SUSPENDED |
| 11/6/2001 5:00:00PN | G669810 | 0560 | SIMPLE ASSAULT | 090 | | | 1-SUSPENDED |
| 12/6/2001 10:30:00A] | G730787 | 0560 | SIMPLE ASSAULT | 304 | 411 | DNA | 3-CLEARED CLOSED |
| 12/23/2001 12:01:00/ | G765157 | 0560 | SIMPLE ASSAULT | 090 | 387 | DNA | 1-SUSPENDED |
| **TOTAL FOR:** | 0560 | ASSAULT | SIMPLE ASSAULT | | | | 60 |
| 7/2/1999 8:15:00AM | D399295 | 0530 | AGG ASSLT:OTHER DANG WEAPON | 304 | | | 1-SUSPENDED |
| 12/18/2000 3:42:32A | F776996 | 0530 | AGG ASSLT:OTHER DANG WEAPON | 090 | | | 3-CLEARED CLOSED |
| 3/24/2001 1:42:00PN | G168159 | 0530 | AGG ASSLT:OTHER DANG WEAPON | 290 | | | 1-SUSPENDED |
| 7/15/2001 11:30:00A] | G414041 | 0530 | AGG ASSLT:OTHER DANG WEAPON | 121 | 387 | | 3-CLEARED CLOSED |
| **TOTAL FOR:** | 0530 | ASSAULT | AGG ASSLT:OTHER DANG WEAPON | | | | 4 |
| 1/24/1999 7:55:00PN | D048026 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 289 | | | 3-CLEARED CLOSED |
| 5/8/1999 1:45:00PM | D271029 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 090 | 387 | | 3-CLEARED CLOSED |
| 9/26/1999 5:30:00PN | D602336 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 121 | | | 1-SUSPENDED |
| 2/6/2000 10:30:00AM | F074164 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 290 | 387 | | 1-SUSPENDED |
| 7/13/2000 2:00:00AN | F422557 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 090 | | | 1-SUSPENDED |
| 8/31/2000 4:50:00PN | F538096 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 090 | 387 | | 3-CLEARED CLOSED |

CPD 00045

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 9/19/2000 2:50:00PM | F581554 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 290 | | 5-EX CLEARED CLOSED |
| 10/12/2000 1:57:00A | F633492 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 122 | | 1-SUSPENDED |
| 1/28/2001 8:30:00PM | G059141 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 289 | | 1-SUSPENDED |
| 2/10/2001 8:00:00PM | G085092 | 0520 | AGG ASSLT:KNIFE OR CUTTING INS | 090 | | 1-SUSPENDED |
| TOTAL FOR: | 0520 | | ASSAULT AGG ASSLT:KNIFE OR CUTTING INS | | | 10 |
| 6/22/2000 3:56:47AM | F374419 | 051A | AGG:ASSLT:HANDGUN | 303 | | 3-CLEARED CLOSED |
| 11/3/2000 3:00:00PM | F685758 | 051A | AGG:ASSLT:HANDGUN | 304 | | 1-SUSPENDED |
| 6/8/2001 5:30:00AM | G331028 | 051A | AGG:ASSLT:HANDGUN | 090 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 051A | | ASSAULT AGG:ASSLT:HANDGUN | | | 3 |
| 1/1/1999 6:00:00AM | D000680 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 1/4/1999 4:10:00PM | D005669 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 1/9/1999 8:30:00PM | D015630 | 0460 | SIMPLE BATTERY | 304 | 387 | 1-SUSPENDED |
| 1/11/1999 3:20:00AM | D017744 | 0460 | SIMPLE BATTERY | 330 | 387 | 1-SUSPENDED |
| 1/11/1999 9:53:00AM | D018099 | 0460 | SIMPLE BATTERY | 330 | | 5-EX CLEARED CLOSED |
| 1/13/1999 3:18:00AM | D022159 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 1/15/1999 6:50:00PM | D028000 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 1/17/1999 3:30:00PM | D032129 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 1/19/1999 10:25:00AM | D035501 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 1/26/1999 8:00:00AM | D050990 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 2/2/1999 4:15:00AM | D065725 | 0460 | SIMPLE BATTERY | 304 | 387 | 3-CLEARED CLOSED |
| 2/5/1999 9:00:00AM | D072551 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 2/5/1999 3:25:00PM | D073097 | 0460 | SIMPLE BATTERY | 290 | | 5-EX CLEARED CLOSED |
| 2/6/1999 2:55:00PM | D075248 | 0460 | SIMPLE BATTERY | 304 | | 1-SUSPENDED |
| 2/6/1999 11:30:00PM | D076169 | 0460 | SIMPLE BATTERY | 290 | | 6-EX CLEARED OPEN |
