## II. Summary of All Cash Requirements

| | | |
|---|---|---|
| 27. Cash to be Deposited by Mortgagor to Completed Above Requirements (Item 26) | | $ |
| ash Required for Discount on Mortgage | | $ |
| 29. Cash to be Deposited for Off-Site Requirements and/or Demolition Cost, if any | | $ |
| 30. Cash to be Deposited for Working Capital $ 232,966 | | |
| Operating Deficit $ 458,850 Other $ | | $ 691,816 |
| **31. Total Cash Required from Mortgagor for All Requirements** | | $ 691,816 |

## III. Allocation of Total Cash Required for Construction, Fees, Carrying Charges and Financing, Legal and Organization

| | | |
|---|---|---|
| 32. Cash Required by Construction Contract (Item 4) | $ 6,947,402 | |
| 33. Cash Required by Mortgageable Equipment Contract(s) (Item 5) | $ | |
| 34. Cash Required by Mortgagor's Other Fees (Item 7) | $ | |
| **35. Total Cash Required by Construction and Mortgageable Equipment Contract(s) and Mortgagor's Other Fees (Sum of Items 32, 33, and 34)** | $ 6,947,402 | |
| 36. Additional Cash, if any, Subject to Release, Escrow or Credit on Mortgage Upon Completion of Project | $ | |
| **37. Total Cash Allocated to Construction, Mortgageable Equipment and Mortgagor's Other Fees (Sum of Items 35 and 36)** | | $ 6,947,402 |
| 38. Carrying Charges and Financing (Item 20 minus Item 17) | | $ 1,418,926 |
| 39. Legal, Organizational, and Audit (Item 21) | | $ 40,000 |
| 40. Architect's Declared Cash Fee (Item 6) | | $ 140,000 |
| 41. Allowance to Make Project Operational (Item 17) | | $ |
| 42. Consultant Fee (N. P. only) (Item 22) | | $ |
| ontingency Reserve (Item 23) | | $ 644,071 |
| 4. Cash Available to Mortgagor, if any | | $ 2,457,901 |
| 45. Total (Amount must equal Item 24 or Item 25, plus amount in Item 25c whichever is greater) | | $ 11,648,300 |

Remarks

A 2313

| Prepared by (Mortgage Credit Examiner) | Date |
|---|---|
| Emmal Hnidey [signature] | 5/3/2002 |

eplaces FHA-2283 which is obsolete

Page 2 of 2

form HUD-2283 (1/95)
ref Handbook 4480.1

**Multifamily Summary Appraisal Report**

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

OMB Approval No. 2502-0001 (exp. 3/31/2002)

This form is in compliance with the requirements of the Uniform Standards of Professinal Appraisal Practice for written reports,except where the Jurisdictional Exception is invoked to allow for minor deviations, as noted throughout. Additional technical direction is contained in the HUD Handbooks referenced in the lower right corner.

| | | | |
|---|---|---|---|
| Application Processing Stage | ☐ SAMA | ☐ Feasibility (Rehab) | ☑ Firm |
| Property Rights Appraised | ☐ Fee Simple | ☐ Leasehold | |

Project Name: South Pointe Towers — Project Number: 07135696

Purpose. This appraisal evaluates the subject property as security for a long-term insured mortgage. Included in the appraisal (consultation for Section 221)are the analyses of market need, location, earning capacity, expenses, taxes, and warranted cost of the property.
Scope. The Appraiser has developed, and hereunder reports, conclusions with respect to: feasibility; suitability of improvements; extent, quality, and duration of earning capacity; the value of realestate proposed or existing as security for a long-term mortgage; and several other factors which have a bearing on the economic soundness of the subject property.

## A. Location and Description of Property

| 1. Street Nos. | 2. Street | 3. Municipality |
|---|---|---|
| 6425 South Lowe | | Chicago |

| 4a. Census Tract No. | 4b. Placement Code | 4c. Legal Description (Optional) | 5. County | 6. State and Zip Code: |
|---|---|---|---|---|
| 6809 | 1051 | . | | IL , 60621 |

7. Type of Project: ☑ Highrise ☐ 2-5 sty. Elev. ☑ Elevator(s) 3 ☐ Walkup ☐ Row House ☐ Detached ☐ Semi-Detached ☐ Town House

8. No. Stories: 22

9a. Foundation: ☑ Slab on Grade ☐ Full Basement ☐ Partial Basement ☐ Crawl Space

9b. Basement Floor: ☐ Structural Slab ☑ Slab on Grade

| 10. | 11. Number of Units: Revenue | Non - Rev. | 12. No. of Bldgs. | 13a. List of Accessory Buildings and Area |
|---|---|---|---|---|
| ☐ Proposed ☑ Existing | 303 | | 1 | |

