# PRIVILEGED LOG

**Legend:**

**WP** = Attorney Work Product

**AC** = Attorney Client Communication

**G** = Documents determined after further review to be acceptable for production to Plaintiff.

**O** = Documents not pertaining to the parties' HAP Contract but regarding Plaintiff's HUD-insured loan and related activities. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action. These documents may also contain attorney work product, attorney-client communications, and other privileged information as well as category "W" information.

**W** = Documents not pertaining to the parties' HAP Contract but regarding OIG referrals and related activities. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action. These documents may also contain attorney work product, attorney-client communications, and other privileged information as well as category "O" information.

**R** = Documents not pertaining to the parties' HAP Contract but regarding governmental inquiries of HUD that occurred after Plaintiff obtained its HUD-insured loan in December 2002. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action.

**Ahmad** = Muhammad S. Ahmad/HSNG/CHI/HUD
**Akhtar** = Muhammed Akhtar/CHI/HUDOIG
**Arnolds** = Laura A. Arnolds/DEC/CHI/HUD
**Anderson**= Mary Anderson/HSNG/CHI/HUD
**Aiosa** = Angelo Aiosa, Office of Litigation, HGQ OGC
**Baguio** = Maria T. Baguio/DEC/CHI/HUD
**Batchelor** = Freddie C. Batchelor/DEC/CHI/HUD
**Berkec**=Jadranka M. Berkec/DEC/CHI/HUD
**Beverly** = Beverly Miller/HSNG/HHQ/HUD
**Bishop** = Beverly E. Bishop/FPM/CHI/HUD
**Bolton** = Gregory J. Bolton/OGC/HHQ/HUD
**Braggs** = Alvin E. Braggs/HSNG/FTW/HUD
**Bridges** = Ulyses Bridges/HSNG/HHQ/HUD
**Bruce** = John J. Bruce/DEC/CHI/HUD
**Cravitz** = Alan Cravitz
**Czauski** = Henry S. Czauski/DEC/HHQ/HUD
**Coleman** = Veronica Coleman/HSNG/CHI/HUD
**Daly**=John J. Daly/OGC/HHQ/HUD
**DiPietro** = Teresa DiPietro/HSNG/CHI/HUD

**Donis** = Lisa Donis/USDOJ
**Donatelli** = Jack Donatelli, Office of the U.S. Attorney
**Duncan** = LaDoris Duncan/HSNG/CHI/HUD
**Elson** = Janet Elson/OGC/CHI/HUD
**Ellison** = Lucille Ellison/HSNG/CHI/HUD
**Fine** = Ramona M. Fine/OGC/HHQ/HUD
**Galvan** = Joseph P. Galvan/FPM/CHI/HUD
**Geary**= Brad Geary/CHIHFI/HUDOIG
**Goldblatt** = Herbert L. Goldblatt/DEC/HHQ/HUD
**Goldrick** = Janet M. Golrick/HSNG/HHQ/HUD
**Gray** = Debbie Gray/HSNG/CHI/HUD
**Gustin** = Gregory G. Gustin/DEC/CHI/HUD
**Hanks** = Janet L. Hanks/HSNG/CHI/HUD
**Head**= Debra Head/HSNG/CHI/HUD
**Heaney** = Judith Heaney/FPM/CHI/HUD
**Heeselton** = Darby Heesleton
**Herold** = John W. Herold/OGC/HHQ/HUD
**Hinsberger** = Edward Hinsberger/HSNG/CHI/HUD
**Jacobs** = David A. Jacobs/OGC/HHQ/HUD
**Jensen** = John A. Jensen/OGC/CHI/HUD
**John** = Koren McKenzie-John/OGC/HHQ/HUD
**Ling** = Ernest Ling/DOJ
**Maisonet** = Margarita Maisonet/DEC/CHI/HUD
**Merritt** = Kathy Merritt/HSNG/CHI/HUD
**Massman** = Kenneth R. Massman/DEC/HHQ/HUD
**Massouras** = Thomas G. Massouras/OGC/CHI/HUD
**Mayfield** = Howard D. Mayfield/HSNG/HHQ/HUD
**Miller** = Beverly J. Miller/HSNG/HHQ/HUD
**Minor** = Courtney B. Minor/OGC/HI/HUD
**Mozdzier** = Walter Mozdzier/DEC/CHI/HUD
**O'Connor** = Maggie O'Connor/HSNG/CHI/HUD
**Patton** = Geoffrey L. Patton/OGC/HHQ/HUD
**Patsios** = Sophia Patsios/CHI/HUDOIG
**Paul** = Catherine E. Paul/DEC/CHI/HUD
**Pollock** = James L. Pollock/DEC/CHI/HUD
**Pompa** = Ruth E. Pompa/HSNG/FTW/HUD
**Potts** = Millicent B. Potts/OGC/HHQ/HUD

**Ries** = Peter B. Ries/DEC/CHI/HUD
**Roman** = Terri L. Roman/OGC/HHQ/HUD
**Salvati** = James Salvati/DEC/CHI/HUD
**Simmons** = Lilye R. Simmons/HSNG/CHI/HUD
**Smith** = Harrison Smith
**Spearmon** = Willie Spearmon/HSNG/HHQHUD
**Stark** = **Jack T.