| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 158. | 1/24/2002 | Paul | Baguio | | Email to Baguio re: South Pointe questions | E0353 | AC |
| 159. | 10/25/2001 | Paul | Baguio | | Email series to Baguio re: Request for Documents concerning South Pointe Apts. | E0354 | AC |
| 160. | 2/04/2002 | Paul | Baguio | | Email to Baguio re: Amended FTR | E0355 | AC |
| 161. | 2/7/2002 | Gustin | Baguio | | Email series to Baguio re: South Pointe Letters | E0356 | WP |
| 162. | 3/28/2002 | Gustin | Baguio | | Email series to Baguio re: South Pointe Housing Court | E0357-0358 | WP |
| 163. | 5/28/2002 | Gustin | Baguio | | Email series to Baguio re: Congressional inquiry letter | E0359 | WP |
| 164. | 5/28/2002 | Maisonet | Baguio | | Email series to Baguio re: letter to residents | E0360 | AC |
| 165. | 7/2/2002 | Gustin | Donatelli | Baguio | Email to AUSA re: South Pointe Brief | E0361 | WP |
| 166. | 7/8/2002 | Paul | Baguio | | Email series to Baguio re: Letter re Sect 8 Payments to Atty Silverman | E0362 | AC |
| 167. | 7/10/2002 | Donatelli | Baguio | | Email to Baguio re: South Pointe clarification concerning Preliminary Injunction | E0363 | WP |
| 168. | 7/11/2002 | Donatelli | Baguio | | Email to Baguio re: South Pointe status and the need for communications to occur between counsel | E0364-0365 | WP |
| 169. | 8/21/2002 | Paul | Baguio | | Email series to Baguio re: South Pointe overbillings | E0366 | AC |
| 170. | 9/3/2002 | Gustin | Donatelli<br>Baguio | | Email series to AUSA re: South Pointe meeting to discuss claims | E0367-0369 | WP |
| 171. | 10/8/2002 | Gustin | Baguio | | Email to Baguio re: renewal | E0370 | WP |
| 172. | 10/8/2002 | Gustin | Baguio | | Email series to Baguio re: renewal | EE0371 | WP |
| 173. | 10/10/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe litigation threats | E0372-0373 | WP |
| 174. | 10/22/2001 | Baguio | Hinsberger<br>Coleman | Maisonet | Email to Hinsberger re: South Pointe draft letter to owner | E0374 | AC |
| 175. | 1/25/2002 | Baguio | Paul | | Email series to Paul re: More South Pointe questions | E1637 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 176. | 6/11/2002 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Thomas<br>Coleman | E-mail to AUSA re: South Pointe Litigation w/ handwritten notations | E0375-0378 | WP |
| 177. | 6/24/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Baguio<br>Patton | E-mail to AUSA re: South Pointe settlement conference from Friday | E0379-0380 | WP |
| 178. | 6/24/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Anderson<br>Patton<br>Baguio | E-mail to EH re: 6/27 South Pointe prelim. Inj. Cancelled | E0381 | AC |
| 179. | 11/05/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet<br>Donatelli | E-mail series to EH re: Request of Info on South Pointe | E0382 | AC |
| 180. | 02/10/2000 | Massman | Suiter<br>Harris | Goldblatt<br>Christopher<br>Jones | E-mail to Suiter re: HQ Legal review of South Pointe Team Report | E0383 | AC |
| 181. | 12/18/2001 | Gustin | Donatelli<br>Baguio | | E-mail series to DOJ re: Englewood v. HUD et. al. | E0384 | WP |
| 182. | 12/18/2001 | Donatelli | Gustin | | E-mail to Gustin re: Englewood v. HUD et. al. | E0385 | WP |
| 183. | 12/18/2001 | Gustin | Hinsberger | Maisonet<br>Coleman | E-mail series to EH re: Englewood v. HUD et. al. | E0386 | AC |
| 184. | 12/18/2001 | Hinsberger | Gustin | Maisonet<br>Coleman | E-mail series to Gustin re: Englewood v. HUD et. al. | E0387 | AC |
| 185. | 12/18/2001 | Gustin | Donatelli | Baguio | E-mail to DOJ re: Englewood v. HUD et. al. | E0388 | WP |
| 186. | 01/22/2004 | Donis | Baguio<br>Gustin | | Fax cover and transmittal to MB and GG re: Englewood response to motion | E0389-0400 + 1 page not stamped | WP |
| 187. | 02/27/2004 | Gustin | Geary | | Memo w/attachments to OIG referring South Pointe (prepared by Salvati) | E0401-0454 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 188. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Coleman | E-mail series to MM re: New Englewood assignment | E0455-0456 | AC |
| 189. | 11/10/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | Maisonet<br>Baguio<br>Pollock | E-mail series re: Englewood Terrace ownership transfer | E0457-0458 | AC |
