| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 314. | 7/2/2002 | Coleman | Mozdzierz | Gray<br>Gustin<br>Thomas<br>Suiter | Email series to Mozdzierz re: PM One (responsive to atty. inquiry) | E07840785 | AC |
| *315.* | | | | | *Blank: document produced* | *E0786-0789* | *Produced* |
| *316.* | | | | | *Blank: document produced* | *E0790* | *Produced* |
| *317.* | | | | | *Blank: document produced* | *E0791* | *Produced* |
| 318. | 10/23/2001 | Baguio | Hinsberger<br>Coleman | Maisonet<br>Gustin<br>Thomas | Email to Hinsberger re: South Pointe Letter | E0792-0794 | G |
| 319. | 10/23/2001 | Baguio | Thomas | | Email series to Thomas re: attendance at Oct 18 meeting | E0795 | AC |
| 320. | 5/29/2002 | Baguio | Hinsberger | Gustin<br>Thomas<br>Maisonet | Email series to Hinsberger re: Very Rough Draft | E0796 | AC |
| 321. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: South Pointe update since 1/02 | E0797 | AC |
| 322. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: Quick clarification concerning vouchers | E0798 | AC |
| 323. | 7/8/2002 | Baguio | Paul | Thomas | Email series to Paul re: Letter re Sec 8 Payments to Atty Silverman | E0799-0802 | AC |
| 324. | 7/8/2002 | Baguio | Gustin | Paul<br>Gray<br>Hinsberger<br>Thomas<br>Donatelli<br>Pollock<br>Maisonet<br>Coleman | Email series to Gustin re: Letter re Sec 8 Payments to Atty Silverman | E0803-0805 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 325. | 7/11/2002 | Baguio | Gustin<br>Maisonet<br>Hinsberger<br>Coleman<br>Paul<br>Thomas | | Email to Gustin re: South Pointe status | E0806 | WP |
| 326. | 7/11/2002 | Baguio | Maisonet | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Maisonet re: South Pointe status | E0807-0808 | AC |
| 327. | 4/29/2002 | Gustin | Thomas | | Email series to Thomas re: South Pointe Tower Status Report | E0809 | AC |
| *328.* | | | | | *Blank: document produced* | *E0810* | *Produced* |
| 329. | 11/2/2001 | Donatelli | Gustin<br>Baguio | | Fax to Gustin and Baguio re: Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E0811-0813 | WP |
| 330. | 11/7/2001 | Donatelli | Gustin<br>Baguio | | Fax to Gustin and Baguio re: Letter dated 11/6/01 in Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E0814-0815 | WP |
| 331. | 12/5/2001 | Donatelli | Gustin | | Fax to Gustin and Baguio re: Letter in Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E08160819 | WP |
| 332. | 5/19/2004 | Baguio | Pollock | Baguio | Email series to Pollock re: South Pointe with Baguio's handwritten notations | E0820 | W |
| 333. | 10/16/2003 | Gustin | Berkec | | Email series to Berkec re: Building Permits | E0821 | W |
| 334. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock<br>Berkec | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9. | E0822-0823 | W |
| 335. | 12/11/2003 | Gustin | Baguio<br>Berkec | | Email series to Baguio re: Copy of Letter re Englewood Terrace | E0824 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 336. | 10/5/2004 | Hinsberger | Anderson<br>Coleman<br>Thomas<br>Tessler<br>Gray<br>McMahon | | Email series to Anderson re: South Pointe CFC litigation (conveying attorney direction) | E0825 | WP |
| 337. | 9/21/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Donis<br>Maisonet<br>Patton | Email series to Hinsberger re: Discovery: South Pointe and New Englewood Terrace | E0826 | AC |
| 338. | 9/8/2004 | Gustin | Anderson | Hesselton<br>Rhodes<br>Milaniak | Email series to Anderson re: New Englewood response to inquiry | E0827-0828 | AC |
