| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 512. | 12/16/2003 | Gustin | Patton | Baguio | Email series to Patton re: Englewood motion | E1220-1226 | WP |
| 513. | 12/16/2003 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood motion | E1227 | WP |
| 514. | 12/16/2003 | Patton | Gustin | Berkec<br>Donis<br>Baguio | Email series to Gustin re: Englewood | E1228-1229 | WP |
| 515. | 12/16/2003 | Gustin | Donis<br>Patton | Baguio<br>Berkec | Email series to Donis re: Englewood | E1230-1231 | WP |
| 516. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1232 | WP |
| 517. | 12/16/2003 | Anderson | Gustin | | Email series to Gustin re: Samuelson request: Talk to You | E1233 | O |
| 518. | 12/16/2003 | Gustin | Patton | Baguio | Email series to Patton re: Englewood | E1234 | WP |
| 519. | 12/16/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1235 | WP |
| 520. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1236-1238 | WP |
| 521. | 12/16/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1239-1241 | WP |
| 522. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace CFC Litigation | E1242 | WP |
| 523. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace CFC Litigation | E1243 | WP |
| 524. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson | Baguio | Email series to Coleman re: New Englewood Terrace CFC Litigation | E1244 | AC |
| 525. | 12/16/2003 | Gustin | Donis | Baguio<br>Patton | Email series to Donis re: New Englewood Terrace CFC Litigation | E1245 | WP |
| 526. | 12/15/2003 | Gustin | Baguio | Berkec | Email series to Baguio re: Ad thoughts | E1246-1247 | WP |
| 527. | 12/15/2003 | Baguio | Gustin | | Email to Gustin re: NET facts | E1248 | WP |
| 528. | 12/15/2003 | Gustin | Pollock | | Email series to Pollock re: New Englewood Terrace | E1249-1251 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 529. | 12/15/2003 | Gustin | Patton | | Email series to Patton re: New Englewood Terrace | E1252-1253 | W |
| 530. | 12/12/2003 | Gustin | Coleman | M. Anderson<br>Coleman<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E1254-1257 | AC |
| 531. | 12/12/2003 | Gustin | Coleman | M. Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E1258-1259 | AC |
| 532. | 12/11/2003 | Patton | Gustin | | Email series to Gustin re: New Englewood Terrace inquiry | E1260-1261 | W |
| 533. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | Patton | Email series to Hinsberger re: New Englewood Terrace | E1262-1263 | AC |
| 534. | 12/11/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace | E1264-1265 | WP |
| 535. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace | E1266-1267 | W |
| 536. | 12/11/2003 | Gustin | Minor | | Email series to Minor re: New Englewood Terrace | E1268-1269 | W |
| 537. | 12/11/2003 | Gustin | Donis | Baguio | Email series to Donis re: New Englewood Terrace | E1270-1271 | W |
| 538. | 12/11/2003 | Gustin | Maisonet<br>Patton | | Email series to Maisonet re: New Englewood Terrace | E1272-1273 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 539. | 12/11/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | Email to Hinsberger re: New Englewood Terrace | E1274 | W |
| 540. | 12/10/2003 | Gustin | Anderson | Donis | Email series to Anderson re: A light moment – for the moment | E1275-1276 | AC |
| 541. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1277-1278 | W |
| 542. | 12/9/2003 | Gustin | Coleman | Pollock<br>Salvati<br>Mozdzierz | Email series to Coleman re: New Englewood Terrace – OIG Meeting | E1279-1281 | W |
| 543. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1282-1283 | W |
| 544. | 12/9/2003 | Gustin | Patton | | Email series to Patton re: South Pointe/New Englewood Terrace Letter | E1284 | O |
