| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 824. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management attorney call | E1892 | AC |
| 825. | 1/11/2002 | Gustin | Maisonet<br>Baguio | Coleman<br>Hinsberger<br>Patton<br>Donatelli | Email series to Maisonet re: South Pointe Towers Apartments/HUD Appeal | E1893-1895 | AC |
| 826. | 1/3/2002 | Gustin | Hinsberger | Patton<br>Baguio<br>Suiter<br>Paul<br>Thomas<br>Coleman<br>Maisonet<br>Roman<br>Donatelli<br>Czauski | Email to Hinsberger re: South Pointe Defensive Litigation Dismissed | E1896 | AC |
| 827. | 12/27/2001 | Gustin | Hinsberger | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Paul<br>Donatelli<br>Patton<br>Coleman | Email series to Hinsberger re: First South Pointe Appeal | E1897-1898 | AC |
| 828. | 12/18/2001 | Gustin | Hinsberger<br>Maisonet<br>Coleman | | Email to Hinsberger re: Englewood v. HUD et al. | E1899 | AC |
| 829. | 12/18/2001 | Gustin | Hinsberger | Maisonet<br>Coleman | Email series to Hinsberger re: Englewood v. HUD et al. | E1900 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 830. | 12/18/2001 | Gustin | Hinsberger | Baguio<br>Maisonet | Email series to Hinsberger re: South Pointe management plan | E1901-1902 | AC |
| 831. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe Appeal | E1903 | AC |
| 832. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdzierz | Email to Donatelli re: Draft Response South Pointe Letter | E1904 | WP |
| 833. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Donatelli<br>Mozdierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email to Hinsberger re: South Pointe Call From Silverman | E1905 | AC |
| 834. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe 2530-Mgt Change | E1906 | AC |
| 835. | 10/31/2001 | Hinsberger | O'Connor | Anderson<br>Maisonet | Email series to O'Connor re: South Pointe (conveying availability of witness per attorney direction) | E1907 | G |
| *836.* | | | | | *Blank: document produced* | *E1908-1909* | *Produced* |
| 837. | 10/23/2001 | Hinsberger | Baguio | Maisonet<br>Coleman | Email series to Baguio re: South Pointe abatement | E1910 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 838. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Meeting concerning default | E1911-1912 | AC |
| 839. | 12/27/2001 | Gustin | Hinsberger | Baguio<br>Thomas<br>Suiter<br>Mozdierz<br>Maisonet<br>Paul<br>Donatelli<br>Patton<br>Coleman | Email series to Hinsberger re: First South Pointe Appeal | E1913-1914 | AC |
| 840. | 12/20/2001 | Gustin | Donatelli | Baguio | Email to Donatelli re: Englewood appeal | E1915 | WP |
| 841. | 12/19/2001 | Gustin | Hinsberger | Walker<br>Maisonet<br>Baguio<br>Anderson | Email series to Hinsberger re: South Pointe management plan | E1916 | AC |
| 842. | 12/19/2001 | Hinsberger | Gustin | Maisonet<br>Baguio<br>Walker<br>Anderson | Email series to Gustin re: South Pointe management plan | E1917-1919 | AC |
| 843. | 12/19/2001 | Maisonet | Gustin | Hinsberger<br>Baguio | Email series to Gustin re: South Pointe management plan | E1920-1922 | AC |
| 844. | 12/18/2001 | Gustin | Donatelli | Baguio | Email series to Donatelli re: Englewood v. HUD et al. | E1923 | WP |
| 845. | 12/18/2001 | Gustin | Hinsberger | Baguio<br>Maisonet | Email series to Hinsberger re: South Pointe management plan | E1924-1925 | AC |
| 846. | 12/18/2001 | Gustin | Donatelli | Baguio | Email to Donatelli re: Englewood v. HUD et al. | E1926 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 847. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe Appeal…if any | E1927 | AC |
| 848. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdierz | Email to Donatelli re: Draft Response South Pointe Letter | E1928 | WP |
| 849. | 12/6/2001 | Gustin | Hinsberger | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Hinsberger re: South Pointe Call From Silverman | E1929-1930 | AC |
| 850. | 12/6/2001 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Gustin re: South Pointe Call From Silverman | E1931-1932 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 851. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Donatelli<br>Mozdzierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email to Hinsberger re: South Pointe Call From Silverman | E1933 | AC |
| 852. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Suiter<br>Paul<br>Baguio<br>Donatelli<br>Thomas | Email to Hinsberger re: South Pointe Settlement Offer | E1934 | AC |
| 853. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to Hinsberger re: South Pointe settlement offer | E1935-1936 | AC |
| 854. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe 2530-Mgt Change | E1937 | AC |
