| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 948. | 7/11/2002 | Baguio | Gustin<br>Maisonet<br>Hinsberger<br>Coleman<br>Paul<br>Thomas | | Email to Gustin re: South Pointe status | E2173 | WP |
| 949. | 7/10/2002 | Baguio | Donatelli | | Email to Donatelli re: South Pointe clarification | E2174 | WP |
| 950. | 7/8/2002 | Baguio | Gustin | Paul<br>Gray<br>Hinsberger<br>Thomas<br>Donatelli<br>Pollock<br>Maisonet<br>Coleman | Email to Gustin re: Letter re Sect 8 Payments | E2175 | WP |
| 951. | 7/3/2002 | Gustin | Thomas | Gray<br>Pollock<br>Baguio<br>Coleman<br>Paul<br>Maisonet<br>Hinsberger<br>Donatelli | Email to Thomas re: Letter re Sect 8 Payments | E2176 | AC |
| 952. | 7/3/2002 | Gustin | Donatelli | Hinsberger<br>Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Maisonet<br>Baguio | Email series to Donatelli re: Original HAP Contract | E2177 | WP |
| 953. | 7/2/2002 | Gustin | Thomas | Gray<br>Pollock<br>Baguio<br>Coleman<br>Paul | Email series to Thomas re: South Pointe Towers letter in preparation for status hearing | E2178-2181 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 954. | 7/2/2002 | Paul | Gustin | Gray<br>Thomas<br>Pollock<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Towers letter | E2182-2184 | AC |
| 955. | 7/2/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Baguio<br>Pollock<br>Paul<br>Coleman<br>Thomas<br>Patton | Email series to Donatelli re: South Pointe Towers: More Answers to Don's Questions | E2185-2188 | WP |
| 956. | 7/2/2002 | Hinsberger | Gustin | Donatelli<br>Baguio | Email series to Gustin re: Answers to Don's Questions | E2189-2192 | AC |
| 957. | 7/2/2002 | Gustin | Hinsberger | Donatelli<br>Baguio | Email series to Hinsberger re: Answers to Don's Questions | E2193-2196 | AC |
| 958. | 7/2/2002 | Gustin | Paul | Gray<br>Thomas<br>Pollock<br>Coleman<br>Baguio | Email series to Paul re: South Pointe Tower Letter concerning vouchers and litigation issues | E2197-2198 | AC |
| 959. | 7/1/2002 | Paul | Gustin<br>Thomas | Pollock | Email to Gustin re: South Pointe Tower Letter concerning Section 8 Billings | E2199 | AC |
| 960. | 7/2/2002 | Gustin | Donatelli | Maisonet<br>Coleman<br>Gray<br>Pollock<br>Hinsberger<br>Baguio<br>Paul<br>Simmons<br>Ellison<br>Stamps<br>Monroe<br>Merritt<br>DiPietro | Email series to Donatelli re: South Pointe Tower Visit | E2200-2201 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 961. | 6/26/2002 | Maisonet | Coleman | Paul<br>Gustin<br>Thomas<br>Pollock<br>Baguio | Email to Coleman re: South Pointe (conveying attorney direction) | E2202 | WP |
| 962. | 6/26/2002 | Coleman | Coleman | Gustin<br>Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe vouchers | E2203 | AC |
| 963. | 6/26/2002 | Gustin | Coleman | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Coleman re: South Pointe vouchers | E2204-2205 | AC |
| 964. | 6/26/2002 | Thomas | | | Email series to Gustin re: South Pointe Letter to Residents | E2206 | G |
| 965. | 6/25/2002 | Gustin | Donatelli | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Baguio | Email to Donatelli re: South Pointe HAP Extension | E2207 | WP |
| 966. | 6/24/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Anderson<br>Patton<br>Baguio<br>Donatelli | Email to Hinsberger re: 6/27 South Pointe Prelim Injunction Cancelled | E2208 | AC |
| 967. | 6/24/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Baguio<br>Patton | Email to Donatelli re: South Pointe Settlement conference from Friday | E2209-2210 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 968. | 6/20/2002 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Thomas<br>Coleman<br>Baguio | | Email to Hinsberger re: South Pointe Hearing Tuesday | E2211 | AC |
| 969. | 6/20/2002 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Coleman<br>Donatelli<br>Baguio | Email series to Hinsberger re: Email from Samuelson | E2212-2213 | AC |
| 970. | 6/19/2002 | Maisonet | Gustin | Hinsberger<br>Patton<br>Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Still Fails Physical Inspections | E2214 | AC |
