| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1046. | 1/4/2002 | Hinsberger | Gustin | Paul<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Thomas | Email series to Gustin re: Draft South Pointe Letter | E2342 | AC |
| 1047. | 1/4/2002 | Gustin | | | Email to Hinsberger re: Draft South Pointe Letter | E2343 | G |
| 1048. | 1/3/2002 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Hinsberger re: South Pointe Defensive Litigation Dismissed | E2344-2345 | AC |
| 1049. | 1/3/2002 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Czauski<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Roman<br>Coleman | Email series to Gustin re: South Pointe Defensive Litigation Dismissed | E2346 | AC |
| 1050. | 1/3/2002 | Gustin | Hinsberger | Patton<br>Baguio<br>Suiter<br>Paul<br>Thomas<br>Coleman<br>Maisonet<br>Roman<br>Donatelli<br>Czauki | Email to Hinsberger re: South Pointe Defensive Litigation Dismissed | E2347 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1051. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E2348 | W |
| 1052. | 1/28/2000 | Gustin<br>Baguio | | | Concurrence page | E2349 | G |
| 1053. | 3/11/2004 | Akhtar | Hinsberger | | Memo to Hinsberger re: Scheduled Investigation (OIG investigation) | E2350 | W |
| *1054.* | | | | | *Blank: document produced* | *E2351-2352* | *Produced* |
| 1055. | 6/19/2002 | Gustin | Hinsberger | | Email to Hinsberger re: South Pointe: Settlement/Briefs/Topic Areas and Witnesses | E2353 | AC |
| 1056. | 1/14/2002 | Gustin | Hinsberger | Coleman<br>Baguio<br>Thomas<br>Suiter<br>Paul<br>Maisonet<br>Patton<br>Donatelli | Email to Hinsberger re: South Pointe Towers Appeal Letter | E2354 | AC |
| 1057. | 12/2/2003 | Hinsberger | Gustin | Anderson<br>Coleman | Email series to Gustin re: NET, Clients and Lawyers | E2355-2356 | AC |
| 1058. | 11/07/2001 | Baguio | Gustin | | Email to Gustin re: South Pointe Litigation Assignments | E2357 | WP |
| 1059. | 10/25/2001 | Baguio | Paul | | Email series to Paul re: South Pointe Litigation Assignments | E2358 | AC |
| 1060. | 10/23/2001 | Baguio | Patton | | Email to Patton re: South Pointe revised Draft Letter; Protecting Tenants | E2359 | WP |
| 1061. | 10/23/2001 | Baguio | Hinsberger | | Email to Hinsberger re: South Pointe photos; Message for Peter Silverman | E2360 | AC |
| 1062. | 10/04/2004 | Baguio | Gustin | | Email to Gustin re: IG and NET | E2361 | W |
| 1063. | 10/04/2004 | Gustin | Baguio | | Email to Baguio re: South Pointe update on receiver action | E2362-22364 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1064. | 09/24/2004 | Gustin | Minor | Baguio | Email to Minor re: HUD Contract No. IL06-E000-034; Need For Communications To Occur Between Counsel | E2365-2366 | O |
| 1065. | 09/24/2004 | Minor | Gustin | | Email to Gustin Forwarding Letters From Samuelson re: HUD Contract No. IL06-E000-034 | E2367 | G |
| 1066. | 11/27/2001 | Thomas | Gustin | Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe DEC Review Follow Up | E2368-2372 | AC |
| 1067. | 8/24/2004 | Anderson | Salvati | Gustin<br>Pollock<br>Baguio | Email to Salvati re: Englewood Terrace LP (OIG investigation) | E2373 | W |
| 1068. | 8/13/2004 | Thomas | Baguio | | Email to Baguio re: 2530 flag letter for NET (South Pointe) | E2374 | AC |
| 1069. | 8/12/2004 | Patsios | Baguio | Akhtar | Email to Baguio re: New Englewood Terrace | E2375 | W |
| 1070. | 7/28/2004 | Gustin | Pollock<br>Salvati<br>Baguio | | Email to Pollock re: OIG-DSSA | E2376 | AC |
| 1071. | 7/27/2004 | Braggs | Gustin<br>Hinsberger | Braggs<br>Miller<br>Golrick<br>Anderson<br>Pompa<br>Stark<br>Patton<br>Baguio<br>Pollock<br>Minor | Email to Gustin re: South Pointe Assignment | E2377-2378 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1072. | 7/27/2004 | Gustin | Hinsberger | Braggs<br>Miller<br>Golrick<br>Anderson<br>Pompa<br>Stark<br>Baguio<br>Pollock<br>Minor | E-mail to Hinsberger re: South Pointe Assignment | E2379-2380 | O |
