December 8, 2000

Ms. Gwendolyn Thomas, Project Management
U. S. Department of Housing & Urban Development
Illinois State Office
77 West Jackson Blvd., 23 Floor
Chicago, Illinois 60604-3507

**Priority Mail**

**Re:** **Management Improvement & Operating (MIO) Plan**
**REAC Inspection Dated 4/28/99**
**Southpointe Tower Apartments**
**FHA Project No: 071-55028**

Dear Ms. Thomas:

This report details the status of the items remaining on the Management Improvement and Operating (MIO) Plan for the above referenced REAC Inspection dated April 28, 1999 as of November 2000.

The status update and work in progress are as follows:

| **Site** | **Observation** | **Status** |
|---|---|---|

All site items have been completed.

**Building 1 - Building Exterior**

All items noted during the inspection have been completed. However, window screens' repair is an ongoing process due to damage and vandalism.

**Building 1 - Building Systems**

| | | |
|---|---|---|
| Elevators | Not Operable | Two (2) new elevators have been installed. The 3rd elevator is in and testing has been changed December 15 and December 20th is the new in- service date. |

| | | |
|---|---|---|
| Halls/Corridors/Stairs | Doors Damaged | Owners are in the process of refinancing to complete repairs. Projected completion date is July 1, 2001. |

**Building 1 - Unit 1110**

All repairs completed

**Building 1- Unit 1112**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. **Completed.** |

**Building 1 - Unit 1206**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. **Completed** |

**Building 1 - Unit 1302**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting July/August 2000. **Completed.** |

**Building 1 - Unit 1402**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim<br>Peeling/Needs Paint | Scheduled for painting in September 2000. **Completed.** |

**Building 1 - Unit 1504**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 1506**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting September. **Completed.** |

**Building 1- Unit 1508-Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1 -Unit 1813**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting in September 2000. **Completed.** |

**Building 1- Unit 1914**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Schedule for painting in September 2000. |
| Walls | Peeling/Needs Paint | Scheduled for painting September 2000. **Completed** |

**Building 1- Unit 2211**

| | | |
|---|---|---|
| Walls | Damaged/Deteriorated Trim. Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit is scheduled for painting in August 2000. **Completed.** |

**Building 1- Unit 2213**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Scheduled for painting October 2000. **Completed.** |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. **Completed.** |

**Building 1 -Unit 409**

All items completed

**Building 1- Unit 410**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October of 2000.**Completed.** |

**Building 1- Unit 501**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in August 2000. **Completed.** |
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May of 1999. Unit scheduled for painting in October 2000. **Completed.** |

**Building 1 - Unit 501 - Health & Safety**

| | | |
|---|---|---|
| Infestation | Insects | Infestation is being controlled through our monthly extermination service. |

**Building 1- Unit 509**

| | | |
|---|---|---|
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in October 2000. **Completed.** |

**Building 1 -Unit 603**

| | | |
|---|---|---|
| Walls | Damaged/ Holes/Missing Tiles/panels Peeling/Needs Paint | Holes repaired in May Of 1999. Unit scheduled for painting in October 2000. **Completed.** |

**Building 1- Unit 6411**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit scheduled for painting in October 2000. **Completed.** |

| | | |
|---|---|---|
| **Building 1- Unit 6417** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in September of 2000. **Completed.** |
| **Building 1 -Unit 6423** | | |
| Ceiling | Peeling/Needs Painting Water stains / Water damage /Mold. | Scheduled for painting in October 2000. |
| Walls | Water Stains/ Water Damaged /Mold | Unit is scheduled for painting in July 2000. **Completed.** |
| **Building 1 Unit 703** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. **Completed.** |
| **Building 1 Unit 704** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. **Completed.** |
| **Building 1- Unit 709** | | |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in November of 2000. **Completed.** |
| **Building 1 -Unit 714** | | |
| Ceiling | Peeling/Needs Painting | Scheduled for painting in November 2000. |
| Walls | Damaged/ Holes/Missing Tiles/panels /Needs Paint | Holes repaired in May Of 1999. Unit is scheduled for painting in August 2000. |
| Windows | Screens Missing/Damaged | Repairs completed in June 1999. **Completed.** |

**Building 1 -Unit 809**

| | | |
|---|---|---|
| Ceiling | Peeling/Needs Painting | Scheduled for painting in August 2000. |
| Walls | Peeling/Needs Paint | Unit is scheduled for painting in August of 2000. **Completed.** |

I can be reached at (773) 324-9010 X 204 if you have any questions.

Sincerely,

Carl E. Sanders
Property Manager

/CES

cc: Debbie Gray, HUD
Ken Horton, P. M. Group, Inc.
Marlene Dau, PM One, Ltd.
975.10 OS/Chicago