# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** |
| | * **Filed: February 21, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the defendant's February 15, 2006 motion to place documents under seal. In its motion, the defendant identified several documents containing sensitive information which should be sealed. Pursuant to the court's protective order dated February 21, 2006, the court **GRANTS** the defendant' s motion and **ORDERS** that the defendant's motion for summary judgment and all attachments, docket no. 46, filed on June 2, 2005, and plaintiff's opposition to defendant's motion for summary judgment and all attachments, docket no. 51, filed on July 1, 2005, be placed under **SEAL**. The Clerk of the Court shall ensure that the documents in the court's CM/ECF system are sealed.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**