# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **No. 03-2209C** |
| | * | **Filed: March 13, 2006** |
| **UNITED STATES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the parties' joint stipulations of fact and joint stipulations of law filed on February 16, 2006, and the parties' joint appendix filed on February 21, 2006. To discuss the parties' filings and the future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Friday, March 17, 2006 at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-616-8253.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**