IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Horn) |

NOTICE OF FILING

Pursuant to the Court's instructions during its March 20, 2006 conference call with the parties, defendant hereby files the declarations of Gregory G. Gustin and Edward J. Hinsberger.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ BRIAN M. SIMKIN
BRIAN M. SIMKIN
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

Tele: (202) 616-8253
Fax: (202) 307-0972

March 24, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 24, 2006, a copy of the foregoing “NOTICE OF FILING” and attachments were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ PAUL R. WELLONS