**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 03-2209C<br>(Judge Marian Blank Horn) |

**DECLARATION OF EDWARD J. HINSBERGER**

I, EDWARD J. HINSBERGER, in my official capacity for the United States Department of Housing and Urban Development (HUD), on oath and under penalty of perjury pursuant to 28 U.S.C. § 1746, state as follows:

1. I am the Director of the Chicago, Illinois, Region 5, HUD Office of Multifamily Housing (Chicago Hub).

2. As Director, among other matters, I am responsible for the oversight, development, and general operation of multifamily properties within the jurisdiction of the Chicago Hub insofar as those properties desire to be, or are, subject to HUD program requirements.

3. I have been employed by HUD since 1978, and I have served as Director of the Chicago Hub since 1997.

4. This Declaration is made in my official capacity as Chicago Hub Director, and only for the matters at issue in the above styled litigation.

5. I am familiar with the project located at 6425 S. Lowe and commonly known as South Pointe Towers Apartments (South Pointe). South Pointe received rental subsidies through a project-based Housing Assistance Payments (HAP) Contract with HUD; as that HAP Contract was renewed from time-to-time until its termination in 2002.

6. The authority for actions taken by HUD with respect to the South Pointe HAP Contract resided with HUD's Office of Multifamily Housing, and myself as Director of the Chicago Hub.

7. Thus, the proper HUD authority signed the HAP Contract, and made elections to non-renew, renew, modify, amend, or terminate the South Pointe HAP Contract.

8. With respect to elections to non-renew, renew, modify, amend, or terminate the South Pointe HAP Contract, the decisions and actions taken concerning those matters were within my delegated authority as said Hub Director, and were taken for HUD by me, or by staff that I authorized to do so, and pursuant to my delegated authority.

9. Further Declarant sayeth naught.

Executed and affirmed this 22nd day of March 2006.

/s/ Edward J. Hinsberger
Edward J. Hinsberger
Director
U.S. Department of Housing and Urban Development
Office of Multifamily Housing, Chicago Hub