**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-2209C** |
| **v.** | ) | **(Judge Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of DOUGLAS K. MICKLE as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0383
Facsimile: (202) 353-7988

Dated: May 5, 2006

## CERTIFICATE OF FILING

I hereby certify that on May 5, 2006, a copy of the foregoing "**NOTICE OF APPEARANCE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle