# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** |
| | * **Filed: May 17, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's response to plaintiff's April 28, 2006 motion to compel. To discuss the plaintiff's motion, the court **ORDERS** the parties to appear at a status conference on **Tuesday, May 23, 2006 at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-353-7988.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**