# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** |
| | * **Filed: May 23, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * | |

**O R D E R**

A status conference was held in the above-captioned case on May 23, 2006. During the conference, the parties discussed the plaintiff's April 28, 2006 motion to compel. As discussed with the parties during the conference, the court **ORDERS** that this case is **STAYED** pending resolution of the discovery issues presented in the plaintiff's motion to compel and the additional discovery issue discussed at the conference. To address the plaintiff's motion, the defendant may file with the court additional affidavits indicating that a thorough search of its files has been completed and that no additional evidence or concurrences can be produced. The parties shall cooperate to resolve the remaining discovery issues regarding a search of the files and the issue of delegation, as well as any other issues. When all discovery disputes have been resolved, or when it is determined that the parties have reached an impasse in resolving the concerns raised, the parties shall place a joint call to chambers at telephone number 202-357-6580 and a conference with counsel and the undersigned judge will be held to determine whether the order to stay this case should be lifted. The motion schedule in this case will resume only after all discovery disputes have been resolved. All future briefs shall be comprehensive and incorporate any relevant evidence identified during discovery.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**