# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | * | |
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, | * | |
| Plaintiff, | * | |
| v. | * | No. 03-2209C<br>Filed: August 2, 2006 |
| UNITED STATES, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * * | * | |

**O R D E R**

On August 2, 2006, the parties in the above-captioned case contacted chambers to discuss the discovery dispute and consequent stay issued in this case on May 23, 2006. During the conference, the parties indicated that they have reached yet another impasse in their efforts to resolve all discovery disputes. The parties are urged to continue to work together to resolve the dispute and report to the court regarding their efforts. In the event that the parties fail to reach an agreement, as discussed with the parties, the court **ORDERS** the parties to appear at a status conference on **Wednesday, August 23, 2006 at 10:30 a.m. EDT**. Counsel for both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at 312-701-9300 and defendant's counsel at 202-353-7988.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**