**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **(Judge Marian Blank Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT WITNESS LIST**

Pursuant to Rule 15(a) of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), as modified by this Court's Order of August 23, 2006, the parties respectfully submit the following joint witness list with regard to the trial of plaintiff, Englewood Terrace Limited Partnership ("Englewood"). This list does not contain witnesses which the parties may choose to use for impeachment. See RCFC Appendix A ¶ 15(a). The parties have not agreed to take overlapping witnesses.

**I. Englewood expects to call the following witnesses at trial**:

**1. Freddie Batchelor**[1]

9615 South Kedzie
Evergreen Park, Illinois 60808

Ms. Batchelor may testify regarding her experience in public housing and as an employee of the Department of Housing and Urban Development ("HUD") and its Departmental Enforcement Center ("DEC"); her experience with the South Pointe building and the management and owners of Englewood; contacts between the management and owners of

[1] Defendant objects to Englewood calling Ms. Batchelor as a witness. Ms. Batchelor's testimony is not relevant to the issues before the Court. The United States will file a motion in limine setting forth in detail its objection to this witness if it is requested to do so by the Court.

Englewood and other HUD officials; the contract between Englewood and HUD; HUD's decision-making procedures and customs regarding the review of its housing projects; HUD's procedures and customs regarding the creation, termination and abatement of Section 8 contracts; Englewood's plan and efforts to renovate the South Pointe building in response to the 1997 REAC Report; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**2. <u>Veronica Coleman</u>**

Director of Project Management
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Ms. Coleman as an adverse witness regarding her experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD headquarter's efforts to determine whether HUD Chicago had acted properly in the termination of Englewood's HAP Contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of

"flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 2 hours.

**3. <u>Ted Dunaj</u>**

Architect
55 West Monroe Street
Chicago, Illinois

Mr. Dunaj, an architect who developed plans for the rehabilitation of the South Pointe building, may testify regarding his experience with the South Pointe building, the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the physical condition of the systems, common areas and units of South Pointe; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing;[2] Englewood's efforts to mitigate its damages; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

---

[2] Defendant objects to Englewood calling Mr. Dunaj as a witness to testify regarding the issue of "HUD's breach of contract and violation of the covenant of good faith and fair dealing." The Government believes that Mr. Dunaj does not possess information that is relevant to this issue before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

**4. Greg Gustin**[3]

Senior Attorney Advisor
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Mr. Gustin, an attorney in the HUD Office of General Counsel, as an adverse witness regarding his experience with the South Pointe building as Lead Counsel in the Departmental Enforcement Center ("DEC"); contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of and decision not to renew Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; drafting of HUD's administrative review decision; items contained on HUD's privilege log; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

[3] Defendant objects to Englewood calling Mr. Gustin as a witness. Mr. Gustin is the Associate Regional Counsel for Program Enforcement, and thus, is a senior legal advisor to Mr. Hinsberger and the Chicago HUD office. The information sought by Englewood is protected by the attorney-client and work-product privileges. The United States will file a motion in limine setting forth in detail its objection to this witness if it is requested to do so by the Court.

**5. <u>Ray Etzkorn</u>**

U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Mr. Etzkorn, an employee of HUD in 2001, as an adverse witness regarding his experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; the differences between the physical needs at South Pointe as set out in the March 8, 2001 REAC Report and his reports of March 22, 2001 and March 27, 2001; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

**6. <u>John J. Hayes</u>**

First Realty Development Group
950 Corporate Office Drive, Suite 200
Milford, Michigan 48381

Mr. Hayes, the former general partner of Englewood, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8

contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building.[4] Estimated time for examination is 3 hours.

**7. <u>Edward Hinsberger</u>**

Director
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Mr. Hinsberger, Hub Director for Region 5 of the HUD Office of Multifamily Housing, in Chicago, Illinois, as an adverse witness regarding his experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs, notices of default issued to Englewood; the legal basis for the issuance of vouchers; the termination, non-renewal and abatement of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and

---

[4] Defendant objects to Englewood calling Mr. Hayes as a witness to testify regarding the issue of “flags.” Mr. Hayes testimony upon this issue is not relevant to the issues before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**8. <u>Margarita Maisonet</u>**

U.S. Department of Housing and Urban Development
451 7th Street SW
Washington, DC 20410

Englewood may call Ms. Maisonet, the Director of HUD’s Departmental Enforcement Center, as an adverse witness regarding her experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

**9. Beverly Miller**[5]

U.S. Department of Housing and Urban Development
451 7th Street SW
Washington, DC 20410

Englewood may call Ms. Miller, the Director of HUD's Office of Asset Management, as an adverse witness regarding the contract between Englewood and HUD; notices of default issued to Englewood; communications with members of the staff at HUD Chicago; the termination, abatement and non-renewal of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; and damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing. Estimated time for examination is 1 hour.

