**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT WITNESS LIST**

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, as modified by this Court's Order of August 23, 2006, the parties respectfully submit the following Joint Witness List. The parties have agreed to 147 joint exhibits, and reserve only foundation objections regarding those exhibits.

The parties have exchanged lists of additional exhibits, together with the documents listed thereon. Although the parties currently reserve their rights to object to the admissibility of Plaintiff's and Defendant's Exhibits, the parties will endeavor to resolve any disputes regarding the admissibility of those documents, and, will seek leave of Court to file an amended joint witness list.

November 3, 2006

Respectfully submitted,

s/Peter V. Baugher
PETER V. BAUGHER
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606-1720

WILL BERNDT
Schopf & Weiss LLP

**CERTIFICATE OF FILING**

I hereby certify that on November 3, 2006, a copy of the foregoing "**JOINT WITNESS LIST**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Peter V. Baugher
Peter V. Baugher