# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| | | | | |
| JX 01 | Declaratory Judgment/Injunction Complaint filed in District Court, Northern District of Illinois | 10/29/2001 | Page 01 | Page 14 |
| JX 02 | Second Injunction Complaint filed in District Court, Northern District of Illinois | 6/6/2002 | Page 15 | Page 29 |
| JX 03 | Breach of Contract Complaint in the Court of Federal Claims | 9/22/2003 | Page 30 | Page 53 |
| JX 04 | Defendant's Motion for Reconsideration | 8/24/2004 | Page 54 | Page 65 |
| JX 05 | Defendant's Response to Plaintiff's Interrogatories | 3/30/2005 | Page 66 | Page 95 |
| JX 06 | Defendant's Motion for Summary Judgment | 6/2/2005 | Page 96 | Page 145 |
| JX 07 | Order of Judge Castillo on Declaratory Judgment/ Injunction Complaint | 11/15/2001 | Page 146 | Page 151 |
| JX 08 | Opinion of Judge Wolski on Defendant's Motion to Dismiss on jurisdictional grounds | 8/10/2004 | Page 152 | Page 162 |
| JX 09 | Opinion of Judge Wolski on Defendant's Motion for Reconsideration | 8/31/2004 | Page 163 | Page 164 |
| JX 10 | Joan Kiening Deposition Transcript ("Kiening Tr.") | 4/11/2005 | Page 165 | Page 250 |
| JX 11 | Gwendolyn Thomas Deposition Transcript ("Thomas Tr.") | 4/12/2005 | Page 251 | Page 364 |
| JX 12 | Veronica Coleman Deposition Transcript ("Coleman Tr.") | 4/13/2005 | Page 365 | Page 473 |
| JX 13 | Margarita Maisonet Deposition Transcript ("Maisonet Tr.") | 4/29/2005 | Page 474 | Page 569 |
| JX 14 | Don Samuelson Deposition Transcript ("Samuelson Tr.") | 4/28/2005 | Page 570 | Page 629 |
| JX 015 | Freddie Batchelor Declaration ("Batchelor Decl.") | 6/30/2005 | Page 630 | Page 639 |
| JX 016 | John Hayes Declaration ("Hayes Decl.") | Jun-05 | Page 640 | Page 654 |
| JX 017 | Carl Sanders Declaration ("Sanders Decl.") | 6/30/2005 | Page 655 | Page 670 |
| JX 018 | Don Samuelson Declaration ("Samuelson Decl.") | 6/30/2005 | Page 671 | Page 676 |
| JX 019 | 1998 HAP Contract | 10/1/1998 | Page 677 | Page 690 |
| JX 020 | 1999 HAP Renewal Contract | 9/28/1999 | Page 691 | Page 695 |
| JX 021 | 2000 HAP Renewal Contract | 10/1/2000 | Page 696 | Page 704 |
| JX 022 | 2000 HAP Renewal Contract with handwritten notes | 10/18/2000 | Page 705 | Page 711 |
| JX 023 | 2000 HAP Renewal Contract with handwritten notes | 10/16/2000 | Page 712 | Page 718 |
| JX 024 | 2001 90-Day HAP Renewal Contract | 9/26/2001 | Page 719 | Page 736 |
| JX 025 | 180-Day HAP Renewal Contract | 12/21/2001 | Page 737 | Page 745 |
| JX 026 | 2002 90-Day HAP Renewal Contract | 6/26/2002 | Page 746 | Page 759 |
| JX 027 | 1999 REAC Inspection Report | 4/29/1999 | Page 760 | Page 766 |
| JX 028 | 2001 REAC Inspection Report and letter | 3/28/2001 | Page 767 | Page 778 |

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| JX 029 | Referral of South Pointe from HUD MF to the DEC | 9/13/1998 | Page 779 | |
| JX 030 | DEC Draft Team Report drafted by Ms. Batchelor | undated | Page 780 | Page 786 |
| JX 031 | Rent increase request from Harth at PM One to Ms. Thomas | 3/23/1999 | | Page 787 |
| JX 032 | Ms. Coleman letter to PM Group | 4/9/1999 | Page 788 | Page 789 |
| JX 033 | Second Sanders letter to Thomas requesting rent increase | 5/18/1999 | Page 790 | Page 795 |
| JX 034 | Sanders letter to Kiening requesting results of April 29, 1999 REAC Report | 6/14/1999 | | Page 796 |
| JX 035 | Draft DEC Final Action Plan | undated | Page 797 | Page 801 |
| JX 036 | Pinnacle Management Report based on earlier inspection of May 29, 1999 | 8/10/1999 | Page 802 | Page 812 |
