**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PATNERSHIP, | ) | |
| Plaintiff, | ) | No. 03-2209C |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

**PLAINTIFF ENGLEWOOD'S MOTION FOR**
**LEAVE TO FILE DEPOSITION DESIGNATIONS**

Pursuant to this Court's August 29, 2006 Order, Plaintiff Englewood requests leave to file designations from the depositions of Joan Kiening, Margarita Maisonet, Gwendolyn Thomas and Veronica Coleman. A list of the pages designated by Englewood is attached as Exhibit A. Complete copies of these depositions have been previously filed by the parties as a portion of the parties' Joint Appendix, filed February 21, 2006. *See* Joint Appendix Exhibits 10-13.

Ms. Kiening, Ms. Maisonet, Ms. Thomas and Ms. Coleman are current or former employees of Defendant HUD, and the designated testimony concerns matters within the scope of their employment. Accordingly, the statements made during their depositions are admissible as admissions of a party-opponent under Federal Rule of Evidence 801(d)(2)(D). *See, e.g., Rodriguez v. U.S.*, 69 Fed. Cl. 487, 494 n. 8 (Fed. Cl. 2006).

Dated: November 3, 2006

| | |
|---|---|
| Peter V. Baugher | s/Peter V. Baugher______________________ |
| Schopf & Weiss LLP | One of the Attorneys for Plaintiff |
| 312 West Randolph Street | Englewood Terrace Limited Partnership |
| Suite 300 | |
| Chicago, IL 60606 | |
| 312.701.9300 | |

**CERTIFICATE OF SERVICE**

I, Peter V. Baugher, an attorney, certify that on this 3rd day of November, 2006, the foregoing **Plaintiff's Motion For Leave To File Deposition Designations** was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following:

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

s/ Peter V. Baugher

**Exhibit A**
**Englewood Deposition Designations**

**Gwendolyn Thomas**[1]

| Beginning | | End | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 52 | 4 | 54 | 7 |
| 56 | 11 | 57 | 24 |
| 58 | 1 | 60 | 8 |
| 62 | 2 | 65 | 11 |
| 75 | 2 | 78 | 16 |
| 80 | 18 | 85 | 16 |
| 86 | 2 | 86 | 23 |
| 87 | 5 | 87 | 24 |
| 89 | 10 | 90 | 13 |
| 90 | 17 | 90 | 21 |
| 118 | 15 | 119 | 4 |
| 119 | 14 | 123 | 8 |
| 124 | 13 | 128 | 8 |
| 130 | 1 | 130 | 22 |
| 134 | 8 | 140 | 9 |
| 227 | 3 | 228 | 16 |
| 277 | 21 | 277 | 23 |

[1] Englewood deposed Ms. Thomas, the project manager assigned to the South Pointe project in 2000 and 2001, on April 12, 2005.

**Joan Kiening**[2]

| Beginning | | End | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 34 | 22 | 35 | 10 |
| 108 | 20 | 113 | 24 |
| 114 | 23 | 116 | 19 |
| 117 | 7 | 117 | 9 |
| 117 | 13 | 118 | 20 |
| 122 | 2 | 125 | 10 |
| 127 | 17 | 129 | 6 |
| 164 | 22 | 165 | 18 |

[2] Englewood deposed Ms. Kiening, a Team Leader in HUD's Departmental Enforcement Center in Chicago from 1998 through March 2000, on April 11, 2005.

**Margarita Maisonet**[3]

| Beginning | | End | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 45 | 8 | 47 | 15 |
| 60 | 22 | 62 | 2 |
| 90 | 4 | 94 | 5 |
| 99 | 12 | 101 | 19 |
| 103 | 3 | 103 | 21 |
| 104 | 14 | 105 | 22 |
| 119 | 11 | 120 | 9 |
| 131 | 3 | 131 | 5 |
| 133 | 5 | 137 | 8 |
| 139 | 1 | 139 | 3 |
| 139 | 20 | 139 | 22 |
| 140 | 1 | 140 | 21 |
| 143 | 2 | 143 | 15 |
| 145 | 1 | 145 | 16 |
| 149 | 2 | 149 | 7 |
| 157 | 15 | 157 | 19 |
| 183 | 7 | 184 | 15 |
| 197 | 1 | 198 | 5 |
| 198 | 9 | 198 | 22 |
| 207 | 21 | 208 | 19 |
| 238 | 14 | 239 | 11 |
| 239 | 14 | 239 | 18 |
| 253 | 6 | 253 | 18 |
| 259 | 5 | 259 | 10 |

[3] On April 29, 2005, Englewood deposed Ms. Maisonet. Ms. Maisonet held the position of senior project manager in HUD's Chicago office from June 1998 through April 2000, when she assumed the role of office director for the Departmental Enforcement Center in Chicago.

**Veronica Coleman**[4]

| Beginning | | End | |
|---|---|---|---|
| **Page** | **Line** | **Page** | **Line** |
| 127 | 22 | 128 | 20 |
| 130 | 3 | 130 | 15 |
| 142 | 18 | 143 | 23 |
| 145 | 2 | 146 | 5 |
| 155 | 7 | 156 | 23 |
| 157 | 19 | 157 | 22 |
| 215 | 8 | 215 | 15 |

[4] On April 11, 2005, Englewood deposed Ms. Coleman, a HUD employee and the supervisor of Ms. Thomas.