# In the United States Court of Federal Claims

| | |
|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | No. 03-2209C<br>Filed: November 6, 2006 |

## O R D E R

The court held a conference in the above-captioned case on November 3, 2006. Based on discussions at the conference, the trial schedule was modified. Originally scheduled to begin December 4, 2006, the trial will now begin on **Monday, January 22, 2007**, in courtroom no. 1342, United States Courthouse, Chicago, Illinois, and will continue until completed. The parties are expected to confer and cooperate in resolving the remaining issues leading up to trial. If necessary, however, the parties may file motions in limine on or before **Monday, November 20, 2006**. Any responses are to be filed on or before **Tuesday, November 28, 2006**.

The court **ORDERS** the parties to appear at a final pre-trial conference on **Wednesday, December 6, 2006 at 2:30 p.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-9300 and defendant's counsel at (202) 307-0383.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**