# Exhibit 4

## Guidelines for Processing Renewal Adjustment for Escalating Energy Costs (JE 90)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
WASHINGTON, D.C. 20410-8000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

APR 2 0 2001

MEMORANDUM FOR: Multifamily Hub Directors, Multifamily Program Center Directors, Supervisory Project Managers, Project Managers, Contract Administrators, Senior Community Builders

FROM: Sean G. Cassidy, General Deputy Assistant Secretary for Housing - Deputy Federal Housing Commissioner, H

SUBJECT: Guidance for Processing Rental Adjustments for Escalating Energy Costs

Utility companies have recently been passing on to property owners and residents increasingly higher gas, fuel oil and electric costs. It is not known how long these higher energy costs will continue. However, it is clear that some property owners will need to request rental adjustments to cover these higher energy costs and also submit updated utility surveys in order to adjust utility allowances for residents who pay their own utility bills.

This guidance provides procedures for the Field to use when owners submit these requests that may be attributed to an increase in utility rates (per unit of energy) as well as increased utility usage because of the long cold winter.

For the purpose of this guidance, the rent adjustment procedures will cover the following categories: 1) Units under HAP contracts that have been renewed under Section 524 of the Multifamily Assisted Housing Reform and Affordability Act of 1997 (MAHRA); 2) Units under HAP contracts that have not expired and where rents are adjusted by the Automatic Annual Adjustment Factor (AAF), and 3) Units where rents are adjusted by the budget-based method.

1. UNITS WITH HAP CONTRACTS RENEWED UNDER MAHRA

Effective immediately, the Department will consider providing temporary, emergency utility cost relief, at HUD's discretion, for units where contract rents are paid pursuant to a HAP contract that has been renewed under MAHRA, no matter whether the contract rents were last adjusted by an OCAF or on a budget-basis.

In the following cases, the existing Section 8 renewal HAP contract does not provide for HUD approval of a budget-based adjustment of the contract rents: 1) a restructured project subject to a HAP contract renewed under Option 3, and 2) Mark Up to Market units covered by a HAP contract renewed under Option 1. To receive a utility lump sum adjustment for units in these two categories only, the owner must execute Attachment 2, a supplement to the Section 8 HAP Renewal HAP Contract between the owner and the contract administrator.

Increases in contract rent for most Section 8 units renewed under the MAHRA Renewal Guidebook Options 1, 2, 3 and 5 is subject to comparability (rent reasonableness). For Section 8 units under MAHRA for which the contract rent is subject to comparability, the total of the utility lump sum amount plus the current Section 8 rent potential may not exceed the comparable rent potential. "Current Section 8 rent potential" for a HAP contract is the sum of all current Section 8 contract rents for the contract units. "Comparable rent potential" is the sum of the maximum reasonable rents for the contract units as specified in the latest Rent Comparability Study (RCS) for the contract units submitted by the owner in accordance with HUD requirements.

Non-Section 8 units will continue to have their rents adjusted based on outstanding guidance.

Option 1, Mark Up to Market:

For those owners who have renewed under Option 1, Mark Up to Market, if comparable rent potentials have increased faster than the rent potentials determined by applying the OCAF, the owner may submit an update of the last RCS. The lump sum amount added to the current rent potential must not result in a rent potential exceeding comparable rent potential.

The owner must execute and submit the supplement to HAP contract (Exhibit 2 of this memorandum).

Option 2, At or Below Comparable Market Rents:

For owners that renewed under Option 2 of the Section 8 renewal guidance, the lump-sum amount added to the current rent potential also must not result in the rent potential exceeding comparable rent potential. Owners whose current rent potential is already at comparable rent potential may also submit an update of their last RCS. The utility lump sum amount can be applied up to the new, adjusted comparable market rent potential level only.

Option 3, Referred to OMHAR:

The Owner is not eligible to receive a utility lump sum adjustment while the property is at OMHAR for processing for either a Lite or Full Restructuring. Once the property has been returned to the Field by OMHAR, however, an owner whose rents

NET 00175

The updated RCS mentioned above is not to be construed as a new RCS submission. Appraisers should obtain the adjusted rents of comparable properties used in the last study. The adjusted,

updated RCS must be certified by an appraiser and will be at the owner's expense.

2. UNITS WHERE RENTS ARE ADJUSTED BY THE BUDGET-BASED METHOD

There is no change to the procedures for processing budget-based rent increases for units without HAP contracts or with HAP contracts that have not yet been renewed under MAHRA.

Units without Section 8 contracts should continue to follow existing guidance on budget-based rent increases found in Chapter 7 of HUD Handbook 4350.1 or Notice 99-13.

Units with Section 8 HAP contracts that have not yet expired must continue to follow outstanding guidance based on the HAP Contracts.

Properties with Rent Supplement and RAP contracts that are FHA-insured cannot be amended and thus the Department cannot provide relief similar to that provided for properties with Section 8 rental assistance. However, Rent Supplement and RAP contracts in non-insured projects can be amended. The Department is investigating the possibilities of providing relief to these projects.

Owners must submit recommended updated changes to the utility allowances for Section 8 subsidized residents according to guidance in HUD Handbook 4350.1, Chapter 7.

3. UNEXPIRED HAP CONTRACTS WHERE RENTS ARE ADJUSTED BY THE AUTOMATIC ANNUAL ADJUSTMENT FACTOR (AAF)

There is no change to the procedures for processing AAFs for a HAP contract that has not expired. The HAP contract contains a provision permitting HUD to approve a special rent increase, at any time, based upon substantial and general documented increases in utilities, real estate taxes or hazard insurance. Existing guidance is found in HUD Handbook 4350.1, Chapter 34. Owners must submit recommended updated changes to utility allowances, if applicable, according to guidance in HUD Handbook 4350.1, Chapter 7.

In order for owners to take advantage of the opportunity for a utility lump sum adjustment, properties must be acceptably managed and the owner must be in good standing with all Business Agreements signed with the Department.

ENERGY LUMP SUM COST WORKSHEET
Attachment I

Project Name: ______________________________

Project Owner: ____________________ FHA Project #: ____________

Section 8 #'s: ________________ No. of Units ____________
________________ No. of Units ____________
________________ No. of Units ____________

Total Number of Units in Property: __________

Date of Last Rent Adjustment: ____________ [ ] OCAF or [ ] Budget Based

Check One: [ ] OPTION 1 [ ]OPTION 2 [ ] OPTION 3 [ ] OPTION 4 [ ] OR [ ] OPTION 5

INDICATE WHICH UTILITY IS TENANT PAID, IF APPLICABLE ____________

IF TENANT PAID, INDICATE DATE UTILITY ALLOWANCES LAST UPDATED__________

Indicate Previous Cost Per Billing Unit:

$__________ (MCF/GAL./KW HOUR)
(Circle One That Applies) Indicate Base Month: ______________

Indicate Increased Cost Per Billing Unit:

$__________ (MCF/GAL./KW HOUR)
(Circle One That Applies) Indicate Base Month: ______________

Indicate increased amounts for each of the following months:
(Attach invoices to support increased usage)

October, 2000__________ January, 2001 ____________

November, 2000__________ February, 2001 ____________

December, 2000__________ March, 2001 ____________

TOTAL INCREASE = $______________

NET 00177