# Exhibit 5

# Memo To Owners Re: Energy Reimbursement Guidelines, May 10, 2001 (JE 92)

Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

MAY 10 2001

MEMORANDUM FOR: Owners and/or Agents of Multifamily Housing Projects

FROM: Edward J. Hinsberger, Director, Chicago Multifamily Hub

SUBJECT: Guidance for Processing Rental Adjustments for Escalating Energy Cost

Transmitting herewith is information that should be used by owners and/or agents of multifamily housing projects who have experienced an increase in utility cost during the months of October 2000 - March 2001.

Sean G. Cassidy, General Deputy Assistant Secretary for Housing - Deputy Federal Housing Commissioner, has issued the attached memorandum and the applicable documents in an effort to assist you in dealing with escalating energy costs.

The guidance provides for a **one-time, lump sum adjustment** that will be used for increased utility cost. If you qualify for this adjustment, you must submit your request before September 30, 2001.

Please carefully review this information prior to submitting your request. If you have any questions concerning this matter, contact your respective project manager.

Attachments

NET 00173