Case 1:03-cv-02209-MBH Document 88 Filed 02/21/2006 Page 13 of 14



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

DEPARTMENTAL ENFORCEMENT CENTER
Chicago Satellite Office
77 W. Jackson Blvd., Suite 2207
Chicago, Illinois 60604-3507

May 16, 2001

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL, POSTAGE PREPAID

Englewood Terrace Limited Partnership
P.M. Group, Inc., General Partner
Attention: Mr. John Hayes, President
1050 Corporate Office Drive, Suite 150
Milford, MI 48381

Dear Mr. Hayes:

SUBJECT: Continuing Default of Housing Assistance Payments (HAP) Contract
South Pointe Towers Apartments, Chicago, IL
Contract Number: IL06-H000-034

In response to HUD's April 9, 2001, notice of HAP Contract default, your May 2, 2001, letter to Ed Hinsberger, Multifamily Hub Director, described the status of your efforts. You listed three possible acquirers and felt that a satisfactory acquisition agreement might be reached as long the Owner and the acquirer within the next 30-days. Your letter did not indicate that any efforts had been taken to contain the declining physical condition of the property or to address ongoing site management deficiencies.

While HUD may appreciate that the due diligence process you reference in your letter could delay implementing a resolution preferred by the Owner, HUD must emphasize its ongoing concern for Owner and manager delays that affect, among others, the tenants. Your letter describes yet another event of delay in complying with your business agreements with HUD:

- The Project was last inspected by HUD's Real Estate Assessment Center (REAC) on March 2, 2001. Of a possible 100 points, the Project scored a 31c*.
- A notice of the EHS deficiencies was left by REAC with the Owner's agent during the inspection. REAC mailed a copy of the inspection to the Owner by a cover letter, which emphasized that an acceptable plan to return the Project to decent, safe, and sanitary condition should be delivered to HUD within the 30-days.
- In response to the Owner's March 6, 2001, certification that all EHS deficiencies were corrected, HUD staff visited the Project. On March 9, 2001, the Chicago Multifamily Hub sent the Owner a letter expressing HUD's grave concern that, despite its certification, HUD confirmed that many of the EHS items remained outstanding. Those items were to have been repaired within 72-hours of REAC's inspection. The letter again advised the Owner that since the Project remained in unacceptable physical condition, the Owner remained in violation of the Owner's HAP Contract.
- The Chicago Housing Office received the Owner's response letter dated March 16, 2001. In addition to claiming, it seems, that the EHS items were corrected, the letter further stated that with respect to any outstanding EHS and other concerns in HUD's last letter, the Owner's General Partner "does not have the ability to monitor on a daily basis specific site inspections to validate compliance with required repairs from physical inspectors." Continuing, the letter stated that the General Partner relies "solely on information received from the property management company." Last, with respect to the most recent REAC inspection, the letter provided that the Owner "will begin the process of responding

EXHIBIT L

to [the March 2, 2001, REAC inspection report] within the thirty day period."

- HUD did not receive an acceptable plan addressing all the physical deficiencies from either the Owner or the Owner's Identity-of-interest Project managing agent. Instead, on April 3, 2001, the Chicago Multifamily Hub rejected the Owner's application for a firm commitment of funding pursuant to Section 221(d)(4).
- In rejecting the application, HUD noted that "the repairs outlined in your application are inadequate when compared to the needs of the property." The letter emphasized that HUD has allowed 23 months from the date of an April 28, 1999, REAC inspection for the Owner to bring the Project into compliance with its HUD business agreements. In 1999, the Project scored a 43b*. Over that 23-month period, the Project's physical condition declined to a score of 31c*.
- HUD issued its notice of HAP Contract default on April 9, 2001.
- HUD met with you and amplified your need for immediate action; including the need to change Project ownership and management.
- You have responded to the notice of default and the subjects of the meeting on May 2, 2001, stating you may have an acquirer in 30-days.

The Owner's default of the HAP Contract is uncured and continues. HUD urges you to provide adequate, timely information describing the immediate efforts that the Owner is making to address the HAP default and the sale of the Project and proposed assumption of the HAP Contract. In the interim, HUD intends to contact the potential acquirers you have listed to determine their interest and ability to succeed the current Owner and management for the Project. Because of HUD's ongoing concerns for your delays and for the tenants, HUD is proceeding with its process to secure vouchers for relocation of eligible tenants.

If you have further information or concerns in these regards, please contact us immediately.

Sincerely,

Edward Hinsberger (signature)

Edward Hinsberger, Director
Chicago Multifamily Hub

Margarita Maisonet (signature)

Margarita Maisonet, Director
Chicago Satellite Office
Departmental Enforcement Center