# EXHIBIT

# A

U.S. Department of Housing and Urban Development
Illinois State Office
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

MEMORANDUM TO: Edward Hinsberger, Director Chicago Multifamily HUB
Mary Anderson, Multifamily Operations Director

ATTN: Maggie O'Connor, Multifamily Housing Representative

MEMORANDUM FROM: John F. Schneider, Multifamily Appraiser

SUBJECT: South Pointe Tower, Pre-application
Chicago, IL

I have completed the preapplication review for the above project pursuant to the outstanding instructions for 221 (d) (4) fast track processing. The project is a 22-story high-rise building with three elevators. South Pointe Towers (SPT) is an existing 303 unit apartment building with $3,833,557 in proposed rehabilitation summarized as follows:

**South Pointe Towers Capital Improvements**

- Complete elevator replacement
- Complete replacement of fire safety system
- Complete replacement of all fire doors and stairwell doors
- Installation of new security system
- Exterior concrete repairs and tuckpointing repairs
- Moderate parking lot repair
- Installation of new trash compactor
- Plumbing repair
- Installation of new heating system
- Interior redecoration
- Moderate unit rehabilitation

## APPLICATION

The following unit mix and proposed rents "as renovated" are summarized in the Application:

| Unit Type | Number of Units | Square Feet | Gross Rent | Rent per Square Foot |
|---|---|---|---|---|
| 1 Bedroom | 60 | 563 | $673 | $1.20 |
| 2 Bedroom | 140 | 826 | $758 | $1.09 |
| 2 Bedroom | 17 | 1,368 | $835 | $0.61 |
| 3 Bedroom | 80 | 1,096 | $843 | $0.77 |
| 3 Bedroom | 6 | 1,574 | $918 | $0.58 |

According to a draft notice dealing with the subject of FHA processing of applications for mortgage insurance with Project-Based Section 8 Assistance Contracts (Section 223 (f), 221 (d) Substantial Rehabilitation and 223 (a) (7)), net income attributable to the Section 8 units will be

Preapplication Conference
South Pointe Towers
Chicago, Illinois

Application

South Pointe Towers is an existing Section 8 subsidized project in the Englewood community on south Lowe Avenue. The sponsor proposes to substantially rehabilitate this 303-unit high rise family project. The proposed 2013 rents, as shown below, are $30 to $50 a month above current contract rents:

| | Proposed Rents | Current Contract Rents |
|---|---|---|
| 1BR | $673 | $648 |
| 2BR | $758-835(TH) | $727-799(TH) |
| 3BR | $843-918(TH) | $800-866(TH) |

South Pointe's Section 8 contract has expired, and is being renewed on a year-to-year basis.

Site Visit

I visited South Pointe Towers, talked with the project manager, and toured the building, including a vacant 2-bedroom unit. Occupancy in the project is low -80%, with 60 vacant units- and tenant incomes average $12,000 to $13,000 annually. The physical condition of the project is improving, but still appeared marginal to poor, particularly in the stairwells, which are dirty, and the corridors, which are unappealing. The 3 elevators were being replaced when I was there. The two-bedroom apartments that I visited appeared small in size -each of the bedrooms measured about 100 square feet, with a small closet, and one bath. Some of the exterior windows were boarded up.

Physically Troubled

South Pointe is currently being administered by Chicago's Enforcement center, which recently completed an assessment of this physically troubled project. According to Ms. Bachelor in the enforcement center, the assessment included a number of recommendations, some of which are being implemented now, such as new elevators, and a new security for dealing with the drug problem at South Pointe.

