# EXHIBIT

# A

# (PART 1 OF 4)

# PRIVILEGED LOG

**Legend:**

**WP** = Attorney Work Product

**AC** = Attorney Client Communication

**G** = Documents determined after further review to be acceptable for production to Plaintiff.

**O** = Documents not pertaining to the parties' HAP Contract but regarding Plaintiff's HUD-insured loan and related activities. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action. These documents may also contain attorney work product, attorney-client communications, and other privileged information as well as category "W" information.

**W** = Documents not pertaining to the parties' HAP Contract but regarding OIG referrals and related activities. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action. These documents may also contain attorney work product, attorney-client communications, and other privileged information as well as category "O" information.

**R** = Documents not pertaining to the parties' HAP Contract but regarding governmental inquiries of HUD that occurred after Plaintiff obtained its HUD-insured loan in December 2002. Accordingly, these documents will not reasonably lead to the discovery of admissible evidence in this action.

**Ahmad** = Muhammad S. Ahmad/HSNG/CHI/HUD
**Akhtar** = Muhammed Akhtar/CHI/HUDOIG
**Arnolds** = Laura A. Arnolds/DEC/CHI/HUD
**Anderson**= Mary Anderson/HSNG/CHI/HUD
**Aiosa** = Angelo Aiosa, Office of Litigation, HGQ OGC
**Baguio** = Maria T. Baguio/DEC/CHI/HUD
**Batchelor** = Freddie C. Batchelor/DEC/CHI/HUD
**Berkec**=Jadranka M. Berkec/DEC/CHI/HUD
**Beverly** = Beverly Miller/HSNG/HHQ/HUD
**Bishop** = Beverly E. Bishop/FPM/CHI/HUD
**Bolton** = Gregory J. Bolton/OGC/HHQ/HUD
**Braggs** = Alvin E. Braggs/HSNG/FTW/HUD
**Bridges** = Ulyses Bridges/HSNG/HHQ/HUD
**Bruce** = John J. Bruce/DEC/CHI/HUD
**Cravitz** = Alan Cravitz
**Czauski** = Henry S. Czauski/DEC/HHQ/HUD
**Coleman** = Veronica Coleman/HSNG/CHI/HUD
**Daly**=John J. Daly/OGC/HHQ/HUD
**DiPietro** = Teresa DiPietro/HSNG/CHI/HUD

**Donis** = Lisa Donis/USDOJ
**Donatelli** = Jack Donatelli, Office of the U.S. Attorney
**Duncan** = LaDoris Duncan/HSNG/CHI/HUD
**Elson** = Janet Elson/OGC/CHI/HUD
**Ellison** = Lucille Ellison/HSNG/CHI/HUD
**Fine** = Ramona M. Fine/OGC/HHQ/HUD
**Galvan** = Joseph P. Galvan/FPM/CHI/HUD
**Geary**= Brad Geary/CHIHFI/HUDOIG
**Goldblatt** = Herbert L. Goldblatt/DEC/HHQ/HUD
**Goldrick** = Janet M. Golrick/HSNG/HHQ/HUD
**Gray** = Debbie Gray/HSNG/CHI/HUD
**Gustin** = Gregory G. Gustin/DEC/CHI/HUD
**Hanks** = Janet L. Hanks/HSNG/CHI/HUD
**Head**= Debra Head/HSNG/CHI/HUD
**Heaney** = Judith Heaney/FPM/CHI/HUD
**Heeselton** = Darby Heesleton
**Herold** = John W. Herold/OGC/HHQ/HUD
**Hinsberger** = Edward Hinsberger/HSNG/CHI/HUD
**Jacobs** = David A. Jacobs/OGC/HHQ/HUD
**Jensen** = John A. Jensen/OGC/CHI/HUD
**John** = Koren McKenzie-John/OGC/HHQ/HUD
**Ling** = Ernest Ling/DOJ
**Maisonet** = Margarita Maisonet/DEC/CHI/HUD
**Merritt** = Kathy Merritt/HSNG/CHI/HUD
**Massman** = Kenneth R. Massman/DEC/HHQ/HUD
**Massouras** = Thomas G. Massouras/OGC/CHI/HUD
**Mayfield** = Howard D. Mayfield/HSNG/HHQ/HUD
**Miller** = Beverly J. Miller/HSNG/HHQ/HUD
**Minor** = Courtney B. Minor/OGC/HI/HUD
**Mozdzier** = Walter Mozdzier/DEC/CHI/HUD
**O'Connor** = Maggie O'Connor/HSNG/CHI/HUD
**Patton** = Geoffrey L. Patton/OGC/HHQ/HUD
**Patsios** = Sophia Patsios/CHI/HUDOIG
**Paul** = Catherine E. Paul/DEC/CHI/HUD
**Pollock** = James L. Pollock/DEC/CHI/HUD
**Pompa** = Ruth E. Pompa/HSNG/FTW/HUD
**Potts** = Millicent B. Potts/OGC/HHQ/HUD

**Ries** = Peter B. Ries/DEC/CHI/HUD
**Roman** = Terri L. Roman/OGC/HHQ/HUD
**Salvati** = James Salvati/DEC/CHI/HUD
**Simmons** = Lilye R. Simmons/HSNG/CHI/HUD
**Smith** = Harrison Smith
**Spearmon** = Willie Spearmon/HSNG/HHQHUD
**Stark** = **Jack T.** Stark/OGC/FTW/HUD
**Stamps** = Karyn Stamps/HSNG/CHI/HUD
**Strobel** = Joseph Strobel/OGC/CHI/HUD
**Syzbist** = Kathleen A. Syzbist/OGC/CHI/HUD
**Suiter** = Sandra H. Suiter/DEC/CHI/HUD
**Taylor** = Victor Taylor/HSNG/CHI/HUD
**Thomas** = Gwendolyn X. Thomas/HSNG/CHI/HUD
**Walker** = Eileen Y. Walker/HSNG/HHQ/HUD
**Walter** = Walter Mozdzierz/DEC/CHI/HUD
**Wawzenski** = Linda Wawzenski/USDOJ
**Weaver** = Shari Weaver, Office of Litigation, HSQ OGC
**Weidenfeller** = George L. Weidenfeller/OGC/HHQ/HUD
**White** = William C. White/OGC/HHQ/HUD
**Wilson** = Courtland H. Wilson/HSNG/HHQ/HUD
**Zale** = Jim Zale/DEC/CHI/HUD

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1. | 4/9/2001 | Gustin | | | Draft affidavit of Margarita Maisonet, unsigned, prepared for District Court litigation | E0001-0002 | WP |
| 2. | 4/16/2002 | Gustin | | | Handwritten notes re: Mayfield meeting | E0003 | WP |
| 3. | 6/10/2002 | Thomas | Hinsberger<br>Maisonet<br>Gustin<br>Coleman<br>Gray<br>Baguio | Hanks | Handwritten notes re: forwarding email message from Tira Tunstill | E0004-0007 | WP |
| 4. | 6/12/2002 | Gustin | | | Handwritten numeric calculation | E0008 | WP |
| 5. | 6/19/2002 | Gustin | Weaver<br>Aiosa | | Memo to Shari Weaver, HQS OGC | E0009-0011 | WP |
| 6. | 1/22/xx | Gustin | | | Handwritten notes on meeting with Hayes, former GP | E0012 | WP |
| 7. | 6/26/2002 | Gustin | | | Handwritten annotations made to DSSA memo | E0013 | WP |
| 8. | 5/8/2002 | Gustin | | | Concurrence page to Amended DEC final team report | E0014 | G |
