# EXHIBIT

# A

# (PART 2 OF 4)

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 290. | 10/14/2003 | Gustin | Maisonet | Minor<br>Weidenfeller<br>Herold<br>White<br>Hinsberger<br>Coleman<br>Galvan<br>Bishop<br>Baguio<br>Patton | Email series to Maisonet re: October 8, 2003 Letter from Don S. Samuelson | E0733-0735 | AC |
| 291. | 12/11/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | Email to Hinsberger re: New Englewood Terrace meeting results | E0736 | W |
| 292. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace meeting results | E0737-0738 | W |
| 293. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson | Baguio | Email series to Coleman re: New Englewood Terrace CFC Litigation | E0739-0742 | AC |
| 294. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood draft motion | E0743-0748 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 295. | 2/4/2004 | Gustin | Hinsberger<br>Pollock | Geary<br>Thomas<br>Akhtar<br>Baguio | Email series to Hinsberger re: New Englewood Terrace – update | E0749 | W |
| 296. | 2/5/2004 | Pollock | Gustin | Geary<br>Hinsberger<br>Thomas<br>Baguio<br>Akhtar | Email series to Gustin re: New Englewood Terrace – update | E0750-0751 | W |
| 297. | 2/6/2004 | Salvati | Thomas | | Email series to Thomas re: New Englewood Terrace (OIG investigation) | E0752 | W |
| 298. | 2/12/2004 | Gustin | Hinsberger<br>Coleman<br>Thomas | Baguio<br>Berkec<br>Pollock | Email series to Hinsberger re: Englewood brief | E0753-0754 | AC |
| 299. | 2/12/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Berkec<br>Gustin | Email series to Hinsberger re: Englewood brief | E0755-0756 | AC |
| 300. | 2/13/2004 | Gustin | Berkec | Baguio<br>Coleman<br>Thomas<br>Hinsberger | Email series to Berkec re: South Point HAP Chronology | E0757 | WP |
| 301. | 2/17/2004 | Berkec | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: South Point HAP Chronology | E0758-0759 | WP |
| 302. | 2/17/2004 | Baguio | Berkec | Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Berkec re: South Point HAP Chronology | E0760-0761 | WP |
| 303. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Thomas<br>Coleman<br>Berkec | Email series to Anderson re: South Point HAP Chronology | E0762-0764 | AC |
| 304. | 2/17/2004 | Gustin | Thomas | Baguio | Email series to Thomas re: South Pointe HAP | E0765 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 305. | 2/17/2004 | Gustin | Berkec | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Berkec re: South Point HAP Chronology | E0766-0767 | WP |
| 306. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: South Point HAP Chronology | E0768-0769 | WP |
| 307. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Coleman<br>Baguio<br>Thomas | Email series to Anderson re: South Point HAP Chronology | E0770-0772 | AC |
| 308. | 2/17/2004 | Anderson | Hinsberger | Gustin<br>Thomas<br>Baguio<br>Taylor | Email series to Gustin (inadvertently directed to Hinsberger) re: South Point HAP Chronology | E0773-0775 | AC |
| 309. | 6/14/2002 | Coleman | Hinsberger | Gustin<br>Thomas<br>Maisonet<br>Anderson | Email series to Gustin (inadvertently directed to Hinsberger) re: Flag appeal | E0776-0778 | AC |
| 310. | 6/26/2002 | Coleman | Gustin<br>Maisonet<br>Thomas | | Email to Gustin re: South Pointe call from tenant | E0779 | AC |
| 311. | 6/26/2002 | Coleman | Gustin | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe voucher notice | E0780-0781 | AC |
| 312. | 7/1/2002 | Coleman | Gustin<br>Mozdzierz<br>Pollock | Thomas | Email to Gustin re: PM One DEC reports | E0782 | AC |
| 313. | 7/2/2002 | Coleman | Thomas | | Email series to Thomas re: South Pointe Letter concerning reimbursements | E0783 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 314. | 7/2/2002 | Coleman | Mozdzierz | Gray<br>Gustin<br>Thomas<br>Suiter | Email series to Mozdzierz re: PM One (responsive to atty. inquiry) | E07840785 | AC |
| *315.* | | | | | *Blank: document produced* | *E0786-0789* | *Produced* |
| *316.* | | | | | *Blank: document produced* | *E0790* | *Produced* |
| *317.* | | | | | *Blank: document produced* | *E0791* | *Produced* |
| 318. | 10/23/2001 | Baguio | Hinsberger<br>Coleman | Maisonet<br>Gustin<br>Thomas | Email to Hinsberger re: South Pointe Letter | E0792-0794 | G |
| 319. | 10/23/2001 | Baguio | Thomas | | Email series to Thomas re: attendance at Oct 18 meeting | E0795 | AC |
| 320. | 5/29/2002 | Baguio | Hinsberger | Gustin<br>Thomas<br>Maisonet | Email series to Hinsberger re: Very Rough Draft | E0796 | AC |
| 321. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: South Pointe update since 1/02 | E0797 | AC |
| 322. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: Quick clarification concerning vouchers | E0798 | AC |
| 323. | 7/8/2002 | Baguio | Paul | Thomas | Email series to Paul re: Letter re Sec 8 Payments to Atty Silverman | E0799-0802 | AC |
| 324. | 7/8/2002 | Baguio | Gustin | Paul<br>Gray<br>Hinsberger<br>Thomas<br>Donatelli<br>Pollock<br>Maisonet<br>Coleman | Email series to Gustin re: Letter re Sec 8 Payments to Atty Silverman | E0803-0805 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 325. | 7/11/2002 | Baguio | Gustin<br>Maisonet<br>Hinsberger<br>Coleman<br>Paul<br>Thomas | | Email to Gustin re: South Pointe status | E0806 | WP |
| 326. | 7/11/2002 | Baguio | Maisonet | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Maisonet re: South Pointe status | E0807-0808 | AC |
| 327. | 4/29/2002 | Gustin | Thomas | | Email series to Thomas re: South Pointe Tower Status Report | E0809 | AC |
| *328.* | | | | | *Blank: document produced* | *E0810* | *Produced* |
| 329. | 11/2/2001 | Donatelli | Gustin<br>Baguio | | Fax to Gustin and Baguio re: Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E0811-0813 | WP |
