# EXHIBIT

# A

# (PART 3 OF 4)

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 641. | 10/15/2003 | Gustin | Berkec | Baguio<br>Patton<br>Goldblatt<br>Maisonet<br>Minor<br>Hinsberger<br>Coleman | Email series to Berkec re: Englewood Terrace Complaint Exhibits | E1470-1471 | WP |
| 642. | 10/15/2003 | Gustin | Donatelli | Baguio | Email series to Donatelli re: Court of Federal Claims "New Englewood Terrace" Suit | E1472 | WP |
| 643. | 10/15/2003 | Gustin | Patton | Goldblatt<br>Minor<br>Baguio | Email series to Patton re: New Englewood Terrace Suit | E1473 | WP |
| 644. | 10/15/2003 | Baguio | Gustin<br>Maisonet | Hinsberger<br>Coleman | Email to Gustin re: New Englewood Terrace Suit | E1474 | WP |
| 645. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1475-1477 | AC |
| 646. | 10/14/2003 | Gustin | Heaney | Hinsberger<br>Coleman | Email series to Heaney re: October 8, 2003 Letter from Don S. Samuelson | E1478-1480 | AC |
| 647. | 10/14/2003 | Gustin | Maisonet | Minor<br>Weidenfeller<br>Herold<br>White<br>Hinsberger<br>Coleman<br>Galvan<br>Bishop<br>Baguio<br>Patton | Email series to Maisonet re: October 8, 2003 Letter from Don S. Samuelson | E1481-1484 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 648. | 10/14/2003 | Maisonet | Gustin | | Email to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1485 | AC |
| 649. | 9/3/2003 | Hinsberger | Gustin<br>Coleman<br>Anderson | | Email series to Gustin re: New Englewood Terrace comprehensive status report | E1486 | AC |
| 650. | 3/24/2004 | Tessler | Strobel | Hinsberger<br>Anderson<br>King | Email series to Strobel re: Project No. 071-35696 South Pointe Tower | E1487-1489 | O |
| 651. | 3/1/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman<br>Maisonet | Email series to Hinsberger re: litigation | E1490-1491 | O |
| 652. | 3/1/2004 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio | Email series to Anderson re: City Lawsuit | E1492-1493 | O |
| 653. | 2/25/2004 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: Mortgage Rates Hit 7 Month Low | E1494-1495 | O |
| 654. | 2/24/2004 | Gustin | Anderson | Hinsberger | Email series to Anderson re: Construction Work | E1496-1497 | O |
| 655. | 2/24/2004 | Gustin | Hinsberger<br>Anderson<br>Pollock | Baguio | Email series to Hinsberger re: Construction Work | E1498 | O |
| 656. | 2/23/2004 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Anderson<br>Minor<br>Baguio<br>Pollock<br>Bruce<br>Salvati | Email series to Maisonet re: New Englewood Terrace | E1499-1500 | AC |
| 657. | 2/23/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: Housing Choice | E1501-1502 | AC |
| 658. | 2/18/2004 | Gustin | Hinsberger | Maisonet<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe HAP | E1503-1515 | AC |
| 659. | 2/18/2004 | Hinsberger | Baguio | Gustin<br>Anderson | Email series to Baguio re: South Pointe HAP | E1506-1507 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 660. | 2/18/2004 | Baguio | Hinsberger | Gustin<br>Anderson | Email series to Hinsberger re: South Pointe HAP | E1508-1509 | AC |
| 661. | 2/18/2004 | Hinsberger | Baguio | Gustin<br>Anderson | Email series to Baguio re: South Pointe HAP | E1510 | AC |
| 662. | 2/18/2004 | Hinsberger | Gustin | Maisonet<br>Anderson<br>Coleman<br>Hinsberger | Email series to Gustin re: South Pointe HAP | E1511-1513 | AC |
| 663. | 2/17/2004 | Baguio | Anderson | Hinsberger<br>Gustin | Email series to Anderson re: South Pointe HAP | E1514 | AC |
| 664. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E1515-1518 | AC |
| 665. | 1/23/2004 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: Ed – Treat this as Confidential | E1519-1521 | O |
| 666. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E1522-1537 | AC |
| 667. | 12/16/2003 | Gustin | Coleman<br>Thomas<br>Anderson<br>Hinsberger | Baguio | Email series to Coleman re: Englewood | E1538-1543 | AC |
| 668. | 12/16/2003 | Gustin | Coleman<br>Thomas M.<br>Anderson | Baguio | Email series to Coleman re: Englewood Terrace CFC Litigation | E1544 | AC |
| 669. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Pollock | Email series to Coleman re: Hard Copy with Exhibits to Follow | E1545-1546 | O |
| 670. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E1547-1548 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 671. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | Patton | Email series to Hinsberger re: New Englewood Terrace | E1549-1550 | W |
| 672. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman<br>Pollock | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1551-1553 | W |
| 673. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1554-1556 | W |
