# EXHIBIT

# A

# (PART 4 OF 4)

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 876. | 11/8/2001 | Maisonet | Thomas<br>Johnson<br>Coleman<br>Hinsberger<br>Anderson | Baguio<br>Gustin | Email to Thomas re: Tuesday Witness Prep (per attorney direction) | E1976 | WP |
| 877. | 11/8/2001 | Gustin | Hinsberger | Thomas<br>Donatelli<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to Hinsberger re: South Pointe draft letter concerning mortgage | E1977 | AC |
| 878. | 11/8/2001 | Hinsberger | Gustin<br>Donatelli | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Anderson<br>Hinsberger | Email to Gustin re: South Pointe draft letter concerning mortgage | E1978 | AC |
| 879. | 11/7/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet | Email series to Hinsberger re: Proposed South Pointe Letter concerning mortgage | E1979-1980 | AC |
| 880. | 11/7/2001 | Hinsberger | Gustin<br>Baguio | Anderson | Email to Gustin re: Proposed South Pointe Letter concerning mortgage | E1981 | AC |
| 881. | 11/7/2001 | Gustin | Maisonet<br>Donatelli | Hinsberger<br>Patton<br>Maisonet<br>Baguio<br>Coleman<br>Thomas | Email series to Maisonet re: South Pointe draft letter in response to Englewood's attorney | E1982-1983 | AC |
| 882. | 11/7/2001 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe draft brief | E1984 | AC |
| 883. | 11/7/2001 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Donatelli<br>Patton | Email to Hinsberger re: South Pointe draft brief | E1985 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 884. | 11/6/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email to Donatelli re: South Pointe litigation strategy | E1986-1988 | WP |
| 885. | 11/6/2001 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Motion Strategy | E1989-1991 | WP |
| 886. | 11/5/2001 | Gustin | Hinsberger | Baguio<br>Anderson<br>Maisonet<br>Donatelli | E-mail series to Hinsberger re: Englewood's failure to submit mortgage application | E1992 | AC |
| 887. | 11/5/2001 | Hinsberger | Gustin<br>Baguio | Anderson<br>Hinsberger | E-mail series to Gustin re: Request of Info on South Pointe | E1993 | AC |
| 888. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Patton<br>Maisonet<br>Hinsberger | Email to Donatelli re: South Pointe Motion Strategy | E1994-1995 | WP |
| 889. | 11/2/2001 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Thomas | Email to Donatelli re: Englewood v. HUD et al. (South Pointe) | E1996 | WP |
| 890. | 11/2/2001 | Gustin | Maisonet | Baguio<br>Suiter<br>Paul | Email to Maisonet re: South Pointe, Alderman's Letter | E1997 | AC |
| 891. | 11/1/2001 | Baguio | Gustin | Hinsberger<br>Maisonet<br>Thomas<br>Donatelli | Email to Gustin re: South Pointe appearance | E1998 | WP |
| 892. | 10/31/2001 | Gustin | Patton | Goldblatt<br>Baguio | Email series to Patton re: South Pointe, PI Hearing | E1999 | WP |
| 893. | 10/31/2001 | Gustin | Maisonet,<br>Hinsberger | Baguio | Email series to Maisonet re: South Pointe, PI Hearing | E2000 | AC |
| 894. | 10/30/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe; HUD named party to suit | E2001 | WP |
| 895. | 10/30/2001 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Patton | Email to Hinsberger re: South Pointe litigation | E2002 | AC |
| 896. | 10/23/2001 | Hinsberger | Baguio | Gustin | Email series to Baguio re: South Pointe Tower mortgage submission defects | E2003 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 897. | 10/23/2001 | Baguio | | | Email to Hinsberger re: South Pointe Letter concerning vouchers | E2004 | G |
| 898. | 10/23/2001 | Baguio | Patton | Gustin | Email to Patton re: South Pointe relocation requirements | E2005 | WP |
| 899. | 10/23/2001 | Maisonet | Hinsberger | Gustin<br>Baguio<br>Coleman | Email series to Hinsberger re: South Pointe relocation | E2006 | AC |
| 900. | 10/23/2001 | Hinsberger | Baguio<br>Gustin | Maisonet<br>Coleman | Email to Baguio re: South Pointe relocation | E2007 | AC |
| 901. | 10/16/2001 | Gustin | | | Email to Hinsberger re: South Pointe Letter to opposing counsel | E2008 | G |
| 902. | 10/15/2001 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Hinsberger re: South Pointe Meeting Concerning Default | E2009-2010 | AC |
| 903. | 10/15/2001 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Meeting Concerning Default | E2011-2012 | AC |
| 904. | 10/15/2001 | Gustin | Hinsberger | Coleman<br>Thomas<br>Baguio<br>Maisonet<br>Paul<br>Suiter | Email to Hinsberger re: South Pointe Meeting Concerning Default | E2013 | AC |
| 905. | 10/12/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe vouchers | E2014 | AC |
| 906. | 10/11/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe referral plan | E2015-2016 | AC |
| 907. | 10/11/2001 | Gustin | Baguio | | Email series to Baguio re: Memo to File concerning letters to tenants | E2017 | WP |
| 908. | 10/11/2001 | Gustin | Baguio | Maisonet | Email series to Baguio re: South Pointe information from Ed concerning HAP Contract | E2018-2058 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 909. | 10/9/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe, call from John Hayes | E2059 | WP |
| 910. | 9/7/2001 | Gustin | Suiter | Paul<br>Baguio | Email to Suiter re: South Point team report | E2060 | AC |
| 911. | 7/13/2001 | Gustin | Hinsberger | Coleman<br>Baguio | Email to Hinsberger re: South Pointe plan | E2061 | AC |
| 912. | 7/13/2001 | Hinsberger | Gustin | Coleman<br>Baguio<br>Suiter | Email series to Gustin re: South Pointe plan | E2062-2063 | AC |
