# EXHIBIT

# B

approximately one month. >>

Ed:

Are all of the relevant parties - Hayes, CIC and Chevron - officially aware and in writing that it your intention not to renew the South Pointe HAP contract in September and to issue vouchers to residents?

If they are that will accellerate my purchase and partnership negotiations.

Could you provide me with copies of the materials you have sent to them? If you need clearance from John Hayes to provide me with these materials, I'm sure he will provide it promptly.

Don

----- Forwarded by Gregory G. Gustin/DEC/CHI/HUD on 10/11/01 11:58 AM -----

**Edward Hinsberger**
10/11/01 09:41 AM

To: Gregory G. Gustin/DEC/CHI/HUD@HUD
cc:
Subject: Re: Initial Review of South Pointe Tower Proposal

Greg,
This is an interesting one which clearly shows that they know we were proceeding to abate.
----- Forwarded by Edward Hinsberger/HSNG/CHI/HUD on 10/11/01 09:46 AM -----

**DSSA310@aol.com**
08/07/01 08:03 AM

To: Edward_Hinsberger@hud.gov
cc: Veronica_Coleman@hud.gov, Alcrav@aol.com
Subject: Re: Initial Review of South Pointe Tower Proposal

In a message dated 08/06/2001 3:02:59 PM Central Daylight Time, Edward_Hinsberger@HUD.GOV writes:

<< Keep in mind that we have held off taking
action on what initially was supposed to be for one week, while you gathered the necessary documentation. In actuality we held off for approximately one month. >>

Ed:

Are all of the relevant parties - Hayes, CIC and Chevron - officially aware and in writing that it your intention not to renew the South Pointe HAP contract in September and to issue vouchers to residents?

If they are that will accellerate my purchase and partnership negotiations.

Could you provide me with copies of the materials you have sent to them? If you need clearance from John Hayes to provide me with these materials, I'm sure he will provide it promptly.

**Edward Hinsberger**
10/11/2001 09:41 AM

To: Gregory G. Gustin/DEC/CHI/HUD@HUD
cc:
Subject: Re: Initial Review of South Pointe Tower Proposal

Greg,
This is an interesting one which clearly shows that they know we were proceeding to abate.
----- Forwarded by Edward Hinsberger/HSNG/CHI/HUD on 10/11/01 09:46 AM -----



**DSSA310@aol.com**
08/07/01 08:03 AM

To: Edward_Hinsberger@hud.gov
cc: Veronica_Coleman@hud.gov, Alcrav@aol.com
Subject: Re: Initial Review of South Pointe Tower Proposal

In a message dated 08/06/2001 3:02:59 PM Central Daylight Time, Edward_Hinsberger@HUD.GOV writes:

<< Keep in mind that we have held off taking action on what initially was supposed to be for one week, while you gathered the necessary documentation. In actuality we held off for approximately one month. >>

Ed:

Are all of the relevant parties - Hayes, CIC and Chevron - officially aware and in writing that it your intention not to renew the South Pointe HAP contract in September and to issue vouchers to residents?

If they are that will accellerate my purchase and partnership negotiations.

Could you provide me with copies of the materials you have sent to them? If you need clearance from John Hayes to provide me with these materials, I'm sure he will provide it promptly.

Don