# EXHIBIT

# D

**Margarita Maisonet**
Sent by: Margarita Maisonet

10/25/01 01:51 PM

To: Ernestine D. Gray/DEC/CHI/HUD@HUD, Melody J. Thomas/DEC/CHI/HUD@HUD
cc: Catherine E. Paul/DEC/CHI/HUD@HUD, Sandra H. Suiter/DEC/CHI/HUD@HUD, Gregory G. Gustin/DEC/CHI/HUD@HUD, Maria T. Baguio/DEC/CHI/HUD@HUD
Subject: Southpointe Apts.

Ernestine/Melody: Please assign this re-referral to Cathy Paul.

Cathy, please update an amended FTR to show last actions taken. I think Maria has a file with some docs she recently got from MF. Let me know if you have any questions.

Thanks.

Margie

----- Forwarded by Margarita Maisonet/DEC/CHI/HUD on 10/25/01 01:55 PM -----

**Edward Hinsberger**

10/23/01 10:02 AM

To: Margarita Maisonet/DEC/CHI/HUD@HUD, Maria T. Baguio/DEC/CHI/HUD@HUD, Gregory G. Gustin/DEC/CHI/HUD@HUD
cc: Veronica Coleman/HSNG/CHI/HUD@HUD, Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD
Subject: Southpointe Apts.

As I mentioned to you, I conferred with Bev Miller on Friday, October 19th. I discussed the proposal of partial project based Sec. 8 for those residents who might want to remain at the project. Ms. Miller did not support that concept and indicated, what we have been saying to Mr. Hayes and Mr. Samuelson, that if residents want to stay and their units meet HQS, then they can use their vouchers at the project. Since we are proceeding with the abatement of the Sec. 8, and to allow for the continuation of the DEC involvement with this case, I am referring this case back to the DEC.

**Edward Hinsberger**
10/23/01 03:17 PM

To: Maria T. Baguio/DEC/CHI/HUD@HUD
cc: Gregory G. Gustin/DEC/CHI/HUD@HUD
Subject: Re: South Pointe Tower

Maria,
I had Ray Etzkorn look at the submission that I got yesterday from Don Samuelson. They are still missing the cost analysis. Should I be letting Don or the mortgagee know that the info is still deficient? This is what we would do in a normal situation. This has to do with the new fha insurance and not Hayes or his issues.
----- Forwarded by Edward Hinsberger/HSNG/CHI/HUD on 10/23/01 03:20 PM -----

**Raymond L Etzkorn**
10/23/01 02:59 PM

To: Maggie O'Connor/HSNG/CHI/HUD@HUD, Edward Hinsberger/HSNG/CHI/HUD@HUD
cc: Kathy McMahon/HSNG/CHI/HUD@HUD
Subject: Re: South Pointe Tower

Maggie,

I reviewed the package submitted by DSSA. The scope of work is more complete than their earlier submission.
However, they still have not responded to our request for an independant cost analysis. This must be submitted in the same format as the HUD-Form -2328 (Contractor's and Mortgagor's Cost Breakdown). Attached below is the e-mail I sent to you on 10/03/01.

Thanks, Ray
Raymond L Etzkorn

**Raymond L Etzkorn**
10/03/01 02:33 PM

To: Maggie O'Connor/HSNG/CHI/HUD, Kathy McMahon/HSNG/CHI/HUD
cc:
Subject: South Pointe Tower

Maggie,

We are still missing the independent cost analysis.

Thanks, Ray