# EXHIBIT
# E



Margarita Maisonet
Sent by: Margarita Maisonet

06/19/02 05:21 PM

To: Gregory G. Gustin/DEC/CHI/HUD@HUD
cc: Edward Hinsberger/HSNG/CHI/HUD@HUD, Geoffrey L. Patton/DEC/HHQ/HUD@HUD, Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, jack.donatelli@usdoj.gov, Maria T. Baguio/DEC/CHI/HUD@HUD, Mary Anderson/HSNG/CHI/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD
Subject: Re: South Pointe Still Fails Physical Inspections

All:

I have since confirmed w/Multifamily that the 53 units make up the entire universe of units inspected at the property by CHAC.

Margie
Gregory G. Gustin

Gregory G. Gustin

06/19/02 05:13 PM

To: jack.donatelli@usdoj.gov
cc: Margarita Maisonet/DEC/CHI/HUD@HUD, Edward Hinsberger/HSNG/CHI/HUD@HUD, Maria T. Baguio/DEC/CHI/HUD@HUD, Geoffrey L. Patton/DEC/HHQ/HUD@HUD, Veronica Coleman/HSNG/CHI/HUD@HUD, Gwendolyn X. Thomas/HSNG/CHI/HUD@HUD, Mary Anderson/HSNG/CHI/HUD@HUD
Subject: [redacted]

[redacted]

----- Forwarded by Gregory G. Gustin/DEC/CHI/HUD on 06/19/02 05:10 PM -----



Margarita Maisonet
Sent by: Margarita Maisonet

06/19/02 04:50 PM

To: Gregory G. Gustin/DEC/CHI/HUD@HUD
cc:
Subject: Update on Inspections

Greg,

Gwen called me and relayed a voice mail message she had from Tyra Tunstill of CHAC. Per Tyra's voice mail, 15 of 53 units inspected at South Pointe have passed inspection. My understanding is that these were the inspections done last week. Initially, I thought the count of 15 didn't include the 2 that previously passed (when 17 units were inspected) but upon reflection, I guess they could be included in the count.

Margie