# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: December 14, 2006**

## O R D E R

As ordered at the December 6, 2006 conference, the parties were to submit a revised witness list on or before **Wednesday, December 13, 2006** that excluded those witnesses who will not be called to testify and revised approximations of the amount of time needed for direct and cross examinations. The court is in receipt of defendant's revised witness list, dated December 13, 2006. To date, however, the court has not received plaintiff's revised witness list. Plaintiff is **ORDERED** to file a revised witness list immediately, together with an explanation for why it was not received on time. As the trial date is rapidly approaching, the court expects counsel to submit all future documents on the date ordered by the court in order to keep the trial schedule.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**