**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **(Judge Marian Blank Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>PLAINTIFF'S WITNESS LIST</u>**

Pursuant to Rule 15(a) of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), and this Court's Orders of December 14, 2006, Englewood respectfully submits the following witness list. During the course of discussion during the December 6, 2006 Pretrial Conference, Plaintiff understood the Court to have allowed Plaintiff until December 27, 2006 to coordinate with Defendant HUD regarding a Joint Witness List, thereby allowing time to contact Ray Etzkorn, a retired HUD employee who now resides in the Chicago metropolitan area. As demonstrated by the first page of Defendant's Witness List, HUD shared Plaintiff's understanding regarding the deadlines for the parties' Joint Witness List.

Counsel for Plaintiff spoke with Mr. Etzkorn this morning, and has removed Mr. Etzkorn's name from its witness list. In the event that HUD elicits testimony regarding Mr. Etzkorn's observations of South Pointe at trial, Englewood may need to call Mr. Etzkorn as a rebuttal witness at trial.

**I. <u>Englewood expects to call the following witnesses at trial</u>**:

1. **<u>Freddie Batchelor</u>**:
9615 South Kedzie
Evergreen Park, Illinois 60808

Ms. Batchelor may testify regarding her experience in public housing and as an employee of the Department of Housing and Urban Development ("HUD") and its Departmental Enforcement Center ("DEC"); her experience with the South Pointe building and the management and owners of Englewood; contacts between the management and owners of Englewood and other HUD officials; the contract between Englewood and HUD; HUD's decision-making procedures and customs regarding the review of its housing projects; HUD's procedures and customs regarding the creation, termination and abatement of Section 8 contracts; Englewood's plan and efforts to renovate the South Pointe building in response to the 1997 REAC Report; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; and the condition of the South Pointe building. Estimated time for examination[1] is 3 hours.

**2.** **Veronica Coleman**
Director of Project Management
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Ms. Coleman as an adverse witness regarding her experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant

[1]Englewood's estimates of time for examination include both direct and cross-examination by Englewood and HUD.

vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD headquarter's efforts to determine whether HUD Chicago had acted properly in the termination of Englewood's HAP Contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 2 hours.

**3.** **<u>Ted Dunaj</u>**:
Architect
55 West Monroe Street
Chicago, Illinois

Mr. Dunaj, an architect who developed plans for the rehabilitation of the South Pointe building, may testify regarding his experience with the South Pointe building, the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the physical condition of the systems, common areas and units of South Pointe; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; and the condition of the South Pointe building. Estimated time for examination is 1 and one-half hours.

**4.** **<u>John J. Hayes</u>**:
First Realty Development Group

950 Corporate Office Drive, Suite 200
Milford, Michigan 48381

Mr. Hayes, the former general partner of Englewood, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**5.** **Edward Hinsberger**:
Director
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Mr. Hinsberger, Hub Director for Region 5 of the HUD Office of Multifamily Housing, in Chicago, Illinois, as an adverse witness regarding his experience with the South Pointe building; contacts between the management and owners of

Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs, notices of default issued to Englewood; the legal basis for the issuance of vouchers; the termination, non-renewal and abatement of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

**6.** **Margarita Maisonet**:
U.S. Department of Housing and Urban Development
451 7th Street SW
Washington, DC 20410

Englewood may call Ms. Maisonet, the Director of HUD's Departmental Enforcement Center, as an adverse witness regarding her experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to

mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

7. **<u>Don Samuelson</u>**:
DSSA Management, Inc.
5901 North Cicero Avenue, Suite 300
Chicago, Illinois 60646

Mr. Samuelson may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's comprehensive plan to rehabilitate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

**8.** **<u>Carl Sanders</u>**:
206 Dogwood Street
Park Forest, Illinois 60466-1823

Mr. Sanders, the area property manager for Englewood with responsibility for the South Pointe building, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's efforts to respond to HUD inspections; Englewood's various plans to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

**9.** **<u>Gwendolyn Thomas</u>**:
Housing Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Ms. Thomas, a project manager at the Chicago Office of Multifamily Housing, as an adverse witness regarding her experience with the South Pointe building; the filing and reporting practices with respect to hard copy, REMS, and imaged files; redelegations of authority given by Hinsberger; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

Respectfully submitted,

s/Peter V. Baugher

PETER V. BAUGHER
WILLIAM B. BERNDT
Schopf & Weiss, LLP
312 West Randolph Street, Suite 300
Chicago, Illinois 60606-1720
(312) 701-9300
(312) 701-9335 - Fax

**CERTIFICATE OF FILING**

I hereby certify that on December 18, 2006, a copy of the foregoing **PLAINTIFF'S WITNESS LIST** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Peter V. Baugher
Peter V. Baugher