# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2209C**<br>**Filed: December 19, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a telephone conference with the parties in the above-captioned case on December 18, 2006 to discuss the plaintiff's failure to submit a revised witness list on the date ordered by the court. Because the trial date is rapidly approaching, the court expects counsel to submit all future documents on the date ordered by the court. Due to plaintiff's claimed confusion regarding the dates ordered for filings, the court restates the deadlines established at the December 6, 2006 status conference below.

As previously ordered, the parties shall work together to file a revised joint statement of issues of fact and law on or before **Wednesday, December 27, 2006**, which resolves the matters discussed at the December 6, 2006 conference. The joint statement of issues of fact and law shall set forth the issues of fact and the issues of law to be resolved by the court. Issues should be set forth in sufficient detail to enable the court to resolve the case in its entirety by addressing each of the issues listed. Evidence may be deemed irrelevant unless it pertains to one or more of the issues.

As previously scheduled, the parties shall appear at a final pre-trial conference on **Monday, January 8, 2007, at 10:30 a.m. EST**. Counsel for both parties may appear by telephone. One of the documents to be discussed is the joint issues of fact. The parties, however, should be prepared to discuss all matters related to the upcoming trial. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-9300 and defendant's counsel at (202) 307-0383.

As previously scheduled, trial will begin on **Monday, January 22, 2007, at 9:00 a.m. Chicago time**, in courtroom no. 1342, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and will continue until all evidence is taken. It is expected that trial will be concluded on Friday, January 26, 2006. As noted, the parties are expected to confer

and to cooperate in resolving the remaining issues in order to promote the efficiency of the trial.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**