**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **(Judge Marian Blank Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AMENDED JOINT WITNESS LIST**

Pursuant to Rule 15(a) of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), and this Court's Order of December 14, 2006, the parties respectfully submit the following witness list. The list below incorporates Defendant's Witness List, previously filed on December 13, 2006, and Plaintiff's Witness List, previously filed on December 18, 2006. The time for examination of two witnesses (Freddie Batchelor and John Hayes) has been amended within Plaintiff's Witness List to reflect the duration of examination discussed during the December 6, 2006 Pretrial Conference, and previously reflected in the witness list filed by Defendant HUD. This list does not contain witnesses which the parties may choose to use for impeachment. See RCFC Appendix A ¶ 15(a).

**I. <u>Englewood expects to call the following witnesses at trial</u>:**

1. **<u>Freddie Batchelor</u>**:

9615 South Kedzie
Evergreen Park, Illinois 60808

Ms. Batchelor may testify regarding her experience in public housing and as an employee of the Department of Housing and Urban Development ("HUD") and its Departmental Enforcement Center ("DEC"); her experience with the South Pointe building and the management and owners of Englewood; contacts between the management and owners of Englewood and other HUD officials; the contract between Englewood and HUD; HUD's decision-making procedures and customs regarding the review of its housing projects; HUD's procedures and customs regarding the creation, termination and abatement of Section 8 contracts; Englewood's plan and efforts to renovate the South Pointe building in response to the 1997 REAC Report; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; and the condition of the South Pointe building. Estimated time for examination[1] is 4 hours.

2. **<u>Veronica Coleman</u>**

Director of Project Management
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

---

[1]Englewood's estimates of time for examination include both direct and cross-examination by Englewood and HUD.

Englewood may call Ms. Coleman as an adverse witness regarding her experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD headquarter's efforts to determine whether HUD Chicago had acted properly in the termination of Englewood's HAP Contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 2 hours.

3. **Ted Dunaj:**

Architect
55 West Monroe Street
Chicago, Illinois

Mr. Dunaj, an architect who developed plans for the rehabilitation of the South Pointe building, may testify regarding his experience with the South Pointe building, the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the physical condition of the systems, common areas and units of South Pointe; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; notices of default issued to Englewood; HUD's breach of its contract with Englewood and HUD's violation of its covenant of

good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; and the condition of the South Pointe building. Estimated time for examination is 1 and one-half hours.

4. **John J. Hayes**:

First Realty Development Group
950 Corporate Office Drive, Suite 200
Milford, Michigan 48381

Mr. Hayes, the former general partner of Englewood, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 and one-half hours.

5. **Edward Hinsberger**:

Director
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Mr. Hinsberger, Hub Director for Region 5 of the HUD Office of Multifamily Housing, in Chicago, Illinois, as an adverse witness regarding his experience with the South Pointe building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs, notices of default issued to Englewood; the legal basis for the issuance of vouchers; the termination, non-renewal and abatement of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

6. **Margarita Maisonet:**

U.S. Department of Housing and Urban Development
451 7th Street SW
Washington, DC 20410

Englewood may call Ms. Maisonet, the Director of HUD's Departmental Enforcement Center, as an adverse witness regarding her experience with the South Pointe

building; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 1 hour.

7. **Don Samuelson**:

DSSA Management, Inc.
5901 North Cicero Avenue, Suite 300
Chicago, Illinois 60646

Mr. Samuelson may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's comprehensive plan to rehabilitate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered

by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

8. **<u>Carl Sanders</u>**:

206 Dogwood Street
Park Forest, Illinois 60466-1823

Mr. Sanders, the area property manager for Englewood with responsibility for the South Pointe building, may testify regarding his experience in management of public housing projects; his experience with the South Pointe building; the management and owners of Englewood; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's efforts to respond to HUD inspections; Englewood's various plans to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood; the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 3 hours.

