**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-2209C** |
| **v.** | ) | **Judge Marian Blank Horn** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S PROPOSED WITNESS ORDER**

Pursuant to the Court's Order during the Pretrial Conference of January 8, 2007, Plaintiff Englewood states that it expects to call the witnesses testifying in Plaintiff's case in the following order:

1. Freddie Batchelor
2. Gwendolyn Thomas
3. Carl Sanders
4. Edward Hinsberger
5. Margarita Maisonet
   (by deposition excerpts only – no live testimony for Plaintiff)
6. Veronica Coleman
7. Ted Dunaj
8. John Hayes
9. Don Samuelson

Plaintiff has also designated excerpts from the depositions of Veronica Coleman, Joan Kiening and Gwendolyn Thomas. Copies of these depositions (and Ms. Maisonet's) will be delivered to the Court at the outset of the trial, as directed during the January 8, 2007 Pretrial Conference.

Dated: January 12, 2007

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
312.701.9300
165915_1.DOC

## CERTIFICATE OF SERVICE

I, Peter V. Baugher, one of the attorneys for Plaintiff Englewood Terrace Limited Partnership, state that on January 12, 2007, I caused a copy of **Plaintiff Englewood's Proposed Witness Order** to be served electronically on:

Mr. Douglas K. Mickle
Commercial Litigation Branch
Civil Division, United States Department of Justice
11 L Street, N.W.
Room 10130
Washington, DC 20005

s/Peter V. Baugher