# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: February 2, 2007**

## O R D E R

As discussed with the parties at the close of trial in Chicago, the court **SCHEDULES** a status conference for **Wednesday, February 7, 2007, at 11:00 a.m. EST**. The parties shall appear by telephone. Unless otherwise notified by the parties, the court will reach defendant's counsel at (202) 307-0383, and plaintiff's counsel at (312) 701-9300. Mr. Samuelson may participate in the February 7, 2007 conference, and, if at a different location than plaintiff's counsel, the latter shall provide Mr. Samuelson's telephone number to chambers at (202) 357-6580, on or before **Tuesday, February 6, 2007, at 12:00 p.m. EST**. If the parties wish any other individuals to attend the February 7, 2007 status conference, their names and telephone numbers also shall be provided to chambers on or before **Tuesday, February 6, 2007, at 12:00 p.m. EST**. The parties are reminded that the trial will **RESUME** on **Monday, February 26, 2007, at 9:00 a.m.**, in Courtroom no. 1342, United States Courthouse, Chicago, Illinois, and will continue until the trial is concluded.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**