**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, | ) | |
| Plaintiff, | ) | Case No. 03-2209C |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Schopf & Weiss LLP, counsel of record for Plaintiff Englewood Terrace Limited Partnership hereby gives notice that, effective immediately, its new address is as follows:

SCHOPF & WEISS LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606-4617

The Firm's main telephone number, (312) 701-9300, and facsimile number, (312) 701-9335, remain unchanged. Please update your records accordingly.

Dated: February 23, 2007

/s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300
(312) 701-9335 – Fax

**CERTIFICATE OF SERVICE**

I, Peter V. Baugher, one of the attorneys for Plaintiff Englewood Terrace Limited, state that on February 23, 2007, the foregoing **NOTICE OF CHANGE OF ADDRESS**, was filed electronically with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following:

Douglas K. Mickle
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L. Street, NW
Washington, D.C. 20530

/s/Peter V. Baugher