**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP, Plaintiff, | ) | No. 03-2209C |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, Defendant, | ) | |

**PLAINTIFF ENGLEWOOD'S MOTION TO VOLUNTARILY DISMISS CERTAIN CLAIMS FOR DAMAGES PURSUANT TO RULE 41 OF THE COURT OF FEDERAL CLAIMS**

Pursuant to Rule 41(a)(2) of the Rules of the Court of Federal Claims, Plaintiff Englewood Terrace Limited Partnership ("Englewood"), by its attorneys, requests this Court to enter an Order reflecting Englewood's voluntary dismissal of all alleged claims for loss of business to Englewood due to Form 2530 program participation restrictions (as referred to in the parties' Joint Statement Of Issues of Fact and Law ¶ 7 (f) (Docket No. 126, page 7.)) A draft Order reflecting Englewood's dismissal of such claims is attached hereto as Exhibit A.

1. Englewood seeks to dismiss the claim to $3 million in damages for loss of business to DSSA and DSSA Management, Inc. caused by Form 2530 "flags" in Defendant United States of America's ("HUD's") records, including HUD's Active Partners Performance System. Englewood has offered to dismiss these claims *with prejudice* as to the Plaintiff in this action, Englewood Terrace Limited Partnership.

2. Because claims for damages caused by HUD's "flags," as discussed during the trial, may be held by non-parties to this litigation, including Don Samuelson, PM Group, John Hayes, DSSA and DSSA Management, Inc., Englewood requests that the dismissal

order state that the Court's Order is without prejudice to the rights of non-parties to bring claims against HUD relating to their loss of business caused by the imposition of "flags."

3. Englewood cannot properly pursue damage claims belonging to others. Non-parties with such claims are not before the Court, and Englewood's decision to dismiss its claims should not affect their rights.

WHEREFORE, for the foregoing reasons, Englewood respectfully requests that this Court enter an Order reflecting Englewood's voluntary dismissal of certain claims described above in the form of Exhibit A to this Motion.

Dated: February 26, 2007

/s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
312.701.9300

**CERTIFICATE OF SERVICE**

I, Peter V. Baugher, an attorney, certify that on this 26th day of February, 2006, the foregoing **Plaintiff Englewood's Motion to Voluntarily Dismiss Certain Claims for Damages Pursuant to Rule 41 of the Court of Federal Claims** was served via hand delivery upon the following counsel:

DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

/s/Peter V. Baugher_______________________