**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 03-2209C** |
| **v.** | ) | **Judge Marian Blank Horn** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Pursuant to the Plaintiff Englewood Terrace Limited Partnership's ("Englewood's") Motion to Voluntarily Dismiss Certain Claims for Damages Pursuant to Rule 41 of the Court of Federal Claims:

IT IS HEREBY ORDERED: Pursuant to Rule of the Court of Federal Claims 41(a)(2), Englewood's claims for lost business of Englewood arising as a result of 2530 flags in HUD's records, including its Active Partners Performance System (as described in the parties' Joint Statement Of Issues of Fact and Law ¶ 7 (f) (Docket No. 126, page 7)), are dismissed with prejudice as to Plaintiff Englewood, but without prejudice as to non-parties, including Don Samuelson, PM Group, John Hayes, DSSA and DSSA Management, Inc.

______________________________
**MARIAN BLANK HORN**

**Judge**