**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** **Judge Marian Blank Horn** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**STIPULATION**

Plaintiff Englewood Terrace Limited Partnership's ("Englewood") and Defendant United States of America ("HUD") (collectively, the "Parties") have conferred and agreed to remove the following exhibits from the Parties' Joint Exhibits: 4, 9, 10, 120, 123, 125, 133, 134, 135, 137, 143, 176, 177, 178, 189, 191, 192, 193, 199, 202, 204, 205, 222, 225, 226, 227, 229.

Dated: February 26, 2007

Respectfully submitted,

/s/Peter V. Baugher
PETER V. BAUGHER
Schopf & Weiss LLP
One South Wacker, 28th Floor
Chicago, IL 60606-1720
Tel: (312) 701-9315
Fax: (312) 701-9335

Attorney for Plaintiff

/s/Douglas K. Mickle
DOUGLAS K. MICKLE
U.S. Department of Justice
1001 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 307-0972

Attorney for Defendant