**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| **THE UNITED STATES,** | ) | **Judge Marian Blank Horn** |
| **Defendant.** | ) | |

**JOINT STIPULATION OF CLAIMS THAT HAVE BEEN RESOLVED**

Pursuant to the Court's February 28, 2007 Order, the parties have conferred and respectfully submit the following list of claims asserted in the Complaint of Plaintiff Englewood Terrace Limited Partnership ("Englewood") that Englewood withdrew or agreed to dismiss during the trial:

1. Claims for damages arising from alleged vacancies at South Pointe (i.e. "vacancy claims"). See Complaint ¶ 94 (c).

2. Claims for damages arising from special claims for unpaid tenant rents and damage to units caused by tenants of South Pointe. See Complaint ¶ 94 (d).

Additionally, as discussed in Englewood's February 26, 2007 Motion to Voluntarily Dismiss Certain Claims (filed February 27, 2007 as Docket No. 132), and this Court's Order of February 28, 2007, Englewood has withdrawn certain claims relating to alleged Form 2530 program participation claims against Englewood. As stipulated by the parties at trial (Record p. 1169), Englewood also dismissed its claim for damages caused by HUD's failure to award Englewood an alleged rent increase in 1999.

Dated: March 14, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Peter V. Baugher
PETER V. BAUGHER
WILLIAM B. BERNDT
Schopf & Weiss LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Tel: (312) 701-9300
fax: (312) 701-9335

s/ Douglas K. Mickle
DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
GREGORY G. GUSTIN
MARIA T. BAGUIO
RUSSELL J. COHEN
LORRAINE C. SHOTO
Office of General Counsel
U.S. Department of Housing
and Urban Development

**CERTIFICATE OF FILING**

I hereby certify that on March 14, 2007, a copy of the foregoing "**JOINT STIPULATION OF CLAIMS THAT HAVE BEEN RESOLVED**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Peter V. Baugher
Peter V. Baugher