**FACTS ADDUCED AT TRIAL SHOWING THAT**
**SOUTH POINTE WAS NOT IN COMPLIANCE WITH 24 C.F.R. SUB-PART G**

| 24 CFR Part 5 Sub-part G Provision | Record cites discussing Englewood's lackof compliance with 24 C.F.R. § 5.703 |
|---|---|
| **5 CFR 5.703(a)**<br><br>**Site components:**<br><br>**grounds, lighting, parking, play areas and equipment, refuse disposal, roads, storm drainage and walkways must be free of health and safety hazards and be in good repair. The site must not be subject to material adverse conditions, such as abandoned vehicles, dangerous walks or steps, poor drainage, septic tank back-ups, sewer hazards, excess accumulations of trash, vermin or rodent infestation or fire hazards** | Record 341: 1-8; 1204: 4-10; 1227: 25 - 1228: 3; 1223: 19-24; 333: 25 - 334: 4; 1247: 2-22; 314: 1-8; 322: 4-9; 1007: 1-6; 84: 19-24; 154: 1-3; JX 027 p. 760 at 761; JX 028 p. 767 at 770; JX 041 p. 820 at 821-829; JX 150 p. 1539 at 1541-42; JX 151 p. 1547 at 1550; JX 165 p. 1587 at 1593-94. |
| **5 C.F.R. § 5.703(b).**<br><br>**Building exterior:**<br><br>**Each building on the site must be structurally sound, secure, habitable, and in good repair. Each building's doors, fire escapes, foundations, lighting, roofs, walls, and windows, where applicable, must be free of health and safety hazards, operable, and in good repair.** | 341: 1-8; 1204: 4-10; 1223: 19-24; 84: 19 -24; JX 027 p. 760 at 761; JX 028 p. 767 at 770; JX 041 p. 820 at 821-820; JX 055 p. 921 at 923; JX 151 p. 1547 at 1550. |
| **5 C.F.R. § 5.703(c).**<br><br>**Building systems:**<br><br>**Each building's domestic water, electrical system, elevators, emergency power, fire protection, HVAC, and sanitary system must be free of health and safety hazards, functionally adequate, operable, and in good repair.** | 1255: 4-12; 1205: 4-20; 1224: 14 - 1225: 4; 324: 16-22; 1251: 3-12; 515: 18-25; 25; 315: 1-3; 332: 5-9; 498: 19 - 494: 4; 117: 5-7; JX 027 p. 760 at 761; JX 028 p. 767 at 770-771; JX 036 p. 802 at 808-9; JX 041 p. 820 at 821-29; JX 052, p. 874 at 875; JX 148 p. 1511 at 1512-19; JX 149 p. 1520 at 1521-22; JX 150 p. 1539 at 1542-44; JX 151 p. 1547 at 1547-50; JX 174 p. 1678 at 1680,1686; JX 194 p. 1764 at 1764-1818. |

| | |
|---|---|
| **5 C.F.R. § 5.703(d).**<br><br>**Dwelling units:**<br><br>**Each dwelling unit must be structurally sound, habitable, and in good repair. All areas and aspects of the dwelling unit (for example, the unit's bathroom, doors, electrical systems, floors, hot water heater, kitchen, lighting, outlets, smoke detectors, stairs, walls, and windows) must be free of health and safety hazards, functionally adequate, operable, and in good repair. (2) the dwelling unit must have hot and cold running water, (4) The dwelling unit must include at least one battery-operated or hard-wired smoke detector, in proper working condition, on each level of the unit.** | 1204: 16 - 1205:3; 1004: 1 - 17: 326: 1-20; 328: 2 - 331: 10; 332: 21 - 333: 6; 333: 7-16; 334: 21-25; 335: 1-4; 336: 13 - 338: 10; 1249: 9 - 1250: 25; 504: 4-10; 317: 8 - 320:4; 1007: 1-3; 999: 16- 1000: 10; 1000: 22 - 1001: 21; 1015: 3 - 1016:13; 1004: 1-10; JX 027 p. 760 at 762-66; JX 028 p. 767 at 771-75; JX 041 p. 820 at 822-825; JX 055 p. 921 at 924-25; JX 151 p. 1547 at 1547-49; JX 165 p. 1587 at 1593-94, 96-98; JX 174 p. 1678 at 1680, 1686 |
| **5 C.F.R. § 5.703(e).**<br><br>**Common areas:**<br><br>**The common areas must be structurally sound, secure, and functionally adequate for the purposes intended. The basement, utility, mechanical, community rooms, halls/corridors, stairs, laundry rooms, office, trash collection areas, must be free of health and safety hazards, operable, and in good repair. All common area ceilings, doors, floors, lighting, outlets/switches, smoke detectors, stairs, walls, and windows, to the extent applicable, must be free of health and safety hazards, operable, and in good repair.** | 1205: 9-20; 341: 13-20; 342: 5-18; 1224: 3-11; 1225: 8-22; 1248: 25 - 1249: 8; 1251: 15-24; 1252: 13 - 1253: 2; 508: 3-20; 316: 9 - 317: 3; 321: 6-25; 322: 4-9; 348: 24 - 349: 6; 508: 6-19; 154: 12-14; 159: 8-12; 177: 20 - 178: 22; 155: 6-14; 500:1 - 501:1; 501: 9-16; 1000: 14-23; 1003: 12-16; JX 027 p. 760 at 762-766; JX 028 p. 767 at 771; JX 036 p. 820 at 821-829; JX 052 p. 874 at 875-76; JX 055 p. 921 at 923-26; JX 148 p. 1511 at 1512-19; JX 149 p. 1520 at 1521-22; JX 150 p. 1539 at 1542-44; JX 151 p. 1547 at 1549-50; JX 165 p. 1597 at 1593-1601; JX 194 p. 1764 at 1764-1818 . |
| **5 C.F.R. § 5.703(f).**<br><br>**Health and safety hazards:**<br><br>**These areas include, but are not limited to, air quality, electrical hazards, elevators, emergency/fire exits, flammable materials, garbage and debris, infestation. For example, the buildings must have fire exits that are not blocked. The housing must have no evidence of infestation by rats, mice, or other vermin, or of garbage and debris. The housing must have no evidence of electrical hazards or fire hazards. The dwelling units and common areas must have proper ventilation and be free of mold, odor.** | 1255: 13-20; 1205: 2-3; 1228: 22 - 1229: 3; 1211: 18-25; 1271: 13-17; 1225: 23 - 1226: 4; 331: 11-15; 334: 5-12; 335: 5-18; 335: 23 - 336: 11; 337: 8-10; 503: 15-23; 516: 1-8; JX 027 p. 760 at 763-4; JX 028 p. 767 at 770-74; JX 041 p. 820 at 821-19; JX 052 p. 874 at 875; JX 055 p. 921 at 926; JX 148 p. 1511 at 1512-19; JX 150 p. 1539 at 1542-44; JX 151 p. 1547 at 1547-50; JX 165 p. 1587 at 1599-1601; JX 174 p. 1678 at 1680-86; JX 194 p. 1764 at 1764-1818 |