# In the United States Court of Federal Claims

**03-2209C**

**Filed: May 15, 2007**

**ENGLEWOOD TERRACE LIMITED PARTNER**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 volume)**
**Held in Chicago, Illinois**
**January 22, 2007 through April 13, 2007**
**[Filed with Exhibits]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.