# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2209C** |
| | **Filed: December 5, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court issued its opinion on liability in the above-captioned case on November 30, 2007. The decision instructed the parties to confer to determine whether they can reach an agreement regarding damages, or, in the alternative, to agree to a schedule to resolve the remaining issues in the case, which include not only damages but the court's questions, raised in the opinion, on the plaintiff's rent increase and energy reimbursement claims. To address these matters, the court **SCHEDULES** a status conference for **Wednesday, January 9, 2008, 10:30 a.m. EST**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-9300 and defendant's counsel at (202) 307-0383. If either party desires other individuals to appear by telephone for the conference, their names and telephone numbers shall be provided to chambers staff at (202) 357-6580 on or before **Friday, January 4, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**