# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**ENGLEWOOD TERRACE LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 03-2209C**
**Filed: January 9, 2008**

**O R D E R**

The court held a status conference in the above-captioned case on January 9, 2008, with the parties appearing by telephone. As discussed at the conference, plaintiff shall file its opening brief on the rent increase and energy reimbursement claims on or before **Friday, January 25, 2008**. Defendant shall file its response on or before **Friday, February 8, 2008**. Plaintiff shall file its reply on or before **Friday, February 15, 2008**. These briefs shall cite to trial exhibits, but shall otherwise be stand-alone documents. The parties shall consult on these two issues as well as all damages issues in order to explore settlement possibilities, and shall file a joint status report on their progress, on or before **Friday, February 22, 2008**. A status conference will be scheduled after receipt of the status report to discuss, among other issues, the need for expert testimony if damages are not otherwise resolved.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**