Legal

06036

# Section 8 Renewal Policy

## *Guidance for the Renewal of Project-Based Section 8 Contracts*

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

*Office of Multifamily Housing*

William C. Apgar, Assistant Secretary for Housing-Federal Housing Commissioner

Jan 19, 2001
Date

# Table of Contents


| | |
|---|---|
| Chapter One - | Introduction |
| Chapter Two - | Contract Renewals |
| Chapter Three - | Owner Option One |
| Chapter Four - | Owner Option Two |
| Chapter Five - | Owner Option Three |
| Chapter Six - | Owner Option Four |
| Chapter Seven- | Owner Option Five |
| Chapter Eight - | Owner Option Six |
| Chapter Nine - | Rent Comparability Studies |
| Chapter Ten - | Residual Receipts |
| Chapter Eleven - | Tenant Issues |
| Chapter Twelve - | Physical Condition of the Property |
| Chapter Thirteen - | HUD's Refusal to Renew Section 8 Contracts |
| Chapter Fourteen - | RHS 515/8 Projects |
| Chapter Fifteen- | Nonprofit Rent Increases |
| Chapter Sixteen- | Other Issues |

# Attachments, Appendices and Contracts

## Attachments

1. Acronyms
2. Glossary of Terms
3A1. Contract Renewal Request Instructions
3A2. Contract Renewal Request Cover Sheet
3B. OCAF Worksheet
3B1. OCAF Worksheet Instructions
4. Overview of Conversion Process
5. Additional Guidance for Budget Submission (to be used with Chapter 7 of HUD Handbook 4350.1)
6. Operating Cost Adjustment Factors (OCAF's)
7. Help Desk Officers
8. Anticipated Abatement Termination of Full Section 8 HAP Contract Chart
9. Voucher Processing Division Procedures
10. When to Use a Contract

**Contracts**

11. Basic Renewal Contract
12. Mark-Up-To-Market Renewal Contract
13. Preservation Renewal Contract
14. Interim Full Renewal Contract
15. Interim Lite Renewal Contract
16. Full Mark-To-Market Renewal Contract
17. Potentially Troubled Renewal Contract

**Appendices**

3-1 Mark-Up-to-Market Initial Eligibility Worksheets (Sample Version)
3-2 Mark-Up-to-Market Initial Eligibility Worksheets (Blank Versions)

5-1. Waiver Memorandum
5-2. Interim Processing Guidance
5-3. Certification of Rent Reduction
5-4. Guidance for Monitoring Potentially Troubled OMHAR Projects
9-1 Appraisers Certification
9-2 Rent Comparability Grid (92273-S8)
9-3 Sample Rent Comparability Study (RCS)
9-4 Suggested RCS Profile
9-5 Reserved for future use
9-6 Request to Renew Using Non Section 8 Units as Market Ceiling
9-7 Request to Renew Option 2 Using FMR as Ceiling
9-8 Completing the Rent Comparability Grid Instructions
9-9 USPAP Competency Rule
9-10 Required Contents for RCS
11-1 Sample One Year Notification Letter When Owner Does Not Intend To Renew
11-2 Sample One Year Notification when Owner Intends to Renew
15-1 Use Agreement
15-2 HAP Contract Addendum
15-3 Project Capital Needs Assessment (PCNA)

# Chapter Four

# Option Two *Contract Renewals for Other Projects with Current Rents At or Below Comparable Market Rents*

## Eligibility

### Section 4-1

Option Two is for Owners who request a renewal of their Section 8 contract where the RCS indicates that the contract's current rents are at or below comparable market rents, but who are not applying for Mark-Up-To-Market.

Owners of "exception projects" (See Chapter Six) have a choice of having their initial renewal processed under Option One, Option Two, or Option Four. However, if an owner of an exception project elects to initially renew the contract under Option One or Two, the owner may not switch back to Option Four at a later date.

## Initial Renewal

### Section 4-2

A. Owner Submission. At least 120 days before contract expiration, the Owner submits:

1. **Contract Renewal Request Form.** Owner's Option Checklist and OCAF Worksheet;

2. **RCS.** A RCS prepared following the instructions found in Chapter Nine of this Guide; and

3. **Budget.** If applicable, a budget-based rent increase request in accordance with the requirements of HUD Handbook 4350.1, Chapter 7, and Attachment 5 of this Guide.

