**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **Judge Marian Blank Horn** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's direction in its Orders of November 30, 2007 and January 9, 2008, the parties have met on six occasions to discuss issues relating to joint stipulations and settlement, including Englewood's potential damages relating to lost rental revenue, lost equity, the 2001 rent increase and energy reimbursement. Those meetings involved Mr. Samuelson and HUD attorneys, Ms. Baguio, Mr. Cohen and Mr. Gustin.

The parties have not reached a settlement of any of these issues, and have not agreed to any stipulations to narrow the remaining issues in this matter relating to Englewood's damages. Englewood has requested a face to face meeting with the Department of Housing and Urban Development's Federal Housing Commissioner and the Associate Attorney General (AAG) at the Department of Justice, the settlement authority for this case. Counsel for the United States has rejected Englewood's request for a personal meeting with the AAG, and explained how settlement offers for a claim of this dollar amount, i.e., a claim for $8.5 million, is processed.

The parties request a scheduling conference with the Court to set a briefing schedule on Englewood's damages and to discuss the status of this matter and the parties' actions over the past three months.

Respectfully submitted,

s/Peter V. Baugher
PETER V. BAUGHER
Schopf & Weiss LLP
312 West Randolph Street, Suite 300
Chicago, IL 60606-1720
Tel: (312) 701-9300
Fax: (312) 701-9335

WILL BERNDT
Schopf & Weiss LLP

February 22, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Douglas K. Mickle
DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:
GREGORY G. GUSTIN
MARIA T. BAGUIO
RUSSELL J. COHEN
Office of General Counsel
U.S. Department of Housing
and Urban Development

**CERTIFICATE OF FILING**

I hereby certify that on February 22, 2008, a copy of the foregoing "**JOINT STATUS REPORT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle