**IN THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| ENGLEWOOD TERRACE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and MEL MARTINEZ, Secretary of the Department of Housing and Urban Development,<br><br>Defendants. | ) | No. 03-2209C<br><br>Judge Marian Blank Horn |

**PLAINTIFF'S MOTION FOR STATUS HEARING**

Plaintiff Englewood Terrace Limited Partnership ("Englewood") requests the Court to schedule a status conference to discuss:

- the efforts of the parties to narrow contested issues and/or to settle the litigation in its entirety;
- any suggestions the Court may have of ways to conduct a productive settlement discussion by "decision makers" beyond attorneys so far involved;
- in the alternative, a briefing schedule on Englewood's lost revenue and lost equity damages, and perhaps its prospective request for Equal Access to Justice Act attorney fees.

**Communications with the Court**

On November 30, 2007, the Court determined that HUD was liable for breach of contract. The Court's liability decision of November 30, 2007 concluded with the direction:

> "[T]he parties are urged to confer to determine whether they can reach an agreement regarding damages, or in the alternative, to agree to a schedule to resolve the remaining issues in the case."

On January 9, 2008, the Court held a status hearing. The resulting Order directed that:

> "The parties shall consult on these two issues [rent increase and energy reimbursement claims] as well as all damage issues in order to explore settlement possibilities, and shall file a joint report on their progress…."

The parties' rent increase and energy reimbursement claim briefs were filed on the dates prescribed, concluding February 15, 2008. On February 22, 2008, the parties submitted a joint report, stating that they had conferred but had not reached any resolutions.

**<u>Overview of Efforts</u>**

- 12/30/07 — 4-page letter from Baugher to Mickle
- 1/8/08 — Telephone call between Baugher, Mickle and Samuelson
- 1/9/08 — Status Conference with the Court
- 1/14/08 — 2-hour Chicago meeting – HUD Chicago attorneys and Samuelson
- 1/6/08 — 6-page letter from Baugher to Mickle
- 1/18/08 — 2-hour Chicago meeting – HUD Chicago attorneys and Samuelson
- 1/25/08 — Englewood brief on Rent Increase and Energy
- 2/8/08 — HUD Response on Rent Increase and Energy
- 2/14/08 — HUD sends Englewood proposed stipulations
- 2/15/08 — Englewood responds in writing to HUD stipulations

- 2/15/08 Englewood Reply on Rent Increase and Energy
- 2/15/08 2-hour Chicago meeting – HUD Chicago attorneys and Samuelson; Englewood offers to travel to Washington, D.C.
- 2/19/08 4-hour Chicago meeting – HUD Chicago attorneys and Samuelson
- 2/20/08 4-hour Chicago meeting – HUD Chicago attorneys and Samuelson
- 2/21/08 Telephone calls between Berndt and Mickle
- 2/22/08 Joint Status Report
- 2/25/08 Settlement proposal from Samuelson to Mickle (by email)
- 2/29/08 Telephone call between Baugher, Mickle and Samuelson; HUD to respond to settlement proposal by 3/20/08
- 3/20/08 HUD rejects Englewood proposal
- 3/21/08 Letter from Baugher to Mickle proposing a face-to-face meeting in Chicago
- 4/24/08 7-hour face-to-face meeting in Chicago with Mickle, Baugher, Samuelson and HUD Chicago attorneys; Englewood settlement offer
- 5/2/08 Samuelson sends detailed written summary of the Englewood positions at 4/24/08 meeting to Mickle
- 5/13/08 Mickle sends Samuelson an email response
- 6/20/08 Baugher and Mickle discuss prospects for further negotiations

**<u>Conclusion</u>**

In the six months since HUD's liability for breach of contract was determined, the HUD Chicago attorneys, Mr. Mickle, and Englewood and its counsel have come to better understand their respective positions. But they have been unable so

far to make meaningful progress toward settlement. To date, Mr. Samuelson, Englewood's sole "decision maker," has not had an opportunity to meet with any corresponding decision maker, other than Department of Justice trial lawyer Mr. Mickle, at either the Department of Justice or HUD.

The Court may have suggestions on other ways to engage the decision makers from Englewood, DOJ and HUD to meet in a good faith effort to reach a settlement, a result that has not been achieved through the meetings conducted to date. Alternatively, Englewood requests the Court set a briefing schedule for Englewood's lost revenue and lost equity damages, and, if the Court deems appropriate, for a determination regarding Englewood's attorneys' fees under the Equal Access to Justice Act.

With this history and these matters in mind, Englewood requests a status conference towards the end of streamlining the work of the parties and the Court, and expediting the resolution of this longstanding litigation.

Dated: July 2, 2008

s/Peter V. Baugher
One of the Attorneys for Plaintiff
Englewood Terrace Limited Partnership

Peter V. Baugher
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
312.701.9300

# CERTIFICATE OF SERVICE

I, Peter V. Baugher, one of the attorneys for Plaintiff Englewood Terrace Limited Partnership, state that on July 2, 2008, I caused a copy of **Plaintiff's Motion For Status Hearing** using the Court's CM/ECF system, which will automatically send electronic notification of such filing to the following individuals:

Mr. Douglas K. Mickle
Commercial Litigation Branch
Civil Division, United States Department of Justice
11 L Street, N.W.
Room 10130
Washington, DC 20005

s/Peter V. Baugher
Peter V. Baugher