# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | **No. 03-2209C** |
| **v.** | **Filed: July 7, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of plaintiff's July 2, 2008, motion for a status conference. As requested, and as agreed to by the parties, the court **SCHEDULES** a status conference for **Wednesday, July 16, 2008, 12:00 p.m. EDT**, with the parties appearing by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-9300, and defendant's counsel at (202) 307-0383. The names and telephone numbers of any other individuals participating in the conference shall be provided to chambers, at (202) 357-6580, on or before **Friday, July 11, 2008, 12:00 p.m. EDT**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**