# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | **No. 03-2209C** |
| | **Filed: July 16, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on July 16, 2008, with the parties appearing by telephone. As discussed with the parties, the court establishes the following briefing schedule for the lost equity issue. On or before **Friday, August 8, 2008**, plaintiff shall file its opening brief. On or before **Friday, August 29, 2008**, defendant shall file its response brief. On or before **Friday, September 12, 2008**, plaintiff shall file its reply brief. Realizing that this is not the sole remaining issue in the case, the parties shall keep the dialogue open and continue their consultations on the remaining issues, with a view toward their resolution.

**IT IS SO ORDERED.**

s/Marian Blank Horn

**MARIAN BLANK HORN**

**Judge**