**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 03-2209C** |
| | ) | **(Judge Marian Blank Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests a 14-day enlargement of time, to and including September 12, 2008, within which it may file its response to plaintiff's brief regarding HUD's alleged liability for Englewood's lost equity damages. Pursuant to the Court's July 16, 2008 order, our response is currently due this Friday, August 29, 2008. This is our first request for an enlargement of time for this purpose. This request for enlargement is needed because Government counsel has been unable to effectively participate in the defense of this case for the past two weeks because of the lingering effects of an unforseen medical condition. Government counsel is undergoing treatment for this condition and has been able to work upon some matters; however, his time at work has been limited and he has been unable to devote the hours he had expected he would be able to commit to this case.

Furthermore, as we mentioned during the status conference on July 16, 2008, Government counsel was also working upon a bid protest during this time frame and had matters due in that case on August 29, 2008 as well.[1] At the time of the July 16, 2008 status conference

[1] The scheduling order is: Alabama Aircraft Industries, Inc. - Birmingham v. United States v. The Boeing Company (Intervening Defendant), No. 08-470 (July 3, 2008).

in this case, Government counsel fully expected to be able to simultaneously handle both matters. However, as mentioned above, recent events have affected Government counsel's ability to work the hours needed to appropriately handle both matters, and he has been forced to focus upon the bid protest matter. Argument in this bid protest takes place next week on September 4, 2008, and Government counsel expects that barring any relapse of his medical condition, then he will have sufficient time to dedicate to this issue.

Thus, the additional time requested in this motion is necessary because counsel of record for the defendant needs the time afforded by the enlargement to effectively finish his participation in the bid protest matter, finalize an appropriate response brief in this case,[2] and have that document reviewed by his supervisors. Under these circumstances, although counsel for the United States had hoped to avoid requesting this enlargement of time, we are concerned that absent approval of our request, we will be unable to devote sufficient time to ensure we file an appropriate brief with this Court upon this important issue.

Counsel for defendant has discussed this motion with counsel for plaintiff, Englewood Terrace Limited Partnership ("Englewood"), and he has indicated that Englewood does not opposes this motion for enlargement.

For these reasons, we respectfully request that the Court grant our motion for a 14-day enlargement of time. We also respectfully request that Englewood's time to reply to our response should be extended commensurately.

---

[2] As throughout this matter on all other matters, we have been working with agency counsel at the Department of Housing and Urban Development to develop our response to plaintiff's opening brief. We will continue with this practice to ensure our response is filed on or before the requested date.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Douglas K. Mickle
DOUGLAS MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 307-0972

OF COUNSEL:
GREGORY G. GUSTIN
MARIA T. BAGUIO
LORRAINE C. SHOTO
Office of General Counsel
U.S. Department of Housing
and Urban Development

August 26, 2008

**CERTIFICATE OF FILING**

I hereby certify that on August 26, 2008, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Douglas K. Mickle
Douglas K. Mickle