# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * | |
| **ENGLEWOOD TERRACE LIMITED PARTNERSHIP,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 03-2209C** |
| | * **Filed: August 28, 2008** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's August 27, 2008 unopposed motion for an enlargement of time of 14 days, to and including September 12, 2008, within which it shall file its response to plaintiff's opening brief. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response on or before **Friday, September 12, 2008**. The court also **RESCHEDULES** the due date for plaintiff's reply brief. Plaintiff shall file its reply brief on or before **Friday, September 26, 2008**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**