| 2/12/1999 6:30:00PM | D088291 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 2/12/1999 6:50:00PM | D088364 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 2/13/1999 3:05:00PM | D089917 | 0460 | SIMPLE BATTERY | 289 | 387 | 5-EX CLEARED CLOSED |
| 2/17/1999 10:15:00AM | D097420 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 3/12/1999 12:50:00AM | D143282 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 3/12/1999 2:30:00PM | D144297 | 0460 | SIMPLE BATTERY | 122 | | 1-SUSPENDED |
| 3/18/1999 12:40:00PM | D156901 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |

CPD 00046

| DATEOCC | | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 3/18/1999 | 6:20:00PM | D157676 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 3/20/1999 | 8:20:00PM | D162523 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 3/20/1999 | 9:20:00PM | D162414 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 3/24/1999 | 3:00:00AM | D169199 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 3/24/1999 | 2:00:00PM | D170226 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 3/30/1999 | 10:50:00A | D182426 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 3/31/1999 | 2:00:00AM | D184142 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 4/2/1999 | 12:04:00PM | D189160 | 0460 | SIMPLE BATTERY | 304 | | 1-SUSPENDED |
| 4/10/1999 | 4:00:00PM | D206915 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 4/17/1999 | 4:18:00PM | D222339 | 0460 | SIMPLE BATTERY | 121 | 387 | 5-EX CLEARED CLOSED |
| 4/24/1999 | 8:30:00PM | D241032 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 4/28/1999 | 2:18:00AM | D246455 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 4/29/1999 | 6:20:00PM | D250489 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 5/5/1999 | 1:20:00AM | D262514 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 5/7/1999 | 7:00:00PM | D269357 | 0460 | SIMPLE BATTERY | 090 | 387 | 5-EX CLEARED CLOSED |
| 5/14/1999 | 4:16:00PM | D284885 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 5/17/1999 | 4:50:00PM | D292013 | 0460 | SIMPLE BATTERY | 122 | 387 | 1-SUSPENDED |
| 5/18/1999 | 12:00:00P | D293678 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 5/22/1999 | 3:20:00PM | D303881 | 0460 | SIMPLE BATTERY | 304 | 387 | 3-CLEARED CLOSED |
| 5/23/1999 | 1:00:00AM | D307646 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 5/26/1999 | 3:48:00PM | D312915 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 5/28/1999 | 9:30:00PM | D318639 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 5/29/1999 | 12:00:00A | D321151 | 0460 | SIMPLE BATTERY | 289 | | 3-CLEARED CLOSED |
| 5/29/1999 | 7:05:00AM | D319326 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 5/30/1999 | 6:00:00PM | D322668 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 6/2/1999 | 5:30:00AM | D328196 | 0460 | SIMPLE BATTERY | 121 | 387 | 3-CLEARED CLOSED |
| 6/2/1999 | 6:25:00PM | D329823 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 6/10/1999 | 4:45:00AM | D349226 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 6/25/1999 | 7:45:00AM | D382388 | 0460 | SIMPLE BATTERY | 092 | 387 | 3-CLEARED CLOSED |
| 6/29/1999 | 7:15:00AM | D391787 | 0460 | SIMPLE BATTERY | 303 | 387 | 3-CLEARED CLOSED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 7/11/1999 9:50:00PM | D422272 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 7/30/1999 12:15:00AI | D466441 | 0460 | SIMPLE BATTERY | 122 | | 3-CLEARED CLOSED |
| 8/8/1999 11:10:00AM | D488513 | 0460 | SIMPLE BATTERY | 259 | 387 | 3-CLEARED CLOSED |