13b. List of Recreation Facilities/Amenities and Area

## 13. Neighborhood Description

| | | | |
|---|---|---|---|
| Location | ☑ Urban | ☐ Suburban | ☐ Rural |
| Built Up ☑ Fully Developed | ☐ Over 75% | ☐ 25 % to 75 % | ☐ Under 25% |
| Growth Rate | ☐ Rapid | ☑ Steady | ☐ Slow |
| Property Values | ☐ Increasing | ☑ Stable | ☐ Declining |
| Demand/Supply | ☐ Shortage | ☑ In Balance | ☐ Oversupply |
| Rent Controls | ☐ Yes | ☑ No | ☐ Likely |

Present Land Use: 40.00 % 1 Family; 30.00 % 2 to 4 Family; 20.00 % Multifamily; ____ % Condo/Coop; 5.00 % Commer.; ____ % Industrial; 5.00 % Vacant

Change In Use: ☑ Not Likely ☐ Likely ☐ Taking Place — From ____ to ____

Predominant Occupancy: ☑ Owner ☐ Tenant ____ % Vacant

Description of Neighborhood.(Note: Race and racial composition of the neighborhood are not appraisal factors.)Describe the boundaries of the neighborhood and those factors, favorable or unfavorable, that affect marketability, including neighborhood stability, appeal, property conditions, vacancies, rent control, etc.

## Site Information

14. Dimensions: ft. by ft. or 121,532 sq. ft.

15a. Zoning: (If recently changed, submit evidence) R-5 General Residence

A 2314

15b. Zoning Compliance ☑ Legal ☐ Illegal ☐ Legal nonconforming (Grandfathered use) ☐ No zoning

15c. Highest and Best Use as Improved ☑ Present Use ☐ Proposed Use ☐ Other use (explain)

15d. Intended M/F Use (summarize: e.g., Market Rent: Hi-Med, Lo-End;Rent subsidized; rent restricted with or without Subsidy;Applicable Percentages)

R-5 General Residence

## Building Information

| 16a. Yr. Built | 16b. | | 17a. Structural System | 17b. Floor System | 17c. Exterior Finish | 18. Heating - A/C System |
|---|---|---|---|---|---|---|
| 1967 | ☐ Manufactured Housing ☐ Modules | ☑ Conventionally Built ☐ Components | Structural Concrete | Concrete | Concrete & Brick | Central Individua |

Previous editions are obsolete



form HUD-92264 (8/95)
ref Handbooks 4465.1 & 4480.1

| 19. Date Acquired | 20. Purchase Price | 21. Additional Costs Paid or Accrued | 22. If Leasehold, Annual Ground Rent | 23. Total Cost | 23b. Outstanding Balance |
|---|---|---|---|---|---|
| 03/27/1990 | $ 3,615,000 | $ | $ | $ | $ 2,228,262 |

24a. Relationship (Business, Personal, or Other) Between Seller and Buyer

24b. Has the Subject Property been sold in the past 3 years? ☑ Yes ☐ No If "Yes," explain:

| 25. Utilities | Public | Community | Distance from Site |
|---|---|---|---|
| Water | ☑ | ☐ | |
| Sewers | ☑ | ☐ | |

26. Unusual Site Features
☐ Cuts ☐ Fills ☐ Rock Formations ☐ Erosion ☐ Poor Drainage ☑ None
☐ High Water Table ☐ Retaining Walls ☐ Off Site Improvements
☐ Other (Specify)

**C. Estimate of Income (Attach forms HUD-92273, 92264-T, as applicable)**

| 27. No. of Each Family Type Unit | Rentable Living Area (Sq. Ft.) | Composition of Units | Unit Rent per Mo. ($) | Total Monthly Rent For Unit Type ($) |
|---|---|---|---|---|
| (a) 60 of 1 BR | 563 | 1 KT, 1 LD, 1 FB | $650 | $39,000 |
| (b) 140 of 2 BR | 826 | 1 KT, 1 LD, 1 FB | $775 | $108,500 |
| (c) 17 of 2 BR | 1,368 | 1 KT, 1 LD, 2 FB | $900 | $15,300 |
| (d) 80 of 3 BR | 1,096 | 1 KT, 1 LD, 1 FB | $900 | $72,000 |
| (e) 6 of 3 BR | 1,574 | 1 KT, 1 LD, 2 FB | $1,025 | $6,150 |
| (f) | | | | |
| (g) | | | | |
| (h) | | | | |
| (i) | | | | |
| **Total Estimated Rentals for All Family Units** | | | | $ 240,950 |

.ber of Parking Spaces — Offstreet Parking and Other Non-Commercial Ancillary Income (Not Included in Unit Rent)

| | | | | | |
|---|---|---|---|---|---|
| ☐ Attended | | Open Spaces | @ $ | per month = $ | |
| | | Covered Spaces | @ $ | per month = $ | |
| ☑ Self Park | 200 | Laundry 303 Lv. Unit | @ $ 10.00 | per month = $ | 3,030 |
| | | Other Miscellaneous 303 | @ $ 5.00 | per month = $ | 1,515 |
| **Total Spaces** | 200 | Other | | per month = $ | |

**Total Monthly Ancillary Income** $ 4,545

30. Commercial Income (Attach Documentation)
Area-Ground Level 696 sq. ft. @ $ 1.06 per sq. ft./month = $ 738
Other Levels sq. ft. @ $ 0.00 per sq. ft./month = $
= **Total Monthly Commercial Income** $ 738