** Stark/OGC/FTW/HUD
**Stamps** = Karyn Stamps/HSNG/CHI/HUD
**Strobel** = Joseph Strobel/OGC/CHI/HUD
**Syzbist** = Kathleen A. Syzbist/OGC/CHI/HUD
**Suiter** = Sandra H. Suiter/DEC/CHI/HUD
**Taylor** = Victor Taylor/HSNG/CHI/HUD
**Thomas** = Gwendolyn X. Thomas/HSNG/CHI/HUD
**Walker** = Eileen Y. Walker/HSNG/HHQ/HUD
**Walter** = Walter Mozdzierz/DEC/CHI/HUD
**Wawzenski** = Linda Wawzenski/USDOJ
**Weaver** = Shari Weaver, Office of Litigation, HSQ OGC
**Weidenfeller** = George L. Weidenfeller/OGC/HHQ/HUD
**White** = William C. White/OGC/HHQ/HUD
**Wilson** = Courtland H. Wilson/HSNG/HHQ/HUD
**Zale** = Jim Zale/DEC/CHI/HUD

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1. | 4/9/2001 | Gustin | | | Draft affidavit of Margarita Maisonet, unsigned, prepared for District Court litigation | E0001-0002 | WP |
| 2. | 4/16/2002 | Gustin | | | Handwritten notes re: Mayfield meeting | E0003 | WP |
| 3. | 6/10/2002 | Thomas | Hinsberger<br>Maisonet<br>Gustin<br>Coleman<br>Gray<br>Baguio | Hanks | Handwritten notes re: forwarding email message from Tira Tunstill | E0004-0007 | WP |
| 4. | 6/12/2002 | Gustin | | | Handwritten numeric calculation | E0008 | WP |
| 5. | 6/19/2002 | Gustin | Weaver<br>Aiosa | | Memo to Shari Weaver, HQS OGC | E0009-0011 | WP |
| 6. | 1/22/xx | Gustin | | | Handwritten notes on meeting with Hayes, former GP | E0012 | WP |
| 7. | 6/26/2002 | Gustin | | | Handwritten annotations made to DSSA memo | E0013 | WP |
| 8. | 5/8/2002 | Gustin | | | Concurrence page to Amended DEC final team report | E0014 | G |
| 9. | 5/2004 | Baguio | | | Handwritten calculations for security 5/21-5/31/2004 | E0015 | WP |
| 10. | 5/28/2004 | Baguio | | | Handwritten edits of draft VMIP letter | E0016-0028 | O |
| 11. | 11/2/2001 | Gustin | Donatelli | | Handwritten annotations on correspondence from Bowhay regarding Wafra | E0029-0030 | WP |
| 12. | 6/20/2002 | Legal division<br>Gustin | | | Defensive Litigation Tracking System Assignment and supporting packet with handwritten comments. | E0031 | WP |
| 13. | 7/11/2002 | | Castillo,<br>Schenkier | | US District Court, Northern District of Illinois docket sheet | E0032 | G |
| 14. | 7/16/2002 | Donatelli | Legal division<br>Gustin/Baguio | | Facsimile coversheet transmitting Judge Schenkier's Order dated 7/11/2002 (Order not attached) | E0033 | G |
| 15. | 6/19/2002 | Gustin | Weaver<br>Aiosa | Goldblatt<br>Patton<br>Jensen | Email to Weaver re: Englewood v. HUD case No 02 C 4033 (N.Dist. Ill) with attachments | E0034-E0046 | WP |
| 16. | 6/20/2002 | | Gustin | | Routing and Transmittal slip and printed Legal Division Tracking Screen with Handwritten note regarding Englewood litigation | E0047 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 17. | xx/xx/xx | Legal division staff | Legal division Gustin/Baguio | | Legal Division Tracking System (LDTS) records | E0048-0057 | WP |
| 18. | 11/2/2001 | Donatelli | Legal division Gustin/Baguio | | US DOJ fax cover sheet w/comments | E0058 | WP |
| 19. | 11/7/2001 | Donatelli | Legal division Gustin/Baguio | | US DOJ fax cover sheet w/comments | E0059 | WP |
| 20. | various | Baguio | | | Legal research | E0060-0128 | WP |
| 21. | n/a | | | | Chapter 12 Rev 2-22-01 | E0102-106 | G |
| 22. | various | Baguio | | | Legal research | E0107-0128 | WP |
| 23. | 5/3/2002 | Baguio | | | Concurrence page to Amended DEC final team report | E0129 | G |