| 190. | 10/31/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Baguio | E-mail to EH re: Draft Englewood response letter | E0459-0460 | AC |
| 191. | 10/10/2003 | Maisonet | Weidenfeller<br>White | Herold<br>Gustin<br>Minor | E-mail to OGC HQ re: October 8, 2003 letter from Samuelson | E0461-0462 | AC |
| 192. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | E-mail series to Gustin re: October 8, 2003 Letter from Samuelson | E0463 | AC |
| 193. | 12/03/2003 | (Anderson?) | | | Handwritten notes of conference call w/ HUD counsel re: mortgage | E0464-0467 | O |
| 194. | 11/18/2002 | Strobel | Szybist<br>Hinsberger<br>Anderson | Muller | E-mail series to OGC and EH re: Englewood Terrace closing | E0468-0469 | O |
| 195. | 12/03/2003 | Strobel | Anderson | Tessler<br>Neboyskey<br>Hinsberger<br>Anderson<br>Fisher<br>Jenkins | E-mail series to MA re: Important Business Points | E0470-0472 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 196. | 10/27/2003 | Gustin | Coleman | Cole<br>Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Anderson | E-mail series to Veronica Coleman re: Englewood Terrace Correspondence | E0473-0474 | AC |
| 197. | 12/9/2003 | Gustin | Coleman | Pollock<br>Salvatia<br>Mozdzierz | E-mail series to Veronica Coleman re: New Englewood Terrace – OIG Meeting | E0475-0479 | AC |
| 198. | 12/10/2003 | Coleman | Gustin | Pollock<br>Salvati<br>Mozdzierz | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E0480-0484 | AC |
| 199. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace | E0485-0486 | AC |
| 200. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood | E0487-0501 | AC |
| 201. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E0502 | AC |
| 202. | 1/27/2004 | Pollock | Gustin<br>Baguio | Bruce<br>Salvati | Email to Gustin re: New Englewood Terrace | E0503 | W |
| 203. | 1/29/2004 | Salvati | Baguio | | Email to Baguio re: New Englewood Terrace | E0504 | W |
| 204. | 1/29/2003 | Baguio | Salvati | | Email series to Salvati re: New Englewood Terrace | E0505 | W |
| 205. | 2/6/2004 | Baguio | Salvati | Pollock | Email to Salvati re: DSSA properties | E0506 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 206. | 2/6/2004 | Salvati | Pollock | | Email to Pollock re: New Englewood Terrace OIG Referral Letter | E0507 | W |
| 207. | 2/10/2004 | Salvati | Baguio | | Email to Baguio re: DSSA Management – Waukegan Terrace | E0508 | W |
| 208. | 2/10/2004 | Salvati | Pollock | | Email to Pollock re: New Englewood Terrace Referral Memo | E0509 | W |
| 209. | 2/18/2004 | Pollock | Baguio<br>Salvati | | Email to Baguio re: New Englewood | E0510 | W |
| 210. | 2/18/2004 | Salvati | Pollock | | Email series to Pollock re: New Englewood | E0511 | W |
| 211. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E0512-0513 | AC |
| 212. | 2/24/2004 | Pollock | Baguio | Salvati | Email to Baguio re: NET | E0514 | W |
| 213. | 2/26/2004 | Salvati | Merritt | Pollock<br>Coleman | Email to Merritt re: Immediate Information Request re Sunnyside Apartment (related to OIG referral on SPointe) | E0515 | W |
| 214. | 3/3/2004 | Pollock | Salvati | Baguio | Email series to Baguio (inadvertently directed to Salvati) re: Wireless Message | E0516 | W |
| 215. | 3/30/2004 | Gustin | Patsios | Akhtar<br>Pollock<br>Baguio<br>Salvati | Email series to Sophia Patsios re: New Englewood Terrace (NEC) | E0517 | W |
| 216. | 4/5/2004 | Salvati | Baguio | | Email series to Baguio re: New Englewood Terrace/Northwest Tower OIG Meeting | E0518 | W |
| 217. | 4/5/2004 | Gustin | Hinsberger<br>Pollock<br>Salvati<br>Baguio<br>Colman | | Email series to Hinsberger re: New Englewood Terrace/Northwest Tower OIG Meeting | E0519 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 218. | 4/7/2004 | Baguio | Gustin<br>Hinsberger<br>Coleman<br>Pollock<br>Salvati | Patsios<br>Akhtar | Email to Gustin re: Englewood Terrace/Northwest Tower Meeting | E0520 | W |
| 219. | 4/14/2004 | Patsios | Salvati | | Email to Salvati re: New Englewood Terrace | E0521 | W |
| 220. | 4/14/2004 | Salvati | Patsios | | Email series to Patsios re: New Englewood Terrace | E0522 | W |
| 221. | 7/1/2004 | Salvati | Pollock | | Email to Pollock re: NET referral memo | E0523 | W |