| 339. | 9/7/2004 | Gustin | Anderson | Hinsberger<br>Baguio | Email series to Anderson re: New Englewood rental issue | E0829-0830 | AC |
| 340. | 8/31/2004 | Gustin | Hinsberger<br>Coleman | Baguio<br>Patton<br>Minor | Email series to Hinsberger re: August 31, 2004 Order South Pointe | E0831 | AC |
| 341. | 8/31/2004 | Hinsberger | Anderson<br>Thomas | | Email series to Anderson re: South Pointe Answers (conveying attorney direction) | E0832 | WP |
| 342. | 8/26/2004 | Gustin | Anderson | Pollock<br>Salvati<br>Baguio | Email series to Anderson re: Englewood Terrace LP ownership | E0833 | W |
| 343. | 8/24/2004 | Salvati | Anderson | Gustin<br>Baguio<br>Pollock | Email series to Anderson re: Englewood Terrace LP (OIG investigation) | E0834 | W |
| 344. | 8/23/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Minor<br>Patton<br>Baguio<br>Berkec<br>Pollock<br>Suiter | Email series to Hinsberger re: Englewood draft motion | E0835-0836 | AC |
| 345. | 8/20/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Baguio<br>Pollock<br>Suiter<br>Salvati | Email series to Hinsberger re: Englewood Terrace Motion to Reconsider | E0837 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 346. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe | E0838-0840 | O |
| 347. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe | E0841-0847 | O |
| 348. | 7/27/2004 | Gustin | Braggs | Braggs<br>Miller<br>Minor<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Golrick<br>Baguio<br>Anderson<br>Pompa | Email series to Braggs re: South Pointe Assignment | E0848-0850 | O |
| 349. | 6/15/2004 | Gustin | Anderson | Hinsberger<br>Kraler<br>Baguio<br>Ahmad | Email series to Anderson re: Final Construction Approvals at NET | E0851-0852 | O |
| 350. | 6/9/2004 | Strobel | Anderson | Hinsberger | Email series to Anderson re: South Pointe final funding proposal | E0853-0857 | O |
| 351. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0858-0860 | O |
| 352. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0861-0863 | O |
| 353. | 6/1/2004 | Strobel | Gustin | Anderson<br>Hinsberger | Email series to Gustin re: Completion of Construction at NET | E0864-0865 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 354. | 5/28/2004 | Gustin | Hinsberger | Anderson<br>Baguio | Email to series Hinsberger re: South Pointe VMIP | E0866-0867 | O |
| 355. | 5/19/2004 | Hinsberger | Baguio | Gustin<br>Pollock<br>Anderson<br>Braggs<br>Stark<br>Coleman | Email to Baguio re: South Pointe VMIP | E0868 | O |
| 356. | 5/19/2004 | Baguio | Anderson | | Email series to Anderson re: South Pointe | E0869 | O |
| 357. | 5/19/2004 | Baguio | Hinsberger | Anderson<br>Gustin<br>Pollock | Email series to Hinsberger re: South Pointe VMIP | E0870 | O |
| 358. | 5/18/2004 | Baguio | Braggs<br>Pompa | Miller<br>Gustin<br>Pollock<br>Hinsberger<br>Anderson<br>Salvati<br>Donis<br>Patton<br>Bolton<br>Maisonet | Email to Braggs re: South Pointe/Englewood Terrace FHA #071-35696 | E0871 | O |
| 359. | 5/18/2004 | Baguio | Anderson | | Email to Anderson re: South Pointe MIP memo | E0872 | O |
| 360. | 5/14/2004 | Miller | Hinsberger | Anderson<br>Wilson<br>Golrick | Email series to Hinsberger re: NET (South Point) conveying HQ Legal direction | E0873-0875 | STET |
| 361. | 8/16/2004 | Anderson | Gustin | Pollock<br>Salvati<br>Geary<br>Hinsberger | Email series to Gustin re: Important Business Points | E0876-0881 | W |
| 362. | 6/17/2004 | Gustin | Maisonet | Baguio | Email series to Maisonet re: Question | E0882 | O |