| 545. | 12/9/2003 | Coleman | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1285-1288 | W |
| 546. | 12/9/2003 | Patton | Gustin | | Email to Gustin re: South Pointe/New Englewood Terrace Letter | E1289 | O |
| 547. | 12/9/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1290-1291 | W |
| 548. | 12/9/2003 | Mozdzierz | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1292-1293 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 549. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman<br>Pollock | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1294-1296 | W |
| 550. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1297-1299 | W |
| 551. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG referral) | E1300-1302 | W |
| 552. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1303-1304 | W |
| 553. | 12/9/2003 | Anderson | Gustin | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1305-1306 | O |
| 554. | 12/9/2003 | Gustin | Donis | Baguio | Email series to Donis re: New Englewood Terrace – OIG Meeting | E1307 | W |
| 555. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1308-1309 | W |
| 556. | 12/9/2003 | Coleman | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1310-1311 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 557. | 12/9/2003 | Gustin | Hinsberger | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter | E1312-1313 | W |
| 558. | 12/9/2003 | Hinsberger | Geary<br>Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1314-1315 | W |
| 559. | 12/9/2003 | Geary | Hinsberger | Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1316-1317 | W |
| 560. | 12/9/2003 | Hinsberger | Gustin | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1318 | W |
| 561. | 12/9/2003 | Hinsberger | Gustin | | Email series to Gustin re: Client to Client | E1319 | G |
| 562. | 12/9/2003 | Geary | Gustin | | Email to Gustin re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1320 | W |
| 563. | 12/8/2003 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio<br>Donis<br>Geary | Email to Anderson re: South Pointe/New Englewood Terrace Letter | E1321 | O |
| 564. | 12/5/2003 | Maisonet | Gustin | Baguio | Email series to Gustin re: NET Clients and Lawyers | E1322-1324 | AC |
| 565. | 12/5/2003 | Maisonet | Gustin | | Email series to Gustin re: Englewood Terrace: Samuelson Call | E1325-1326 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 566. | 12/3/2003 | Gustin | Donis | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Patton<br>Minor<br>Maisonet | Email series to Donis re: Englewood Terrace | E1327-1330 | WP |
| 567. | 12/2/2003 | Gustin | Donis | Baguio<br>Maisonet | Email series to Donis re: NET, Clients and Lawyers | E1331-1332 | WP |
| 568. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: NET, Clients and Lawyers | E1333-1334 | AC |
| 569. | 12/2/2003 | Gustin | Minor<br>Maisonet | Hinsberger<br>Anderson<br>Baguio | Email series to Minor re: Englewood Terrace: Samuelson Call | E1335-1336 | WP |
| 570. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Donis<br>Baguio | Email to Hinsberger re: Englewood Terrace: Samuelson Call | E1337 | AC |
| 571. | 11/25/2003 | Gustin | Hinsberger | Anderson<br>Baguio<br>Donis | Email series to Hinsberger re: Recent Letter | E1338-1339 | AC |
| 572. | 11/25/2003 | Hinsberger | Anderson | Gustin | Email to Anderson re: DSSA (conveying meeting w/legal) | E1340 | G |
| 573. | 11/21/2003 | Gustin | Gustin | Baguio<br>Donis<br>Hinsberger<br>Anderson<br>Coleman | Email to Gustin re: Englewood: Memo to File | E1341 | WP |
| 574. | 11/20/2003 | Gustin | Baguio<br>Donis | | Email series to Baguio re: Englewood Terrace rehab/repairs | E1342-1343 | O |
| 575. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Maisonet re: New Englewood Terrace; Rule 26 | E1344-1345 | AC |