| 855. | 11/30/2001 | Baguio | Maisonet<br>Hinsberger<br>Gustin | Baguio | Email to Maisonet re: fax from Englewood's attorney | E1938 | AC |
| 856. | 11/30/2001 | Maisonet | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Notice of Abatement and Termination letter | E1939-1944 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 857. | 11/29/2001 | Hinsberger | Baguio<br>Paul<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Suiter<br>Coleman | | Email to Baguio re: South Pointe Notice of Abatement and Termination Letter | E1945 | AC |
| 858. | 11/29/2001 | Donatelli | Baguio | | Email to Baguio re: South Pointe Notice of Abatement and Termination letter | E1946 | WP |
| 859. | 11/29/2001 | Maisonet | Baguio | Paul<br>Hinsberger<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Suiter<br>Coleman | Email series to Baguio re: South Pointe Notice of Abatement and Termination letter | E1947 | AC |
| 860. | 11/29/2001 | Baguio | Maisonet<br>Hinsberger<br>Coleman<br>Thomas<br>Patton<br>Gustin | Suiter<br>Paul<br>Donatelli<br>Wawzenski | Email to Maisonet re: South Pointe Notice of Abatement and Termination letter | E1948 | AC |
| 861. | 11/29/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter<br>Paul | Email to Hinsberger re: Letter to Englewood's attorney | E1949 | AC |
| 862. | 11/27/2001 | Hinsberger | Maisonet | Gustin<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Maisonet re: South Pointe Draft Letter | E1950 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 863. | 11/27/2001 | Gustin | | | Email series to Hinsberger re: South Pointe litigation | E1951-1957 | G |
| 864. | 11/27/2001 | Maisonet | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Draft Letter responding to Englewood's attorney | E1958 | AC |
| 865. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio | Email series to Hinsberger re: South Pointe | E1959-1963 | AC |
| 866. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter | Email to Hinsberger re: South Pointe Draft Letter to Englewood's attorney | E1964 | AC |
| 867. | 11/19/2001 | Gustin | Coleman | Thomas<br>Hinsberger<br>Suiter<br>Baguio | Email to Coleman re: South Pointe Termination Abatement and Notice | E1965-1966 | AC |
| 868. | 11/15/2001 | Gustin | Patton | Maisonet<br>Baguio<br>Czauski<br>Hinsberger<br>Thomas<br>Coleman<br>Anderson<br>Suiter<br>Paul | Email to Patton re: South Point Preliminary Injunction Hearing | E1967 | WP |
| 869. | 11/14/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to Hinsberger re: South Pointe – witness information | E1968 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 870. | 11/14/2001 | Hinsberger | Gustin | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to Gustin re: South Pointe – witness information | E1969 | AC |
| 871. | 11/14/2001 | Hinsberger | Gustin<br>Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Maisonet<br>Wawzenski | | Email to Gustin re: South Pointe hearing | E1970 | AC |
| 872. | 11/14/2001 | Gustin | Hinsberger<br>Thomas<br>Anderson<br>Coleman | Donatelli<br>Baguio<br>Suiter<br>Mozdzierz<br>Maisonet<br>Patton | Email to Hinsberger re: South Pointe PI Hearing Tomorrow | E1971 | AC |
| 873. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Anderson<br>Suiter<br>Mozdzierz<br>Baguio | Email to Donatelli re: Draft Letter Response to 11/6/2001 Letter from Opposing Counsel | E1972 | WP |
| 874. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Baguio<br>Suiter<br>Mozdzierz | Email series to Donatelli re: Transfer of Mgmt at South Point – Friday 11/16 | E1973-1974 | WP |
| 875. | 11/9/2001 | Gustin | Donatelli | Baguio<br>Hinsberger<br>Maisonet<br>Coleman<br>Thomas<br>Anderson | Email to Donatelli re: South Pointe affidavit | E1975 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 876. | 11/8/2001 | Maisonet | Thomas<br>Johnson<br>Coleman<br>Hinsberger<br>Anderson | Baguio<br>Gustin | Email to Thomas re: Tuesday Witness Prep (per attorney direction) | E1976 | WP |
| 877. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe draft letter concerning mortgage | E1977 | AC |
| 878. | 11/8/2001 | Hinsberger | Gustin<br>Donatelli | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Anderson<br>Hinsberger | Email to Gustin re: South Pointe draft letter concerning mortgage | E1978 | AC |
| 879. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to Hinsberger re: Proposed South Pointe Letter concerning mortgage | E1979-1980 | AC |
| 880. | 11/7/2001 | Hinsberger | Gustin<br>Baguio | Anderson | Email to Gustin re: Proposed South Pointe Letter concerning mortgage | E1981 | AC |