| 971. | 6/19/2002 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Coleman<br>Thomas<br>Anderson | Email series to Donatelli re: South Pointe Still Fails Physical Inspections | E2215 | WP |
| 972. | 6/19/2002 | Gustin | Weaver<br>Aiosa | Goldblatt<br>Patton<br>Jensen | Email to Weaver re: Englewood v. HUD Case No 02 C 4033 | E2216 | WP |
| 973. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: CHAC Witnesses | E2217-2219 | WP |
| 974. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Memos Regarding Appeal | E2220 | WP |
| 975. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Memos Regarding Appeal | E2221 | WP |
| 976. | 6/19/2002 | Gustin | Donatelli | Hinsberger | Email to Donatelli re: South Pointe: | E2222-2224 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| | | | | Maisonet<br>Coleman<br>Thomas<br>Anderson<br>Baguio<br>Patton | Settlement/Briefs/Topic Areas and Witnesses | | |
| 977. | 6/18/2002 | Gustin | Patton | Maisonet<br>Hinsberger<br>Baguio | Email to Patton re: South Pointe motion | E2225 | WP |
| 978. | 6/17/2004 | Gustin | Hinsberger<br>Anderson<br>Donatelli<br>Wawzenski<br>Maisonet<br>Coleman<br>Baguio | | Email series to Hinsberger re: South Pointe Loan App Chronology | E2226-2227 | AC |
| 979. | 6/17/2004 | Gustin | Wawzenski | Baguio<br>Maisonet | Email to Wawzenski re: Motion Schedule | E2228 | WP |
| 980. | 6/14/2004 | Gustin | Baguio | | Email series to Baguio re: South Pointe Info In Preparation For Hearing | E2229 | WP |
| 981. | 6/12/2004 | Maisonet | Gustin | Hinsberger<br>Patton<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe PI Hearing | E2230 | AC |
| 982. | 6/12/2004 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Patton | Email to Hinsberger re: South Pointe PI Hearing | E2231 | AC |
| 983. | 6/11/2004 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Thomas<br>Coleman | Email to Donatelli re: South Pointe Litigation | E2232-2235 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 984. | 6/11/2004 | Maisonet | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: Use Agreement | E2236-2238 | AC |
| 985. | 6/11/2004 | Gustin | Maisonet | Hinsberger<br>Thomas<br>Maisonet<br>Coleman<br>Baguio | Email series to Maisonet re: Use Agreement | E2239-2240 | AC |
| 986. | 6/11/2004 | Gustin | Thomas | Hinsberger<br>Maisonet<br>Coleman<br>Donatelli<br>Baguio | Email series to Thomas re: Don's email about HUD Notices | E2241-2242 | AC |
| 987. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email series to Hinsberger re: PI Hearing, South Pointe | E2243 | AC |
| 988. | 6/10/2002 | Hinsberger | Gustin | Thomas<br>Coleman<br>Maisonet<br>Baguio | Email series to Gustin re: Use Agreement | E2244-2245 | AC |
| 989. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email to Hinsberger re: PI Hearing, South Pointe | E2246 | AC |
| 990. | 6/10/2002 | Gustin | Maisonet | Gray<br>Hinsberger<br>Thomas<br>Baguio<br>Coleman<br>Donatelli<br>Patton | Email to Maisonet re: South Pointe litigation | E2247-2248 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 991. | 6/10/2002 | Jensen | Gustin<br>Massouras | Paul<br>Gustin<br>Pollock<br>Baguio | Email series to Gustin re: South Pointe Complaint | E2249-2251 | WP |
| 992. | 6/7/2002 | Gustin | Maisonet<br>Hinsberger | Donatelli<br>Patton<br>Baguio<br>Thomas<br>Coleman<br>Paul<br>Pollock | Email to Maisonet re: South Pointe Towers, Chicago, IL concerning letters to Opposing Counsel | E2252 | AC |
| 993. | 6/7/2002 | Hinsberger | Gustin | Patton<br>Donatelli<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe Complaint | E2253-2255 | AC |
| 994. | 6/6/2002 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Patton | Email series to Donatelli re: South Pointe Complaint | E2256-2258 | WP |
| 995. | 6/6/2002 | Gustin | Jensen | Baguio<br>Gustin<br>Paul<br>Pollock | Email series to Jensen re: South Pointe Complaint | E2259-2261 | WP |