| 1073. | 7/6/2004 | Gustin | Thomas | Gray<br>Coleman<br>Ries<br>Baguio | E-mail to Thomas re: South Pointe Tower Notification For Non-Filer | E2381 | AC |
| 1074. | 6/30/2004 | Strobel | Baguio | Strobel<br>Duncan | E-mail series to Baguio re: surplus cash | E2382-2383 | O |
| 1075. | 6/30/2004 | Strobel | Baguio | | E-mail to Baguio re: surplus cash | E2384 | O |
| 1076. | 6/18/2004 | Gustin | Massouras<br>Patton | Baguio | E-mail to Massouras re: Mechanics Lien | E2385-2389 | O |
| 1077. | 6/18/2004 | Gustin | Anderson | Cravitz<br>Miller<br>Bridges<br>Hesselton<br>Hinsberger<br>Bolton<br>Smith<br>Anderson<br>Bridges<br>Baguio | E-mail series to Anderson re: South Pointe Construction | E2390-2392 | O |
| 1078. | 6/17/2004 | Gustin | Berkec | Baguio | E-mail to Berkec re: 071-35696, South Pointe | E2393-2394 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1079. | 6/17/2004 | Gustin | Maisonet Elson | Baguio | E-mail to Maisonet and ORC Counsel Elson re: Question. | E2395 | O |
| 1080. | 6/16/2004 | Gustin | Hinsberger | Baguio | E-mail from Hinsberger re: Proposed Use of Remaining Loan Funds | E2396-2397 | O |
| 1081. | 6/16/2004 | Hinsberger | Gustin Baguio | | E-mail to Gustin re: Proposed Use of Remaining Loan Funds | E2398-2399 | O |
| 1082. | 6/4/2004 | Gustin | Baguio | | E-mail to Baguio re: South Pointe MIP argument | E2400 | O |
| 1083. | 7/27/2004 | Gustin | Baguio Pollock | Hinsberger | E-mail to Baguio re: South Pointe Towers/New Englewood Terrace | E2401 | O |
| 1084. | 10/29/2001 | Gustin | | | Handwritten Outline re: District Court Litigation | E2402-2403 | WP |
| 1085. | 7/2/1999 | Gustin | | | Handwritten Meeting Notes re: Violent Crime Division | E2404-2405 | WP |
| 1086. | 4/9/1999 | Harris | | | Attorney Handwritten Meeting Notes re: Litigation Strategy | E2406-2409 | WP |
| 1087. | 10/27/1999 | Kiening | Gustin Zale | | Email series to Gustin re: Copy of South Pointe Towers Final Team Report | E2410 | AC |
| 1088. | 10/27/1999 | Gustin | Zale Kiening | | Email series to Zale re: Copy of South Pointe Towers Final Team Report | E2411 | AC |
| 1089. | 10/26/1999 | Kiening | Gustin Zale | | Email series to Gustin re: South Pointe Towers Referral Recommendation | E2412 | AC |
| 1090. | 10/26/1999 | Gustin | Zale | Kiening | Email series to Gustin re: South Pointe Towers Referral Recommendation | E2413 | AC |
| 1091. | 10/26/1999 | Zale | | | Email series to Kiening re: South Pointe Towers Enforcement Recommendations | E2414 | G |
| 1092. | 9/9/1999 | Ross | Martin | Suiter Gustin Kiening | Email series to Martin re: Comments Regarding Pinnacle Report | E2415-2418 | AC |
| 1093. | 7/2/1999 | Gustin | Batchelor | Kiening | Email to Batchelor re: South Pointe Towers Follow up to Meeting concerning Incumbency | E2419 | AC |
| 1094. | Circa 10/1999 | Batchelor | | | Draft Initial Report with Attorney Harris' handwritten edits | E2420-2431 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1095. | 8/5/2002 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Thomas<br>Gray<br>Baguio<br>Patton<br>Pollock<br>Paul | Email series to Maisonet re: South Pointe: Motion | E2432 | AC |
| 1096. | 7/31/2002 | Gustin | Thomas | Paul<br>Gray<br>Hinsberger<br>Pollock<br>Maisonet<br>Coleman | Email series to Thomas re: South Pointe Settlement Letter Response | E2433 | AC |
| 1097. | 7/22/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Pollock<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Settlement Offer Letter | E2434-2436 | AC |
| 1098. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Settlement Offer Letter | E2437-2438 | AC |
| 1099. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email to Hinsberger re: South Pointe Settlement Offer Letter | E2439-2440 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1100. | 7/2/2002 | Gustin | Thomas | Gray<br>Thomas<br>Pollock<br>Baguio<br>Coleman<br>Paul | Email series to Thomas re: South Pointe Towers Letter In Preparation for Hearing | E2441-2444 | AC |