**10. Don Samuelson**[6]

DSSA Management, Inc.
5901 North Cicero Avenue, Suite 300
Chicago, Illinois 60646

Mr. Samuelson may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's comprehensive plan to rehabilitate the

---

[5] Defendant objects to Englewood calling Ms. Miller as a witness. Ms. Miller does not possess any relevant information regarding the issues before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

[6] Defendant objects to Englewood calling Mr. Samuelson as a witness. Mr. Samuelson's testimony is not relevant to the issues before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**11.** **Carl Sanders**[7]

206 Dogwood Street
Park Forest, Illinois 60466-1823

Mr. Sanders, the area property manager for Englewood with responsibility for the South Pointe building, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's efforts to respond to HUD inspections; Englewood's various plans to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and

[7] Defendant objects to Englewood calling Mr. Sanders as a witness. Mr. Sanders's testimony is not relevant to the issues before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**12. Willie Spearmon**[8]

U.S. Department of Housing and Urban Development
451 7th Street SW
Washington, DC 20410

Englewood may call Mr. Spearmon as an adverse witness regarding the contract between Englewood and HUD; notices of default issued to Englewood; the termination, abatement and non-renewal of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; and damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing. Estimated time for examination is 1 hour.

[8] Defendant objects to Englewood calling Mr. Spearmon as a witness. Mr. Spearmon does not possess any relevant information regarding the issues before the Court. The United States will file a motion in limine setting forth in detail its objection its objection to this witness if it is requested to do so by the Court.

**13.** **<u>Gwendolyn Thomas</u>**

Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Ms. Thomas, a project manager at the Chicago Office of Multifamily Housing, as an adverse witness regarding her experience with the South Pointe building; the filing and reporting practices with respect to hard copy, REMS, and imaged files; redelegations of authority given by Hinsberger; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**II. <u>Defendant may call the following witnesses at trial</u>:**

**1. <u>Edward Hinsberger</u>**

Director
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Mr. Hinsberger is the Hub Director for Region 5 of the HUD Office of Multifamily Housing, in Chicago, Illinois. He has been the Hub Director for 9 of the 28 years he has been with HUD. As the Hub Director, Mr. Hinsberger is responsible for the oversight, development, and general operation of multifamily programs within the jurisdiction of the Chicago Hub. The Director of Operations, Mary Anderson, and Director of Project Management, Veronica Coleman, report to Mr. Hinsberger. If called, Mr. Hinsberger is expected to testify as to his delegated authority and HUD Headquarters communications with respect to decisions regarding HAP Contracts; the policies and practices of HUD's subsidy and insurance programs; REAC and HUD's expectations of Owners in regard to REAC physical inspection reports; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; HUD's requirements and expectations with respect to a MIO Plan; the interactions, meetings, and other communications with Englewood; the interactions, meetings, and other communications with staff and others regarding the Englewood's HAP Contract and loan application; HUD's requirements and expectations with respect to Englewood's cure of its Notice of Default of HAP contract; HUD's requirements and expectations with respect to Englewood's application for a HUD-insured 221(d)(4) loan; the decision to cease providing the project-based subsidy at South Pointe; the process by which this decision was made; Englewood's appeal of HUD's decision

pursuant to the Multifamily Assisted Housing Reform and Affordability Act ("MAHRA"), 42 U.S.C. §1437f; the impact and effect of HUD's decision to terminate the project-based HAP contract; the Section 221(d)(4) HUD-insured loan given to Englewood after the termination of the HAP contract; subjects of the testimony provided by his staff, including Mary Anderson, Veronica Coleman, and Gwendolyn Thomas. Estimated time for examination is 3 hours.