| JX 037 | Letter from Hayes describing responses made to April 29, 1999 REAC Report | 8/18/1999 | Page 813 | Page 814 |
| JX 038 | Letter from Hayes to HUD describing lender requirements for HAP Contract renewal | 8/20/1999 | | Page 815 |
| JX 039 | Letter from Sanders to HUD describing lender requirements for rent increase and HAP Contract renewal | 9/2/1999 | Page 816 | Page 817 |
| JX 040 | Draft Letter | undated | Page 818 | Page 819 |
| JX 041 | City of Chicago notice of violations | 10/15/1999 | Page 820 | Page 829 |
| JX 042 | Ms. Gray letter re: rejection of rent increase request | 10/1/1999 | Page 830 | Page 831 |
| JX 043 | Englewood request for pre-application loan conference | 11/1/1999 | Page 832 | Page 837 |
| JX 044 | Thomas email | 11/30/1999 | Page 838 | Page 839 |
| JX 045 | Management Improvement and Operating Plan ("MIO") submitted by Sanders | 12/8/1999 | Page 840 | Page 852 |
| JX 046 | Multi-agency agreement to provide social services to residents at South Pointe | 12/15/1999 | Page 853 | Page 859 |
| JX 047 | Final Team Report - Resolution | 1/26/2000 | Page 860 | Page 869 |
| JX 048 | REMS entry | 1/27/2000 | | Page 870 |
| JX 049 | REMS entry | 2/1/2000 | | Page 871 |
| JX 050 | REMS entry | 2/2/2000 | | Page 872 |
| JX 051 | REMS entry | 2/8/2005 | | Page 873 |
| JX 052 | HUD Management Review questionnaire | 3/13/2000 | Page 874 | Page 880 |
| JX 053 | Englewood request for special claims | 3/31/2000 | Page 881 | Page 907 |
| JX 054 | Letter from Sanders to HUD - update on MIO | 6/7/2000 | Page 908 | Page 920 |
| JX 055 | Letter from Coleman to Sanders - the Report on the March Occupancy Review | 6/16/2000 | Page 921 | Page 930 |

ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| JX 056 | HUD confirmation of receipt of MIO update | 6/20/2000 | Page 931 | |
| JX 057 | Letter from Sanders to Coleman - response to Occupancy Review Report | 7/10/2000 | Page 932 | Page 939 |
| JX 058 | Letter from Cravitz to Coleman - update on onsite construction inspection | 7/20/2000 | | Page 940 |
| JX 059 | Letter from Sanders to HUD - update on MIO, and HUD confirmation of receipt | 7/27/2000 | Page 941 | Page 947 |
| JX 060 | Hayes request for four year HAP Contract renewal | 7/27/2000 | Page 948 | Page 955 |
| JX 061 | Letter from Horton to HUD - update on MIO, and HUD confirmation of receipt | 8/15/2000 | Page 956 | Page 957 |
| JX 062 | Notes on Owner's checklist | 8/27/2000 | Page 958 | |
| JX 063 | Draft #2530 Flag Drafted by Ms. Thomas | 9/29/2000 | Page 959 | Page 960 |
| JX 064 | Ms. Gray letter re: HUD 2000 Occupancy Review | 10/2/2000 | | Page 961 |
| JX 065 | Draft #2530 Flag Drafted by Ms. Thomas | 10/12/2000 | Page 962 | Page 963 |
| JX 066 | Letter from Sanders to HUD - update on MIO, and HUD confirmation of receipt | 10/17/2000 | Page 964 | Page 970 |
| JX 067 | Ms. Thomas' notes from meeting at HUD on 18-Oct-00 | 10/18/2000 | Page 971 | |
| JX 068 | REMS entry | 10/30/2000 | Page 972 | Page 974 |
| JX 069 | Report of Sanders and PM One staff of physical inspection of 100% of the units at South Pointe | 11/3/2000 | Page 975 | Page 984 |
| JX 070 | Letter from Gray to Sanders rejecting 3/31/00 request for special claims | 11/17/2000 | Page 985 | Page 1013 |
| JX 071 | Letter from Coleman to Hayes | 12/6/2000 | Page 1014 | |
| JX 072 | Emails between Coleman and Horton | 1/23/2001 | Page 1015 | Page 1017 |
| JX 073 | Email from Hayes to Coleman explaining change in PM Group staff regarding South Pointe | 1/24/2001 | | Page 1018 |