Neighborhood

South Pointe Towers is located in Englewood, one of the city's most physically distressed neighborhoods. I walked the area immediately surrounding South Pointe, which had all the appearances of a very low-income community, with marginal quality homes and apartments. I saw no evidence of neighborhood revitalization, although the city of Chicago plans to construct a new campus for Kennedy-King College just a few blocks from South Pointe, and to develop space for new retail facilities as part of the Mayor's $150 million announced revitalization plan for Englewood. Most residents and businessmen in the neighborhood that I talked with during my site visit believe that the project will go forward, and that it will have a positive impact on living conditions in this economically distressed area. Already having a positive impact is St. Bernard Hospital, whose development arm is constructing 90 single-family and duplex units under the city of Chicago's New Homes program, the first new single-family homes in Englewood in more than 20 years. According to Bernard Place's project manager, Chuck Holland, presale activity is going well.

Market Experience

a Lowe Terrace Apartments: Down the street from the subject South Pointe is Lowe Terrace Apartments, an existing 188-unit project, which HUD foreclosed on several years ago, and currently is being rehabilitated by its new owners. The project is not insured by HUD, nor are the units subsidized. According to the property manager, Lowe Terrace is 60-percent occupied, with predominately subsidized tenants -one of the two market-rate tenants recently moved out- and has the following rents:

1BR-$603 (1.10 a square foot)
2BR-$692 (.72 a square foot)
$711-townhouse (.65 a square foot)
3BR-$762 (.77 a square foot)
$825 -townhouse (.77 a square foot)

The property manager reported that 70 of the units have been substantially rehabilitated, and just about all are occupied with Section 8 certificate holders. While Lowe terrace does not have project base subsidy, it nevertheless depends on Section 8 certificate holders for occupancy.

Antioch Haven Homes

Also a short distance away from South Pointe, Antioch Haven is a mixture of subsidized family townhomes and an elderly mid-rise. Occupancy is high in both the family and elderly developments, which appeared in good physical condition.

The Antioch Missionary Baptist Church also owns an older courtyard building of 30 market-rate units a few blocks from Antioch Haven Homes. Monthly Rents for studio and one bedroom units are:

Market Rate Apartment Rents

0BR $450
1BR $550

Englewood Garden Apartments

According to Dan Burke of Chicago Community Development Corporation, Englewood Garden Apartments consists of 12 buildings on south Normal, Eggleston, Parnel, and Perry streets. The 167-unit family complex is 99-percent occupied with a waiting list of 200 persons. Englewood Gardens' owner purchased the scattered-site property from HUD under the property Disposition program with all Section 8 subsidy, and substantially rehabilitated its units. The current HUD-approved contract rents are:

1BR-$651
2BR-739
3BR-$837
4BR-993
5BR-$1113

**Conclusion**

Englewood's apartment market is predominately subsidized, and is likely to remain a predominately subsidized rental market in the foreseeable future. Neighborhood residents and businesses believe the recent $150-$225 million announcement of a new Kennedy-King college and retail shopping only 1 block from the South Pointe will have a positive impact on the area, as is Bernard Place's 90 new single-family homes currently under construction now having a favorable effect. But, the impact of this new development on rental housing is not known with any great clarity.

What is known is that ongoing apartment rehabilitation activity in the vicinity of the subject, such as in the market-rate project Lowe Terrace down the street from South Pointe, still depends on attracting Section 8 certificate holders for tenants. Only one of Lowe's 188 units is currently occupied by a market-rate tenant. Current market experience strongly suggests that South Pointe Terrace will not be able to survive, in a market sense, without deep-subsidy assistance.

Market (street) rents are scarce because there are so few non-subsidized apartment units in Englewood. Antioch Missionary Baptist Church owns an older courtyard building with 30 apartments which rent for $450 for studio and $550 for one-bedroom units, compared with the subject's one-bedroom rent of $673. Lowe Avenue Terrace's apartment rents are $50 to $100 a month below South Pointe's rents -10 to 25 percent below Pointe on a square footage basis.

Given available market experience South Pointe's recommended rents for apartment units are:

1BR $625
2BR $700
3BR $800

With respect Southpointe's townhome units, proposed rents of $835 to $918 are consistent with Lowe Terrace Apartment rents.