| 9. | 5/2004 | Baguio | | | Handwritten calculations for security 5/21-5/31/2004 | E0015 | WP |
| 10. | 5/28/2004 | Baguio | | | Handwritten edits of draft VMIP letter | E0016-0028 | O |
| 11. | 11/2/2001 | Gustin | Donatelli | | Handwritten annotations on correspondence from Bowhay regarding Wafra | E0029-0030 | WP |
| 12. | 6/20/2002 | Legal division<br>Gustin | | | Defensive Litigation Tracking System Assignment and supporting packet with handwritten comments. | E0031 | WP |
| 13. | 7/11/2002 | | Castillo,<br>Schenkier | | US District Court, Northern District of Illinois docket sheet | E0032 | G |
| 14. | 7/16/2002 | Donatelli | Legal division<br>Gustin/Baguio | | Facsimile coversheet transmitting Judge Schenkier's Order dated 7/11/2002 (Order not attached) | E0033 | G |
| 15. | 6/19/2002 | Gustin | Weaver<br>Aiosa | Goldblatt<br>Patton<br>Jensen | Email to Weaver re: Englewood v. HUD case No 02 C 4033 (N.Dist. Ill) with attachments | E0034-E0046 | WP |
| 16. | 6/20/2002 | | Gustin | | Routing and Transmittal slip and printed Legal Division Tracking Screen with Handwritten note regarding Englewood litigation | E0047 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 17. | xx/xx/xx | Legal division staff | Legal division Gustin/Baguio | | Legal Division Tracking System (LDTS) records | E0048-0057 | WP |
| 18. | 11/2/2001 | Donatelli | Legal division Gustin/Baguio | | US DOJ fax cover sheet w/comments | E0058 | WP |
| 19. | 11/7/2001 | Donatelli | Legal division Gustin/Baguio | | US DOJ fax cover sheet w/comments | E0059 | WP |
| 20. | various | Baguio | | | Legal research | E0060-0128 | WP |
| 21. | n/a | | | | Chapter 12 Rev 2-22-01 | E0102-106 | G |
| 22. | various | Baguio | | | Legal research | E0107-0128 | WP |
| 23. | 5/3/2002 | Baguio | | | Concurrence page to Amended DEC final team report | E0129 | G |
| 24. | 1/xx/2002 | Gustin | Snyder | Hinsberger Maisonet Donatelli | Draft Letter to Snyder regarding review of final decision | E0130-0131 | WP |
| *25.* | | | | | *Blank: document produced* | *E0132* | *Produced* |
| 26. | 11/29/2001 | Baguio | Gustin | | Fax cover sheet to Gustin re document edits | E0133 | WP |
| 27. | 1/26/2000 | Arnolds | | | Final Team Report – Resolution w/edits from atty. | E0134-0141 | WP |
| 28. | 1/27/2000 | Batchelor | | | Concurrence pages | E0142-3 | G |
| 29. | 12/3/2003 | Baguio | | | Handwritten meeting notes re default | E0144 | WP |
| 30. | 11/21/2001 | Gustin | Hinsberger Gustin | Hayes Fisher | Handwritten annotations to DSSA letter | E0145-0147 | WP |
| 31. | 11/21/2001 | DSSA | | | Fax cover page | E0148 | G |
| 32. | 11/8/2002 | Gustin | | | Handwritten notes regarding hearing | E0149-0150 | WP |
| 33. | Undated | Legal division | | | Legal research | E0151-0152 | WP |
| 34. | 4/9/2001 | Gustin | | | Handwritten annotation to Notice of HAP Default | E0153-0154 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 35. | Undated | Gustin | | | Handwritten annotation to Draft version of Notice of HAP Default | E0155-0156 | WP |
| 36. | 10/18/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0157 | WP |
| 37. | 10/23/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0158 | WP |
| 38. | 4/13/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0159 | WP |
| 39. | 10/2/2001 | Baguio | | | Handwritten meeting notes re: litigation | E0160 | WP |
| 40. | 10/30/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0161 | WP |
| 41. | Undated | Baguio | | | Handwritten edits to Amended DEC Final Team Report | E0162-0163 | WP |
| 42. | 10/18/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0164 | WP |
| 43. | 10/12/2001 | Gustin | | | Handwritten meeting notes re: litigation | E0165-0166 | WP |
| 44. | 12/8/2000 | Legal division staff | | | Legal Research | E0167-0182 | WP |
| 45. | 11/7/2001 | Baguio | Donatelli | | Fax cover sheet to Donatelli re: litigation documents | E0183 | WP |
| 46. | 11/2/2001 | Baguio | Patton | | Fax cover sheet to Patton re: litigation documents | E0184 | WP |
| 47. | 8/12/2004 | Salvati | Geary | | Memo to Geary (OIG investigation) | E0185-0195 | W |
| 48. | 6/24/2002 | Gustin | Donatelli | | Email series to AUSA re: status | E0196-0197 | WP |
| 49. | 6/19/2002 | Gustin | Donatelli | Hinsberger Maisonet Colman Thomas Anderson Baguio Patton | Email series to AUSA re: Settlement/Briefs/Topic Areas | E0198-0201 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 50. | 6/27/2002 | Gustin | Thomas | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Paul<br>Pollock<br>Donatelli | Email to GT re: Notice; Questions | E0202 | AC |
| 51. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email series to EH re: Settlement Offer Letter | E0203-0204 | AC |
| 52. | 10/11/2001 | Gustin | Maisonet | | Email series to Maisonet forwarding message regarding abatement of subsidy payments | E0205 | WP |
| 53. | 12/19/2001 | Hinsberger | Baguio<br>Maisonet | | Email series to Baguio re: South Pointe management agreement | E0206-0209 | AC |
| 54. | 12/18/2001 | Hinsberger | Maisonet<br>Coleman | | Email series to Maisonet re: Englewood v. HUD et al. | E0210 | AC |
| 55. | 12/10/2001 | Coleman | Gustin<br>Thomas<br>Maisonet | | Email series to Thomas re: memo to residents | E0211-0212 | AC |