| 330. | 11/7/2001 | Donatelli | Gustin<br>Baguio | | Fax to Gustin and Baguio re: Letter dated 11/6/01 in Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E0814-0815 | WP |
| 331. | 12/5/2001 | Donatelli | Gustin | | Fax to Gustin and Baguio re: Letter in Englewood Terrace Limited Partnership v. USA, Mel Martinez…01C8285 | E08160819 | WP |
| 332. | 5/19/2004 | Baguio | Pollock | Baguio | Email series to Pollock re: South Pointe with Baguio's handwritten notations | E0820 | W |
| 333. | 10/16/2003 | Gustin | Berkec | | Email series to Berkec re: Building Permits | E0821 | W |
| 334. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock<br>Berkec | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9. | E0822-0823 | W |
| 335. | 12/11/2003 | Gustin | Baguio<br>Berkec | | Email series to Baguio re: Copy of Letter re Englewood Terrace | E0824 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 336. | 10/5/2004 | Hinsberger | Anderson<br>Coleman<br>Thomas<br>Tessler<br>Gray<br>McMahon | | Email series to Anderson re: South Pointe CFC litigation (conveying attorney direction) | E0825 | WP |
| 337. | 9/21/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman | Baguio<br>Minor<br>Donis<br>Maisonet<br>Patton | Email series to Hinsberger re: Discovery: South Pointe and New Englewood Terrace | E0826 | AC |
| 338. | 9/8/2004 | Gustin | Anderson | Hesselton<br>Rhodes<br>Milaniak | Email series to Anderson re: New Englewood response to inquiry | E0827-0828 | AC |
| 339. | 9/7/2004 | Gustin | Anderson | Hinsberger<br>Baguio | Email series to Anderson re: New Englewood rental issue | E0829-0830 | AC |
| 340. | 8/31/2004 | Gustin | Hinsberger<br>Coleman | Baguio<br>Patton<br>Minor | Email series to Hinsberger re: August 31, 2004 Order South Pointe | E0831 | AC |
| 341. | 8/31/2004 | Hinsberger | Anderson<br>Thomas | | Email series to Anderson re: South Pointe Answers (conveying attorney direction) | E0832 | WP |
| 342. | 8/26/2004 | Gustin | Anderson | Pollock<br>Salvati<br>Baguio | Email series to Anderson re: Englewood Terrace LP ownership | E0833 | W |
| 343. | 8/24/2004 | Salvati | Anderson | Gustin<br>Baguio<br>Pollock | Email series to Anderson re: Englewood Terrace LP (OIG investigation) | E0834 | W |
| 344. | 8/23/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Minor<br>Patton<br>Baguio<br>Berkec<br>Pollock<br>Suiter | Email series to Hinsberger re: Englewood draft motion | E0835-0836 | AC |
| 345. | 8/20/2004 | Gustin | Hinsberger<br>Coleman<br>Anderson | Baguio<br>Pollock<br>Suiter<br>Salvati | Email series to Hinsberger re: Englewood Terrace Motion to Reconsider | E0837 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 346. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe | E0838-0840 | O |
| 347. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET/South Pointe | E0841-0847 | O |
| 348. | 7/27/2004 | Gustin | Braggs | Braggs<br>Miller<br>Minor<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Golrick<br>Baguio<br>Anderson<br>Pompa | Email series to Braggs re: South Pointe Assignment | E0848-0850 | O |
| 349. | 6/15/2004 | Gustin | Anderson | Hinsberger<br>Kraler<br>Baguio<br>Ahmad | Email series to Anderson re: Final Construction Approvals at NET | E0851-0852 | O |
| 350. | 6/9/2004 | Strobel | Anderson | Hinsberger | Email series to Anderson re: South Pointe final funding proposal | E0853-0857 | O |
| 351. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0858-0860 | O |
| 352. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0861-0863 | O |
| 353. | 6/1/2004 | Strobel | Gustin | Anderson<br>Hinsberger | Email series to Gustin re: Completion of Construction at NET | E0864-0865 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 354. | 5/28/2004 | Gustin | Hinsberger | Anderson<br>Baguio | Email to series Hinsberger re: South Pointe VMIP | E0866-0867 | O |
| 355. | 5/19/2004 | Hinsberger | Baguio | Gustin<br>Pollock<br>Anderson<br>Braggs<br>Stark<br>Coleman | Email to Baguio re: South Pointe VMIP | E0868 | O |
| 356. | 5/19/2004 | Baguio | Anderson | | Email series to Anderson re: South Pointe | E0869 | O |
| 357. | 5/19/2004 | Baguio | Hinsberger | Anderson<br>Gustin<br>Pollock | Email series to Hinsberger re: South Pointe VMIP | E0870 | O |
| 358. | 5/18/2004 | Baguio | Braggs<br>Pompa | Miller<br>Gustin<br>Pollock<br>Hinsberger<br>Anderson<br>Salvati<br>Donis<br>Patton<br>Bolton<br>Maisonet | Email to Braggs re: South Pointe/Englewood Terrace FHA #071-35696 | E0871 | O |
| 359. | 5/18/2004 | Baguio | Anderson | | Email to Anderson re: South Pointe MIP memo | E0872 | O |
| 360. | 5/14/2004 | Miller | Hinsberger | Anderson<br>Wilson<br>Golrick | Email series to Hinsberger re: NET (South Point) conveying HQ Legal direction | E0873-0875 | STET |
| 361. | 8/16/2004 | Anderson | Gustin | Pollock<br>Salvati<br>Geary<br>Hinsberger | Email series to Gustin re: Important Business Points | E0876-0881 | W |
| 362. | 6/17/2004 | Gustin | Maisonet | Baguio | Email series to Maisonet re: Question | E0882 | O |
| 363. | 6/15/2004 | Gustin | Anderson | Hinsberger<br>Kraler<br>Baguio<br>Ahmad | Email series to Anderson re: Final Construction Approvals at NET | E0883-0891 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| *364.* | | | | | *Blank: document produced* | *E0892* | *Produced* |
| 365. | 12/10/2003 | Coleman | Gustin | Pollock<br>Salvati<br>Mozdzierz | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E0893-0895 | W |
| 366. | 8/11/2004 | Pollock | Gustin | Baguio<br>Suiter | Email to Gustin re: South Point a/k/a New Englewood Terrace litigation staffing | E0896 | AC |
| 367. | 8/25/2004 | Gustin | Berkec<br>Thomas | Baguio<br>Coleman | Email series to Berkec re: A few More Complaint Answers for MF | E0897-0900 | WP |