| 674. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG meeting | E1557-1558 | W |
| 675. | 12/9/2003 | Geary | Coleman | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Coleman re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1559-1560 | W |
| 676. | 12/9/2003 | Coleman | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Anderson | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1561-1562 | W |
| 677. | 12/9/2003 | Gustin | Hinsberger | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1563-1564 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 678. | 12/9/2003 | Hinsberger | Geary<br>Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1565-E1565a | W |
| 679. | 12/9/2003 | Geary | Hinsberger | Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter | E1566-1567 | W |
| 680. | 12/9/2003 | Hinsberger | Gustin | Geary<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1568 | O |
| 681. | 12/8/2003 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio<br>Donis<br>Geary | Email to Anderson re: South Pointe/New Englewood Terrace Letter | E1569 | O |
| 682. | 12/2/2003 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: NET, Clients and Lawyers | E1570-1571 | AC |
| 683. | 12/2/2003 | Hinsberger | Gustin | Anderson<br>Coleman | Email series to Gustin re: NET, Clients and Lawyers | E1572-1573 | AC |
| 684. | 12/2/2003 | Gustin | Minor<br>Maisonet | Hinsberger<br>Anderson<br>Baguio | Email series to Minor re: Englewood Terrace: Samuelson Call | E1574-1575 | WP |
| 685. | 11/25/2003 | Gustin | Hinsberger | Anderson<br>Baguio | Email series to Hinsberger re: Recent Letter | E1576 | AC |
| 686. | 11/21/2003 | Gustin | Baguio<br>Hinsberger<br>Anderson<br>Coleman | | Email to Gustin: Englewood: Memo to File re call from Don Samuelson | E1577 | WP |
| 687. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Maisonet re: New Englewood Terrace; Rule 26 | E1578-1579 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 688. | 11/18/2003 | Maisonet | Gustin | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace; Rule 26 | E1580-1581 | AC |
| 689. | 11/18/2003 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Baguio<br>Anderson | Email series to Hinsberger re: New Englewood Terrace; Rule 26 | E1582-1583 | AC |
| 690. | 11/13/2003 | Gustin | Donis | Baguio<br>Hinsberger<br>Anderson<br>Patton<br>Minor | Email series to Donis re: Englewood Terrace litigation | E1584-1586 | WP |
| 691. | 11/13/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | | Email series to Hinsberger re: Other sites | E1587 | R |
| 692. | 11/10/2003 | Gustin | Hinsberger<br>Coleman<br>Anderson | Maisonet<br>Baguio<br>Pollock | Email series to Hinsberger re: Englewood Terrace sale/transfer | E1588-1589 | R |
| 693. | 11/7/2003 | Gustin | Minor<br>Patton<br>Hinsberger<br>Maisonet<br>Anderson<br>Coleman | Baguio<br>Pollock<br>Mozdzierz | Email series to Minor re: Englewood Terrace v. US/HUD (Court of Federal Claims) | E1590 | WP |
| 694. | 11/4/2003 | Gustin | Hinsberger | Donis<br>Baguio<br>Anderson<br>Coleman | Email to Hinsberger re: Revised Draft Englewood Response Letter | E1591-1592 | AC |
| 695. | 11/4/2003 | Hinsberger | Gustin | Patton<br>Donis<br>Baguio<br>Anderson | Email series to Gustin re: Englewood v. HUD | E1593-1594 | AC |
| 696. | 10/31/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Baguio | Email to Hinsberger re: Draft Englewood Response Letter | E1595 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 697. | 10/31/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman | Galvan<br>Maisonet<br>Minor | Email series to Hinsberger re: Englewood Terrace v. US | E1596-1598 | AC |
| 698. | | | | | *Blank: document produced* | *E1599* | *Produced* |
| 699. | | | | | *Blank: document produced* | *E1600-1601* | *Produced* |
| 700. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 letter from Samuelson | E1602-1604 | O |
| 701. | 11/16/2001 | Maisonet | Gustin | Paul<br>Hinsberger<br>Patton<br>Thomas<br>Czauki<br>Baguio<br>Anderson<br>Suiter<br>Coleman | Email series to Gustin re: South Point Preliminary Injunction Hearing | E1605 | AC |
| 702. | 10/17/2003 | Anderson | Strobel | Hinsberger<br>Coleman | Email to Strobel re: South Point Plaza aka New Englewood Terrace | E1606 | O |
| 703. | 4/7/2004 | Baguio | Gustin<br>Hinsberger<br>Coleman<br>Pollock<br>Salvati | Patsios<br>Akhtar | Email to Gustin re: Englewood Terrace/Northwest Tower Meeting | E1607 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 704. | 12/19/2003 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Coleman<br>Pollock<br>Salvati | Email series to Anderson re: NET: Chronology | E1608 | AC |