| 913. | 7/13/2001 | Gustin | Hinsberger,<br>Coleman | Baguio<br>Suiter | Email series to Hinsberger re: South Pointe non-renewal | E2064 | AC |
| 914. | 7/12/2001 | Baguio | Gustin | Suiter<br>Baguio | Email to Gustin re: South Pointe vouchers | E2065 | WP |
| 915. | 5/15/2001 | Gustin | Maisonet | Arnolds<br>Baguio<br>Paul<br>Suiter | Email to Maisonet re: South Pointe Draft Letter regarding owner's failures | E2066 | AC |
| 916. | 5/15/2001 | Maisonet | Gustin | Baguio<br>Arnolds<br>Paul<br>Suiter | Email to Gustin re: South Pointe Letter required edit | E2067 | AC |
| 917. | 5/15/2001 | Gustin | Maisonet | Baguio<br>Arnolds<br>Paul<br>Suiter | Email to Maisonet re: South Pointe Letter to Englewood's Counsel | E2068 | AC |
| 918. | 4/10/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe meeting with owner | E2069-2070 | WP |
| 919. | 4/9/2001 | Gustin | Maisonet<br>Baguio<br>Arnolds<br>Gustin | | Email to Maisonet re: South Pointe HAP Default | E2071 | AC |
| 920. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to Gustin re: Legal Sufficiency of Draft Letter | E2072 | WP |
| 921. | 4/6/2001 | Gustin | Baguio<br>Arnolds<br>Maisonet | | Email series to Baguio re: South Pointe draft letter to owner | E2073 | WP |
| 922. | 4/6/2001 | Baguio | Gustin<br>Maisonet | Arnolds<br>Baguio | Email to Gustin re: South Point draft default letter | E2074 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 923. | 4/6/2001 | Gustin | Baguio | | Email series to Baguio re: South Pointe REAC Inspection | E2075-2086 | WP |
| 924. | 10/10/2002 | Gustin | Thomas | Hinsberger<br>Coleman<br>Gray<br>Maisonet<br>Baguio<br>Donatelli | Email to Thomas re: South Pointe HAP | E2087 | AC |
| 925. | 10/10/2002 | Gustin | Maisonet<br>Hinsberger | Baguio | Email series to Maisonet re: South Pointe – Amendment to DOH Regulatory Agreement | E2088-2089 | AC |
| 926. | 10/9/2002 | Gustin | Syzbist | Baguio<br>Strobel<br>Maisonet | Email to Sybizt re: South Point – Status of HUD Legal Review | E2090 | WP |
| 927. | 9/6/2002 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Coleman<br>Strobel | Email series to Hinsberger re: Info for Meeting from Fischer | E2091 | AC |
| 928. | 9/3/2002 | Maisonet | Gustin | Hinsberger<br>Strobel<br>Baguio | Email series to Gustin re: South Pointe claims | E2092-2096 | AC |
| 929. | 9/3/2002 | Gustin | Hinsberger<br>Strobel | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe claims | E2097-2101 | AC |
| 930. | 8/13/2002 | Gustin | Hinsberger<br>Maisonet | Baguio<br>Pollock | Email series to Hinsberger re: South Pointe The Essential Situation; analyzing defects in Englewood's claims for reimbursement | E2102-2103 | AC |
| 931. | 8/13/2002 | Gustin | Hinsberger | Maisonet<br>Coleman<br>Anderson<br>Pollock<br>Baguio | Email series to Hinsberger re: Englewood Litigation Dismissed, Claims, and Closing | E2104-2110 | AC |
| 932. | 8/13/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Anderson<br>Thomas<br>Baguio<br>Pollock | Email series to Hinsberger re: Englewood Litigation Dismissed, Claims, and Closing | E2111-2116 | AC |
| 933. | 8/9/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe/Englewood DSSA: Waukegan Terrace | E2117 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 934. | 8/9/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2118-2131 | AC |
| 935. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2132-2143 | AC |
| 936. | 8/8/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Gray<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Point Towers Representation and 7/31/2002 Claims Letter | E2144-2152 | AC |
| 937. | 8/5/2002 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Thomas<br>Gray<br>Baguio<br>Patton<br>Pollock<br>Paul | Email series to Maisonet re: South Pointe motion | E2153 | AC |
| 938. | 8/5/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe motion | E2154 | WP |
| 939. | 8/5/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe motion | E2155 | WP |
| 940. | 8/5/2002 | Donatelli | Donatelli | Gustin | Email to Gustin re: South Pointe motion | E2156 | WP |
| 941. | 7/22/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Pollock<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Settlement Offer Letter | E2157-2159 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 942. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Settlement Offer Letter | E2160-2161 | AC |
| 943. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email to Hinsberger re: South Pointe Settlement Offer Letter | E2162-2163 | AC |
| 944. | 7/15/2002 | Gustin | Hinsberger | Paul<br>Ollock<br>Maisonet<br>Anderson<br>Coleman | Email series to Hinsberger re: proper means of communicating with South Pointe and Don | E2164-2166 | AC |
| 945. | 7/15/2002 | Hinsberger | Gustin | Paul<br>Donatelli<br>Pollock<br>Maisonet<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: proper means of communicating with South Pointe and Don | E2167-2168 | AC |
| 946. | 7/15/2002 | Gustin | Hinsberger | Maisonet<br>Baguio<br>Coleman<br>Pollock<br>Paul<br>Anderson | Email series to Hinsberger re: proper means of communicating with South Pointe and Don | E2169-2170 | AC |
| 947. | 7/11/2002 | Maisonet | Baguio | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Coleman | Email series to Baguio re: South Pointe status | E2171-2172 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 948. | 7/11/2002 | Baguio | Gustin<br>Maisonet<br>Hinsberger<br>Coleman<br>Paul<br>Thomas | | Email to Gustin re: South Pointe status | E2173 | WP |