9. **Gwendolyn Thomas**:

Housing Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 West Jackson Boulevard
Chicago, Illinois 60604-3507

Englewood may call Ms. Thomas, a project manager at the Chicago Office of Multifamily Housing, as an adverse witness regarding her experience with the South Pointe building; the filing and reporting practices with respect to hard copy, REMS, and imaged files; redelegations of authority given by Hinsberger; contacts between the management and owners of Englewood and HUD officials; the contract between Englewood and HUD; Englewood's plan to renovate the South Pointe building; Englewood's applications for loans related to the renovation of the South Pointe building; Englewood's requests to HUD for rental increases and reimbursement for tenant vacancies, tenant-caused damage, and extraordinary energy costs; notices of default issued to Englewood, the termination of Englewood's Section 8 contract; HUD's breach of its contract with Englewood and HUD's violation of its covenant of good faith and fair dealing; damages suffered by Englewood as a result of HUD's breach of contract and violation of the covenant of good faith and fair dealing; Englewood's efforts to mitigate its damages; HUD's imposition of "flags" on Englewood and its owners and management; and the condition of the South Pointe building. Estimated time for examination is 4 hours.

## II. **The United States may call the following witnesses at trial**[2].

1. **Edward Hinsberger**:

Director
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Mr. Hinsberger is the Hub Director for Region 5 of the HUD Office of Multifamily Housing, in Chicago, Illinois. He has been the Hub Director for 9 of the 28 years he has been with HUD. As the Hub Director, Mr. Hinsberger is responsible for the oversight, development, and general operation of multifamily programs within the jurisdiction of the Chicago Hub. The Director of Operations, Mary Anderson, and Director of Project Management, Veronica Coleman, report to Mr. Hinsberger. If called, Mr. Hinsberger is expected to testify as to his delegated authority and HUD Headquarters communications with respect to decisions regarding HAP Contracts; the policies and practices of HUD's subsidy and insurance programs; REAC and HUD's expectations of Owners in regard to REAC physical inspection reports; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; HUD's requirements and expectations with respect to a MIO Plan; the interactions, meetings, and other communications with Englewood; the interactions, meetings, and other communications with staff and others regarding the Englewood's HAP Contract and loan application; HUD's

[2] The parties have many common witnesses, and at the December 6, 2006 status conference, agreed to take overlapping witnesses. The hours listed for each witness's testimony reflects the time the parties believe will be needed for both direct and cross-examination of the witness. Furthermore, previously listed witnesses from the Chicago Police Department (Mary Kay Haggarty and/or Joseph Perferti), and City of Chicago Department of Buildings (Dennis Mondero (General Counsel) or Diana Gordon (Records Department)), who were being called solely for the purposes of authenticating business records have been dropped from this list pending an expected stipulation with Englewood to these records.

requirements and expectations with respect to Englewood's cure of its Notice of Default of HAP contract; HUD's requirements and expectations with respect to Englewood's application for a HUD-insured 221(d)(4) loan; the decision to cease providing the project-based subsidy at South Pointe; the process by which this decision was made; Englewood's appeal of HUD's decision pursuant to the Multifamily Assisted Housing Reform and Affordability Act ("MAHRA"), 42 U.S.C. §1437f; the impact and effect of HUD's decision to terminate the project-based HAP contract; "2530" flags placed against Englewood and its agents; the Section 221(d)(4) HUD-insured loan given to Englewood after the termination of the HAP contract; subjects of the testimony provided by his staff, including Mary Anderson, Veronica Coleman, and Gwendolyn Thomas. Estimated time for examination is 4 hours.

2. **Veronica Coleman**:

Director of Project Management
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Coleman is the Director of Project Management for the Chicago Office of Multifamily Housing; she has been the Director of Project Management for over seven years, and has been with HUD since 1981. As Director of Project Management, she oversees the operations of insured and subsidized multifamily properties in Illinois and supervises project management staff, among others, including Chief Project Manager Debbie Gray, who in turn supervises Project Manager Gwendolyn Thomas. Ms. Coleman reports to Hub Director Edward Hinsberger. Ms. Coleman is expected to testify as to her delegated authority; the policies and practices of HUD's subsidy and insurance programs; HUD's Real Estate Assessment Center (REAC) and