*NOTE: Unlike Owners who participate in Mark-Up-To-Market, if a rent increase through an OCAF or budget-based increase brings rents up to market, owners are not required to renew their contract for five years.*

## Rent Adjustments for Multi-Year Contracts

### Section 4-3

A. For rent adjustments for existing multi-year contracts, at least 120 days before the anniversary date of the contract, the Owner submits:

1. **OCAF Worksheet.** Attachment 3; or

2. **Budget**. If applicable, a budget-based rent increase request in accordance with the requirements of HUD Handbook 4350.1, Chapter 7, and Attachment 5 of this Guide. The resulting rents must remain below the OCAF-adjusted RCS discussed in Chapter Two of this Guide. If the rents are above the RCS, HUD will not approve the budget-based request. The OCAF-adjusted RCS serves as the market cap.

*Note 1: If a contract receives an OCAF rent adjustment, a proportionate amount of any OCAF-adjustment to the rent must be applied to the project's reserve for replacement account. For Example: If the OCAF worksheet found at Attachment 3 indicates that the rent adjustment for a one bedroom unit is 2.3%, then 2.3 % of the rent increase for the one bedroom unit should be deposited into the reserve for replacement account.*

*Note 2: If the contract is for a period greater than 5 years, the owner must complete a new RCS every 5 years and the rents in the following years will be adjusted, if necessary, to ensure that the rents at the project are not greater than comparable market rents.*

3. **Discretionary.** In addition to the comparability analysis and adjustment of contract rents at the fifth year anniversary, HUD may, at its discretion, require or permit the PM/CA to conduct a RCS one time within each 5-year period.

B. For one year contracts, at expiration of the initial contract, the contract should follow the instructions for subsequent renewals found below.

*Note: In no case shall application of an OCAF result in negative rent adjustments.*

## Subsequent Renewals

### Section 4-4

A. Owner Submission. At least 120 days before expiration of the Section 8 contract, the Owner should submit:

1. Contract Renewal Request Form and OCAF Worksheet.

2. If the existing RCS is five years old, a new RCS following the instructions found in Chapter Nine of this Guide; and

3. If the Owner requests a budget-based rent increase, a budget prepared in accordance with HUD Handbook 4350.1, Chapter 7.

## Processing Instructions

### Section 4-5

A. PM/CA Review. The review should be completed within 45 calendar days. If the PM/CA intends to utilize OMHAR's PAE to assist in the review, the PM must notify the OMHAR staff within 14 calendar days of receipt of the owner's package.

B. The PM checks to see:

1. That the owner selected to renew under Option Two.

2. If the owner is eligible to renew the Section 8 project-based contract under the Option selected.

3. If the owner has provided all required documentation. For example:

   a. Contract Renewal Request Form and OCAF Worksheet.

   b. A Rent Comparability Study, if required, prepared in accordance Chapter Nine of this Guide.

   c. A budget-based adjustment, if required, prepared in accordance with Chapter 7 of HUD Handbook 4350.1.

4. If the owner specified on the Cover Sheet whether they wanted any multiple stages or contracts combined at this time. See instructions provided in Chapter Two of this Guide.

C. Review the Owner's certification regarding suspension or debarment on the worksheet. If the Owner checked that they are not suspended or debarred, verify that information by using the www.ARNet.gov/epls/.

1. If it is determined that the Owner is suspended or debarred, HUD will permit the Owner to renew the Section 8 contract if the projects in question are adequately managed and maintained, and activities there were not the cause of the administrative actions against the Owner.

2. Where there are material violations and the enforcement process has progressed to the point that the PM has decided to terminate the existing contract or refuse to renew the contract, the PM should deny the renewal request.

D. Log the owner's request as indicated on Renewal Worksheet and any other relevant information in the REMS system.

E. Non-renewal determination: If at any time the PM feels that the contract should not be renewed they should prepare a notice advising the Owner of the basis for rejection, giving the Owner 30 days to object to the reasons or to cure the problems identified. If the PM's concern is resolved renew the contract.

F. Review the RCS to make sure that the study was done in accordance with the requirements included in Chapter Nine of this Guide and that the conclusions are reasonable. Record finding in REMS

G. Review the RCS and the charts on the worksheet to verify that the calculations provided include only those Section 8 units in the expiring contract and the accuracy of the computations.

If the charts show that the current contract rent potential of the project is greater than the market rent potential of the comparable rents, the project is eligible for, and should be referred to, OMHAR for processing.

H. Prepare a contract renewal.

1. Apply the appropriate rent adjustment method.

   a. Application of OCAF, or

   b. Application of budget based method

2. For the appropriate term:

   a. Less than one year

   b. One to five years

c. Other

3. Subsequent Renewal, Apply the appropriate rent adjustment method

a.. OCAF, or

b. Budget based method

c. Apply the appropriate contract term