| 8/20/1999 9:30:00PM | D517891 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 8/23/1999 12:15:00AI | D522325 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 8/25/1999 2:00:00PM | D529124 | 0460 | SIMPLE BATTERY | 289 | 387 | 1-SUSPENDED |
| 9/8/1999 7:56:00PM | D562524 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 10/7/1999 7:25:00AM | D626247 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 10/12/1999 10:10:00/ | D637685 | 0460 | SIMPLE BATTERY | 090 | 387 | 5-EX CLEARED CLOSED |
| 10/12/1999 8:40:00P | D639176 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 10/13/1999 3:30:00P | D640272 | 0460 | SIMPLE BATTERY | 122 | | 5-EX CLEARED CLOSED |
| 11/7/1999 2:30:00PM | D696219 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 11/9/1999 10:00:00AI | D700312 | 0460 | SIMPLE BATTERY | 090 | | 3-CLEARED CLOSED |
| 11/9/1999 1:20:00PM | D700411 | 0460 | SIMPLE BATTERY | | 387 | 5-EX CLEARED CLOSED |
| 11/10/1999 9:30:00A | D702032 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 11/25/1999 5:30:00P | D734446 | 0460 | SIMPLE BATTERY | 289 | | 3-CLEARED CLOSED |
| 11/25/1999 5:30:00P | D734427 | 0460 | SIMPLE BATTERY | 289 | | 3-CLEARED CLOSED |
| 11/25/1999 10:00:00I | D734731 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 12/4/1999 1:00:00AM | D751264 | 0460 | SIMPLE BATTERY | 121 | | 1-SUSPENDED |
| 12/9/1999 3:25:00AM | D761758 | 0460 | SIMPLE BATTERY | 121 | | 1-SUSPENDED |
| 12/10/1999 9:00:00P | D767739 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 12/11/1999 10:30:00I | D767871 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 12/12/1999 3:25:00P | D769043 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 12/12/1999 5:15:00P | D769342 | 0460 | SIMPLE BATTERY | 090 | | 5-EX CLEARED CLOSED |
| 12/16/1999 7:50:00P | D778603 | 0460 | SIMPLE BATTERY | 304 | | 1-SUSPENDED |
| 12/18/1999 11:00:00/ | D781867 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 12/22/1999 5:00:00P | D790341 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 12/23/1999 5:55:00P | D792316 | 0460 | SIMPLE BATTERY | 289 | | 3-CLEARED CLOSED |
| 12/24/1999 11:00:00I | D803030 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 12/26/1999 1:30:00A | D796166 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 12/26/1999 3:05:00P | D796864 | 0460 | SIMPLE BATTERY | 289 | | | 1-SUSPENDED |
| 12/27/1999 8:30:00P | D800013 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 12/31/1999 12:05:00/ | D805824 | 0460 | SIMPLE BATTERY | 090 | 387 | | 3-CLEARED CLOSED |
| 12/31/1999 5:40:00A | D806129 | 0460 | SIMPLE BATTERY | 121 | 387 | | 1-SUSPENDED |
| 1/14/2000 6:20:00PM | F028884 | 0460 | SIMPLE BATTERY | 289 | 387 | | 1-SUSPENDED |
| 1/23/2000 3:55:00PM | F046142 | 0460 | SIMPLE BATTERY | 290 | 387 | | 3-CLEARED CLOSED |
| 1/28/2000 8:15:00AM | F056102 | 0460 | SIMPLE BATTERY | 304 | 387 | | 1-SUSPENDED |
| 1/31/2000 6:10:00PM | F062860 | 0460 | SIMPLE BATTERY | 122 | | | 3-CLEARED CLOSED |
| 2/1/2000 11:10:00PM | F065055 | 0460 | SIMPLE BATTERY | 330 | | | 3-CLEARED CLOSED |
| 2/9/2000 11:20:00AM | F080267 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 2/12/2000 9:35:00PM | F087502 | 0460 | SIMPLE BATTERY | 330 | 387 | | 1-SUSPENDED |
| 2/13/2000 1:45:00PM | F088529 | 0460 | SIMPLE BATTERY | 090 | | | 3-CLEARED CLOSED |
| 2/19/2000 2:00:00PM | F100853 | 0460 | SIMPLE BATTERY | 121 | 387 | | 1-SUSPENDED |
| 2/23/2000 1:00:00AM | F107990 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 3/3/2000 12:25:00AM | F127154 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 3/6/2000 11:38:56PM | F135854 | 0460 | SIMPLE BATTERY | 289 | | | 3-CLEARED CLOSED |
| 3/13/2000 11:55:00PM | F151113 | 0460 | SIMPLE BATTERY | 121 | 387 | | 1-SUSPENDED |