31. **Total Estimated Monthly Gross Income at 100 Percent Occupancy** $ 246,233

32. **Total Annual Rent** (Item 31 x 12 months) $ 2,954,796

| 33. Gross Floor Area | 34. Net Residential Area | 35. Net Rentable Commercial Area |
|---|---|---|
| 351,868 Sq. Ft. | 269,800 Sq. Ft. | 696 Sq. Ft. |

36. Non-Revenue Producing Space

| Type of Employee | No. Rms. | Composition of Unit | Location of Unit in Project |
|---|---|---|---|
| | | | |
| | | | A 2315 |
| | | | |
| | | | |

.ersonal Benefit Expense (PBE) (May produce additional revenue and expenses to be considered above and below.)

.enant Employee-Paid Utilities Type(s) Electric Monthly Cost $

Landlord Employer-Paid Utilities Type(s) Heat, Hot water, cooking, cold water, parking Monthly Cost $

37a. Unit Amenities

- [✓] Ranges (Gas or Elec.)
- [✓] Disposal/Compactor
- [✓] Refrig. (Gas or Elec.)
- [ ] Air Conditioning (central or window)
- [ ] Micro Wave
- [ ] Dishwasher
- [ ] ...rpet
- [✓] Window treatment (blinds,drapes,shades)
- ...cony/Patio
- [ ] Fireplace(s) No. ______
- [ ] Laundry hookups (in units)
- [ ] Upper level vaulted ceiling/Skyligh(s) No. ______
- [ ] Wash/Dryer (in units)
- [ ] Security System(s) (Describe)
- [✓] Other (Specify)

Laundry in Common

37b. Project Amenities

- [ ] Guest room(s) No. ____
- [✓] Community room(s) No. 1
- [ ] Sauna/Steam room(s) No. ____
- [ ] Swimming Pool(s) No. ____
- [ ] Exercise room(s) No. ____
- [ ] Racquestballcourt(s) No. ____
- [ ] Tennis Court(s) No. ____
- [ ] Picnic/Play area(s) No. ____
- [✓] Laundry Facilites (coin)
- [✓] Project Security System(s) (Describe)
- [ ] Jacuzzies/Community Whirlpoos(s) No. ____
- [ ] Other (specify)

| 37c. Unit Rating | Good | Aver. | Fair | Poor |
|---|---|---|---|---|
| Condition of Improvement | | | ✓ | |
| Room Sizes and Layout | | ✓ | | |
| Adequecy of Closets and Storage | | | ✓ | |
| Kitchen Equip., Cabinets, Workspace | | ✓ | | |
| Plumbing - Adequecy and Condition | | ✓ | | |
| Electrical - Adequecy and Condition | | ✓ | | |
| Soundproofing - Adequacy and Condition | | ✓ | | |
| Insulation - Adequacy and Condition | | ✓ | | |
| Overal Livability | | | ✓ | |
| Appeal and Marketability | | | ✓ | |

| 37d. Project Rating | Good | Aver. | Fair | Poor |
|---|---|---|---|---|
| Location | | ✓ | | |
| General Appearance | | | ✓ | |
| Amenities & Rec.facilities | | ✓ | | |
| Density (units per acre) | | ✓ | | |
| Unit Mix | | ✓ | | |
| Quality of Construction (matl. & finish) | | ✓ | | |
| Condition of Exterior | | | ✓ | |
| Condition of Interior | | | ✓ | |
| Appeal to Market | | | ✓ | |
| Soundproofing - Vertical | | ✓ | | |
| Soundproofing - Horizontal | | ✓ | | |

38. Services

| | | | | | |
|---|---|---|---|---|---|
| r... | [✓] Heat | [✓] Hot Water | [ ] Cooking | [ ] Air Conditioning | |
| E. | [ ] Heat | [ ] Hot Water | [✓] Cooking | [ ] Air Conditioning | [ ] Lights/etc. |
| ...er. | [ ] Heat | [ ] Hot Water | [✓] Water | [ ] Other (specify) | |

...cluded in Rent: Heat, Hot Water, Water

39. Special Assessments

a. [ ] Prepayable [✓] Non-Prepayable

b. Principal Balance $ ______

c. Annual Payment $ ______

d. Remaining Term $ ______ Years

E. Estimate of Annual Expense

**Administrative**

| | | |
|---|---|---|
| 1. Advertising | $ 3,030 | |
| 2. Management | $ 179,679 | |
| 3. Other | $ 193,011 | |
| 4. **Total Administrative** | | $ 375,720 |

**Operating**

| | | |
|---|---|---|
| 5. Elevator Main Exp. | $ 9,090 | |
| 6. Fuel (Heating and Domestic Hot Water) | $ 0 | |
| 7. Lighting & Misc. Power | $ 72,720 | |
| 8. Water | $ 75,144 | |
| 9. Gas | $ 149,682 | |
| 10. Garbage & Trash Removal | $ 11,817 | |
| 11. Payroll | $ 135,138 | |
| 12. Other | $ 377,841 | |
| 13. Total Operating | | $ 831,432 |