| 24. | 1/xx/2002 | Gustin | Snyder | Hinsberger Maisonet Donatelli | Draft Letter to Snyder regarding review of final decision | E0130-0131 | WP |
| *25.* | | | | | *Blank: document produced* | *E0132* | *Produced* |
| 26. | 11/29/2001 | Baguio | Gustin | | Fax cover sheet to Gustin re document edits | E0133 | WP |
| 27. | 1/26/2000 | Arnolds | | | Final Team Report – Resolution w/edits from atty. | E0134-0141 | WP |
| 28. | 1/27/2000 | Batchelor | | | Concurrence pages | E0142-3 | G |
| 29. | 12/3/2003 | Baguio | | | Handwritten meeting notes re default | E0144 | WP |
| 30. | 11/21/2001 | Gustin | Hinsberger Gustin | Hayes Fisher | Handwritten annotations to DSSA letter | E0145-0147 | WP |
| 31. | 11/21/2001 | DSSA | | | Fax cover page | E0148 | G |
| 32. | 11/8/2002 | Gustin | | | Handwritten notes regarding hearing | E0149-0150 | WP |
| 33. | Undated | Legal division | | | Legal research | E0151-0152 | WP |
| 34. | 4/9/2001 | Gustin | | | Handwritten annotation to Notice of HAP Default | E0153-0154 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 35. | Undated | Gustin | | | Handwritten annotation to Draft version of Notice of HAP Default | E0155-0156 | WP |
| 36. | 10/18/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0157 | WP |
| 37. | 10/23/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0158 | WP |
| 38. | 4/13/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0159 | WP |
| 39. | 10/2/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0160 | WP |
| 40. | 10/30/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0161 | WP |
| 41. | Undated | Baguio | | | Handwritten edits to Amended DEC Final Team Report | E0162-0163 | WP |
| 42. | 10/18/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0164 | WP |
| 43. | 10/12/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0165-0166 | WP |
| 44. | 12/8/2000 | Legal division staff | | | Legal Research | E0167-0182 | WP |
| 45. | 11/7/2001 | Baguio | Donatelli | | Fax cover sheet to Donatelli re: litigation documents | E0183 | WP |
| 46. | 11/2/2001 | Baguio | Patton | | Fax cover sheet to Patton re: litigation documents | E0184 | WP |
| 47. | 8/12/2004 | Salvati | Geary | | Memo to Geary (OIG investigation) | E0185-0195 | W |
| 48. | 6/24/2002 | Gustin | Donatelli | | Email series to AUSA re: status | E0196-0197 | WP |
| 49. | 6/19/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Colman<br>Thomas<br>Anderson<br>Baguio<br>Patton | Email series to AUSA re: Settlement/Briefs/Topic Areas | E0198-0201 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 50. | 6/27/2002 | Gustin | Thomas | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Paul<br>Pollock<br>Donatelli | Email to GT re: Notice; Questions | E0202 | AC |
| 51. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email series to EH re: Settlement Offer Letter | E0203-0204 | AC |
| 52. | 10/11/2001 | Gustin | Maisonet | | Email series to Maisonet forwarding message regarding abatement of subsidy payments | E0205 | WP |
| 53. | 12/19/2001 | Hinsberger | Baguio<br>Maisonet | | Email series to Baguio re: South Pointe management agreement | E0206-0209 | AC |
| 54. | 12/18/2001 | Hinsberger | Maisonet<br>Coleman | | Email series to Maisonet re: Englewood v. HUD et al. | E0210 | AC |
| 55. | 12/10/2001 | Coleman | Gustin<br>Thomas<br>Maisonet | | Email series to Thomas re: memo to residents | E0211-0212 | AC |
| 56. | 12/7/2001 | Hinsberger | Baguio<br>Coleman<br>Mozdzierz<br>Suiter | | Email series to Baguio, re: South Point Towers | E0213-0214 | AC |