| 222. | 7/27/2004 | Salvati | Pollock | Baguio | Email to Pollock re: NET OIG Referral Update Memo | E0524 | W |
| 223. | 8/12/2004 | Pollock | Suiter | Baguio<br>Gustin<br>Salvati | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace (re OIG investigation) | E0525-0526 | W |
| 224. | 8/12/2004 | Salvati | Patsios | Baguio | Email to Patsios re: Pre-Modified TPA Expenditures Spreadsheet | E0527 | W |
| 225. | 8/16/2004 | Anderson | Gustin | Pollock<br>Salvati<br>Geary<br>Hinsberger | Email series to Gustin re: Important Business Points | E0528-0533 | AC |
| 226. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe | E0534-0540 | AC |
| 227. | 8/18/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0541 | W |
| 228. | 8/18/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0542 | W |
| 229. | 8/20/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Baguio<br>Pollock<br>Suiter<br>Salvati | Email series to Hinsberger re: Englewood Terrace Motion to Reconsider | E0543 | AC |
| 230. | 8/24/2004 | Salvati | Anderson | Gustin<br>Baguio<br>Pollock | Email to Anderson re: Englewood Terrace LP | E0544 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 231. | 8/24/2004 | Salvati | Patsios | Pollock<br>Baguio<br>Gustin | Email to Patsios re: Englewood Terrace LP | E0545 | W |
| 232. | 8/25/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0546 | W |
| 233. | 8/25/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0547 | W |
| 234. | 8/25/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0548 | W |
| 235. | 8/26/2004 | Anderson | Salvati | Gustin<br>Pollock<br>Baguio | Email series to Salvati re: Englewood Terrace LP | E0549 | W |
| 236. | 8/26/2004 | Gustin | Anderson | Pollock<br>Salvati<br>Baguio | Email series to Anderson re: Englewood Terrace LP | E0550 | W |
| 237. | 8/26/2004 | Gustin | Patsios | Geary<br>Salvati<br>Pollock<br>Baguio | Email series to Patsios re: Englewood Terrace LP | E0551 | W |
| 238. | 9/8/2004 | Salvati | Patsios | | Email to Patsios re: NET | E0552 | W |
| 239. | 9/10/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0553 | W |
| 240. | 9/10/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0554 | W |
| 241. | 9/10/2004 | Salvati | Patsios | | Email to Patsios re: NET | E0555 | W |
| 242. | 8/18/2004 | Gustin | Strobel | | Email series to Strobel re: New Englewood Terrace/South Pointe litigation | E0556-0559 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 243. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suite<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe litigation | E0560 | AC |
| 244. | 8/17/2004 | Gustin | Pompa<br>Berkec | | Email series to Strobel re: New Englewood Terrace/South Pointe litigation | E0561-0562 | WP |
| 245. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe litigation | E0563-0569 | AC |
| 246. | 1/25/2002 | Baguio | Paul | | Email series to Catherine Paul re: More South Pointe questions | E0570 | AC |
| 247. | 1/4/2002 | Gustin | Hinsberger<br>Maisonet<br>Donatelli | Coleman<br>Suiter<br>Paul<br>Thomas<br>Baguio | Email to Hinsberger re: South Pointe Appeal Denial Letter | E0571 | G |
| 248. | 11/15/2001 | Gustin | Patton | Maisonet<br>Baguio<br>Czauski<br>Hinsberger<br>Thomas<br>Coleman<br>Anderson<br>Suiter<br>Paul | Email to Patton re: South Point Preliminary Injunction Hearing | E0572 | WP |
| 249. | 3/28/2002 | Gustin | Thomas | Coleman<br>Hinsberger<br>Paul<br>Pollock | Email to Thomas re: South Point Housing Court | E0573 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 250. | 11/5/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet<br>Donatelli | Email series to Hinsberger re: Request for Info on South Pointe | E0574 | AC |
| 251. | 10/31/2001 | Hinsberger | O'Conner | Anderson<br>Maisonet | Email series to O'Connor re: South Pointe (forwarding witness availability info per atty. direction) | E0575 | WP |
| 252. | 10/5/2004 | Hinsberger | Anderson<br>Coleman<br>Thomas<br>Tessler<br>Gray<br>McMahon | | Email series to Anderson re: South Pointe CFC litigation (conveying atty. direction) | E0576 | WP |
| 253. | 9/21/2004 | Thomas | Baguio | Gustin<br>Coleman<br>Gray | Email series to Baguio re: South Pointe notice of disposition | E0577 | AC |