| 363. | 6/15/2004 | Gustin | Anderson | Hinsberger<br>Kraler<br>Baguio<br>Ahmad | Email series to Anderson re: Final Construction Approvals at NET | E0883-0891 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| *364.* | | | | | *Blank: document produced* | *E0892* | *Produced* |
| 365. | 12/10/2003 | Coleman | Gustin | Pollock<br>Salvati<br>Mozdzierz | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E0893-0895 | W |
| 366. | 8/11/2004 | Pollock | Gustin | Baguio<br>Suiter | Email to Gustin re: South Point a/k/a New Englewood Terrace litigation staffing | E0896 | AC |
| 367. | 8/25/2004 | Gustin | Berkec<br>Thomas | Baguio<br>Coleman | Email series to Berkec re: A few More Complaint Answers for MF | E0897-0900 | WP |
| 368. | 8/25/2004 | Berkec | Gustin | | Email series to Gustin re: A few More Complaint Answers for MF | E0901-0904 | WP |
| 369. | 8/18/2004 | Gustin | Wawzenski | Baguio | Email series to Wawzenski re: New Englewood Terrace/South Pointe | E0905-0910 | O |
| 370. | 8/18/2004 | Gustin | Ling | | Email series to Ling re: New Englewood Terrace/South Pointe | E0911-0914 | O |
| 371. | 8/18/2004 | Gustin | Strobel | | Email series to Strobel re: New Englewood Terrace/South Pointe | E0915-0919 | O |
| 372. | 8/18/2004 | Gustin | Wawzenski | Donis<br>Baguio | Email series to Wawzenski re: New Englewood Terrace/South Pointe | E0920-0923 | O |
| 373. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe | E0924-0926 | O |
| 374. | 8/18/2004 | Pompa | Gustin | Berkec | Email series to Gustin re: New Englewood Terrace/South Pointe | E0927-0929 | O |
| 375. | 8/17/2004 | Gustin | Pompa<br>Berkec | | Email series to Pompa re: New Englewood Terrace/South Pointe | E0930-0931 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 376. | 8/17/2004 | Gustin | Pompa | Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Berkec | Email series to Pompa re: New Englewood Terrace/South Pointe | E0932-0933 | O |
| 377. | 8/17/2004 | Gustin | Pompa | Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter | Email series to Pompa re: New Englewood Terrace/South Pointe | E0934-0935 | O |
| 378. | 8/16/2004 | Gustin | Braggs | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock | Email series to Braggs re: New Englewood Terrace/South Pointe | E0936 | O |
| 379. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET /South Pointe strategy | E0937-0943 | AC |
| 380. | 8/13/2004 | Baguio | Gustin | Berkec | Email series to Gustin re: 2530 flag letter for NET (South Pointe) | E0944 | WP |
| 381. | 8/12/2004 | Gustin | Gustin | | Wireless message to Gustin forward of message to Patton | E0945 | WP |
| 382. | 8/12/2004 | Gustin | Gustin | | Wireless message to Gustin re: theory | E0946 | WP |
| 383. | 8/12/2004 | Baguio | Gustin<br>Patton | | Email message to Gustin re: South Pointe decision | E0947-0948 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 384. | 8/12/2004 | Pollock | | | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace relative to OIG referral | E0949-0950 | W |
| 385. | 8/12/2004 | Gustin | Minor | | Email series to Minor re: South Pointe decision | E0951 | WP |
| 386. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace | E0952 | AC |
| 387. | 8/11/2004 | Berkec | Baguio<br>Gustin | | Email to Baguio re: South Pointe | E0953 | WP |
| 388. | 6/21/2004 | Gustin | Strobel | Ling<br>Baguio | Email series to Strobel re: Mechanics Liens | E0954-0960 | O |
| 389. | 6/21/2004 | Strobel | Gustin | Ling | Email series to Gustin re: Mechanics Liens | E0961-0966 | O |
| 390. | 6/21/2004 | Gustin | Patton | Baguio<br>Massouras<br>Strobel | Email series to Patton re: Mechanics Liens | E0967-0972 | O |