| 576. | 11/18/2003 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Baguio<br>Anderson | Email series to Hinsberger re: New Englewood Terrace; Rule 26 | E1346-1347 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 577. | 11/18/2003 | Baguio | Gustin | | Email to Gustin re: New Englewood Terrace; Rule 26 | E1348 | WP |
| 578. | 11/17/2003 | Maisonet | Gustin | Minor<br>Hinsberger<br>Baguio | Email series to Gustin re: Englewood Terrace litigation | E1349-1350 | AC |
| 579. | 11/13/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace litigation | E1351-1354 | WP |
| 580. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: Dr. Weicher; communication through counsel | E1355 | O |
| 581. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: New Englewood Terrace, Chicago, Ill – litigation | E1356-1357 | AC |
| 582. | 11/14/2003 | Gustin | Miller | Hinsberger | Email series to Miller re: Englewood Terrace v. US/HUD | E1358-1366 | AC |
| 583. | 11/14/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood Terrace | E1367-1371 | WP |
| 584. | 11/14/2003 | Aiosa | Miller | Weaver<br>Minor<br>Gustin<br>Fine | Email series to Miller re: New Englewood Terrace, Chicago, Ill – litigation | E1372 | WP |
| 585. | 11/13/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace litigation | E1373-1376 | WP |
| 586. | 11/13/2003 | Gustin | Donis | Baguio<br>Hinsberger<br>Anderson<br>Patton<br>Minor | Email series to Donis re: Englewood Terrace litigation | E1377-1379 | WP |
| 587. | 11/13/2003 | Gustin | Donis | Baguio<br>Hinsberger<br>Anderson<br>Patton<br>Minor | Email series to Donis re: Englewood Terrace litigation | E1380-1382 | WP |
| 588. | 11/13/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | | Email series to Hinsberger re: Other sites | E1383 | R |
| 589. | 11/10/2003 | Gustin | Anderson | | Email series to Anderson re: City and state issues | E1384 | R |
| 590. | 11/10/2003 | Gustin | Jacobs | | Email series to Jacobs re: Englewood Terrace v. US/HUD | E1385 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 591. | 11/10/2003 | Berkec | Baguio<br>Gustin | | Email series to Baguio re: Englewood Terrace v. US/HUD | E1386-1388 | WP |
| 592. | 11/10/2003 | Berkec | Donis | Gustin<br>Baguio | Email series to Donis re: Englewood Terrace v. US/HUD | E1389-1392 | WP |
| 593. | 11/10/2003 | Berkec | Gustin | Donis<br>Baguio | Email series to Gustin re: Englewood Terrace v. US/HUD | E1393 | WP |
| 594. | 11/10/2003 | Gustin | Berkec | Donis<br>Baguio | Email series to Berkec re: Englewood Terrace v. US/HUD | E1394 | WP |
| 595. | 11/10/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US/HUD | E1395 | WP |
| 596. | 11/10/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | Maisonet<br>Baguio<br>Pollock | Email series to Hinsberger re: Englewood Terrace litigation | E1396-1397 | AC |
| 597. | 11/7/2003 | Gustin | Minor<br>Patton<br>Hinsberger<br>Maisonet<br>Anderson<br>Coleman | Baguio<br>Pollock<br>Mozdzierz | Email series to Minor re: Englewood Terrace v. US/HUD (Court of Federal Claims) | E1398 | WP |
| 598. | 11/7/2003 | Gustin | Donis | Baguio | Email to Donis re: Englewood Terrace v. US/HUD | E1399 | WP |
| 599. | 11/7/2003 | Gustin | Ward | | Email to Baguio re: NET report | E1400 | WP |
| 600. | 11/7/2003 | Baguio | Ward | Gustin | Email to Gustin re: NET report | E1401 | WP |
| 601. | 11/6/2003 | Gustin | Minor<br>Berkec | Baguio | Email series to Minor re: Englewood Terrace: Samuelson Letter to RD Galvan | E1402 | WP |
| 602. | 11/6/2003 | Minor | Gustin | | Email series to Gustin re: Englewood Terrace: Samuelson Letter to RD Galvan | E1403 | WP |
| 603. | 11/4/2003 | Hinsberger | Gustin | Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: Revised Draft Englewood Response Letter | E1404-1405 | AC |