| 881. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Coleman<br>Thomas | Email series to Maisonet re: South Pointe draft letter in response to Englewood's attorney | E1982-1983 | AC |
| 882. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe draft brief | E1984 | AC |
| 883. | 11/7/2001 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe draft brief | E1985 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 884. | 11/6/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email to Donatelli re: South Pointe litigation strategy | E1986-1988 | WP |
| 885. | 11/6/2001 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Motion Strategy | E1989-1991 | WP |
| 886. | 11/5/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet<br>Donatelli | E-mail series to Hinsberger re: Englewood's failure to submit mortgage application | E1992 | AC |
| 887. | 11/5/2001 | Hinsberger | Gustin<br>Baguio | Anderson<br>Hinsberger | E-mail series to Gustin re: Request of Info on South Pointe | E1993 | AC |
| 888. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email to Donatelli re: South Pointe Motion Strategy | E1994-1995 | WP |
| 889. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Thomas | Email to Donatelli re: Englewood v. HUD et al. (South Pointe) | E1996 | WP |
| 890. | 11/2/2001 | Gustin | Maisonet | Baguio<br>Suiter<br>Paul | Email to Maisonet re: South Pointe, Alderman's Letter | E1997 | AC |
| 891. | 11/1/2001 | Baguio | Gustin | Hinsberger<br>Maisonet<br>Thomas<br>Donatelli | Email to Gustin re: South Pointe appearance | E1998 | WP |
| 892. | 10/31/2001 | Gustin | Patton | Goldblatt<br>Baguio | Email series to Patton re: South Pointe, PI Hearing | E1999 | WP |
| 893. | 10/31/2001 | Gustin | Maisonet,<br>Hinsberger | Baguio | Email series to Maisonet re: South Pointe, PI Hearing | E2000 | AC |
| 894. | 10/30/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe; HUD named party to suit | E2001 | WP |
| 895. | 10/30/2001 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Patton | Email to Hinsberger re: South Pointe litigation | E2002 | AC |
| 896. | 10/23/2001 | Hinsberger | Baguio | Gustin | Email series to Baguio re: South Pointe Tower mortgage submission defects | E2003 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 897. | 10/23/2001 | Baguio | | | Email to Hinsberger re: South Pointe Letter concerning vouchers | E2004 | G |
| 898. | 10/23/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe relocation requirements | E2005 | WP |
| 899. | 10/23/2001 | Maisonet | Hinsberger | Gustin<br>Baguio<br>Coleman | Email series to Hinsberger re: South Pointe relocation | E2006 | AC |
| 900. | 10/23/2001 | Hinsberger | Baguio<br>Gustin | Maisonet<br>Coleman | Email to Baguio re: South Pointe relocation | E2007 | AC |
| 901. | 10/16/2001 | Gustin | | | Email to Hinsberger re: South Pointe Letter to opposing counsel | E2008 | G |
| 902. | 10/15/2001 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Hinsberger re: South Pointe Meeting Concerning Default | E2009-2010 | AC |
| 903. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Meeting Concerning Default | E2011-2012 | AC |
| 904. | 10/15/2001 | Gustin | Hinsberger | Coleman<br>Thomas<br>Baguio<br>Maisonet<br>Paul<br>Suiter | Email to Hinsberger re: South Pointe Meeting Concerning Default | E2013 | AC |
| 905. | 10/12/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe vouchers | E2014 | AC |
| 906. | 10/11/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe referral plan | E2015-2016 | AC |
| 907. | 10/11/2001 | Gustin | Baguio | | Email series to Baguio re: Memo to File concerning letters to tenants | E2017 | WP |
| 908. | 10/11/2001 | Gustin | Baguio | Maisonet | Email series to Baguio re: South Pointe information from Ed concerning HAP Contract | E2018-2058 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 909. | 10/9/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe, call from John Hayes | E2059 | WP |
| 910. | 9/7/2001 | Gustin | Suiter | Paul<br>Baguio | Email to Suiter re: South Point team report | E2060 | AC |
| 911. | 7/13/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe plan | E2061 | AC |
| 912. | 7/13/2001 | Hinsberger | Gustin | Coleman<br>Baguio<br>Suiter | Email series to Gustin re: South Pointe plan | E2062-2063 | AC |
| 913. | 7/13/2001 | Gustin | Hinsberger, Coleman | Baguio<br>Suiter | Email series to Hinsberger re: South Pointe non-renewal | E2064 | AC |
| 914. | 7/12/2001 | Baguio | Gustin | Suiter<br>Baguio | Email to Gustin re: South Pointe vouchers | E2065 | WP |
| 915. | 5/15/2001 | Gustin | Maisonet | Arnolds<br>Baguio<br>Paul<br>Suiter | Email to Maisonet re: South Pointe Draft Letter regarding owner's failures | E2066 | AC |