| 996. | 6/5/2002 | Maisonet | Gustin | Paul<br>Pollock<br>Baguio | Email series to Gustin re: letter to residents | E2262-2264 | AC |
| 997. | 6/5/2002 | Maisonet | Gustin<br>Hinsberger | Baguio<br>Coleman | Email series to Gustin re: South Pointe Draft Letter concerning Potential Litigation | E2265 | AC |
| 998. | 6/5/2002 | Gustin | Maisonet | Paul<br>Pollock<br>Baguio | Email series to Maisonet re: letter to residents | E2266-2268 | AC |
| 999. | 6/5/2002 | Gustin | Maisonet | Baguio | Email to Maisonet re: South Pointe Draft Letter concerning Potential Litigation | E2269 | AC |
| 1000. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: Quick clarification concerning letters from Englewood's Counsel | E2270 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1001. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email to Thomas re: South Pointe update concerning letters from Englewood's Counsel | E2271 | AC |
| 1002. | 5/24/2002 | Gustin | Maisonet | Baguio | Email to Maisonet re: Draft Congressional Response Concerning South Pointe | E2272-2273 | AC |
| 1003. | 5/1/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio<br>Patton<br>Pollock<br>Paul | Email to Mayfield re: South Pointe: Draft Decision Letter | E2274 | AC |
| 1004. | 4/29/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio | Email series to Mayfield re: Follow-up on South Pointe Draft Decision Letter | E2275-2276 | AC |
| 1005. | 4/29/2002 | Mayfield | Gustin<br>Hinsberger | Maisonet<br>Baguio | Email series to Gustin re: Follow-up on South Pointe Draft Decision Letter | E2277 | AC |
| 1006. | 4/29/2002 | Gustin | Hinsberger<br>Mayfield | Maisonet<br>Baguio | Email series to Hinsberger re: Follow-up on South Pointe Draft Decision Letter | E2278 | AC |
| 1007. | 4/9/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Baguio<br>Coleman<br>Maisonet<br>Pollock<br>Paul | Email to Thomas re: South Pointe: Moving residents | E2279-2281 | AC |
| 1008. | 4/9/2002 | Thomas | Gustin | Baguio<br>Coleman<br>Gray<br>Hinsberger | Email series to Gustin re: Moving residents | E2282 | AC |
| 1009. | 3/8/2002 | Maisonet | Gustin | Paul<br>Pollock<br>Baguio | Email to Gustin re: Submission of South Pointe Appeal Package | E2283 | AC |
| 1010. | 3/8/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: Draft South Pointe Appeal Memo | E2284 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1011. | 3/8/2002 | Gustin | Maisonet | Baguio<br>Gustin | Email to Maisonet re: South Pointe Appeal Memo – revised | E2285 | AC |
| 1012. | 3/7/2002 | Gustin | Hinsberger<br>Maisonet | Thomas<br>Coleman<br>Paul<br>Baguio | Email to Hinsberger re: Draft South Pointe Appeal Memo | E2286 | AC |
| 1013. | 3/7/2002 | Gustin | Hinsberger | Coleman<br>Thomas<br>Maisonet<br>Baguio<br>Paul | Email to Hinsberger re: South Pointe synopsis | E2287 | AC |
| 1014. | 3/5/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2288 | AC |
| 1015. | 3/4/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Baguio | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2289 | AC |
| 1016. | 3/4/2002 | Gustin | Thomas<br>Hinsberger<br>Maisonet | Baguio<br>Paul | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2290 | AC |
| 1017. | 2/27/2002 | Miller | Gustin | Hinsberger<br>Patton<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Appeal | E2291-2292 | AC |
| 1018. | 2/27/2002 | Gustin | Miller | Hinsberger<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Maisonet | Email to Miller re: South Pointe Appeal | E2293 | AC |
| 1019. | 2/26/2002 | Gustin | Maisonet | Baguio | Email series to Maisonet re: South Pointe Appeal Letter | E2294-2296 | AC |
| 1020. | 2/21/2002 | Thomas | Gustin | Baguio<br>Coleman | Email series to Gustin re: South Pointe Letter; Slip and Fall Case | E2297 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1021. | 2/20/2002 | Gustin | Thomas | Baguio<br>Coleman | Email to Thomas re: South Pointe Letter; Slip and Fall Case | E2298 | AC |
| 1022. | 2/12/2002 | Gustin | Thomas | Paul<br>Hinsberger<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Draft Letter Regarding Abatement | E2299-2300 | AC |