| 1101. | 6/27/2002 | Gustin | Thomas | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Paul<br>Pollock<br>Donatelli | Email to Thomas re: South Pointe Notice; Questions | E2445 | AC |
| 1102. | 6/26/2002 | Coleman | Gustin | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: Draft South Pointe Voucher Letter | E2446 | AC |
| 1103. | 6/24/2002 | Maisonet | Paul<br>Pollock | | Email series to Paul re: South Pointe Settlement Conference from Friday | E2447-2448 | WP/AC |
| 1104. | 6/7/2002 | Gustin | Maisonet<br>Hinsberger | Donatelli<br>Patton<br>Baguio<br>Thomas<br>Coleman<br>Paul<br>Pollock | Email to Maisonet re: South Pointe Towers Letters to Opposing Counsel | E2449 | AC |
| 1105. | 5/1/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio<br>Patton<br>Pollock<br>Paul | Email to Mayfield re: South Pointe: Draft Decision Letter | E2450 | AC |
| 1106. | 3/28/2002 | Gustin | Thomas | Coleman<br>Hinsberger<br>Paul<br>Pollock | Email to Thomas re: South Pointe Housing Court | E2451 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1107. | 8/26/2004 | Salvati | Anderson | | Email series to Anderson re: Englewood Terrace LP Ownership Structure | E2452 | W |
| 1108. | 6/18/2004 | Baguio | Salvati | | Email series to Salvati re: South Pointe – MIP | E2453 | O |
| 1109. | 5/18/2004 | Miller | Hinsberger | Braggs<br>Wilson<br>Minor<br>Patton<br>Gustin<br>Bolton<br>Pollock<br>Salvati<br>Golrick<br>Donis<br>Maisonet<br>Baguio<br>Anderson<br>Pampa | Email to Hinsberger re: South Pointe/Englewood Terrace FHA # 071-35696 | E2454-2456 | O |
| 1110. | 2/10/2000 | Massman | Suiter<br>Harris | Goldblatt<br>Christopher<br>Jones | Email to Suiter re: HQ Legal Review of South Pointe Towers Final Team Report | E2457 | AC |
| 1111. | 12/17/2003 | Salvati | Bruce<br>Pollock | | Email series to Bruce re: New Englewood Terrace; Items Needed for Financial Review | E2458-2459 | W |
| 1112. | 12/10/2003 | Berkec | Salvati | | Email to Salvati re: Unofficial South Pointe write-up | E2460 | WP |
| 1113. | 8/12/2002 | Hinsberger | Maisonet | Gustin<br>Maisonet<br>Baguio | Email series to Maisonet re: South Pointe Closing Documents | E2461 | AC |
| 1114. | 8/7/2002 | Hinsberger | Gustin | Thomas<br>Maisonet<br>Coleman | Email series to Gustin re: South Pointe Towers Representation and 7/31/2002 Claims Letter | E2462-2464 | AC |
| 1115. | 7/22/2002 | Hinsberger | Gustin | Maisonet | Email series to Gustin re: South Pointe Settlement Offer Letter | E2465-2467 | AC |
| 1116. | 6/21/2002 | Hinsberger | Coleman | Gustin<br>Maisonet<br>Baguio<br>Anderson | Email series to Coleman re: Draft HAP Extension Letter | E2468-2469 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1117. | 6/21/2002 | Coleman | Hinsberger | Gustin<br>Maisonet<br>Baguio<br>Anderson | Email series to Coleman re: Draft HAP Extension Letter | E2470-2471 | AC |
| 1118. | 6/21/2002 | Hinsberger | Anderson | Gustin<br>Maisonet<br>Baguio<br>Coleman<br>Maisonet | Email series to Anderson re: Email series to Coleman re: Draft HAP Extension Letter | E2472 | AC |
| 1119. | 6/18/2002 | Gustin | Patton | Maisonet<br>Hinsberger<br>Baguio | Email to Patton re: Transfer of South Pointe Case | E2473 | WP |
| 1120. | 6/14/2002 | Gustin | Coleman | Hinsberger<br>Thomas<br>Maisonet<br>Anderson | Email series to Coleman re: South Pointe Flag Appeal | E2474-2475 | AC |
| 1121. | 6/14/2002 | Hinsberger | Gustin | Thomas<br>Maisonet<br>Coleman<br>Anderson | Email series to Gustin re: South Pointe Chronology in Preparation for Hearing | E2476 | AC |
| 1122. | 5/2/2002 | Gustin | Mayfield | Maisonet<br>Hinsberger | Email series to Mayfield re: South Pointe Draft Decision Letter | E2477 | AC |
| 1123. | 3/7/2002 | Gustin | Hinsberger<br>Maisonet | Thomas<br>Coleman<br>Paul<br>Baguio | Email to Hinsberger re: South Pointe Appeal | E2478 | AC |