2. **Veronica Coleman**

Director of Project Management
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Coleman is the Director of Project Management for the Chicago Office of Multifamily Housing; she has been the Director of Project Management for over seven years, and has been with HUD since 1981. As Director of Project Management, she oversees the operations of insured and subsidized multifamily properties in Illinois and supervises project management staff, among others, including Chief Project Manager Debbie Gray, who in turn supervises Project Manager Gwendolyn Thomas. Ms. Coleman reports to Hub Director Edward Hinsberger. Ms. Coleman is expected to testify as to her delegated authority; the policies and practices of HUD's subsidy and insurance programs; HUD's Real Estate Assessment Center (REAC) and HUD's expectations of Owners in regard to REAC physical inspection reports; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; the interactions, meetings, and other communications with Plaintiff regarding the physical condition of the property, Englewood's HAP Contract and Englewood's application for a HUD-insured 221(d)(4) loan, among others; the interactions, meetings, and other communications with her

staff and the Hub Director regarding the physical condition of Englewood's property, Englewood's HAP Contract and Englewood's application for a loan, among others; HUD's requirements and expectations for a Management Improvement and Operating (MIO) Plan; Englewood's submission of a MIO Plan; HUD's requirements and expectations with respect to Englewood's cure of its Notice of Default of HAP contract; Englewood's requests for HAP Contract renewal, rent increase, utility reimbursement, lost rent, and vacancy and tenant damages claims; the decision to cease providing the project-based subsidy at South Pointe; the process by which this decision was made; the impact and effect of HUD's decision to terminate the project-based HAP contract; the Section 221(d)(4) HUD-insured loan given to Englewood after the termination of the HAP contract; subjects of the testimony provided by her staff, including Gwendolyn Thomas and Debbie Gray; as well as the contents of her deposition. Estimated time for examination is 2 hours.

3. **Gwendolyn Thomas**

Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Thomas is a project manager at the Chicago Office of Multifamily Housing. As project manager, Ms. Thomas is responsible for, among other things, monitoring an owner's compliance with HUD programs and reporting any issues to her supervisors or to the Hub Director. Ms. Thomas has been the project manager for South Pointe since on or about 1998; she has been employed by HUD since 1989. As South Pointe's project manager, Ms. Thomas was at the project on numerous occasions and was the initial contact for its tenants, management

agents, and principals. If called, Ms. Thomas is expected to testify as to the physical condition of the property; tenant complaints and other information received relative to the condition of the property; authenticate records made by her during visit(s) to the property; Englewood's submission of its MIO Plans; communications with Englewood, including Englewood's requests for HAP Contract renewals, rent increase, utility reimbursement, lost rent, and vacancy and tenant damages claims; as well as the contents of her deposition. Estimated time for examination is 3 hours.

4. **Mary Anderson**

Director of Operations
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Anderson is the Director of Operations for the Chicago Multifamily Hub. Ms. Anderson has been with HUD since 1979 and has served as the Director of Operations for eight years. As Director of Operations, Ms. Anderson has oversight of loan production, among other responsibilities, for the Chicago regional office of HUD, and supervises the Operations staff. Ms. Anderson reports to Hub Director Edward Hinsberger. If called, Ms. Anderson is expected to testify as to the policies and practices of HUD's subsidy and insurance programs; her delegated authority; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; the interactions, meetings, and other communications with Englewood regarding Englewood's application for a HUD-insured loan pursuant to Section 221(d)(4) of the National Housing Act, 12 U.S.C §1715l; the interactions, meetings, and other communications with her staff, including Ben Tessler and John Schneider, regarding Englewood’s Housing

Assistance Payments (HAP) Contract and application for a HUD-insured Section 221(d)(4) loan; the processing of Englewood's Section 221(d)(4) mortgage insurance; the general expectations of participants in HUD's insurance programs; and the nature of HUD's actions relative to Englewood's Section 221(d)(4) loan. Estimated time for examination is 2 hours.

5. **Alan Cravitz**[9]

President
Developer's Mortgage
221 North LaSalle Street
Chicago, IL

Mr. Cravitz was the developer for the Englewood and worked with Englewood to submit an acceptable Section 221(d)(4) loan application to HUD on Englewood's behalf. If called, Mr. Cravitz is expected to testify as to the loan application process and the documents generated thereto; the expectations of Englewood and of HUD with respect to the loan; communications with Englewood; and communications with HUD. Estimated time for examination is 2 hours.