| JX 074 | HUD notification of EH&S deficiencies | 3/2/2001 | | Page 1019 |
| JX 075 | Ted Dunaj architectural drawings (25 pages) showing repairs to be made in units and common areas | 3/4/2001 | Page 1021 | Page 1053 |
| JX 076 | Certification by Hayes that EH&S corrections were made | 3/6/2001 | | Page 1054 |
| JX 077 | Letter from Coleman to Hayes indicating not all deficiencies had been corrected | 3/9/2001 | Page 1055 | Page 1056 |
| JX 078 | Draft letter from Hinsberger/Thomas to Hayes stating that October 2000 Contract was being abated | 3/15/2001 | Page 1057 | Page 1058 |
| JX 079 | Letter from Hayes to Coleman | 3/16/2001 | Page 1059 | Page 1060 |

# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| JX 080 | Rehab work program proposed by BABCO based on Ted Dunaj review of needs in units, systems, and common areas, and his architectural drawings | 3/19/2001 | Page 1061 | Page 1065 |
| JX 081 | Report by Ray Etzkorn of HUD indicating the physical improvements he felt needed at South Pointe | 3/27/2001 | Page 1066 | Page 1070 |
| JX 082 | Letter from Hinsberger to Hayes rejecting rehab loan application by Englewood | 4/3/2001 | Page 1071 | Page 1074 |
| JX 083 | Hinsberger email to staff | 4/4/2001 | | Page 1075 |
| JX 084 | Englewood response to HUD concerning the status of the correction of the physical deficiencies listed on the March 8, 2001 REAC Report | 4/5/2001 | Page 1076 | Page 1084 |
| JX 085 | Maisonet email to staff | 4/6/2001 | | Page 1085 |
| JX 086 | Englewood letter to Coleman in response to the March 8, 2001 REAC Report | 4/8/2001 | Page 1086 | Page 1087 |
| JX 087 | Letter from Hayes to Thomas Re: REAC Report | 4/9/2001 | | Page 1088 |
| JX 088 | Email from Sher to Hinsberger requesting meeting to discuss rehab loan and REAC Report | 4/9/2001 | | Page 1089 |
| JX 089 | HUD Notice of Default | 4/9/2001 | Page 1090 | Page 1091 |
| JX 090 | HUD guidelines on processing requests for energy cost reimbursement claims | 4/20/2001 | Page 1092 | Page 1095 |
| JX 091 | Letter from Hayes to Hinsberger with update on efforts to find a new owner | 5/2/2001 | | Page 1096 |
| JX 092 | HUD guidelines to owners on processing requests for energy cost reimbursement claims | 5/10/2001 | | Page 1097 |
| JX 093 | Letter from Coleman to Hayes returning Englewood April 8th response to March 8th REAC Report | 5/15/2001 | | Page 1098 |
| JX 094 | Letter from Hinsberger/Maisonet to Hayes re: Notice of Continuing Default | 5/16/2001 | Page 1099 | Page 1100 |
| JX 095 | Email from Hinsberger to staff re: new owners | 10/2/2001 | | Page 1101 |
| JX 096 | Letter from Hayes to HUD updating on status of finding new owner | 5/22/2001 | | Page 1102 |
| JX 097 | Email from Thomas to Anderson requesting vouchers | 6/8/2001 | | Page 1103 |
| JX 098 | Email from Anderson to HUD DC indicating the intent to abate HAP Contract effective 10/1/01 | 6/11/2001 | | Page 1104 |
| JX 099 | Cook County States Attorney Notice of Public Nuisance | 6/2/2001 | Page 1105 | Page 1106 |
| JX 100 | Email from R. Pace of HUD DC to Ms. Coleman asking for information about South Pointe processing | 7/30/2001 | | Page 1107 |
| JX 101 | Email response from Coleman to Pace indicating what HUD Chicago had done re: South Pointe | 10/1/2001 | Page 1108 | Page 1109 |

# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| JX 102 | DSSA submission to HUD of redevelopment plan for South Pointe | 8/6/2001 | Page 1110 | Page 1115 |
| JX 103 | Englewood application for reimbursement for extraordinary energy costs. | 8/6/2001 | Page 1116 | Page 1119 |