| 56. | 12/7/2001 | Hinsberger | Baguio<br>Coleman<br>Mozdzierz<br>Suiter | | Email series to Baguio, re: South Point Towers | E0213-0214 | AC |
| 57. | 12/6/2001 | Hinsberger | Paul<br>Patton<br>Thomas<br>Donattelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Coleman<br>Thomas | Email series to Paul, re: South Point Call Silverman | E0215 | AC |
| 58. | 12/20/2001 | Gustin | Donatelli | Baguio | Email series to AUSA re: Englewood | E0216 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 59. | 12/18/2001 | Gustin | Hinsberger<br>Maisonet<br>Coleman | | Email series to EH re: Englewood v. HUD et al. | E0217 | AC |
| 60. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email series to EH re: South Pointe Appeal…if any | E0218 | AC |
| 61. | 12/7/2001 | Gustin | Hinsberger<br>Maisonet<br>Donatelli<br>Baguio<br>Coleman<br>Thomas<br>Suiter<br>Mozdzierz<br>Paul | | Email series to EH re: South Pointe Letter Sent | E0219 | G |
| 62. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdzierz | Email to AUSA re: draft response to Letter | E0220 | WP |
| 63. | 12/6/2001 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Gustin re: South Pointe call from Silverman | E0221-0222 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 64. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Donatelli<br>Mozdzierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email series to EH re: South Pointe call from Silverman | E0223 | AC |
| 65. | 12/5/2001 | Gustin | Patton | | Email series to Patton re: Settlement Offer | E0224 | WP |
| 66. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Suiter<br>Paul<br>Baguio<br>Donatelli<br>Thomas | Email series to EH re: Settlement Offer | E0225 | AC |
| 67. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to EH re: South Pointe | E0226 | AC |
| 68. | 12/5/2001 | Patton | Gustin | | Email series to Gustin re: decision | E0227 | WP |
| 69. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email series to EH re: 2530 Mgt Change | E0228 | AC |
| 70. | 11/30/2001 | Baguio | Maisonet<br>Hinsberger<br>Gustin | Gustin | Email series to MM re: Mgmt | E0229 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 71. | 11/30/2001 | Maisonet | Gustin | Paul<br>Hinsberger<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to GG re: South Pointe Notice of Abatement and Termination letter | E0230-E0232 | AC |
| 72. | 11/28/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter<br>Paul | Email series to EH re: South Pointe Letter regarding abatement | E0233 | AC |
| 73. | 11/27/2001 | Baguio | Gustin | | Email series to GG re Chapter 12 physical condition | E0234 | WP |
| 74. | 11/27/2001 | Baguio | Gustin | | Email series to GG re: SPointe draft notice | E0235 | WP |
| 75. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio | Email series to HINSBERGER re: South Pointe meeting with Englewood's attorney | E0236-0240 | AC |
| 76. | 11/26/2001 | Gustin | Hinsberger | Maisonet | Email series to HINSBERGER re: South Pointe potential settlement | E0241-0243 | AC |
| 77. | 11/26/2001 | Gustin | Hinsberger | Maisonet | Email series to EH re: South Pointe potential settlement | E0244 | AC |
| 78. | 11/23/2001 | Czauski | Johnson | Patton<br>Gustin | Email series to Hannah Johnson re: Englewood Pleadings | E0245 | WP |
| 79. | 11/20/2001 | Gustin | Czauski | | Email series to Czauski re: Englewood Pleadings | E0246 | WP |
| 80. | 11/19/2001 | Gustin | Coleman | Thomas<br>Hinsberger<br>Suiter<br>Baguio | Email to VC re: Termination, Abatement and Notice | E0247-0248 | AC |
| 81. | 11/16/2001 | Patton | Gustin | | Email series to GG re: Preliminary Injunction Hearing | E0249 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 82. | 11/16/2001 | Gustin | Patton | | Email series to Patton re: Preliminary Injunction Hearing | E0250 | WP |
| 83. | 11/16/2001 | Patton | Gustin | | Email series to GG re: Preliminary Injunction Hearing | E0251 | WP |
| 84. | 11/16/2001 | Maisonet | Gustin | Paul Hinsberger<br>Patton<br>Thomas<br>Czauski<br>Baguio<br>Anderson<br>Suiter<br>Coleman | Email series to GG re: Preliminary Injunction Hearing | E0252-0253 | AC |
| 85. | 11/14/2001 | Hinsberger | Gustin | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to GG re: additional information concerning witness issues | E0254-0255 | AC |
| 86. | 11/14/2001 | Baguio | Gustin | | Email series to GG re: additional information concerning witness issues | E0256 | WP |
| 87. | 11/14/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to EH re: additional information concerning witness issues | E0257 | AC |
| 88. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Anderson<br>Mozdzierz<br>Baguio | Email series to AUSA re: Draft letter response to 11/6/2001 letter from Englewood's counsel | E0258 | WP |
| 89. | 11/13/2001 | Gustin | Hinsberger<br>Fisher | Gustin<br>Coleman<br>Thomas<br>Baguio<br>Maisonet | Email series to AUSA re: transfer of management at South Pointe | E0259-0260 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 90. | 11/9/2001 | Gustin | Donatelli | Baguio<br>Hinsberger<br>Maisonet<br>Coleman<br>Thomas<br>Anderson | Email series to AUSA re: South Pointe draft affidavit | E0261 | WP |
| 91. | 11/9/2001 | Gustin | Czauski | | Email series to Czauski re: litigation | E0262-0263 | WP |