| 368. | 8/25/2004 | Berkec | Gustin | | Email series to Gustin re: A few More Complaint Answers for MF | E0901-0904 | WP |
| 369. | 8/18/2004 | Gustin | Wawzenski | Baguio | Email series to Wawzenski re: New Englewood Terrace/South Pointe | E0905-0910 | O |
| 370. | 8/18/2004 | Gustin | Ling | | Email series to Ling re: New Englewood Terrace/South Pointe | E0911-0914 | O |
| 371. | 8/18/2004 | Gustin | Strobel | | Email series to Strobel re: New Englewood Terrace/South Pointe | E0915-0919 | O |
| 372. | 8/18/2004 | Gustin | Wawzenski | Donis<br>Baguio | Email series to Wawzenski re: New Englewood Terrace/South Pointe | E0920-0923 | O |
| 373. | 8/18/2004 | Gustin | Pompa | Berkec<br>Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Strobel | Email series to Pompa re: New Englewood Terrace/South Pointe | E0924-0926 | O |
| 374. | 8/18/2004 | Pompa | Gustin | Berkec | Email series to Gustin re: New Englewood Terrace/South Pointe | E0927-0929 | O |
| 375. | 8/17/2004 | Gustin | Pompa<br>Berkec | | Email series to Pompa re: New Englewood Terrace/South Pointe | E0930-0931 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 376. | 8/17/2004 | Gustin | Pompa | Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter<br>Berkec | Email series to Pompa re: New Englewood Terrace/South Pointe | E0932-0933 | O |
| 377. | 8/17/2004 | Gustin | Pompa | Braggs<br>Hinsberger<br>Patton<br>Stark<br>Pollock<br>Baguio<br>Anderson<br>Suiter | Email series to Pompa re: New Englewood Terrace/South Pointe | E0934-0935 | O |
| 378. | 8/16/2004 | Gustin | Braggs | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock | Email series to Braggs re: New Englewood Terrace/South Pointe | E0936 | O |
| 379. | 8/16/2004 | Gustin | Anderson | Geary<br>Hinsberger<br>Pollock<br>Salvati<br>Strobel | Email series to Anderson re: NET /South Pointe strategy | E0937-0943 | AC |
| 380. | 8/13/2004 | Baguio | Gustin | Berkec | Email series to Gustin re: 2530 flag letter for NET (South Pointe) | E0944 | WP |
| 381. | 8/12/2004 | Gustin | Gustin | | Wireless message to Gustin forward of message to Patton | E0945 | WP |
| 382. | 8/12/2004 | Gustin | Gustin | | Wireless message to Gustin re: theory | E0946 | WP |
| 383. | 8/12/2004 | Baguio | Gustin<br>Patton | | Email message to Gustin re: South Pointe decision | E0947-0948 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 384. | 8/12/2004 | Pollock | | | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace relative to OIG referral | E0949-0950 | W |
| 385. | 8/12/2004 | Gustin | Minor | | Email series to Minor re: South Pointe decision | E0951 | WP |
| 386. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace | E0952 | AC |
| 387. | 8/11/2004 | Berkec | Baguio<br>Gustin | | Email to Baguio re: South Pointe | E0953 | WP |
| 388. | 6/21/2004 | Gustin | Strobel | Ling<br>Baguio | Email series to Strobel re: Mechanics Liens | E0954-0960 | O |
| 389. | 6/21/2004 | Strobel | Gustin | Ling | Email series to Gustin re: Mechanics Liens | E0961-0966 | O |
| 390. | 6/21/2004 | Gustin | Patton | Baguio<br>Massouras<br>Strobel | Email series to Patton re: Mechanics Liens | E0967-0972 | O |
| 391. | 6/21/2004 | Patton | Gustin | Baguio<br>Massouras | Email series to Gustin re: Mechanics Liens | E0973-0977 | O |
| 392. | 6/4/2004 | Hinsberger | Gustin | Baguio<br>Anderson | Email series to Gustin re: South Pointe, Duffy, etc. | E0978-0980 | O |
| 393. | 6/4/2004 | Gustin | Hinsberger | Baguio<br>Anderson | Email series to Hinsberger re: South Pointe, Duffy, etc. | E0981-0986 | O |
| 394. | 6/4/2004 | Hinsberger | Smith | Hinsberger<br>Anderson<br>Baguio | Email series to Gustin re: South Pointe, Duffy, etc. | E0987-0988 | O |
| 395. | 6/4/2004 | Gustin | Hinsberger | Baguio<br>Anderson | Email series to Hinsberger re: South Pointe, Duffy, etc. | E0989-0990 | O |
| 396. | 6/3/2004 | Coleman | Gustin | | Email series to Gustin re: South Pointe Towers VMIP | E0991-0997 | O |
| 397. | 6/2/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | | Email series to Hinsberger re: South Pointe Towers VMIP | E0998-1004 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 398. | 6/1/2004 | Gustin | Strobel | Hinsberger<br>Anderson | Email series to Strobel re: The Completion of Construction at NET | E1005-1006 | O |
| 399. | 6/1/2004 | Strobel | Gustin | Anderson<br>Hinsberger | Email series to Gustin re: The Completion of Construction at NET | E1007-1008 | O |
| 400. | 6/1/2004 | Gustin | Hinsberger | Anderson<br>Baguio<br>Strobel<br>Pollock | Email series to Hinsberger re: The Completion of Construction at NET | E1009-1010 | O |
| 401. | 6/1/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email to Gustin re: South Pointe Towers VMIP | E1011-1012 | O |
| 402. | 5/28/2004 | Gustin | Hinsberger | Anderson<br>Baguio | Email series to Hinsberger re: South Pointe Towers VMIP | E1013-1014 | O |
| 403. | 5/28/2004 | Baguio | Gustin | | Email series to Gustin re: South Pointe Towers VMIP | E1015-1016 | O |
| 404. | 5/28/2004 | Baguio | Gustin | | Email to Gustin re: email to Smith on South Pointe Towers VMIP | E1017 | O |
| 405. | 5/21/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: South Pointe/Englewood Terrace FHA #071-35696 | E1018-1019 | WP |
| 406. | 5/19/2004 | Baguio | Hinsberger | Anderson<br>Gustin<br>Pollock | Email to Hinsberger re: South Pointe Towers VMIP | E1020 | O |
| 407. | 4/8/2004 | Baguio | Gustin | | Email series to Gustin re: 071-35696 South Pointe Apts. (aka NET) | E1021-1022 | O |
| 408. | 4/8/2004 | Baguio | Bridges | Hinsberger<br>Gustin | Email series to Ulyses Bridges re: Update on New Englewood Terrace | E1023 | O |
| 409. | 4/8/2004 | Bridges | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: Update on New Englewood Terrace | E1024 | O |