| 705. | 11/25/2003 | Gustin | Baguio<br>Donis | | Email series to Baguio re: South Pointe Tower Update on project | E1609-1611 | O |
| 706. | 11/25/2003 | Gustin | Baguio<br>Donis | | Email series to Baguio re: email from Samuelson regarding possibilities | E1612-1613 | O |
| 707. | 11/14/2003 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Minor | Email series to Hinsberger re: Englewood Terrace conference call | E1614-1618 | AC |
| 708. | 6/4/2004 | Gustin | Hinsberger | Baguio<br>Anderson | Email series to Hinsberger re: South Pointe, Duffy, etc. | E1619-1620 | O |
| 709. | 6/2/2004 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | | Email series to Hinsberger re: South Pointe Towers VMIP | E1621-1627 | O |
| 710. | 6/1/2004 | Gustin | Strobel | Hinsberger<br>Anderson | Email series to Strobel re: The Completion of Construction at NET | E1628-1629 | O |
| 711. | 6/01/2004 | Strobel | Gustin | Anderson<br>Hinsberger | Email series to Gustin re: The Completion of Construction at NET | E1630-1631 | O |
| 712. | 6/1/2004 | Gustin | Hinsberger | Anderson<br>Baguio<br>Strobel<br>Pollock | Email series to Hinsberger re: The Completion of Construction at NET | E1632-1633 | O |
| 713. | 5/19/2004 | Anderson | Hinsberger | | Email series to Hinsberger re: South Pointe (communicating attorney comments) | E1634-1635 | O |
| 714. | 5/19/2004 | Baguio | Hinsberger | Anderson<br>Gustin<br>Pollock | Email series to Hinsberger re: South Pointe VMIP | E1636 | O |
| 715. | 1/25/2002 | Baguio | Paul | | Email series to Paul re: South Pointe Appeal Questions | E1637 | WP |
| 716. | 5/14/2004 | Miller | Hinsberger | Anderson<br>Wilson<br>Golrick | Email series to Hinsberger re: NET (South Point) communicating HQ Legal | E1638-1640 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 717. | 4/18/2004 | Bridges | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: Update on New Englewood Terrace | E1641 | O |
| 718. | 4/8/2004 | Baguio | Bridges | Hinsberger<br>Gustin | Email series to Bridges re: Update on New Englewood Terrace | E1642 | O |
| 719. | 4/8/2004 | Bridges | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: Update on New Englewood Terrace | E1643 | O |
| 720. | 4/7/2004 | Baguio | Bridges | Hinsberger<br>Gustin | Email to Bridges re: Update on New Englewood Terrace | E1644 | O |
| 721. | 4/7/2004 | Baguio | Gustin<br>Hinsberger<br>Coleman<br>Pollock<br>Salvati | Patsios<br>Akhtar | Email to Gustin re: Englewood Terrace/Northwest Tower Meeting | E1645 | W |
| 722. | 3/2/2004 | Baguio | Gustin<br>Patton<br>Minor<br>Hinsberger<br>Maisonet | Berkec | Email series to Gustin re: Englewood | E1646 | WP |
| 723. | 3/2/2004 | Baguio | Gustin<br>Patton<br>Maisonet<br>Hinsberger<br>Berkec | | Email series to Gustin re: Englewood | E1647 | WP |
| 724. | 3/1/2004 | Gustin | Hinsberger | Baguio<br>Anderson<br>Coleman<br>Maisonet | Email series to Hinsberger re: Planning for an Assignment | E1648-1649 | O |
| 725. | 2/25/2004 | Gustin | Hinsberger | Anderson | Email series to Hinsberger re: Mortgage Rates Hit 7 Month Low | E1650-1651 | O |
| 726. | 2/19/2004 | Maisonet | Gustin | Hinsberger | Email series to Gustin re: South Pointe HAP | E1652-1654 | AC |
| 727. | 2/18/2004 | Gustin | Baguio | Hinsberger<br>Anderson<br>Coleman | Email series to Baguio re: South Pointe HAP | E1655-1657 | WP |
| 728. | 2/18/2004 | Baguio | Gustin | Hinsberger<br>Anderson | Email series to Gustin re: South Pointe HAP | E1658-1659 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 729. | 2/18/2004 | Gustin | Hinsberger | Maisonet<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe HAP | E1660-1662 | AC |
| 730. | 2/18/2004 | Gustin | Anderson | Hinsberger<br>Baguio | Email series to Anderson re: South Pointe HAP | E1663-1664 | AC |
| 731. | 2/18/2004 | Hinsberger | Gustin | Maisonet<br>Anderson<br>Coleman<br>Hinsberger | Email series to Gustin re: South Pointe HAP | E1665-1667 | AC |
| 732. | 2/17/2004 | Gustin | Hinsberger<br>Maisonet | | Email series to Hinsberger re: South Pointe HAP | 1E668-1670 | AC |
| 733. | 2/17/2004 | Anderson | Baguio | Hinsberger<br>Gustin | Email series to Baguio re: South Pointe HAP | EE1671 | AC |
| 734. | 2/17/2004 | Baguio | Anderson | Hinsberger<br>Gustin | Email series to Anderson re: South Pointe HAP | E1672 | AC |
| 735. | 2/17/2004 | Gustin | Hinsberger | | Email series to Hinsberger re: South Pointe HAP Chronology | E1673-1675 | AC |
| 736. | 2/17/2004 | Gustin | Anderson | Hinsberger<br>Thomas<br>Baguio<br>Taylor<br>Thomas<br>Coleman<br>Berkec | Email series to Anderson re: South Pointe HAP Chronology | E1676-1679 | AC |
| 737. | 2/17/2004 | Anderson | Hinsberger | Gustin<br>Thomas<br>Baguio | Email series to Gustin (inadvertently addressed to Hinsberger) re: South Pointe HAP Chronology | E1680-1682 | AC |