| 949. | 7/10/2002 | Baguio | Donatelli | | Email to Donatelli re: South Pointe clarification | E2174 | WP |
| 950. | 7/8/2002 | Baguio | Gustin | Paul<br>Gray<br>Hinsberger<br>Thomas<br>Donatelli<br>Pollock<br>Maisonet<br>Coleman | Email to Gustin re: Letter re Sect 8 Payments | E2175 | WP |
| 951. | 7/3/2002 | Gustin | Thomas | Gray<br>Pollock<br>Baguio<br>Coleman<br>Paul<br>Maisonet<br>Hinsberger<br>Donatelli | Email to Thomas re: Letter re Sect 8 Payments | E2176 | AC |
| 952. | 7/3/2002 | Gustin | Donatelli | Hinsberger<br>Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Maisonet<br>Baguio | Email series to Donatelli re: Original HAP Contract | E2177 | WP |
| 953. | 7/2/2002 | Gustin | Thomas | Gray<br>Pollock<br>Baguio<br>Coleman<br>Paul | Email series to Thomas re: South Pointe Towers letter in preparation for status hearing | E2178-2181 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 954. | 7/2/2002 | Paul | Gustin | Gray<br>Thomas<br>Pollock<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Towers letter | E2182-2184 | AC |
| 955. | 7/2/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Baguio<br>Pollock<br>Paul<br>Coleman<br>Thomas<br>Patton | Email series to Donatelli re: South Pointe Towers: More Answers to Don's Questions | E2185-2188 | WP |
| 956. | 7/2/2002 | Hinsberger | Gustin | Donatelli<br>Baguio | Email series to Gustin re: Answers to Don's Questions | E2189-2192 | AC |
| 957. | 7/2/2002 | Gustin | Hinsberger | Donatelli<br>Baguio | Email series to Hinsberger re: Answers to Don's Questions | E2193-2196 | AC |
| 958. | 7/2/2002 | Gustin | Paul | Gray<br>Thomas<br>Pollock<br>Coleman<br>Baguio | Email series to Paul re: South Pointe Tower Letter concerning vouchers and litigation issues | E2197-2198 | AC |
| 959. | 7/1/2002 | Paul | Gustin<br>Thomas | Pollock | Email to Gustin re: South Pointe Tower Letter concerning Section 8 Billings | E2199 | AC |
| 960. | 7/2/2002 | Gustin | Donatelli | Maisonet<br>Coleman<br>Gray<br>Pollock<br>Hinsberger<br>Baguio<br>Paul<br>Simmons<br>Ellison<br>Stamps<br>Monroe<br>Merritt<br>DiPietro | Email series to Donatelli re: South Pointe Tower Visit | E2200-2201 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 961. | 6/26/2002 | Maisonet | Coleman | Paul<br>Gustin<br>Thomas<br>Pollock<br>Baguio | Email to Coleman re: South Pointe (conveying attorney direction) | E2202 | WP |
| 962. | 6/26/2002 | Coleman | Coleman | Gustin<br>Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe vouchers | E2203 | AC |
| 963. | 6/26/2002 | Gustin | Coleman | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Coleman re: South Pointe vouchers | E2204-2205 | AC |
| 964. | 6/26/2002 | Thomas | | | Email series to Gustin re: South Pointe Letter to Residents | E2206 | G |
| 965. | 6/25/2002 | Gustin | Donatelli | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Baguio | Email to Donatelli re: South Pointe HAP Extension | E2207 | WP |
| 966. | 6/24/2002 | Gustin | Hinsberger<br>Maisonet | Coleman<br>Anderson<br>Patton<br>Baguio<br>Donatelli | Email to Hinsberger re: 6/27 South Pointe Prelim Injunction Cancelled | E2208 | AC |
| 967. | 6/24/2002 | Gustin | Donatelli | Hinsberger<br>Maisonet<br>Anderson<br>Coleman<br>Baguio<br>Patton | Email to Donatelli re: South Pointe Settlement conference from Friday | E2209-2210 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 968. | 6/20/2002 | Gustin | Hinsberger<br>Maisonet<br>Anderson<br>Thomas<br>Coleman<br>Baguio | | Email to Hinsberger re: South Pointe Hearing Tuesday | E2211 | AC |
| 969. | 6/20/2002 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Coleman<br>Donatelli<br>Baguio | Email series to Hinsberger re: Email from Samuelson | E2212-2213 | AC |
| 970. | 6/19/2002 | Maisonet | Gustin | Hinsberger<br>Patton<br>Thomas<br>Donatelli<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Still Fails Physical Inspections | E2214 | AC |
| 971. | 6/19/2002 | Gustin | Donatelli | Maisonet<br>Hinsberger<br>Baguio<br>Patton<br>Coleman<br>Thomas<br>Anderson | Email series to Donatelli re: South Pointe Still Fails Physical Inspections | E2215 | WP |
| 972. | 6/19/2002 | Gustin | Weaver<br>Aiosa | Goldblatt<br>Patton<br>Jensen | Email to Weaver re: Englewood v. HUD Case No 02 C 4033 | E2216 | WP |
| 973. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: CHAC Witnesses | E2217-2219 | WP |
| 974. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Memos Regarding Appeal | E2220 | WP |
| 975. | 6/19/2002 | Gustin | Donatelli | Baguio | Email series to Donatelli re: South Pointe Memos Regarding Appeal | E2221 | WP |
| 976. | 6/19/2002 | Gustin | Donatelli | Hinsberger | Email to Donatelli re: South Pointe: | E2222-2224 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| | | | | Maisonet Coleman Thomas Anderson Baguio Patton | Settlement/Briefs/Topic Areas and Witnesses | | |
| 977. | 6/18/2002 | Gustin | Patton | Maisonet Hinsberger Baguio | Email to Patton re: South Pointe motion | E2225 | WP |
| 978. | 6/17/2004 | Gustin | Hinsberger Anderson Donatelli Wawzenski Maisonet Coleman Baguio | | Email series to Hinsberger re: South Pointe Loan App Chronology | E2226-2227 | AC |
| 979. | 6/17/2004 | Gustin | Wawzenski | Baguio Maisonet | Email to Wawzenski re: Motion Schedule | E2228 | WP |
| 980. | 6/14/2004 | Gustin | Baguio | | Email series to Baguio re: South Pointe Info In Preparation For Hearing | E2229 | WP |