HUD's expectations of Owners in regard to REAC physical inspection reports; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; the interactions, meetings, and other communications with Plaintiff regarding the physical condition of the property, Englewood's HAP Contract and Englewood's application for a HUD-insured 221(d)(4) loan, among others; the interactions, meetings, and other communications with her staff and the Hub Director regarding the physical condition of Englewood's property, Englewood's HAP Contract and Englewood's application for a loan, among others; HUD's requirements and expectations for a Management Improvement and Operating (MIO) Plan; Englewood's submission of a MIO Plan; HUD's requirements and expectations with respect to Englewood's cure of its Notice of Default of HAP contract; Englewood's requests for HAP Contract renewal, rent increase, utility reimbursement, lost rent, and vacancy and tenant damages claims; the decision to cease providing the project-based subsidy at South Pointe; the process by which this decision was made; the impact and effect of HUD's decision to terminate the project-based HAP contract; the Section 221(d)(4) HUD-insured loan given to Englewood after the termination of the HAP contract; subjects of the testimony provided by her staff, including Gwendolyn Thomas and Debbie Gray; as well as the contents of her deposition. Estimated time for examination is 2 hours.

3. **<u>Gwendolyn Thomas</u>**:

Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Thomas is a project manager at the Chicago Office of Multifamily Housing. As project manager, Ms. Thomas is responsible for, among other things, monitoring an owner's compliance with HUD programs and reporting any issues to her supervisors or to the Hub Director. Ms. Thomas has been the project manager for South Pointe since on or about 1998; she has been employed by HUD since 1989. As South Pointe's project manager, Ms. Thomas was at the project on numerous occasions and was the initial contact for its tenants, management agents, and principals. If called, Ms. Thomas is expected to testify as to the physical condition of the property; tenant complaints and other information received relative to the condition of the property; authenticate records made by her during visit(s) to the property; Englewood's submission of its MIO Plans; communications with Englewood, including Englewood's requests for HAP Contract renewals, rent increase, utility reimbursement, lost rent, and vacancy and tenant damages claims; her interactions, meetings, and other communications with HUD personnel regarding Englewood, as well as the contents of her deposition. Estimated time for examination is 4 hours.

4. **<u>Mary Anderson</u>**:

Director of Operations
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Anderson is the Director of Operations for the Chicago Multifamily Hub. Ms. Anderson has been with HUD since 1979 and has served as the Director of Operations for eight years. As Director of Operations, Ms. Anderson has oversight of loan production, among other responsibilities, for the Chicago regional office of HUD, and supervises the Operations staff. Ms. Anderson reports to Hub Director Edward Hinsberger. If called, Ms. Anderson is expected to testify as to the policies and practices of HUD's subsidy and insurance programs; her delegated authority; the efforts made by HUD to maintain affordable housing at South Pointe Towers Apartments; the interactions, meetings, and other communications with Englewood regarding Englewood's application for a HUD-insured loan pursuant to Section 221(d)(4) of the National Housing Act, 12 U.S.C §1715l; the interactions, meetings, and other communications with her staff, including Ben Tessler and John Schneider, regarding Englewood's Housing Assistance Payments (HAP) Contract and application for a HUD-insured Section 221(d)(4) loan; the processing of Englewood's Section 221(d)(4) mortgage insurance; the general expectations of participants in HUD's insurance programs; and the nature of HUD's actions relative to Englewood's Section 221(d)(4) loan. Estimated time for examination is 2.5 hours.

5. **Alan Cravitz**:

President
Developer's Mortgage
221 North LaSalle Street
Chicago, IL

Mr. Cravitz was the developer for the Englewood and worked with Englewood to submit an acceptable Section 221(d)(4) loan application to HUD on Englewood's behalf. If called, Mr. Cravitz is expected to testify as to the loan application process and the documents generated thereto; the expectations of Englewood and of HUD with respect to the loan; communications with Englewood; and communications with HUD. Estimated time for examination is 2 hours.

6. **Margarita Maisonet**:

Director
Office of General Counsel / Departmental Enforcement Center
United States Department of Housing and Urban Development
1250 Maryland Avenue, S.W., Suite 200
Washington, DC