| 3/22/2000 10:50:00AM | F170763 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 3/24/2000 7:25:00PM | F174826 | 0460 | SIMPLE BATTERY | 090 | | | 1-SUSPENDED |
| 3/28/2000 11:10:00PM | F183968 | 0460 | SIMPLE BATTERY | 122 | | | 1-SUSPENDED |
| 3/30/2000 12:30:00AM | F186264 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 4/2/2000 9:45:00PM | F194348 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 4/6/2000 9:50:00AM | F201547 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 4/26/2000 11:30:00PM | F246312 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 5/10/2000 4:50:00AM | F275815 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 5/10/2000 9:50:00AM | F276151 | 0460 | SIMPLE BATTERY | 290 | | | 1-SUSPENDED |
| 5/19/2000 9:00:00AM | F297716 | 0460 | SIMPLE BATTERY | 122 | | | 1-SUSPENDED |
| 5/21/2000 3:15:00AM | F300675 | 0460 | SIMPLE BATTERY | 090 | | | 3-CLEARED CLOSED |
| 5/30/2000 11:00:00AM | F321207 | 0460 | SIMPLE BATTERY | 290 | | | 3-CLEARED CLOSED |
| 5/30/2000 8:10:00PM | F322698 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 6/2/2000 12:45:00AN | F327694 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 6/2/2000 2:45:00AM | F328158 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 6/9/2000 1:01:00PM | F345115 | 0460 | SIMPLE BATTERY | 290 | | | 1-SUSPENDED |
| 6/13/2000 1:30:00AI | F353395 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 6/16/2000 10:20:00PI | F362583 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 6/25/2000 4:00:00AI | F381528 | 0460 | SIMPLE BATTERY | 090 | | | 1-SUSPENDED |
| 6/25/2000 1:00:00PN | F382531 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 6/26/2000 2:00:00PN | F384714 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 6/26/2000 2:00:00PN | F384852 | 0460 | SIMPLE BATTERY | 290 | 387 | | 3-CLEARED CLOSED |
| 6/26/2000 3:14:59PN | F384638 | 0460 | SIMPLE BATTERY | 289 | | | 1-SUSPENDED |
| 7/2/2000 5:25:00AM | F397707 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 7/3/2000 5:00:00AM | F399452 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 7/10/2000 8:45:00PN | F417425 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 7/12/2000 5:30:00AI | F422574 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 7/12/2000 11:30:00PI | F422390 | 0460 | SIMPLE BATTERY | 290 | | | 1-SUSPENDED |
| 7/13/2000 10:30:00PI | F424493 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 7/28/2000 8:10:00PN | F458672 | 0460 | SIMPLE BATTERY | 304 | | | 1-SUSPENDED |
| 8/3/2000 7:00:00AM | F471458 | 0460 | SIMPLE BATTERY | 121 | 387 | | 3-CLEARED CLOSED |
| 8/6/2000 4:00:00PM | F479320 | 0460 | SIMPLE BATTERY | 090 | 387 | | 5-EX CLEARED CLOSED |
| 8/6/2000 4:00:00PM | F479468 | 0460 | SIMPLE BATTERY | 289 | | | 5-EX CLEARED CLOSED |
| 8/8/2000 8:15:00AM | F482990 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 8/22/2000 2:03:12AI | F515152 | 0460 | SIMPLE BATTERY | 121 | 387 | | 3-CLEARED CLOSED |
| 8/23/2000 7:30:00AI | F517849 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 9/2/2000 3:15:00AM | F541619 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 9/5/2000 2:40:00PM | F549390 | 0460 | SIMPLE BATTERY | 304 | | | 1-SUSPENDED |
| 9/8/2000 10:56:09AN | F555613 | 0460 | SIMPLE BATTERY | 090 | | | 3-CLEARED CLOSED |
| 9/9/2000 10:02:00AN | F557598 | 0460 | SIMPLE BATTERY | 303 | | | 1-SUSPENDED |
| 9/9/2000 7:36:23PM | F558828 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 9/11/2000 3:00:00PN | F562977 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 9/17/2000 3:30:00PN | F576967 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |

CPD 00050