**Maintenance**

| | | |
|---|---|---|
| 14. Decorating | $ 0 | |
| 15. Repairs | $ 45,147 | |
| 16. Exterminating | $ 0 | |
| 17. Insurance | $ 52,419 | |
| 18. Ground Expenses | $ 0 | |
| 19. Other | $ 10,908 | |
| 20. Total Maintenance | | $ 108,474 |
| 21. Replacement Reserve (0.006 x total structures Line G41) or (0.004 x MTG for Rehab) | | $ 46,662 |
| 22. Total Operating Expense | | $ 1,362,288 |

Taxes

| | | |
|---|---|---|
| 23. Real Estate: Est. Assessed Value $ 0 at $ 0 per $1000 | | $ 291,789 |
| 24. Personal Prop. Est. Assessed Value $ 0 at $ 0 per $1000 | | $ 0 |
| 25. Empl. Payroll Tax | | $ 31,512 |
| 26. Other | | $ 39,087 |
| 27. Other | | $ |
| 28. Taxes | | $ 362,388 |
| 29. Total Expense (Attach for HUD-92274, as necessary) | | $ 1,724,676 |

A 2316

## F. Income Computations

30a. Estimated Residential Project Income (Line C28 x 12) $ 2,891,400
b. Estimated Ancillary Project Income (Line C29 x 12) $ 54,540
c. Residential and Ancillary Occupancy Percentage $ 93.00%
Effective Gross Residential and Ancillary Income (Line 30c. x (Use 30a. plus Line 30b.) $ 2,739,724
e. Total Residential and Ancillary Project Expenses (Line E29) $ 1,724,676
31. Net Residential and Ancillary Income to Project (Line 30d. minus Line 30e.) $ 1,015,048
32a. Estimated Commercial Income (Line C30 x 12) $ 8,856
b. Commercial Occupancy * (80% Maximum) (See Instructions) 80%

c. Effective Gross Commercial Income (Line 32a. x Line 32b.) $ 7,085
d. Total Commercial Project Expenses (From Attached Analysis) $ 0
33. Net Commercial Income to Project (Line 32c. minus Line 32d.) $ 7,085
34. Total Project Net Income (Line 31 plus Line 33) $ 1,022,133
35a. Residential and Ancillary Project Expense Ratio (Line E29 divided by Line 30d.) 65.35%
35b. Commercial Expense Ratio (Line 32d. divided by 32c.) - %

*Vacancy and collection loss rates and corresponding residential and commercial occupancy percentages are analyzed through market data, but subject by Jurisdictional Exception to overall HUD underwriting mandates.

## G. Estimated Replacement Cost

36a. Unusual Land improvements $
b. Other Land Improvement $ 282,000
c. Total Land Improvements $ 282,000

**Structures**
37 Main Buildings $ 5,826,210
38. Accessory Buildings $
39. Garages $
40. All Other Buildings $
41. Total Structures $ 5,826,210
42. General requirements $ 332,500

**Fees**
43. Builders Gen. Overhead at 2.8% $ 162,574
44. Builder's Profit at 4.5% $ 260,118
45. Arch. Fee-Design at 2.0% $ 115,000
46. Arch. Fee-Supvr. at 0.4% $ 25,000
Bond Premium 0.9% $ 54,000
Other Fees 0.5% $ 30,000
49. Total Fees $ 646,692
50. Total All Improvements (Lines 36c. plus 41 plus 42 plus 49) $ 7,087,402
51. Cost Per Gross Sq. Ft. $ 20.14
52. Estimated Construction Time (Months) 12

• Note: Jurisdictional Exception: In HUD programs, land, and/or existing improvements are not valued for their "highest and best use," but instead, for their intended multifamily use (See Section J analysis below.)(Exception: Title II or VI Preservation). Offsite improvements are assumed completed in new construction land valuations (See Line M17 for estimated cost.) Unusual costs of site preparation are deducted from the "Value of the Site Fully Improved" to determine "Warranted Price of Land Fully Improved."

**Carrying Charges & Financing** 7,087,402
53. Interest 14 Mos. at 0.0693 on $ 11,648,300 $ 618,232
54. Taxes $ 250,000
55. Insurance $ 120,000
56. FHA Mtg. Ins. Prem.(1.0% ) $ 116,483
57. FHA Exam. Fee (.3% ) $ 34,945
58. FHA Inspect. Fee (.5% ) $ 56,300
59. Financing Fee (2.00% ) $ 232,966
60. AMPO (NP Only) ) $
61. FNMA/GNMA Fee (1.5% ) $
62. Title & Recording $ 10,000
63. Total Carrying Charges & Financing $ 1,418,926