| 57. | 12/6/2001 | Hinsberger | Paul<br>Patton<br>Thomas<br>Donattelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Coleman<br>Thomas | Email series to Paul, re: South Point Call Silverman | E0215 | AC |
| 58. | 12/20/2001 | Gustin | Donatelli | Baguio | Email series to AUSA re: Englewood | E0216 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 59. | 12/18/2001 | Gustin | Hinsberger<br>Maisonet<br>Coleman | | Email series to EH re: Englewood v. HUD et al. | E0217 | AC |
| 60. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email series to EH re: South Pointe Appeal…if any | E0218 | AC |
| 61. | 12/7/2001 | Gustin | Hinsberger<br>Maisonet<br>Donatelli<br>Baguio<br>Coleman<br>Thomas<br>Suiter<br>Mozdzierz<br>Paul | | Email series to EH re: South Pointe Letter Sent | E0219 | G |
| 62. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdzierz | Email to AUSA re: draft response to Letter | E0220 | WP |
| 63. | 12/6/2001 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Gustin re: South Pointe call from Silverman | E0221-0222 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 64. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Donatelli<br>Mozdzierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email series to EH re: South Pointe call from Silverman | E0223 | AC |
| 65. | 12/5/2001 | Gustin | Patton | | Email series to Patton re: Settlement Offer | E0224 | WP |
| 66. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Suiter<br>Paul<br>Baguio<br>Donatelli<br>Thomas | Email series to EH re: Settlement Offer | E0225 | AC |
| 67. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to EH re: South Pointe | E0226 | AC |
| 68. | 12/5/2001 | Patton | Gustin | | Email series to Gustin re: decision | E0227 | WP |
| 69. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email series to EH re: 2530 Mgt Change | E0228 | AC |
| 70. | 11/30/2001 | Baguio | Maisonet<br>Hinsberger<br>Gustin | Gustin | Email series to MM re: Mgmt | E0229 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 71. | 11/30/2001 | Maisonet | Gustin | Paul<br>Hinsberger<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to GG re: South Pointe Notice of Abatement and Termination letter | E0230-E0232 | AC |
| 72. | 11/28/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter<br>Paul | Email series to EH re: South Pointe Letter regarding abatement | E0233 | AC |
| 73. | 11/27/2001 | Baguio | Gustin | | Email series to GG re Chapter 12 physical condition | E0234 | WP |
| 74. | 11/27/2001 | Baguio | Gustin | | Email series to GG re: SPointe draft notice | E0235 | WP |
| 75. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio | Email series to HINSBERGER re: South Pointe meeting with Englewood's attorney | E0236-0240 | AC |
| 76. | 11/26/2001 | Gustin | Hinsberger | Maisonet | Email series to HINSBERGER re: South Pointe potential settlement | E0241-0243 | AC |
| 77. | 11/26/2001 | Gustin | Hinsberger | Maisonet | Email series to EH re: South Pointe potential settlement | E0244 | AC |
| 78. | 11/23/2001 | Czauski | Johnson | Patton<br>Gustin | Email series to Hannah Johnson re: Englewood Pleadings | E0245 | WP |
| 79. | 11/20/2001 | Gustin | Czauski | | Email series to Czauski re: Englewood Pleadings | E0246 | WP |
| 80. | 11/19/2001 | Gustin | Coleman | Thomas<br>Hinsberger<br>Suiter<br>Baguio | Email to VC re: Termination, Abatement and Notice | E0247-0248 | AC |
| 81. | 11/16/2001 | Patton | Gustin | | Email series to GG re: Preliminary Injunction Hearing | E0249 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 82. | 11/16/2001 | Gustin | Patton | | Email series to Patton re: Preliminary Injunction Hearing | E0250 | WP |