| 254. | 9/21/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Maisonet<br>Patton | Email series to Hinsberger re: South Pointe and New Englewood Terrace discovery issues | E0578 | AC |
| 255. | 8/31/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Patton | Email series to Hinsberger re: August 31, 2004 Order | E0579-0581 | AC |
| 256. | 8/30/2004 | Gustin | Hinsberger<br>Thomas | Coleman<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Answers | E0582-0605 | AC |
| 257. | 8/27/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Gustin<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Answers | E0606 | AC |
| 258. | 8/25/2004 | Gustin | Berkec<br>Thomas | Baguio<br>Coleman | Email series to Berkec re: A few More Complaint Answers for MF | E0607-0610 | WP |
| 259. | 8/24/2004 | Gustin | Coleman | Hinsberger<br>Berkec<br>Baguio | Email series to Coleman re: Englewood allegations | E0611-0613 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 260. | 6/2/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | | Email series to Hinsberger re: South Pointe Towers VMIP | E0614-0627 | O |
| 261. | 6/1/2004 | Maisonet | Coleman | | Email series to Coleman re: South Pointe Towers VMIP | E0628-0629 | O |
| 262. | 6/1/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Towers VMIP | E0630-0631 | O |
| 263. | 5/19/2004 | Hinsberger | Baguio | Gustin<br>Pollock<br>Anderson<br>Braggs<br>Stark<br>Coleman | Email to Baguio re: South Pointe Towers VMIP | E0632 | O |
| 264. | 5/18/2004 | Anderson | Hinsberger<br>Baguio<br>Coleman<br>Thomas<br>Tessler | | Email to Hinsberger re: South Pointe MIP Memo | E0633-0636 | O |
| 265. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: South Pointe Tower city issues | E0637-0638 | O |
| 266. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E0639-0642 | O |
| 267. | 2/19/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe HAP meeting to discuss litigation | E0643-0645 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 268. | 12/19/2004 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood, draft motion | E0646-0660 | AC |
| 269. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | | Email to Hinsberger re: New Englewood Terrace meeting results | E0661 | AC |
| 270. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E0662-0664 | AC |
| 271. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: SPointe HAP chronology | E0665-0666 | WP |
| 272. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Baguio<br>Coleman<br>Thomas | Email series Anderson re: SPointe HAP chronology | E0667-0669 | AC |
| 273. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0670-0675 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 274. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Brad Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0676-0677 | W |
| 275. | 12/9/2003 | Anderson | Gustin | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E0678-0681 | O |
| 276. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0682-0683 | W |
| 277. | 2/6/2004 | Thomas | Salvati<br>Coleman | Pollock<br>Baguio | Email series to Salvati re: New Englewood Terrace settlement | E0684 | W |
| 278. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood draft motion | E0685-0699 | AC |
| 279. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0700-0705 | AC |
| 280. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E0706-0709 | AC |
| 281. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E0710-0714 | AC |
| 282. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0715-0716 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 283. | 11/24/2003 | Anderson | Gustin | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: Englewood: Memo to File, re: litigation | E0721 | AC |
| 284. | 11/21/2003 | Gustin | Gustin | Baguio<br>Donis<br>Hinsberger<br>Anderson<br>Coleman | Email to Gustin re: Englewood: Memo to File, re: litigation | E0722 | AC |
| 285. | 10/31/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman | Galvan<br>Maisonet<br>Minor | Email series to Hinsberger re: Englewood Terrace v. US | E0723 | O |
| 286. | 10/17/2003 | Anderson | Strobel | Hinsberger<br>Coleman | Email to Strobel re: South Pointe aka New Englewood Terrace transfer discussion | E0724 | O |