| 391. | 6/21/2004 | Patton | Gustin | Baguio<br>Massouras | Email series to Gustin re: Mechanics Liens | E0973-0977 | O |
| 392. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0978-0980 | O |
| 393. | 6/4/2004 | Gustin | Hinsberger | Baguio<br>Anderson | Email series to Hinsberger re: South Pointe, Duffy, etc. | E0981-0986 | O |
| 394. | 6/4/2004 | Hinsberger | Smith | Hinsberger<br>Anderson<br>Baguio | Email series to Gustin re: South Pointe, Duffy, etc. | E0987-0988 | O |
| 395. | 6/4/2004 | Gustin | Hinsberger | Baguio<br>Anderson | Email series to Hinsberger re: South Pointe, Duffy, etc. | E0989-0990 | O |
| 396. | 6/3/2004 | Coleman | Gustin | | Email series to Gustin re: South Pointe Towers VMIP | E0991-0997 | O |
| 397. | 6/2/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | | Email series to Hinsberger re: South Pointe Towers VMIP | E0998-1004 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 398. | 6/1/2004 | Gustin | Strobel | Hinsberger Anderson | Email series to Strobel re: The Completion of Construction at NET | E1005-1006 | O |
| 399. | 6/1/2004 | Strobel | Gustin | Anderson Hinsberger | Email series to Gustin re: The Completion of Construction at NET | E1007-1008 | O |
| 400. | 6/1/2004 | Gustin | Hinsberger | Anderson Baguio Strobel Pollock | Email series to Hinsberger re: The Completion of Construction at NET | E1009-1010 | O |
| 401. | 6/1/2004 | Hinsberger | Gustin | Baguio Anderson Coleman | Email to Gustin re: South Pointe Towers VMIP | E1011-1012 | O |
| 402. | 5/28/2004 | Gustin | Hinsberger | Anderson Baguio | Email series to Hinsberger re: South Pointe Towers VMIP | E1013-1014 | O |
| 403. | 5/28/2004 | Baguio | Gustin | | Email series to Gustin re: South Pointe Towers VMIP | E1015-1016 | O |
| 404. | 5/28/2004 | Baguio | Gustin | | Email to Gustin re: email to Smith on South Pointe Towers VMIP | E1017 | O |
| 405. | 5/21/2004 | Baguio | Gustin Patton | | Email series to Gustin re: South Pointe/Englewood Terrace FHA #071-35696 | E1018-1019 | WP |
| 406. | 5/19/2004 | Baguio | Hinsberger | Anderson Gustin Pollock | Email to Hinsberger re: South Pointe Towers VMIP | E1020 | O |
| 407. | 4/8/2004 | Baguio | Gustin | | Email series to Gustin re: 071-35696 South Pointe Apts. (aka NET) | E1021-1022 | O |
| 408. | 4/8/2004 | Baguio | Bridges | Hinsberger Gustin | Email series to Ulyses Bridges re: Update on New Englewood Terrace | E1023 | O |
| 409. | 4/8/2004 | Bridges | Baguio | Hinsberger Gustin | Email series to Baguio re: Update on New Englewood Terrace | E1024 | O |
| 410. | 4/7/2004 | Baguio | Bridges | Hinsberger Gustin | Email to Bridges re: Update on New Englewood Terrace | E1025 | O |
| 411. | 4/1/2004 | Baguio | Donis | Gustin Patton | Email to Donis re: New Englewood Fax | E1026 | WP |
| 412. | 3/30/2004 | Gustin | Patsios | Akhtar Pollock Baguio Salvati | Email series to Patsios re: New Englewood Terrace (NEC) | E1027 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 413. | 3/25/2004 | Strobel | Hinsberger | Gustin | Email series to Hinsberger re: South Pointe | E1028 | O |
| 414. | 3/19/2004 | Baguio | Donis<br>Patton | Hinsberger<br>Gustin | Email series to Donis re: New Englewood Terrace (NEC) – Counsel Consent | E1029-1030 | WP |
| 415. | 3/11/2004 | Maisonet | Salvati<br>Pollock<br>Baguio<br>Gustin | | Email to Salvati re: NET Referral to OIG | E1031 | W |
| 416. | 3/9/2004 | Baguio | Donis | Patton<br>Gustin | Email to Donis re: Englewood Terrace | E1032 | WP |
| 417. | 3/8/2004 | Baguio | Minor | Gustin | Email series to Minor re: Englewood | E1033 | WP |
| 418. | 3/4/2004 | Maisonet | Gustin | | Email series to Gustin re: Englewood | E1034 | AC |