| 604. | 11/4/2003 | John | Gustin | | Email series to Gustin re: Revised Draft Englewood Response Letter from HQ OGC | E1406-1407 | WP |
| 605. | 11/4/2003 | Maisonet | Gustin | | Email series to Gustin re: Revised Draft Englewood Response Letter | E1408-1409 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 606. | 11/4/2003 | Gustin | John | Minor Baguio Patton | Email series to McKenzie-John from HQ OGC re: revised Draft Englewood Response Letter | E1410-1411 | WP |
| 607. | 11/4/2003 | Gustin | Hinsberger | Anderson Coleman Baguio Donis | Email to Hinsberger re: Revised Draft Englewood Response Letter | E1412-1413 | AC |
| 608. | 11/4/2003 | Hinsberger | Gustin | Patton Donis Baguio Anderson | Email series to Gustin re: Englewood v. HUD | E1414-1415 | AC |
| 609. | 11/4/2003 | Gustin | Donis | | Email series to Donis re: Englewood v. HUD | E1416-1418 | WP |
| 610. | 11/4/2003 | Donis | Gustin | | Email series to Gustin re: Englewood v. HUD | E1419-1420 | WP |
| 611. | 11/4/2003 | Gustin | Hinsberger | Donis Baguio Patton | Email to Hinsberger re: Englewood v. HUD | E1421-1422 | AC |
| 612. | 11/3/2003 | Gustin | Donis | | Email series to Donis re: Englewood Terrace v. US | E1423-1424 | WP |
| 613. | 11/3/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US | E1425-1426 | WP |
| 614. | 11/3/2003 | Gustin | Donis | | Email series to Donis re: Englewood Terrace v. US | E1427-1428 | WP |
| 615. | 11/3/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US | E1429-1430 | WP |
| 616. | 11/3/2003 | Maisonet | Gustin | | Email series to Gustin re: Draft Englewood Response Letter | E1431-1432 | AC |
| 617. | 11/3/2003 | Maisonet | Gustin | | Email series to Gustin re: Draft Englewood Response Letter | E1433-1434 | AC |
| 618. | 10/31/2003 | Gustin | Hinsberger | Anderson Coleman Baguio | Email to Hinsberger re: Draft Englewood Response Letter | E1435 | AC |
| 619. | 10/31/2003 | Gustin | Anderson | | Email series to Anderson re: South Pointe/NET transfer | E1436 | AC |
| 620. | 10/31/2003 | Gustin | Hinsberger Anderson Coleman | Galvan Maisonet Minor | Email series to Hinsberger re: Englewood Terrace v. US | E1437 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 621. | 10/29/2003 | McKenzie-John | Daly | Potts<br>Gustin<br>Minor | Email to Daly re: Englewood Terrace – litigation | E1438 | WP |
| 622. | 10/28/2003 | Gustin | Coleman | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Coleman re: Englewood Terrace Correspondence | E1439-1441 | AC |
| 623. | 10/28/2003 | Coleman | Gustin | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Gustin re: Englewood Terrace Correspondence | E1442-1443 | AC |
| 624. | 10/28/2003 | Gustin | Coleman | Galvan<br>Bishop<br>Hinsberger<br>Maisonet<br>Baguio<br>Minor<br>Patton | Email series to Coleman re: Englewood Terrace Correspondence | E1444-1445 | AC |
| 625. | 10/27/2003 | Coleman | Gustin | | Email series to Gustin re: Englewood Terrace Correspondence | E1446-1447 | AC |
| 626. | 10/24/2003 | Gustin | Hinsberger<br>Coleman | Maisonet<br>Baguio<br>Patton | Email series to Hinsberger re: Englewood Terrace Correspondence | E1448 | AC |
| 627. | 10/23/2003 | Baguio | Donis | | Email series to Donis re: Englewood Terrace v. USA 03-02209 | E1449 | WP |
| 628. | 10/23/2003 | Gustin | Patton | Baguio<br>Berkec | Email series to Patton re: Englewood v. HUD: Section 516 of MAHRA | E1450 | WP |
| 629. | 10/22/2003 | Gustin | Berkec | | Email series to Berkec re: Englewood v. HUD: Section 516 of MAHRA | E1451 | WP |
| 630. | 10/22/2003 | Gustin | Hinsberger | Galvan<br>Scherrieb | Email series to Hinsberger re: Englewood Terrace litigation | E1452 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 631. | 10/22/2003 | Gustin | Baguio | Patton<br>Berkec<br>Minor | Email series to Baguio re: Englewood Terrace litigation | E1453 | R |