| 916. | 5/15/2001 | Maisonet | Gustin | Baguio<br>Arnolds<br>Paul<br>Suiter | Email to Gustin re: South Pointe Letter required edit | E2067 | AC |
| 917. | 5/15/2001 | Gustin | Maisonet | Baguio<br>Arnolds<br>Paul<br>Suiter | Email to Maisonet re: South Pointe Letter to Englewood's Counsel | E2068 | AC |
| 918. | 4/10/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe meeting with owner | E2069-2070 | WP |
| 919. | 4/9/2001 | Gustin | Maisonet<br>Baguio<br>Arnolds<br>Gustin | | Email to Maisonet re: South Pointe HAP Default | E2071 | AC |
| 920. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to Gustin re: Legal Sufficiency of Draft Letter | E2072 | WP |
| 921. | 4/6/2001 | Gustin | Baguio<br>Arnolds<br>Maisonet | | Email series to Baguio re: South Pointe draft letter to owner | E2073 | WP |
| 922. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to Gustin re: South Point draft default letter | E2074 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 923. | 4/6/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe REAC Inspection | E2075-2086 | WP |
| 924. | 10/10/2002 | Gustin | Thomas | Hinsberger<br>Coleman<br>Gray<br>Maisonet<br>Baguio<br>Donatelli | Email to Thomas re: South Pointe HAP | E2087 | AC |
| 925. | 10/10/2002 | Gustin | Maisonet<br>Hinsberger | Baguio | Email series to Maisonet re: South Pointe – Amendment to DOH Regulatory Agreement | E2088-2089 | AC |
| 926. | 10/9/2002 | Gustin | Syzbist | Baguio<br>Strobel<br>Maisonet | Email to Sybizt re: South Point – Status of HUD Legal Review | E2090 | WP |
| 927. | 9/6/2002 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Strobel | Email series to Hinsberger re: Info for Meeting from Fischer | E2091 | AC |
| 928. | 9/3/2002 | Maisonet | Gustin | Hinsberger<br>Strobel<br>Baguio | Email series to Gustin re: South Pointe claims | E2092-2096 | AC |
| 929. | 9/3/2002 | Gustin | Hinsberger<br>Strobel | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe claims | E2097-2101 | AC |
| 930. | 8/13/2002 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Pollock | Email series to Hinsberger re: South Pointe The Essential Situation; analyzing defects in Englewood's claims for reimbursement | E2102-2103 | AC |
| 931. | 8/13/2002 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Anderson<br>Pollock<br>Baguio | Email series to Hinsberger re: Englewood Litigation Dismissed, Claims, and Closing | E2104-2110 | AC |
| 932. | 8/13/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Anderson<br>Thomas<br>Baguio<br>Pollock | Email series to Hinsberger re: Englewood Litigation Dismissed, Claims, and Closing | E2111-2116 | AC |
| 933. | 8/9/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe/Englewood DSSA: Waukegan Terrace | E2117 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 934. | 8/9/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2118-2131 | AC |
| 935. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2132-2143 | AC |
| 936. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2144-2152 | AC |
| 937. | 8/5/2002 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Thomas<br>Gray<br>Baguio<br>Patton<br>Pollock<br>Paul | Email series to Maisonet re: South Pointe motion | E2153 | AC |
| 938. | 8/5/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe motion | E2154 | WP |
| 939. | 8/5/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe motion | E2155 | WP |
| 940. | 8/5/2002 | Donatelli | Donatelli | Gustin | Email to Gustin re: South Pointe motion | E2156 | WP |
| 941. | 7/22/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Pollock<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Settlement Offer Letter | E2157-2159 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 942. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Settlement Offer Letter | E2160-2161 | AC |
| 943. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email to Hinsberger re: South Pointe Settlement Offer Letter | E2162-2163 | AC |
| 944. | 7/15/2002 | Gustin | Hinsberger | Paul<br>Ollock<br>Maisonet<br>Anderson<br>Coleman | Email series to Hinsberger re: proper means of communicating with South Pointe and Don | E2164-2166 | AC |
| 945. | 7/15/2002 | Hinsberger | Gustin | Paul<br>Donatelli<br>Pollock<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: proper means of communicating with South Pointe and Don | E2167-2168 | AC |
| 946. | 7/15/2002 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Coleman<br>Pollock<br>Paul<br>Anderson | Email series to Hinsberger re: proper means of communicating with South Pointe and Don | E2169-2170 | AC |
| 947. | 7/11/2002 | Maisonet | Baguio | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Baguio re: South Pointe status | E2171-2172 | AC |