| 1023. | 2/12/2002 | Thomas | Gustin | Paul<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Draft Letter Regarding Abatement | E2301 | AC |
| 1024. | 2/8/2002 | Gustin | Hinsberger<br>Coleman<br>Thomas | Maisonet<br>Baguio<br>Suiter<br>Paul | Email to Hinsberger re: South Pointe Draft Letter Regarding Abatement | E2302 | AC |
| 1025. | 2/6/2002 | Gustin | Miller | Maisonet<br>Hinsberger<br>Coleman<br>Baguio | Email series to Miller re: Legal Research In Support of Draft Letter Regarding Abatement | E2303-2304 | AC |
| 1026. | 2/6/2002 | Maisonet | Miller | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Baguio<br>Coleman<br>Suiter | Email series to Gustin (inadvertently addressed to Miller) re: Legal Research In Support of Draft Letter Regarding Abatement | E2305-2306 | AC |
| 1027. | 2/6/2002 | Miller | Gustin | Paul<br>Hinsberger<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2307 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1028. | 2/6/2002 | Gustin | Hinsberger<br>Maisonet | Miller<br>Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to Hinsberger re: Legal Research In Support of Draft Letter Regarding Abatement | E2308 | AC |
| 1029. | 2/4/2002 | Maisonet | Gustin | Miller<br>Paul<br>Hinsberger<br>Thomas<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2309-2311 | AC |
| 1030. | 2/4/2002 | Gustin | Miller | Paul<br>Hinsberger<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Miller re: Legal Research In Support of Draft Letter Regarding Abatement | E2312-2314 | AC |
| 1031. | 2/4/2002 | Maisonet | Miller | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Baguio<br>Coleman<br>Spearmon | Email series to Miller re: South Pointe Draft Letter Regarding Abatement | E2315-2317 | AC |
| 1032. | 2/4/2002 | Miller | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2318-2319 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1033. | 1/29/2002 | Gustin | Hinsberger | Miller<br>Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Spearmon | Email to Hinsberger re: Legal Research In Support of Draft Letter Regarding Abatement | E2320-2321 | AC |
| 1034. | 1/29/2002 | Gustin | Thomas | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Section 8 Billing | E2322-2323 | AC |
| 1035. | 1/29/2002 | Thomas | Gustin | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Section 8 Billing | E2324-2325 | AC |
| 1036. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management; Need for Communication to be Conducted Through Counsel | E2326 | AC |
| 1037. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management; Need for Communication to be Conducted Through Counsel | E2327 | AC |
| 1038. | 1/29/2002 | Gustin | Thomas | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Section 8 Billing | E2328-2329 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1039. | 1/29/2002 | Thomas | Gustin<br>Baguio<br>Maisonet | Coleman<br>Gray<br>Hinsberger | Email to Gustin re: Questions From PM One Management's Attorney | E2330 | AC |
| 1040. | 1/25/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Miller<br>Spearmon | Email series to Gustin re: South Pointe Letter Concerning Affirmance | E2331 | AC |
| 1041. | 1/25/2002 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to Hinsberger re: South Pointe Letter Concerning Affirmance | E2332 | AC |
| 1042. | 1/11/2002 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Towers Apartments/HUD Appeal | E2333-2335 | AC |
| 1043. | 1/11/2002 | Gustin | Maisonet<br>Baguio | Coleman<br>Hinsberger<br>Patton<br>Donatelli | Email series to Maisonet re: South Pointe Towers Apartments/HUD Appeal | E2336-2337 | AC |
| 1044. | 1/11/2002 | Hinsberger | Maisonet<br>Gustin<br>Baguio<br>Coleman | | Email series to Gustin re: South Pointe Towers Apartments/HUD Appeal | E2338-2339 | AC |
| 1045. | 1/7/2002 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Hinsberger re: IHDA Donor Tax Credit | E2340-2341 | AC |