| 1124. | 3/7/2002 | Gustin | Hinsberger | Coleman<br>Thomas<br>Maisonet<br>Baguio<br>Paul | Email to Hinsberger re: South Pointe Synopsis of Events Before Lawsuit | E2479 | AC |
| 1125. | 12/19/2001 | Hinsberger | Gustin | Maisonet<br>Baguio<br>Walker<br>Anderson | Email series to Gustin re: Management Agreements | E2480-4282 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1126. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to Hinsberger re: South Pointe Potential Settlement | E2483-2484 | AC |
| 1127. | 10/12/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe vouchers | E2485 | AC |
| 1128. | 6/2004 | Gustin | | | Draft Memoranda for Geary re: OIG Referral | E2486-2569 | W |
| 1129. | 12/19/2003 | Pollock | Bruce | | Email series to Bruce re: Englewood Draft Motion | E2570-2584 | AC |
| 1130. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood Draft Motion | E2585-2599 | AC |
| 1131. | 12/17/2004 | Pompa | Gustin | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock<br>Braggs<br>Pompa | Email series to Gustin re: New Englewood Terrace/South Pointe Loan Assignment Process | E2600-2601 | O |
| 1132. | 8/16/2004 | Gustin | Braggs | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock | Email series to Braggs re: New Englewood Terrace/South Pointe Loan Assignment Process | E2602 | O |
| 1133. | 8/12/2004 | Suiter | Pollock | | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2603-2604 | AC |
| 1134. | 8/12/2004 | Pollock | Suiter | Baguio<br>Gustin<br>Salvati | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2605-2606 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1135. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2607 | AC |
| 1136. | 8/11/2004 | Pollock | Gustin | Baguio | Email to Gustin re: New Englewood Terrace/South Pointe | E2608 | W |
| 1137. | 8/17/2004 | Pompa | Gustin | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock<br>Braggs<br>Pompa | Email series to Gustin re: New Englewood Terrace/South Pointe Litigation Strategy | E2609-2610 | AC |
| 1138. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2611 | W |
| 1139. | 6/4/2004 | Pollock | Gustin | | Email series to Gustin re: South Pointe cost certification issues | E2612-2614 | O |
| 1140. | 5/19/2004 | Baguio | Pollock | | Email series to Pollock re: South Pointe Assignment Issues | E2615-2616 | O |
| 1141. | 8/18/2004 | Baguio | Pollock | | Email series to Pollock re: South Pointe MIP memo | E2617 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1142. | 4/30/2004 | Gustin | Strobel | Baguio<br>Pollock | Email series to Strobel re: Project No. 071-35696 South Pointe Tower | E2618-2619 | O |
| 1143. | 5/18/2004 | Miller | Hinsberger | Braggs<br>Wilson<br>Minor<br>Patton<br>Gustin<br>Bolton<br>Pollock<br>Salvati<br>Golrick<br>Donis<br>Maisonet<br>Baguio<br>Anderson<br>Pompa | Email series to Hinsberger re: South Pointe/Englewood Terrace FHA # 071-35696 | E2620-2622 | O |
| 1144. | 8/30/2004 | Gustin | Hinsberger<br>Thomas | Coleman<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Response to the Complaint | E2623 | AC |
| 1145. | Undated | Suiter | | | S. Pointe Mortgage Chronology | E2624-2628 | O |
| 1146. | 11/2/2001 | Bishop | | | Draft Memo to Troutman re: South Point Towers Litigation | E2629-2630 | WP |
| 1147. | 3/8/2002 | Hinsberger<br>Maisonet | | | Draft Memo to Mayfield re: South Pointe Towers Appeal | E2631-2641 | WP |
| 1148. | 11/27/2001 | Gustin | | | Draft Memo to Fisher re: South Pointe Towers Litigation | E2642-2643 | WP |
| 1149. | 03/2001 | Maisonet | | | Draft Affidavit of Margarita Maisonet, | E2644-2646 | WP |
| 1150. | 11/28/2001 | Gustin | | | Draft Memo to Fisher re: South Pointe Towers Litigation | E2647-2648 | WP |
| 1151. | 3/xx/2002 | Hinsberger | | | Draft Memo to Mayfield re: South Point Towers Apts. | E2649-2654 | |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| | | Maisonet | | | Chicago, Illinois, HAP CONTRACT NON-RENEWAL/TERMINATION APPEAL, w/enclosure | | |