[9] Englewood objects to HUD calling Mr. Cravitz as a witness. Ms. Cravitz's testimony is not relevant to the issues before the Court, and a subpoena served on Mr. Cravitz's company, Developer's Mortgage Corporation, was not served on Englewood until October 2006. Englewood will file a motion in limine setting forth in detail its objection to Mr. Cravitz's testimony if it is requested to do so by the Court.

6. **Kathy Merritt**[10]

Senior Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Merritt is a senior project manager at the Chicago Office of Multifamily Housing. She was the project manager assigned to South Pointe Towers Apartments prior to Gwendolyn Thomas. Ms. Merritt has been to the project on numerous occasions. If called, Ms. Merritt is expected to testify as to the physical condition of the project, contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

7. **Debra Head**

Senior Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Head is a project manager at the Chicago Office of Multifamily Housing. She has been to the property and if called is expected to testify as to the physical condition of the project, contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

---

[10] Englewood objects to HUD calling Ms. Merritt, Ms. Head, Ms. DiPietro, Ms. Stevenson, Ms. Ellison, Ms. Valentine and Ms. Monroe as witnesses. Their testimony appears to concern the condition of the property. Those witnesses, however, do not appear to have participated in decisions regarding Englewood or communicated with Englewood regarding the condition of the property, and therefore their testimony is not relevant to the issues before the Court. See HUD's Responses to Pl's. Interrogatory No. 9 at 17-18. Englewood will file a motion in limine setting forth in detail its objection to these witnesses if it is requested to do so by the Court.

8. **Teresa DiPietro**

Contract Administration Oversight Monitor
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. DiPietro served as a project manager with HUD's Chicago Office of Multifamily Housing prior to becoming a Contract Administration Oversight Monitor. Ms. DiPietro has been to the project and if called is expected to testify as to the physical condition of the property; contact and communication with tenants; and communication with Englewood. Estimated time for examination is 1 hour.

9. **Luella Stevenson**

Housing Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Stevenson is a project manager at the Chicago Office of Multifamily Housing. She has been to the property and if called is expected to testify as to the physical condition of the project, contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

10. **Lucille Ellison**

Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Ellison is a project manager at the Chicago Office of Multifamily Housing. She has been to the property and if called is expected to testify as to the physical condition of the project, contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

11. **Karen Valentine (formerly Karen Holmes)**,

Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Valentine is a project manager at the Chicago Office of Multifamily Housing. She has been to the property and if called is expected to testify as to the physical condition of the project, contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

12. **Debra Monroe**,

Housing Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Monroe is a project manager at the Chicago Office of Multifamily Housing. She has been to the property and if called is expected to testify as to the physical condition of the project,

contact and communication with tenants, and communication with Englewood. Estimated time for examination is 1 hour.

13. **<u>Lillye Simmons</u>**

Construction Analyst
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Simmons is a Construction Analyst with HUD who reports to the Director of Project Management, Veronica Coleman. She has been to the property, and if called, Ms. Simmons is expected to testify about the physical condition of South Pointe Towers Apartments; HUD's expectation of the physical condition of subsidized properties; to authenticate records made by her during visit(s) to the property; and, her interaction with Englewood. Estimated time for examination is 1 hour.

14. **<u>Carlos Castillo</u>**[11]

Team Leader
CHAC Inc.
1000 S. Wabash
Chicago, IL

Mr. Castillo is a Team Leader in the Inspection Department for CHAC, Inc. CHAC, Inc. was the contract administrator responsible for issuing housing vouchers to eligible South Pointe Towers tenants. As the Team Leader, Mr. Castillo has been to the property and if called is

[11] Englewood objects to HUD calling Mr. Castillo, Mr. Duncan and Ms. O'Neil as witnesses. Their testimony appears to relate to the condition of the property in 2002, after HUD had served its Notice of Termination in November 2001. Accordingly, these witnesses' testimony is not relevant to the issues before the Court. Englewood will file a motion in limine setting forth in detail its objection to these witnesses if it is requested to do so by the Court.

expected to testify as to the condition of the project; interaction and communications with tenants; and communications with Englewood. Estimated time for examination is 2 hours.