| JX 104 | Letter from Samuelson, on behalf of Englewood, requesting contract renewal and rent increase | 8/21/2001 | Page 1120 | Page 1134 |
| JX 105 | Letter from Cravitz to Hinsberger with update rehab loan application | 9/4/2001 | Page 1135 | Page 1139 |
| JX 106 | Email from Seligato McMahon | 9/6/2001 | Page 1140 | Page 1143 |
| JX 107 | Email from Hinsberger to Samuelson | 9/6/2001 | | Page 1144 |
| JX 108 | Changes in REMS entries related to HAP Contract made by Ms. Gray and Ms. Thomas | 9/24/2001 | Page 1145 | Page 1149 |
| JX 109 | Letter from Hinsberger to Cravitz indicating needed items for full rehab loan application | 9/25/2001 | | Page 1150 |
| JX 110 | Letter from Cravitz to Hinsberger | 9/28/2001 | Page 1151 | Page 1159 |
| JX 111 | Email from Hinsberger to Hayes | 10/1/2001 | Page 1160 | Page 1161 |
| JX 112 | Email from Hayes to Hinsberger | 10/1/2001 | | Page 1162 |
| JX 113 | Email from Samuelson to Hinsberger | 10/1/2001 | Page 1163 | Page 1164 |
| JX 114 | Email from Samuelson to Hinsberger | 10/11/2001 | | Page 1165 |
| JX 115 | HUD e-mail Simmons to Coleman | 10/22/2001 | Page 1166 | Page 1174 |
| JX 116 | Email from Samuelson to Hinsberger | 11/20/2001 | | Page 1175 |
| JX 117 | Letter from Hinsberger and Maisonet re: Notice of Abatement and Termination | 11/30/2001 | Page 1176 | Page 1177 |
| JX 118 | Hinsberger e-mail indicating need for further extension | 12/6/2001 | | Page 1178 |
| JX 119 | Gustin letter indicating need for further extension | 12/7/2001 | Page 1179 | Page 1180 |
| JX 120 | Hinsberger e-mail directing extension of HAP contract | 12/19/2001 | | Page 1181 |
| JX 121 | Letter from Mr. Snyder to Hinsberger appealing the HUD Notice of Abatement and Termination | 12/21/2001 | Page 1182 | Page 1185 |
| JX 122 | Chicago Police Department Records | Undated | Page 1186 | Page 1214 |
| JX 123 | Letter from G. Gustin to Englewood explaining HUD's denial of the Englewood appeal | 2/7/2002 | Page 1215 | Page 1216 |
| JX 124 | Letter from Cravitz re: Firm Commitment Application | 4/26/2002 | Page 1217 | Page 1221 |
| JX 125 | Privilege log entry re: Email from G. Gustin of Chicago HUD to H. Mayfield of D.C. HUD with draft of final HUD opinion | Undated | Page 1222 | |
| JX 126 | HUD's "Final Decision" sent by Mayfield to Hayes | 5/2/2002 | Page 1223 | Page 1224 |
| JX 127 | Letter from Hinsberger to Cravitz re: Amended Commitment for Insured | 5/3/2002 | Page 1225 | Page 1250 |

ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| JX 128 | Letter from Englewood to HUD requesting reimbursement for special claims | 5/31/2002 | Page 1251 | Page 1252 |
| JX 129 | E-mail from Thomas to Gustin regarding visit to South Pointe | 7/2/2002 | | Page 1253 |
| JX 130 | E-mail from Samuelson to Hinsberger re HAP payment | 7/3/2002 | | Page 1254 |
| JX 131 | Letter from Englewood to HUD requesting reimbursement for special claims | 7/31/2002 | Page 1255 | Page 1256 |
| JX 132 | Letter to HUD re: PM One 2530 | 9/26/2002 | Page 1257 | Page 1258 |
| JX 133 | Letter from Taft, Stettinus | 2/6/2003 | Page 1259 | Page 1265 |
| JX 134 | Letter from Plaintiff's Counsel to the Court concerning the renewal of provisions in the 1998 HAP Contract | 4/1/2004 | | Page 1266 |
| JX 135 | New Englewood Terrace - "NET" a HUD Demonstration Project | 8/15/2005 | Page 1267 | Page 1272 |
| JX 136 | HUD Directive Number 4530.3 | 2/1/1991 | Page 1273 | Page 1290 |
| JX 137 | Defendant's Draft Reply to Plaintiff's Proposed Statement of Facts | 9/2/2005 | Page 1291 | Page 1348 |
| JX 138 | Wellons letter dated May 27, 2005 | 5/27/2005 | Page 1349 | Page 1350 |
| JX 139 | Baugher letter dated September 2, 2005 | 9/2/2005 | Page 1351 | Page 1358 |
| JX 140 | Wellons letter dated September 2, 2005 | 9/2/2005 | Page 1359 | Page 1360 |
| JX 141 | Baugher letter dated January 4, 2006 | 1/4/2006 | Page 1361 | Page 1371 |
| JX 142 | Wellons letter of January 20, 2006 | 1/20/2006 | Page 1372 | Page 1373 |
| JX 143 | First HUD privilege log | Undated | Page 1374 | Page 1496 |
| JX 144 | 2530 Flag Letter from Coleman to Hayes | 8/22/2001 | Page 1497 | Page 1498 |
| JX 145 | E-mail from Hinsberger to Gustin | 10/1/2001 | Page 1499 | Page 1501 |
| JX 146 | HUD Chapter 13 Handbook | Undated | Page 1502 | Page 1504 |
| JX 147 | Dec. 8, 2000 Letter from Hayes to Thomas | 12/8/2000 | Page 1505 | Page 1510 |
| | | | | |
| PX 1001 | Memo re: Intended function of DEC | 1998 | | |
| PX 1002 | Attachments to request for rental increase (JX 31 with exhibits) | 3/23/1999 | | |
| PX 1003 | Request for rental increase (JX 33 with exhibits) | 5/18/1999 | | |
| PX 1004 | Pinnacle Management Report (JX 36 with exhibits) | 8/10/1999 | | |
| PX 1005 | Simmons confirmation that problems have been mitigated | 8/20/1999 | | |
| PX 1006 | Notes on Owner's Checklist (JX 62 with exhibits) | 9/27/2000 | | |
| PX 1007 | Letter from Sanders to Thomas re status of MIO Plan repairs | 12/8/2000 | | |
| PX 1008 | Memo from Sanders to Dau re HUD's Challenge to the EH&S Corrections | 3/12/2001 | | |

# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| PX 1009 | Letter from Brown to Coleman re April 2001 REAC Inspection | 4/8/2001 | | |
| PX 1010 | Memo from Hinsberger to Owners and/or Agents of Multifamily Housing Projects regarding Guidance for Processing Rental Adjustments for Escalating Energy Cost (JX 92 with exhibits) | 5/10/2001 | | |
| PX 1011 | Email from Anderson to Love and Davis attaching document regarding Housing Choice Vouchers for South Pointe residents | 6/11/2001 | | |
| PX 1012 | Letter from Samuelson to Hinsberger South Pointe Workout and exhibits A - N | 8/6/2001 | | |
| PX 1013 | Letter to Samuelson plus attachments from Renzi & Associates | 8/20/2001 | | |
| PX 1014 | Email from Gustin to Suiter re "catching up" on South Pointe | 9/7/2001 | | |
| PX 1015 | Letter from Coleman to Hinsberger | 10/1/2001 | | |
| PX 1016 | Response to Emergency Motion for Preliminary Injunction | 11/9/2001 | | |
| PX 1017 | Letter from Gustin to Snyder re appeal of HUD's final decision | 1/4/2002 | | |
| PX 1018 | Letter from Gustin to Snyder re notice of proposed appeal meeting date/time | 1/14/2002 | | |
| PX 1019 | Letter from Gustin to Snyder re agreed appeal meeting date/time | 1/16/2002 | | |
| PX 1020 | Letter from Gustin to Snyder re notice affirming original "final decision" | Jan-02 | | |
| PX 1021 | Email from Gustin to Hinsberger and Maisonet attaching letter from Gustin to Snyder re Notice Affirming Hub's Original "Final Decision" | 2/7/2002 | | |
| PX 1022 | Letter from Samuelson to Hinsberger | 7/31/2002 | | |
| PX 1023 | Letter from Samuelson to Hinsberger | 9/5/2003 | | |
| PX 1024 | Letter from Samuelson to Galvan | 10/8/2003 | | |
| PX 1025 | HUD Privilege Log (Final) | | | |
| PX 1026 | Letter from Samuelson to Jouzaitis | 2/17/2004 | | |
| PX 1027 | Damages exhibits & demonstratives | | | |
| PX 1028 | Damages exhibits & demonstratives | | | |
| PX 1029 | Damages exhibits & demonstratives | | | |
| PX 1030 | Financial Statements for PM Equities from 1998 - 2002 | | | |
| PX 1031 | Photos of South Pointe Tower | | | |
| PX 1032 | Architectural Drawings by Ted Dunaj (large-scale versions of JA 75) | | | |
| | | | | |
| DX 2001 | City of Chicago Inspection Report Identifying Deficiencies at the South Pointe Towers | 11/23/1999 | | |

ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| DX 2002 | Management Review Questionnaire prepared by Gwen Thomas | 2/19/2001 | | |
| DX 2003 | Letter from Veronica Coleman to John Hayes re: Occupancy Review 2001 - Operating Procedures | 3/28/2001 | | |
| DX 2004 | Letter from Illinois housing Development Authority to Carl Sanders re: South Pointe Towers Apts. 2001 Tax Credit HQS Inspection | 3/19/2001 | | |
| DX 2005 | Letter from Angelia McNair to Gwen Thomas re: Occupancy Review 2001 | 6/5/2001 | | |
| DX 2006 | Email communication from Veronica Coleman to Gwen Thomas et al., re: South Pointe Towers Rent Issues | 8/6/2001 | | |
| DX 2007 | Email communication from Edward Hinsberger to Don Samuelson re: Review of South Pointe Tower proposal | 8/6/2001 | | |
| DX 2008 | Email from Don Samuelson to Edward Hinsberger et al., re: Plan for the Redevelopment of South Pointe | 8/6/2001 | | |
| DX 2009 | Email from Don Samuelson to Paul Fisher, Piper Marbury Rudnick and Wolfe re: First Draft of South Pointe Narrative | 8/10/2001 | | |
| DX 2010 | Email from Don Samuelson to Edward Hinsberger et al., re: Initial Review of South Pointe Tower Proposal | 8/23/2001 | | |
| DX 2011 | Letter from Don Samuelson to Edward Hinsberger re: Summary of HAP Extension-Rental Increase and Firm Commitment Application for South Pointe | 8/31/2001 | | |
| DX 2012 | Letter from Peter Silverman, Figliulo and Silverman to Edward Hinsberger re: Englewood Terrace Limited Partnership - Termination of Section 8 Contract | 10/9/2001 | | |
| DX 2013 | Email from Edward Hinsberger to Greg Gustin et al., re: Communication with Don Samuelson and Initial Review of South Pointe Proposal | 10/11/2001 | | |
| DX 2014 | Letter from Greg Gustin, HUD to Peter Silverman, Figliulo and Silverman re: HAP Contract | 10/10/2001 | | |
| DX 2015 | Letter from Don Samuelson to Edward Hinsberger re: Meeting concerning South Pointe on Oct. 18, 2001 | 10/17/2001 | | |
| DX 2016 | Email communication from Margarita Maisonet to Ernestine Gray et al., re: HAP Contract and Issuance of Voucher as well as Amendment of FTR | 10/25/2001 | | |
| DX 2017 | Letter from Edward Hinsberger to Alan Cravits re: Receipt of Scope of Work | 10/25/2001 | | |
| DX 2018 | City of Chicago Inspection Report Identifying Deficiencies at the South Pointe Towers | 11/1/2001 | | |
| DX 2019 | Letter from Edward Hinsberger to Alan Cravits re: South Pointe Towers Mortgage Application -- Items Needed | 11/8/2001 | | |

# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| DX 2020 | Email communication from Kathy McMahon to Maria Baguio concerning email to Doug re: PM's Commitment to South Pointe | 11/5/2001 | | |
| DX 2021 | Property Condition Report for the South Pointe Tower Apartment prepared for Developer's Mortgage Inc. | 2/28/2002 | | |
| DX 2022 | Email communication from Edward Hinsberger to Don Samuelson re: Follow-Up to Letter of 11/21/2001; Loan Application | 11/28/2001 | | |
| DX 2023 | Email communication from Edward Hinsberger to Don Samuelson re: Management and Approval of the Mgmt. Plan | 12/18/2001 | | |
| DX 2024 | Letter from Greg Gustin to David Snyder, Sullivan Ward Bone Tyler and Asher re: HAP Contract -- Notice of HUD's Final Decision | 1/4/2002 | | |
| DX 2025 | Letter from Greg Gustin to David Snyder re: South Pointe HAP Contract -- Notice of Proposed Appeal Meeting Date/Time | 1/14/2002 | | |
| DX 2026 | Letter from Greg Gustin to David Snyder re: HAP Contract -- Appeal of Final Hub Decision; Abatements; Vacant Section 8 Units | 3/5/2002 | | |
| DX 2027 | Summons Issued by the Circuit Court Cook County, Illinois in the matter of City of Chicago vs. HUD | 3/8/2002 | | |
| DX 2028 | HUD Memorandum to Howard Mayfield, Office of Asset management from Edward Hinsberger and Margarita Maisonet re: HAP Contract Non-renewal/Termination Appeal | 3/8/2002 | | |
| DX 2029 | Email communication from Edward Hinsberger to Greg Gustin re: email from Don Samuelson concerning Work Planning for Week of June 3rd and June Generally | 6/5/2002 | | |
| DX 2030 | Email communication from Margarita Maisonet to Greg Gustin et al re: South Pointe Still Fails Physical Inspection | 6/19/2002 | | |
| DX 2031 | Email communication from Mary Anderson to Greg Gustin et al., re: Report on the Results of the Friday and Monday Settlement Discussions | 6/25/2002 | | |
| DX 2032 | Letter from Greg Gustin to Peter Silverman, Figliulo and Silverman PC re: HAP Contract Extension through Sept. 30, 2002 | 6/25/2002 | | |
| DX 2033 | Email from Don Samuelson to Edward Hinsberger re: Distribution of HUD Notice and Questions | 6/29/2002 | | |
| DX 2034 | CHAC documents, printout of voucher payments | Undated | | |
| DX 2035 | CHAC document Castillo report | 12/19/2001 | | |
| DX 2036 | Email communication between Don Samuelson and Cravitz | 7/8/2001 | | |
| DX 2037 | Email communication between Don Samuelson and Cravitz | 7/22/2001 | | |
| DX 2038 | Email communication between Don Samuelson and Cravitz | 11/26/2002 | | |
| DX 2039 | Email communication between Don Samuelson and John Hayes | 9/18/2001 | | |

# ENGLEWOOD V. HUD - EXHIBIT LIST

| Exhibit Number | Description | Date | Bates Range Beginning | Bates Range End |
|---|---|---|---|---|
| DX 2040 | Email communication between Don Samuelson and John Hayes | 10/24/2001 | | |
| DX 2041 | Letter from Don Samuelson to Steve Gladden, IHDA Trust Fund concerning Loan | 8/26/2002 | | |
| DX 2042 | Memorandum from Don Samuelson to Paul Fisher concerning New Englewood Terrace | 9/15/2003 | | |
| DX 2043 | Memorandum: Summary of Englewood Position in The Court of Federal Claims | | | |
| DX 2044 | Memorandum from Don Samuelson to Bob Sova, et al. re: Issues at South Pointe | 11/24/2001 | | |
| DX 2045 | Memorandum from Don Samuelson to Alicia Clifford re: South Pointe | 9/16/2001 | | |
| DX 2046 | Memorandum from Sheldon Baskin to file re: PM Realty and Refinancing of South Pointe Towers | 4/23/2001 | | |
| DX 2047 | Email communication from Don Samuelson to Paul fisher et al., re: Response to 11/30 Notice of Termination of Section 8 | 12/19/2001 | | |
| DX 2048 | Records from the City of Chicago Fire Department | | | |
| DX 2049 | Records from the City of Chicago Police Department | | | |
| DX 2050 | Records from the City of Chicago Buildings Department | | | |
| DX 2051 | Photographs of On-Site Visition from HUD: Multifamily Housing | | | |
| DX 2052 | Use Agreement between Englewood Terrace Limited Partnership and HUD | | | |
| DX 2053 | E-Mail from Gwen Thomas to Ed Hinsberger et al transmitting CHAC Voucher Info | 6/10/2002 | | |
| DX 2054 | E-mail from Ed Hinsberger to Gwen Thomas et al transmitting e-mail titled "marketing New Englewood Terrace To CHAC Voucher Market" | 6/12/2002 | | |