| 92. | 11/8/2001 | Gustin | Maisonet | | Email series to MM re: litigation | E0264 | AC |
| 93. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to EH re: proposed South Pointe Letter and litigation | E0265 | AC |
| 94. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to EH re: proposed South Pointe Letter attorney comments | E0266-0267 | AC |
| 95. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Coleman<br>Thomas | Email series to MM re: proposed South Pointe Letter in response to letter from Englewood's counsel | E0268-0269 | AC |
| 96. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to GG re: proposed South Pointe Letter | E0270 | AC |
| 97. | 11/7/2001 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Donatelli<br>Patton | Email series to EH re: Call from AUSA | E0271 | AC |
| 98. | 11/6/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email series to AUSA re: South Pointe Litigation Strategy | E0272-0274 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 99. | 11/6/2001 | Gustin | Donatelli | Baguio | Email series to AUSA re: South Pointe Litigation Strategy | E0275-0277 | WP |
| 100. | 11/6/2001 | Patton | Gustin | | Email series to GG re: South Pointe Litigation Strategy | E0278-0281 | WP |
| 101. | 10/23/2001 | Maisonet | Hinsberger<br>Gustin<br>Baguio<br>Coleman | | Email series to EH re: South Pointe w/ e-mail from attorney | E0282 | AC |
| 102. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to GG re: South Pointe Meeting w/e-mail from attorney | E0283-0284 | AC |
| 103. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email series to AUSA re: South Pointe Strategy | E0285-0286 | WP |
| 104. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Thomas | Email to AUSA re: Englewood v. HUD et al. | E0287 | WP |
| 105. | 11/2/2001 | Maisonet | Bishop | Hinsberger<br>Coleman<br>Thomas<br>Gustin<br>Baguio<br>Suiter<br>Paul | Email series to Bishop re: South Pointe Alderman's Letter w/directive e-mail from attorney | E0288 | AC |
| 106. | 11/2/2001 | Gustin | Maisonet | Baguio<br>Suiter<br>Paul | Email to MM re: South Pointe Alderman's Letter | E0289 | AC |
| 107. | 11/1/2001 | Gustin | Hinsberger<br>Thomas | | Email series to EH re: litigation assistance | E0290 | AC |
| 108. | 11/1/2001 | Baguio | Gustin | Hinsberger<br>Maisonet<br>Thomas<br>Donatelli | Email series to GG re: South Pointe appearance | E0291 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 109. | 10/31/2001 | Gustin | Patton | Goldblatt<br>Baguio | Email series to Patton re: South Pointe litigation | E0292 | WP |
| 110. | 10/30/2001 | Baguio | Patton<br>Gustin | | Email to Patton re: South Pointe litigation | E0293 | WP |
| 111. | 10/30/2001 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Patton | Email to EH re: South Pointe litigation | E0294 | AC |
| 112. | 10/23/2001 | Baguio | Hinsberger | Gustin | Email series to EH re: South Pointe Tower mortgage application deficiency | E0295-0296 | AC |
| 113. | 10/23/2001 | Baguio | Hinsberger<br>Coleman | Maisonet<br>Gustin<br>Thomas | Email to EH re: South Pointe Letter concerning vouchers | E0297 | AC |
| 114. | 10/23/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe relocation | E0298 | WP |
| 115. | 10/16/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to EH re: South Pointe Letter to Opposing Counsel | E0299 | G |
| 116. | 10/15/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email series to EH re: South Pointe Letter to Opposing Counsel | E0300 | G |
| 117. | 10/15/2001 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email to EH re: South Pointe Meeting and Discussion of Default Letter | E0301-0303 | AC |
| 118. | 10/11/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to EH re: South Pointe requested meeting by Hayes's Attorney | E0304-0305 | AC |
| 119. | 10/11/2001 | Gustin | Baguio | | Email series to MB re: memo to file: South Pointe Vouchers | E0306 | WP |
| 120. | 10/11/2001 | Gustin | Gustin | | Email series to GG re: memo to file: South Pointe Vouchers | E0307 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 121. | 10/11/2001 | Coleman | Gustin | Hinsberger<br>Thomas<br>Maisonet<br>Baguio | Email series to GG re: South Pointe letter to project owner | E0308 | AC |
| 122. | 10/10/2001 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Thomas<br>Baguio | Email to EH re: South Pointe litigation threats | E0309 | AC |
| 123. | 10/10/2001 | Gustin | Baguio | | Email series to MB re: Call from John Hayes | E0310-0311 | WP |
| 124. | 10/10/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Coleman | Email to EH re: Protecting tenants | E0312 | AC |
| 125. | 10/9/2001 | Gustin | Baguio | | Email series to MB re: Call from John Hayes | E0313 | WP |
| 126. | 11/8/2001 | Gustin | Maisonet | | Email series to MM re: South Pointe Litigation | E0314 | AC |
| 127. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Coleman | Email series to EH re: Proposed South Pointe Letter To Englewood's Counsel | E0315 | AC |
| 128. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to EH re: Proposed South Pointe Letter To Englewood's Counsel | E0316-0317 | AC |
| 129. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Baguio<br>Coleman<br>Thomas | Email series to MM re: Proposed South Pointe Letter To Englewood's Counsel | E0318-0319 | AC |
| 130. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to GG re: Call from AUSA | E0320 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 131. | 11/7/2001 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Donatelli<br>Patton | Email to EH re: South Pointe litigation strategy | E0321 | AC |
| 132. | 10/31/2001 | Gustin | Maisonet<br>Hinsberger | Baguio | Email series to MM re: South Pointe litigation schedule | E0322 | AC |
| 133. | 10/23/2001 | Maisonet | Hinsberger | Gustin<br>Baguio<br>Coleman | Email series to EH re: South Pointe w/directive e-mail from attorney | E0323 | AC |
| 134. | 10/23/2001 | Hinsberger | Baguio<br>Gustin | Maisonet<br>Coleman | Email series to MB re: South Pointe relocation and abatement | E0324 | AC |
| 135. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to GG re: South Pointe Meeting with Englewood's Counsel | E0325-0326 | AC |
| 136. | 10/12/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to EH re: South Pointe vouchers | E0327 | AC |
| 137. | 10/11/2001 | Gustin | Baguio | Maisonet | Email series to MB re: E-mails concerning abatement needing review | E0328 | WP |
| 138. | 10/2/2001 | Gustin | Baguio | Maisonet | Email series to MB re: Draft Letter in response to Letter from Hayes | E0329-0330 | WP |
| 139. | 8/29/2001 | Gustin | Gustin | | Email series to GG re: Memo to File South Pointe flag | E0331 | WP |
| 140. | 7/20/2001 | Gustin | Suiter | | Email series to Suiter re: Amended FTR - South Pointe | E0332 | AC |
| 141. | 7/19/2001 | Suiter | Gustin | | Email series to GG re: Amended FTR - South Pointe amended team report | E0333 | AC |
| 142. | 7/13/2001 | Hinsberger | Hinsberger | Coleman<br>Baguio<br>Suiter | Email series to GG re: South Pointe purchase | E0334-0335 | AC |
| 143. | 7/13/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Suiter | Email series to EH re: South Pointe renewal | E0336 | AC |
| 144. | 7/13/2001 | Baguio | Thomas | Gustin | Email series to Thomas re: South Pointe renewal | E0337 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 145. | 7/12/2001 | Baguio | Gustin | Suiter | Email series to GG re: South Pointe renewal | E0338 | WP |
| 146. | 5/16/2001 | Gustin | Baguio<br>Arnolds | | Email series to MB re: Draft Letter concerning South Pointe Default | E0339-0340 | WP |
| 147. | 5/16/2001 | Hinsberger | Maisonet | Thomas<br>Gray<br>Coleman<br>Gustin | Email series to MM re: Draft Letter South Pointe w/directive e-mail from attorney | E0341 | AC |
| 148. | 5/15/2001 | Gustin | Maisonet | Suiter<br>Paul<br>Arnolds<br>Baguio | Email to MM re: Draft Letter in response to Letter from John Hayes | E0342 | AC |
| 149. | 5/15/2001 | Gustin | Maisonet | Arnolds<br>Baguio<br>Paul<br>Suiter | Email to MM re: Draft Letter in response to Letter from John Hayes | E0343 | AC |
| 150. | 5/15/2001 | Maisonet | Gustin | Baguio<br>Arnolds<br>Paul<br>Suiter | Email series to GG re: Draft Letter in response to Letter from John Hayes | E0344 | AC |
| 151. | 5/15/2001 | Arnolds | Gustin | | Email series to GG re: Draft Letter | E0345 | WP |
| 152. | 5/15/2001 | Gustin | Maisonet | Baguio<br>Arnolds<br>Paul<br>Suiter | Email series to MM re: Draft Letter | E0346 | AC |
| 153. | 4/10/2001 | Maisonet | Gustin | | Email series to GG re: South Pointe Draft Response | E0347 | AC |
| 154. | 4/10/2001 | Gustin | Baguio | | Email series to MB re: South Pointe Draft Letter | E0348-0349 | WP |
| 155. | 4/9/2001 | Gustin | Maisonet<br>Baguio<br>Arnolds<br>Gustin | | Email to MB re: South Pointe HAP Default | E0350 | WP |
| 156. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to GG re: South Pointe default letter edits | E0351 | WP |
| 157. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to GG re: South Pointe default letter draft | E0352 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 158. | 1/24/2002 | Paul | Baguio | | Email to Baguio re: South Pointe questions | E0353 | AC |
| 159. | 10/25/2001 | Paul | Baguio | | Email series to Baguio re: Request for Documents concerning South Pointe Apts. | E0354 | AC |
| 160. | 2/04/2002 | Paul | Baguio | | Email to Baguio re: Amended FTR | E0355 | AC |
| 161. | 2/7/2002 | Gustin | Baguio | | Email series to Baguio re: South Pointe Letters | E0356 | WP |
| 162. | 3/28/2002 | Gustin | Baguio | | Email series to Baguio re: South Pointe Housing Court | E0357-0358 | WP |
| 163. | 5/28/2002 | Gustin | Baguio | | Email series to Baguio re: Congressional inquiry letter | E0359 | WP |
| 164. | 5/28/2002 | Maisonet | Baguio | | Email series to Baguio re: letter to residents | E0360 | AC |
| 165. | 7/2/2002 | Gustin | Donatelli | Baguio | Email to AUSA re: South Pointe Brief | E0361 | WP |
| 166. | 7/8/2002 | Paul | Baguio | | Email series to Baguio re: Letter re Sect 8 Payments to Atty Silverman | E0362 | AC |
| 167. | 7/10/2002 | Donatelli | Baguio | | Email to Baguio re: South Pointe clarification concerning Preliminary Injunction | E0363 | WP |
| 168. | 7/11/2002 | Donatelli | Baguio | | Email to Baguio re: South Pointe status and the need for communications to occur between counsel | E0364-0365 | WP |
| 169. | 8/21/2002 | Paul | Baguio | | Email series to Baguio re: South Pointe overbillings | E0366 | AC |
| 170. | 9/3/2002 | Gustin | Donatelli Baguio | | Email series to AUSA re: South Pointe meeting to discuss claims | E0367-0369 | WP |
| 171. | 10/8/2002 | Gustin | Baguio | | Email to Baguio re: renewal | E0370 | WP |
| 172. | 10/8/2002 | Gustin | Baguio | | Email series to Baguio re: renewal | EE0371 | WP |
| 173. | 10/10/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe litigation threats | E0372-0373 | WP |
| 174. | 10/22/2001 | Baguio | Hinsberger Coleman | Maisonet | Email to Hinsberger re: South Pointe draft letter to owner | E0374 | AC |
| 175. | 1/25/2002 | Baguio | Paul | | Email series to Paul re: More South Pointe questions | E1637 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 176. | 6/11/2002 | Gustin | Donatelli | Maisonet Hinsberger Baguio Patton Thomas Coleman | E-mail to AUSA re: South Pointe Litigation w/ handwritten notations | E0375-0378 | WP |
| 177. | 6/24/2002 | Gustin | Donatelli | Hinsberger Maisonet Anderson Coleman Baguio Patton | E-mail to AUSA re: South Pointe settlement conference from Friday | E0379-0380 | WP |
| 178. | 6/24/2002 | Gustin | Hinsberger Maisonet | Coleman Anderson Patton Baguio | E-mail to EH re: 6/27 South Pointe prelim. Inj. Cancelled | E0381 | AC |
| 179. | 11/05/2001 | Gustin | Hinsberger | Baguio Anderson Maisonet Donatelli | E-mail series to EH re: Request of Info on South Pointe | E0382 | AC |
| 180. | 02/10/2000 | Massman | Suiter Harris | Goldblatt Christopher Jones | E-mail to Suiter re: HQ Legal review of South Pointe Team Report | E0383 | AC |
| 181. | 12/18/2001 | Gustin | Donatelli Baguio | | E-mail series to DOJ re: Englewood v. HUD et. al. | E0384 | WP |
| 182. | 12/18/2001 | Donatelli | Gustin | | E-mail to Gustin re: Englewood v. HUD et. al. | E0385 | WP |
| 183. | 12/18/2001 | Gustin | Hinsberger | Maisonet Coleman | E-mail series to EH re: Englewood v. HUD et. al. | E0386 | AC |
| 184. | 12/18/2001 | Hinsberger | Gustin | Maisonet Coleman | E-mail series to Gustin re: Englewood v. HUD et. al. | E0387 | AC |
| 185. | 12/18/2001 | Gustin | Donatelli | Baguio | E-mail to DOJ re: Englewood v. HUD et. al. | E0388 | WP |
| 186. | 01/22/2004 | Donis | Baguio Gustin | | Fax cover and transmittal to MB and GG re: Englewood response to motion | E0389-0400 + 1 page not stamped | WP |
| 187. | 02/27/2004 | Gustin | Geary | | Memo w/attachments to OIG referring South Pointe (prepared by Salvati) | E0401-0454 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 188. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Coleman | E-mail series to MM re: New Englewood assignment | E0455-0456 | AC |
| 189. | 11/10/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | Maisonet<br>Baguio<br>Pollock | E-mail series re: Englewood Terrace ownership transfer | E0457-0458 | AC |
| 190. | 10/31/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Baguio | E-mail to EH re: Draft Englewood response letter | E0459-0460 | AC |
| 191. | 10/10/2003 | Maisonet | Weidenfeller<br>White | Herold<br>Gustin<br>Minor | E-mail to OGC HQ re: October 8, 2003 letter from Samuelson | E0461-0462 | AC |
| 192. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | E-mail series to Gustin re: October 8, 2003 Letter from Samuelson | E0463 | AC |
| 193. | 12/03/2003 | (Anderson?) | | | Handwritten notes of conference call w/ HUD counsel re: mortgage | E0464-0467 | O |
| 194. | 11/18/2002 | Strobel | Szybist<br>Hinsberger<br>Anderson | Muller | E-mail series to OGC and EH re: Englewood Terrace closing | E0468-0469 | O |
| 195. | 12/03/2003 | Strobel | Anderson | Tessler<br>Neboyskey<br>Hinsberger<br>Anderson<br>Fisher<br>Jenkins | E-mail series to MA re: Important Business Points | E0470-0472 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 196. | 10/27/2003 | Gustin | Coleman | Cole<br>Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Anderson | E-mail series to Veronica Coleman re: Englewood Terrace Correspondence | E0473-0474 | AC |
| 197. | 12/9/2003 | Gustin | Coleman | Pollock<br>Salvatia<br>Mozdzierz | E-mail series to Veronica Coleman re: New Englewood Terrace – OIG Meeting | E0475-0479 | AC |
| 198. | 12/10/2003 | Coleman | Gustin | Pollock<br>Salvati<br>Mozdzierz | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E0480-0484 | AC |
| 199. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace | E0485-0486 | AC |
| 200. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood | E0487-0501 | AC |
| 201. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E0502 | AC |
| 202. | 1/27/2004 | Pollock | Gustin<br>Baguio | Bruce<br>Salvati | Email to Gustin re: New Englewood Terrace | E0503 | W |
| 203. | 1/29/2004 | Salvati | Baguio | | Email to Baguio re: New Englewood Terrace | E0504 | W |
| 204. | 1/29/2003 | Baguio | Salvati | | Email series to Salvati re: New Englewood Terrace | E0505 | W |
| 205. | 2/6/2004 | Baguio | Salvati | Pollock | Email to Salvati re: DSSA properties | E0506 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 206. | 2/6/2004 | Salvati | Pollock | | Email to Pollock re: New Englewood Terrace OIG Referral Letter | E0507 | W |
| 207. | 2/10/2004 | Salvati | Baguio | | Email to Baguio re: DSSA Management – Waukegan Terrace | E0508 | W |
| 208. | 2/10/2004 | Salvati | Pollock | | Email to Pollock re: New Englewood Terrace Referral Memo | E0509 | W |
| 209. | 2/18/2004 | Pollock | Baguio<br>Salvati | | Email to Baguio re: New Englewood | E0510 | W |
| 210. | 2/18/2004 | Salvati | Pollock | | Email series to Pollock re: New Englewood | E0511 | W |
| 211. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E0512-0513 | AC |
| 212. | 2/24/2004 | Pollock | Baguio | Salvati | Email to Baguio re: NET | E0514 | W |
| 213. | 2/26/2004 | Salvati | Merritt | Pollock<br>Coleman | Email to Merritt re: Immediate Information Request re Sunnyside Apartment (related to OIG referral on SPointe) | E0515 | W |
| 214. | 3/3/2004 | Pollock | Salvati | Baguio | Email series to Baguio (inadvertently directed to Salvati) re: Wireless Message | E0516 | W |
| 215. | 3/30/2004 | Gustin | Patsios | Akhtar<br>Pollock<br>Baguio<br>Salvati | Email series to Sophia Patsios re: New Englewood Terrace (NEC) | E0517 | W |
| 216. | 4/5/2004 | Salvati | Baguio | | Email series to Baguio re: New Englewood Terrace/Northwest Tower OIG Meeting | E0518 | W |
| 217. | 4/5/2004 | Gustin | Hinsberger<br>Pollock<br>Salvati<br>Baguio<br>Colman | | Email series to Hinsberger re: New Englewood Terrace/Northwest Tower OIG Meeting | E0519 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 218. | 4/7/2004 | Baguio | Gustin<br>Hinsberger<br>Coleman<br>Pollock<br>Salvati | Patsios<br>Akhtar | Email to Gustin re: Englewood Terrace/Northwest Tower Meeting | E0520 | W |
| 219. | 4/14/2004 | Patsios | Salvati | | Email to Salvati re: New Englewood Terrace | E0521 | W |
| 220. | 4/14/2004 | Salvati | Patsios | | Email series to Patsios re: New Englewood Terrace | E0522 | W |
| 221. | 7/1/2004 | Salvati | Pollock | | Email to Pollock re: NET referral memo | E0523 | W |
| 222. | 7/27/2004 | Salvati | Pollock | Baguio | Email to Pollock re: NET OIG Referral Update Memo | E0524 | W |
| 223. | 8/12/2004 | Pollock | Suiter | Baguio<br>Gustin<br>Salvati | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace (re OIG investigation) | E0525-0526 | W |
| 224. | 8/12/2004 | Salvati | Patsios | Baguio | Email to Patsios re: Pre-Modified TPA Expenditures Spreadsheet | E0527 | W |
| 225. | 8/16/2004 | Anderson | Gustin | Pollock<br>Salvati<br>Geary<br>Hinsberger | Email series to Gustin re: Important Business Points | E0528-0533 | AC |
| 226. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe | E0534-0540 | AC |
| 227. | 8/18/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0541 | W |
| 228. | 8/18/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0542 | W |
| 229. | 8/20/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Baguio<br>Pollock<br>Suiter<br>Salvati | Email series to Hinsberger re: Englewood Terrace Motion to Reconsider | E0543 | AC |
| 230. | 8/24/2004 | Salvati | Anderson | Gustin<br>Baguio<br>Pollock | Email to Anderson re: Englewood Terrace LP | E0544 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 231. | 8/24/2004 | Salvati | Patsios | Pollock<br>Baguio<br>Gustin | Email to Patsios re: Englewood Terrace LP | E0545 | W |
| 232. | 8/25/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0546 | W |
| 233. | 8/25/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0547 | W |
| 234. | 8/25/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0548 | W |
| 235. | 8/26/2004 | Anderson | Salvati | Gustin<br>Pollock<br>Baguio | Email series to Salvati re: Englewood Terrace LP | E0549 | W |
| 236. | 8/26/2004 | Gustin | Anderson | Pollock<br>Salvati<br>Baguio | Email series to Anderson re: Englewood Terrace LP | E0550 | W |
| 237. | 8/26/2004 | Gustin | Patsios | Geary<br>Salvati<br>Pollock<br>Baguio | Email series to Patsios re: Englewood Terrace LP | E0551 | W |
| 238. | 9/8/2004 | Salvati | Patsios | | Email to Patsios re: NET | E0552 | W |
| 239. | 9/10/2004 | Patsios | Salvati | | Email to Salvati re: NET | E0553 | W |
| 240. | 9/10/2004 | Salvati | Patsios | | Email series to Patsios re: NET | E0554 | W |
| 241. | 9/10/2004 | Salvati | Patsios | | Email to Patsios re: NET | E0555 | W |
| 242. | 8/18/2004 | Gustin | Strobel | | Email series to Strobel re: New Englewood Terrace/South Pointe litigation | E0556-0559 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 243. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suite<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe litigation | E0560 | AC |
| 244. | 8/17/2004 | Gustin | Pompa<br>Berkec | | Email series to Strobel re: New Englewood Terrace/South Pointe litigation | E0561-0562 | WP |
| 245. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe litigation | E0563-0569 | AC |
| 246. | 1/25/2002 | Baguio | Paul | | Email series to Catherine Paul re: More South Pointe questions | E0570 | AC |
| 247. | 1/4/2002 | Gustin | Hinsberger<br>Maisonet<br>Donatelli | Coleman<br>Suiter<br>Paul<br>Thomas<br>Baguio | Email to Hinsberger re: South Pointe Appeal Denial Letter | E0571 | G |
| 248. | 11/15/2001 | Gustin | Patton | Maisonet<br>Baguio<br>Czauski<br>Hinsberger<br>Thomas<br>Coleman<br>Anderson<br>Suiter<br>Paul | Email to Patton re: South Point Preliminary Injunction Hearing | E0572 | WP |
| 249. | 3/28/2002 | Gustin | Thomas | Coleman<br>Hinsberger<br>Paul<br>Pollock | Email to Thomas re: South Point Housing Court | E0573 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 250. | 11/5/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet<br>Donatelli | Email series to Hinsberger re: Request for Info on South Pointe | E0574 | AC |
| 251. | 10/31/2001 | Hinsberger | O'Conner | Anderson<br>Maisonet | Email series to O'Connor re: South Pointe (forwarding witness availability info per atty. direction) | E0575 | WP |
| 252. | 10/5/2004 | Hinsberger | Anderson<br>Coleman<br>Thomas<br>Tessler<br>Gray<br>McMahon | | Email series to Anderson re: South Pointe CFC litigation (conveying atty. direction) | E0576 | WP |
| 253. | 9/21/2004 | Thomas | Baguio | Gustin<br>Coleman<br>Gray | Email series to Baguio re: South Pointe notice of disposition | E0577 | AC |
| 254. | 9/21/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Maisonet<br>Patton | Email series to Hinsberger re: South Pointe and New Englewood Terrace discovery issues | E0578 | AC |
| 255. | 8/31/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Patton | Email series to Hinsberger re: August 31, 2004 Order | E0579-0581 | AC |
| 256. | 8/30/2004 | Gustin | Hinsberger<br>Thomas | Coleman<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Answers | E0582-0605 | AC |
| 257. | 8/27/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Gustin<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Answers | E0606 | AC |
| 258. | 8/25/2004 | Gustin | Berkec<br>Thomas | Baguio<br>Coleman | Email series to Berkec re: A few More Complaint Answers for MF | E0607-0610 | WP |
| 259. | 8/24/2004 | Gustin | Coleman | Hinsberger<br>Berkec<br>Baguio | Email series to Coleman re: Englewood allegations | E0611-0613 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 260. | 6/2/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | | Email series to Hinsberger re: South Pointe Towers VMIP | E0614-0627 | O |
| 261. | 6/1/2004 | Maisonet | Coleman | | Email series to Coleman re: South Pointe Towers VMIP | E0628-0629 | O |
| 262. | 6/1/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Towers VMIP | E0630-0631 | O |
| 263. | 5/19/2004 | Hinsberger | Baguio | Gustin<br>Pollock<br>Anderson<br>Braggs<br>Stark<br>Coleman | Email to Baguio re: South Pointe Towers VMIP | E0632 | O |
| 264. | 5/18/2004 | Anderson | Hinsberger<br>Baguio<br>Coleman<br>Thomas<br>Tessler | | Email to Hinsberger re: South Pointe MIP Memo | E0633-0636 | O |
| 265. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: South Pointe Tower city issues | E0637-0638 | O |
| 266. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E0639-0642 | O |
| 267. | 2/19/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe HAP meeting to discuss litigation | E0643-0645 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 268. | 12/19/2004 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood, draft motion | E0646-0660 | AC |
| 269. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | | Email to Hinsberger re: New Englewood Terrace meeting results | E0661 | AC |
| 270. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E0662-0664 | AC |
| 271. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: SPointe HAP chronology | E0665-0666 | WP |
| 272. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Baguio<br>Coleman<br>Thomas | Email series Anderson re: SPointe HAP chronology | E0667-0669 | AC |
| 273. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0670-0675 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 274. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Brad Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0676-0677 | W |
| 275. | 12/9/2003 | Anderson | Gustin | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E0678-0681 | O |
| 276. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0682-0683 | W |
| 277. | 2/6/2004 | Thomas | Salvati<br>Coleman | Pollock<br>Baguio | Email series to Salvati re: New Englewood Terrace settlement | E0684 | W |
| 278. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood draft motion | E0685-0699 | AC |
| 279. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0700-0705 | AC |
| 280. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E0706-0709 | AC |
| 281. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E0710-0714 | AC |
| 282. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E0715-0716 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 283. | 11/24/2003 | Anderson | Gustin | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: Englewood: Memo to File, re: litigation | E0721 | AC |
| 284. | 11/21/2003 | Gustin | Gustin | Baguio<br>Donis<br>Hinsberger<br>Anderson<br>Coleman | Email to Gustin re: Englewood: Memo to File, re: litigation | E0722 | AC |
| 285. | 10/31/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman | Galvan<br>Maisonet<br>Minor | Email series to Hinsberger re: Englewood Terrace v. US | E0723 | O |
| 286. | 10/17/2003 | Anderson | Strobel | Hinsberger<br>Coleman | Email to Strobel re: South Pointe aka New Englewood Terrace transfer discussion | E0724 | O |
| 287. | 10/15/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson<br>Galvan<br>Bishop<br>Heaney | Minor<br>Maisonet<br>Baguio<br>Patton<br>Berkec | Email series to Hinsberger re: Englewood Terrace litigation | E0725-0726 | O |
| 288. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Harold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E0727-0729 | O |
| 289. | 10/14/2003 | Gustin | Heaney | Hinsberger<br>Coleman | Email series to Heaney re: October 8, 2003 Letter from Don S. Samuelson | E0730-0732 | AC |