| 410. | 4/7/2004 | Baguio | Bridges | Hinsberger<br>Gustin | Email to Bridges re: Update on New Englewood Terrace | E1025 | O |
| 411. | 4/1/2004 | Baguio | Donis | Gustin<br>Patton | Email to Donis re: New Englewood Fax | E1026 | WP |
| 412. | 3/30/2004 | Gustin | Patsios | Akhtar<br>Pollock<br>Baguio<br>Salvati | Email series to Patsios re: New Englewood Terrace (NEC) | E1027 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 413. | 3/25/2004 | Strobel | Hinsberger | Gustin | Email series to Hinsberger re: South Pointe | E1028 | O |
| 414. | 3/19/2004 | Baguio | Donis<br>Patton | Hinsberger<br>Gustin | Email series to Donis re: New Englewood Terrace (NEC) – Counsel Consent | E1029-1030 | WP |
| 415. | 3/11/2004 | Maisonet | Salvati<br>Pollock<br>Baguio<br>Gustin | | Email to Salvati re: NET Referral to OIG | E1031 | W |
| 416. | 3/9/2004 | Baguio | Donis | Patton<br>Gustin | Email to Donis re: Englewood Terrace | E1032 | WP |
| 417. | 3/8/2004 | Baguio | Minor | Gustin | Email series to Minor re: Englewood | E1033 | WP |
| 418. | 3/4/2004 | Maisonet | Gustin | | Email series to Gustin re: Englewood | E1034 | AC |
| 419. | 3/4/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1035 | WP |
| 420. | 3/4/2004 | Gustin | Minor | | Email series to Minor re: Englewood | E1036 | WP |
| 421. | 3/4/2004 | Donis | Gustin | | Email series to Gustin re: Englewood | E1037 | WP |
| 422. | 3/4/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1038 | WP |
| 423. | 3/4/2004 | Donis | Gustin | | Email to Gustin re: Englewood | E1039 | WP |
| 424. | 3/4/2004 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1040 | W |
| 425. | 3/4/2004 | Baguio | Donis | Baguio | Email series to Gustin re: Englewood | E1041 | WP |
| 426. | 3/2/2004 | Baguio | Gustin<br>Patton<br>Minor<br>Hinsberger<br>Maisonet | Berkec | Email series to Gustin re: Englewood | E1042 | WP |
| 427. | 3/1/2004 | Anderson | Gustin<br>Hinsberger | Coleman | Email series to Gustin re: South Pointe fund | E1043 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 428. | 3/1/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman<br>Maisonet | Email series to Hinsberger re: Planning for an Assignment | E1044-1045 | O |
| 429. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: South Pointe Tower meeting results | E1046-1047 | O |
| 430. | 2/25/2004 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: Mortgage Rates Hit 7-Month Low | E1048 | O |
| 431. | 2/24/2004 | Gustin | Anderson | Hinsberger | Email series to Anderson re: construction work | E1049-1050 | O |
| 432. | 2/24/2004 | Gustin | Hinsberger<br>Anderson<br>Pollock | Baguio | Email series to Hinsberger re: construction work | E1051 | O |
| 433. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E1052-1053 | AC |
| 434. | 2/23/2004 | Gustin | Donis | Baguio<br>Patton | Email series to Donis re: New Englewood Terrace | E1054-1055 | WP |
| 435. | 2/23/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: Englewood | E1056-1057 | WP |
| 436. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E1058-1060 | O |
| 437. | 2/20/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: Englewood | E1061-1062 | WP |
| 438. | 2/19/2004 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1063 | WP |
| 439. | 2/19/2004 | Donis | Gustin | | Email to Gustin re: Englewood | E1064 | WP |
| 440. | 2/19/2004 | Baguio | Donis | Patton<br>Gustin | Email series to Donis re: Englewood | E1065 | WP |
| 441. | 2/19/2004 | Maisonet | Gustin | Hinsberger | Email series to Gustin re: South Pointe HAP | E1066-1068 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 442. | 2/19/2004 | Hinsberger | Gustin | Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe HAP | E1069-1071 | AC |
| 443. | 2/18/2004 | Baguio | Gustin | Hinsberger<br>Anderson | Email series to Gustin re: South Pointe HAP | E1072-1073 | WP |
| 444. | 2/18/2004 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman | | Email series to Hinsberger re: South Pointe HAP | E1074-1076 | AC |
| 445. | 2/18/2004 | Gustin | Patton | Donis<br>Baguio | Email series to Patton re: South Pointe HAP | E1077-1079 | WP |
| 446. | 2/18/2004 | Gustin | Anderson | Hinsberger<br>Baguio | Email series to Anderson re: South Pointe HAP | E1080-1081 | AC |
| 447. | 2/18/2004 | Baguio | Gustin<br>Patton | | Email series to Gustin re: South Pointe HAP | E1082-1083 | WP |
| 448. | 2/18/2004 | Patton | Gustin | Donis<br>Baguio | Email series to Gustin re: South Pointe HAP | E1084-1085 | WP |
| 449. | 2/18/2004 | Hinsberger | Gustin | Maisonet<br>Anderson<br>Coleman<br>Hinsberger | Email series to Gustin re: South Pointe HAP | E1086-1088 | AC |
| 450. | 2/17/2004 | Gustin | Hinsberger<br>Maisonet | | Email series to Hinsberger re: South Pointe HAP | E1089-1090 | AC |
| 451. | 2/17/2004 | Gustin | Donis<br>Patton | Baguio | Email series to Donis re: South Pointe HAP | E1091-1092 | WP |
| 452. | 2/17/2004 | Baguio | Donis | Patton<br>Gustin | Email series to Donis re: South Pointe HAP | E1093-1094 | WP |
| 453. | 2/17/2004 | Anderson | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: South Pointe HAP | E1095-1096 | AC |
| 454. | 2/17/2004 | Anderson | Baguio<br>Gustin | Hinsberger<br>Shelley | Email series to Baguio re: South Pointe HAP | E1097 | AC |
| 455. | 2/17/2004 | Baguio | Donis | Gustin<br>Patton | Email series to Donis re: Englewood HAP info | E1098-1099 | WP |
| 456. | 2/17/2004 | Gustin | Baguio | | Email series to Baguio re: South Pointe HAP | E1100 | WP |
| 457. | 2/17/2004 | Gustin | Thomas | Baguio | Email series to Thomas re: South Pointe HAP | E1101 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 458. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Thomas<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E1102-1105 | AC |
| 459. | 2/17/2004 | Anderson | Hinsberger | Gustin<br>Thomas<br>Baguio<br>Taylor | Email series to Gustin (inadvertently directed to Hinsberger) re: South Pointe HAP Chronology | E1106-1108 | WP |
| 460. | 2/17/2004 | Hinsberger | Baguio<br>Gustin | Thomas<br>Anderson<br>Taylor | Email series to Baguio re: South Pointe HAP Chronology | E1109-1111 | AC |
| 461. | 2/17/2004 | Thomas | Gustin | | Email series to Gustin re: South Pointe HAP | E1112 | AC |
| 462. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Berkec<br>Baguio<br>Coleman<br>Thomas | Email series to Anderson re: South Pointe HAP Chronology | E1113-1115 | AC |
| 463. | 2/17/2004 | Baguio | Gustin | | Email series to Gustin re: South Pointe HAP | E1116 | WP |
| 464. | 2/17/2004 | Thomas | Gustin | Hinsberger<br>Berkec<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe HAP Chronology | E1117-1119 | AC |
| 465. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: South Pointe HAP Chronology | E1120-1121 | WP |
| 466. | 2/13/2004 | Gustin | Berkec | Baguio<br>Coleman<br>Thomas<br>Hinsberger | Email series to Berkec re: South Pointe HAP Chronology | E1122 | WP |
| 467. | 2/12/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Berkec<br>Gustin | Email series to Hinsberger re: Englewood | E1123-1124 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 468. | 2/12/2004 | Gustin | Hinsberger<br>Coleman<br>Thomas | Baguio<br>Berkec<br>Pollock | Email series to Hinsberger re: Englewood | E1125-1126 | AC |
| 469. | 2/12/2004 | Patton | Baguio | Gustin | Email series to Baguio re: Englewood | E1127-1128 | WP |
| 470. | 2/11/2004 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1129-1130 | WP |
| 471. | 2/10/2004 | Baguio | Donis | Gustin | Email series to Donis re: Englewood | E1131-1132 | WP |
| 472. | 2/10/2004 | Donis | Baguio | Gustin | Email series to Baguio re: Englewood | E1133-1134 | WP |
| 473. | 2/10/2004 | Gustin | Baguio | Donis | Email series to Baguio re: Englewood | E1135-1136 | WP |
| 474. | 2/10/2004 | Baguio | Donis | Gustin | Email series to Donis re: Englewood | E1137-1138 | WP |
| 475. | 2/10/2004 | Donis | Gustin<br>Baguio | | Email to Gustin re: Englewood | E1139 | WP |
| 476. | 2/5/2004 | Bruce | Gustin | Pollock<br>Baguio | Email series to Gustin re: NET letter | E1140 | AC |
| 477. | 2/5/2004 | Gustin | Baguio | Pollock<br>Bruce | Email series to Baguio re: NET letter | E1141 | WP |
| 478. | 2/5/2004 | Gustin | Minor | | Email series to Minor re: New Englewood Terrace – update | E1142-1143 | WP |
| 479. | 2/5/2004 | Pollock | Gustin | Geary<br>Hinsberger<br>Thomas<br>Baguio<br>Akhtar | Email series to Gustin re: New Englewood Terrace – update | E1144-1145 | AC |
| 480. | 2/5/2004 | Gustin | Patton | Baguio<br>Hinsberger<br>Maisonet<br>Minor | Email series to Patton re: Status: Englewood | E1146 | WP |
| 481. | 2/5/2004 | Gustin | Donis | | Email series to Donis re: Englewood | E1147 | WP |
| 482. | 2/5/2004 | Baguio | Gustin | | Email series to Gustin re: Englewood | E1148 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 483. | 2/4/2004 | Gustin | Hinsberger<br>Pollock | Geary<br>Thomas<br>Akhtar<br>Baguio | Email series to Hinsberger re: New Englewood Terrace – update | E1149 | AC |
| 484. | 2/4/2004 | Gustin | Pollock | Baguio | Email series to Pollock re: New Englewood Terrace – update | E1150 | AC |
| 485. | 2/4/2004 | Gustin | Baguio | | Email series to Baguio re: Englewood | E1151 | WP |
| 486. | 1/30/2004 | Hinsberger | Akhtar | Geary<br>Thomas<br>Gustin | Email series to Akhtar re: New Englewood Terrace – update (OIG referral) | E1152 | W |
| 487. | 1/23/2004 | Baguio | Gustin | Donis | Email series to Gustin re: Englewood | E1153-1154 | WP |
| 488. | 1/23/2004 | Gustin | Hinsberger | | Email to Hinsberger re: Ed – Treat This as Confidential | E1155 | AC |
| 489. | 1/23/2004 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: Ed – Treat This as Confidential | E1156-1158 | AC |
| 490. | 2/13/2004 | Berkec | Baguio<br>Gustin | | Email to Baguio re: South Pointe HAP Chronology | E1159 | WP |
| 491. | 1/23/2004 | Hinsberger | Gustin | Thomas | Email series to Gustin re: Englewood | E1160-1161 | AC |
| 492. | 1/23/2004 | Maisonet | Gustin | Minor<br>Hinsberger<br>Patton<br>Pollock<br>Baguio<br>Coleman | Email series to Gustin re: Englewood | E1162-1163 | AC |
| 493. | 1/22/2004 | Gustin | Hinsberger<br>Maisonet | Patton<br>Baguio<br>Minor<br>Coleman<br>Pollock | Email series to Hinsberger re: Englewood | E1164-1165 | AC |
| 494. | 1/22/2004 | Gustin | Donis | Baguio | Email to Donis re: Englewood | E1166 | WP |
| 495. | 1/22/2004 | Donis | Gustin | | Email series to Gustin re: Englewood | E1167-1168 | WP |
| 496. | 1/22/2004 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1169 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 497. | 1/22/2004 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood | E1170 | WP |
| 498. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E1171 | AC |
| 499. | 12/22/2003 | Gustin | Donis | | Email to Donis re: Englewood | E1172 | WP |
| 500. | 12/22/2003 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1173 | WP |
| 501. | 12/22/2003 | Baguio | Donis | Gustin | Email to Donis re: Englewood | E1174 | WP |
| 502. | 12/22/2003 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood | E1175 | WP |
| 503. | 12/19/2003 | Gustin | Polock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood (draft of court filing) | E1176-1205 | AC |
| 504. | 12/18/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1206-1207 | WP |
| 505. | 12/18/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1208 | WP |
| 506. | 12/18/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1209 | WP |
| 507. | 12/17/2003 | Baguio | Patton | Gustin | Email series to Patton re: Englewood | E1210 | WP |
| 508. | 12/17/2003 | Patton | Gustin<br>Baguio | | Email to Gustin re: Englewood | E1211 | WP |
| 509. | 12/17/2003 | Baguio | Gustin | | Email series to Gustin re: MAHRA question | E1212 | WP |
| 510. | 12/16/2003 | Gustin | Donis | Baguio<br>Patton | Email to Donis re: Englewood | E1213 | WP |
| 511. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood | E1214-1219 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 512. | 12/16/2003 | Gustin | Patton | Baguio | Email series to Patton re: Englewood motion | E1220-1226 | WP |
| 513. | 12/16/2003 | Donis | Baguio<br>Gustin | | Email to Baguio re: Englewood motion | E1227 | WP |
| 514. | 12/16/2003 | Patton | Gustin | Berkec<br>Donis<br>Baguio | Email series to Gustin re: Englewood | E1228-1229 | WP |
| 515. | 12/16/2003 | Gustin | Donis<br>Patton | Baguio<br>Berkec | Email series to Donis re: Englewood | E1230-1231 | WP |
| 516. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1232 | WP |
| 517. | 12/16/2003 | Anderson | Gustin | | Email series to Gustin re: Samuelson request: Talk to You | E1233 | O |
| 518. | 12/16/2003 | Gustin | Patton | Baguio | Email series to Patton re: Englewood | E1234 | WP |
| 519. | 12/16/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1235 | WP |
| 520. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: Englewood | E1236-1238 | WP |
| 521. | 12/16/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood | E1239-1241 | WP |
| 522. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace CFC Litigation | E1242 | WP |
| 523. | 12/16/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace CFC Litigation | E1243 | WP |
| 524. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson | Baguio | Email series to Coleman re: New Englewood Terrace CFC Litigation | E1244 | AC |
| 525. | 12/16/2003 | Gustin | Donis | Baguio<br>Patton | Email series to Donis re: New Englewood Terrace CFC Litigation | E1245 | WP |
| 526. | 12/15/2003 | Gustin | Baguio | Berkec | Email series to Baguio re: Ad thoughts | E1246-1247 | WP |
| 527. | 12/15/2003 | Baguio | Gustin | | Email to Gustin re: NET facts | E1248 | WP |
| 528. | 12/15/2003 | Gustin | Pollock | | Email series to Pollock re: New Englewood Terrace | E1249-1251 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 529. | 12/15/2003 | Gustin | Patton | | Email series to Patton re: New Englewood Terrace | E1252-1253 | W |
| 530. | 12/12/2003 | Gustin | Coleman | M. Anderson<br>Coleman<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E1254-1257 | AC |
| 531. | 12/12/2003 | Gustin | Coleman | M. Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E1258-1259 | AC |
| 532. | 12/11/2003 | Patton | Gustin | | Email series to Gustin re: New Englewood Terrace inquiry | E1260-1261 | W |
| 533. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | Patton | Email series to Hinsberger re: New Englewood Terrace | E1262-1263 | AC |
| 534. | 12/11/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace | E1264-1265 | WP |
| 535. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace | E1266-1267 | W |
| 536. | 12/11/2003 | Gustin | Minor | | Email series to Minor re: New Englewood Terrace | E1268-1269 | W |
| 537. | 12/11/2003 | Gustin | Donis | Baguio | Email series to Donis re: New Englewood Terrace | E1270-1271 | W |
| 538. | 12/11/2003 | Gustin | Maisonet<br>Patton | | Email series to Maisonet re: New Englewood Terrace | E1272-1273 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 539. | 12/11/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | Email to Hinsberger re: New Englewood Terrace | E1274 | W |
| 540. | 12/10/2003 | Gustin | Anderson | Donis | Email series to Anderson re: A light moment – for the moment | E1275-1276 | AC |
| 541. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1277-1278 | W |
| 542. | 12/9/2003 | Gustin | Coleman | Pollock<br>Salvati<br>Mozdzierz | Email series to Coleman re: New Englewood Terrace – OIG Meeting | E1279-1281 | W |
| 543. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1282-1283 | W |
| 544. | 12/9/2003 | Gustin | Patton | | Email series to Patton re: South Pointe/New Englewood Terrace Letter | E1284 | O |
| 545. | 12/9/2003 | Coleman | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1285-1288 | W |
| 546. | 12/9/2003 | Patton | Gustin | | Email to Gustin re: South Pointe/New Englewood Terrace Letter | E1289 | O |
| 547. | 12/9/2003 | Donis | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1290-1291 | W |
| 548. | 12/9/2003 | Mozdzierz | Gustin | | Email series to Gustin re: New Englewood Terrace – OIG Meeting | E1292-1293 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 549. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman<br>Pollock | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1294-1296 | W |
| 550. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1297-1299 | W |
| 551. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG referral) | E1300-1302 | W |
| 552. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1303-1304 | W |
| 553. | 12/9/2003 | Anderson | Gustin | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1305-1306 | O |
| 554. | 12/9/2003 | Gustin | Donis | Baguio | Email series to Donis re: New Englewood Terrace – OIG Meeting | E1307 | W |
| 555. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1308-1309 | W |
| 556. | 12/9/2003 | Coleman | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1310-1311 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 557. | 12/9/2003 | Gustin | Hinsberger | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter | E1312-1313 | W |
| 558. | 12/9/2003 | Hinsberger | Geary<br>Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1314-1315 | W |
| 559. | 12/9/2003 | Geary | Hinsberger | Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1316-1317 | W |
| 560. | 12/9/2003 | Hinsberger | Gustin | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1318 | W |
| 561. | 12/9/2003 | Hinsberger | Gustin | | Email series to Gustin re: Client to Client | E1319 | G |
| 562. | 12/9/2003 | Geary | Gustin | | Email to Gustin re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1320 | W |
| 563. | 12/8/2003 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio<br>Donis<br>Geary | Email to Anderson re: South Pointe/New Englewood Terrace Letter | E1321 | O |
| 564. | 12/5/2003 | Maisonet | Gustin | Baguio | Email series to Gustin re: NET Clients and Lawyers | E1322-1324 | AC |
| 565. | 12/5/2003 | Maisonet | Gustin | | Email series to Gustin re: Englewood Terrace: Samuelson Call | E1325-1326 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 566. | 12/3/2003 | Gustin | Donis | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Patton<br>Minor<br>Maisonet | Email series to Donis re: Englewood Terrace | E1327-1330 | WP |
| 567. | 12/2/2003 | Gustin | Donis | Baguio<br>Maisonet | Email series to Donis re: NET, Clients and Lawyers | E1331-1332 | WP |
| 568. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: NET, Clients and Lawyers | E1333-1334 | AC |
| 569. | 12/2/2003 | Gustin | Minor<br>Maisonet | Hinsberger<br>Anderson<br>Baguio | Email series to Minor re: Englewood Terrace: Samuelson Call | E1335-1336 | WP |
| 570. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Donis<br>Baguio | Email to Hinsberger re: Englewood Terrace: Samuelson Call | E1337 | AC |
| 571. | 11/25/2003 | Gustin | Hinsberger | Anderson<br>Baguio<br>Donis | Email series to Hinsberger re: Recent Letter | E1338-1339 | AC |
| 572. | 11/25/2003 | Hinsberger | Anderson | Gustin | Email to Anderson re: DSSA (conveying meeting w/legal) | E1340 | G |
| 573. | 11/21/2003 | Gustin | Gustin | Baguio<br>Donis<br>Hinsberger<br>Anderson<br>Coleman | Email to Gustin re: Englewood: Memo to File | E1341 | WP |
| 574. | 11/20/2003 | Gustin | Baguio<br>Donis | | Email series to Baguio re: Englewood Terrace rehab/repairs | E1342-1343 | O |
| 575. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Maisonet re: New Englewood Terrace; Rule 26 | E1344-1345 | AC |
| 576. | 11/18/2003 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Baguio<br>Anderson | Email series to Hinsberger re: New Englewood Terrace; Rule 26 | E1346-1347 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 577. | 11/18/2003 | Baguio | Gustin | | Email to Gustin re: New Englewood Terrace; Rule 26 | E1348 | WP |
| 578. | 11/17/2003 | Maisonet | Gustin | Minor Hinsberger Baguio | Email series to Gustin re: Englewood Terrace litigation | E1349-1350 | AC |
| 579. | 11/13/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace litigation | E1351-1354 | WP |
| 580. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: Dr. Weicher; communication through counsel | E1355 | O |
| 581. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: New Englewood Terrace, Chicago, Ill – litigation | E1356-1357 | AC |
| 582. | 11/14/2003 | Gustin | Miller | Hinsberger | Email series to Miller re: Englewood Terrace v. US/HUD | E1358-1366 | AC |
| 583. | 11/14/2003 | Gustin | Donis | Baguio | Email series to Donis re: Englewood Terrace | E1367-1371 | WP |
| 584. | 11/14/2003 | Aiosa | Miller | Weaver Minor Gustin Fine | Email series to Miller re: New Englewood Terrace, Chicago, Ill – litigation | E1372 | WP |
| 585. | 11/13/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace litigation | E1373-1376 | WP |
| 586. | 11/13/2003 | Gustin | Donis | Baguio Hinsberger Anderson Patton Minor | Email series to Donis re: Englewood Terrace litigation | E1377-1379 | WP |
| 587. | 11/13/2003 | Gustin | Donis | Baguio Hinsberger Anderson Patton Minor | Email series to Donis re: Englewood Terrace litigation | E1380-1382 | WP |
| 588. | 11/13/2003 | Gustin | Hinsberger Coleman Anderson | | Email series to Hinsberger re: Other sites | E1383 | R |
| 589. | 11/10/2003 | Gustin | Anderson | | Email series to Anderson re: City and state issues | E1384 | R |
| 590. | 11/10/2003 | Gustin | Jacobs | | Email series to Jacobs re: Englewood Terrace v. US/HUD | E1385 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 591. | 11/10/2003 | Berkec | Baguio<br>Gustin | | Email series to Baguio re: Englewood Terrace v. US/HUD | E1386-1388 | WP |
| 592. | 11/10/2003 | Berkec | Donis | Gustin<br>Baguio | Email series to Donis re: Englewood Terrace v. US/HUD | E1389-1392 | WP |
| 593. | 11/10/2003 | Berkec | Gustin | Donis<br>Baguio | Email series to Gustin re: Englewood Terrace v. US/HUD | E1393 | WP |
| 594. | 11/10/2003 | Gustin | Berkec | Donis<br>Baguio | Email series to Berkec re: Englewood Terrace v. US/HUD | E1394 | WP |
| 595. | 11/10/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US/HUD | E1395 | WP |
| 596. | 11/10/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | Maisonet<br>Baguio<br>Pollock | Email series to Hinsberger re: Englewood Terrace litigation | E1396-1397 | AC |
| 597. | 11/7/2003 | Gustin | Minor<br>Patton<br>Hinsberger<br>Maisonet<br>Anderson<br>Coleman | Baguio<br>Pollock<br>Mozdzierz | Email series to Minor re: Englewood Terrace v. US/HUD (Court of Federal Claims) | E1398 | WP |
| 598. | 11/7/2003 | Gustin | Donis | Baguio | Email to Donis re: Englewood Terrace v. US/HUD | E1399 | WP |
| 599. | 11/7/2003 | Gustin | Ward | | Email to Baguio re: NET report | E1400 | WP |
| 600. | 11/7/2003 | Baguio | Ward | Gustin | Email to Gustin re: NET report | E1401 | WP |
| 601. | 11/6/2003 | Gustin | Minor<br>Berkec | Baguio | Email series to Minor re: Englewood Terrace: Samuelson Letter to RD Galvan | E1402 | WP |
| 602. | 11/6/2003 | Minor | Gustin | | Email series to Gustin re: Englewood Terrace: Samuelson Letter to RD Galvan | E1403 | WP |
| 603. | 11/4/2003 | Hinsberger | Gustin | Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: Revised Draft Englewood Response Letter | E1404-1405 | AC |
| 604. | 11/4/2003 | John | Gustin | | Email series to Gustin re: Revised Draft Englewood Response Letter from HQ OGC | E1406-1407 | WP |
| 605. | 11/4/2003 | Maisonet | Gustin | | Email series to Gustin re: Revised Draft Englewood Response Letter | E1408-1409 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 606. | 11/4/2003 | Gustin | John | Minor<br>Baguio<br>Patton | Email series to McKenzie-John from HQ OGC re: revised Draft Englewood Response Letter | E1410-1411 | WP |
| 607. | 11/4/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Baguio<br>Donis | Email to Hinsberger re: Revised Draft Englewood Response Letter | E1412-1413 | AC |
| 608. | 11/4/2003 | Hinsberger | Gustin | Patton<br>Donis<br>Baguio<br>Anderson | Email series to Gustin re: Englewood v. HUD | E1414-1415 | AC |
| 609. | 11/4/2003 | Gustin | Donis | | Email series to Donis re: Englewood v. HUD | E1416-1418 | WP |
| 610. | 11/4/2003 | Donis | Gustin | | Email series to Gustin re: Englewood v. HUD | E1419-1420 | WP |
| 611. | 11/4/2003 | Gustin | Hinsberger | Donis<br>Baguio<br>Patton | Email to Hinsberger re: Englewood v. HUD | E1421-1422 | AC |
| 612. | 11/3/2003 | Gustin | Donis | | Email series to Donis re: Englewood Terrace v. US | E1423-1424 | WP |
| 613. | 11/3/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US | E1425-1426 | WP |
| 614. | 11/3/2003 | Gustin | Donis | | Email series to Donis re: Englewood Terrace v. US | E1427-1428 | WP |
| 615. | 11/3/2003 | Donis | Gustin | | Email series to Gustin re: Englewood Terrace v. US | E1429-1430 | WP |
| 616. | 11/3/2003 | Maisonet | Gustin | | Email series to Gustin re: Draft Englewood Response Letter | E1431-1432 | AC |
| 617. | 11/3/2003 | Maisonet | Gustin | | Email series to Gustin re: Draft Englewood Response Letter | E1433-1434 | AC |
| 618. | 10/31/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Baguio | Email to Hinsberger re: Draft Englewood Response Letter | E1435 | AC |
| 619. | 10/31/2003 | Gustin | Anderson | | Email series to Anderson re: South Pointe/NET transfer | E1436 | AC |
| 620. | 10/31/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman | Galvan<br>Maisonet<br>Minor | Email series to Hinsberger re: Englewood Terrace v. US | E1437 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 621. | 10/29/2003 | McKenzie-John | Daly | Potts<br>Gustin<br>Minor | Email to Daly re: Englewood Terrace – litigation | E1438 | WP |
| 622. | 10/28/2003 | Gustin | Coleman | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Coleman re: Englewood Terrace Correspondence | E1439-1441 | AC |
| 623. | 10/28/2003 | Coleman | Gustin | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Gustin re: Englewood Terrace Correspondence | E1442-1443 | AC |
| 624. | 10/28/2003 | Gustin | Coleman | Galvan<br>Bishop<br>Hinsberger<br>Maisonet<br>Baguio<br>Minor<br>Patton | Email series to Coleman re: Englewood Terrace Correspondence | E1444-1445 | AC |
| 625. | 10/27/2003 | Coleman | Gustin | | Email series to Gustin re: Englewood Terrace Correspondence | E1446-1447 | AC |
| 626. | 10/24/2003 | Gustin | Hinsberger<br>Coleman | Maisonet<br>Baguio<br>Patton | Email series to Hinsberger re: Englewood Terrace Correspondence | E1448 | AC |
| 627. | 10/23/2003 | Baguio | Donis | | Email series to Donis re: Englewood Terrace v. USA 03-02209 | E1449 | WP |
| 628. | 10/23/2003 | Gustin | Patton | Baguio<br>Berkec | Email series to Patton re: Englewood v. HUD: Section 516 of MAHRA | E1450 | WP |
| 629. | 10/22/2003 | Gustin | Berkec | | Email series to Berkec re: Englewood v. HUD: Section 516 of MAHRA | E1451 | WP |
| 630. | 10/22/2003 | Gustin | Hinsberger | Galvan<br>Scherrieb | Email series to Hinsberger re: Englewood Terrace litigation | E1452 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 631. | 10/22/2003 | Gustin | Baguio | Patton<br>Berkec<br>Minor | Email series to Baguio re: Englewood Terrace litigation | E1453 | R |
| 632. | 10/20/2003 | Gustin | Berkec | | Email series to Berkec re: Proposed Congressional Response Englewood Terrace | E1454-1456 | R |
| 633. | 10/20/2003 | Gustin | Galvan | Bishop<br>Hinsberger<br>Coleman<br>Heaney<br>Scherrieb<br>Maisonet<br>Patton<br>Pollock<br>Baguio<br>Minor | Email series to Galvan re: Englewood Terrace litigation | E1457-1458 | R |
| 634. | 10/20/2003 | Galvan | Gustin | Scherrieb<br>Bishop<br>Hinsberger<br>Heaney | Email series to Gustin re: Proposed Congressional Response Englewood Terrace | E1459-1460 | R |
| 635. | 10/17/2003 | Gustin | Baguio<br>Pollock | | Email series to Baguio re: Proposed Congressional Response Englewood Terrace | E1461-1462 | R |
| 636. | 10/17/2003 | Gustin | Galvan<br>Bishop | Hinsberger<br>Heaney<br>Scherrieb | Email series to Galvan re: Proposed Congressional Response Englewood Terrace | E1463-1464 | R |
| 637. | 10/16/2003 | Gustin | Baguio | Patton<br>Minor | Email series to Baguio re: Englewood DOJ Counsel | E1465 | WP |
| 638. | 10/16/2003 | Baguio | Gustin | | Email to Gustin re: Attorney assignment | E1466 | WP |
| 639. | 10/16/2003 | Baguio | Gustin | | Email series to Gustin re: assigned counsel | E1467 | WP |
| 640. | 10/15/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson<br>Galvan<br>Bishop<br>Heaney | Minor<br>Maisonet<br>Baguio<br>Patton<br>Berkec | Email series to Hinsberger re: Englewood Terrace potential litigation and need for communication to occur between counsel | E1468-1469 | G |