| 738. | 2/17/2004 | Thomas | Gustin | Hinsberger<br>Berkec<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe HAP Chronology | E1683-1684 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 739. | 2/17/2004 | Gustin | Baguio | Hinsberger<br>Thomas<br>Berkec<br>Coleman<br>Anderson | Email series to Baguio re: South Pointe HAP Chronology | E1685-1686 | AC |
| 740. | 2/17/2004 | Baguio | Berkec | Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Berkec re: South Pointe HAP Chronology | E1687-1688 | WP |
| 741. | 2/13/2004 | Gustin | Berkec | Baguio<br>Coleman<br>Thomas<br>Hinsberger | Email series to Berkec re: South Pointe HAP Chronology | E1689 | WP |
| 742. | 2/12/2004 | Baguio | Hinsberger<br>Coleman<br>Thomas | Berkec<br>Gustin | Email series to Hinsberger re: Englewood | E1690-1691 | AC |
| 743. | 2/12/2004 | Gustin | Hinsberger<br>Coleman<br>Thomas | Baguio<br>Berkec<br>Pollock | Email series to Hinsberger re: Englewood | E1692-1693 | AC |
| 744. | 2/5/2004 | Pollock | Gustin | Geary<br>Hinsberger<br>Thomas<br>Baguio<br>Akhtar | Email series to Gustin re: New Englewood Terrace – update | E1694-1695 | W |
| 745. | 2/5/2004 | Gustin | Patton | Baguio<br>Hinsberger<br>Maisonet<br>Minor | Email series to Patton re: Status: Englewood | E1696 | WP |
| 746. | 1/28/2004 | Hinsberger | Strobel | Anderson | Email series to Strobel re: NET | E1697-1698 | O |
| 747. | 1/23/2004 | Maisonet | Gustin | Minor<br>Hinsberger<br>Patton<br>Pollock<br>Baguio<br>Coleman | Email series to Gustin re: Englewood | E1699-1700 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 748. | 1/22/2004 | Gustin | Hinsberger<br>Maisonet | Patton<br>Baguio<br>Minor<br>Coleman<br>Pollock | Email series to Hinsberger re: Englewood | E1701-1702 | AC |
| 749. | 12/22/2003 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Thomas | Patton<br>Baguio<br>Berkec<br>Pollock<br>Salvati<br>Minor | Email series to Hinsberger re: Englewood Motion to Dismiss | E1703 | AC |
| 750. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood | E1704-1718 | AC |
| 751. | 12/12/2003 | Gustin | Coleman | Anderson<br>Baguio<br>Hinsberger<br>Pollock | Email series to Coleman re: Draft Response to Hinsberger Letter of December 9 | E1719-1720 | AC |
| 752. | 12/11/2003 | Gustin | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Pollock | Patton | Email series to Hinsberger re: New Englewood Terrace | E1721-1722 | W |
| 753. | 12/11/2003 | Hinsberger | Gustin | Head<br>Thomas<br>Berkec<br>Pollock<br>Salvati<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: New Englewood Terrace | E1723-1724 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 754. | 12/11/2003 | Gustin | Hinsberger | Anderson<br>Coleman<br>Head<br>Thomas<br>Pollock<br>Salvati<br>Baguio<br>Berkec | Email to Hinsberger re: New Englewood Terrace | E1725 | W |
| 755. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Donis<br>Baguio<br>Coleman<br>Pollock | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1726-1728 | W |
| 756. | 12/9/2003 | Gustin | Anderson | Geary<br>Hinsberger<br>Baguio<br>Coleman | Email series to Anderson re: South Pointe/New Englewood Terrace Letter | E1729-1731 | AC |
| 757. | 12/9/2003 | Geary | Hinsberger | Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E1732-1733 | W |
| 758. | 12/9/2003 | Gustin | Geary<br>Pollock | Hinsberger<br>Coleman<br>Baguio<br>Anderson<br>Mozdzierz | Email series to Geary re: New Englewood Terrace – OIG Meeting | E1734 | W |
| 759. | 12/9/2003 | Hinsberger | Geary<br>Gustin<br>Donis<br>Baguio<br>Anderson<br>Coleman\ | | Email series to Gustin re: South Pointe/New Englewood Terrace Letter | E1735-1737 | W |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 760. | 12/8/2003 | Gustin | Anderson | Hinsberger<br>Coleman<br>Baguio<br>Donis<br>Geary | Email to Anderson re: South Pointe/New Englewood Terrace Letter | E1738 | W |
| 761. | 12/3/2003 | Gustin | Donis | Hinsberger<br>Anderson<br>Coleman<br>Baguio<br>Patton<br>Minor<br>Maisonet | Email series to Donis re: Englewood Terrace | E1739-1742 | WP |
| 762. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Coleman | Email series to Hinsberger re: NET, Clients and Lawyers | E1773-1744 | AC |
| 763. | 12/2/2003 | Gustin | Minor<br>Maisonet | Hinsberger<br>Anderson<br>Baguio | Email series to Minor re: Englewood Terrace: Samuelson Call | E1745-1746 | WP |
| 764. | 12/2/2003 | Gustin | Hinsberger | Anderson<br>Donis<br>Baguio | Email to Hinsberger re: Englewood Terrace: Samuelson Call | E1747 | AC |
| 765. | 11/24/2003 | Anderson | Gustin | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Gustin re: Englewood: Memo to File concerning call from Don Samuelson | E1748 | AC |
| 766. | 11/21/2003 | Gustin | Gustin | Baguio<br>Donis<br>Hinsberger<br>Anderson<br>Coleman | Email to Gustin re: Englewood: Memo to File concerning call from Don Samuelson | E1749 | WP |
| 767. | 11/18/2003 | Gustin | Maisonet | Hinsberger<br>Baguio<br>Anderson<br>Coleman | Email series to Maisonet re: New Englewood Terrace; Rule 26 | E1750-1751 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 768. | 11/18/2003 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Baguio<br>Anderson | Email series to Gustin re: New Englewood Terrace; Rule 26 | E1752-1753 | WP |
| 769. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: Dr. Weicher | E1754 | AC |
| 770. | 11/14/2003 | Gustin | Hinsberger | | Email series to Hinsberger re: New Englewood Terrace, Chicago, Ill – litigation | E1755-1756 | AC |
| 771. | 11/14/2003 | Gustin | Miller | Hinsberger | Email series to Miller re: Englewood Terrace v. US/HUD | E1757 | AC |
| 772. | 11/14/2003 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Minor | Email series to Hinsberger re: Englewood Terrace | E1758-1762 | AC |
| 773. | 11/13/2003 | Gustin | Donis | Baguio<br>Hinsberger<br>Anderson<br>Patton<br>Minor | Email series to Donis re: Englewood Terrace litigation | E1763-1765 | WP |
| 774. | 11/13/2003 | Gustin | Donis | Baguio<br>Hinsberger<br>Anderson<br>Patton<br>Minor | Email series to Donis re: Englewood Terrace litigation | E1766-1768 | WP |
| 775. | 11/7/2003 | Gustin | Minor/Patton<br>Hinsberger<br>Maisonet<br>Anderson<br>Coleman | Baguio<br>Pollock<br>Mozdzierz | Email series to Minor re: Englewood Terrace v. US/HUD (Court of Federal Claims) | E1769 | WP |
| 776. | 11/4/2003 | Hinsberger | Gustin | Donis<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: Revised Draft Englewood Response Letter | E1770-1771 | AC |
| 777. | 11/4/2003 | Hinsberger | Gustin | Patton<br>Donis<br>Baguio<br>Anderson | Email series to Gustin re: Englewood v. HUD | E1772-1773 | AC |
| 778. | 11/3/2003 | Gustin | Hinsberger | Donis<br>Baguio<br>Patton | Email to Hinsberger re: Englewood v. HUD | E1774-1775 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 779. | 10/28/2003 | Gustin | Coleman | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Coleman re: Englewood Terrace Correspondence concerning project-based subsidy | E1776-1778 | AC |
| 780. | 10/28/2003 | Coleman | Gustin | Bishop<br>Minor<br>Hinsberger<br>Patton<br>Galvan<br>Maisonet<br>Baguio | Email series to Gustin re: Englewood Terrace Correspondence concerning project-based subsidy | E1779-1781 | AC |
| 781. | 10/28/2003 | Gustin | Coleman | Galvan<br>Bishop<br>Hinsberger<br>Maisonet<br>Baguio<br>Minor<br>Patton | Email series to Coleman re: Englewood Terrace Correspondence concerning Samuelson request for meeting | E1782-1783 | AC |
| 782. | 10/15/2003 | Baguio | Gustin<br>Maisonet | Hinsberger<br>Coleman | Email to Gustin re: New Englewood Terrace suit | E1784 | WP |
| 783. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson<br>Hinsberger | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1785-1787 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 784. | 10/14/2003 | Hinsberger | Gustin | Bishop<br>Minor<br>Patton<br>Weidenfeller<br>Herold<br>Galvan<br>Maisonet<br>Baguio<br>Coleman<br>White<br>Anderson | Email series to Gustin re: October 8, 2003 Letter from Don S. Samuelson | E1788-1790 | AC |
| 785. | 10/14/2003 | Gustin | Heaney | Hinsberger<br>Coleman | Email series to Heaney re: October 8, 2003 Letter from Don S. Samuelson | E1791-1793 | AC |
| 786. | 2/17/2004 | Berkec | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe HAP Chronology | E1794-1795 | WP |
| 787. | 8/29/2002 | Gustin | Strobel | Hinsberger<br>Maisonet | Email series to Strobel re: South Pointe Query concerning loan closing | E1796-1797 | WP |
| 788. | 8/9/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Towers Representation and 7/31/2002 Claims Letter | E1798-1811 | AC |
| 789. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Towers Representation and 7/31/2002 Claims Letter | E1812-1823 | AC |
| 790. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Towers Representation and 7/31/2002 Claims Letter | E1824-1832 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 791. | 7/11/2002 | Baguio | Maisonet | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Maisonet re: South Pointe status conference with Court | E1833-1834 | AC |
| 792. | 7/11/2002 | Maisonet | Baguio | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Baguio re: South Pointe status conference with Court | E1835-1836 | AC |
| 793. | 7/11/2002 | Baguio | Gustin<br>Maisonet<br>Hinsberger<br>Coleman<br>Paul<br>Thomas | | Email to Gustin re: South Pointe status conference with Court | E1837 | WP |
| 794. | 7/8/2002 | Baguio | Gustin | Paul<br>Gray<br>Hinsberger<br>Thomas<br>Donatelli<br>Pollock<br>Maisonet<br>Coleman | Email to Gustin re: Sec 8 Payments to Atty Silverman | E1838 | WP |
| 795. | 7/3/2002 | Gustin | Thomas | Gray<br>Pollock<br>Baguio<br>Coleman<br>Paul<br>Maisonet<br>Hinsberger<br>Donatelli | Email to Thomas re: Sec 8 Payments to Atty Silverman | E1839 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 796. | 7/2/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Baguio<br>Pollock<br>Paul<br>Coleman<br>Anderson<br>Thomas<br>Patton | Email series to Donatelli South Pointe Towers: More Answers to Don's Questions | E1840-1843 | WP |
| 797. | 7/1/2002 | Gustin | Hinsberger | Donatelli | Email series to Hinsberger re: Don Samuelson's Questions | E1844-1846 | AC |
| 798. | 6/27/2002 | Gustin | Thomas | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Paul<br>Pollock<br>Donatelli | Email to Thomas re: South Pointe Notice; Questions | E1847 | AC |
| 799. | 6/27/2002 | Thomas | Gustin | Coleman<br>Merritt<br>Hinsberger<br>Gray | Email to Gustin re: South Pointe Resident Letter | E1848 | AC |
| 800. | 6/25/2002 | Gustin | Donatelli | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Baguio | Email to Donatelli re: South Pointe HAP Extension | E1849 | WP |
| 801. | 6/25/2002 | Gustin | Anderson | Hinsberger<br>Maisonet<br>Coleman<br>Baguio | Email series to Anderson re: Mr. Samuelson's Ongoing Communications | E1850-1852 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 802. | 6/25/2002 | Anderson | Gustin<br>Maisonet | Coleman<br>Hinsberger | Email series to Gustin re: Report on the Results of the Friday and Monday Settlement Discussions | E1853-1854 | AC |
| 803. | 6/24/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Baguio<br>Patton | Email to Donatelli re: South Pointe Settlement Conference from Friday | E1855-1856 | WP |
| 804. | 6/19/2002 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Coleman<br>Thomas<br>Anderson | Email series to Donatelli re: South Pointe Still Fails Physical Inspections | E1857 | WP |
| 805. | 6/19/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Thomas<br>Anderson<br>Baguio<br>Patton | Email to Donatelli re: South Pointe: Settlement/Briefs/Topic Areas and Witnesses | E1858-1861 | WP |
| 806. | 6/14/2002 | Gustin | Hinsberger | Coleman<br>Thomas<br>Maisonet | Email to Hinsberger re: South Pointe Info for status conference | E1862 | AC |
| 807. | 6/14/2002 | Gustin | Maisonet<br>Hinsberger | | Email series to Maisonet re: draft South Pointe Letter responding to Samuelson through his counsel | E1863-1864 | AC |
| 808. | 6/12/2002 | Maisonet | Gustin | Hinsberger<br>Patton<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe PI Hearing | E1865 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 809. | 6/11/2002 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Thomas<br>Coleman | Email to Donatelli re: South Pointe Litigation | E1866-1869 | WP |
| 810. | 6/11/2002 | Maisonet | Gustin | Hinsberger<br>Coleman | Email to Gustin re: Call from Don Samuelson | E1870 | AC |
| 811. | 6/11/2002 | Gustin | Maisonet | Hinsberger<br>Thomas<br>Coleman<br>Baguio | Email series to Maisonet re: Use Agreement | E1871-1872 | AC |
| 812. | 6/11/2002 | Gustin | Thomas | Hinsberger<br>Maisonet<br>Coleman<br>Donatelli<br>Baguio | Email series to Thomas re: Don's email about HUD Notices | E1873-1874 | AC |
| 813. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email series to Hinsberger re: PI Hearing South Pointe | E1875 | AC |
| 814. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email to Hinsberger re: PI Hearing; South Pointe | E1876 | AC |
| 815. | 6/10/2002 | Gustin | Maisonet | Gray<br>Hinsberger<br>Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Donatelli<br>Patton | Email to Maisonet re: South Pointe communications from Samuelson concerning litigation | E1877-1878 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 816. | 6/7/2002 | Gustin | Maisonet<br>Hinsberger | Donatelli<br>Patton<br>Baguio<br>Thomas<br>Coleman<br>Paul<br>Pollock | Email to Maisonet re: South Pointe Towers litigation | E1879 | AC |
| 817. | 6/6/2002 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Patton | Email series to Donatelli re: New South Pointe Complaint | E1880-1882 | WP |
| 818. | 6/5/2002 | Maisonet | Gustin<br>Hinsberger | Baguio<br>Coleman | Email series to Gustin re: South Pointe Draft Letter concerning potential lawsuit | E1883 | AC |
| 819. | 3/6/2002 | Gustin | Hinsberger | Maisonet | Email to Hinsberger re: Very Rough Draft | E1884 | AC |
| 820. | 2/8/2002 | Gustin | Hinsberger<br>Coleman<br>Thomas | Maisonet<br>Baguio<br>Suiter<br>Paul | Email to Hinsberger re: South Pointe attached draft regarding notice and vacancy | E1885 | AC |
| 821. | 2/6/2002 | Gustin | Miller | Maisonet<br>Hinsberger<br>Coleman<br>Baguio | Email series to Miller re: South Pointe Letter concerning appeal | E1886-1888 | AC |
| 822. | 2/6/2002 | Gustin | Hinsberger<br>Maisonet | Miller<br>Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to Hinsberger re: South Pointe Letter concerning appeal | E1889 | AC |
| 823. | 1/29/2002 | Gustin | Hinsberger | Miller<br>Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Hinsberger re: South Pointe Letter concerning appeal | E1890-1891 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 824. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management attorney call | E1892 | AC |
| 825. | 1/11/2002 | Gustin | Maisonet<br>Baguio | Coleman<br>Hinsberger<br>Patton<br>Donatelli | Email series to Maisonet re: South Pointe Towers Apartments/HUD Appeal | E1893-1895 | AC |
| 826. | 1/3/2002 | Gustin | Hinsberger | Patton<br>Baguio<br>Suiter<br>Paul<br>Thomas<br>Coleman<br>Maisonet<br>Roman<br>Donatelli<br>Czauski | Email to Hinsberger re: South Pointe Defensive Litigation Dismissed | E1896 | AC |
| 827. | 12/27/2001 | Gustin | Hinsberger | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Paul<br>Donatelli<br>Patton<br>Coleman | Email series to Hinsberger re: First South Pointe Appeal | E1897-1898 | AC |
| 828. | 12/18/2001 | Gustin | Hinsberger<br>Maisonet<br>Coleman | | Email to Hinsberger re: Englewood v. HUD et al. | E1899 | AC |
| 829. | 12/18/2001 | Gustin | Hinsberger | Maisonet<br>Coleman | Email series to Hinsberger re: Englewood v. HUD et al. | E1900 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 830. | 12/18/2001 | Gustin | Hinsberger | Baguio<br>Maisonet | Email series to Hinsberger re: South Pointe management plan | E1901-1902 | AC |
| 831. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe Appeal | E1903 | AC |
| 832. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdzierz | Email to Donatelli re: Draft Response South Pointe Letter | E1904 | WP |
| 833. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Donatelli<br>Mozdzierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email to Hinsberger re: South Pointe Call From Silverman | E1905 | AC |
| 834. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe 2530-Mgt Change | E1906 | AC |
| 835. | 10/31/2001 | Hinsberger | O'Connor | Anderson<br>Maisonet | Email series to O'Connor re: South Pointe (conveying availability of witness per attorney direction) | E1907 | G |
| *836.* | | | | | *Blank: document produced* | *E1908-1909* | *Produced* |
| 837. | 10/23/2001 | Hinsberger | Baguio | Maisonet<br>Coleman | Email series to Baguio re: South Pointe abatement | E1910 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 838. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Meeting concerning default | E1911-1912 | AC |
| 839. | 12/27/2001 | Gustin | Hinsberger | Baguio<br>Thomas<br>Suiter<br>Mozdierz<br>Maisonet<br>Paul<br>Donatelli<br>Patton<br>Coleman | Email series to Hinsberger re: First South Pointe Appeal | E1913-1914 | AC |
| 840. | 12/20/2001 | Gustin | Donatelli | Baguio | Email to Donatelli re: Englewood appeal | E1915 | WP |
| 841. | 12/19/2001 | Gustin | Hinsberger | Walker<br>Maisonet<br>Baguio<br>Anderson | Email series to Hinsberger re: South Pointe management plan | E1916 | AC |
| 842. | 12/19/2001 | Hinsberger | Gustin | Maisonet<br>Baguio<br>Walker<br>Anderson | Email series to Gustin re: South Pointe management plan | E1917-1919 | AC |
| 843. | 12/19/2001 | Maisonet | Gustin | Hinsberger<br>Baguio | Email series to Gustin re: South Pointe management plan | E1920-1922 | AC |
| 844. | 12/18/2001 | Gustin | Donatelli | Baguio | Email series to Donatelli re: Englewood v. HUD et al. | E1923 | WP |
| 845. | 12/18/2001 | Gustin | Hinsberger | Baguio<br>Maisonet | Email series to Hinsberger re: South Pointe management plan | E1924-1925 | AC |
| 846. | 12/18/2001 | Gustin | Donatelli | Baguio | Email to Donatelli re: Englewood v. HUD et al. | E1926 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 847. | 12/10/2001 | Gustin | Hinsberger<br>Coleman | Baguio<br>Thomas<br>Suiter<br>Mozdzierz<br>Maisonet<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe Appeal…if any | E1927 | AC |
| 848. | 12/6/2001 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Coleman<br>Suiter<br>Thomas<br>Paul<br>Baguio<br>Mozdierz | Email to Donatelli re: Draft Response South Pointe Letter | E1928 | WP |
| 849. | 12/6/2001 | Gustin | Hinsberger | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Hinsberger re: South Pointe Call From Silverman | E1929-1930 | AC |
| 850. | 12/6/2001 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Mozdzierz | Email series to Gustin re: South Pointe Call From Silverman | E1931-1932 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 851. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Donatelli<br>Mozdzierz<br>Suiter<br>Thomas<br>Paul<br>Patton<br>Baguio | Email to Hinsberger re: South Pointe Call From Silverman | E1933 | AC |
| 852. | 12/5/2001 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Suiter<br>Paul<br>Baguio<br>Donatelli<br>Thomas | Email to Hinsberger re: South Pointe Settlement Offer | E1934 | AC |
| 853. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to Hinsberger re: South Pointe settlement offer | E1935-1936 | AC |
| 854. | 12/4/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe 2530-Mgt Change | E1937 | AC |
| 855. | 11/30/2001 | Baguio | Maisonet<br>Hinsberger<br>Gustin | Baguio | Email to Maisonet re: fax from Englewood's attorney | E1938 | AC |
| 856. | 11/30/2001 | Maisonet | Gustin | Paul<br>Patton<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Notice of Abatement and Termination letter | E1939-1944 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 857. | 11/29/2001 | Hinsberger | Baguio<br>Paul<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Suiter<br>Coleman | | Email to Baguio re: South Pointe Notice of Abatement and Termination Letter | E1945 | AC |
| 858. | 11/29/2001 | Donatelli | Baguio | | Email to Baguio re: South Pointe Notice of Abatement and Termination letter | E1946 | WP |
| 859. | 11/29/2001 | Maisonet | Baguio | Paul<br>Hinsberger<br>Patton<br>Gustin<br>Thomas<br>Donatelli<br>Wawzenski<br>Suiter<br>Coleman | Email series to Baguio re: South Pointe Notice of Abatement and Termination letter | E1947 | AC |
| 860. | 11/29/2001 | Baguio | Maisonet<br>Hinsberger<br>Coleman<br>Thomas<br>Patton<br>Gustin | Suiter<br>Paul<br>Donatelli<br>Wawzenski | Email to Maisonet re: South Pointe Notice of Abatement and Termination letter | E1948 | AC |
| 861. | 11/29/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter<br>Paul | Email to Hinsberger re: Letter to Englewood's attorney | E1949 | AC |
| 862. | 11/27/2001 | Hinsberger | Maisonet | Gustin<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Maisonet re: South Pointe Draft Letter | E1950 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 863. | 11/27/2001 | Gustin | | | Email series to Hinsberger re: South Pointe litigation | E1951-1957 | G |
| 864. | 11/27/2001 | Maisonet | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Draft Letter responding to Englewood's attorney | E1958 | AC |
| 865. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio | Email series to Hinsberger re: South Pointe | E1959-1963 | AC |
| 866. | 11/27/2001 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Thomas<br>Baguio<br>Suiter | Email to Hinsberger re: South Pointe Draft Letter to Englewood's attorney | E1964 | AC |
| 867. | 11/19/2001 | Gustin | Coleman | Thomas<br>Hinsberger<br>Suiter<br>Baguio | Email to Coleman re: South Pointe Termination Abatement and Notice | E1965-1966 | AC |
| 868. | 11/15/2001 | Gustin | Patton | Maisonet<br>Baguio<br>Czauski<br>Hinsberger<br>Thomas<br>Coleman<br>Anderson<br>Suiter<br>Paul | Email to Patton re: South Point Preliminary Injunction Hearing | E1967 | WP |
| 869. | 11/14/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to Hinsberger re: South Pointe – witness information | E1968 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 870. | 11/14/2001 | Hinsberger | Gustin | Thomas<br>Donatelli<br>Wawzenski<br>Maisonet<br>Baguio<br>Anderson | Email series to Gustin re: South Pointe – witness information | E1969 | AC |
| 871. | 11/14/2001 | Hinsberger | Gustin<br>Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Maisonet<br>Wawzenski | | Email to Gustin re: South Pointe hearing | E1970 | AC |
| 872. | 11/14/2001 | Gustin | Hinsberger<br>Thomas<br>Anderson<br>Coleman | Donatelli<br>Baguio<br>Suiter<br>Mozdzierz<br>Maisonet<br>Patton | Email to Hinsberger re: South Pointe PI Hearing Tomorrow | E1971 | AC |
| 873. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Anderson<br>Suiter<br>Mozdzierz<br>Baguio | Email to Donatelli re: Draft Letter Response to 11/6/2001 Letter from Opposing Counsel | E1972 | WP |
| 874. | 11/13/2001 | Gustin | Donatelli | Hinsberger<br>Coleman<br>Thomas<br>Baguio<br>Suiter<br>Mozdzierz | Email series to Donatelli re: Transfer of Mgmt at South Point – Friday 11/16 | E1973-1974 | WP |
| 875. | 11/9/2001 | Gustin | Donatelli | Baguio<br>Hinsberger<br>Maisonet<br>Coleman<br>Thomas<br>Anderson | Email to Donatelli re: South Pointe affidavit | E1975 | WP |