| 981. | 6/12/2004 | Maisonet | Gustin | Hinsberger Patton Thomas Baguio Coleman | Email series to Gustin re: South Pointe PI Hearing | E2230 | AC |
| 982. | 6/12/2004 | Gustin | Hinsberger Maisonet | Coleman Thomas Baguio Patton | Email to Hinsberger re: South Pointe PI Hearing | E2231 | AC |
| 983. | 6/11/2004 | Gustin | Donatelli | Maisonet Hinsberger Baguio Patton Thomas Coleman | Email to Donatelli re: South Pointe Litigation | E2232-2235 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 984. | 6/11/2004 | Maisonet | Gustin | Hinsberger<br>Thomas<br>Baguio<br>Coleman | Email series to Gustin re: Use Agreement | E2236-2238 | AC |
| 985. | 6/11/2004 | Gustin | Maisonet | Hinsberger<br>Thomas<br>Maisonet<br>Coleman<br>Baguio | Email series to Maisonet re: Use Agreement | E2239-2240 | AC |
| 986. | 6/11/2004 | Gustin | Thomas | Hinsberger<br>Maisonet<br>Coleman<br>Donatelli<br>Baguio | Email series to Thomas re: Don's email about HUD Notices | E2241-2242 | AC |
| 987. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email series to Hinsberger re: PI Hearing, South Pointe | E2243 | AC |
| 988. | 6/10/2002 | Hinsberger | Gustin | Thomas<br>Coleman<br>Maisonet<br>Baguio | Email series to Gustin re: Use Agreement | E2244-2245 | AC |
| 989. | 6/10/2002 | Gustin | Hinsberger<br>Maisonet | Donatelli<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Wawzenski | Email to Hinsberger re: PI Hearing, South Pointe | E2246 | AC |
| 990. | 6/10/2002 | Gustin | Maisonet | Gray<br>Hinsberger<br>Thomas<br>Baguio<br>Coleman<br>Donatelli<br>Patton | Email to Maisonet re: South Pointe litigation | E2247-2248 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 991. | 6/10/2002 | Jensen | Gustin<br>Massouras | Paul<br>Gustin<br>Pollock<br>Baguio | Email series to Gustin re: South Pointe Complaint | E2249-2251 | WP |
| 992. | 6/7/2002 | Gustin | Maisonet<br>Hinsberger | Donatelli<br>Patton<br>Baguio<br>Thomas<br>Coleman<br>Paul<br>Pollock | Email to Maisonet re: South Pointe Towers, Chicago, IL concerning letters to Opposing Counsel | E2252 | AC |
| 993. | 6/7/2002 | Hinsberger | Gustin | Patton<br>Donatelli<br>Maisonet<br>Baguio | Email series to Gustin re: South Pointe Complaint | E2253-2255 | AC |
| 994. | 6/6/2002 | Gustin | Donatelli | Baguio<br>Maisonet<br>Hinsberger<br>Patton | Email series to Donatelli re: South Pointe Complaint | E2256-2258 | WP |
| 995. | 6/6/2002 | Gustin | Jensen | Baguio<br>Gustin<br>Paul<br>Pollock | Email series to Jensen re: South Pointe Complaint | E2259-2261 | WP |
| 996. | 6/5/2002 | Maisonet | Gustin | Paul<br>Pollock<br>Baguio | Email series to Gustin re: letter to residents | E2262-2264 | AC |
| 997. | 6/5/2002 | Maisonet | Gustin<br>Hinsberger | Baguio<br>Coleman | Email series to Gustin re: South Pointe Draft Letter concerning Potential Litigation | E2265 | AC |
| 998. | 6/5/2002 | Gustin | Maisonet | Paul<br>Pollock<br>Baguio | Email series to Maisonet re: letter to residents | E2266-2268 | AC |
| 999. | 6/5/2002 | Gustin | Maisonet | Baguio | Email to Maisonet re: South Pointe Draft Letter concerning Potential Litigation | E2269 | AC |
| 1000. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email series to Thomas re: Quick clarification concerning letters from Englewood's Counsel | E2270 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1001. | 5/29/2002 | Baguio | Thomas | Hinsberger<br>Maisonet<br>Gustin | Email to Thomas re: South Pointe update concerning letters from Englewood's Counsel | E2271 | AC |
| 1002. | 5/24/2002 | Gustin | Maisonet | Baguio | Email to Maisonet re: Draft Congressional Response Concerning South Pointe | E2272-2273 | AC |
| 1003. | 5/1/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio<br>Patton<br>Pollock<br>Paul | Email to Mayfield re: South Pointe: Draft Decision Letter | E2274 | AC |
| 1004. | 4/29/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio | Email series to Mayfield re: Follow-up on South Pointe Draft Decision Letter | E2275-2276 | AC |
| 1005. | 4/29/2002 | Mayfield | Gustin<br>Hinsberger | Maisonet<br>Baguio | Email series to Gustin re: Follow-up on South Pointe Draft Decision Letter | E2277 | AC |
| 1006. | 4/29/2002 | Gustin | Hinsberger<br>Mayfield | Maisonet<br>Baguio | Email series to Hinsberger re: Follow-up on South Pointe Draft Decision Letter | E2278 | AC |
| 1007. | 4/9/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Baguio<br>Coleman<br>Maisonet<br>Pollock<br>Paul | Email to Thomas re: South Pointe: Moving residents | E2279-2281 | AC |
| 1008. | 4/9/2002 | Thomas | Gustin | Baguio<br>Coleman<br>Gray<br>Hinsberger | Email series to Gustin re: Moving residents | E2282 | AC |
| 1009. | 3/8/2002 | Maisonet | Gustin | Paul<br>Pollock<br>Baguio | Email to Gustin re: Submission of South Pointe Appeal Package | E2283 | AC |
| 1010. | 3/8/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: Draft South Pointe Appeal Memo | E2284 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1011. | 3/8/2002 | Gustin | Maisonet | Baguio<br>Gustin | Email to Maisonet re: South Pointe Appeal Memo – revised | E2285 | AC |
| 1012. | 3/7/2002 | Gustin | Hinsberger<br>Maisonet | Thomas<br>Coleman<br>Paul<br>Baguio | Email to Hinsberger re: Draft South Pointe Appeal Memo | E2286 | AC |
| 1013. | 3/7/2002 | Gustin | Hinsberger | Coleman<br>Thomas<br>Maisonet<br>Baguio<br>Paul | Email to Hinsberger re: South Pointe synopsis | E2287 | AC |
| 1014. | 3/5/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2288 | AC |
| 1015. | 3/4/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Baguio | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2289 | AC |
| 1016. | 3/4/2002 | Gustin | Thomas<br>Hinsberger<br>Maisonet | Baguio<br>Paul | Email series to Gustin re: Abatement Letter, Excess Payment, Appeal | E2290 | AC |
| 1017. | 2/27/2002 | Miller | Gustin | Hinsberger<br>Patton<br>Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Appeal | E2291-2292 | AC |
| 1018. | 2/27/2002 | Gustin | Miller | Hinsberger<br>Thomas<br>Coleman<br>Baguio<br>Patton<br>Maisonet | Email to Miller re: South Pointe Appeal | E2293 | AC |
| 1019. | 2/26/2002 | Gustin | Maisonet | Baguio | Email series to Maisonet re: South Pointe Appeal Letter | E2294-2296 | AC |
| 1020. | 2/21/2002 | Thomas | Gustin | Baguio<br>Coleman | Email series to Gustin re: South Pointe Letter; Slip and Fall Case | E2297 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1021. | 2/20/2002 | Gustin | Thomas | Baguio<br>Coleman | Email to Thomas re: South Pointe Letter; Slip and Fall Case | E2298 | AC |
| 1022. | 2/12/2002 | Gustin | Thomas | Paul<br>Hinsberger<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Draft Letter Regarding Abatement | E2299-2300 | AC |
| 1023. | 2/12/2002 | Thomas | Gustin | Paul<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Draft Letter Regarding Abatement | E2301 | AC |
| 1024. | 2/8/2002 | Gustin | Hinsberger<br>Coleman<br>Thomas | Maisonet<br>Baguio<br>Suiter<br>Paul | Email to Hinsberger re: South Pointe Draft Letter Regarding Abatement | E2302 | AC |
| 1025. | 2/6/2002 | Gustin | Miller | Maisonet<br>Hinsberger<br>Coleman<br>Baguio | Email series to Miller re: Legal Research In Support of Draft Letter Regarding Abatement | E2303-2304 | AC |
| 1026. | 2/6/2002 | Maisonet | Miller | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Baguio<br>Coleman<br>Suiter | Email series to Gustin (inadvertently addressed to Miller) re: Legal Research In Support of Draft Letter Regarding Abatement | E2305-2306 | AC |
| 1027. | 2/6/2002 | Miller | Gustin | Paul<br>Hinsberger<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2307 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1028. | 2/6/2002 | Gustin | Hinsberger<br>Maisonet | Miller<br>Coleman<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to Hinsberger re: Legal Research In Support of Draft Letter Regarding Abatement | E2308 | AC |
| 1029. | 2/4/2002 | Maisonet | Gustin | Miller<br>Paul<br>Hinsberger<br>Thomas<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2309-2311 | AC |
| 1030. | 2/4/2002 | Gustin | Miller | Paul<br>Hinsberger<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Miller re: Legal Research In Support of Draft Letter Regarding Abatement | E2312-2314 | AC |
| 1031. | 2/4/2002 | Maisonet | Miller | Paul<br>Hinsberger<br>Gustin<br>Thomas<br>Baguio<br>Coleman<br>Spearmon | Email series to Miller re: South Pointe Draft Letter Regarding Abatement | E2315-2317 | AC |
| 1032. | 2/4/2002 | Miller | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Spearmon | Email series to Gustin re: Legal Research In Support of Draft Letter Regarding Abatement | E2318-2319 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1033. | 1/29/2002 | Gustin | Hinsberger | Miller<br>Paul<br>Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Spearmon | Email to Hinsberger re: Legal Research In Support of Draft Letter Regarding Abatement | E2320-2321 | AC |
| 1034. | 1/29/2002 | Gustin | Thomas | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Section 8 Billing | E2322-2323 | AC |
| 1035. | 1/29/2002 | Thomas | Gustin | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Gustin re: South Pointe Section 8 Billing | E2324-2325 | AC |
| 1036. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management; Need for Communication to be Conducted Through Counsel | E2326 | AC |
| 1037. | 1/29/2002 | Gustin | Thomas | Gray<br>Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Thomas re: PM One Management; Need for Communication to be Conducted Through Counsel | E2327 | AC |
| 1038. | 1/29/2002 | Gustin | Thomas | Paul<br>Gray<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Thomas re: South Pointe Section 8 Billing | E2328-2329 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1039. | 1/29/2002 | Thomas | Gustin<br>Baguio<br>Maisonet | Coleman<br>Gray<br>Hinsberger | Email to Gustin re: Questions From PM One Management's Attorney | E2330 | AC |
| 1040. | 1/25/2002 | Hinsberger | Gustin | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Miller<br>Spearmon | Email series to Gustin re: South Pointe Letter Concerning Affirmance | E2331 | AC |
| 1041. | 1/25/2002 | Gustin | Hinsberger | Coleman<br>Maisonet<br>Thomas<br>Suiter<br>Paul<br>Baguio | Email to Hinsberger re: South Pointe Letter Concerning Affirmance | E2332 | AC |
| 1042. | 1/11/2002 | Maisonet | Gustin | Hinsberger<br>Patton<br>Donatelli<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe Towers Apartments/HUD Appeal | E2333-2335 | AC |
| 1043. | 1/11/2002 | Gustin | Maisonet<br>Baguio | Coleman<br>Hinsberger<br>Patton<br>Donatelli | Email series to Maisonet re: South Pointe Towers Apartments/HUD Appeal | E2336-2337 | AC |
| 1044. | 1/11/2002 | Hinsberger | Maisonet<br>Gustin<br>Baguio<br>Coleman | | Email series to Gustin re: South Pointe Towers Apartments/HUD Appeal | E2338-2339 | AC |
| 1045. | 1/7/2002 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman | Email series to Hinsberger re: IHDA Donor Tax Credit | E2340-2341 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1046. | 1/4/2002 | Hinsberger | Gustin | Paul<br>Maisonet<br>Baguio<br>Suiter<br>Coleman<br>Thomas | Email series to Gustin re: Draft South Pointe Letter | E2342 | AC |
| 1047. | 1/4/2002 | Gustin | | | Email to Hinsberger re: Draft South Pointe Letter | E2343 | G |
| 1048. | 1/3/2002 | Gustin | Hinsberger | Paul<br>Thomas<br>Maisonet<br>Baguio<br>Suiter<br>Coleman | Email series to Hinsberger re: South Pointe Defensive Litigation Dismissed | E2344-2345 | AC |
| 1049. | 1/3/2002 | Hinsberger | Gustin | Paul<br>Patton<br>Thomas<br>Czauski<br>Donatelli<br>Maisonet<br>Baguio<br>Suiter<br>Roman<br>Coleman | Email series to Gustin re: South Pointe Defensive Litigation Dismissed | E2346 | AC |
| 1050. | 1/3/2002 | Gustin | Hinsberger | Patton<br>Baguio<br>Suiter<br>Paul<br>Thomas<br>Coleman<br>Maisonet<br>Roman<br>Donatelli<br>Czauki | Email to Hinsberger re: South Pointe Defensive Litigation Dismissed | E2347 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1051. | 12/9/2003 | Anderson | Geary | Hinsberger<br>Gustin<br>Donis<br>Baguio<br>Coleman | Email series to Geary re: South Pointe/New Englewood Terrace Letter (OIG investigation) | E2348 | W |
| 1052. | 1/28/2000 | Gustin<br>Baguio | | | Concurrence page | E2349 | G |
| 1053. | 3/11/2004 | Akhtar | Hinsberger | | Memo to Hinsberger re: Scheduled Investigation (OIG investigation) | E2350 | W |
| *1054.* | | | | | *Blank: document produced* | *E2351-2352* | *Produced* |
| 1055. | 6/19/2002 | Gustin | Hinsberger | | Email to Hinsberger re: South Pointe: Settlement/Briefs/Topic Areas and Witnesses | E2353 | AC |
| 1056. | 1/14/2002 | Gustin | Hinsberger | Coleman<br>Baguio<br>Thomas<br>Suiter<br>Paul<br>Maisonet<br>Patton<br>Donatelli | Email to Hinsberger re: South Pointe Towers Appeal Letter | E2354 | AC |
| 1057. | 12/2/2003 | Hinsberger | Gustin | Anderson<br>Coleman | Email series to Gustin re: NET, Clients and Lawyers | E2355-2356 | AC |
| 1058. | 11/07/2001 | Baguio | Gustin | | Email to Gustin re: South Pointe Litigation Assignments | E2357 | WP |
| 1059. | 10/25/2001 | Baguio | Paul | | Email series to Paul re: South Pointe Litigation Assignments | E2358 | AC |
| 1060. | 10/23/2001 | Baguio | Patton | | Email to Patton re: South Pointe revised Draft Letter; Protecting Tenants | E2359 | WP |
| 1061. | 10/23/2001 | Baguio | Hinsberger | | Email to Hinsberger re: South Pointe photos; Message for Peter Silverman | E2360 | AC |
| 1062. | 10/04/2004 | Baguio | Gustin | | Email to Gustin re: IG and NET | E2361 | W |
| 1063. | 10/04/2004 | Gustin | Baguio | | Email to Baguio re: South Pointe update on receiver action | E2362-22364 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1064. | 09/24/2004 | Gustin | Minor | Baguio | Email to Minor re: HUD Contract No. IL06-E000-034; Need For Communications To Occur Between Counsel | E2365-2366 | O |
| 1065. | 09/24/2004 | Minor | Gustin | | Email to Gustin Forwarding Letters From Samuelson re: HUD Contract No. IL06-E000-034 | E2367 | G |
| 1066. | 11/27/2001 | Thomas | Gustin | Hinsberger<br>Maisonet<br>Baguio<br>Coleman | Email series to Gustin re: South Pointe DEC Review Follow Up | E2368-2372 | AC |
| 1067. | 8/24/2004 | Anderson | Salvati | Gustin<br>Pollock<br>Baguio | Email to Salvati re: Englewood Terrace LP (OIG investigation) | E2373 | W |
| 1068. | 8/13/2004 | Thomas | Baguio | | Email to Baguio re: 2530 flag letter for NET (South Pointe) | E2374 | AC |
| 1069. | 8/12/2004 | Patsios | Baguio | Akhtar | Email to Baguio re: New Englewood Terrace | E2375 | W |
| 1070. | 7/28/2004 | Gustin | Pollock<br>Salvati<br>Baguio | | Email to Pollock re: OIG-DSSA | E2376 | AC |
| 1071. | 7/27/2004 | Braggs | Gustin<br>Hinsberger | Braggs<br>Miller<br>Golrick<br>Anderson<br>Pompa<br>Stark<br>Patton<br>Baguio<br>Pollock<br>Minor | Email to Gustin re: South Pointe Assignment | E2377-2378 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1072. | 7/27/2004 | Gustin | Hinsberger | Braggs<br>Miller<br>Golrick<br>Anderson<br>Pompa<br>Stark<br>Baguio<br>Pollock<br>Minor | E-mail to Hinsberger re: South Pointe Assignment | E2379-2380 | O |
| 1073. | 7/6/2004 | Gustin | Thomas | Gray<br>Coleman<br>Ries<br>Baguio | E-mail to Thomas re: South Pointe Tower Notification For Non-Filer | E2381 | AC |
| 1074. | 6/30/2004 | Strobel | Baguio | Strobel<br>Duncan | E-mail series to Baguio re: surplus cash | E2382-2383 | O |
| 1075. | 6/30/2004 | Strobel | Baguio | | E-mail to Baguio re: surplus cash | E2384 | O |
| 1076. | 6/18/2004 | Gustin | Massouras<br>Patton | Baguio | E-mail to Massouras re: Mechanics Lien | E2385-2389 | O |
| 1077. | 6/18/2004 | Gustin | Anderson | Cravitz<br>Miller<br>Bridges<br>Hesselton<br>Hinsberger<br>Bolton<br>Smith<br>Anderson<br>Bridges<br>Baguio | E-mail series to Anderson re: South Pointe Construction | E2390-2392 | O |
| 1078. | 6/17/2004 | Gustin | Berkec | Baguio | E-mail to Berkec re: 071-35696, South Pointe | E2393-2394 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1079. | 6/17/2004 | Gustin | Maisonet<br>Elson | Baguio | E-mail to Maisonet and ORC Counsel Elson re: Question. | E2395 | O |
| 1080. | 6/16/2004 | Gustin | Hinsberger | Baguio | E-mail from Hinsberger re: Proposed Use of Remaining Loan Funds | E2396-2397 | O |
| 1081. | 6/16/2004 | Hinsberger | Gustin<br>Baguio | | E-mail to Gustin re: Proposed Use of Remaining Loan Funds | E2398-2399 | O |
| 1082. | 6/4/2004 | Gustin | Baguio | | E-mail to Baguio re: South Pointe MIP argument | E2400 | O |
| 1083. | 7/27/2004 | Gustin | Baguio<br>Pollock | Hinsberger | E-mail to Baguio re: South Pointe Towers/New Englewood Terrace | E2401 | O |
| 1084. | 10/29/2001 | Gustin | | | Handwritten Outline re: District Court Litigation | E2402-2403 | WP |
| 1085. | 7/2/1999 | Gustin | | | Handwritten Meeting Notes re: Violent Crime Division | E2404-2405 | WP |
| 1086. | 4/9/1999 | Harris | | | Attorney Handwritten Meeting Notes re: Litigation Strategy | E2406-2409 | WP |
| 1087. | 10/27/1999 | Kiening | Gustin<br>Zale | | Email series to Gustin re: Copy of South Pointe Towers Final Team Report | E2410 | AC |
| 1088. | 10/27/1999 | Gustin | Zale<br>Kiening | | Email series to Zale re: Copy of South Pointe Towers Final Team Report | E2411 | AC |
| 1089. | 10/26/1999 | Kiening | Gustin<br>Zale | | Email series to Gustin re: South Pointe Towers Referral Recommendation | E2412 | AC |
| 1090. | 10/26/1999 | Gustin | Zale | Kiening | Email series to Gustin re: South Pointe Towers Referral Recommendation | E2413 | AC |
| 1091. | 10/26/1999 | Zale | | | Email series to Kiening re: South Pointe Towers Enforcement Recommendations | E2414 | G |
| 1092. | 9/9/1999 | Ross | Martin | Suiter<br>Gustin<br>Kiening | Email series to Martin re: Comments Regarding Pinnacle Report | E2415-2418 | AC |
| 1093. | 7/2/1999 | Gustin | Batchelor | Kiening | Email to Batchelor re: South Pointe Towers Follow up to Meeting concerning Incumbency | E2419 | AC |
| 1094. | Circa 10/1999 | Batchelor | | | Draft Initial Report with Attorney Harris' handwritten edits | E2420-2431 | WP |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1095. | 8/5/2002 | Gustin | Maisonet<br>Hinsberger | Coleman<br>Thomas<br>Gray<br>Baguio<br>Patton<br>Pollock<br>Paul | Email series to Maisonet re: South Pointe: Motion | E2432 | AC |
| 1096. | 7/31/2002 | Gustin | Thomas | Paul<br>Gray<br>Hinsberger<br>Pollock<br>Maisonet<br>Coleman | Email series to Thomas re: South Pointe Settlement Letter Response | E2433 | AC |
| 1097. | 7/22/2002 | Maisonet | Gustin | Paul<br>Hinsberger<br>Thomas<br>Pollock<br>Baguio<br>Anderson<br>Coleman | Email series to Gustin re: South Pointe Settlement Offer Letter | E2434-2436 | AC |
| 1098. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio | Email series to Hinsberger re: South Pointe Settlement Offer Letter | E2437-2438 | AC |
| 1099. | 7/19/2002 | Gustin | Hinsberger<br>Maisonet | Anderson<br>Coleman<br>Thomas<br>Pollock<br>Paul<br>Baguio<br>Donatelli | Email to Hinsberger re: South Pointe Settlement Offer Letter | E2439-2440 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1100. | 7/2/2002 | Gustin | Thomas | Gray<br>Thomas<br>Pollock<br>Baguio<br>Coleman<br>Paul | Email series to Thomas re: South Pointe Towers Letter In Preparation for Hearing | E2441-2444 | AC |
| 1101. | 6/27/2002 | Gustin | Thomas | Coleman<br>Anderson<br>Hinsberger<br>Maisonet<br>Paul<br>Pollock<br>Donatelli | Email to Thomas re: South Pointe Notice; Questions | E2445 | AC |
| 1102. | 6/26/2002 | Coleman | Gustin | Paul<br>Thomas<br>Pollock<br>Maisonet<br>Baguio | Email series to Gustin re: Draft South Pointe Voucher Letter | E2446 | AC |
| 1103. | 6/24/2002 | Maisonet | Paul<br>Pollock | | Email series to Paul re: South Pointe Settlement Conference from Friday | E2447-2448 | WP/AC |
| 1104. | 6/7/2002 | Gustin | Maisonet<br>Hinsberger | Donatelli<br>Patton<br>Baguio<br>Thomas<br>Coleman<br>Paul<br>Pollock | Email to Maisonet re: South Pointe Towers Letters to Opposing Counsel | E2449 | AC |
| 1105. | 5/1/2002 | Gustin | Mayfield | Hinsberger<br>Maisonet<br>Baguio<br>Patton<br>Pollock<br>Paul | Email to Mayfield re: South Pointe: Draft Decision Letter | E2450 | AC |
| 1106. | 3/28/2002 | Gustin | Thomas | Coleman<br>Hinsberger<br>Paul<br>Pollock | Email to Thomas re: South Pointe Housing Court | E2451 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1107. | 8/26/2004 | Salvati | Anderson | | Email series to Anderson re: Englewood Terrace LP Ownership Structure | E2452 | W |
| 1108. | 6/18/2004 | Baguio | Salvati | | Email series to Salvati re: South Pointe – MIP | E2453 | O |
| 1109. | 5/18/2004 | Miller | Hinsberger | Braggs<br>Wilson<br>Minor<br>Patton<br>Gustin<br>Bolton<br>Pollock<br>Salvati<br>Golrick<br>Donis<br>Maisonet<br>Baguio<br>Anderson<br>Pampa | Email to Hinsberger re: South Pointe/Englewood Terrace FHA # 071-35696 | E2454-2456 | O |
| 1110. | 2/10/2000 | Massman | Suiter<br>Harris | Goldblatt<br>Christopher<br>Jones | Email to Suiter re: HQ Legal Review of South Pointe Towers Final Team Report | E2457 | AC |
| 1111. | 12/17/2003 | Salvati | Bruce<br>Pollock | | Email series to Bruce re: New Englewood Terrace; Items Needed for Financial Review | E2458-2459 | W |
| 1112. | 12/10/2003 | Berkec | Salvati | | Email to Salvati re: Unofficial South Pointe write-up | E2460 | WP |
| 1113. | 8/12/2002 | Hinsberger | Maisonet | Gustin<br>Maisonet<br>Baguio | Email series to Maisonet re: South Pointe Closing Documents | E2461 | AC |
| 1114. | 8/7/2002 | Hinsberger | Gustin | Thomas<br>Maisonet<br>Coleman | Email series to Gustin re: South Pointe Towers Representation and 7/31/2002 Claims Letter | E2462-2464 | AC |
| 1115. | 7/22/2002 | Hinsberger | Gustin | Maisonet | Email series to Gustin re: South Pointe Settlement Offer Letter | E2465-2467 | AC |
| 1116. | 6/21/2002 | Hinsberger | Coleman | Gustin<br>Maisonet<br>Baguio<br>Anderson | Email series to Coleman re: Draft HAP Extension Letter | E2468-2469 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1117. | 6/21/2002 | Coleman | Hinsberger | Gustin<br>Maisonet<br>Baguio<br>Anderson | Email series to Coleman re: Draft HAP Extension Letter | E2470-2471 | AC |
| 1118. | 6/21/2002 | Hinsberger | Anderson | Gustin<br>Maisonet<br>Baguio<br>Coleman<br>Maisonet | Email series to Anderson re: Email series to Coleman re: Draft HAP Extension Letter | E2472 | AC |
| 1119. | 6/18/2002 | Gustin | Patton | Maisonet<br>Hinsberger<br>Baguio | Email to Patton re: Transfer of South Pointe Case | E2473 | WP |
| 1120. | 6/14/2002 | Gustin | Coleman | Hinsberger<br>Thomas<br>Maisonet<br>Anderson | Email series to Coleman re: South Pointe Flag Appeal | E2474-2475 | AC |
| 1121. | 6/14/2002 | Hinsberger | Gustin | Thomas<br>Maisonet<br>Coleman<br>Anderson | Email series to Gustin re: South Pointe Chronology in Preparation for Hearing | E2476 | AC |
| 1122. | 5/2/2002 | Gustin | Mayfield | Maisonet<br>Hinsberger | Email series to Mayfield re: South Pointe Draft Decision Letter | E2477 | AC |
| 1123. | 3/7/2002 | Gustin | Hinsberger<br>Maisonet | Thomas<br>Coleman<br>Paul<br>Baguio | Email to Hinsberger re: South Pointe Appeal | E2478 | AC |
| 1124. | 3/7/2002 | Gustin | Hinsberger | Coleman<br>Thomas<br>Maisonet<br>Baguio<br>Paul | Email to Hinsberger re: South Pointe Synopsis of Events Before Lawsuit | E2479 | AC |
| 1125. | 12/19/2001 | Hinsberger | Gustin | Maisonet<br>Baguio<br>Walker<br>Anderson | Email series to Gustin re: Management Agreements | E2480-4282 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1126. | 12/5/2001 | Gustin | Hinsberger | Thomas<br>Maisonet<br>Baguio<br>Coleman<br>Suiter<br>Paul | Email series to Hinsberger re: South Pointe Potential Settlement | E2483-2484 | AC |
| 1127. | 10/12/2001 | Gustin | Hinsberger | Maisonet<br>Baguio | Email series to Hinsberger re: South Pointe vouchers | E2485 | AC |
| 1128. | 6/2004 | Gustin | | | Draft Memoranda for Geary re: OIG Referral | E2486-2569 | W |
| 1129. | 12/19/2003 | Pollock | Bruce | | Email series to Bruce re: Englewood Draft Motion | E2570-2584 | AC |
| 1130. | 12/19/2003 | Gustin | Pollock<br>Salvati | Hinsberger<br>Anderson<br>Coleman<br>Baguio | Email series to Pollock re: Englewood Draft Motion | E2585-2599 | AC |
| 1131. | 12/17/2004 | Pompa | Gustin | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock<br>Braggs<br>Pompa | Email series to Gustin re: New Englewood Terrace/South Pointe Loan Assignment Process | E2600-2601 | O |
| 1132. | 8/16/2004 | Gustin | Braggs | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock | Email series to Braggs re: New Englewood Terrace/South Pointe Loan Assignment Process | E2602 | O |
| 1133. | 8/12/2004 | Suiter | Pollock | | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2603-2604 | AC |
| 1134. | 8/12/2004 | Pollock | Suiter | Baguio<br>Gustin<br>Salvati | Email series to Suiter re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2605-2606 | AC |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1135. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2607 | AC |
| 1136. | 8/11/2004 | Pollock | Gustin | Baguio | Email to Gustin re: New Englewood Terrace/South Pointe | E2608 | W |
| 1137. | 8/17/2004 | Pompa | Gustin | Stark<br>Baguio<br>Patton<br>Hinsberger<br>Anderson<br>Suiter<br>Pollock<br>Braggs<br>Pompa | Email series to Gustin re: New Englewood Terrace/South Pointe Litigation Strategy | E2609-2610 | AC |
| 1138. | 8/12/2004 | Gustin | Pollock | Baguio<br>Suiter<br>Berkec<br>Donis<br>Hinsberger<br>Patton | Email series to Pollock re: South Pointe a/k/a New Englewood Terrace Trial Preparation | E2611 | W |
| 1139. | 6/4/2004 | Pollock | Gustin | | Email series to Gustin re: South Pointe cost certification issues | E2612-2614 | O |
| 1140. | 5/19/2004 | Baguio | Pollock | | Email series to Pollock re: South Pointe Assignment Issues | E2615-2616 | O |
| 1141. | 8/18/2004 | Baguio | Pollock | | Email series to Pollock re: South Pointe MIP memo | E2617 | O |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| 1142. | 4/30/2004 | Gustin | Strobel | Baguio<br>Pollock | Email series to Strobel re: Project No. 071-35696 South Pointe Tower | E2618-2619 | O |
| 1143. | 5/18/2004 | Miller | Hinsberger | Braggs<br>Wilson<br>Minor<br>Patton<br>Gustin<br>Bolton<br>Pollock<br>Salvati<br>Golrick<br>Donis<br>Maisonet<br>Baguio<br>Anderson<br>Pompa | Email series to Hinsberger re: South Pointe/Englewood Terrace FHA # 071-35696 | E2620-2622 | O |
| 1144. | 8/30/2004 | Gustin | Hinsberger<br>Thomas | Coleman<br>Patton<br>Donis<br>Berkec | Email series to Hinsberger re: South Pointe Response to the Complaint | E2623 | AC |
| 1145. | Undated | Suiter | | | S. Pointe Mortgage Chronology | E2624-2628 | O |
| 1146. | 11/2/2001 | Bishop | | | Draft Memo to Troutman re: South Point Towers Litigation | E2629-2630 | WP |
| 1147. | 3/8/2002 | Hinsberger<br>Maisonet | | | Draft Memo to Mayfield re: South Pointe Towers Appeal | E2631-2641 | WP |
| 1148. | 11/27/2001 | Gustin | | | Draft Memo to Fisher re: South Pointe Towers Litigation | E2642-2643 | WP |
| 1149. | 03/2001 | Maisonet | | | Draft Affidavit of Margarita Maisonet, | E2644-2646 | WP |
| 1150. | 11/28/2001 | Gustin | | | Draft Memo to Fisher re: South Pointe Towers Litigation | E2647-2648 | WP |
| 1151. | 3/xx/2002 | Hinsberger | | | Draft Memo to Mayfield re: South Point Towers Apts. | E2649-2654 | |

| | Date | Author | Recipient | CC: | Subject | Bates Stamp | Basis for Obj/Priv |
|---|---|---|---|---|---|---|---|
| | | Maisonet | | | Chicago, Illinois, HAP CONTRACT NON-RENEWAL/TERMINATION APPEAL, w/enclosure | | |