Ms. Maisonet is the National Director of HUD's Office of General Counsel/Departmental Enforcement Center ("OGC/DEC"). Ms. Maisonet has been employed by HUD for over 15 years. She held various positions with HUD's Chicago Office of Multifamily Housing and became the Satellite Office Director of HUD's Chicago OGC/DEC in April 2000. While Satellite Director, Ms. Maisonet was Acting National Deputy OGC/DEC Director (January 2003 until May 2003), and Acting National OGC/DEC Director (May 2003 through May 2004). She became the OGC/DEC National Director in May 2004. Ms. Maisonet is not an attorney. As National OGC/DEC Director Ms. Maisonet has, among other matters, oversight responsibility for enforcement actions among HUD's Headquarters Office and its five Satellite Offices. If called to

testify, Ms. Maisonet is expected to testify as to the policies and practices of the OGC/DEC Satellite and Headquarters Offices; the OGC/DEC's role with and responsibilities for Multifamily Housing matters; REAC inspections; HUD's physical conditions standards; referrals and other support of Multifamily Housing matters; delegations of authority for Multifamily Housing enforcement actions; the interactions, meetings, and other communications with Englewood, its current and former principals and agents, and South Pointe Towers; her interactions, meetings and other non-privileged communications with OGC/DEC, Multifamily Housing, and other HUD staff with regard to Englewood, its current and former principals and agents, and South Pointe Towers; the contents of her deposition; and OGC/DEC personnel assigned to South Pointe Towers. Estimated time for examination is 1 hours.

7. **Kathy Merritt**:

Senior Project Manager
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Merritt is a senior project manager at the Chicago Office of Multifamily Housing. She was the project manager assigned to South Pointe Towers Apartments prior to Gwendolyn Thomas. Ms. Merritt has been to the property on numerous occasions, to include relevant times of October 2001 and June 2002. If called, Ms. Merritt is expected to testify as to the physical condition of the property, her contacts and communications with tenants, communications with Englewood, and communications with HUD personnel. Estimated time for examination is 1 hour.

8. **Teresa DiPietro**:

Contract Administration Oversight Monitor
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. DiPietro served as a project manager with HUD's Chicago Office of Multifamily Housing prior to becoming a Contract Administration Oversight Monitor. Ms. DiPietro was at the property on February 2001 and June 2002, and if called is expected to testify as to the physical condition of the property; her contacts and communications with tenants; communications with Englewood, and her communications with HUD personnel. Estimated time for examination is 30 minutes.

9. **Lillye Simmons**:

Construction Analyst
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Simmons is a Construction Analyst with HUD who reports to the Director of Project Management, Veronica Coleman. She has been to the property, and if called, Ms. Simmons is expected to testify about the physical condition of South Pointe Towers Apartments; HUD's expectation of the physical condition of subsidized properties; to authenticate records made by her during visit(s) to the property; her interactions, meetings, and other communications with HUD personnel regarding Englewood, and, her interactions with Englewood. Estimated time for examination is 1 hour.

10. **John Schneider**:

Senior Appraiser
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Mr. Schneider is an Appraiser who reports to the Director of Operations, Mary Anderson. Mr. Schneider has been to the property, and if called, Mr. Schneider is expected to testify as to the physical condition of South Pointe Towers Apartments; his assessment of the repairs necessary to bring the project into a condition acceptable to HUD's insurance program; his interaction and correspondence with Englewood; his interactions, meetings, and other communications with HUD personnel regarding Englewood, and, he will authenticate records made by him during his visit(s) to the property. Estimated time for examination is 2 hours.

11. **Debbie Gray**:

Chief Project Management Division
Office of Multifamily Housing
U.S. Department of Housing and Urban Development
77 W. Jackson Street
Chicago, IL

Ms. Gray is the Chief Project Manager for the Chicago Office of Multifamily Housing and is Gwendolyn Thomas' supervisor. If called, Ms. Gray is expected to testify as to HUD's expectations with respect to management and occupancy reviews; communications with Englewood; communications with tenants; and, her interactions, meetings, and other communications with Ms. Thomas, Ms. Coleman and other HUD personnel. Estimated time for examination is 1 hour.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Peter V. Baugher
PETER V. BAUGHER
WILL B. BERNDT
Schopf & Weiss, LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-1720
(312) 701-9300
(312) 701-9335 - Fax

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Department of Justice - Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, N.W.
(202) 307-0383
(202) 307-0972 - Fax

OF COUNSEL:
GREGORY G. GUSTIN
MARIA T. BAGUIO
RUSSELL J. COHEN
LORRAINE C. SHOTO
THOMAS G. MASSOURAS
Office of General Counsel
U.S. Department of Housing
and Urban Development

## CERTIFICATE OF FILING

I hereby certify that on December 27, 2006, a copy of the foregoing **AMENDED JOINT WITNESS LIST** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Peter V. Baugher
Peter V. Baugher