| DATEOCC | | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 9/18/2000 | 4:30:00PM | F579582 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 9/18/2000 | 7:30:00PM | F579894 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 9/19/2000 | 3:01:24AM | F580501 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 9/28/2000 | 10:35:00PI | F603472 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 9/30/2000 | 3:02:00AM | F606210 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 10/15/2000 | 1:50:00A | F640334 | 0460 | SIMPLE BATTERY | 303 | 387 | 5-EX CLEARED CLOSED |
| 10/16/2000 | 9:45:00A | F642691 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 10/16/2000 | 10:00:00A | F647529 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 10/17/2000 | 3:50:00P | F645978 | 0460 | SIMPLE BATTERY | 304 | | 1-SUSPENDED |
| 10/20/2000 | 1:45:00A | F651660 | 0460 | SIMPLE BATTERY | 304 | | 1-SUSPENDED |
| 10/24/2000 | 9:30:00A | F661184 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 10/29/2000 | 4:32:34P | F673564 | 0460 | SIMPLE BATTERY | 121 | | 1-SUSPENDED |
| 11/1/2000 | 6:31:33AM | F679355 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 11/5/2000 | 11:30:00PI | F690079 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 11/6/2000 | 3:20:00PM | F691433 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 11/7/2000 | 12:20:00PI | F693380 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 11/18/2000 | 11:35:14F | F718236 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 11/21/2000 | 4:30:00P | F723602 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 12/6/2000 | 4:20:00PM | F754197 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 12/9/2000 | 9:10:00PM | F770686 | 0460 | SIMPLE BATTERY | 121 | | 1-SUSPENDED |
| 12/10/2000 | 6:00:00P | F763482 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 12/17/2000 | 1:00:00A | F775193 | 0460 | SIMPLE BATTERY | 122 | | 3-CLEARED CLOSED |
| 12/25/2000 | 10:50:00A | F792081 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 12/28/2000 | 2:30:00P | F798237 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 12/28/2000 | 9:25:00P | F798983 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 12/30/2000 | 9:30:00P | F803018 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 12/31/2000 | 2:55:00P | F803859 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 1/4/2001 | 4:30:00PM | G007832 | 0460 | SIMPLE BATTERY | 290 | 387 | 1-SUSPENDED |
| 1/10/2001 | 9:10:00PM | G021314 | 0460 | SIMPLE BATTERY | 122 | | 1-SUSPENDED |
| 1/12/2001 | 4:00:00PM | G025204 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |

CPD 00051

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 1/16/2001 12:15:00PI | G033112 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 1/16/2001 6:45:00PN | G034035 | 0460 | SIMPLE BATTERY | 090 | | | 5-EX CLEARED CLOSED |
| 1/16/2001 11:45:00PI | G034545 | 0460 | SIMPLE BATTERY | 121 | | | 1-SUSPENDED |
| 1/18/2001 6:50:00PN | G038140 | 0460 | SIMPLE BATTERY | 304 | | | 1-SUSPENDED |
| 1/19/2001 10:30:00AJ | G041343 | 0460 | SIMPLE BATTERY | 122 | | | 5-EX CLEARED CLOSED |
| 1/21/2001 6:30:00PN | G044925 | 0460 | SIMPLE BATTERY | 290 | 387 | DOM | 1-SUSPENDED |
| 1/21/2001 7:50:00PN | G044054 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 1/28/2001 5:48:00PN | G058290 | 0460 | SIMPLE BATTERY | 090 | 387 | | 5-EX CLEARED CLOSED |
| 1/30/2001 3:00:00PN | G062354 | 0460 | SIMPLE BATTERY | 122 | | | 3-CLEARED CLOSED |
| 2/7/2001 3:30:00PM | G078486 | 0460 | SIMPLE BATTERY | 289 | | | 1-SUSPENDED |
| 2/8/2001 3:00:00PM | G080874 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 2/27/2001 7:50:00AN | G115025 | 0460 | SIMPLE BATTERY | 090 | 387 | | 3-CLEARED CLOSED |
| 3/1/2001 9:00:00PM | G121070 | 0460 | SIMPLE BATTERY | 290 | | | 1-SUSPENDED |
| 3/11/2001 2:30:00PN | G140243 | 0460 | SIMPLE BATTERY | 290 | 387 | | 5-EX CLEARED CLOSED |
| 3/12/2001 8:50:00PN | G143149 | 0460 | SIMPLE BATTERY | 121 | | | 3-CLEARED CLOSED |
| 3/22/2001 3:00:00PN | G164333 | 0460 | SIMPLE BATTERY | 090 | 387 | | 3-CLEARED CLOSED |
| 3/24/2001 4:46:00PN | G168439 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 3/30/2001 6:52:33AN | G179751 | 0460 | SIMPLE BATTERY | 090 | 387 | | 3-CLEARED CLOSED |
| 3/30/2001 6:09:35PN | G181028 | 0460 | SIMPLE BATTERY | 290 | 387 | | 3-CLEARED CLOSED |
| 3/31/2001 1:30:00AN | G181797 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 4/8/2001 12:30:00PM | G199520 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 4/8/2001 7:45:00PM | G200308 | 0460 | SIMPLE BATTERY | 330 | | | 3-CLEARED CLOSED |
| 4/9/2001 10:00:00PM | G208205 | 0460 | SIMPLE BATTERY | 290 | | | 5-EX CLEARED CLOSED |
| 4/16/2001 5:45:00PN | G217001 | 0460 | SIMPLE BATTERY | 121 | | | 3-CLEARED CLOSED |
| 4/19/2001 1:45:00AN | G221798 | 0460 | SIMPLE BATTERY | 090 | 387 | | 3-CLEARED CLOSED |
| 4/20/2001 8:50:00PN | G225712 | 0460 | SIMPLE BATTERY | 303 | | | 3-CLEARED CLOSED |
| 5/1/2001 11:55:00PM | G248043 | 0460 | SIMPLE BATTERY | 090 | | | 1-SUSPENDED |
| 5/4/2001 7:38:18PM | G256736 | 0460 | SIMPLE BATTERY | 090 | | | 3-CLEARED CLOSED |
| 5/7/2001 5:35:00AM | G261401 | 0460 | SIMPLE BATTERY | 090 | 387 | | 1-SUSPENDED |
| 5/10/2001 9:50:00AN | G268879 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD_CDCAU | STATUS |
|---|---|---|---|---|---|---|
| 5/13/2001 2:00:00PM | G275631 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 5/19/2001 4:00:00AM | G288196 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 5/20/2001 1:24:57PM | G290822 | 0460 | SIMPLE BATTERY | 090 | | 3-CLEARED CLOSED |
| 5/25/2001 11:25:00AI | G301714 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |
| 5/25/2001 6:50:00PM | G302653 | 0460 | SIMPLE BATTERY | 289 | 387 | 1-SUSPENDED |
| 5/27/2001 2:00:00PM | G306076 | 0460 | SIMPLE BATTERY | 304 | | 5-EX CLEARED CLOSED |
| 5/29/2001 12:22:30AI | G308913 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 6/1/2001 12:05:50PM | G316531 | 0460 | SIMPLE BATTERY | 290 | 387 | 5-EX CLEARED CLOSED |
| 6/15/2001 8:45:00AM | G347101 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 6/22/2001 8:48:00AM | G363067 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 7/4/2001 6:00:00PM | G390352 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 7/27/2001 12:40:00AI | G441165 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 7/28/2001 5:50:00PM | G444901 | 0460 | SIMPLE BATTERY | 090 | | 3-CLEARED CLOSED |
| 7/30/2001 6:00:00AM | G447916 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 8/2/2001 8:30:00AM | G454965 | 0460 | SIMPLE BATTERY | 121 | | 1-SUSPENDED |
| 8/11/2001 9:30:00PM | G477338 | 0460 | SIMPLE BATTERY | 090 | 387 | 3-CLEARED CLOSED |
| 8/12/2001 9:30:00AM | G478165 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 8/14/2001 12:45:00AI | G482152 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 8/14/2001 6:00:00PM | G483596 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 8/21/2001 9:45:00AM | G498222 | 0460 | SIMPLE BATTERY | 290 | 387 | 3-CLEARED CLOSED |
| 8/27/2001 9:50:00PM | G513203 | 0460 | SIMPLE BATTERY | 289 | 387 | 1-SUSPENDED |
| 8/29/2001 12:40:00AI | G515674 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 9/16/2001 12:30:00AI | G554867 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 9/25/2001 2:15:00AM | G574420 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 9/25/2001 3:35:00PM | G575689 | 0460 | SIMPLE BATTERY | 121 | 387 | 1-SUSPENDED |
| 10/3/2001 9:30:00PM | G594252 | 0460 | SIMPLE BATTERY | 090 | | 1-SUSPENDED |
| 10/9/2001 12:53:17PI | G606162 | 0460 | SIMPLE BATTERY | 304 | 387 | 1-SUSPENDED |
| 10/10/2001 5:30:00P | G609223 | 0460 | SIMPLE BATTERY | 290 | | 1-SUSPENDED |
| 10/14/2001 11:10:00I | G618572 | 0460 | SIMPLE BATTERY | 090 | 387 | 1-SUSPENDED |
| 10/28/2001 9:45:00A | G648284 | 0460 | SIMPLE BATTERY | 289 | | 1-SUSPENDED |

| DATEOCC | RD | CURR IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 10/28/2001 9:45:00A | G648225 | 0460 | SIMPLE BATTERY | 290 | | | 1-SUSPENDED |
| 11/2/2001 9:45:00AN | G659695 | 0460 | SIMPLE BATTERY | 289 | | | 3-CLEARED CLOSED |
| 11/9/2001 10:15:00PI | G676452 | 0460 | SIMPLE BATTERY | 090 | | | 1-SUSPENDED |
| 11/18/2001 4:27:00P | G694346 | 0460 | SIMPLE BATTERY | 289 | | | 3-CLEARED CLOSED |
| 11/25/2001 4:30:00P | G708370 | 0460 | SIMPLE BATTERY | 122 | | | 1-SUSPENDED |
| 11/27/2001 8:00:00A | G711846 | 0460 | SIMPLE BATTERY | 303 | | | 1-SUSPENDED |
| 12/2/2001 3:30:00PN | G723110 | 0460 | SIMPLE BATTERY | 290 | 387 | | 1-SUSPENDED |
| 12/7/2001 9:16:17PN | G734298 | 0460 | SIMPLE BATTERY | 304 | 411 | DNA | 3-CLEARED CLOSED |
| 12/19/2001 3:00:00P | G758200 | 0460 | SIMPLE BATTERY | 090 | 387 | DOM | 5-EX CLEARED CLOSED |
| 12/19/2001 7:30:00P | G758767 | 0460 | SIMPLE BATTERY | 090 | 387 | DOM | 1-SUSPENDED |
| TOTAL FOR: | 0460 | | BATTERY SIMPLE BATTERY | | | | 242 |
| 9/11/2000 5:30:00PN | F563394 | 0440 | AGG:BATTERY HANDS,FEET,FIST | 290 | 387 | | 1-SUSPENDED |
| TOTAL FOR: | 0440 | | BATTERY AGG:BATTERY HANDS,FEET,FIST | | | | 1 |
| 1/26/1999 8:00:00AN | D051021 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | 387 | | 1-SUSPENDED |
| 1/31/1999 1:45:00AN | D061647 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 090 | | | 3-CLEARED CLOSED |
| 3/15/1999 12:00:00PI | D150415 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | | | 1-SUSPENDED |
| 3/23/1999 6:30:00PN | D168642 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | | | 5-EX CLEARED CLOSED |
| 4/10/1999 7:15:00PN | D207292 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 304 | | | 1-SUSPENDED |
| 5/1/1999 1:00:00PM | D254304 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | 387 | | 3-CLEARED CLOSED |
| 6/5/1999 11:30:00AN | D336180 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 303 | | | 1-SUSPENDED |
| 6/20/1999 3:30:00AN | D370518 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | 387 | | 5-EX CLEARED CLOSED |
| 8/14/1999 1:32:00AN | D501853 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 090 | | | 1-SUSPENDED |
| 9/20/1999 7:00:00PN | D589060 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 289 | | | 1-SUSPENDED |
| 9/21/1999 2:45:00PN | D590668 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | | | 3-CLEARED CLOSED |
| 10/4/1999 10:30:00PI | D621209 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | 387 | | 5-EX CLEARED CLOSED |
| 6/30/2000 9:15:00PN | F394679 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 303 | | | 3-CLEARED CLOSED |
| 8/6/2000 2:30:00PM | F478983 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 290 | | | 1-SUSPENDED |
| 1/15/2001 4:00:00AN | G030462 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 330 | | | 1-SUSPENDED |
| 2/1/2001 8:15:00PM | G066949 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 090 | 387 | | 1-SUSPENDED |
| 7/12/2001 6:00:00AN | G406743 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 090 | 387 | | 1-SUSPENDED |
| 9/12/2001 2:00:00AN | G546573 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 303 | 387 | | 2-UNFOUNDED |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 10/27/2001 12:10:00/ | G645589 | 0430 | AGG:BATTERY OTHER DANG WEAPON | 090 | | | 5-EX CLEARED CLOSED |
| TOTAL FOR: | 0430 | | BATTERY AGG:BATTERY OTHER DANG WEAPON | | | | 19 |
| 9/12/1999 8:32:00AI | D570239 | 0420 | AGG:BATTERY:KNIFE/CUT INSTR | 290 | 387 | | 5-EX CLEARED CLOSED |
| 3/11/2001 4:00:00PN | G140455 | 0420 | AGG:BATTERY:KNIFE/CUT INSTR | 289 | | | 1-SUSPENDED |
| 8/22/2001 12:20:00PI | G500694 | 0420 | AGG:BATTERY:KNIFE/CUT INSTR | 090 | 387 | | 3-CLEARED CLOSED |
| TOTAL FOR: | 0420 | | BATTERY AGG:BATTERY:KNIFE/CUT INSTR | | | | 3 |
| 1/28/1999 1:50:00PN | D056117 | 041A | AGG:BATTERY: HANDGUN | 290 | 387 | | 5-EX CLEARED CLOSED |
| 11/28/1999 7:15:00P | D740088 | 041A | AGG:BATTERY: HANDGUN | 122 | | | 1-SUSPENDED |
| 4/26/2000 4:10:45AI | F244280 | 041A | AGG:BATTERY: HANDGUN | 123 | 400 | | 1-SUSPENDED |
| 10/6/2000 2:05:00AI | F620348 | 041A | AGG:BATTERY: HANDGUN | 122 | 400 | | 1-SUSPENDED |
| 7/23/2001 12:00:00PI | G432439 | 041A | AGG:BATTERY: HANDGUN | 303 | | | 3-CLEARED CLOSED |
| TOTAL FOR: | 041A | | BATTERY AGG:BATTERY: HANDGUN | | | | 5 |
| 3/2/1999 2:45:00AM | D123070 | 033A | ATTEMPT ROBBERY: ARMED-HANDGUN | 290 | 400 | | 1-SUSPENDED |
| TOTAL FOR: | 033A | | ATTEMPT ROBBERY ATTEMPT ROBBERY: ARMED-HANDGUN | | | | 1 |
| 10/22/2000 7:30:00P | F659140 | 0325 | VEHICULAR HIJACKING | 121 | | | 2-UNFOUNDED |
| TOTAL FOR: | 0325 | | ROBBERY VEHICULAR HIJACKING | | | | 1 |
| 5/6/1999 1:25:00AM | D265023 | 0320 | STRONGARM - NO WEAPON | 090 | 387 | | 1-SUSPENDED |
| 7/17/1999 7:30:00AI | D436054 | 0320 | STRONGARM ROBBERY:NO WEAPON | 290 | 387 | | 5-EX CLEARED CLOSED |
| 11/20/2000 11:56:13/ | F720923 | 0320 | STRONGARM ROBBERY:NO WEAPON | 122 | | | 1-SUSPENDED |
| 1/4/2001 10:38:07PM | G008572 | 0320 | STRONGARM ROBBERY:NO WEAPON | 289 | | ROB | 1-SUSPENDED |
| 2/20/2001 11:45:00AI | G103239 | 0320 | STRONGARM ROBBERY:NO WEAPON | 304 | | | 1-SUSPENDED |
| 11/21/2001 5:50:00P | G762549 | 0320 | STRONGARM ROBBERY:NO WEAPON | 304 | 360 | DNA | 1-SUSPENDED |
| TOTAL FOR: | 0320 | | ROBBERY STRONGARM ROBBERY:NO WEAPON | | | | 6 |
| 4/10/1999 10:57:00PI | D207700 | 031A | ARMED ROBBERY:HANDGUN | 290 | | | 4-CLEARED OPEN |
| 5/27/2000 2:30:00PN | F315559 | 031A | ARMED ROBBERY:HANDGUN | 090 | | | 3-CLEARED CLOSED |
| 7/4/2000 12:30:00PM | F416657 | 031A | ARMED ROBBERY:HANDGUN | 303 | | | 5-EX CLEARED CLOSED |
| 11/8/2000 2:05:00AI | F694794 | 031A | ARMED ROBBERY:HANDGUN | 121 | | | 1-SUSPENDED |
| 1/28/2001 8:01:00PN | G060267 | 031A | ARMED ROBBERY:HANDGUN | 122 | 411 | ROB | 1-SUSPENDED |
| TOTAL FOR: | 031A | | ROBBERY ARMED ROBBERY:HANDGUN | | | | 5 |
| 12/5/1999 1:00:00AI | D755038 | 0313 | ARMED ROBBERY:OTHER DANG. WEAP | 090 | 387 | | 1-SUSPENDED |
| 5/15/2000 12:45:00AI | F286760 | 0313 | ARMED ROBBERY:OTHER DANG. WEAP | 304 | | | 1-SUSPENDED |
| TOTAL FOR: | 0313 | | ROBBERY ARMED ROBBERY:OTHER DANG. WEAP | | | | 2 |

| DATEOCC | RD | CURR_IUCR | DESCRIPTION | LOCATION | METHOD | CDCAU | STATUS |
|---|---|---|---|---|---|---|---|
| 8/14/1999 1:00:00A | D517093 | 0281 | NON-AGGRAVATED | 290 | | RAP | 1-SUSPENDED |
| TOTAL FOR: | 0281 | | CRIM SEXUAL ASSAULT NON-AGGRAVATED | | | | 1 |
| 12/16/2000 8:30:00P | F775111 | 0265 | AGGRAVATED:OTHER | 330 | | RAP | 1-SUSPENDED |
| TOTAL FOR: | 0265 | | CRIM SEXUAL ASSAULT AGGRAVATED:OTHER | | | | 1 |
| 8/15/1999 9:35:00A | D504451 | 0110 | FIRST DEGREE MURDER | 290 | | | 3-CLEARED CLOSED |
| 11/17/2001 11:35:00 | G691809 | 0110 | FIRST DEGREE MURDER | 090 | 369 | DOM | 3-CLEARED CLOSED |
| TOTAL FOR: | 0110 | | HOMICIDE FIRST DEGREE MURDER | | | | 2 |

TOTAL OF 794 INCIDENTS

CPD 00056