**Legal, Organization & Audit Fee**
64. Legal $ 28,000
65. Organization $ 5,000
66. Cost Certification Audit Fee $ 7,000
67. Total Legal, Organization & Audit Fees (64 + 65 + 66) $ 40,000
68. Sponsor Profit & Risk $ 159,893
69. Consultant Fee (N. P. only) $
70. Supplemental Management Fund $
71. Contingency Reserve (Sec. 202 or Rehab only) $ 644,071
72. Total Est. Development Cost (Excl. of Land or Off-site Cost) (50 plus 63 plus 67 thru 71) $ 9,350,291
73a. Warranted Price of Land J-14(3)(New Constr) ____ sq. ft. @ $ ____ sq. ft. $ see note at left
73b. As Is Property Value (Rehab only) $ 3,645,000 see note at left/below
73c. Off-Site (if needed, Rehab only) $ see note at left
74. Total Estimated Replacement Cost of project (72 plus 73a or 73b and 73c) $ 12,995,291

## H. Remarks

(Note: For Rehab only: Estimated Value of land without Improvements $
Estimated Value of land and Improvements "As Is" by Residual Method, i.e., After Rehabilitation Correlated Value minus line G 72 Cost of Rehabilitation Improvements equals $ ; line G 73b is the lesser of this residual amount, and the amount estimated by Supplemental form HUD-92264 "As Is".)

A 2317

## I. Estimate of Operating Deficit

See Comments in Section O concerning IOD

| Periods | Gross Income | Occup % | Effec. Gross | Expenses | Net Income | Debt Serv. Reqmt. | Deficit |
|---|---|---|---|---|---|---|---|
| 1. 1st ( ) Mos | | | | | | | |
| 2. 2nd ( ) Mos | | | | | | | |
| Total Operating Deficit | Not Applicable (see attached analysis) | | | | | | |

Previous editions are obsolete



form HUD-92264 (8/95)
ref Handbooks 4465.1 4480.1

1. Is Location and Neighborhood Acceptable? [X] YES [ ] NO
2. Is Site Adequate in Size for Proposed Project? [X] YES [ ] NO
3. Is Site Zoning Permissive for Intended Use? [X] YES [ ] NO
4. Are Utilities Available Now to Serve the Site? [X] YES [ ] NO
...re a Market at this location for the Facility at the proposed Rents? [X] YES [ ] NO

[ ] Site Acceptable for type of Project Proposed under Section 221D4 (if checked, acceptance subject to qualifications listed at the bottom of page 6)

7. [ ] Site not acceptable (see reasons stated at bottom of page 6)

Date of Inspection 10/19/2001 Note: The Effective Date of all land valuations is the date of inspection.

| 8. Value Fully Improved | Location of Project 6425 South Lowe Chicago, IL 60621- | | Location of Property 6425 South Lowe Chicago, IL | | Size of Subject Site 303 Sq. Ft. |
|---|---|---|---|---|---|
| | Comparable Sales Address No. 1 | Comparable Sales Address No. 2 | Comparable Sales Address No.3 | Comparable Sales Address No.4 | Comparable Sales Address No.5 |
| | | | | | |
| Date of Sale | | | | | |
| Sales Price | $ | $ | $ | $ | $ |
| Size per Sq. Ft. | | | | | |
| Price per Sq. Ft. | $ | $ | $ | $ | $ |
| | | | | | |
| | | | | | |
| Adjustments (%) | | | | | |
| Time | | | | | |
| Location | | | | | |
| Zoning | | | | | |
| Plottage | | | | | |
| Demolition | | | | | |
| Pilling, Etc. | | | | | |
| | | | | | |
| T... ...justment Factor | | | | | |
| ...sted Sq. Ft. Price | $ | $ | $ | $ | $ |
| ...ted Value by ...parison | $ | $ | $ | $ | $ |

9. Value of Site Fully Improved $

| 10. | Value "As Is" No. 1 | Value "As Is" No. 2 | Value "As Is" No. 3 | |
|---|---|---|---|---|
| | | | | |
| Date of Sale | | | | |
| Sales Price | $ | $ | $ | |
| Ft./Acres | | | | |
| Price per Sq. Ft. | $ | $ | $ | |
| | | | | |
| | | | | |
| Adjustments (%) | | | | |
| Time | | | | |
| Location | | | | |
| Zoning | | | | |
| Plottage | | | | A 2318 |
| Demolition | | | | |
| Pilling, Etc. | | | | |
| Other | | | | |
| ...justment Factor | | | | |
| ... Sq. Ft. Price | $ | $ | $ | |
| Ind...ed Value by Comparison | $ | $ | $ | |

11. Value of Site "As Is" by Comparison $

(See Chapter 2, Handbook 4465.1)

**12. Acquisition Cost: (Last Arms-Length Transaction)**

| | | | |
|---|---|---|---|
| Buyer | Englewood Terrace Ltd Partner. | Address | 8137 West Grand River<br>Brighton MI 48116 |
| Sel... | Charles F. Moore | Address | |
| | 03/27/1990 | Price | $ 3,615,000 |
| Source | Executor's Deed | | |

**13. Other Costs:**

| | | |
|---|---|---|
| (1) Legal Fess and Zoning Costs | $ | 15,000 |
| (2) Recording and Title Fees | $ | 15,000 |
| (3) Interest on Investment | $ | |
| (4) Other | $ | |
| (5) Acquisition Cost (From 12 above) | $ | 3,615,000 |
| (6) Total Cost to Sponsor | $ | 3,645,000 |

**14. Value of Land and Cost Certificiation**

| | | |
|---|---|---|
| (1) Fair Market Value of land fully improved (From 9 above) | $ | |
| (2) Deduct unusual items from Section G, item 38a | $ | |
| (3) Warranted price of land fully improved (Replacement Cost items excluded - Enter G-73) | $ | |
| For Cost Certification Purposes<br>(3a) Deduct cost of demol. $ ________ and required off-sites $ ________<br>to be paid by Mtgor. or by special assessments | $ | |
| (4) Estimate of "As Is" by subtraction from improved value | $ | |
| (5) Estimate of "As Is" by direct comparison with similar unimproved sites (From 11 above) | $ | |
| ) "As Is" based on acquisition cost to sponsor (From 13 above) | $ | 3,645,000 |
| ) Commissioner's estimated value of land "As Is" (The lesser of [4] or [5] above)* | $ | |

*Where land is purchased from LPA or other Govt. authority for specific reuse, use the lesser of 4, 5 or 6.

**ncome Approach to Value**

| | |
|---|---|
| (1) Estimated Remaining Economic Life | 60 Years |
| (2) Capitalization Rate Determined By (See Chapter 7, Handbook 4465.1)<br>☐ Overall Rate From Comparable Projects<br>☐ Rate From Band of Investment<br>☐ Cash Flow to Equity | |
| (3) Rate Selected | % |
| (4) Net Income (Line F34) | $ |
| (5) Capitalized Value (Line 4 divided by Line 3) | $ |
| (6) Value of Leased Fee (See Chapter 3, Handbook 4465.1) Ground Rent $ ________<br>divided by Cap.Rate ______ % equals Value of Leased Fee | $ |

Remarks: (See item 6 and 7 on page 5)

A 2319

7. The undersigned has recited three sales of properties most similar and proximate to the subject property and has described and analysed these in this analysis. If there is a significant variation between the subject and comparable properties, the analysis includes a dollar adjustment reflecting the market reaction to those items or an explanation supported by the market data. If a significant item in the comparable property is superior to, or more favorable than, the subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject property. If a significant item in the comparable property is inferior to, or less favorable than, the subject property, a (+) adjustment is made, thus increasing the indicated value of the subject property.

'als the Sales Price divided by Gross Annual Rent)

| Item | Subject Property | Comparable sale No.1 | | Comparable sale No.2 | | Comparable sale No.3 | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | | |
| Proximity to Subject | | | | | | | |
| Sales Price | | ☐ Unf. ☐ Furn. | | ☐ Unf. ☐ Furn. | | ☐ Ufn. ☐ Furn. | |
| Sales Price per GBA | | | | | | | |
| Gross Annual Rent | | | | | | | |
| Gross Rent Multiplier(1)* | | | | | | | |
| Sales Price per Unit | | | | | | | |
| Sales Price per Room | | | | | | | |
| Data Source | | | | | | | |
| Adjustments | Description | Description | + (-) $ Adjust | Description | + (-) $ Adjust | Description | + (-) $ Adjust |
| Sales or Financing Concessions | | | | | | | |
| Date of Sale/Time | | | | | | | |
| Location | | | | | | | |
| Site/View | | | | | | | |
| Design and Appeal | | | | | | | |
| Quality of Construction | | | | | | | |
| Year Built | | | | | | | |
| Condition | | | | | | | |
| Gross Building Area | sq.ft | sq.ft | | sq.ft | | sq.ft | |
| Unit Breakdown | No. of Units / Room count (Tot / Br. / Ba.) / No. Vac | No. of units / Room count (Tot / Br. / Ba.) / No. Vac | | No. of Units / Room count (Tot / Br. / Ba.) / No. Vac | | No. of units / Room count (Tot / Br. / Ba.) / No. Vac | |
| ...ement Description | | | | | | | |
| Functional Utility | | | | | | | |
| Heating/Cooling | | | | | | | |
| Parking on/off Site | | | | | | | |
| Project Amenities and Fee (if applicable) | | | | | | | |
| Other | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☐ - | | ☐ + ☐ - | | ☐ + ☐ - | |
| Adjusted Sales Price of Comparables | | | | | | | |

8. Indicated Value by Sales Comparison Approach $

**Reconciliation**

Capitalization $ ______ Summation $ 12,995,291 ~~12,947,534~~ Comparison $ ______

**9. The market value (or replacement cost) of the property, as of the effective date of the appraisal, is $** 12,995,291 ~~12,947,534~~ ** see note below

**Note:For Section 221 mortgage insurance application processing,acceptable risk analysis produces a supportable replacement cost estimate,and the estimate reflected here is the replacement cost new/summation approach result.In effect,such"appraisals"are infactUSPAP"consultations"concerning economically supportable cost limits.For section 207 and 223 processing,all three approaches to value are included in the appraisal,but the subject property is appraised for its intended multifamily use,not necessarily its "highest and best use." The definition provided in USPAP for "market value" is generally observed,but see handbook 4465. 1. paragraph 8-4, for qualifications.

Effective dates:For new construction or substantial rehabilitation proposals,the effective date of the improvements component cost estimation is the Line G53 month estimate added to the report and certification date below.The land component is valued as of the inspection date.For section 223,the effective date of the appraisal is the same as the reporting date, but assumes (hypothetically) the completion of all required repairs/work write-up items.

Comments on: (continue on separate page if necessary)

1.Sales comparison(including reconciliation of all indicators of value as to consistency and relative strength and evaluation of the typical investors'purchasers'motivation in that market).
2.Analysis of any current agreement of sale,option,or listing of the subject property and the analysis of any prior sales of suject and comparables within three years of the date of appraisal.

A 2320

**M. To Be Completed by Construction Cost Analyst**

| Cost Not Attributable to Dwelling Use | | Total Est. Cost of Off-Site Requirements | Est. Cost |
|---|---|---|---|
| 10. Parking | $ | 16. Off-Site | $ |
| 11. Garage | $ | | $ |
| Commercial | $ | | $ |
| Special Ext. Land Improvements | $ | | $ |
| 14. Other | $ | | $ |
| 15. Total | $ | | |
| | % | 17. Total Off-Site Costs | $ |

**N. Signatures and Appraiser certification**

| Architectural Processor | Date | Architectural Reviewer | Date |
|---|---|---|---|
| Cost Processor | Date | Cost Reviewer | Date |

I certify that to the best of my knowledge and belief:

* the statements of fact contained in this report are true and correct.
* the reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditons, and are my personal, unbiased professional analysis, opinions and conclusions.
* I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.
* my compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurance of a subsequent event.
* my analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice;HUD Handbook 4465.1, *The Valuation Analysis Handbook for Project Mortgage Insurance;* HUD Handbook 4480.1, *Multifamily Underwriting Forms Catalog;* and other applicable HUD handbooks and Notices.
* I have made a personal inspection of the property that is the subject of this report.
* no one provided significant professional assistance to the appraisers signing this report, except for the Architectural and Engineering, and Cost Estimation professionals signing above. These professionals' estimations of the subject property's dimensions and "hard" replacement costs have been relied upon by the Appraiser and Review Appraiser.

**Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001,1010,1012; 31 U.S.C. 3729,3802)

| Appraiser | Date | Review Appraiser | Date |
|---|---|---|---|
| [signature] ...Schneider | 04/01/2002 | Mary Anderson | 04/01/2002 |
| State Certification Number ...010 | State WI | State Certification Number | State |

The Review Appraiser certifies that he/she ☐ Did ☒ Did not inspect the subject property

| Chief, Housing Programs Branch | Date | Director, Housing Development [signature] | Date 5/3/02 |
|---|---|---|---|
| Field Office Manager/Deputy | | Date | |

**O. Remarks and Conclusions** (continue on separate page if necessary. Appraisal reports must be kept for a minimum of five years.)

```
Cost Analysis Remarks
On-Site Demolition Cost                                          0
Total Cost for all Improvements for Replacement Cost (As-New)   27,290,014
Contractor's Other Fees                                          0
Mortgagor's Other Fees                                           1
Project Site Analysis and Appraisal(Remarks)

PROPERTY ADDRESS: 6425 South Lowe Chicago,IL 60621-
```

A 2321

Public Reporting Burden for this collection of information is estimated to average 114 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This agency may ...nduct or sponsor, and a person is not required to respond to, a collection of information unless that collection displays a valid OMB control number.

...formation is being collected under Public Law 101-625 which requires the Department of to implement a system for mortgage insurance for mortgages insured under Sections 207, 221, 223, 232, or 241 of the National Housing Act. The information will be used by HUD to approve rents, property appraisals, and mortgage amounts, and to execute a firm commitment. Confidentiality to respondents is ensured if it would result in competitive harm ...accord with the Freedom of Information Act (FOIA) provisions or if it could impact on the ability of the Department's mission to provide housing units ...er the various Sections of the Housing legislation.

The following assignments have been used to produce this form:

Version Numbers

A&E Version: 2

Cost Version: 3

Valuation Version: 1

A 2322

Location and Description of Property

Site Name: 6425 So. Lowe Ave.

| 1. Street Nos. | 2. Street | | 3. Muncipality |
|---|---|---|---|
| outh Lowe | | | Chicago |

| 4. Census Tract No. | 4b. Placement Code. | 3c. Legal Description (Optional) | 4. County | 5. State and Zip Code |
|---|---|---|---|---|
| 6809 | 1051 | | | IL 60621 |

## HUD - 92264 A - 14 Site Dimensions

| Site Address | Site Name | Dimensions (sq.ft) |
|---|---|---|
| 6425 South Lowe | 6425 So. Lowe Ave | 121,532 |

## HUD - 92264 A - 16a) Year Built

| Site Name | Dwelling Name | Year Built |
|---|---|---|
| 6425 So. Lowe Ave. | South Pointe Tower | 1967 |

## HUD - 92264 A - 16b) Construction Type

| Site Name | Dwelling Name | Construction Type |
|---|---|---|
| 6425 So. Lowe Ave. | South Pointe Tower | Conventionally Built |

## HUD - 92264 A - 17a) Structural System.

| Site Name | Dwelling Name | Structural System |
|---|---|---|
| 6425 So. Lowe Ave. | South Pointe Tower | Structural Concrete |

## HUD - 92264 A - 17b) Floor System

| Site Name | Dwelling Name | Floor System |
|---|---|---|
| 6425 So. Lowe Ave. | South Pointe Tower | Concrete |

## HUD - 92264 A - 17c) Exterior Finish

| Site Name | Dwelling Name | Exterior Finish |
|---|---|---|
| 6425 So. Lowe Ave. | South Pointe Tower | Concrete & Brick |

## HUD - 92264 B - 25 Utilities

| Site Name | Utilities | Public | Community | Distance from site (Sq. Ft) |
|---|---|---|---|---|
| 6425 So. Lowe Ave. | Water | ☒ | ☐ | ________ |
| | Sewer | ☒ | ☐ | ________ |

A 2323

## Unusual Site Features

Site Name

6425 So. Lowe Ave. ☐ Cuts ☐ Fills ☐ Rock Formations ☐ Erosion ☐ Poor Drainage ☒ None
☐ High WaterTable ☐ Retaining Walls ☐ Off Site Improvements
☐ Other(Specify) ____________

## HUD - 92264 C - 33 Attachment
## Gross Floor Area

| Site Name | Building Name | Gross Floor Area (Sq. Ft) |
| --- | --- | --- |
| 6425 So. Lowe Ave. | South Pointe Tower | 351,868 |

A 2324

36a. Unusual Land Improvements $ ______
b. Other Land Improvements $ ______
c. Total Land Improvements $ ______

...ures
...in Buildings $ 27,290,014
...Accessory Buildings $ ______
39. Garages $ ______
40. All Other Buildings $ ______
41. Total Structures $ 27,290,014
42. General Requirements $ ______

Fees
43. Builder's Gen. Overhead at ___% $ ______
44. Builder's Profit at ___% $ ______
45. Arch. Fee-Design at ___% $ ______
46. Arch. Fee-Supvr. at ___% $ ______
47. Bond Premium $ ______
48. Other Fees $ ______
49. Total Fees $ ______
50. Total All Improvements (Lines 36c. plus 41 plus 42 plus 49) $ 27,290,014
51. Cost Per Gross Sq. Ft. $ 77.56
52. Estimated Construction Time (Months) 12

Note 1: Jurisdictional Exception: In HUD programs, land, and/or existing improvements are not valued for their "highest and best use," but instead, for their intended multifamily use (See Section J analysis below.)(Exception: Title II or VI Preservation). Offsite improvements are assumed completed in new construction land valuations (See Line M17 for estimated cost.) Unusual costs of site preparation are deducted from the "Value of the Site Fully Im...ved" to determine "Warranted Price of Land Fully Improved."

Carrying Charges & Financing
53. Interest 14 Mos. at 6.93000000 % on $ 30,539,400 $ 1,234,555
54. Taxes $ 250,000
55. Insurance $ 120,000
56. FHA Mtg. Ins. Prem. ( 1.60%) $ 488,630
57. FHA Exam. Fee ( 0.30%) $ 91,618
58. FHA Inspec. Fee ( 0.50%) $ 152,697
59. Financing Fee ( 2.00%) $ 610,788
60. AMPO (N. P. Only) ( %) $ 0
61. FNMA/GNMA Fee ( 1.50%) $ 458,091
62. Title & Recording $ 10,000
63. Total Carrying Charges and Financing $ 3,416,379

Legal, Organization & Audit Fee
64. Legal $ 28,000
65. Organization $ 5,000
66. Cost Certification Audit Fee $ 7,000
67. Total Legal, Organization & Audit Fees (64+65+66) $ 40,000
68. Builder and Sponsor Profit & Risk $ 122,556
69. Consultant Fee (N. P. Only) $ 0
70. Supplemental Management Fund $ ______
71. Contingency Reserve (Sec. 202 or Rehab Only) $ ______
72. Total Est. Development Cost (Excl. of Land or Off-Site Cost) (50 plus 63 plus 67 thru 71) $ 30,868,949
73a. Warranted Price of Land J-14(3)(New Constr) ______ sq. ft. @ ______ sq. ft. 0 $ * see note 1
73b. As Is Property Value (Rehab Only) ______ $ * see note 2
73c. Off-Site (if needed, Rehab Only) $ ______ * see note 3
74. Total Estimated Replacement Cost of Project (72 plus 73a or 73b and 73c) $ 30,868,949

...arks
(Note 2: For Rehab only: Estimated Value of land without Improvements $ ______
...timated Value of land and Improvements "As Is" by Residual Method, i.e., After Rehabilitation Correlated Value minus line G 72 Cost of Rehabilitation ...provements equals $ ______; line G 73b is the lesser of this residual amount, and the amount estimated by Supplemental form HUD-92264 "As Is".)

A 2325