| 83. | 11/16/2001 | Patton | Gustin | | Email series to GG re: Preliminary Injunction Hearing | E0251 | WP |
| 84. | 11/16/2001 | Maisonet | Gustin | Paul Hinsberger<br>Patton<br>Thomas<br>Czauski<br>Baguio<br>Anderson<br>Suiter<br>Coleman | Email series to GG re: Preliminary Injunction Hearing | E0252-0253 | AC |
| 85. | 11/14/2001 | Hinsberger | Gustin | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to GG re: additional information concerning witness issues | E0254-0255 | AC |
| 86. | 11/14/2001 | Baguio | Gustin | | Email series to GG re: additional information concerning witness issues | E0256 | WP |
| 87. | 11/14/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to EH re: additional information concerning witness issues | E0257 | AC |
| 88. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Anderson<br>Mozdzierz<br>Baguio | Email series to AUSA re: Draft letter response to 11/6/2001 letter from Englewood's counsel | E0258 | WP |
| 89. | 11/13/2001 | Gustin | Hinsberger<br>Fisher | Gustin<br>Coleman<br>Thomas<br>Baguio<br>Maisonet | Email series to AUSA re: transfer of management at South Pointe | E0259-0260 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 90. | 11/9/2001 | Gustin | Donatelli | Baguio<br>Hinsberger<br>Maisonet<br>Coleman<br>Thomas<br>Anderson | Email series to AUSA re: South Pointe draft affidavit | E0261 | WP |
| 91. | 11/9/2001 | Gustin | Czauski | | Email series to Czauski re: litigation | E0262-0263 | WP |
| 92. | 11/8/2001 | Gustin | Maisonet | | Email series to MM re: litigation | E0264 | AC |
| 93. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to EH re: proposed South Pointe Letter and litigation | E0265 | AC |
| 94. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to EH re: proposed South Pointe Letter attorney comments | E0266-0267 | AC |
| 95. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Coleman<br>Thomas | Email series to MM re: proposed South Pointe Letter in response to letter from Englewood's counsel | E0268-0269 | AC |
| 96. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to GG re: proposed South Pointe Letter | E0270 | AC |
| 97. | 11/7/2001 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Donatelli<br>Patton | Email series to EH re: Call from AUSA | E0271 | AC |
| 98. | 11/6/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email series to AUSA re: South Pointe Litigation Strategy | E0272-0274 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 99. | 11/6/2001 | Gustin | Donatelli | Baguio | Email series to AUSA re: South Pointe Litigation Strategy | E0275-0277 | WP |
| 100. | 11/6/2001 | Patton | Gustin | | Email series to GG re: South Pointe Litigation Strategy | E0278-0281 | WP |
| 101. | 10/23/2001 | Maisonet | Hinsberger<br>Gustin<br>Baguio<br>Coleman | | Email series to EH re: South Pointe w/ e-mail from attorney | E0282 | AC |
| 102. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to GG re: South Pointe Meeting w/e-mail from attorney | E0283-0284 | AC |
| 103. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email series to AUSA re: South Pointe Strategy | E0285-0286 | WP |
| 104. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Thomas | Email to AUSA re: Englewood v. HUD et al. | E0287 | WP |
| 105. | 11/2/2001 | Maisonet | Bishop | Hinsberger<br>Coleman<br>Thomas<br>Gustin<br>Baguio<br>Suiter<br>Paul | Email series to Bishop re: South Pointe Alderman's Letter w/directive e-mail from attorney | E0288 | AC |
| 106. | 11/2/2001 | Gustin | Maisonet | Baguio<br>Suiter<br>Paul | Email to MM re: South Pointe Alderman's Letter | E0289 | AC |
| 107. | 11/1/2001 | Gustin | Hinsberger<br>Thomas | | Email series to EH re: litigation assistance | E0290 | AC |
| 108. | 11/1/2001 | Baguio | Gustin | Hinsberger<br>Maisonet<br>Thomas<br>Donatelli | Email series to GG re: South Pointe appearance | E0291 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 109. | 10/31/2001 | Gustin | Patton | Goldblatt<br>Baguio | Email series to Patton re: South Pointe litigation | E0292 | WP |
| 110. | 10/30/2001 | Baguio | Patton<br>Gustin | | Email to Patton re: South Pointe litigation | E0293 | WP |
| 111. | 10/30/2001 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Patton | Email to EH re: South Pointe litigation | E0294 | AC |
| 112. | 10/23/2001 | Baguio | Hinsberger | Gustin | Email series to EH re: South Pointe Tower mortgage application deficiency | E0295-0296 | AC |
| 113. | 10/23/2001 | Baguio | Hinsberger<br>Coleman | Maisonet<br>Gustin<br>Thomas | Email to EH re: South Pointe Letter concerning vouchers | E0297 | AC |
| 114. | 10/23/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe relocation | E0298 | WP |
| 115. | 10/16/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to EH re: South Pointe Letter to Opposing Counsel | E0299 | G |
| 116. | 10/15/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email series to EH re: South Pointe Letter to Opposing Counsel | E0300 | G |
| 117. | 10/15/2001 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email to EH re: South Pointe Meeting and Discussion of Default Letter | E0301-0303 | AC |
| 118. | 10/11/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to EH re: South Pointe requested meeting by Hayes's Attorney | E0304-0305 | AC |
| 119. | 10/11/2001 | Gustin | Baguio | | Email series to MB re: memo to file: South Pointe Vouchers | E0306 | WP |
| 120. | 10/11/2001 | Gustin | Gustin | | Email series to GG re: memo to file: South Pointe Vouchers | E0307 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 121. | 10/11/2001 | Coleman | Gustin | Hinsberger<br>Thomas<br>Maisonet<br>Baguio | Email series to GG re: South Pointe letter to project owner | E0308 | AC |
| 122. | 10/10/2001 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Thomas<br>Baguio | Email to EH re: South Pointe litigation threats | E0309 | AC |
| 123. | 10/10/2001 | Gustin | Baguio | | Email series to MB re: Call from John Hayes | E0310-0311 | WP |
| 124. | 10/10/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Coleman | Email to EH re: Protecting tenants | E0312 | AC |
| 125. | 10/9/2001 | Gustin | Baguio | | Email series to MB re: Call from John Hayes | E0313 | WP |
| 126. | 11/8/2001 | Gustin | Maisonet | | Email series to MM re: South Pointe Litigation | E0314 | AC |
| 127. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Coleman | Email series to EH re: Proposed South Pointe Letter To Englewood's Counsel | E0315 | AC |
| 128. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to EH re: Proposed South Pointe Letter To Englewood's Counsel | E0316-0317 | AC |
| 129. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Baguio<br>Coleman<br>Thomas | Email series to MM re: Proposed South Pointe Letter To Englewood's Counsel | E0318-0319 | AC |
| 130. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to GG re: Call from AUSA | E0320 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 131. | 11/7/2001 | Gustin | Hinsberger Maisonet | Baguio Coleman Donatelli Patton | Email to EH re: South Pointe litigation strategy | E0321 | AC |
| 132. | 10/31/2001 | Gustin | Maisonet Hinsberger | Baguio | Email series to MM re: South Pointe litigation schedule | E0322 | AC |
| 133. | 10/23/2001 | Maisonet | Hinsberger | Gustin Baguio Coleman | Email series to EH re: South Pointe w/directive e-mail from attorney | E0323 | AC |
| 134. | 10/23/2001 | Hinsberger | Baguio Gustin | Maisonet Coleman | Email series to MB re: South Pointe relocation and abatement | E0324 | AC |
| 135. | 10/15/2001 | Hinsberger | Gustin | Paul Thomas Maisonet Baguio Suiter Coleman | Email series to GG re: South Pointe Meeting with Englewood's Counsel | E0325-0326 | AC |
| 136. | 10/12/2001 | Gustin | Hinsberger | Maisonet Baguio | Email series to EH re: South Pointe vouchers | E0327 | AC |
| 137. | 10/11/2001 | Gustin | Baguio | Maisonet | Email series to MB re: E-mails concerning abatement needing review | E0328 | WP |
| 138. | 10/2/2001 | Gustin | Baguio | Maisonet | Email series to MB re: Draft Letter in response to Letter from Hayes | E0329-0330 | WP |
| 139. | 8/29/2001 | Gustin | Gustin | | Email series to GG re: Memo to File South Pointe flag | E0331 | WP |
| 140. | 7/20/2001 | Gustin | Suiter | | Email series to Suiter re: Amended FTR - South Pointe | E0332 | AC |
| 141. | 7/19/2001 | Suiter | Gustin | | Email series to GG re: Amended FTR - South Pointe amended team report | E0333 | AC |
| 142. | 7/13/2001 | Hinsberger | Hinsberger | Coleman Baguio Suiter | Email series to GG re: South Pointe purchase | E0334-0335 | AC |
| 143. | 7/13/2001 | Gustin | Hinsberger Coleman | Baguio Suiter | Email series to EH re: South Pointe renewal | E0336 | AC |
| 144. | 7/13/2001 | Baguio | Thomas | Gustin | Email series to Thomas re: South Pointe renewal | E0337 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 145. | 7/12/2001 | Baguio | Gustin | Suiter | Email series to GG re: South Pointe renewal | E0338 | WP |
| 146. | 5/16/2001 | Gustin | Baguio<br>Arnolds | | Email series to MB re: Draft Letter concerning South Pointe Default | E0339-0340 | WP |
| 147. | 5/16/2001 | Hinsberger | Maisonet | Thomas<br>Gray<br>Coleman<br>Gustin | Email series to MM re: Draft Letter South Pointe w/directive e-mail from attorney | E0341 | AC |
| 148. | 5/15/2001 | Gustin | Maisonet | Suiter<br>Paul<br>Arnolds<br>Baguio | Email to MM re: Draft Letter in response to Letter from John Hayes | E0342 | AC |
| 149. | 5/15/2001 | Gustin | Maisonet | Arnolds<br>Baguio<br>Paul<br>Suiter | Email to MM re: Draft Letter in response to Letter from John Hayes | E0343 | AC |
| 150. | 5/15/2001 | Maisonet | Gustin | Baguio<br>Arnolds<br>Paul<br>Suiter | Email series to GG re: Draft Letter in response to Letter from John Hayes | E0344 | AC |
| 151. | 5/15/2001 | Arnolds | Gustin | | Email series to GG re: Draft Letter | E0345 | WP |
| 152. | 5/15/2001 | Gustin | Maisonet | Baguio<br>Arnolds<br>Paul<br>Suiter | Email series to MM re: Draft Letter | E0346 | AC |
| 153. | 4/10/2001 | Maisonet | Gustin | | Email series to GG re: South Pointe Draft Response | E0347 | AC |
| 154. | 4/10/2001 | Gustin | Baguio | | Email series to MB re: South Pointe Draft Letter | E0348-0349 | WP |
| 155. | 4/9/2001 | Gustin | Maisonet<br>Baguio<br>Arnolds<br>Gustin | | Email to MB re: South Pointe HAP Default | E0350 | WP |
| 156. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to GG re: South Pointe default letter edits | E0351 | WP |
| 157. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to GG re: South Pointe default letter draft | E0352 | WP |