| 287. | 10/15/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson<br>Galvan<br>Bishop<br>Heaney | Minor<br>Maisonet<br>Baguio<br>Patton<br>Berkec | Email series to Hinsberger re: Englewood Terrace litigation | E0725-0726 | O |
| 288. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Harold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E0727-0729 | O |
| 289. | 10/14/2003 | Gustin | Heaney | Hinsberger<br>Coleman | Email series to Heaney re: October 8, 2003 Letter from Don S. Samuelson | E0730-0732 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 290. | 10/14/2003 | Gustin | Maisonet | Minor<br>Weidenfeller<br>Herold<br>White<br>Hinsberger<br>Coleman<br>Galvan<br>Bishop<br>Baguio<br>Patton | Email series to Maisonet re: October 8, 2003 Letter from Don S. Samuelson | E0733-0735 | AC |
| 291. | 12/11/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | Email to Hinsberger re: New Englewood Terrace meeting results | E0736 | W |
| 292. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace meeting results | E0737-0738 | W |
| 293. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson | Baguio | Email series to Coleman re: New Englewood Terrace CFC Litigation | E0739-0742 | AC |
| 294. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0743-0748 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 295. | 2/4/2004 | Gustin | Hinsberger<br>Pollock | Geary<br>Thomas<br>Akhtar<br>Baguio | Email series to Hinsberger re: New Englewood Terrace – update | E0749 | W |
| 296. | 2/5/2004 | Pollock | Gustin | Geary<br>Hinsberger<br>Thomas<br>Baguio<br>Akhtar | Email series to Gustin re: New Englewood Terrace – update | E0750-0751 | W |
| 297. | 2/6/2004 | Salvati | Thomas | | Email series to Thomas re: New Englewood Terrace (OIG investigation) | E0752 | W |
| 298. | 2/12/2004 | Gustin | Hinsberger<br>Coleman<br>Thomas | Baguio<br>Berkec<br>Pollock | Email series to Hinsberger re: Englewood brief | E0753-0754 | AC |
| 299. | 2/12/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Berkec<br>Gustin | Email series to Hinsberger re: Englewood brief | E0755-0756 | AC |
| 300. | 2/13/2004 | Gustin | Berkec | Baguio<br>Coleman<br>Thomas<br>Hinsberger | Email series to Berkec re: South Point HAP Chronology | E0757 | WP |
| 301. | 2/17/2004 | Berkec | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: South Point HAP Chronology | E0758-0759 | WP |
| 302. | 2/17/2004 | Baguio | Berkec | Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Berkec re: South Point HAP Chronology | E0760-0761 | WP |
| 303. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Thomas<br>Coleman<br>Berkec | Email series to Anderson re: South Point HAP Chronology | E0762-0764 | AC |
| 304. | 2/17/2004 | Gustin | Thomas | Baguio | Email series to Thomas re: South Pointe HAP | E0765 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 305. | 2/17/2004 | Gustin | Berkec | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Berkec re: South Point HAP Chronology | E0766-0767 | WP |
| 306. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: South Point HAP Chronology | E0768-0769 | WP |
| 307. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Coleman<br>Baguio<br>Thomas | Email series to Anderson re: South Point HAP Chronology | E0770-0772 | AC |
| 308. | 2/17/2004 | Anderson | Hinsberger | Gustin<br>Thomas<br>Baguio<br>Taylor | Email series to Gustin (inadvertently directed to Hinsberger) re: South Point HAP Chronology | E0773-0775 | AC |
| 309. | 6/14/2002 | Coleman | Hinsberger | Gustin<br>Thomas<br>Maisonet<br>Anderson | Email series to Gustin (inadvertently directed to Hinsberger) re: Flag appeal | E0776-0778 | AC |
| 310. | 6/26/2002 | Coleman | Gustin<br>Maisonet<br>Thomas | | Email to Gustin re: South Pointe call from tenant | E0779 | AC |
| 311. | 6/26/2002 | Coleman | Gustin | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe voucher notice | E0780-0781 | AC |
| 312. | 7/1/2002 | Coleman | Gustin<br>Mozdzierz<br>Pollock | Thomas | Email to Gustin re: PM One DEC reports | E0782 | AC |
| 313. | 7/2/2002 | Coleman | Thomas | | Email series to Thomas re: South Pointe Letter concerning reimbursements | E0783 | AC |