| 419. | 3/4/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1035 | WP |
| 420. | 3/4/2004 | Gustin | Minor | | Email series to Minor re: Englewood | E1036 | WP |
| 421. | 3/4/2004 | Donis | Gustin | | Email series to Gustin re: Englewood | E1037 | WP |
| 422. | 3/4/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1038 | WP |
| 423. | 3/4/2004 | Donis | Gustin | | Email to Gustin re: Englewood | E1039 | WP |
| 424. | 3/4/2004 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1040 | W |
| 425. | 3/4/2004 | Baguio | Donis | Baguio | Email series to Gustin re: Englewood | E1041 | WP |
| 426. | 3/2/2004 | Baguio | Gustin<br>Patton<br>Minor<br>Hinsberger<br>Maisonet | Berkec | Email series to Gustin re: Englewood | E1042 | WP |
| 427. | 3/1/2004 | Anderson | Gustin<br>Hinsberger | Coleman | Email series to Gustin re: South Pointe fund | E1043 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 428. | 3/1/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman<br>Maisonet | Email series to Hinsberger re: Planning for an Assignment | E1044-1045 | O |
| 429. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: South Pointe Tower meeting results | E1046-1047 | O |
| 430. | 2/25/2004 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: Mortgage Rates Hit 7-Month Low | E1048 | O |
| 431. | 2/24/2004 | Gustin | Anderson | Hinsberger | Email series to Anderson re: construction work | E1049-1050 | O |
| 432. | 2/24/2004 | Gustin | Hinsberger<br>Anderson<br>Pollock | Baguio | Email series to Hinsberger re: construction work | E1051 | O |
| 433. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E1052-1053 | AC |
| 434. | 2/23/2004 | Gustin | Donis | Baguio<br>Patton | Email series to Donis re: New Englewood Terrace | E1054-1055 | WP |
| 435. | 2/23/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: Englewood | E1056-1057 | WP |
| 436. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E1058-1060 | O |
| 437. | 2/20/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: Englewood | E1061-1062 | WP |
| 438. | 2/19/2004 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1063 | WP |
| 439. | 2/19/2004 | Donis | Gustin | | Email to Gustin re: Englewood | E1064 | WP |
| 440. | 2/19/2004 | Baguio | Donis | Patton<br>Gustin | Email series to Donis re: Englewood | E1065 | WP |
| 441. | 2/19/2004 | Maisonet | Gustin | Hinsberger | Email series to Gustin re: South Pointe HAP | E1066-1068 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 442. | 2/19/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe HAP | E1069-1071 | AC |
| 443. | 2/18/2004 | Baguio | Gustin | Hinsberger<br>Anderson | Email series to Gustin re: South Pointe HAP | E1072-1073 | WP |
| 444. | 2/18/2004 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman | | Email series to Hinsberger re: South Pointe HAP | E1074-1076 | AC |
| 445. | 2/18/2004 | Gustin | Patton | Donis<br>Baguio | Email series to Patton re: South Pointe HAP | E1077-1079 | WP |
| 446. | 2/18/2004 | Gustin | Anderson | Hinsberger<br>Baguio | Email series to Anderson re: South Pointe HAP | E1080-1081 | AC |
| 447. | 2/18/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: South Pointe HAP | E1082-1083 | WP |
| 448. | 2/18/2004 | Patton | Gustin | Donis<br>Baguio | Email series to Gustin re: South Pointe HAP | E1084-1085 | WP |
| 449. | 2/18/2004 | Hinsberger | Gustin | Maisonet<br>Anderson<br>Coleman<br>Hinsberger | Email series to Gustin re: South Pointe HAP | E1086-1088 | AC |
| 450. | 2/17/2004 | Gustin | Hinsberger<br>Maisonet | | Email series to Hinsberger re: South Pointe HAP | E1089-1090 | AC |
| 451. | 2/17/2004 | Gustin | Donis<br>Patton | Baguio | Email series to Donis re: South Pointe HAP | E1091-1092 | WP |
| 452. | 2/17/2004 | Baguio | Donis | Patton<br>Gustin | Email series to Donis re: South Pointe HAP | E1093-1094 | WP |
| 453. | 2/17/2004 | Anderson | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: South Pointe HAP | E1095-1096 | AC |
| 454. | 2/17/2004 | Anderson | Baguio<br>Gustin | Hinsberger<br>Shelley | Email series to Baguio re: South Pointe HAP | E1097 | AC |
| 455. | 2/17/2004 | Baguio | Donis | Gustin<br>Patton | Email series to Donis re: Englewood HAP info | E1098-1099 | WP |
| 456. | 2/17/2004 | Gustin | Baguio | | Email series to Baguio re: South Pointe HAP | E1100 | WP |
| 457. | 2/17/2004 | Gustin | Thomas | Baguio | Email series to Thomas re: South Pointe HAP | E1101 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 458. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Thomas<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E1102-1105 | AC |
| 459. | 2/17/2004 | Anderson | Hinsberger | Gustin<br>Thomas<br>Baguio<br>Taylor | Email series to Gustin (inadvertently directed to Hinsberger) re: South Pointe HAP Chronology | E1106-1108 | WP |
| 460. | 2/17/2004 | Hinsberger | Baguio<br>Gustin | Thomas<br>Anderson<br>Taylor | Email series to Baguio re: South Pointe HAP Chronology | E1109-1111 | AC |
| 461. | 2/17/2004 | Thomas | Gustin | | Email series to Gustin re: South Pointe HAP | E1112 | AC |
| 462. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Baguio<br>Coleman<br>Thomas | Email series to Anderson re: South Pointe HAP Chronology | E1113-1115 | AC |
| 463. | 2/17/2004 | Baguio | Gustin | | Email series to Gustin re: South Pointe HAP | E1116 | WP |
| 464. | 2/17/2004 | Thomas | Gustin | Hinsberger<br>Berkec<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe HAP Chronology | E1117-1119 | AC |
| 465. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: South Pointe HAP Chronology | E1120-1121 | WP |
| 466. | 2/13/2004 | Gustin | Berkec | Baguio<br>Coleman<br>Thomas<br>Hinsberger | Email series to Berkec re: South Pointe HAP Chronology | E1122 | WP |
| 467. | 2/12/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Berkec<br>Gustin | Email series to Hinsberger re: Englewood | E1123-1124 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 468. | 2/12/2004 | Gustin | Hinsberger Coleman Thomas | Baguio Berkec Pollock | Email series to Hinsberger re: Englewood | E1125-1126 | AC |
| 469. | 2/12/2004 | Patton | Baguio | Gustin | Email series to Baguio re: Englewood | E1127-1128 | WP |
| 470. | 2/11/2004 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1129-1130 | WP |
| 471. | 2/10/2004 | Baguio | Donis | Gustin | Email series to Donis re: Englewood | E1131-1132 | WP |
| 472. | 2/10/2004 | Donis | Baguio | Gustin | Email series to Baguio re: Englewood | E1133-1134 | WP |
| 473. | 2/10/2004 | Gustin | Baguio | Donis | Email series to Baguio re: Englewood | E1135-1136 | WP |
| 474. | 2/10/2004 | Baguio | Donis | Gustin | Email series to Donis re: Englewood | E1137-1138 | WP |
| 475. | 2/10/2004 | Donis | Gustin Baguio | | Email to Gustin re: Englewood | E1139 | WP |
| 476. | 2/5/2004 | Bruce | Gustin | Pollock Baguio | Email series to Gustin re: NET letter | E1140 | AC |
| 477. | 2/5/2004 | Gustin | Baguio | Pollock Bruce | Email series to Baguio re: NET letter | E1141 | WP |
| 478. | 2/5/2004 | Gustin | Minor | | Email series to Minor re: New Englewood Terrace – update | E1142-1143 | WP |
| 479. | 2/5/2004 | Pollock | Gustin | Geary Hinsberger Thomas Baguio Akhtar | Email series to Gustin re: New Englewood Terrace – update | E1144-1145 | AC |
| 480. | 2/5/2004 | Gustin | Patton | Baguio Hinsberger Maisonet Minor | Email series to Patton re: Status: Englewood | E1146 | WP |
| 481. | 2/5/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1147 | WP |
| 482. | 2/5/2004 | Baguio | Gustin | | Email series to Gustin re: Englewood | E1148 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 483. | 2/4/2004 | Gustin | Hinsberger<br>Pollock | Geary<br>Thomas<br>Akhtar<br>Baguio | Email series to Hinsberger re: New Englewood Terrace – update | E1149 | AC |
| 484. | 2/4/2004 | Gustin | Pollock | Baguio | Email series to Pollock re: New Englewood Terrace – update | E1150 | AC |
| 485. | 2/4/2004 | Gustin | Baguio | | Email series to Baguio re: Englewood | E1151 | WP |
| 486. | 1/30/2004 | Hinsberger | Akhtar | Geary<br>Thomas<br>Gustin | Email series to Akhtar re: New Englewood Terrace – update (OIG referral) | E1152 | W |
| 487. | 1/23/2004 | Baguio | Gustin | Donis | Email series to Gustin re: Englewood | E1153-1154 | WP |
| 488. | 1/23/2004 | Gustin | Hinsberger | | Email to Hinsberger re: Ed – Treat This as Confidential | E1155 | AC |
| 489. | 1/23/2004 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: Ed – Treat This as Confidential | E1156-1158 | AC |
| 490. | 2/13/2004 | Berkec | Baguio<br>Gustin | | Email to Baguio re: South Pointe HAP Chronology | E1159 | WP |
| 491. | 1/23/2004 | Hinsberger | Gustin | Thomas | Email series to Gustin re: Englewood | E1160-1161 | AC |
| 492. | 1/23/2004 | Maisonet | Gustin | Minor<br>Hinsberger<br>Patton<br>Pollock<br>Baguio<br>Coleman | Email series to Gustin re: Englewood | E1162-1163 | AC |
| 493. | 1/22/2004 | Gustin | Hinsberger<br>Maisonet | Patton<br>Baguio<br>Minor<br>Coleman<br>Pollock | Email series to Hinsberger re: Englewood | E1164-1165 | AC |
| 494. | 1/22/2004 | Gustin | Donis | Baguio | Email to Donis re: Englewood | E1166 | WP |
| 495. | 1/22/2004 | Donis | Gustin | | Email series to Gustin re: Englewood | E1167-1168 | WP |
| 496. | 1/22/2004 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1169 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 497. | 1/22/2004 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood | E1170 | WP |
| 498. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E1171 | AC |
| 499. | 12/22/2003 | Gustin | Donis | | Email to Donis re: Englewood | E1172 | WP |
| 500. | 12/22/2003 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1173 | WP |
| 501. | 12/22/2003 | Baguio | Donis | Gustin | Email to Donis re: Englewood | E1174 | WP |
| 502. | 12/22/2003 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood | E1175 | WP |
| 503. | 12/19/2003 | Gustin | Polock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood (draft of court filing) | E1176-1205 | AC |
| 504. | 12/18/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1206-1207 | WP |
| 505. | 12/18/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1208 | WP |
| 506. | 12/18/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1209 | WP |
| 507. | 12/17/2003 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1210 | WP |
| 508. | 12/17/2003 | Patton | Gustin<br>Baguio | | Email to Gustin re: Englewood | E1211 | WP |
| 509. | 12/17/2003 | Baguio | Gustin | | Email series to Gustin re: MAHRA question | E1212 | WP |
| 510. | 12/16/2003 | Gustin | Donis | Baguio<br>Patton | Email to Donis re: Englewood | E1213 | WP |
| 511. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood | E1214-1219 | AC |