| 632. | 10/20/2003 | Gustin | Berkec | | Email series to Berkec re: Proposed Congressional Response Englewood Terrace | E1454-1456 | R |
| 633. | 10/20/2003 | Gustin | Galvan | Bishop<br>Hinsberger<br>Coleman<br>Heaney<br>Scherrieb<br>Maisonet<br>Patton<br>Pollock<br>Baguio<br>Minor | Email series to Galvan re: Englewood Terrace litigation | E1457-1458 | R |
| 634. | 10/20/2003 | Galvan | Gustin | Scherrieb<br>Bishop<br>Hinsberger<br>Heaney | Email series to Gustin re: Proposed Congressional Response Englewood Terrace | E1459-1460 | R |
| 635. | 10/17/2003 | Gustin | Baguio<br>Pollock | | Email series to Baguio re: Proposed Congressional Response Englewood Terrace | E1461-1462 | R |
| 636. | 10/17/2003 | Gustin | Galvan<br>Bishop | Hinsberger<br>Heaney<br>Scherrieb | Email series to Galvan re: Proposed Congressional Response Englewood Terrace | E1463-1464 | R |
| 637. | 10/16/2003 | Gustin | Baguio | Patton<br>Minor | Email series to Baguio re: Englewood DOJ Counsel | E1465 | WP |
| 638. | 10/16/2003 | Baguio | Gustin | | Email to Gustin re: Attorney assignment | E1466 | WP |
| 639. | 10/16/2003 | Baguio | Gustin | | Email series to Gustin re: assigned counsel | E1467 | WP |
| 640. | 10/15/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson<br>Galvan<br>Bishop<br>Heaney | Minor<br>Maisonet<br>Baguio<br>Patton<br>Berkec | Email series to Hinsberger re: Englewood Terrace potential litigation and need for communication to occur between counsel | E1468-1469 | G |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 641. | 10/15/2003 | Gustin | Berkec | Baguio<br>Patton<br>Goldblatt<br>Maisonet<br>Minor<br>Hinsberger<br>Coleman | Email series to Berkec re: Englewood Terrace Complaint Exhibits | E1470-1471 | WP |
| 642. | 10/15/2003 | Gustin | Donatelli | Baguio | Email series to Donatelli re: Court of Federal Claims "New Englewood Terrace" Suit | E1472 | WP |
| 643. | 10/15/2003 | Gustin | Patton | Goldblatt<br>Minor<br>Baguio | Email series to Patton re: New Englewood Terrace Suit | E1473 | WP |
| 644. | 10/15/2003 | Baguio | Gustin<br>Maisonet | Hinsberger<br>Coleman | Email to Gustin re: New Englewood Terrace Suit | E1474 | WP |
| 645. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1475-1477 | AC |
| 646. | 10/14/2003 | Gustin | Heaney | Hinsberger<br>Coleman | Email series to Heaney re: October 8, 2003 Letter from Don S. Samuelson | E1478-1480 | AC |
| 647. | 10/14/2003 | Gustin | Maisonet | Minor<br>Weidenfeller<br>Herold<br>White<br>Hinsberger<br>Coleman<br>Galvan<br>Bishop<br>Baguio<br>Patton | Email series to Maisonet re: October 8, 2003 Letter from Don S. Samuelson | E1481-1484 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 648. | 10/14/2003 | Maisonet | Gustin | | Email to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1485 | AC |
| 649. | 9/3/2003 | Hinsberger | Gustin<br>Coleman<br>Anderson | | Email series to Gustin re: New Englewood Terrace comprehensive status report | E1486 | AC |
| 650. | 3/24/2004 | Tessler | Strobel | Hinsberger<br>Anderson<br>King | Email series to Strobel re: Project No. 071-35696 South Pointe Tower | E1487-1489 | O |
| 651. | 3/1/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman<br>Maisonet | Email series to Hinsberger re: litigation | E1490-1491 | O |
| 652. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: City Lawsuit | E1492-1493 | O |
| 653. | 2/25/2004 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: Mortgage Rates Hit 7 Month Low | E1494-1495 | O |
| 654. | 2/24/2004 | Gustin | Anderson | Hinsberger | Email series to Anderson re: Construction Work | E1496-1497 | O |
| 655. | 2/24/2004 | Gustin | Hinsberger<br>Anderson<br>Pollock | Baguio | Email series to Hinsberger re: Construction Work | E1498 | O |
| 656. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E1499-1500 | AC |
| 657. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E1501-1502 | AC |
| 658. | 2/18/2004 | Gustin | Hinsberger | Maisonet<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe HAP | E1503-1515 | AC |
| 659. | 2/18/2004 | Hinsberger | Baguio | Gustin<br>Anderson | Email series to Baguio re: South Pointe HAP | E1506-1507 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 660. | 2/18/2004 | Baguio | Hinsberger | Gustin<br>Anderson | Email series to Hinsberger re: South Pointe HAP | E1508-1509 | AC |
| 661. | 2/18/2004 | Hinsberger | Baguio | Gustin<br>Anderson | Email series to Baguio re: South Pointe HAP | E1510 | AC |
| 662. | 2/18/2004 | Hinsberger | Gustin | Maisonet<br>Anderson<br>Coleman<br>Hinsberger | Email series to Gustin re: South Pointe HAP | E1511-1513 | AC |
| 663. | 2/17/2004 | Baguio | Anderson | Hinsberger<br>Gustin | Email series to Anderson re: South Pointe HAP | E1514 | AC |
| 664. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E1515-1518 | AC |
| 665. | 1/23/2004 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: Ed -- Treat this as Confidential | E1519-1521 | O |
| 666. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E1522-1537 | AC |
| 667. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood | E1538-1543 | AC |
| 668. | 12/16/2003 | Gustin | Coleman<br>Thomas M.<br>Anderson | Baguio | Email series to Coleman re: Englewood Terrace CFC Litigation | E1544 | AC |
| 669. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E1545-1546 | O |
| 670. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E1547-1548 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 671. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | Patton | Email series to Hinsberger re: New Englewood Terrace | E1549-1550 | W |
| 672. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman<br>Pollock | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1551-1553 | W |
| 673. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1554-1556 | W |
| 674. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG meeting | E1557-1558 | W |
| 675. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1559-1560 | W |
| 676. | 12/9/2003 | Coleman | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1561-1562 | W |
| 677. | 12/9/2003 | Gustin | Hinsberger | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1563-1564 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 678. | 12/9/2003 | Hinsberger | Geary<br>Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1565-E1565a | W |
| 679. | 12/9/2003 | Geary | Hinsberger | Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter | E1566-1567 | W |
| 680. | 12/9/2003 | Hinsberger | Gustin | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1568 | O |
| 681. | 12/8/2003 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio<br>Donis<br>Geary | Email to Anderson re: South Pointe/New Englewood Terrace Letter | E1569 | O |
| 682. | 12/2/2003 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: NET, Clients and Lawyers | E1570-1571 | AC |
| 683. | 12/2/2003 | Hinsberger | Gustin | Anderson<br>Coleman | Email series to Gustin re: NET, Clients and Lawyers | E1572-1573 | AC |
| 684. | 12/2/2003 | Gustin | Minor<br>Maisonet | Hinsberger<br>Anderson<br>Baguio | Email series to Minor re: Englewood Terrace: Samuelson Call | E1574-1575 | WP |
| 685. | 11/25/2003 | Gustin | Hinsberger | Anderson<br>Baguio | Email series to Hinsberger re: Recent Letter | E1576 | AC |
| 686. | 11/21/2003 | Gustin | Baguio<br>Hinsberger<br>Anderson<br>Coleman | | Email to Gustin: Englewood: Memo to File re call from Don Samuelson | E1577 | WP |
| 687. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Maisonet re: New Englewood Terrace; Rule 26 | E1578-1579 | AC |