15. **Leon Duncan**

Team Leader
CHAC Inc.
1000 S. Wabash
Chicago, IL

Mr. Duncan is a Team Leader in the Inspection Department for CHAC, Inc. CHAC, Inc. was the contract administrator responsible for issuing housing vouchers to eligible South Pointe Towers tenants. As a Team Leader, Mr. Duncan has been to the property and if called is expected to testify as to the condition of the project; interaction and communications with tenants; and communications with Englewood. Estimated time for examination is 1 hour.

16. **Jennifer O'Neil**

Deputy Director
CHAC, Inc.
1000 S. Wabash
Chicago, IL

Ms. O'Neil is the Deputy Director for CHAC, Inc., the contract administrator responsible for issuing housing vouchers to eligible tenants at South Pointe Towers. If called, Ms. O'Neil expected to testify as to CHAC's activity regarding the voucher process at South Pointe; expectations of Englewood with respect to vouchers and occupancy; interaction and communications with Englewood. Estimated time for examination is 1 hour.

17. **Mohammad Ahmad**[12]

Senior Construction Analyst
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Mr. Ahmad is an analyst who reports to the Director of Operations, Mary Anderson. If called, Mr. Ahmad is expected to testify as to the physical condition of South Pointe Towers Apartments; his assessment of the repairs necessary to bring the project into a condition acceptable to HUD's insurance program; and interaction and correspondence with Englewood. Estimated time for examination is 2 hours.

18. **John Schneider**,

Senior Appraiser
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Mr. Schneider is an Appraiser who reports to the Director of Operations, Mary Anderson. Mr. Schneider has been t the property, and if called, Mr. Schneider is expected to testify as to the physical condition of South Pointe Towers Apartments; his assessment of the repairs necessary to bring the project into a condition acceptable to HUD's insurance program; his interaction and correspondence with Englewood; and will authenticate records made by him during his visit(s) to the property. Estimated time for examination is 2 hours.

---

[12] Englewood objects to HUD calling Mr. Ahmad as a witness. Mr. Ahmad’s testimony appears to relate to the condition of the property in 2003 and 2004. Accordingly, Mr. Ahmad’s testimony is not relevant to the issues before the Court. Englewood will file a motion in limine setting forth in detail its objection to Mr. Ahmad’s testimony if it is requested to do so by the Court.

19. **Debbie Gray**

Chief Project Management Division
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Gray is the Chief Project Manager for the Chicago Office of Multifamily Housing and is Gwendolyn Thomas' supervisor. If called, Ms. Gray is expected to testify as to HUD's expectations with respect to management and occupancy reviews; communications with Englewood; communications with tenants; and, her communications with HUD staff. Estimated time for examination is 1 hour.

20. **Mary Kay Haggarty and/or Joseph Perferti**

Chicago Police Department
3510 South Michigan
Division of Records
Chicago, IL

Ms. Haggarty and Mr. Perferti are both employed by the Chicago Police Department in the Division of Records. Ms. Haggarty is the Director of Records Division, and Mr. Perferti is the Manager of Field Services. Either Ms. Haggerty or Mr. Perferti, as an agent of the Chicago Police Department Division of Records, is expected to testify for the purpose of authenticating police records pertaining to South Pointe Towers. Estimated time for examination is 1 hour.

21. **<u>Dennis Mondero (General Counsel) or Diana Gordon (Records Department)</u>**

City of Chicago Department of Buildings
City hall, Room 1109
121 North LaSalle Street
Chicago, IL.

An agent for the City of Chicago Department of Buildings is expected to testify for the purpose of authenticating building records pertaining to South Pointe Towers. Estimated time for examination is 1 hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Peter V. Baugher
PETER V. BAUGHER
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606-1720
Tel: (312) 701-9300
fax: (312) 701-9335

WILL BERNDT
Schopf & Weiss LLP

s/ Douglas K. Mickle
DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 307-0972

OF COUNSEL:
GREGORY G. GUSTIN
MARIA T. BAGUIO
RUSSELL J. COHEN
LORRAINE C. SHOTO
THOMAS G. MASSOURAS
Office of General Counsel
U.S. Department of Housing
and Urban Development

October 27, 2006

## CERTIFICATE OF FILING

I hereby certify that on October 27, 2006, a copy of the foregoing "**JOINT STATEMENT OF THE ISSUES OF FACT AND LAW TO BE DECIDED BY THE COURT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle